STEVEN M. O'CONNOR\*
JOSEPH T. REDD^
JOSEPH A. ORLANDO\*
PETER URRETA

_SENIOR COUNSEL_
JERRI A. DeCAMP\*
MICHAEL P. HESS++

\*MEMBER NY & CT BARS
++MEMBER NY & NJ BARS
^MEMBER NY, CO & UT BARS
\*\*MEMBER NY & TX BARS

# O'CONNOR REDD ORLANDO LLP

ATTORNEYS AND COUNSELORS AT LAW
P.O. BOX 1000|242 KING STREET | PORT CHESTER, NEW YORK  10573
MAIN 914-686-1700 | FAX 914-328-3184
WWW.OCONNORLAWFIRM.COM

CONNECTICUT OFFICE:
304 Federal Road, Suite 316
Brookfield, Connecticut 06804

_Kevin Page, Of Counsel_

SEAN A. LATELLA\*
MICHAEL KIVORT\*\*
LaWANDA M. GETER\*
LAUREN CREEGAN++
AALIYAH C. SHORTE
ANTHONY J. RUGGERI++

May 20, 2022

**Via ECF**
Honorable Hector Gonzalez
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

      **Case Number:**      1:21-cv-03703-BMC
                                    Khusenov v. ProKraft Inc.

Dear Judge Gonzalez:

      This office represents defendant/third-party plaintiff, ProKraft Inc. and defendant, Pro-Cut (hereinafter collectively, "Prokraft") in this matter.  We have been advised that this matter has been transferred to you.  Briefly, this case arises out the plaintiff's claims under _inter alia_ a strict products liability cause of action wherein the plaintiff suffered loss of part of his arm from the use of a meat grinder where his co-worker testified to removing the guard to the meat grinder.

      We are hereby requesting clarification and/or confirmation from the Court regarding the deadline extensions granted by Judge Cogan at the Hearing on May 2, 2022, which were not reflected in the Minute Entry and Order entered on May 3, 2022.  (Please note that a prior letter motion on this issue was filed on May 5, 2022 to Judge Cogan and that has not been addressed).  This application seeks the same and additional relief.

      As per the Transcript of the Hearing (annexed as Ex "A"), the Court granted defendant's request to extend the Expert Discovery Deadline to July 13, 2022. The Court also extended the deadline to file a Request for a Dispositive Motion Conference to July 20, 2022.  These extensions are based on the assumption that defendant will complete expert discovery prior to making a dispositive motion.

      Moreover, if defendants wish to move for Summary Judgment without Expert discovery, defendants are to file the motion for summary judgment by 6/02/2022, with opposition due by 6/23/2022 and reply due by 7/03/2022.  We seek clarification of these dates and an enlargement of the aforementioned schedule as to fact and expert discovery and the dates for dispositive motions given the bulk of expert discovery required in a case of this nature.

Khusenov v. ProKraft Inc.
May 5, 2022
Pg. 2

_____

    Thank you for your consideration herein.

                                            Very truly yours,
                                            **O'CONNOR REDD ORLANDO LLP**

                                                   \s\
                                            _____
                                            Peter Urreta

CC:

Gil Zohar and
Anna Broxmeyer
LAW OFFICE OF YURIY PRAKHIN, P.C.
Attorneys for Plaintiff
sgt.gilz@gmail.com
AnnaB@prakhinlaw.com

Thomas M. Evans
CONGDON, FLAHERTY, O'CALLAGHAN
Attorneys for Third-Party Defendant
**KARZINKA US, INC**
333 Earle Ovington Blvd, #502
Uniondale, NY 11553
Tel.: (516) 542-5900|Fax: (516) 542-5912
tevans@cfolegal.com