UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF NEW YORK

----------------------------------------X

ISOJON KHUSENOV,

                    PLAINTIFF,


          -against-


PROKRAFT INC. and PRO-CUT,

                    DEFENDANTS.

----------------------------------------X

PROKRAFT INC.

                    THIRD-PARTY PLAINTIFF,


          -against-


KARZINKA US, INC.,

                    THIRD-PARTY DEFENDANT.

----------------------------------------X

                    DATE:  February 14, 2022

                    TIME:  11:09 A.M.


                    (CONTINUED)

```
 1
 2
 3                    (CONTINUED)
 4
 5              DEPOSITION of the Defendants,
 6    PROKRAFT INC. and PRO-CUT, by a witness,
 7    Eduardo Flores, taken by the respective
 8    parties, pursuant to Order and to the
 9    Federal Rules of Civil Procedure, held via
10    Zoom, before Dione Woods, a Notary Public
11    of the State of New York.
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

```
 1
 2    A P P E A R A N C E S:
 3
 4    LAW OFFICE OF YURIY PRAKHIN, P.C.
         Attorneys for the Plaintiff
 5       ISOJON KHUSENOV
         1883 86th Street
 6       Brooklyn, New York 11214
         BY:  GIL ZOHAR, ESQ.
 7
 8
         O'CONNOR REDD ORLANDO LLP
 9       Attorneys for the Defendants
         PROKRAFT INC. and PRO-CUT
10       242 King Street
         Port Chester, New York 10573
11       BY:  CARMEN VASQUEZ, ESQ.
12
13    CONGDON FLAHERTY O'CALLAGHAN
         Attorneys for the Third-Party Defendant
14       KARZINKA US, INC.,
         333 Earle Ovington Boulevard
15       Uniondale, New York 11553
         BY:  THOMAS EVANS, ESQ.
16
17
      ALSO PRESENT:
18
      Matt Jacobson
19
                  *            *            *
20
21
22
23
24
25
```

1

2      F E D E R A L   S T I P U L A T I O N S

3

4           IT IS HEREBY STIPULATED AND AGREED

5   by and between (among) counsel for the respective

6   parties herein, that filing and sealing be and the

7   same are hereby waived.

8

9           IT IS FURTHER STIPULATED AND AGREED

10   that all objections, except as to the form of the question,

11   shall be reserved to the time of the trial.

12

13           IT IS FURTHER STIPULATED AND AGREED

14   that the within deposition may be sworn to and signed

15   before any officer authorized to administer an

16   oath, with the same force and effect as if signed

17   and sworn to before the Court.

18

19

20

21

22

23           *      *      *      *

24

25

```
 1

 2          MS. VASQUEZ:  The parties have

 3     not served a notice pursuant to all

 4     parties for the federal rules of

 5     civil procedure, so Mr. Flores is

 6     being produced today as in his

 7     individual capacity and pursuant to

 8     court order.  That is what I wanted

 9     to.

10          MR. ZOHAR:  I was under the

11     impression that you did receive, I

12     think, last week and I'll have that

13     I'll send it to you.  I don't know if

14     it makes much of a different at this

15     stage.

16          But my intention is to have an

17     individual with knowledge about all

18     aspects of the claims presented and

19     if this individual does not have the

20     capacity or the knowledge with

21     regards to those claims in the

22     complaint then I don't know if we

23     should be proceeding forward.  If he

24     doesn't have knowledge.

25          So if you can just kind of
```

```
 1              E.  FLORES
 2    respond.   You're saying individual
 3    capacity and not under any other
 4    circumstances then that is not --
 5              MS. VASQUEZ:   Sure.   We just
 6    want to make clear that our Defendant
 7    is not waiving any objections to the
 8    lack of the notice pursuant to rule
 9    30.   The rule specifically states
10    that in this notice for subpoena the
11    party named as deponent is a public
12    and private corporation, a
13    partnership, an association with
14    governmental agency or other entity
15    and must describe with reasonable
16    particularity the matters for
17    examination.
18              Mr. Flores is being produced
19    pursuant to court order and he is
20    being produced as the person with the
21    most knowledge.
22              MR. ZOHAR:   Okay.   We'll
23    obviously, based upon, what we see of
24    his response and I understand the
25    effects so far you know, but what
```

```
 1                    E. FLORES
 2        you're saying that you did not see
 3        the notice.
 4             But we reserve the right to
 5        depose someone with knowledge even if
 6        there are areas if he is unable to
 7        respond sufficiently under those
 8        circumstances; all right?
 9             MS. VASQUEZ:  We reserve our
10        rights.  Unless you're done.
11             MR. ZOHAR:  Yeah, he can be
12        sworn in, Dione.
13   E D U A R D O   F L O R E S, called as a
14   witness, having been first duly sworn by a
15   Notary Public of the State of New York, was
16   examined and testified as follows:
17   EXAMINATION BY.
18   MR. ZOHAR:
19        Q.    Please state your name for the
20   record.
21        A.    Eduardo Flores.
22        Q.    What is your address?
23        A.    902 Birdsall Street, Unit B,
24   Houston, Texas 77007.
25        Q.    Mr. Flores, my name is Gil
```

```
1                    E. FLORES
2    Zohar.  I represent the Plaintiffs in an
3    action commenced against a variety of
4    entities.  I will be asking you questions
5    today with regards to that claim.  So I
6    have a couple of questions for you,
7    initially, before we commence.
8              Further questions with regards
9    to the facts and things of importance under
10   the suit.  But as you sit here today, are
11   under any type of medication or substance
12   that would prevent you from testifying --
13   understanding, first of all, my questions?
14        A.    No.
15        Q.    Is there any other reason that
16   you would be unable to answer questions
17   truthfully today?
18        A.    No.
19        Q.    I'm not here to try to give you
20   trick questions or do anything or cause you
21   confusion.  I'm here to ask you plenty of
22   questions to have it reduced to a
23   transcript.  This testimony that you'll be
24   giving is under oath.  It is the same force
25   and effect as if you would testify in the
```

1                    E. FLORES

2    court of law under the circumstances.

3              If at any point I ask you a

4    question and you are uncertain about a word

5    or the whole question, I want you to state

6    so and I will clarify that by re-asking

7    that or formatting my question in a

8    different manner, if necessary, until you

9    do understand my question.

10             Also, I'm going to ask that you

11   keep all your responses verbal.  So nods of

12   the head, gestures or not to says that you

13   would use these term but say, yeah, and so,

14   forth.  Say yes or no to answers or some

15   other response that adequately responds to

16   the question.

17             If at any time you need to take

18   a break, feel free to do so, as long as

19   there is no question pending.  And also, if

20   there is some type of hand gesture or some

21   type of gesture that you may make, and it

22   is of significance, I may interpret that

23   verbally.  If I'm mistaken in my

24   interpretation of any gesture that you may

25   make during the course of the deposition, I

```
 1                    E. FLORES
 2    want you to correct me, okay?
 3         A.    Understood.
 4         Q.    Now, I'm asking questions, just
 5    a couple words into it you may know exactly
 6    what I'm going to be asking.  I'm going to
 7    ask you that you give me the courtesy to
 8    ask my question fully -- to complete my
 9    question before you give me your answer and
10    I'm going to give you that same courtesy
11    since the court reporter, Ms. Woods, can
12    only take down the testimony or the
13    discussion of one person at a time, okay?
14         A.    Yes, sir.
15         Q.    First of all, we're not going
16    to take down these within the transcript
17    other than the year, but can you tell me
18    what your date of birth is?
19         A.    Xx-xx-xxxx.
20              MS. VASQUEZ:  Can you please
21         not put that on the record.
22              MR. ZOHAR:  Fine.
23         Q.    Where were you born?
24         A.    Monterrey Mexico.
25         Q.    What is your highest level of
```

```
 1                      E. FLORES
 2    education?
 3          A.    I have a MBA from a university
 4    in Madrid, Spain.
 5          Q.    When you say university in
 6    Madrid, Spain, what's the name of the
 7    institution, specifically?
 8          A.    Universidad De Notificias
 9    Decomillas (phonetic.)
10          Q.    I got the Universidad.
11    Notificias.
12          A.    Then D-E-C-O-M-I-L-L-A-S.
13          Q.    What, specifically, was the
14    course of study that you had?
15          A.    International resource.
16          Q.    When did you graduate with that
17    MBA?
18          A.    If memory serves correct, 1996.
19          Q.    What schooling, university or
20    otherwise, did you have before or after
21    your MBA?
22          A.    Bachelor in business.
23          Q.    Where was that from?
24          A.    Monterrey.  The University Tech
25    DEC.
```

1                    E. FLORES
2              MR. ZOHAR:  I don't know if
3        Carmen, but it's being a little bit
4        cut off.  It's not Mr. Flores's fault
5        but I'm getting partial words.  You
6        said University Tech?
7     A.     Tech DEC Monterrey.
8     Q.     Are you a U.S. citizen?
9     A.     I'm a U.S. resident.
10    Q.     Are you a citizen of any other
11 country?
12    A.     Mexico.
13    Q.     Where are you currently
14 situated at; are you sitting in Houston at
15 your home or somewhere else?
16    A.     In Houston, Texas.
17    Q.     A couple questions I will ask.
18 I apologize beforehand, but, do you have
19 any type of criminal convictions?
20    A.     No.
21              MS. VASQUEZ:  Objection.  You
22        can answer.
23    Q.     What is your current
24 employment?  Who do you work for?
25    A.     I work for Torey Refrigeration

```
 1                    E. FLORES
 2   Inc.
 3        Q.    Is Torey spelled T-O-R-E-Y?
 4        A.    That is correct.
 5             MR. EVANS:  Can you say that
 6         again.  Torey what?
 7             THE WITNESS:  Torey
 8         Refrigeration, Inc.
 9        Q.    What is their business address,
10   Torey Refrigeration, Inc.
11        A.    Well 93 North Post Oak Road,
12   Suite 100, Houston, Texas 77055.
13        Q.    Now, have you given a
14   deposition, such as you're doing here or in
15   the court of law, sworn testimony, prior to
16   today?
17        A.    Yes, I have.
18        Q.    On how many occasions?
19        A.    If memory serves correct, four
20   times.
21        Q.    How many of those four times,
22   if at all, have you testified in court?
23        A.    None.
24        Q.    All those four times been sworn
25   testimony in a deposition such as this?
```

1                          E. FLORES

2          A.      That's correct.

3          Q.      Do you know the names of the

4     cases or suits that you had testified in

5     prior to today?

6          A.      I don't know at this time.

7          Q.      Do you have that information

8     available to you?

9          A.      I can research it.  I don't

10    have it available right now.

11         Q.      Is that something that you

12    maintain in the regular course of business,

13    that information?

14         A.      Yes, we do.

15         Q.      So if you were to look in your

16    business records you'd be able to locate

17    and find that information, specifically?

18         A.      Yes, I could.

19         Q.      Do any of those four prior

20    testimonies, in depositions such as this,

21    deal with bodily injury?

22         A.      Yes, they have.

23         Q.      All four for bodily injury or

24    something else?

25         A.      I cannot remember at this time.

1                    E. FLORES

2        Q.    Do you remember any of them to

3    be anything other than bodily injury

4    claims?

5        A.    I cannot remember at this time.

6        Q.    That's also information that

7    you have available in your business

8    records?

9        A.    Only recalling the information

10   regarding the case.  I don't know the

11   specifics.

12       Q.    Do any of those four prior

13   testimonies at a deposition where you gave

14   sworn testimony deal with bodily injury as

15   a result of meat grinders?

16       A.    Yes.

17       Q.    How many times out of those

18   four were the injuries as a result of use

19   with meat grinders?

20       A.    I don't remember at this time.

21       Q.    More than one of those?

22       A.    I don't have the specifics.

23            MR. ZOHAR:  Carmen, I'm just

24        going to put something on the record

25        but I will reduce everything to a

```
1                    E. FLORES
2         writing.  So, you will have a
3         standard objection to reducing
4         everything to writing but we're just
5         going to request the names of all
6         those cases where Mr. Eduardo Flores
7         has previously testified in regards
8         to claims of bodily injury.
9              MS. VASQUEZ:  Yes, thank you
10        for putting those in writing and
11        we'll respond and or objections.
12             MR. ZOHAR:  That objection will
13        be for everyone of the other jobs
14        during the deposition that I named
15        also asking for things to be put down
16        in the record.
17             MS. VASQUEZ:  That's fine.
18             MR. ZOHAR:  All along.
19        Q.   Now, Mr. Flores, it's stated
20   that you are currently employed by Torey
21   Refrigeration, Inc.?
22        A.   That's correct.
23        Q.   Since when have you been
24   employed by them?
25        A.   2011.  If I'm not mistaken.
```

```
1                    E. FLORES

2       Q.     What is your current position?

3       A.     I'm the president of Torey

4  Refrigeration.

5       Q.     Do you have any ownership

6  interest in Torey Refrigeration, Inc.?

7       A.     No, I don't.

8       Q.     In what manner is the corporate

9  structure; is it a corporation, is it a

10 limited liability company and so forth?

11      A.     It's a corporation.

12      Q.     Is that a corporation that is

13 traded, publicly owned or is it privately

14 owned?

15      A.     It is not traded.

16      Q.     So is Torey Refrigeration, Inc.

17 privately owned?

18      A.     It is.

19      Q.     Is it owned by one person or

20 more?

21      A.     It is owned by a corporation.

22      Q.     Do you know who the owner of

23 that corporation is?

24      A.     No.

25      Q.     Do you answer up to anyone in
```

```
 1                    E. FLORES
 2    your capacity as a president?
 3         A.    Yes, to the -- to the board.
 4         Q.    Do you know the names of the
 5    board members?
 6         A.    Not at this time.
 7         Q.    In your capacity during --
 8    since 2011 until today, have you been
 9    employed during that whole duration by
10    Torey Refrigeration, Inc.?
11         A.    Can you repeat the question.  I
12    don't understand it.
13         Q.    You stated that you started
14    your employment with Torey Refrigeration,
15    Inc., which I'm going to refer to as Torey
16    from this point forward.
17         A.    Yes.
18         Q.    And I just want to find out,
19    have you been employed, since that date,
20    throughout 2011 to today by Torey
21    Refrigeration, Inc.?  Has your employment
22    been consecutive?
23         A.    That's correct.
24         Q.    How often as the president do
25    you have communication with the board?
```

```
 1                    E. FLORES
 2        A.    Um, we have meetings orally and
 3   there is a board representative that
 4   follows up with me regularly.
 5        Q.    What is the board member that
 6   stays in touch with you regularly?
 7        A.    He is a representative, not a
 8   board member.
 9        Q.    This board member that you just
10   described that you have regular contact
11   with, what is his name?
12        A.    Andres by Valverde.
13   V-A-L-V-E-R-D-E.
14        Q.    Valverde?
15        A.    Valverde.
16        Q.    Where is Andres Valverde
17   located at?  If there is a physical
18   location for an office.
19        A.    I don't know.
20        Q.    In what manner do you actually
21   communicate with Mr. Valverde?
22        A.    Can you please elaborate.
23        Q.    Do you communicate with him
24   face-to-face, do you communicate with him
25   over the phone, e-mail, written
```

```
 1                    E. FLORES
 2    correspondence, a variety of any of those
 3    or other communications such as zoom and so
 4    forth?
 5         A.    Yeah, I have a variety of
 6    communication not face-to-face.  Obviously,
 7    due to Covid we doing everything remote.
 8         Q.    So when you say it's "remote,"
 9    is that only e-mail or do you also do zoom
10    and things of the nature?
11         A.    We do different form of
12    communication.
13         Q.    Do you see each other when you
14    communicate sometimes through video?
15         A.    Yes, we do.
16         Q.    Do you also communicate through
17    e-mail?
18         A.    Yes, we do.
19         Q.    Do you communicate in written
20    correspondence, literally letters, paper?
21         A.    No.
22         Q.    During the 11 years,
23    approximately 11 years that you have been
24    employed by Torey Refrigeration, Inc., have
25    you ever met Mr. Andres Valverde?
```

```
 1                      E. FLORES
 2         A.    Yes, I have.
 3         Q.    On how many occasions?
 4         A.    Um, face-to-face, maybe, three
 5   times.
 6         Q.    You say you have regular
 7   contact, does that mean daily or something
 8   else?
 9         A.    Something other.
10         Q.    Can you describe to us on a
11   regular week or month on how many occasions
12   you communicate with Mr. Valverde?
13         A.    Most of the time it's only once
14   a week.  We do daily check in.  I'm sorry.
15   Weekly check in.
16         Q.    Before Covid came, would that
17   be just e-mail or other means of
18   communication?
19         A.    E-mail and we use video
20   conference as well.
21         Q.    Since Covid, is it still the
22   same e-mail and video links or something
23   other?
24         A.    We mainly use e-mail and video
25   conference.
```

```
1                      E. FLORES
2        Q.    In that communication that you
3   have, is that also something that's
4   maintained in the regular course of
5   business, your e-mail communication, back
6   and forth between you and Mr. Valverde?
7        A.    Yes.
8        Q.    That's maintained in the
9   regular course of business?
10       A.    That's correct.
11       Q.    Do you have any specific rules
12  of maintaining e-mails; any procedures or
13  protocols in your business?
14       A.    Can you please elaborate.
15       Q.    If you wanted to search
16  communication, maybe a directive or
17  something that is passed on from the board
18  to you through Mr. Valverde, would all
19  these e-mails be accessible to you?
20       A.    I keep -- I maintain my e-mails
21  on my E-box.  There's no specific process
22  or directive to it.
23       Q.    What kind of communication is
24  there between yourself regarding the
25  business?  What aspects of the business are
```

```
 1                    E. FLORES
 2   there communication between the two of you?
 3              MS. VASQUEZ:  Objection.  Gil,
 4         can you please clarify what you mean
 5         by "the business."
 6         Q.    When I'm referring to the
 7   business I'm just talking about your
 8   position as president of the board.  So
 9   what specific areas, if there is a
10   limitation, does that communication focus
11   on?
12         A.    There's not a specific topic.
13   It's just about the general state of the
14   business.  So we can cover any kind of
15   things.
16         Q.    Besides being the president of
17   Torey, are you employed in some capacity by
18   any other companies?
19         A.    No.
20         Q.    During -- from 2011 to the
21   present, even though you may not be
22   currently employed by any other company,
23   were you employed or provided services to
24   any other company during the duration of
25   the time that you been employed by Torey?
```

1                    E. FLORES

2          A.    Can you please clarify that,

3     please.

4          Q.    Has there been any other second

5     job during your tenure with Torey?

6          A.    I only have been employed by

7     Tor Rey Refrigeration.

8          Q.    Now as a president, first of

9     all, are you the only president or are

10    there multiple presidents of the company?

11         A.    For Torey Refrigeration?

12         Q.    Yes.

13         A.    I'm the only president.

14         Q.    Besides having the board that

15    you said you have quarterly meetings and

16    Mr. Valverde, do you have anyone else that

17    you answer to in your capacity as the

18    president of Torey?

19         A.    No, I only have communications

20    with those two entities.

21         Q.    Do you know how many people

22    there are, currently, on the board for

23    Torey?

24         A.    No, I don't.

25         Q.    Is that some information that

```
1                    E. FLORES
2    would you have available within your
3    business records?
4         A.    Yes.
5              MR. ZOHAR:  We're gonna ask
6         for, again, and we'll reduce this to
7         writing, all the names of the board
8         members, currently, and in the past
9         for Torey Refrigeration, Inc.
10             MS. VASQUEZ:  Just going to
11        note my objection to that, just
12        generally, in terms of relevance but,
13        yeah, thanks again, we'll put it in
14        writing and we'll respond.
15        Q.    These board members, do they
16   dictate the manner in which the business,
17   Torey, proceeds and conducts itself?
18        A.    Which capacity?
19        Q.    Who determines what kind of
20   business Torey is; is that you or is that
21   the board members?
22        A.    Um, can you give me an example
23   just so I can understand what you're
24   talking about.
25        Q.    We have a named company and I
```

```
 1                    E. FLORES
 2   don't know necessarily if they're into --
 3   when it says refrigeration if they're in
 4   the business for HVACs, H-V-A-C, for
 5   residential air conditioning unit,
 6   commercial larger capacity cooling
 7   enclosures or something other.
 8              So I want to find out who
 9   determines what kind of business Torey is;
10   is that something that you do?
11        A.    I cannot attest to that.  I
12   since I been president of Torey
13   Refrigeration, we always been the same
14   business.  So, I don't know who was the
15   person that decided that.
16        Q.    But it wasn't you?
17        A.    It wasn't me.
18        Q.    In your capacity as president,
19   when you receive communication, either
20   directly from the board during your
21   quarterly meetings or from Mr. Valverde, is
22   that something that once it's communicated
23   to you you carry out their wishes and
24   direction?
25        A.    I do.
```

1                    E. FLORES

2        Q.     Do you have the capacity in

3    your position to say, no, that's not

4    something I want to do.  Do any of those

5    directives or wishes of the board either

6    directly or through Mr. Valverde?

7        A.     We never had a conversation so

8    I couldn't say.

9        Q.     So up to now, in your

10   approximate 11 years that you been working

11   for them, meaning Torey, when you get

12   directives, orders or any communication for

13   you to carry out certain aspects of

14   business, you follow those directives,

15   correct?

16       A.     To the best of my capacity.

17       Q.     Can you tell me what,

18   specifically, is the business of Torey

19   Refrigeration?

20       A.     Torey Refrigeration is in the

21   business of commercializing commercial

22   refrigeration that goes for restaurants.

23   Anything that has to do with the food

24   industry and also sales, electronic scales

25   for the food servicing industry as well.

```
1                          E. FLORES
2          Q.    At any point, had Torey had any
3    involvement with meat grinders?
4          A.    Torey Refrigeration has never
5    sold meat grinders.
6          Q.    What's your knowledge of meat
7    grinders as you sit here today?
8               MS. VASQUEZ:  Objection to
9          form.  Can you be more for specific
10         with that question please, Gil.
11              MR. ZOHAR:  I want to find out
12         what knowledge, if any, that he has
13         with regards to meat grinder.
14              MS. VASQUEZ:  Again, it's very
15         vague, but, if he can answer.
16         Q.    We'll break it down into
17   several questions.  I want to make sure
18   it's clear.  Have you ever received any
19   type of engineering education certification
20   regarding the production of meat grinders?
21         A.    No, I have not.
22         Q.    Have you ever seen -- have you
23   ever sold meat grinders in your capacity or
24   the company for which you a president?
25         A.    Torey Refrigeration has never
```

```
1                    E. FLORES
2    sold meat grinders and I have not sold meat
3    grinders, personally.
4         Q.    Now, I'm gonna ask you a few
5    questions with regards to the
6    pre-deposition and I do not want you, in
7    any manner, to tell me what communication
8    you may have had directly with your
9    attorneys.
10            So before you came here today
11   you were notified that you had a
12   deposition?
13        A.    I was.
14        Q.    Were you told that it involves
15   a bodily injury claim that involved a meat
16   grinder?
17        A.    I knew there was an incident.
18   I didn't go deeper into the details.
19        Q.    Does Torey Refrigeration, as
20   you said you're the president of, have any
21   involvement of either production.  Let me
22   breakdown my question.  Does Torey have any
23   type of involvement with regards to
24   designing of meat grinders?
25        A.    Not to my knowledge.
```

1                    E. FLORES

2          Q.    Has Torey been involved in

3    anything with regards to designing, doing

4    market analysis and sales of meat grinders?

5          A.    No, Torey Refrigeration has

6    never sold nor designed meat grinders.

7          Q.    When you say that they never

8    have, is that during your tenure or your

9    knowledge that they've never done that

10   before during their existence?

11         A.    I only have knowledge from the

12   time I started working for them forward.

13         Q.    Once you were notified that

14   this involved a meat grinder, did you do,

15   first of all, any type of review of any

16   type of documents?

17         A.    I -- we searched for an

18   invoice.

19         Q.    Did you locate an invoice?

20         A.    I did not personally but

21   somebody in my staff did.

22         Q.    When you say that you searched

23   for an invoice, did that someone in the

24   company that found the invoice, did they

25   provide that invoice to you?

1                    E. FLORES

2          A.      They did.

3          Q.      And that invoice, do you recall

4    -- what was the date of that invoice, if

5    you recall?

6          A.      I don't.

7          Q.      Do you know if it predated the

8    time of your employment?

9          A.      I don't know the specific date.

10         Q.      In that invoice, was it a Torey

11   invoice specifically?

12         A.      I don't understand the

13   question.

14         Q.      Does Torey Refrigeration, is

15   that a umbrella company that has other

16   companies that it controls that may sell

17   meat grinders or something else?

18         A.      No, Torey Refrigeration does

19   not control any other entities.

20         Q.      Is Torey part of the umbrella a

21   piece of a large umbrella corporation that

22   does have aspects in portions of companies

23   which do sell grinders?

24         A.      I don't -- I don't know at this

25   time.

1                    E. FLORES

2        Q.     The invoice that you had

3    received, was that for a meat grinder?

4        A.     They have different items on

5    the invoice.   I though that it was at least

6    one meat grinder.

7        Q.     Just to make it a little bit

8    easier.

9            MR. ZOHAR:   Carmen I'm also --

10           I'm going to take, just so we can

11           have that the document had been

12           exchanged, I'll just forward that to

13           Ms. Dione Woods if that is all right

14           with you.

15           MS. VASQUEZ:   Okay.

16           MR. ZOHAR:   Just give me one

17           second.

18           MS. VASQUEZ:   Are you going to

19           have her share it?

20           MR. ZOHAR:   I'll just share and

21           we'll send each individual item after

22           that so we're not going to --

23           MS. VASQUEZ:   Sure.   That's

24           fine.

25       Q.     All right.   I'm going to screen

```
 1                      E. FLORES
 2    share a document and we'll have this as
 3    Plaintiff's 1.  All right.
 4                    (Whereupon, manual was marked
 5              as Plaintiff's Exhibit 1 for
 6              identification as of this date by the
 7              Reporter.)
 8         Q.    So Mr. Flores, do you see the
 9    invoice that I have and it has been marked
10    as Plaintiff's 1?
11         A.    I see it.  Can you make it a
12    little bigger because I don't see it.
13         Q.    Absolutely.  And I was just
14    going to tell you, if anything, if you want
15    me to enlarge move over, shift, I will do
16    all those things.  I want to make sure that
17    things are clear.
18               I will enlarge it and if some
19    portions go outside of the frame, you can
20    tell me to go ahead, go lower, go higher,
21    to the side, whatever you want, to examine
22    it as we ask questions about it, okay?
23         A.    Understood.
24         Q.    Is that a little bit more
25    helpful?
```

1                    E. FLORES

2        A.     Yes, it is.  Thank you.

3        Q.     By taking a look at this

4    document, can you tell me when this was

5    actually dated -- this invoice?

6              I'll go down to the bottom if

7    you need to because part is cut off.

8        A.     There is a -- if you can make

9    bigger.  That's a part that says, date, but

10   I cannot read the date.

11       Q.     Okay.  Does that help you or

12   you want me to make it larger?

13       A.     A little bit bigger please.

14   Thank you.  So what I see -- yes, now I

15   think that's better.  Yes, thank you.

16       Q.     When you say that there is a

17   part that there is a date, you're talking

18   -- first of all I'm just going to give you

19   -- at the top left it looks like there is

20   some type of wording in a symbol for Torey

21   in the top left, do you see that?

22       A.     Yes.

23       Q.     Is that the Torey name and

24   symbol used by the company for which you're

25   a president of?

```
 1                      E. FLORES
 2        A.     A brand.
 3        Q.     Is this an invoice to Torey?
 4        A.     I don't understand "invoice."
 5   I'm sorry.  Can you rephrase it.
 6        Q.     There is an invoice.  Is this a
 7   Torey invoice?
 8        A.     I still don't understand the
 9   question.
10        Q.     In the business that you
11   conduct, you sell things for profit,
12   correct?
13        A.     We do.
14        Q.     You send out invoices in some
15   manner to notify people what they owe or
16   once they purchased, they should have an
17   invoice for that purchase?
18        A.     That's correct.
19        Q.     Is that something that's done
20   also for a good recordkeeping of the
21   business but also the people who have the
22   proof of purchase?
23        A.     That is correct.
24        Q.     Is this an invoice that Torey
25   sends out to his customers?
```

1              E. FLORES

2      A.     This is not a Torey

3  Refrigeration invoice.

4      Q.     What is the association that

5  Torey has with, what is also typed to the

6  right of that word, and if you can read it

7  better than I can.  You see what the name

8  is?

9      A.     To the right of the -- of what?

10 Sorry.

11     Q.     Of where it says Torey at the

12 top?

13     A.     Okay.  Yeah, I can read it, it

14 says Fabricantes De Equipos Para

15 Refrigeracion.

16     Q.     Are you familiar with that

17 company?

18     A.     I am.

19     Q.     What association does Torey

20 have with Fabricantes De Equipos Para

21 Refrigeracion S.A. DE C.V?

22     A.     It's a supplier of equipment

23 for Torey Refrigeration.

24     Q.     Do they have any type of common

25 ownership relationship?

1                    E. FLORES

2        A.     I don't know.

3        Q.     What kind of supplies does this

4   company supply to Torey?

5        A.     Refrigeration units.

6   Commercial refrigeration, scales.

7        Q.     Would you agree that there are

8   three items listed under description within

9   this invoice?

10       A.     I cannot read it.  If you can

11  enlarge that portion, please.

12       Q.     Okay.  I'm go to -- you see the

13  are where it says description?

14       A.     I see it, yes.

15       Q.     Would you read on this invoice,

16  and I'm going to go down just to make sure

17  there's nothing else here in the

18  description of it.  There are three items.

19  Can you read off what those three items

20  are?

21       A.     I can read portions of it to

22  the best of my capacity.  The first one

23  apparently it read slicer Procut and then

24  the next item is blender Procut and then

25  one more that reads blender cuts.

```
1                        E. FLORES
2         Q.       Correct.  Is there any use of
3    these three items have to do with
4    refrigeration in any manner?
5         A.       Not my knowledge.
6         Q.       Can you tell us why Torey would
7    be purchasing slicers and grinders?
8         A.       Torey did not purchase those
9    items.
10        Q.       Why would -- well, can you
11   explain to us why is the name Torey on the
12   top-left portion of this invoice?
13        A.       I don't.  I don't know that.
14        Q.       Who would know why this bill is
15   being maintained in the regular course of
16   business of Torey?  What purpose this is
17   being maintained in the business?
18        A.       I don't understand your
19   question.
20        Q.       This bill right here is
21   maintained in your regular course of
22   business, and that's why one of the
23   employees found it?
24        A.       This particular bill, according
25   to what is stated there, was sold to
```

E. FLORES

1

2   Prokraft and -- and -- and it was sold to

3   Prokraft and it was managed by Prokraft.

4        Q.    Why is the Torey name on this

5   bill -- this invoice?

6             MS. VASQUEZ:  Objection.  You

7        can answer if you know.

8        A.    Don't know.

9        Q.    Who would have that information

10  available to them and would be able to

11  testify in regards to why Torey's name is

12  on this invoice and what connection Torey

13  has to this invoice or this transaction?

14            MS. VASQUEZ:  Objection.  You

15       can answer.

16       A.    I don't know.

17       Q.    Would the board members build a

18  relationship between Torey and Fabricantes

19  De Equipos Para Refrigeracion?

20            MS. VASQUEZ:  Objection.

21       A.    I don't know.

22       Q.    Have you sold anything and

23  we're talking about Torey to Prokraft?

24            MS. VASQUEZ:  Objection can you

25       please -- Gil there's a lot of Torey

```
1                    E. FLORES

2        being thrown around.  I just want to

3        be very clear.  His testimony is that

4        he's president of Torey

5        Refrigeration.

6             MR. ZOHAR:  Correct.

7             MS. VASQUEZ:  And there's

8        another there's another one that

9        Torey here that hasn't been

10       established, if that's Torey

11       Refrigeration, so can you be more

12       specific with the question, please.

13            MR. ZOHAR:  Off the record.

14            (Whereupon, an off-the-record

15       discussion was held.)

16       Q.    Mr. Flores, now you said you

17  were not employed, you did not provide any

18  services to other companies earlier.  Are

19  there other entities or companies for which

20  you have some type of relationship, we'll

21  call it, that you were on a board, that you

22  were in an office or anything of that share

23  with other companies?

24       A.    The initial of my answer was

25  that I was only employed by Torey
```

```
1                    E. FLORES
2    Refrigeration, that was my answer and then
3    to your second answer to the question I
4    also said, Prokraft, but I'm not employed
5    by Prokraft.
6              MR. ZOHAR:  I'm having cut off.
7         I'm hearing something.
8         A.    I will repeat the answer.  I
9    also serve as a president of Prokraft but
10   I'm not employed by Prokraft.
11        Q.    So in your capacity, first of
12   all, as president of Prokraft -- first of
13   all, what kind of company, business for,
14   such as a corporation, the same questions I
15   had before limited liability, nonprofit.
16   What kind of corporate structure is there
17   for Prokraft?
18        A.    Prokraft is a corporation.
19        Q.    That's a for-profit
20   corporation, correct?
21        A.    That's correct.
22        Q.    Is there also a board there
23   that you answer up to?
24        A.    Yes.
25        Q.    Do you know what the -- how
```

```
1                    E. FLORES
2     many individuals apprise the board for
3     Prokraft?
4          A.     Not at this time.
5          Q.     From what time have you been
6     president of Prokraft?  Since when?
7          A.     If my memory serves correct,
8     2012.
9          Q.     Who do you answer up to,
10    directly?  You said board members, but do
11    you have names of any of the board members
12    for Prokraft?
13         A.     Not at this time.
14              MR. ZOHAR:  I'm going to ask
15           for and we'll reduce to writing for
16           the names of all the board members of
17           Prokraft.
18         Q.     Now, the board members of
19    Prokraft, in what manner of communication;
20    is it also e-mails, video link or do you
21    meet them in person?
22         A.     We talk -- communicated mainly
23    by e-mail or video conference.  We have not
24    met in person, face-to-face.
25         Q.     Are there any type of meetings,
```

```
 1                    E. FLORES
 2   monthly, quarterly, yearly that you appear
 3   and meet them in person?
 4           MR. ZOHAR:  I don't know.  He
 5       might be frozen.  Mr. Flores?  Yeah,
 6       he's frozen.
 7           MS. VASQUEZ:  It looks like.
 8           MR. ZOHAR:  Yes, he's frozen.
 9           (Whereupon, technical
10       difficulties were had.)
11           (Whereupon, a short recess was
12       taken.)
13           MR. ZOHAR:  Ms. Woods, can you
14       just read back the last question.  I
15       don't know if there was an answer.
16       (Whereupon, the referred to question
17       was read back by the Reporter.)
18       Q.    Referring to board members of
19   Prokraft.
20       A.    What specific time?
21       Q.    During the course of you being
22   the president since 2012?
23       A.    Pre-Covid we did face-to-face
24   with different boards members.  Since Covid
25   we did not get face-to-face.
```

```
 1                    E. FLORES
 2        Q.    Prior to Covid, how many
 3   face-to-face meetings during the course of
 4   your presidency for Prokraft have you met
 5   with the board members?
 6        A.    At least once a year.
 7        Q.    In general, is there a specific
 8   amount of board members?
 9        A.    No, I don't know at this time.
10        Q.    Do you recall when you met
11   them, at any point, how many board members
12   there were for Prokraft?
13        A.    They changed through time.  The
14   people are aware of the meeting, so I don't
15   know.
16        Q.    I understand that the people
17   may change, but is there a specific
18   quantity of board members; whether they
19   have 10 or 20 or whatever it may be?
20             MS. VASQUEZ:  Objection.  You
21        can answer.
22        A.    I don't know at this time
23   there.
24        Q.    Did you meet all the board
25   members at any one of those meetings since
```

```
1                      E. FLORES
2     2012 prior to Covid?
3          A.    I don't know at this time.
4          Q.    Now, when you go to these board
5     meetings are they official company
6     business?
7                MS. VASQUEZ:  Objection to
8            form.  You can answer.  If you know.
9          A.    Can you rephrase the question,
10    please.
11         Q.    These events where you've met
12    the board members, are they all social or
13    some of them actually have to do with the
14    business of Prokraft?
15         A.    With the business of Prokraft.
16         Q.    Are those business scheduled
17    board meetings that you're attending during
18    those times that you've met them prior to
19    Covid face-to-face?
20         A.    Yes.
21         Q.    Were minutes taken during those
22    board meetings?
23         A.    I know of some.  I don't know
24    if every meeting has --
25         Q.    During those meetings, is there
```

1                    E. FLORES

2    an attendance of all those four in notation

3    of all those individuals that are at the

4    board meeting back in --

5         A.    I don't know.  I don't have

6    specific of the minutes.

7         Q.    Have you ever seen minutes

8    available of any board meetings in your

9    capacity as the president dealing with

10   board members on both Torey and Prokraft?

11        A.    No.

12        Q.    Is it a regular custom to know

13   who has physically appeared and been a part

14   of that board meeting?

15        A.    I don't know about the rule

16   stuff.  They have minutes.

17        Q.    I'm asking from your experience

18   when you reviewed those minutes, have you

19   seen if they actually take down the names

20   of who is there, presently?

21        A.    I don't.  I don't know the

22   rules of the meetings.  I'm not the person

23   that takes the minutes.  That's not my job.

24   So I seen minutes but I don't know the

25   specifics of what's included or what's not.

E. FLORES

Q.   When you say you've seen
minutes, does that mean that you looked at
a piece of paper and looked away or have
you read the minutes when you say you've
seen the minutes?

A.   I'll look at the paper,
basically.

Q.   So you didn't read anything to
do with what the minutes stated; is that
what you're saying?

A.   I -- that's very general.  I
been president of Prokraft for more than
nine years so.  I can't remember nine years
ago.

Q.   I'm not asking you to recite
verbatim something they say but, have you
read minutes during the course of your
tenure as a president of a company?

A.   I have.

Q.   Have you ever seen any notes
that a certain person had stated something
and spoke in the meeting?

A.   I don't remember.

Q.   Have you ever seen names of

1                    E. FLORES

2    individuals that were in meetings noted

3    with the minutes?

4        A.    I have.

5        Q.    Have you ever noted within

6    those minutes of what the basic laundry

7    list of items that they wanted to speak

8    about and discuss?

9            MS. VASQUEZ:  Objection.  You

10        can answer.

11       A.    I don't know the specifics of

12   that.  I don't have a recollection.

13       Q.    Do you understand what the

14   purpose of minutes are for board meetings?

15           MR. VASQUEZ:  Objection.  You

16        can answer.

17       A.    That, I don't know.

18       Q.    In your capacity as a president

19   of two for-profit companies, have you ever

20   reviewed minutes to understand what was

21   discussed and what the directives of a

22   board were findings that may have even been

23   voted upon?

24           MS. VASQUEZ:  Objection.  Gil,

25        I'm going to have to say something

```
 1                    E. FLORES
 2          here.  He's already answered, he
 3          doesn't recall.  I don't know where
 4          we're going with these minutes.  You
 5          already placed a demand on the
 6          record.  So, I don't know how much.
 7          If he can't recall.  He cant recall.
 8          Q.    I just want to find, out as the
 9     president of Prokraft and Torey, did you
10     ever use minutes to read and determine what
11     the wheel of the board is for that specific
12     number?
13          MS. VASQUEZ:  Objection to form
14          and I would just -- would like for
15          you to clarify board.  Make separate
16          questions because we're here for the
17          Prokraft event not a Torey.  I would
18          just ask some if you can just limit
19          your questions to Prokraft or have
20          two separate questions.
21          MR. ZOHAR:  I will do that, but
22          it should be understood that this
23          witness knew we were here for a
24          Prokraft meat grinders because he
25          stated he was told this and when I
```

1                    E. FLORES

2       asked him about his position he never

3       mentioned anything, initially, about

4       Prokraft, but instead went along the,

5       you know, the line of Torey.

6            So, you know, my confusion is

7       obvious based upon the answers of

8       this witness.  So now I want to find

9       out about his capacity and his

10      knowledge as a president and how he

11      functions.

12           It's very important -- this is

13      not a person that has a bruise.

14      These are serious injuries and

15      serious allegations that we have here

16      today.  I want to make sure that we

17      explore all those things that we need

18      to.

19           MS. VASQUEZ:  I understand

20      that.  I'm not objecting to your --

21      what I'm objecting to, specific, is

22      the fact that he's already answered

23      the question, first of all.  That I'm

24      objecting to the fact that your first

25      question was, who are you employed by

```
 1              E. FLORES

 2         and he made clear in the response

 3         that he was not employed by Prokraft

 4         but was a corporate officer.

 5              The interrogatories all

 6         indicated he's the president for

 7         Prokraft.  Your question was very

 8         general and it was -- he answered the

 9         question honestly and truthfully.  He

10         was employed by Torey Refrigeration

11         but he's a corporate officer for

12         Prokraft the entity that we're here

13         for today.

14              So if we can just stay on point

15         and, you know, stay on the fact that

16         we're here for Prokraft's machine.

17              MR. ZOHAR:  I understand.

18         Q.    So Mr. Flores, you would agree

19    that you're president of two companies,

20    correct?

21         A.    Yes, I'm president of Torey

22    Refrigeration and I'm president of

23    Prokraft.

24         Q.    Is the, say the agreement, for

25    you to provide your services as a
```

```
1                    E. FLORES

2     president, is it the same for both

3     companies or does it differ?

4              MS. VASQUEZ:  Oxygen.  Again

5          same objection.  We can move on from

6          this.  You can answer.

7          A.    I don't understand the

8     question.

9          Q.    Do you get compensated for your

10    services as a president?

11         A.    I don't --

12         Q.    Yeah, we're waiting just for an

13    answer.  Did you hear the question?

14             MS. VASQUEZ:  Did you hear the

15         question?

16         A.    No, it got frozen.

17         Q.    Not a problem.  Can you hear me

18    now?

19         A.    Yes.

20         Q.    Do you receive some type of

21    monetary compensation or other means of

22    compensation for providing service as a

23    president for Prokraft?

24             MS. VASQUEZ:  Objection.  You

25         can answer.
```

```
 1                    E. FLORES

 2        A.    Yes, my only compensation comes

 3   from Torey Refrigeration.  I don't receive

 4   any compensation from Prokraft.

 5        Q.    Do you have any ownership from

 6   Prokraft?

 7        A.    No, I don't.

 8        Q.    So is it that you just provide

 9   your services that's pro bono business for

10   Prokraft?

11        A.    I don't understand the

12   question.  Sorry.

13        Q.    You said you don't receive any

14   compensation.  So you acting as a president

15   for Prokraft, are you doing that free?  For

16   no compensation of any means.

17              MS. VASQUEZ:  Objection again.

18         You can answer.

19        A.    Torey Refrigeration is the

20   entity that pays my salary and Torey

21   Refrigeration provide services to Prokraft

22   and as far as my position of Torey I have

23   to provide some service to Prokraft.

24        Q.    When you say you provide

25   services, I mean, you're taking the
```

```
 1                  E. FLORES
 2   position of president of Prokraft when you
 3   say you provide your services, correct?
 4       A.    I -- I don't understand the
 5   question.
 6       Q.    Do you provide any free
 7   services to any other companies other than
 8   Prokraft?
 9       A.    No, I don't provide any service
10   to other companies.
11       Q.    Is there any reason why you
12   provide free services to Prokraft?
13            MS. VASQUEZ:  Objection.  You
14       can answer.
15       A.    I -- again I -- Torey
16   Refrigeration has a service agreement with
17   Prokraft and they provide different
18   services.  As president of Torey
19   Refrigeration I provide the service to
20   Prokraft.
21       Q.    Who gave you that directive
22   that you will act as president without any
23   other compensation for Prokraft?
24       A.    I was assigned by Prokraft
25   board as president.
```

                    E. FLORES

1

2      Q.     But you said you're not

3   employed by Prokraft board?

4      A.     I'm not.

5      Q.     You have to wait a second so I

6   can repeat my question.

7      A.     Understood.

8      Q.     You said that you were only

9   employed by Torey, you only answer up to

10   the board members of Torey and you have

11   some communication that's directed but you

12   have more regular communication with Mr.

13   Valverde, correct?

14      A.     President of Torey

15   Refrigeration I do report to the board and

16   I do have communications with.  That is

17   accurate.

18      Q.     Did you receive any directives

19   to act as president for another company

20   from the board members of Torey?

21      A.     No.

22      Q.     Is this something that you took

23   upon yourself, on your own, to act as

24   president without any compensation of any

25   kind for a different company other than

```
 1                    E. FLORES
 2   Torey?
 3              MS. VASQUEZ:  Objection to
 4        form.  He's already answered the
 5        question.  You can answer it again.
 6        One last time.
 7        A.    When I became president of
 8   Prokraft the owners of Prokraft had a
 9   service agreement with Torey Refrigeration.
10   It was the decision of the board of
11   Prokraft to have me as president of the
12   company.
13        Q.    So which company did you act as
14   president first?
15        A.    Torey Refrigeration.
16        Q.    But you keep on saying that the
17   board members of Prokraft were the ones
18   that basically gave you direction to act as
19   president on your behalf, correct or --
20   correct me if I'm misstating something?
21        A.    I repeat my answer.  My
22   previous answer which is, the Prokraft, the
23   board of Prokraft had engaged with a
24   service agreement.  And the board of
25   Prokraft decided that I will be the
```

```
 1                    E. FLORES
 2   president of the company as well.
 3        Q.    Does Prokraft own Torey?
 4        A.    No.
 5        Q.    Does Prokraft have an umbrella
 6   company or shell corporation that in some
 7   manner controls Torey?
 8        A.    I don't know that.
 9        Q.    Can you explain to us how a
10   company, regardless if you had a service
11   contact or otherwise, direct you to act as
12   president when they do not control Torey in
13   any manner?
14             MS. VASQUEZ:  Objection.
15        You're misstating his testimony, Gil.
16        I think there's some confusion here.
17             MR. ZOHAR:  I think there's
18        absolute confusion and it has to do
19        with the responses.  If he is not
20        employed by Prokraft he does not
21        receive any compensation from
22        Prokraft, he only answers up to the
23        board of Torey.
24             So I'm asking how it is that he
25        from one company for which he's the
```

1                    E. FLORES

2           only person.  It's the only employee

3           that he has, he takes direction from

4           another company to be his president.

5                MS. VASQUEZ:  That's not what

6           he said.  You know what, his

7           testimony will speak for itself and

8           in the transcript is going to say in

9           his testimony that's not what he

10          said, but you know, if we can just.

11          Q.   We'll go offer it again because

12   it's not clear in the record and he did not

13   answer my question directly or indirectly.

14   So Mr. Flores, is it common for you to have

15   board members from other companies ask you

16   to be a non-compensated president?

17          A.   I didn't hear the question.

18   Can you repeat it, please.

19          Q.   Yes.  Is there a common

20   occurrence for you to follow directives of

21   boards or other companies, to act as a

22   president without any compensation for some

23   company that, other than the one that

24   employed to you?

25                MS. VASQUEZ:  Objection.  You

```
 1                      E. FLORES
 2         can answer.
 3         A.    I only serve as president of
 4   Tor Rey Refrigeration and Prokraft.  I have
 5   no involvement with other companies.  So
 6   that's the only thing.  I can answer about
 7   that.
 8         Q.    So would that be, it does --
 9   it's never happened other than this one
10   incident.  It's not a regular occurrence
11   because you have not answered my question.
12   We can read it back.
13         A.    I don't know.  I don't
14   understand what you mean by "regular
15   occurrence."
16         Q.    Besides you acting and taking
17   directive from a board, from a company that
18   is not your employer, have you ever done
19   that, at any other time, for any other
20   company?
21              MS. VASQUEZ:  Objection to the
22         question.  Objection to the
23         misstatement in your question to his
24         testimony.  His testimony speaks for
25         itself.  Over objection.  You can
```

```
 1                     E. FLORES

 2          answer, Eduardo.

 3          A.     No, I don't remember at this

 4    time.

 5          Q.     Let me ask you a question.   Do

 6    you have any memory problems?

 7                 MS. VASQUEZ:   Objection.

 8          A.     No.

 9          Q.     Do you have any type of health

10    issues that would prevent you from

11    recalling an event as much as being asked

12    as a president for another company for no

13    compensation in your life?

14                 MS. VASQUEZ:   We are getting

15            into a turn towards here where you're

16            board line harassing this witness.

17            You're asking the same questions over

18            and over and over again and

19            mischaracterizing his testimony in

20            your questions and we're here for a

21            Prokraft meat grinder.

22                 You haven't asked one question

23            yet even though we're a hour and a

24            half into it.   I would ask let's

25            please move forward here.
```

```
1                    E. FLORES
2          MR. ZOHAR:  A couple things.
3     One, let's not have speaking
4     objections.  Two, I have not received
5     direct answers and I have a witness
6     here that says he doesn't recall if
7     he may have been asked to be a
8     president of a company and I think
9     that that directly raises a red flag
10    that maybe he has issues with
11    recollection.  That is a very easy
12    thing.
13         It's like asking you, have you
14    ever been a father and he say well, I
15    don't remember.  It's a kin to them
16    and so if he's going to be
17    obstructive in answering these
18    questions it's an issue because it
19    doesn't allow me to move forward.
20         I cannot move forward and for
21    you to continue to say those things
22    that are misstatements, they are
23    inappropriate.  You know the rules --
24         MS. VASQUEZ:  You know what --
25         MR. ZOHAR:  The capacity of our
```

1                    E. FLORES

2       position and allow the witness to

3       testify.  And if he is obstructing,

4       and not answer questions, it's going

5       to be an issue that we are going to

6       have to raise with the court and can

7       possibly bring somebody that's

8       willing to testify or do this under

9       other circumstances where we have

10      someone from the courts what we're

11      seeing and supervising this witnesses

12      testimony because this is

13      unacceptable.

14            MS. VASQUEZ:  Let me just say

15      this.  Let me just say this.  Let me

16      just say this.  This is the reason

17      why I placed a statement on the

18      record regarding the notice pursuant

19      to rule 30 b 6.

20            You never served one.  We don't

21      have any topics of deposition

22      testimony to prepare this witness and

23      I know you're asking these questions

24      and expect him to remember things off

25      the top of his head that we have no

```
 1                    E. FLORES
 2        basis to believe or that you're going
 3        to be asking questions about.
 4             Torey Refrigeration.  We're not
 5        here for a Torey Refrigeration
 6        product, we're here for a Prokraft
 7        product.  You never asked questions
 8        about it.  So I'm just going to
 9        continue.  He's being produced.
10        We're not waiving any objections to
11        the lack of notice.
12             You know the rules too so
13        bringing that up and telling me that
14        I don't know the rules or that I know
15        the rules and I should know them.  It
16        goes both ways.
17             I'm going to let him answer the
18        questions but I think we need to
19        start moving on and start asking
20        questions that are relevant to this
21        lawsuit which is a Prokraft meat
22        grinder.  You haven't even gotten
23        there yet.
24             MR. ZOHAR:  Like I said, you
25        know the rules about speaking
```

```
 1                    E. FLORES
 2        objections.  I understand those
 3        comments which you just made, that's
 4        fine, but you also, in the record is
 5        very clear upon this, that there are
 6        some very significant issues with the
 7        testimony of Mr. Flores under the
 8        circumstances, and if you want to,
 9        what we can do is we cannot proceed
10        forward we can go ahead and put the
11        notice to make sure that it's very
12        clear and very obvious that we're
13        asking questions about what is cited
14        within the claims that have been
15        asserted against the Defendants in
16        this case for which this witness is
17        aware of and has stated so.
18             MS. VASQUEZ:  No, we're not
19        stopping.  I'm sorry.  Mr. Flores
20        testimony here today which is
21        pursuant to court order.  You know
22        that we have a very, very short time
23        frame.  And then we're going to move
24        forward to testify.
25             The record will tell his
```

1                    E. FLORES

2          testimony.  He's here to testify

3          based on what he knows, what he

4          recollects.  It's not a test.  If he

5          doesn't remember, he doesn't

6          remember.  That's all there is to it.

7     Q.    Mr. Flores?

8     A.    Yes.

9     Q.    I'm going to go back to your

10   relationship between Prokraft and Torey.

11         MS. VASQUEZ:  Objection.

12         MR. ZOHAR:  I haven't even

13         asked the question.  You got to let

14         me have the opportunity to ask my

15         question and to not have speaking

16         objecting in any way.

17         MS. VASQUEZ:  Go ahead.

18    Q.    So in your relationship, first

19   of all, that you said that there is a

20   service agreement between Torey and

21   Prokraft, can you give us a little bit of

22   detail and description of what that service

23   agreement is?

24    A.    Yeah, there's a service

25   agreement that was signed between Prokraft

```
 1                    E. FLORES
 2   and Torey Refrigerations where Torey
 3   Refrigeration provide services like
 4   warehouse and you know shipment of
 5   products.
 6             I mean, services, marketing and
 7   the sign of salespeople.  Things like that.
 8        Q.    And I got cut off.  I didn't
 9   hear.  Was that Prokraft provide the
10   warehouse in and all those things that you
11   detailed or was that Torey?  I didn't hear
12   what the name was.
13        A.    The agreement is between those
14   companies and the company that provide the
15   services is Torey refrigeration.
16        Q.    When you say they provide the
17   services and we're gonna go down the list
18   of all this; warehousing was one?
19        A.    That is correct.
20        Q.    Administrative?
21        A.    Yes.
22        Q.    Marketing?
23        A.    Yes.
24        Q.    Sales?
25        A.    Yes.
```

E. FLORES

 1

 2      Q.    What other services other than

 3  these four does Torey provide to Prokraft?

 4      A.    Top of my head --

 5      Q.    As president of Prokraft and

 6  Torey, you already told us that you answer

 7  up to the boards on both sides, correct?

 8      A.    Yes, I was assigned to the

 9  board, yes.  I -- the board of Prokraft,

10  yes, it's correct.

11      Q.    Are you a board member of the

12  board for Prokraft?

13      A.    I -- yes, yes, I am.

14      Q.    How many other fell board

15  members are there for Prokraft?

16      A.    I don't know.

17          MS. VASQUEZ:  Objection to the

18      form.  We've asked these questions

19      already.  Over objection.  He can

20      answer.  This is like the third round

21      now.

22          MR. ZOHAR:  Carmen, you can say

23      these things.  You can just put

24      objection.  The record is very clear.

25      This is the first time he said he was

1                    E. FLORES

2          a board member.  If you want to we'll

3          go through the whole record if you

4          want to.  But I'm absolutely sure

5          that this is the first time that he

6          said that he was a board member.

7              MS. VASQUEZ:  You've asked that

8          question, how many board members are

9          there.  We've asked that question a

10         couple of times now.

11             (Whereupon, as chorus of voices

12         were heard.)

13             MS. VASQUEZ:  All right.  Let's

14         move on.  But you had ask him that

15         question before.  You didn't say that

16         he haven't answered it improperly

17         before.  This is completely

18         inaccurate.

19         Q.    So getting back to questioning.

20     Mr. Flores, as a board member, how often

21     are you required to meet as on behalf of

22     Prokraft?

23             MS. VASQUEZ:  Objection.  You

24         can answer.

25         A.    To meet with who?

1                    E. FLORES

2          Q.    You know what.  We'll take a

3     step back.  Do you know where Prokraft is

4     incorporated?

5          A.    Where is -- in what sensory.

6          Q.    Do you know in what venue,

7     state, jurisdiction or some other word that

8     you may be familiar with that Prokraft is

9     incorporated?

10         A.    Is incorporated it's -- in the

11    state of Texas.

12         Q.    Do you know what the rules are

13    with regards to board meetings for a

14    company that is incorporated in Texas?

15              MS. VASQUEZ:  Objection.  You

16         can answer.

17         A.    No, I don't.

18         Q.    Do you know how many times it

19    is that as a board member for Prokraft that

20    you meet with other board members?

21         A.    Can you repeat the question,

22    please.

23              MR. ZOHAR:  Dione, can you read

24         it back, please.

25                   (Whereupon, the referred to

```
1                    E. FLORES
2            question was read back by the
3            Reporter.)
4            A.    There is not a set schedule to
5     my knowledge.
6            Q.    Have you ever read over the
7     papers for corporation and requirements as
8     a board member for companies that are
9     incorporated in Texas?
10           A.    No, I have not.
11           Q.    Those are documents that are
12    maintained in the regular course of
13    business?  Papers of the corporation.
14                 MS. VASQUEZ:  Objection to
15           form.  You can answer.
16           A.    Where?
17           Q.    As a president of Torey are you
18    familiar with papers of incorporation,
19    documents of incorporation for that
20    company?
21           A.    In what sensory?
22           Q.    Are you familiar that there are
23    such documents of incorporation that may
24    detail how a company is not only structured
25    but how it is to function especially with
```

```
 1                    E. FLORES
 2  regards to board members?
 3            MS. VASQUEZ:  Objection.  You
 4       can answer.
 5       A.    I'm sure there is.
 6       Q.    If you're not familiar with
 7  where those documents are, do you know who
 8  in the company of Prokraft would be
 9  familiar with those papers of
10  incorporation?
11            MS. VASQUEZ:  Objection.
12       Mischaracterizing his testimony.  You
13       can answer.
14       A.    Most likely corporate attorney.
15            MR. ZOHAR:  Again, we'll reduce
16       that to writing but we're going to
17       ask for papers of incorporation for
18       Prokraft.
19            MS. VASQUEZ:  Anything you want
20       we're going to take under advisement
21       and we're going to respond or object.
22       Q.    Now, Mr. Flores, you stated
23  that as a president you answer up to the
24  board but you are -- you testified that you
25  are a board member and, do you, in that
```

```
1                    E. FLORES
2      capacity, dictate how Prokraft conduct its
3      business?
4                    MS. VASQUEZ:  Objection to
5           form.  You can answer.
6           A.    Can you at please elaborate a
7      little more on the question, please.
8           Q.    Do you have a say in the way
9      that the business, Prokraft's business, is
10     conducted; sales, marketing, warehousing,
11     things of that nature?
12          A.    I do.
13          Q.    Does Prokraft have it's own
14     warehouses other than the ones provided by
15     Torey?
16          A.    No, all products are warehoused
17     at the location of Torey Refrigeration.
18          Q.    Does Prokraft have any of its
19     own administrative staff other than the
20     ones that are provided by Torey?
21          A.    No.
22          Q.    Does Prokraft have any
23     marketing department other than the one
24     that's provided by Torey?
25          A.    No.
```

```
 1                    E. FLORES
 2        Q.    Does Prokraft have any internet
 3   visibility in sales other than what is
 4   provided by Torey?
 5        A.    Sorry.  The first part you got
 6   cut off.  Can you repeat.
 7             MR. ZOHAR:  Ms. Woods, if you
 8        could, please.
 9             (Whereupon, the referred to
10        question was read back by the
11        Reporter.)
12        A.    No.
13        Q.    In your capacity as president
14   for Prokraft, are there individuals that
15   are employed wholly by Prokraft that answer
16   to you?
17        A.    It does not have any employees.
18        Q.    When you say "it," in that
19   answer, you mean Prokraft does not have any
20   employees?
21        A.    That is correct.  Prokraft does
22   not have any employees.
23        Q.    Do you have any stock ownership
24   of Prokraft?
25             MS. VASQUEZ:  Over objection.
```

```
1                    E. FLORES

2          You can answer.

3      A.    No, I don't.

4      Q.    Do you have right of purchase

5  of shares of Prokraft?

6          MS. VASQUEZ:  Objection.  You

7       can answer.

8      A.    No, I don't.

9      Q.    The profits that come out of

10 your dealings as president for Prokraft, do

11 they go secaution (phonetic) to Torey?

12          MS. VASQUEZ:  Objection to

13       form.  Can you -- I don't understand

14       that question.  Can you please break

15       that down.

16          MR. ZOHAR:  Absolutely.

17     Q.    Now Prokraft is the for-profit

18 company.  Is Prokraft a for-profit company?

19     A.    You froze.  Can you repeat

20 that, please.

21     Q.    Is Prokraft a for-profit

22 company?

23     A.    It is.

24     Q.    When those profits are

25 generated, do they get distributed to
```

```
 1                    E. FLORES
 2   shareholders, owners and others?
 3            MS. VASQUEZ:  Objection.  You
 4     can answer.
 5        A.    I don't understand the
 6   question.
 7        Q.    When the monies that Prokraft
 8   earns, what do you do with those profits as
 9   president of the company?
10        A.    They're in the bank.
11            MS. VASQUEZ:  Objection.
12        Q.    When you say the bank, you are
13   familiar with what money expenditures go
14   out and what profits come in as your
15   capacity as a president for Prokraft?
16        A.    Do you mean as a profit or do
17   you mean as a specific dollar amount.
18        Q.    I'm generalizing.  Did you know
19   that there are profits coming in and that
20   there are expenditures for running that
21   business?
22        A.    Yes, I understand that.
23        Q.    Do you understand also what
24   actually comes out is a net profit when you
25   deduct the cost of doing business?
```

1                    E. FLORES

2        A.    I understand that.

3        Q.    The money that is the net, you

4   described goes into a bank account?

5        A.    That is correct.

6              MS. VASQUEZ:  Object to form.

7        Q.    That bank account is Prokraft's

8   bank account?

9        A.    That is correct.

10             MS. VASQUEZ:  Objection to

11         form.

12        Q.    Do you see expenditures or

13   money that is distributed from that bank

14   account that is not for the cost of doing

15   business; meaning to by products, goods,

16   marketing, things of that nature.  There

17   are expenditures that are disputed.  Money

18   that is sent to people who may own Prokraft

19   or companies or individuals?

20             MS. VASQUEZ:  Objection.  He

21         can answer.

22        A.    Again, I will repeat my answer

23   for the third time.  The money is -- just

24   sits there.  It's just sitting there in a

25   bank account owned by Prokraft.

```
1                    E. FLORES
2              It has been sitting there for
3  the last six years from into memory that I
4  can be very clear on that.
5       Q.    Do you know who owns Prokraft?
6       A.    No, I don't.
7       Q.    Have you ever inquired who the
8  owner of Prokraft is?
9       A.    No.
10      Q.    Are the board members of
11 Prokraft and Torey the same?
12      A.    I don't know.
13      Q.    You a board member of Prokraft
14 craft, correct?
15      A.    Yes, that is correct.
16      Q.    You don't know if those board
17 members or board members that you answer up
18 to in your capacity of the board --
19            MS. VASQUEZ:  Objection.  You
20       can answer.
21      A.    I don't know of board members
22 of Torey.  So I cannot say or answer your
23 question.
24      Q.    Are some of the members of the
25 Torey board also members of the board for
```

```
1                        E. FLORES
2    Prokraft?
3         A.    I don't know.  I don't remember
4    the names of the Torey ones.
5         Q.    But you have described to us
6    that you've had video links with board
7    members, correct?
8         A.    Yes.
9         Q.    Some of those people that you
10   have seen and can identify, have you seen
11   any of those individuals that are board
12   members for both Torey and Prokraft?
13        A.    Not to my recollection.
14             MS. VASQUEZ:  Can we take a
15        break, please.
16
17             MR. ZOHAR:  Yeah, absolute.
18        Well let me just ask this, Carmen
19        when did you want to take a break for
20        lunch because maybe at some point
21        we'll just do that and include this
22        within that if you want to.
23             MS. VASQUEZ:  I think just the
24        15 minutes break for now.  That's
25        fine.
```

```
1                    E. FLORES

2               (Whereupon, a short recess was

3         taken.)

4               THE REPORTER:  Mr. Evans, do

5         you want a copy?

6               MR. EVANS:  Yes, absolutely.

7    Q.    Mr. Flores?

8    A.    Yes, sir.

9    Q.    So getting back to what I was

10   really asking about was money and profits

11   and I'mma just break it down.  So Prokraft,

12   itself, which you've given us some

13   information about the company, does

14   Prokraft, itself, have any type of assets

15   and I'm gonna break that term down to more

16   specific items.  Okay?

17               Does Prokraft have any type of

18   investments?

19   A.    What do you mean by

20   "investments"?

21   Q.    Investments in other for-profit

22   companies, entities, businesses, anything

23   of that nature?  Stock market, anything of

24   that nature?

25   A.    Not to my knowledge.
```

1                     E. FLORES

2          MS. VASQUEZ:  So you know what,

3     since he's already answered the

4     question, let's actually put

5     something on the record.  We are

6     still in the same area.

7          Gill, I'm trying to understand

8     why you feel that you're entitled to

9     this information and this testimony

10    based upon the complaint, based upon

11    the interrogatories and based upon

12    the production demands that you were

13    served and in relation to this

14    litigation.  It doesn't make any

15    sense.

16          Especially in light of the fact

17    that you never served a rule 30 b and

18    you have indicated that if something

19    maybe was served but I haven't seen

20    it.

21          So maybe it will be helpful

22    that you send me the notice that you

23    do have that was served and does that

24    notice contain any of the topics that

25    you're delving into at this point?

```
1                    E. FLORES

2          MR. ZOHAR:  Let me ask you

3    this.  You put a statement and it's

4    fine.  You absolutely have a right to

5    put the statement for a second time.

6          Are you going to be bound by my

7    notice, because you said that you

8    didn't receive it.

9          MS. VASQUEZ:  I didn't receive

10   it.

11         MR. ZOHAR:  But so let me ask,

12   what is the purpose of me sending you

13   the notice now?

14         MS. VASQUEZ:  But it hasn't

15   been sent, right?

16         MR. ZOHAR:  From my

17   understanding it was sent.  You're

18   saying it wasn't and you're saying

19   you do not have that.  I don't -- I

20   didn't see any file so it would have

21   been sent out through e-mail, mail

22   and, you know -- so if you don't have

23   that.

24         MS. VASQUEZ:  I don't have it.

25         MR. ZOHAR:  And I take you with
```

1                    E. FLORES

2         your word.  So --

3              MS. VASQUEZ:  Does Tom have it?

4         Tom did you receive a notice.

5              MR. EVANS:  No.

6              MR. ZOHAR:  So my answer to

7         that is, it is of no significance at

8         this point to provide that because if

9         you're saying that you didn't receive

10        a notice, which I'm showing you it's

11        of zero significance, and it has

12        service addresses, but it has also

13        the schedule which I have five items

14        on here.

15             It is of 0 significance if

16        you're telling me that you did not

17        receive it, that I provide it at this

18        point.  0 --

19             MS. VASQUEZ:  Well it's

20        naturally quite relevant.  So I ask

21        you to provide it.  Let's mark it for

22        an exhibit, at the very least, I

23        think would probably -- would guide,

24        you know, going forward, the topics

25        that are going to be asked and I'm

```
 1              E. FLORES
 2      entitled to see it, especially if
 3      you're claiming it was sent.
 4           I'm assuming, right, that's the
 5      whole point of the notice.
 6           MR. ZOHAR:  Absolutely, but
 7      you've already stated and regardless
 8      what I sent to you it's not, from
 9      your position, anything about it to
10      because you haven't received the
11      notice.  So there's no purpose of the
12      notice.
13           I'm not sending it you.  I will
14      send it and make sure it goes to your
15      e-mail from me because I would have
16      assumed that that's how it would have
17      been sent and, obviously, and I get,
18      Carmen, I'll take you with your word.
19           I do not doubt it.  But there
20      was absolutely no purpose other --
21      other than just try to use it in some
22      manner to try to create something to
23      restrict.
24           So in essence to abide by --
25      serves your purpose so there's no
```

1                 E. FLORES

2       notice you said.  There's notice.

3       You put a statement there's no

4       notice.  There's no notice.

5            MS. VASQUEZ:  Well, that's the

6       point of the notice, Gill.  To kind

7       of zero down and, you know, establish

8       the topics that are going to be

9       addressed at the deposition.  That is

10      the point of the notice.

11           So, yeah, I mean, I would like

12      to see it just so we could be a

13      little bit more restrictive and, you

14      know, keeping with the topics of this

15      litigation.

16           You're going into an area that

17      has actually no bearing on this

18      litigation, whatsoever.

19           MR. ZOHAR:  I disagree.  And

20      for your purposes, there is no

21      purpose of using that notice, which

22      you already stated, you're not going

23      to abide because it hasn't been

24      served.

25           When we're done with

```
 1                    E. FLORES
 2        depositions and we have further
 3        depositions I'll make sure to get
 4        that out to you.
 5             MS. VASQUEZ:  So, I'm just
 6        gonna ask.  That's fine.  I'm going
 7        to ask that you please preserve your
 8        notice.  You preserve it as is for
 9        the court for the event that it needs
10        to be brought up or addressed.
11             So please make sure that you
12        preserve it in exactly the format
13        that you have it today.
14        Q.    So, Mr. Flores, are you
15   familiar with any assets that Prokraft has
16   and remember I told I broke it down and I
17   started with investments, you said no.
18   Does Prokraft have ownership or rights with
19   any intellectual (phonetic) property?
20             MS. VASQUEZ:  Objection.  You
21        can answer over objection.
22        A.    Not to my knowledge.
23        Q.    Does Prokraft file taxes?
24             MS. VASQUEZ:  Objection.  You
25        can answer.
```

1                    E. FLORES

2        A.    Yes, they do.

3        Q.    You had earlier stated that

4   Prokraft has a bank account, what bank do

5   they maintain a bank account?

6              MS. VASQUEZ:  Objection.  You

7         can answer.

8        A.    Bank of America.

9        Q.    That is the Bank of America

10  that we're familiar with on Continental

11  West; is it?

12       A.    I don't know over there Bank of

13  America.  So I'm assuming it's U.S. bank if

14  that's enough verification for you.

15       Q.    Yes.  Now the service agreement

16  itself, is that something that's maintained

17  in a regular course of business that you

18  mentioned before, the service agreement

19  that you're acting as a president as part

20  of?

21             MS. VASQUEZ:  Objection to

22        form.  You can answer.

23             MR. ZOHAR:  I will re-ask.

24       Q.    Earlier you had mentioned that

25  you were operating and acting as president

1                    E. FLORES

2    of Prokraft under a service agreement with

3    Torey?

4        A.    That is correct, yes.

5        Q.    Is that agreement, that service

6    agreement, maintained in the regular course

7    of business?

8        A.    What you mean by that?

9        Q.    There's actually a paper

10   agreement in a book that details what the

11   service agreement is?

12       A.    That is correct, yes.

13       Q.    That's maintained by both Torey

14   and Prokraft?

15       A.    I -- I know that is maintained

16   by Torey Refrigeration.  I don't know if

17   Prokraft has a company.

18            MR. ZOHAR:  Just for the

19        record, we'll reduce to writing,

20        we're going to ask for a copy of that

21        service agreement between Torey and

22        Prokraft which also designates --

23            MS. VASQUEZ:  Objection to

24        form.  Yes, put everything in

25        writing.  Thanks.

1                    E. FLORES

2        Q.    Now, have you ever seen this

3    service agreement between Torey and

4    Prokraft?

5        A.    Yes, I have.

6        Q.    Do you know who the individual

7    signators are; people who sign that

8    document?

9        A.    That's the document was signed

10   before I was president of Torey or

11   Prokraft.  So I don't know who signed that

12   agreement.

13       Q.    All right.  Now you say before

14   that Prokraft is a corporation for-profit,

15   do you know if Prokraft is an S

16   Corporation?

17       A.    I don't know what is that.

18       Q.    Do you know if there's any type

19   of partnership, agreement or structure that

20   is part of Prokraft?

21       A.    I don't understand your

22   question.

23       Q.    Are you familiar with a

24   document of incorporation from Prokraft?

25            MS. VASQUEZ:   Objection to

```
 1                    E. FLORES

 2         form.

 3         Q.    Have you seen that?

 4              MS. VASQUEZ:   Objection to

 5         form.

 6         A.    I was about to ask for

 7    clarification of what you mean by

 8    incorporation.

 9         Q.    Have you ever seen any

10    documents that, basically, were the birth

11    of the company Prokraft?

12         A.    Yes, I have.

13         Q.    Do you remember what time, year

14    or date that that started with Prokraft,

15    when Prokraft was basically -- what was the

16    ultimate result of it?

17         A.    I don't know the exact date but

18    it was prior to me becoming president of

19    the company.

20         Q.    At the time that they -- that

21    Prokraft was created, was it always the

22    same name, Prokraft, or had it changed

23    names at any point?

24         A.    I don't know.  I mean from the

25    time I became president it has also been
```

```
 1                    E. FLORES
 2   Prokraft.  Before that, I cannot speak.
 3        Q.    You already told us that these
 4   warehouse and all the departments that they
 5   would have are supplied by Torey.  You said
 6   also that Prokraft does not have employees,
 7   so is Prokraft a shell company?
 8             MS. VASQUEZ:  Objection to
 9        form.
10        A.    I don't know what's a shell is.
11   So you -- I mean, I don't know your
12   question.
13        Q.    Have you taken any courses in
14   the United States as far as business at any
15   point other than what you've described to
16   us your education --
17             MS. VASQUEZ:  Objection.
18        Q.    Any courses in the U.S. accept
19   business courses?
20        A.    Yes, I have.
21        Q.    In what institution?
22        A.    Harvard, Stamford, University
23   of Chicago.
24        Q.    These courses, are we talking
25   -- are they online courses or anything that
```

```
1                    E. FLORES
2    you physically appeared?
3         A.     Physically appear.
4         Q.     We'll start off with Harvard.
5    What kind of course did you take at
6    Harvard?
7         A.     Leadership.  A leadership
8    course.
9         Q.     Is that in the Kennedy school?
10        A.     That was, I believe, on campus.
11   Yeah, but I don't know what specific
12   school.
13        Q.     I apologize.  I heard Stamford
14   and what was the second institution?
15        A.     I said, Harvard, Stamford,
16   University of Chicago.
17        Q.     Okay.  When did you take the
18   leadership course in Harvard?
19        A.     1990 -- '99, '98.
20        Q.     The Stamford course, was that
21   in person or online?
22        A.     It was in person.
23        Q.     What kind of program was it
24   that you were a part of?
25        A.     Associations.
```

```
1                    E. FLORES
2        Q.     When did that take place?
3        A.     2002.
4        Q.     How long, in total, was that
5  course of negotiations in Stamford?
6        A.     That is 2002, 2001, because I
7  know -- it was a specific area but it was
8  over two weeks time.
9        Q.     The leadership course at
10  Harvard, how long was that specific course?
11        A.     That was a short course
12  between, I think, two or three days.
13        Q.     You also went and took some
14  type of business course at the University
15  of Chicago?
16        A.     Yes.
17        Q.     What was the specific course?
18        A.     That was more executive
19  development.
20        Q.     How long was that course?
21        A.     Six weeks.
22        Q.     When did that take place; what
23  year?
24        A.     2016 and 2017.
25        Q.     Any of those courses, at any of
```

```
 1                    E. FLORES
 2   those institutions, do you ever recall them
 3   describing shell corporations?
 4            MS. VASQUEZ:  Objection form.
 5        You can answer.
 6        A.    Not to my recollection and I
 7   already said I don't know what's a shell
 8   corporation.
 9        Q.    Now, you had stated that you
10   had now started acting as president for
11   Prokraft and did Prokraft, specifically,
12   design meat grinders?
13        A.    No.
14        Q.    Do they, in any way,
15   manufacturer meat grinders?
16        A.    No.
17        Q.    Do they conduct any type of
18   market analysis of the need for any types
19   of need that their market would need?
20        A.    I don't understand your
21   question.
22        Q.    Do they do any type of analysis
23   to find out what the people and we're
24   talking about retails or wholesalers, what
25   products that they want so that they could
```

```
1                      E. FLORES
2    put those products on the market?
3         A.    Not a specific, um, study or
4    program.  It's basically what you see on
5    the market, then you follow the trend.
6         Q.    When you say "follow the
7    trend," who determines what the trend is in
8    Prokraft; is that you or someone else?
9         A.    What do you mean by that?
10        Q.    You just mentioned that you
11   just followed the trend, you didn't do any
12   analysis you follow the trend to determine
13   what people want.  And I'm asking you, is
14   that something that you determine or
15   someone else at Prokraft?
16        A.    There was a sales manager for
17   Prokraft that he's involved in the market
18   and we discuss what's being sold when we
19   talk to -- so when we see a preshow or
20   stuff like and from there we discuss what
21   something would be.
22        Q.    What's the sales manager's name
23   that you discussed these things with?
24        A.    Carlos L-U-Z-Q-U-I-Z.
25        Q.    Carlos is employed by Torey?
```

```
1                    E. FLORES
2       A.    He's an employee of Torey.
3       Q.    Where does Prokraft receive
4   it's grinders from -- meat grinders that
5   are the subject of this lawsuit?
6             MS. VASQUEZ:  Objection to
7        form.  You can answer.
8       A.    They buy from Mexico.
9       Q.    When you say buy Mexico, is it
10  Prokraft that buys these meat grinders or
11  is it through Torey that these meat
12  grinders are purchased or something other?
13      A.    Prokraft is a stand alone
14  corporation.  They buy from Mexico.  The
15  invoice that we reviewed shows up and the
16  front that cover that invoice comes
17  directly from Prokraft bank account.
18      Q.    Who is the signator for that
19  bank account to release funds or things of
20  that nature?
21      A.    I am.
22      Q.    Is there anybody else that has
23  that right to write checks from that bank
24  account of Prokraft other than you?
25      A.    Only myself.
```

```
 1                  E. FLORES
 2         Q.    Has that been the case since
 3   you been the president of Prokraft?
 4         A.    That is correct.
 5         Q.    Is that also the case since you
 6   been a board member of Prokraft?
 7         A.    Yes.
 8         Q.    Now is -- when Prokraft buys
 9   these meat grinders what I want to find out
10   is first of all, how is it that they locate
11   a meat grinder to purchase.  Who is in
12   charge of acquisition, in essence, for
13   Prokraft?
14
15              MS. VASQUEZ:  Objection to
16         form.
17         A.    I don't understand that
18   question.
19         Q.    Do you understand what the word
20   "acquisition," means?
21         A.    Yeah, but it's so broad of a
22   concept.
23         Q.    I'm just putting it in terms of
24   purchasing the products which Prokraft
25   resells?
```

```
1                      E. FLORES
2       A.      Yeah, but it's also a question
3   of like, if somebody was a purchaser or
4   somebody that goes and do any type of
5   investigation, any type of sourcing.  The
6   term is general.
7       Q.      I will break that down to make
8   it easier.  So who is, first of all, the
9   head of acquisition for Prokraft?
10      A.      I place purchase orders.
11      Q.      Does anybody else place orders
12  other than yourself on behalf of Prokraft?
13      A.      One more person, only from
14  parts.
15      Q.      Who would that be?
16      A.      Tracy Harris.
17      Q.      Can you spell Tracy's last
18  name?
19      A.      Harris.  H-A-R-R-I-S.
20      Q.      Prior to you working for both
21  Prokraft and Torey, did you ever have any
22  type of involvement with working for or
23  providing services to a company entity or
24  individual that dealt with these types of
25  meat grinders that are in the center of
```

1                    E. FLORES
2    this case?
3              MS. VASQUEZ:  Objection to
4         form.  What do you mean by these
5         types of meat grinders?  Are you
6         talking about Prokraft meat grinders,
7         specifically, because that's what's
8         at the center of this case.
9              MR. ZOHAR:  I don't know of any
10        other meat grinders other than meat
11        grinders.  This is a term, yeah.  The
12        ones that were involved in -- the one
13        that Prokraft sells, resells, yes.
14        All of the above.
15             MS. VASQUEZ:  Objection to the
16        form.
17             MR. ZOHAR:  Just you know,
18        speaking objections, you didn't even
19        give him a second to respond.  You
20        know what I mean?  You have to give
21        him time.
22             MS. VASQUEZ:  Well he wanted
23        clarification.  Gill, if I need
24        clarification for a question, I'm
25        entitled to seek it for my client.

```
 1                 E. FLORES
 2        MR. ZOHAR:  If he understands
 3   the question.  Him and everybody else
 4   here, you can't ask for clarification
 5   on every question because you so
 6   choosing don't allow the person to
 7   answer is inappropriate.
 8        MS. VASQUEZ:  No, it is not
 9   inappropriate.  I need to understand
10   the question.  Do you want to repeat
11   it Dione.
12        (Whereupon, the referred to
13   question was read back by the
14   Reporter.)
15        MS. VASQUEZ:  Same objection.
16   Are you talking about meat grinders
17   in general or the specific one
18   involved in this litigation.
19        MR. ZOHAR:  I think the
20   question is very clear.  The meat
21   grinder at the center of this
22   litigation is very, very clear.  I
23   don't think it could be confused for
24   another type of meat grinder, another
25   type of device.  So I don't
```

```
1              E. FLORES
2     understand any objection or
3     misunderstanding from you or anyone
4     else about that.
5              MS. VASQUEZ:  Okay.  So you're
6     talking about a Prokraft meat grinder
7     right.
8              MR. ZOHAR:  The question is
9     very, very clear.
10             MS. VASQUEZ:  Objection.  Okay.
11    If that's what you're asking.  Go
12    ahead.
13    Q.    Did you ever have any type of
14 dealing, okay, same question, where you
15 provided services, were employed by or
16 affiliated with a company that had meat
17 grinders identical to this regardless if --
18             MS. VASQUEZ:  Objection to
19    form.  You can answer.
20    A.    I can't answer that because I'm
21 not an engineer so I don't know if their
22 identical or something else.
23    Q.    Yeah, that's not what I was
24 asking.
25             MS. VASQUEZ:  He answered.
```

```
 1                    E. FLORES
 2          Q.    You been doing this how many
 3    years now, almost 11 years with Prokraft?
 4                 MS. VASQUEZ:  Objection to
 5           form.
 6          A.    I been doing what?  Sorry.
 7          Q.    Working with Prokraft for the
 8    past, more than 10 years?
 9          A.    From 2012 if my memory is
10    correct.
11          Q.    You've seen meat grinders that
12    Prokraft cells regardless of it's the one
13    model that is involved in this lawsuit.
14    Are you familiar with meat grinders?
15          A.    Yes, I am familiar with meat
16    grinders.
17          Q.    You have had an ability to
18    visually see them up close and put your
19    hands on some of these devices?
20          A.    Yes, I have.
21          Q.    Have you also, at any time,
22    conducted any type of testing or outsourced
23    any testing on any of these documents?
24                 MS. VASQUEZ:  Objection to
25           form.  Documents?
```

E. FLORES

1

2         MS. ZOHAR:  I'm not talking

3   about documents.

4         MS. VASQUEZ:  That's what you

5   just said.

6         MR. ZOHAR:  On these grinders.

7   A.   Can you repeat the question

8 again, please.

9         MR. ZOHAR:  Dione?

10        (Whereupon, the referred to

11   question was read back by the

12   Reporter.)

13   Q.   Either similar, identical to

14 the one involved here or any other type of

15 meat grinders that is used in these types

16 of businesses?

17         MS. VASQUEZ:  Objection.

18   That's like two questions.

19   Q.   All right, sir.  I'll break it

20 down.  I want to make it very clear.  At

21 any time in your capacity working for

22 Prokraft, have you ever conducted,

23 yourself, any testing on any of the meat

24 grinders that you resell under Prokraft

25 label?

```
 1                    E. FLORES
 2              MS. VASQUEZ:  Objection.
 3         A.    Can you repeat just the last
 4    part because they were talking offer.
 5              MR. ZOHAR:  Ms. Woods?
 6              (Whereupon, the referred to
 7         question was read back by the
 8         Reporter.)
 9         A.    No, I don't.
10         Q.    Have you ever outsourced or had
11    any other individual or entity conduct any
12    type of testing on any of the meat grinders
13    that you sell under the Prokraft's label,
14    either identical to the one involved in
15    this accident or of the types?
16              MS. VASQUEZ:  Objection to the
17         form.
18         A.    No, I have not.  There is
19    international testing that's been done on
20    units -- that the U.S. market that's they
21    assess and we use wire equipment that
22    complies with those certifications and
23    their responsibility to carry those
24    certificate to buy with those
25    certifications of the manufacturer.
```

```
 1                    E. FLORES
 2        Q.    Do you have any base of
 3   knowledge of what goes into certifications
 4   of these machines?
 5        A.    No, I don't.
 6        Q.    Do you understand what
 7   different certifications in the entities
 8   that certify these?  What the requirements
 9   are for certification?
10        A.    No, I don't.
11        Q.    Have you ever certified any of
12   the certifications for machines that you
13   had received?
14        A.    The equipment is listed under
15   that ULNFF website and you can pull the
16   certification from there.  The same way for
17   the NRC.
18        Q.    Have you, though, conducted any
19   type of review to make sure that the
20   certifications were proper and legitimate
21   during the time that you been acting as a
22   president for both Torey and for Prokraft?
23        A.    No, I don't.
24        Q.    Have you taken any type of
25   courses, with regard to the safety
```

```
1                      E. FLORES
2      concerns, that an individual may have, when
3      purchasing a item, such as a meat grinder,
4      which is the subject of this lawsuit?
5           A.    No, I have not.
6           Q.    You had stated that you you had
7      testified previously and we've already
8      requested that those names of cases be
9      produced, but have any of those been with
10     regards or have been lawsuits within the
11     Federal Courts?
12          A.    I don't know.
13          Q.    Do you know what the outcomes
14     of those four lawsuits are that you have
15     testified under oath such as what you're
16     doing here today?
17          A.    I -- I know one case is still
18     open and I know the other case was, um,
19     either settled or dismissed.  But that is
20     all my recollection.
21          Q.    You see there are four --
22     approximately, four that you entered so you
23     just described two?
24          A.    Well, I -- I testified twice
25     for the last one.
```

1                    E. FLORES

2        Q.     The third case then that you

3    had testified before?

4        A.     What's the question?

5        Q.     You had stated that you had

6    testified under oath for bodily injury

7    claims in your capacity on four occasions,

8    you just know told us that one of those

9    cases was two times that you had testified.

10   So it's not four cases but possibly three

11   cases and I'm asking.  You said one is

12   ongoing, one was settled, you're not sure

13   and you said you testified for that one

14   twice.  So the fourth testimony is that

15   case, what was the result -- end result of

16   that case?

17              MS. VASQUEZ:  Objection to

18        form.  You can answer.

19        A.     That is not exactly what I said

20   the one that I was is open.  I testified

21   twice.  The only one I know that it is

22   settled or dismissed but the other one I

23   don't remember.

24        Q.     The one that is ongoing, where

25   is that venue?  What court is it in?

```
1                      E. FLORES
2         A.    I don't know.
3         Q.    Do you know what jurisdiction
4    it's in?
5         A.    I don't know.
6         Q.    Do you know what state it's in?
7         A.    I don't remember.
8         Q.    Do you have the same attorneys
9    representing you in those cases as who are
10   here today?
11        A.    Um, Matt Jacobson continues to
12   be the corporate attorney for Carmen and
13   her law firm are not involved in these
14   cases.
15        Q.    Mr. Jacobson, who is observing
16   but not questioning today, but is present,
17   would it be correct to state that he is an
18   employee of Torey?
19             MS. VASQUEZ:   Objection.
20         Irrelevant.
21        A.    No, he's not.  He is an outside
22   Counsel.
23        Q.    Okay.  So he's not in house,
24   he's outside counsel but just to Prokraft?
25        A.    That is correct.
```

1                    E. FLORES

2          Q.     Now, I told you earlier I don't

3    want to know what communication you may

4    have had with your attorneys, but once you

5    were notified about this case and the facts

6    that you have to be deposed after you spoke

7    to your attorneys, did you speak to anyone

8    else or done any type of investigation

9    other than searching for an invoice at some

10   point?

11                 MS. VASQUEZ:  Objection.  Over

12         objection.  You can answer.

13         A.     No, we only search for the

14   invoice.

15         Q.     When you say "we," who are you

16   referring to?

17         A.     To the person I assigned the

18   task to.

19         Q.     Who is that person that you

20   assigned the task to search for that

21   invoice?

22         A.     Yeraka (phonetic.)

23         Q.     Is that why with a Y?

24         A.     Yes.

25         Q.     Can you spell the last name; is

```
1                    E. FLORES
2    it D-A-N-T-U?
3         A.    That is correct.
4         Q.    Is she an employee of Torey?
5         A.    She is an employee of Torey
6    Refrigeration, yes.
7         Q.    What is her title or position?
8         A.    She is the administrative
9    manager.
10        Q.    Now in some of the websites,
11   documents, Torey and Prokraft share the
12   same address and suite and use, is that
13   your also your understanding that they
14   share a suite there, suite 100?
15        A.    Yes.
16        Q.    Does Prokraft have any other
17   offices other than a shared office with
18   Torey?
19        A.    Not to my knowledge.
20        Q.    At any point has Prokraft
21   designed warning labels for the grinders
22   that are the center of this lawsuit?
23        A.    The design of presence of
24   Prokraft, I haven't seen any involvement of
25   that.
```

```
 1                        E. FLORES
 2          Q.      Does Torey have any involvement
 3     with the warnings or warning labels or
 4     items on this meat grinder in any capacity?
 5          A.      No, Torey is not related to any
 6     meat grinder source.
 7          Q.      Any of the funds that are
 8     generated by Prokraft, that you described
 9     going to a bank account, does the service
10     agreement also entail and detail what kind
11     of compensation or a fees are required to
12     be paid on Prokraft's behalf to Torey?
13              MS. VASQUEZ:   Objection to
14         form.  You can answer.
15          A.      Yes.
16          Q.      The service agreement that we
17     will request in writing, does that have a
18     flat fee or is there a percentages or
19     something else to determine how much that
20     service agreement fee would be?
21          A.      It's a 20 percent straight fee.
22          Q.      Are there any fees for the
23     warehousing involved that Torey provided
24     Prokraft?
25          A.      There is a flat fee for all
```

```
 1                    E. FLORES
 2   services rendered.
 3        Q.    Can you tell us what that 20
 4   percent represented and we'll start of with
 5   2021 when it's completed, the year, what
 6   the amount of that percentage in dollar
 7   terms?
 8             MS. VASQUEZ:  Objection.  You
 9         can answer.
10        A.    I don't know a specific amount.
11        Q.    You're the signator, and you
12   had stated that you're the only signator,
13   would it be correct to assume that a check
14   for that 20 percent might be a large amount
15   of money that's being transferred from one
16   corporate entity to another?
17             MS. VASQUEZ:  Objection.  You
18         can answer.
19        A.    It's not a single check.  It's
20   that the fees paid monthly.  So I don't
21   have a specific recollection of whatever
22   that it is like.  Asking me how much money
23   I spent last year.  If you ask me, I have
24   no idea, and it's my money.
25             MR. ZOHAR:  We are going to ask
```

```
 1                    E. FLORES
 2            and I'll also reduce in writing for
 3            the tax documents for both Torey and
 4            for Prokraft and, specifically, those
 5            sections that have transfers of any
 6            fees between one and received by the
 7            other.
 8        Q.    If I were to ask you what
 9    the -- what that monthly amount is in 2021,
10    if you had to estimate, can you tell us
11    what that is?
12        A.    From month to month.  I don't
13    know.  It depends on what the month to
14    month is like.  I cannot give you a
15    specific.  If you me to make up a number.
16        Q.    So we don't want you to just
17    guess, but you can estimate.  So if you can
18    give us a window of what a low monthly
19    sales amount is representing that first 20
20    percent fee for service agreement or what a
21    higher month of sales would be?
22            That's sufficient and it
23    doesn't have to be to the penny but just in
24    a good faith estimate from what that is
25    sufficient.
```

```
 1                    E. FLORES
 2        A.    Top of my -- it could be
 3   between 20,000 to maybe 60,000.  And that
 4   is an estimate.
 5        Q.    Okay.  Do you have also an
 6   understanding of what the cost to provide
 7   the service is from Torey to Prokraft?
 8   What it cost you, not the warehouse
 9   facility, or to have the administrative or
10   marketing or sales?  What is the cost to
11   Torey?
12        A.    I don't know that specific
13   number.
14        Q.    Do you know what the profit
15   margin is when you receive that 20 percent
16   from Prokraft as the president of Torey?
17        A.    I don't know.
18             MS. VASQUEZ:  Objection.
19        Q.    Now, can you describe the bank
20   account for Prokraft, does Torey also have
21   a separate bank account, not shared by
22   Torey, by Prokraft?
23             MS. VASQUEZ:  Objection.  We're
24        not here for Torey.  Tories not a
25        Defendant in this litigation.  Over
```

```
 1            E. FLORES

 2        objection.  You can answer.

 3            MR. ZOHAR:  He might be frozen

 4        again.  Question.  Withdrawn.

 5            (Whereupon, a short recess was

 6        taken.)

 7        Q.    The grinders itself from

 8   Prokraft order the from other entities is

 9   brought to the warehouse and provided to

10   Prokraft by Torey or someone else?

11        A.    They come directly to the

12   warehouse that's provided by Tory to

13   Prokraft.

14        Q.    Is there anything on Prokraft's

15   behalf or yours, that you have the

16   companies that you buy these grinders from,

17   any personalization of any kind; with

18   regard to machine labeling, documents,

19   anything of that nature that is

20   personalized for Prokraft?

21        A.    Just the brand.

22        Q.    When you say "just the brand,"

23   can you tell us, specifically, what that

24   means?

25        A.    The brand logo that comes on
```

1                    E. FLORES

2      the machine.

3          Q.    Is there anything other than a

4      brand logo that goes on the machine and is

5      personalized at your request of direction?

6          A.    I mean they place the logo on

7      the equipment.  On the -- the serial blade

8      or the manual things like that.  Those are

9      the things that they put on the logo.

10     That's it.

11         Q.    When they come to that

12     warehouse and we're talking about the

13     warehouse that Prokraft is using and is

14     provided by Torey, are they in boxes,

15     sealed, ready to ship or is there some type

16     of process at that warehouse where

17     something else may have occurred; would

18     they open up a bigger box and reduce it to

19     a smaller box or something else?

20         A.    They're sold as the package.

21     They manufacture it.

22         Q.    Now, there's also a trademark

23     name on some of these machines; is that

24     correct?

25         A.    That you're referring to the

1                     E. FLORES

2    Booker brand.

3         Q.    Right.  And is that also a

4    trademark, that is owned by Prokraft?

5         A.    I believe so.

6         Q.    Are you familiar with an

7    individual by the name of Martin Shift

8    Miller (phonetic)?

9         A.    No.

10        Q.    Now the website, does Prokraft

11   have its own website?

12        A.    The brand Booker (phonetic) has

13   its open web site.

14        Q.    The brand Booker is owned by

15   Prokraft?

16        A.    I'm not understanding.

17        Q.    In the web site that Procut has

18   is run by Tory and it's employees; is that

19   a correct statement?

20        A.    There are basically is run by

21   employees assigned to that account.

22        Q.    And employees of Torey?

23        A.    Yes.

24        Q.    Who decides where to sell those

25   types of grinders?

1                    E. FLORES

2        A.     I don't understand the

3   question.

4        Q.     Is there any decision of where

5   to market those grinders?

6        A.     Not particularly.

7        Q.     Are those grinders sold across

8   the U.S.?

9        A.     Yes, they were.

10       Q.     To include me you are east

11  coast or west coast?

12       A.     Continental US.

13       Q.     Mr. Flores, if I misstate

14  something I want you to correct me, okay?

15       A.     Yes.

16       Q.     Now those orders, first of all

17  for -- that you placed, are there any type

18  of contracts with regards to the purchase

19  of their contract, purchase of grinders

20  from Prokraft to the wholesaler that

21  Prokraft buys it from?

22            MS. VASQUEZ:  Objection to

23       form.  You can answer.

24       A.     I don't know of any contracts.

25       Q.     If there were any contracts

```
 1              E. FLORES
 2    from Prokraft who were the signators for
 3    those contracts?
 4              MS. VASQUEZ:  Objection to
 5        form.
 6        A.    I can only answer to the
 7    contracts that have been put in place.  I
 8    don't know contract prior to us.  Since I
 9    been president I have not sign anything
10    contract.
11        Q.    Is there anyone on behalf of
12    Prokraft that would sign contracts?
13        A.    I don't know.
14        Q.    When you say "I don't know,"
15    you described to us that there are no
16    employees for Prokraft, you're the
17    president of Prokraft, is there a reason
18    why you don't know who signs contracts on
19    behalf of Prokraft?
20        A.    Well, that was the -- wasn't
21    the question you asked me.  I already
22    answer.
23        Q.    So who signs contracts on
24    behalf of Prokraft?
25        A.    I told you I already answer
```

                    E. FLORES

1  that.  Since I become president of Prokraft

2  and they and I don't remember any contract

3  being signed for that purpose.

4       Q.    Now, the brochures or

5  directions that come with those machines,

6  is that something that comes with machines

7  from the wholesaler or something else?

8       A.    Can you please elaborate.

9       Q.    Do the grinder machines that

10  come to the warehouse we just discussed?

11      A.    Yep.

12      Q.    Do they come with any type of

13  directions?

14      A.    They come with users manual,

15  which is not a brochure.

16      Q.    That user manual, have you

17  conducted any type of evaluation on your

18  own behalf of those user manuals?

19      A.    No, I have not.

20      Q.    If you have anybody else the

21  individual or an entity actually conduct

22  any type of review of those user manuals?

23      A.    Not to my knowledge.

24      Q.    Have you actually opened up any

```
1                    E. FLORES
2     of those user manuals and read the
3     instructions?
4          A.    I have seen it but not the
5     specifics.
6          Q.    You earlier stated that you had
7     testified in another case involving
8     injuries.  You didn't remember the names.
9     I just want to ask you, are you familiar
10    with the name Bilal Hussain (phonetic.)?
11         A.    I am -- I -- not at this time.
12         Q.    Are you familiar with and I'm
13    saying each individual entity here, but
14    this -- are you familiar New Ah Sure Bilal
15    and People Rosary Incorporated (phonetic)?
16         A.    No.
17         Q.    Are you familiar with Fran
18    Lovets Productions LLC (phonetic)?
19         A.    No.
20         Q.    There was a name of Tor Rey.
21    Two words T-O-R, second word R-E-Y USA
22    Inc., are you familiar with them?
23         A.    Yes.
24         Q.    Can you tell us how you're
25    familiar with them?
```

```
 1                    E. FLORES
 2        A.    I was president of Tor Rey USA
 3   for one year and the company ceased to
 4   exist in 2012.
 5        Q.    Can you tell us what was the
 6   business of Tor Rey?  Who was they?
 7        A.    They sold grinders, slicers.
 8        Q.    Can you tell us if they merged?
 9   When -- you said they ceased to operate,
10   did they merge with another company?
11        A.    No, they did not.
12        Q.    Did they change structure and
13   their name to some other company name?
14        A.    No, they did not.
15        Q.    You were president at the time,
16   were you aware of what kind of business
17   they were in besides them just being in
18   grinders?
19        A.    To me that's the standard of
20   the business.
21        Q.    Did they have their own
22   facilities?
23        A.    They did.
24        Q.    Where were there offices
25   located?
```

```
 1                    E. FLORES
 2        A.    Houston Texas.
 3        Q.    Can you tell us the street
 4   address and suite?
 5        A.    I don't remember the exact
 6   address but there was on Yale Street but
 7   the street is Y-A-L-E.  I don't remember
 8   the number.  They had their own house.
 9        Q.    Did they cease operations due
10   to insolvency's?
11        A.    Not to my knowledge.
12        Q.    Did they see --
13              MS. VASQUEZ:  I'm just going to
14         put general objections to these
15         questions regarding Tor Rey USA and
16         another entity that is not the
17         subject of this litigation, but you
18         may continue over objection.
19        Q.    Can you tell me what year it
20   was that you were the president of Tor Rey?
21        A.    I was the president, I believe,
22   from 2011 to 2012.
23        Q.    You know what we're just going
24   to go to the next.  Are you're familiar
25   with Tor, two words, T-O-R, Rey, R-E-Y
```

```
 1                   E. FLORES
 2    Refrigeration, Inc.?
 3        A.    Yes.
 4        Q.    Is that one in the same as what
 5    company we are now calling Torey with one
 6    word, T-O-R-R-E-Y Refrigeration Inc.?
 7        A.    To my knowledge Tor Rey
 8    Refrigeration has always been -- had the
 9    same name.
10        Q.    Are you familiar with Tor Rey
11    two words, just like before, Electronics
12    Inc.?
13        A.    Yes.
14        Q.    Can you tell us how you're
15    familiar with them?
16        A.    That's the company that merged
17    with Tor Rey Refrigeration.
18        Q.    What was the business for Torey
19    Electronics Inc. was in?
20        A.    Electronics scales.
21        Q.    What title or position did you
22    hold with that company?
23        A.    I -- I didn't have any specific
24    title.  I think it was vice president of
25    marketing or something like that.
```

```
 1                    E. FLORES
 2        Q.     When did they merge with Tor
 3   Rey Refrigeration, Inc.?
 4        A.     I don't have the specific date
 5   but if I had to guess.
 6             MS. VASQUEZ:  Don't guess.
 7        Just give your best estimate.
 8        A.     Best estimate is 2014.
 9        Q.     Did they deal with any type of
10   meat grinders?
11        A.     Who's they.
12        Q.     I apologize Tor Rey
13   Electronics, Inc.?
14        A.     No.
15        Q.     Do you remember giving
16   testimony, September 9, 2020, with regard
17   to the lawsuit of Hussain and all those
18   individuals that I just named similar to
19   this?
20        A.     At that deposition I don't
21   remember the specifics of that case and who
22   was involved.
23        Q.     I just want to ask you, if you
24   know who owns or if it's not an individual
25   what company owns Tor Rey Refrigeration?
```

```
 1                    E. FLORES
 2        A.    Tor Rey Refrigeration is owned
 3    by Femsaf Mabus, F-E-M-S-A-F M-A-B-U-S.
 4        Q.    Do you have any type of
 5    affiliation to Femsaf Mabus?
 6        A.    You mean personally?
 7        Q.    Yes.
 8        A.    I'm just a employee of Torey.
 9    I don't have any other involvement with
10    them.
11        Q.    Have you ever had any other
12    involvement with Femsaf Mabus?
13        A.    No.
14        Q.    Now, Femsaf Mabus, is that a
15    U.S. company?
16        A.    That's, I believe, a Mexican
17    corporation.
18        Q.    Do you know if they conduct any
19    business with and have any foot hole,
20    meaning offices, warehouses, anything of
21    that nature in the U.S.?
22        A.    I don't know.
23        Q.    Do you know if they're licensed
24    to do business in the U.S.?
25        A.    I don't know.
```

1                    E. FLORES

2        Q.    Do you receive any directions

3    from anyone from Femsaf Mabus?

4        A.    No.

5        Q.    Do you communicate with anyone,

6    either employed or associated either as a

7    board member, vice president, shareholder

8    with Femsaf Mabus?

9        A.    Not to my knowledge.

10       Q.    Have you ever gone to visit the

11   facility of Femsaf Mabus?

12       A.    No, I have not.

13       Q.    Have you sent anyone in your

14   position as president of Prokraft to go and

15   inspect or visit their facilities?

16       A.    No, I have not.

17       Q.    Do you know what city in Mexico

18   that they're located in?

19       A.    I don't know what specific

20   city.  I know they're located in Mexico.

21       Q.    Are you aware of anyone from

22   Torey that has gone to the facility at

23   Femsaf Mabus?

24       A.    Not to my knowledge.

25       Q.    Does anyone from Femsaf Mabus

```
1                    E. FLORES
2    come to any of the board meetings for
3    Torey?
4         A.    I don't know.  I have no idea.
5              MS. VASQUEZ:  I'm just going to
6         make another objection for questions
7         regarding for Tor Rey Refrigeration
8         and Femsaf Mabus both of which are
9         not parties to this litigation.  Over
10        objection, you can continue.
11        Q.    I'm just going to -- I'm gonna
12   I have an item that I'm going to share.
13   This will be Plaintiff's 2.
14              (Whereupon, invoice was marked
15        as Plaintiff's Exhibit 2 for
16        identification as of this date by the
17        Reporter.)
18              So Mr. Flores, again, the same
19        thing as before, if at any point you
20        want me to large, flip a page, do
21        anything of the sort, so you can see
22        something more clear please tell me
23        so.
24              What I'm showing you and it's
25        being marked as Plaintiff's 2 is an
```

1                    E. FLORES

2          owners manual.  Do you see that on

3          the screen?

4          A.    I can read from the top of the

5    paper.

6          Q.    Can you tell me what brand name

7    or trademark it is to the top right?

8          A.    Prokraft.

9          Q.    That would owned be Prokraft,

10   correct?

11         A.    To my knowledge it's owned by

12   Prokraft that's correct.

13         Q.    Do you see the address at the

14   bottom on page number under the front page

15   of the manual?

16         A.    I do.

17         Q.    Can you tell us what the

18   address is?

19         A.    The address of the warehouse

20   and --

21         Q.    That's the warehouse and

22   offices of Tor Rey Refrigeration Inc.,

23   correct?

24         A.    Yes.

25         Q.    You know I will tell you just,

                        E. FLORES

1
2    obviously I've said it a few times and
3    sometimes it seems like it is a habit I say
4    correct at the end of the question.  I in
5    no way want you to get in a sense that I'm
6    insinuating what the answer is.  I want you
7    to answer whatever it is the answer to that
8    question.  I apologize that I said correct.
9              And the phone number which is
10   noted there with an 832 area code, do you
11   see that to the right of the address that
12   you just read?
13        A.    Yes.
14        Q.    Who answers that phone?
15        A.    Customer service representative
16   for Procut.
17        Q.    Would that individual be an
18   employee of for Tor Rey Refrigeration Inc.?
19        A.    Yes.
20        Q.    Also it has a WWW.dotprodash hi
21   phone something U.S. address is that the
22   website for Procut?
23        A.    Yes.
24        Q.    Is that also the web site for
25   Prokraft?

1                    E. FLORES

2          A.      Prokraft does not have a

3    website.

4          Q.      I apologize if I cut you off.

5          A.      No, I said Prokraft does not

6    have a website only Procut has a brand.

7          Q.      This website is run by Tor Rey

8    Refrigeration?

9          A.      I believe I already answered

10   that.

11         Q.      Your answer is?

12         A.      The same as before, yes.

13         Q.      Have you and just to put this

14   down, this manual shows, I don't know if

15   you see the top left, 12 pages, is this a

16   user manual and this one is from models, as

17   you can see on the top right of page three,

18   can you read to me what the model type is?

19         A.      KG32.

20         Q.      Is this the manual that comes

21   preprinted with the grinders?

22         A.      Apparently so.

23         Q.      I know I've asked you if you

24   conducted any type of assessments of what

25   the warnings or, is there any alteration of

1                    E. FLORES

2    any type of item that is affixed onto that

3    machine?  And I'm talking about any type of

4    label, any type of warning, things that are

5    glued, you know or otherwise.  Is there any

6    alterations in the warehouse of those

7    items?

8         A.    I already that -- answer the

9    same thing.  We been -- it is sold and

10   shipped as it arrives to the warehouse.

11        Q.    Is there any type of inspection

12   to make sure that what is being ordered is

13   actually what is coming into the warehouse

14   when you place an order in receiving it?

15        A.    Just to match.  Just the

16   matching from the PO to whatever is coming

17   in.  Some models.

18        Q.    Do any of the warehouse

19   employees open up any of the boxes to

20   conduct any of this review?

21        A.    No.

22        Q.    We call it sometimes sampling

23   where you may not open all the boxes but

24   you will say, I will open a certain

25   percentage of boxes to make sure that they

1                        E. FLORES

2    do have the brochures in there or they do

3    have the right item if it's being ordered,

4    is that something that is a procedure

5    that's followed by Procut?

6         A.    No, and again I will reiterate

7    for the third time you received and sold as

8    is.  No alteration, no packing, no labels

9    added.  Nothing done to them.

10        Q.    Has anybody from Tory

11   Refrigeration Inc., conducted any type of

12   sampling to make sure that items that are

13   being ordered and received in that

14   warehouse actually are the correct items

15   and that they do include brochures and one

16   proper warning labels inside?

17        A.    Can you stop moving the cursor

18   around because it's getting.

19        Q.    Oh, sorry.

20        A.    Again, nothing is done to the

21   units.  No, the only checks and balances

22   that are done is to make sure that the

23   quantity order and the model order are the

24   ones that we received.

25        Q.    Now, the case that I had asked

1                    E. FLORES

2    you about, the Hilal Hussain, just for the

3    record is in Supreme Court, State of New

4    York, County of Suffolk, under index number

5    610126 of 2016, is that the case that was

6    resolved or ongoing or you don't know?

7         A.    I don't know this time.

8         Q.    Do you remember testifying at

9    that deposition in September?

10        A.    I don't have recollection

11   specific of the cases I been deposed.

12        Q.    Can you tell us how many other

13   cases of injury involving grinders are

14   there that are not in -- that you're aware

15   of?

16        A.    When you say "grinders" what

17   are we talking?  Just grinders in general.

18        Q.    Meat grinders, yes.

19        A.    Can you repeat the full

20   question.  I can't --

21        Q.    Besides the testimony that you

22   have given on what you described as three

23   cases and you said the last one was two

24   which I will tell you I believe this is --

25   this is one of them, this is the second

```
1                    E. FLORES
2    page.  Do you remember also testifying in
3    March 17, 2021 on that same case of Bilow
4    Hussain (phonetic) verse the group of
5    companies that I had stated earlier?
6         A.    I don't remember the specific
7    dates.  I don't remember being deposed
8    twice for the same case.  I don't know.  I
9    don't know their names involved.
10        Q.    Are you familiar with also a
11   company by the name of Tor Rey Two words,
12   Tor Rey Techninoga Sequpeas San Marchinadi
13   (phonetic), if I'm pronouncing it properly.
14   Are you familiar with that company?
15        A.    No.
16        Q.    Torrey Electronics, was there
17   any type of service agreement between Tor
18   Rey Refrigeration and Torrey Electronics?
19             MS. VASQUEZ:  Objection to the
20        form and objection to questions
21        relating to entities not related to
22        this litigation.  Over objection.
23        You can answer.
24        A.    Yes, there was.
25        Q.    Was a similar service agreement
```

```
 1                    E. FLORES
 2    in the one that is in effect now between
 3    Tor Rey Refrigeration, Inc. and Prokraft?
 4         A.    Can you please specify what
 5    "similar," means?
 6         Q.    Were you provided all the
 7    facilities warehousing, administrative,
 8    sales and marketing for a fee either flat
 9    or something other?
10         A.    If memory serves correct, in
11    the case of Torey Electronics they have
12    their own warehouse location and Tor Rey
13    Refrigeration have to serve the warehouse
14    but they have their own location.
15         Q.    Did Torey Electronics have any
16    employees?
17         A.    No, they did not.
18         Q.    When you say that they have the
19    facility, what kind of facility was it that
20    they had?
21         A.    It was a warehouse.
22         Q.    Where was that warehouse
23    located?
24         A.    Houston Texas.
25               MS. VASQUEZ:  Objection.  I
```

```
 1                    E. FLORES

 2          just want to make -- continue my

 3          objection just to reiterate my

 4          objection to questions related to

 5          entities that are not subject to this

 6          litigation.  That has nothing to do

 7          with this litigation.  It has nothing

 8          to do with the complaint.  Objection.

 9          You can answer.

10      Q.    Can you give us the address to

11  that warehouse for Tor Rey Electronics?

12      A.    I do not have the address of

13  the warehouse.

14      Q.    Was it Houston?

15      A.    I said that it was in Houston,

16  Texas.  That's correct.

17      Q.    Is that warehouse still in

18  effect, currently?

19      A.    No.

20      Q.    Has that warehouse been

21  acquired by Tor Rey Refrigeration?

22      A.    They didn't own the warehouse.

23  They leased the warehouse.

24      Q.    So did Tor Rey Refrigeration,

25  Inc., lease out the warehouse?
```

```
1                    E. FLORES

2        A.    No Torey Electronic leased

3    their warehouse and when they merged with

4    Tor Rey Refrigeration, like I explained

5    previously, that warehouse ceased to exist.

6        Q.    Do you recall any of the facts

7    of the Bilal Hussain matter, the one that I

8    just described to you that you testified in

9    2020, '21 recently, for which there is also

10   injuries as a result of a meat grinder?

11       A.    I remember that is not Prokraft

12   grinder that was involved in the case.

13       Q.    Was it a meat grinder that was

14   sold by one of the companies that you have

15   some association with?

16            MS. VASQUEZ:  Objection to

17       form.  You can answer.

18       A.    I believe that it was sold by

19   Terrain U.S.A.

20       Q.    Does Prokraft have insurance?

21       A.    Yes, it does.

22       Q.    From what company?

23       A.    I don't know the specifics.  I

24   think that information has already been

25   provided.
```

```
 1                    E. FLORES
 2        Q.    Is there any type of insurance
 3   for Procut?
 4        A.    Procut is only a brand and it's
 5   owned by Prokraft.
 6        Q.    Does Tor Rey Refrigeration Inc.
 7   have insurance coverage?
 8        A.    Yes, they do.
 9        Q.    Do you know what company they
10   have?
11        A.    No.
12        Q.    Who is in charge of determining
13   which company to acquire insurance from on
14   behalf of Prokraft?
15        A.    Broker and according to the
16   best bid and I financially I make this
17   decision.
18        Q.    Who makes that decision in Tor
19   Rey Refrigeration Inc. with regards to
20   insurance?
21        A.    I do.
22        Q.    Is that information that's
23   maintained in the regular course of
24   business?
25        A.    Yes.
```

```
1                    E. FLORES
2         Q.    Is that something to attain
3    insurance that requires a contract and a
4    signature?
5         A.    Can you please explain that
6    question.
7         Q.    In acquiring insurance on
8    behalf of Prokraft, does that require the
9    contract and a signature?
10        A.    I have to sign for it, yes.
11        Q.    Is that the same case with
12   regards to insurance by Tor Rey
13   Refrigeration Inc.?
14        A.    Yes.
15        Q.    When you had knowledge, even
16   though you don't remember the exact name,
17   I'm just gonna take this off the screen and
18   everything will also e-mailed to Ms. Dione
19   Woods after the deposition.
20             Do you remember when was the
21   year that you first became aware of the
22   first accident involving bodily injury and
23   came across your way because you said there
24   were three cases; one existing, one that
25   may have been settled and dismissed and one
```

```
1                    E. FLORES
2    that you're not sure.  Do you remember what
3    year was the first one that you became
4    aware of?
5              MS. VASQUEZ:  Hold on.  What
6         are we talking about; are you talking
7         about Procut, are you talking about
8         -- what are you talking about,
9         specifically?  You never clarified
10        that on the record with Mr. Flores.
11        Q.    I'm not asking Prokraft.  I'm
12   not asking Tor Rey.  He said he testified
13   four times, two times with the last one and
14   I just want to find out, out of those three
15   because he testified twice in one, those
16   four testimonies, when was the first time
17   that he was aware of a lawsuit that
18   involved injuries with the grinder, bodily
19   injury claim against whichever companies
20   that you testified on behalf?
21             MS. VASQUEZ:  Objection to the
22        form of the question.  Over
23        objection.  You can answer.
24        A.    I don't remember the year.
25        Q.    Was that at the outset, the
```

```
1                    E. FLORES
2    beginning of your 10 years of president for
3    either Prokraft or Tor Rey Refrigeration
4    Inc. or something else?
5           A.    I don't remember.
6           Q.    Do you remember if there was
7    any type of investigation to review the
8    products that Prokraft was selling or Tor
9    Rey, for that matter, any of the companies
10   that you may have been testifying on
11   behalf, do you know if there was any type
12   of review of the products once that lawsuit
13   came about?
14          MS. VASQUEZ:  Objection.  Can
15       you please break up that question,
16       Gill, specifically, to Prokraft or,
17       specifically, to any other entities,
18       please.
19          MR. ZOHAR:  I'll tell you the
20       reason why I come, there's a
21       multitude of cases, you know, I don't
22       know who he testified because he
23       doesn't remember who he testified.
24       So I'm leaving that open and then
25       we'll kind of go through it after he
```

1                    E. FLORES

2          gives me a response.

3               MS. VASQUEZ:  Well, he kind of

4          gave you an open response before and

5          you still a -- we're here for a

6          grinder, nothing else.  So I'm asking

7          when you're going to get to that.

8          Over objection.  You can answer.

9               MR. ZOHAR:  I mean, Carmen, I

10         don't want to say these things.

11         They're very obvious to anyone

12         listening to this so I want to keep

13         it open and I'm not going to narrow

14         it down to one.  I will do all of the

15         about.

16    Q.    So, do you remember if there

17    was any type of action to an investigator

18    or look into the product that may have

19    caused injury to that person that brought

20    that first claim where you testified?

21              MS. VASQUEZ:  Objection to the

22         form of the question.  It's very

23         vague and I don't know.  You know

24         what, I can't let him answer that

25         question.  It's way too vague.  Any

```
 1                    E. FLORES
 2        products out in the world.  Come on
 3        Gil, please.
 4            MR. ZOHAR:  Carmen, we're going
 5        to have an issue here because you,
 6        again, making objections.  You don't
 7        let him have a second before -- even
 8        though he's about to answer, you
 9        don't give him a second where he's
10        uncertain and anything.  You have a
11        speaking objection.  It is
12        inappropriate.
13            MS. VASQUEZ:  Your questions
14        are inappropriate.  We're here for a
15        Prokraft machine.
16            MR. ZOHAR:  I don't know who
17        Prokraft is under the testimony here.
18            MS. VASQUEZ:  I'm not saying
19        that you shouldn't ask questions
20        about the other one.  But I'm saying
21        ask about the Prokraft machine as
22        well.
23            You're asking the same question
24        over and over again, just generally.
25        You're never narrowing it down.
```

1               E. FLORES

2        You've asked already about grinders

3        in general.

4             MR. ZOHAR:  Carmen, can he

5        answer the question.  You know he has

6        to answer the question.

7             MS. VASQUEZ:  Ask the question

8        again, please.

9             MR. ZOHAR:  Ms. Woods.

10            (Whereupon, the referred to

11       question was read back by the

12       Reporter.)

13            MS. VASQUEZ:  Over objection.

14       If you understand that question,

15       please go ahead, Mr. Flores.

16       A.    I can understand what you're

17  asking since I already answered that, I

18  don't know when the first time was.  I have

19  no idea specifics about how can I answer

20  that.

21       Q.    We're going to get into that.

22  I want to make sure it's clear.  How many

23  accidents are you aware of with regard to

24  meat grinders on a daily basis?

25            MS. VASQUEZ:  Objection.  Over

```
1              E. FLORES
2     "meat grinders."  What meat grinders?
3     This is the issue we're having here
4     Gill, you're asking like for any meat
5     grinders in existence.
6          MR. ZOHAR:  Carmen, again
7     speaking objection.  When you say if
8     he understands but you don't give him
9     an opportunity is not.
10         MS. VASQUEZ:  No, I'm objecting
11    to the question.
12         MR. ZOHAR:  I understand you're
13    objecting but if he's not sure
14    because, maybe he hears a lot about
15    these things.  I don't know where the
16    confusion is because I would always
17    think that a person of a company they
18    would get sued and knows about injury
19    would know every one of those cases
20    in detail.
21         Absolutely.  But it's okay.  I
22    mean some people's memory is poor and
23    that is acceptable for me on my
24    behalf, but I want to move on, but he
25    doesn't understand things such as,
```

                    E. FLORES
1
2         you know, if he was a president of
3         another company.  I find that hard to
4         believe, but it's okay.  I want him
5         to testify truthfully lee.
6              MS. VASQUEZ:  Agreed.  100
7         percent.
8         Q.    So, Mr. Flores, how did you
9    hear about accidents where meat grinders
10   that one of the companies, whatever company
11   that you're associated with, because
12   there's quite a few here, there is more
13   than one or two, how many times have you
14   been notified about people being injured by
15   those products?
16             MS. VASQUEZ:  At what time
17        frame?
18        Q.    During the time of his
19   association with those companies from that
20   initial -- he took his position as
21   president with Tor Rey Refrigeration Inc.?
22        A.    When you say "those companies,"
23   I mean, I been working since I been 21
24   years old.  That's a really prude
25   (phonetic) question you're asking about.

E. FLORES

Let me answer.  I will tell you, it is not

common on the -- since 2012 that I became

president Prokraft they sold grinders every

year, this is the first case that involves

a Prokraft grinder.

            So it's not uncommon.  It's not

going to happen every day and it is not

something you wanna keep a recollection of

because --

    Q.    I didn't ask about Prokraft

grinder, I asked about grinders, meat

grinders.  Generally, you testified before

Mr. Flores --

    A.    I.

    Q.    One person at a time.

    A.    I haven't finished my answer.

    Q.    Then go ahead.

    A.    So I already testified to that.

The only cases and that's the only cases I

know of.

    Q.    So you in your answer just said

you worked in a lot of places but I asked

you before, other than Tor Rey

Refrigeration Inc. and you said there was

```
 1                    E. FLORES
 2   no meat grinders there and then we got onto
 3   Prokraft.  But that wasn't the only company
 4   that you dealt with meat grinders because
 5   you just testified on Tor Rey U.S.A that
 6   dealt with meat grinders, correct?  Is that
 7   correct?
 8        A.    That was the question you asked
 9   before.
10        Q.    Is that true, that's more than
11   one, not just Prokraft, but now Tor Rey
12   U.S.A is also a company that you also dealt
13   with meat grinders?
14        A.    Yes, it was.
15        Q.    Do you know what the name of
16   the labels were on the machines at that
17   time?
18        A.    They were name brand.
19        Q.    Did they have any other brand
20   names on the machines or Tor Rey?
21        A.    Not to my knowledge.
22        Q.    When you say, not to your
23   knowledge, you don't know what names or
24   there were no names?  I don't know what
25   that means.  If you can just kind of give
```

```
 1                  E. FLORES
 2   us a great understanding of what you're
 3   response me?
 4        A.    During one year of rose of for
 5   /RAOES U.S.A.   they only sold the Tor Rey
 6   brand grinders.
 7        Q.    In any of those companies,
 8   meaning those two, is there another company
 9   that you dealt with sense you been working
10   from childhood that dealt with meat
11   grinders?
12        A.    No.
13        Q.    In those two companies that
14   dealt with meat grinders, do you recall, at
15   any point, when you were notified that
16   there was an injury as a result of using a
17   meat grinder, did you conduct and have any
18   type of protocol to investigate and look
19   into those machines to make sure that they
20   were safe?
21        A.    No, I did not.
22        Q.    Did you have any outside entity
23   or individual conduct that on your behalf
24   or the company's behalf?
25        A.    I don't know at this time.
```

1                    E. FLORES

2        Q.    Would there have been anyone

3   else other than a president that would you

4   have determined who and contracted for

5   those services of inspection of those

6   machines following notification of an

7   injury by a meat grinder?

8        A.    I assume the insurance company

9   will do that.

10        Q.    Do you know that for a fact if

11   that was ever done?

12        A.    No.

13        Q.    Did you take any steps towards

14   that end of inspecting and making sure the

15   machines were safe?

16        A.    Can you let me finish what I

17   said.  No, I don't know if that was

18   conducted or not during the cases.  I think

19   that's something that the insurance

20   companies should do.

21        Q.    Are you done with your answer?

22        A.    Yes.

23        Q.    I just want to make sure I'm

24   not cutting into your answer.  So did you

25   understand you assume the insurance

```
 1                    E. FLORES
 2   company, but did you take any steps in any
 3   of those capacities at either of those
 4   companies, to conduct any type of review of
 5   the machine, inspection, in-house or
 6   outside source?
 7        A.    No, I did not.  As I previously
 8   mentioned.
 9            MR. ZOHAR:  Let's just take
10        that five-minute break.  I'll be
11        right back.
12            (Whereupon, a short recess was
13        taken.)
14        Q.    So what's your involvement as
15   far as the market is concerned of the
16   Procut and Prokraft meat grinders?
17        A.    Can you please explain a little
18   bit more about the marketing.
19        Q.    If there are, there is a
20   website which you've have already stated,
21   there is a web site that's run by Tor Rey
22   Refrigeration Inc., and what involvement do
23   you have; meaning, what content is on the
24   website, what things are written in
25   brochures, things of that nature?  What
```

```
 1                    E. FLORES
 2   level of involvement do you have?
 3       A.    The marketing materials
 4   included the website for our brochure
 5   beside a gathering of information, that
 6   comes from the manufacturer and the job
 7   that we do, it is the same as a LLC or
 8   marketing agency that you hire and
 9   basically that information is gathered from
10   the manufacturer and you just put in a nice
11   friendly way.
12       Q.    So whatever there is already
13   you just use in the website describing
14   whatever it is yourself but that's coming
15   from another party.  Just correct me if I'm
16   mistaken.  Is that what you're saying?
17       A.    The information that we use on
18   the website it comes from the manufacturer
19   and, basically, is other portrayed in a
20   nice looking way.
21       Q.    Okay.  Is it altered, changed,
22   things added in there, other than what's
23   been given by that third-party?
24       A.    I mean, if they can have
25   corrections in terms of it is a typo or
```

```
 1              E. FLORES
 2   handwritten in English properly, things
 3   like that, but the core of the information
 4   just comes by the manufacturer.
 5       Q.    How does that information get
 6   to Tor Rey Refrigeration Inc., which owns
 7   Prokraft to Prokraft and to Procut, is that
 8   via an e-mail or a document sent.  How is
 9   that transferred that information to those
10   companies to put it on the web site?
11           MS. VASQUEZ:  Can you -- Dione
12       can you read the question again,
13       please.  I just want to make sure I
14       understand what you're saying, Gill.
15           MR. ZOHAR:  Yeah, no problem.
16           (Whereupon, the referred to
17       question was read back by the
18       Reporter.)
19           MS. VASQUEZ:  I just want to
20       make an objection because there's no
21       testimony that refrigeration, Tor Rey
22       Refrigeration owns Prokraft.  As far
23       as I've heard this whole time and
24       that's nothing in the record that
25       says that so.
```

```
1                  E. FLORES
2           I just want to make sure that
3      it's clear.  That there was no
4      testimony about that and if you need
5      to clarify that.
6           MR. ZOHAR:  That's fine.
7      Q.    Yeah, just the transfer of data
8  that is received from these other parties.
9  How is that transferred to the website?
10 Real easy.  The core of the question.  Do
11 you understand that, Mr. Flores?
12     A.    Yes, there was some noise in
13 the background so I was waiting for that
14 too.  We received the information.  The
15 person that measures the marketing side in
16 Tor Rey Refrigeration is basically the
17 information and the way if you asking about
18 the specific media it comes usually by
19 e-mail.
20          MS. VASQUEZ:  Are we taking a
21      break or?  You're on mute.
22     Q.    I'm just gonna ask some
23 pedigree information I didn't bother with.
24 If you were to describe your duties and
25 responsibilities as a president of,
```

```
1                    E. FLORES
2     starting with Prokraft, can you tell us
3     what are those?
4          A.    I oversee the course of the
5     business, make sure that -- that -- that --
6     that bills are paid, that the inventory is
7     correct, that we pay our bills, that the
8     taxes are filed.  I mean just a general
9     version of business.
10         Q.    Does anybody in Prokraft have,
11    other than yourself, have a right to make
12    those kinds of decisions that you just
13    described?
14         A.    Prokraft has no employees.  I'm
15    the one that makes those calls.
16         Q.    Just the same question at Tor
17    Rey.  Are those the similar duties or are
18    there something else?
19         A.    They're similar duties with the
20    difference of Tor Rey.
21         Q.    Do any employees in Tor Rey
22    Refrigeration Inc., have the right to just
23    make those types of decisions of what will
24    be on a web site without your consent?
25         A.    When you say "the right," what
```

```
 1                    E. FLORES
 2   do you mean by that?
 3        Q.    Do they have the ability to do
 4   things on their own and they don't have to
 5   check with you to give the thumbs up to do
 6   something on the website?
 7        A.    They can do that.
 8        Q.    I don't know if that was clear?
 9   I still couldn't hear you.
10        A.    Yes, they can do that.
11        Q.    So your employees at Tor Rey
12   Refrigeration, they can just respond on
13   their own, they can make changes to the
14   website without getting authorization from
15   you?
16        A.    Yes.
17        Q.    Who was employees that have
18   that kind of authority?
19        A.    Tor Rey Refrigeration, Inc.,
20   well they mark the manager and the other
21   one would be the sales manager assigned to
22   the Procut brand?
23        Q.    Who was, again, the market
24   manager?
25        A.    We don't have anybody at this
```

```
 1                    E. FLORES
 2   time.
 3        Q.    Who was the last marketing
 4   manager?
 5        A.    I don't remember the name.
 6        Q.    That would be information that
 7   you would have within your company records
 8   maintained in the regular course of
 9   business?
10        A.    Yes.
11             MR. ZOHAR:  We're going to
12         request the name of the last
13         marketing manager if they're no
14         longer employed then we want their
15         last known address also.
16        Q.    Yo said the sales manager, who
17   is the sales manager that would you have
18   that kind of authority to make changes
19   without your consist?
20        A.    Carlos Muzquiz, M-U-Z-Q-U-I-Z.
21        Q.    So does Carlos Muzquiz have any
22   type of position other than salesman such
23   as a board member or shareholder?
24        A.    No.
25        Q.    The marking manager that would
```

```
 1                    E. FLORES
 2    have that authority to make changes without
 3    your consent, were they boards members,
 4    shareholders or some other type of
 5    ownership interest in Tor Rey Refrigeration
 6    Inc.?
 7            A.    No.
 8            Q.    Do either of the marketing or
 9    sales manager have any type of position,
10    board member, shareholder or have any
11    monetary interest in ownership of Prokraft?
12            A.    No.
13            Q.    Now, do you know who actually
14    is the manufacturer of the meat grinder
15    that is at the center of this lawsuit?
16            A.    Yes, the one on the invoice.
17            Q.    Is it Fabricantes De Equipos
18    Para?
19            A.    Yes.
20            Q.    Do you have, just to make sure,
21    do you have any association with that
22    company we just mentioned that is the, what
23    you're saying, the manufacturer of this
24    meat grinder at issue in this lawsuit?
25            A.    Do I have, I don't.
```

1                    E. FLORES

2          Q.    Did they have any ownership

3    interest in either Tor Rey Refrigeration

4    Inc. or Procut?

5          A.    Not to my knowledge.

6          Q.    Are they licensed to do

7    business in the United States?

8          A.    I don't know that.

9          Q.    And how familiar are you with

10   the meat grinder that's at issue in this

11   case and it's been a couple of different

12   model numbers but the one that had been

13   provided the most really is KG32.  Are you

14   familiar with some of the features of that

15   device?

16         A.    Generally, yes.

17         Q.    Have you ever used one of those

18   yourself?

19         A.    No.

20         Q.    Has that machine ever been used

21   with you standing present and observing it

22   being used?

23         A.    You mean the specific KG32 or

24   you mean in general?

25         Q.    KG32?

```
1                      E. FLORES

2         A.    I don't remember.

3         Q.    I don't have that much more.

4   Are you familiar with warning signs that

5   are affixed to the KG32?

6         A.    I know that there are signs

7   attached to it.

8         Q.    Are you familiar with what

9   those warning signs include on them?

10        A.    No.

11        Q.    Are you familiar with what size

12  of the warning labels or signs are under

13  the KG32?

14        A.    I don't know the specific size.

15        Q.    Have you ever looked at what

16  the lighting may be on any of those

17  warnings?

18        A.    I don't remember the specifics.

19        Q.    Do you remember if there were

20  any pictures to kind of describe a warning

21  for people that's on those machines?

22        A.    I'm assume so.  I don't know.

23        Q.    Do you know what the size of

24  those warning labels are?

25        A.    I think I already answered
```

```
1                    E. FLORES
2    that.  I don't know.
3         Q.    I'm sorry if I asked again.
4    And are you familiar with any type of
5    emergency shut offs on that machine the
6    KG32?
7         A.    Just the switch on and off.
8         Q.    Do you know if there are
9    specific switches that make it easier for
10   if someone has an accident with the meat
11   grinder to turn that off.  Not just a
12   simple on off switch, but something that
13   would be visible and obvious to a person to
14   press?
15        A.    I'm not aware of that.
16        Q.    Do you know if those switches
17   employ any type of very vibrant colors or
18   specific changes or sizes that
19   differentiate between the on and off
20   switch?
21        A.    I don't know.  I'm not involved
22   with this side so I don't know.
23             MR. ZOHAR:  I do not have
24        anything further.  Mr. Flores, I
25        really thank you for you time here
```

```
 1                    E. FLORES
 2         today and I wish you well.
 3               THE REPORTER:  Does everybody
 4         want copies?  Whoever is supposed to
 5         get a copy.
 6               MS. VASQUEZ:  Yes.
 7               MR. EVANS:  Yes.
 8               MR. ZOHAR:  Yes.
 9    EXAMINATION BY
10    MR. EVANS:
11         Q.    Good afternoon, Mr. Flores.  My
12    name is Tom Evans.  I'm an attorney with
13    Congdon Flaherty O'Callaghan.  I represent
14    the third-party Defendant, Karzinka in this
15    matter.  I just have some follow-up
16    questions for you concerning the KG32 meat
17    grinder.  You said that you're familiar
18    with the operation of that machine and the
19    parts on that?
20         A.    I'm familiar with the operation
21    of the machine, the parts, not specifics,
22    but for the most part.
23         Q.    Do you know if that machine was
24    equipped with safety guard from the
25    manufacturer?
```

```
 1                    E. FLORES
 2        A.    Yes, it is.  It is something
 3   affixed guard to the head stock.
 4        Q.    Okay.  And you said safety
 5   guard comprised of a certain type of metal?
 6        A.    I don't know the components of
 7   the manufacturer so I couldn't.
 8        Q.    Do you know how it's affixed to
 9   the head stock?
10        A.    I don't know the specifics of
11   how it was defined.
12        Q.    You said that it was a
13   permanent fixture, correct?
14        A.    Yes.
15        Q.    It's not to be removed.  It's
16   not a removable device?
17        A.    It's not a removable device.  I
18   mean, it's not a removable device.
19   Everything is sold separately.  Everything
20   comes as one piece and it's something that
21   you can buy, one part as needed, then you
22   have to get the head stock.
23        Q.    If one wanted to remove that
24   safety guard, how would that be
25   accomplished?
```

```
 1                      E. FLORES
 2         A.    I never tried to do that.  I
 3    assume that it has to be done in person and
 4    use a machine or some kind of force like
 5    very strong so.
 6         Q.    Because the metal would have
 7    been -- would have to be cut, right?
 8         A.    Would have to be cut tell yes.
 9         Q.    The machine also came with a
10    plunger, correct?
11         A.    It does come with a plunger,
12    yes.
13         Q.    What the purpose of the
14    plunger?
15         A.    So that they can use it to push
16    the meat and they don't have -- I mean,
17    this is the safest way to do so.
18         Q.    Keep your hands away from the
19    head stock opening, correct?
20         A.    Yes, and it's also more
21    sanitary.
22         Q.    Are you aware of any entity or
23    industry standards regarding whether or not
24    these meat grinders can be sold with
25    removable safety guards?
```

1                    E. FLORES
2        A.    No, I don't know.  I don't know
3   the specifics about -- about industry
4   standards.
5        Q.    Okay.  Do you know what the
6   composition of the head stock is in terms
7   of metal?
8        A.    Don't.
9        MR. EVANS:  Okay.  I have
10       nothing further.  Thank you Mr.
11       Flores.
12       MR. ZOHAR:  I got a couple of
13       questions.
14  EXAMINATION BY
15  MR. ZOHAR:
16       Q.    So does Prokraft buy Tor Rey
17  Refrigeration Inc., provide the call
18  center, for assistance, for people who
19  purchase this type of equipment, meat
20  grinders such as the one such as this one?
21       A.    If a warranty or need or a call
22  is made they usually contact the dealer
23  directly and the dealer will call the line
24  up and yes if there is a line issue or
25  something that needs to look after then

```
1                    E. FLORES
2     there is something we should dispatch to
3     everybody permission then they will do
4     assessment and they will file or come back
5     with whatever reason may be.
6          Q.    If there is an issue under
7     warranty is that something that a
8     individual would purchase one of these meat
9     grinders would have it sent back to, um,
10    either Prokraft, you know, or someone else?
11         A.    Um, no drive a plane, where
12    should they do a service, they have to have
13    proof of purchase and also provide a
14    description via photograph or video to let
15    us know what's wrong with it and then
16    according to it then the technician will be
17    dispatched and they can review it to see if
18    it's natural manufacturer defect or it just
19    misused by the technician.
20         Q.    So this technician, is that a
21    outside contractor for Prokraft or
22    in-house?
23         A.    It is a third party.  It's
24    contracted by Prokraft to render the
25    service.
```

1                    E. FLORES

2        Q.    Who determines, by Prokraft,

3   who can be a certified technician for these

4   and is allowed that to provide that service

5   on your behalf?

6        A.    There are -- I mean their calls

7   for service for this are rare.  Usually

8   depends on the location of the issue.  And

9   they could be, sometimes it's a -- a

10  technician that is in-house or the dealer

11  that sold the unit, sometimes it's a

12  technician and you trust and if none of

13  those then we come in and we try to find

14  out why they have, obviously, the

15  credentials the experience to deal with it.

16       Q.    Does it occur that people bring

17  machines that need repair and it is

18  observed that there is no guard on top of

19  the feeder?

20       A.    I don't know if that -- again,

21  that's not a manufacturer defect.  If

22  somebody called then we have to just buy

23  em.  I believe is that not something that

24  can be sold because, again, it was a part

25  where it was purposely broken.

1                    E. FLORES

2        Q.     If that's seen by any of the

3   outside contractors that have a contract

4   with Prokraft, if they see something like

5   that, is there some type of procedure and

6   protocol to take that machine out of usage

7   under the circumstances?

8        A.     That depends on how and what

9   does the technician reports.  There is no

10  special call to report that.  They just got

11  to deal with whatever the issue is being

12  noted or specified.

13       Q.     Right.  If that occurred will

14  they have seen machines brought in for

15  repair or have been serviced by these

16  outside contractors for Prokraft.  Were

17  they observed the guard rail had been taken

18  off?

19       A.     Not to my knowledge.

20       Q.     Is that something that would be

21  documented by these third-party service

22  providers?

23       A.     Only if it was an issue

24  regarding that, specifically.  They -- if

25  they have stop they can report it or not

```
 1                    E. FLORES
 2   but that's not something that falls into
 3   protocol.
 4        Q.    If they were to see something
 5   like that is there any type of procedure or
 6   protocol to send a letter to anyone that
 7   may posses this machine detailing the
 8   hazards and that this is not a product that
 9   Prokraft cells in that  --
10              MS. VASQUEZ:  Objection to
11        form.  You can answer.
12        A.    There is no specific protocol
13   for that.  Again, that's not something that
14   we see so cannot not put a protocol on this
15   is.
16        Q.    Are you aware that these guards
17   under certain circumstances by more small
18   aver/SKHOL operate, that use these types of
19   machines, delis and meat wholesalers that
20   they're easily removed?
21        A.    The guard is made to be
22   permanently affixed.  It is like you agree
23   to can you tell down by whatever is
24   available to do so.  It this not removable.
25        Q.    Have you ever observed any type
```

```
 1                    E. FLORES
 2    of testing to see how easily or how
 3    difficult it may be to remove one of these
 4    guards?
 5         A.    No, not a test.  I saw one
 6    person try to do it purposely and they
 7    don't do it.  He was using a hammer.
 8         Q.    Right.  When was this
 9    demonstration that you observed, when did
10    this occur?
11         A.    It was in a trade show.
12    Somebody tried to do a challenge and see if
13    he was strong enough to break it.
14         Q.    Where was this trade show?
15         A.    I think it was in Chicago.  It
16    was a dinner show and that he was after the
17    show when the show ended.
18         Q.    So is that something that
19    Prokraft does, going to trade shows across
20    the nation, different facilities?
21         A.    Not across the nation we only
22    go to our show in Chicago and one in
23    Florida.
24         Q.    Those are the like the big
25    shows in the industry?
```

```
1                        E. FLORES
2           A.      Yes, they are.
3           Q.      Besides this one, have you ever
4    seen anyone that have removed any of these
5    types of bars that are on the lever?
6           A.      No, I have not.
7           Q.      Are you aware that this is
8    something that does occur on these types of
9    machines?
10          A.      Well, apparently for this case
11   it seems like it was the bar were not in
12   place so it was removed.
13          Q.      You said that there is a
14   warranty, what is the warranty link on the
15   KG32?
16          A.      When you get parts and labor.
17          Q.      Is that the extent, the full
18   extent of the warranty?
19          A.      Yes.
20          Q.      Now, the labels that are
21   affixed does Prokraft or Tor Rey
22   Refrigeration, in any manner, or -- meaning
23   Tor Rey Refrigeration Incs. employees for
24   warranty other than the name Prokraft, do
25   they take part in the creation of
```

```
1                    E. FLORES
2    warranties?
3         A.    No.
4         Q.    Do you know what the durability
5    of what those warning labels are when they
6    are affixed to those machines, as to how
7    long they are supposed to last and be
8    visible on those machines?
9         A.    I have no idea.
10        Q.    Do you know what the actual
11   strength, I understand that you don't know
12   what the material is on that guard, but are
13   you familiar with any type of systems that
14   if someone were to disable and take over
15   that guard that it would disable the
16   machine from operation?
17        A.    Can you re-ask me the question,
18   please.
19             MR. ZOHAR:  Ms. Woods, if you
20        could.
21             (Whereupon, the referred to
22        question was read back by the
23        Reporter.)
24        A.    I mean there is, it's a
25   permanently affixed guard and that is
```

```
 1                 E. FLORES
 2   smooth to let you know that it shouldn't be
 3   removed and in a sense it would be like
 4   somebody going to cut the brakes of a car.
 5   So I think it's -- that's basically what
 6   the guard is for.
 7        Q.    My question was, are you
 8   familiar with any system that would prevent
 9   the machine from hovering if that guard was
10   removed?
11        A.    Do you mean like other ones
12   gk32.
13        Q.    Other that use these type of
14   guards on the meter tubes on the meat
15   grinders, yes?
16        A.    I cannot attest for all the
17   grinders of the world but in this
18   particular one I -- I don't -- I don't
19   think they have any other system but they
20   are permanently affixed.
21        Q.    I don't know if you're aware
22   but there was an inspection of a machine
23   that was conducted on, I believe, Friday,
24   right?
25                 MR. EVANS:  Yes.
```

```
1                        E. FLORES

2         Q.    It was supposedly the same

3    machine and I wanted to find out from you

4    if you're aware that that machine would be

5    identical to the one that was used at the

6    time this accident occurred?  Obviously, if

7    there was items altered, but is it the

8    identical make and model?

9         A.    I don't know which one you guys

10   inspected so I don't have that information.

11   I wasn't present at the time.

12        Q.    Have Prokraft or Tor Rey

13   Refrigeration, Inc. maintain any steps to

14   enhance any of the safety items, on any of

15   those machines, including the KG32 since

16   the time that you been a president?

17             MS. VASQUEZ:  Objection to

18        form.  You can answer.

19        A.    We comply international

20   standard so I can -- that is a call that

21   has to be back by whoever approves for the

22   guys to be sold, so it is not a call made

23   on the company itself.

24             There has been an entity that

25   has ruled that mechanism to be unsafe.  So
```

```
 1                    E. FLORES
 2    I don't see why it should be changed.
 3        Q.    So is your answer, no, that
 4    there has been no effort on the part of the
 5    Rey Torey Refrigeration Inc., or Prokraft.
 6    I just want to make sure that you answer my
 7    question.  It sounds like a statement other
 8    something other than a yes or no.
 9        A.    No, you didn't ask for a yes or
10    no sir.
11        Q.    I will ask that now.
12        A.    Okay.
13        Q.    Yes or no, did Prokraft or Tor
14    Rey Refrigeration Inc. take any steps at
15    any point during the time that you been
16    president of these companies to enhance the
17    safety of those machines in any manner?
18            MS. VASQUEZ:  Objection to
19        form.  You can answer.
20        A.    Tor Rey has no involvement in
21    on this grinders obviously they got to stay
22    on the matter and Prokraft, no.
23        Q.    Would you agree then that you
24    say Prokraft, no, but Tor Rey has no
25    involvement but you understand that it is
```

```
 1                    E. FLORES
 2     the employees of Tor Rey Refrigeration
 3     Inc., that are working under the name of
 4     Prokraft?
 5               MS. VASQUEZ objection to form.
 6         Q.    You do understand that, yes?
 7               MS. VASQUEZ:  He's already
 8          testified about that, yes.
 9               MR. ZOHAR:  I know but, you
10          know, he's separating the two as if
11          there is no involvement and I want to
12          make sure that he understands
13          employees of Tor Rey Refrigeration,
14          if they're working on behalf of
15          Prokraft brand and sales,
16          administrative, warehousing,
17          marketing, have they taken any steps,
18          any of those departments or any of
19          those employers of Tor Rey
20          Refrigeration Inc. that are working
21          under the name of Prokraft to improve
22          the safety measures of that meat
23          grinder the KG32.
24               MS. VASQUEZ:  Objection.  The
25          question had been answered already.
```

1              E. FLORES

2              MR. ZOHAR:  No, no he never

3         answered it.

4              MS. VASQUEZ:  Over objection.

5         He can answer it now.

6         A.    No.

7              MR. ZOHAR:  Thank you very

8         much.  Nothing further.

9              MR. EVANS:  Nothing further.

10        Thank you.

11             (Whereupon, at 3:56 P.M., the

12        Examination of this witness was

13        concluded.)

14

15              o          o          o          o

16

17

18

19

20

21

22

23

24

25

```
 1                    E. FLORES

 2               D E C L A R A T I O N

 3

 4       I hereby certify that having been

 5   first duly sworn to testify to the truth, I

 6   gave the above testimony.

 7

 8       I FURTHER CERTIFY that the foregoing

 9   transcript is a true and correct transcript

10   of the testimony given by me at the time

11   and place specified hereinbefore.

12

13

14

15            _____

16                  EDUARDO FLORES

17

18

19   Subscribed and sworn to before me

20   this _____ day of _____ 20___.

21

22

23   _____

24       NOTARY PUBLIC

25
```

```
1                       E. FLORES

2                  E X H I B I T S

3

4    PLAINTIFF'S EXHIBITS

5

6    EXHIBIT    EXHIBIT                 PAGE

7    NUMBER     DESCRIPTION

8    1          Manual                   33

9    2          Invoice                 127

10

11     (Exhibits retained by Court Reporter.)

12

13                  I N D E X

14

15   EXAMINATION BY                    PAGE

16   MR. ZOHAR                         7, 165

17   MR. EVANS                         162

18

19     INFORMATION AND/OR DOCUMENTS REQUESTED

20   INFORMATION AND/OR DOCUMENTS      PAGE

21   The names of all those cases

22   where Mr. Eduardo Flores has

23   Previously testified in regards

24   to claims of bodily injury.       16

25   All the names of the board members,
```

1                    E. FLORES

2    currently, and in the past for

3    Torey Refrigeration, Inc.              25

4    The names of all the board members

5    of Prokraft                            42

6    Papers of incorporation for

7    Prokraft                               71

8    A copy of that service agreement

9    between Torey and Prokraft             87

10   Tax documents for both Torey and

11   For Prokraft and, specifically,

12   Those sections that have transfers

13   Of any fees between one and received

14   by the other                           112

15   Name of the last marketing manager

16   if they're no longer employed then

17   we want their last known address

18   also                                   157

19

20

21

22

23

24

25

```
 1                    E. FLORES
 2            C E R T I F I C A T E
 3
 4    STATE OF NEW YORK        )
 5                             :  SS.:
 6    COUNTY OF NASSAU         )
 7
 8         I, DIONE WOODS, a Notary Public for
 9    and within the State of New York, do hereby
10    certify:
11         That the witness whose examination is
12    hereinbefore set forth was duly sworn and
13    that such examination is a true record of
14    the testimony given by that witness.
15         I further certify that I am not
16    related to any of the parties to this
17    action by blood or by marriage and that I
18    am in no way interested in the outcome of
19    this matter.
20         IN WITNESS WHEREOF, I have hereunto
21    set my hand this 2nd day of March 2022.
22
23
24
25                    DIONE WOODS
```

```
1    ERRATA SHEET FOR:

2        , being duly sworn, deposes and

3        says: I have reviewed the transcript of my

4        proceeding taken on 02/14/2022. The following

5        changes are necessary to correct my testimony.

6    _____

7    PAGE LINE    CHANGE                REASON

8    ----|----|---------------------------|---------------

9    ----|----|---------------------------|---------------

10   ----|----|---------------------------|---------------

11   ----|----|---------------------------|---------------

12   ----|----|---------------------------|---------------

13   ----|----|---------------------------|---------------

14   ----|----|---------------------------|---------------

15   ----|----|---------------------------|---------------

16   ----|----|---------------------------|---------------

17   ----|----|---------------------------|---------------

18   ----|----|---------------------------|---------------

19   ----|----|---------------------------|---------------

20   ----|----|---------------------------|---------------

21        Witness Signature:_____

22   Subscribed and sworn to, before me

23   this ____ day of _____, 20 ____.

24   _____       _____

25   (NOTARY PUBLIC)             MY COMMISSION EXPIRES
```

**A**

**A.M (1)**
1:20
**abide (2)**
83:24 84:23
**ability (2)**
101:17 156:3
**able (2)**
14:16 39:10
**absolute (2)**
57:18 78:17
**absolutely (8)**
33:13 68:4
74:16 79:6
81:4 83:6,20
145:21
**accept (1)**
90:18
**acceptable (1)**
145:23
**accessible (1)**
22:19
**accident (4)**
103:15 139:22
161:10 174:6
**accidents (2)**
144:23 146:9
**accomplishe...**
163:25
**account (14)**
76:4,7,8,14,25
86:4,5 95:17
95:19,24
110:9 113:20
113:21
116:21
**accurate (1)**
55:17
**acquire (1)**
138:13
**acquired (1)**
136:21
**acquiring (1)**
139:7

**acquisition (3)**
96:12,20 97:9
**act (7)**
54:22 55:19,23
56:13,18
57:11 58:21
**acting (6)**
53:14 59:16
86:19,25
93:10 104:21
**action (3)**
8:3 142:17
181:17
**actual (1)**
172:10
**added (2)**
132:9 152:22
**address (14)**
7:22 13:9
109:12 122:4
122:6 128:13
128:18,19
129:11,21
136:10,12
157:15
180:17
**addressed (2)**
84:9 85:10
**addresses (1)**
82:12
**adequately (1)**
9:15
**administer (1)**
4:15
**administrati...**
66:20 72:19
109:8 113:9
135:7 176:16
**advisement (1)**
71:20
**affiliated (1)**
100:16
**affiliation (1)**
125:5

**affixed (9)**
131:2 160:5
163:3,8
169:22
171:21 172:6
172:25
173:20
**afternoon (1)**
162:11
**against- (2)**
1:6,13
**agency (2)**
6:14 152:8
**ago (1)**
47:15
**agree (4)**
37:7 51:18
169:22
175:23
**Agreed (4)**
4:4,9,13 146:6
**agreement (26)**
51:24 54:16
56:9,24 65:20
65:23,25
66:13 86:15
86:18 87:2,5
87:6,10,11,21
88:3,12,19
110:10,16,20
112:20
134:17,25
180:8
**Ah (1)**
120:14
**ahead (6)**
33:20 64:10
65:17 100:12
144:15
147:18
**air (1)**
26:5
**allegations (1)**
50:15

**allow (3)**
61:19 62:2
99:6
**allowed (1)**
167:4
**alteration (2)**
130:25 132:8
**alterations (1)**
131:6
**altered (2)**
152:21 174:7
**America (3)**
86:8,9,13
**amount (7)**
44:8 75:17
111:6,10,14
112:9,19
**analysis (4)**
30:4 93:18,22
94:12
**AND/OR (2)**
179:19,20
**Andres (3)**
19:12,16 20:25
**answer (99)**
8:16 10:9
12:22 17:25
24:17 28:15
39:7,15 40:24
41:2,3,8,23
42:9 43:15
44:21 45:8
48:10,16 52:6
52:13,25
53:18 54:14
55:9 56:5,21
56:22 58:13
59:2,6 60:2
62:4 63:17
67:6,20 68:24
69:16 70:15
71:4,13,23
72:5 73:15,19
74:2,7 75:4

76:21,22
77:17,20,22
82:6 85:21,25
86:7,22 93:5
95:7 99:7
100:19,20
106:18
108:12
110:14 111:9
111:18 114:2
117:23 118:6
118:22,25
129:6,7,7
130:11 131:8
134:23 136:9
137:17
140:23 142:8
142:24 143:8
144:5,6,19
147:2,17,22
150:21,24
169:11
174:18 175:3
175:6,19
177:5
**answered (13)**
49:2 50:22
51:8 56:4
59:11 68:16
80:3 100:25
130:9 144:17
160:25
176:25 177:3
**answering (1)**
61:17
**answers (5)**
9:14 50:7
57:22 61:5
129:14
**anybody (6)**
95:22 97:11
119:21
132:10
155:10

156:25
**apologize (5)**
12:18 91:13
124:12 129:8
130:4
**apparently (3)**
37:23 130:22
171:10
**appear (2)**
43:2 91:3
**appeared (2)**
46:13 91:2
**apprise (1)**
42:2
**approves (1)**
174:21
**approximate...**
27:10
**approximate...**
20:23 105:22
**area (4)**
80:6 84:16
92:7 129:10
**areas (2)**
7:6 23:9
**arrives (1)**
131:10
**asked (18)**
50:2 60:11,22
61:7 63:7
65:13 67:18
68:7,9 82:25
118:21
130:23
132:25 144:2
147:12,23
148:8 161:3
**asking (27)**
8:4 10:4,6
16:15 46:17
47:16 57:24
60:17 61:13
62:23 63:3,19
64:13 79:10

94:13 100:11
100:24
106:11
111:22
140:11,12
142:6 143:23
144:17 145:4
146:25
154:17
**aspects (4)**
5:18 22:25
27:13 31:22
**asserted (1)**
64:15
**assess (1)**
103:21
**assessment (1)**
166:4
**assessments (...**
130:24
**assets (2)**
79:14 85:15
**assigned (6)**
54:24 67:8
108:17,20
116:21
156:21
**assistance (1)**
165:18
**associated (2)**
126:6 146:11
**association (6)**
6:13 36:4,19
137:15
146:19
158:21
**Associations ...**
91:25
**assume (5)**
111:13 150:8
150:25
160:22 164:3
**assumed (1)**
83:16

**assuming (2)**
83:4 86:13
**attached (1)**
160:7
**attain (1)**
139:2
**attendance (1)**
46:2
**attending (1)**
45:17
**attest (2)**
26:11 173:16
**attorney (3)**
71:14 107:12
162:12
**attorneys (7)**
3:4,9,13 29:9
107:8 108:4,7
**authority (3)**
156:18 157:18
158:2
**authorizatio...**
156:14
**authorized (1)**
4:15
**available (7)**
14:8,10 15:7
25:2 39:10
46:8 169:24
**aver/SKHO...**
169:18
**aware (15)**
44:14 64:17
121:16
126:21
133:14
139:21 140:4
140:17
144:23
161:15
164:22
169:16 171:7
173:21 174:4

| | B | |
|---|---|---|
**b (4)**
7:23 62:19
80:17 179:2
**Bachelor (1)**
11:22
**back (22)**
22:5 43:14,17
46:4 59:12
65:9 68:19
69:3,24 70:2
73:10 79:9
99:13 102:11
103:7 144:11
151:11
153:17 166:4
166:9 172:22
174:21
**background ...**
154:13
**balances (1)**
132:21
**bank (20)**
75:10,12 76:4
76:7,8,13,25
86:4,4,5,8,9
86:12,13
95:17,19,23
110:9 113:19
113:21
**bar (1)**
171:11
**bars (1)**
171:5
**base (1)**
104:2
**based (6)**
6:23 50:7 65:3
80:10,10,11
**basic (1)**
48:6
**basically (10)**
47:8 56:18
89:10,15 94:4

116:20 152:9
152:19
154:16 173:5
**basis (2)**
63:2 144:24
**bearing (1)**
84:17
**becoming (1)**
89:18
**beginning (1)**
141:2
**behalf (18)**
56:19 68:21
97:12 110:12
114:15
118:11,19,24
119:19
138:14 139:8
140:20
141:11
145:24
149:23,24
167:5 176:14
**believe (11)**
63:2 91:10
116:5 122:21
125:16 130:9
133:24
137:18 146:4
167:23
173:23
**best (5)**
27:16 37:22
124:7,8
138:16
**better (2)**
34:15 36:7
**bid (1)**
138:16
**big (1)**
170:24
**bigger (4)**
33:12 34:9,13
115:18

**Bilal (3)**
120:10,14
137:7
**bill (4)**
38:14,20,24
39:5
**bills (2)**
155:6,7
**Bilow (1)**
134:3
**Birdsall (1)**
7:23
**birth (2)**
10:18 89:10
**bit (7)**
12:3 32:7
33:24 34:13
65:21 84:13
151:18
**blade (1)**
115:7
**blender (2)**
37:24,25
**blood (1)**
181:17
**board (88)**
18:3,5,25 19:3
19:5,8,9
22:17 23:8
24:14,22 25:7
25:15,21
26:20 27:5
39:17 40:21
41:22 42:2,10
42:11,16,18
43:18 44:5,8
44:11,18,24
45:4,12,17,22
46:4,8,10,14
48:14,22
49:11,15
54:25 55:3,10
55:15,20
56:10,17,23

56:24 57:23
58:15 59:17
60:16 67:9,9
67:11,12,14
68:2,6,8,20
69:13,19,20
70:8 71:2,24
71:25 77:10
77:13,16,17
77:18,21,25
77:25 78:6,11
96:6 126:7
127:2 157:23
158:10
179:25 180:4
**boards (4)**
43:24 58:21
67:7 158:3
**bodily (10)**
14:21,23 15:3
15:14 16:8
29:15 106:6
139:22
140:18
179:24
**bono (1)**
53:9
**book (1)**
87:10
**Booker (3)**
116:2,12,14
**born (1)**
10:23
**bother (1)**
154:23
**bottom (2)**
34:6 128:14
**Boulevard (1)**
3:14
**bound (1)**
81:6
**box (2)**
115:18,19
**boxes (4)**

115:14 131:19
131:23,25
**brakes (1)**
173:4
**brand (16)**
35:2 114:21,22
114:25 115:4
116:2,12,14
128:6 130:6
138:4 148:18
148:19 149:6
156:22
176:15
**break (14)**
9:18 28:16
74:14 78:15
78:19,24
79:11,15 97:7
102:19
141:15
151:10
154:21
170:13
**breakdown (1)**
29:22
**bring (2)**
62:7 167:16
**bringing (1)**
63:13
**broad (1)**
96:21
**brochure (2)**
119:16 152:4
**brochures (4)**
119:5 132:2,15
151:25
**broke (1)**
85:16
**broken (1)**
167:25
**Broker (1)**
138:15
**Brooklyn (1)**
3:6

**brought (4)**
85:10 114:9
142:19
168:14
**bruise (1)**
50:13
**build (1)**
39:17
**business (56)**
11:22 13:9
14:12,16 15:7
22:5,9,13,25
22:25 23:5,7
23:14 25:3,16
25:20 26:4,9
26:14 27:14
27:18,21
35:10,21
38:16,17,22
41:13 45:6,14
45:15,16 53:9
70:13 72:3,9
72:9 75:21,25
76:15 86:17
87:7 90:14,19
92:14 121:6
121:16,20
123:18
125:19,24
138:24 155:5
155:9 157:9
159:7
**businesses (2)**
79:22 102:16
**buy (8)**
95:8,9,14
103:24
114:16
163:21
165:16
167:22
**buys (3)**
95:10 96:8
117:21

|   |
|---|
| **C** |

**C (4)**
3:2 178:2
181:2,2
**C.V (1)**
36:21
**call (8)**
40:21 131:22
165:17,21,23
168:10
174:20,22
**called (2)**
7:13 167:22
**calling (1)**
123:5
**calls (2)**
155:15 167:6
**campus (1)**
91:10
**cant (1)**
49:7
**capacities (1)**
151:3
**capacity (26)**
5:7,20 6:3 18:2
18:7 23:17
24:17 25:18
26:6,18 27:2
27:16 28:23
37:22 41:11
46:9 48:18
50:9 61:25
72:2 73:13
75:15 77:18
102:21 106:7
110:4
**car (1)**
173:4
**Carlos (4)**
94:24,25
157:20,21
**Carmen (12)**
3:11 12:3
15:23 32:9

67:22 78:18
83:18 107:12
142:9 143:4
144:4 145:6
**carry (3)**
26:23 27:13
103:23
**case (24)**
15:10 64:16
96:2,5 98:2,8
105:17,18
106:2,15,16
108:5 120:7
124:21
132:25 133:5
134:3,8
135:11
137:12
139:11 147:5
159:11
171:10
**cases (18)**
14:4 16:6
105:8 106:9
106:10,11
107:9,14
133:11,13,23
139:24
141:21
145:19
147:20,20
150:18
179:21
**cause (1)**
8:20
**caused (1)**
142:19
**cease (1)**
122:9
**ceased (3)**
121:3,9 137:5
**cells (2)**
101:12 169:9
**center (6)**

97:25 98:8
99:21 109:22
158:15
165:18
**certain (5)**
27:13 47:22
131:24 163:5
169:17
**certificate (1)**
103:24
**certification ...**
28:19 104:9,16
**certifications...**
103:22,25
104:3,7,12,20
**certified (2)**
104:11 167:3
**certify (5)**
104:8 178:4,8
181:10,15
**challenge (1)**
170:12
**change (3)**
44:17 121:12
182:7
**changed (4)**
44:13 89:22
152:21 175:2
**changes (5)**
156:13 157:18
158:2 161:18
182:5
**charge (2)**
96:12 138:12
**check (5)**
21:14,15
111:13,19
156:5
**checks (2)**
95:23 132:21
**Chester (1)**
3:10
**Chicago (5)**
90:23 91:16

92:15 170:15
170:22
**childhood (1)**
149:10
**choosing (1)**
99:6
**chorus (1)**
68:11
**circumstanc...**
6:4 7:8 9:2
62:9 64:8
168:7 169:17
**cited (1)**
64:13
**citizen (2)**
12:8,10
**city (2)**
126:17,20
**civil (2)**
2:9 5:5
**claim (4)**
8:5 29:15
140:19
142:20
**claiming (1)**
83:3
**claims (7)**
5:18,21 15:4
16:8 64:14
106:7 179:24
**clarification ...**
89:7 98:23,24
99:4
**clarified (1)**
140:9
**clarify (5)**
9:6 23:4 24:2
49:15 154:5
**clear (18)**
6:6 28:18
33:17 40:3
51:2 58:12
64:5,12 67:24
77:4 99:20,22

100:9 102:20
127:22
144:22 154:3
156:8
**client (1)**
98:25
**close (1)**
101:18
**coast (2)**
117:11,11
**code (1)**
129:10
**colors (1)**
161:17
**come (14)**
74:9 75:14
114:11
115:11 119:6
119:11,13,15
127:2 141:20
143:2 164:11
166:4 167:13
**comes (11)**
53:2 75:24
95:16 114:25
119:7 130:20
152:6,18
153:4 154:18
163:20
**coming (4)**
75:19 131:13
131:16
152:14
**commence (1)**
8:7
**commenced (...**
8:3
**comments (1)**
64:3
**commercial (3)**
26:6 27:21
37:6
**commerciali...**
27:21

**COMMISSI...**
182:25
**common (4)**
36:24 58:14,19
147:3
**communicat...**
19:21,23,24
20:14,16,19
21:12 126:5
**communicat...**
26:22 42:22
**communicati...**
18:25 20:6,12
21:18 22:2,5
22:16,23 23:2
23:10 26:19
27:12 29:7
42:19 55:11
55:12 108:3
**communicati...**
20:3 24:19
55:16
**companies (3...**
23:18 31:16,22
40:18,19,23
48:19 51:19
52:3 54:7,10
58:15,21 59:5
66:14 70:8
76:19 79:22
114:16 134:5
137:14
140:19 141:9
146:10,19,22
149:7,13
150:20 151:4
153:10
175:16
**company (68)**
17:10 23:22,24
24:10 25:25
28:24 30:24
31:15 34:24
36:17 37:4

41:13 45:5
47:19 55:19
55:25 56:12
56:13 57:2,6
57:10,25 58:4
58:23 59:17
59:20 60:12
61:8 66:14
69:14 70:20
70:24 71:8
74:18,18,22
75:9 79:13
87:17 89:11
89:19 90:7
97:23 100:16
121:3,10,13
123:5,16,22
124:25
125:15
134:11,14
137:22 138:9
138:13
145:17 146:3
146:10 148:3
148:12 149:8
150:8 151:2
157:7 158:22
174:23
**company's (1)**
149:24
**compensated...**
52:9
**compensatio...**
52:21,22 53:2
53:4,14,16
54:23 55:24
57:21 58:22
60:13 110:11
**complaint (3)**
5:22 80:10
136:8
**complete (1)**
10:8
**completed (1)**

111:5
**completely (1)**
68:17
**complies (1)**
103:22
**comply (1)**
174:19
**components ...**
163:6
**composition ...**
165:6
**comprised (1)**
163:5
**concept (1)**
96:22
**concerned (1)**
151:15
**concerning (1)**
162:16
**concerns (1)**
105:2
**concluded (1)**
177:13
**conditioning ...**
26:5
**conduct (10)**
35:11 72:2
93:17 103:11
119:22
125:18
131:20
149:17,23
151:4
**conducted (9)**
72:10 101:22
102:22
104:18
119:18
130:24
132:11
150:18
173:23
**conducts (1)**
25:17

**conference (3)**
21:20,25 42:23
**confused (1)**
99:23
**confusion (5)**
8:21 50:6
57:16,18
145:16
**Congdon (2)**
3:13 162:13
**connection (1)**
39:12
**consecutive (1)**
18:22
**consent (2)**
155:24 158:3
**consist (1)**
157:19
**contact (4)**
19:10 21:7
57:11 165:22
**contain (1)**
80:24
**content (1)**
151:23
**Continental ...**
86:10 117:12
**continue (5)**
61:21 63:9
122:18
127:10 136:2
**CONTINUE...**
1:22 2:3
**continues (1)**
107:11
**contract (7)**
117:19 118:8
118:10 119:3
139:3,9 168:3
**contracted (2)**
150:4 166:24
**contractor (1)**
166:21
**contractors (2)**

168:3,16
**contracts (8)**
117:18,24,25
118:3,7,12,18
118:23
**control (2)**
31:19 57:12
**controls (2)**
31:16 57:7
**conversation...**
27:7
**convictions (1)**
12:19
**cooling (1)**
26:6
**copies (1)**
162:4
**copy (4)**
79:5 87:20
162:5 180:8
**core (2)**
153:3 154:10
**corporate (7)**
17:8 41:16
51:4,11 71:14
107:12
111:16
**corporation (...**
6:12 17:9,11
17:12,21,23
31:21 41:14
41:18,20 57:6
70:7,13 88:14
88:16 93:8
95:14 125:17
**corporations...**
93:3
**correct (59)**
10:2 11:18
13:4,19 14:2
16:22 18:23
22:10 27:15
35:12,18,23
38:2 40:6

41:20,21 42:7
51:20 54:3
55:13 56:19
56:20 66:19
67:7,10 73:21
76:5,9 77:14
77:15 78:7
87:4,12 96:4
101:10
107:17,25
109:3 111:13
115:24
116:19
117:14
128:10,12,23
129:4,8
132:14
135:10
136:16 148:6
148:7 152:15
155:7 163:13
164:10,19
178:9 182:5
**corrections (1)**
152:25
**corresponde...**
20:2,20
**cost (5)**
75:25 76:14
113:6,8,10
**counsel (3)**
4:5 107:22,24
**country (1)**
12:11
**County (2)**
133:4 181:6
**couple (7)**
8:6 10:5 12:17
61:2 68:10
159:11
165:12
**course (27)**
9:25 11:14
14:12 22:4,9

38:15,21
43:21 44:3
47:18 70:12
86:17 87:6
91:5,8,18,20
92:5,9,10,11
92:14,17,20
138:23 155:4
157:8
**courses (7)**
90:13,18,19,24
90:25 92:25
104:25
**court (14)**
1:2 4:17 5:8
6:19 9:2
10:11 13:15
13:22 62:6
64:21 85:9
106:25 133:3
179:11
**courtesy (2)**
10:7,10
**courts (2)**
62:10 105:11
**cover (2)**
23:14 95:16
**coverage (1)**
138:7
**Covid (7)**
20:7 21:16,21
43:24 44:2
45:2,19
**craft (1)**
77:14
**create (1)**
83:22
**created (1)**
89:21
**creation (1)**
171:25
**credentials (1)**
167:15
**criminal (1)**

12:19
**current (2)**
12:23 17:2
**currently (7)**
12:13 16:20
23:22 24:22
25:8 136:18
180:2
**cursor (1)**
132:17
**custom (1)**
46:12
**Customer (1)**
129:15
**customers (1)**
35:25
**cut (9)**
12:4 34:7 41:6
66:8 73:6
130:4 164:7,8
173:4
**cuts (1)**
37:25
**cutting (1)**
150:24

**D**

**D (5)**
4:2 7:13,13
178:2 179:13
**D-A-N-T-U (1)**
109:2
**D-E-C-O-M-...**
11:12
**daily (3)**
21:7,14 144:24
**data (1)**
154:7
**date (13)**
1:19 10:18
18:19 31:4,9
33:6 34:9,10
34:17 89:14
89:17 124:4

127:16
**dated (1)**
34:5
**dates (1)**
134:7
**day (4)**
147:8 178:20
181:21
182:23
**days (1)**
92:12
**De (6)**
11:8 36:14,20
36:21 39:19
158:17
**deal (5)**
14:21 15:14
124:9 167:15
168:11
**dealer (3)**
165:22,23
167:10
**dealing (2)**
46:9 100:14
**dealings (1)**
74:10
**dealt (7)**
97:24 148:4,6
148:12 149:9
149:10,14
**DEC (2)**
11:25 12:7
**decided (2)**
26:15 56:25
**decides (1)**
116:24
**decision (4)**
56:10 117:4
138:17,18
**decisions (2)**
155:12,23
**Decomillas (1)**
11:9
**deduct (1)**

75:25
**deeper (1)**
29:18
**defect (2)**
166:18 167:21
**Defendant (5)**
1:17 3:13 6:6
113:25
162:14
**Defendants (4)**
1:8 2:5 3:9
64:15
**defined (1)**
163:11
**delis (1)**
169:19
**delving (1)**
80:25
**demand (1)**
49:5
**demands (1)**
80:12
**demonstrati...**
170:9
**department (...**
72:23
**departments ...**
90:4 176:18
**depends (3)**
112:13 167:8
168:8
**deponent (1)**
6:11
**depose (1)**
7:5
**deposed (3)**
108:6 133:11
134:7
**deposes (1)**
182:2
**deposition (13)**
2:5 4:14 9:25
13:14,25
15:13 16:14

29:12 62:21
84:9 124:20
133:9 139:19
**depositions (3)**
14:20 85:2,3
**describe (5)**
6:15 21:10
113:19
154:24
160:20
**described (10)**
19:10 76:4
78:5 90:15
105:23 110:8
118:15
133:22 137:8
155:13
**describing (2)**
93:3 152:13
**description (6)**
37:8,13,18
65:22 166:14
179:7
**design (2)**
93:12 109:23
**designates (1)**
87:22
**designed (2)**
30:6 109:21
**designing (2)**
29:24 30:3
**detail (4)**
65:22 70:24
110:10
145:20
**detailed (1)**
66:11
**detailing (1)**
169:7
**details (2)**
29:18 87:10
**determine (4)**
49:10 94:12,14
110:19

| | | | | |
|---|---|---|---|---|
| **determined (1)** | 55:11 | 32:11 33:2 | 12:1 13:1 | 100:1 101:1 |
| 150:4 | **direction (4)** | 34:4 88:8,9 | 14:1 15:1 | 102:1 103:1 |
| **determines (4)** | 26:24 56:18 | 88:24 153:8 | 16:1 17:1 | 104:1 105:1 |
| 25:19 26:9 | 58:3 115:5 | **documented ...** | 18:1 19:1 | 106:1 107:1 |
| 94:7 167:2 | **directions (3)** | 168:21 | 20:1 21:1 | 108:1 109:1 |
| **determining ...** | 119:6,14 126:2 | **documents (...** | 22:1 23:1 | 110:1 111:1 |
| 138:12 | **directive (4)** | 30:16 70:11,19 | 24:1 25:1 | 112:1 113:1 |
| **development...** | 22:16,22 54:21 | 70:23 71:7 | 26:1 27:1 | 114:1 115:1 |
| 92:19 | 59:17 | 89:10 101:23 | 28:1 29:1 | 116:1 117:1 |
| **device (5)** | **directives (6)** | 101:25 102:3 | 30:1 31:1 | 118:1 119:1 |
| 99:25 159:15 | 27:5,12,14 | 109:11 112:3 | 32:1 33:1 | 120:1 121:1 |
| 163:16,17,18 | 48:21 55:18 | 114:18 | 34:1 35:1 | 122:1 123:1 |
| **devices (1)** | 58:20 | 179:19,20 | 36:1 37:1 | 124:1 125:1 |
| 101:19 | **directly (9)** | 180:10 | 38:1 39:1 | 126:1 127:1 |
| **dictate (2)** | 26:20 27:6 | **doing (9)** | 40:1 41:1 | 128:1 129:1 |
| 25:16 72:2 | 29:8 42:10 | 13:14 20:7 | 42:1 43:1 | 130:1 131:1 |
| **differ (1)** | 58:13 61:9 | 30:3 53:15 | 44:1 45:1 | 132:1 133:1 |
| 52:3 | 95:17 114:11 | 75:25 76:14 | 46:1 47:1 | 134:1 135:1 |
| **difference (1)** | 165:23 | 101:2,6 | 48:1 49:1 | 136:1 137:1 |
| 155:20 | **disable (2)** | 105:16 | 50:1 51:1 | 138:1 139:1 |
| **different (10)** | 172:14,15 | **dollar (2)** | 52:1 53:1 | 140:1 141:1 |
| 5:14 9:8 20:11 | **disagree (1)** | 75:17 111:6 | 54:1 55:1 | 142:1 143:1 |
| 32:4 43:24 | 84:19 | **doubt (1)** | 56:1 57:1 | 144:1 145:1 |
| 54:17 55:25 | **discuss (3)** | 83:19 | 58:1 59:1 | 146:1 147:1 |
| 104:7 159:11 | 48:8 94:18,20 | **drive (1)** | 60:1 61:1 | 148:1 149:1 |
| 170:20 | **discussed (3)** | 166:11 | 62:1 63:1 | 150:1 151:1 |
| **differentiate ...** | 48:21 94:23 | **due (2)** | 64:1 65:1 | 152:1 153:1 |
| 161:19 | 119:11 | 20:7 122:9 | 66:1 67:1 | 154:1 155:1 |
| **difficult (1)** | **discussion (2)** | **duly (4)** | 68:1 69:1 | 156:1 157:1 |
| 170:3 | 10:13 40:15 | 7:14 178:5 | 70:1 71:1 | 158:1 159:1 |
| **difficulties (1)** | **dismissed (3)** | 181:12 182:2 | 72:1 73:1 | 160:1 161:1 |
| 43:10 | 105:19 106:22 | **durability (1)** | 74:1 75:1 | 162:1 163:1 |
| **dinner (1)** | 139:25 | 172:4 | 76:1 77:1 | 164:1 165:1 |
| 170:16 | **dispatch (1)** | **duration (2)** | 78:1 79:1 | 166:1 167:1 |
| **Dione (10)** | 166:2 | 18:9 23:24 | 80:1 81:1 | 168:1 169:1 |
| 2:10 7:12 | **dispatched (1)** | **duties (3)** | 82:1 83:1 | 170:1 171:1 |
| 32:13 69:23 | 166:17 | 154:24 155:17 | 84:1 85:1 | 172:1 173:1 |
| 99:11 102:9 | **disputed (1)** | 155:19 | 86:1 87:1 | 174:1 175:1 |
| 139:18 | 76:17 | | 88:1 89:1 | 176:1 177:1 |
| 153:11 181:8 | **distributed (2)** | **E** | 90:1 91:1 | 178:1,2 179:1 |
| 181:25 | 74:25 76:13 | **E (187)** | 92:1 93:1 | 179:2,13 |
| **direct (2)** | **DISTRICT (2)** | 3:2,2 4:2,2 6:1 | 94:1 95:1 | 180:1 181:1,2 |
| 57:11 61:5 | 1:2,2 | 7:1,13,13 8:1 | 96:1 97:1 | 181:2 |
| **directed (1)** | **document (7)** | 9:1 10:1 11:1 | 98:1 99:1 | **E-box (1)** |

22:21
**e-mail (13)**
19:25 20:9,17
21:17,19,22
21:24 22:5
42:23 81:21
83:15 153:8
154:19
**e-mailed (1)**
139:18
**e-mails (4)**
22:12,19,20
42:20
**Earle (1)**
3:14
**earlier (6)**
40:18 86:3,24
108:2 120:6
134:5
**earns (1)**
75:8
**easier (3)**
32:8 97:8
161:9
**easily (2)**
169:20 170:2
**east (1)**
117:10
**EASTERN (1)**
1:2
**easy (2)**
61:11 154:10
**Eduardo (6)**
2:7 7:21 16:6
60:2 178:16
179:22
**education (3)**
11:2 28:19
90:16
**effect (4)**
4:16 8:25
135:2 136:18
**effects (1)**
6:25

**effort (1)**
175:4
**either (14)**
26:19 27:5
29:21 102:13
103:14
105:19 126:6
126:6 135:8
141:3 151:3
158:8 159:3
166:10
**elaborate (4)**
19:22 22:14
72:6 119:9
**electronic (2)**
27:24 137:2
**Electronics (9)**
123:11,19,20
124:13
134:16,18
135:11,15
136:11
**em (1)**
167:23
**emergency (1)**
161:5
**employ (1)**
161:17
**employed (27)**
16:20,24 18:9
18:19 20:24
23:17,22,23
23:25 24:6
40:17,25 41:4
41:10 50:25
51:3,10 55:3
55:9 57:20
58:24 73:15
94:25 100:15
126:6 157:14
180:16
**employee (7)**
58:2 95:2
107:18 109:4

109:5 125:8
129:18
**employees (18)**
38:23 73:17,20
73:22 90:6
116:18,21,22
118:16
131:19
135:16
155:14,21
156:11,17
171:23 176:2
176:13
**employer (1)**
59:18
**employers (1)**
176:19
**employment ...**
12:24 18:14,21
31:8
**enclosures (1)**
26:7
**ended (1)**
170:17
**engaged (1)**
56:23
**engineer (1)**
100:21
**engineering (...**
28:19
**English (1)**
153:2
**enhance (2)**
174:14 175:16
**enlarge (3)**
33:15,18 37:11
**entail (1)**
110:10
**entered (1)**
105:22
**entities (10)**
8:4 24:20
31:19 40:19
79:22 104:7

114:8 134:21
136:5 141:17
**entitled (3)**
80:8 83:2
98:25
**entity (12)**
6:14 51:12
53:20 97:23
103:11
111:16
119:22
120:13
122:16
149:22
164:22
174:24
**equipment (5)**
36:22 103:21
104:14 115:7
165:19
**Equipos (4)**
36:14,20 39:19
158:17
**equipped (1)**
162:24
**ERRATA (1)**
182:1
**especially (3)**
70:25 80:16
83:2
**ESQ (3)**
3:6,11,15
**essence (2)**
83:24 96:12
**establish (1)**
84:7
**established (1)**
40:10
**estimate (6)**
112:10,17,24
113:4 124:7,8
**evaluation (1)**
119:18
**Evans (12)**

3:15 13:5 79:4
79:6 82:5
162:7,10,12
165:9 173:25
177:9 179:17
**event (3)**
49:17 60:11
85:9
**events (1)**
45:11
**everybody (3)**
99:3 162:3
166:3
**exact (3)**
89:17 122:5
139:16
**exactly (3)**
10:5 85:12
106:19
**examination ...**
6:17 7:17
162:9 165:14
177:12
179:15
181:11,13
**examine (1)**
33:21
**examined (1)**
7:16
**example (1)**
25:22
**exchanged (1)**
32:12
**executive (1)**
92:18
**exhibit (5)**
33:5 82:22
127:15 179:6
179:6
**Exhibits (2)**
179:4,11
**exist (2)**
121:4 137:5
**existence (2)**

30:10 145:5
**existing (1)**
139:24
**expect (1)**
62:24
**expenditures...**
75:13,20 76:12
76:17
**experience (2)**
46:17 167:15
**EXPIRES (1)**
182:25
**explain (4)**
38:11 57:9
139:5 151:17
**explained (1)**
137:4
**explore (1)**
50:17
**extent (2)**
171:17,18

**F**

**F (3)**
4:2 7:13 181:2
**F-E-M-S-A-...**
125:3
**Fabricantes (...**
36:14,20 39:18
158:17
**face-to-face (8)**
19:24 20:6
21:4 42:24
43:23,25 44:3
45:19
**facilities (4)**
121:22 126:15
135:7 170:20
**facility (5)**
113:9 126:11
126:22
135:19,19
**fact (5)**
50:22,24 51:15

80:16 150:10
**facts (3)**
8:9 108:5
137:6
**faith (1)**
112:24
**falls (1)**
169:2
**familiar (34)**
36:16 69:8
70:18,22 71:6
71:9 75:13
85:15 86:10
88:23 101:14
101:15 116:6
120:9,12,14
120:17,22,25
122:24
123:10,15
134:10,14
159:9,14
160:4,8,11
161:4 162:17
162:20
172:13 173:8
**far (5)**
6:25 53:22
90:14 151:15
153:22
**father (1)**
61:14
**fault (1)**
12:4
**features (1)**
159:14
**February (1)**
1:19
**federal (3)**
2:9 5:4 105:11
**fee (6)**
110:18,20,21
110:25
112:20 135:8
**feeder (1)**

167:19
**feel (2)**
9:18 80:8
**fees (5)**
110:11,22
111:20 112:6
180:13
**fell (1)**
67:14
**Femsaf (10)**
125:3,5,12,14
126:3,8,11,23
126:25 127:8
**file (3)**
81:20 85:23
166:4
**filed (1)**
155:8
**filing (1)**
4:6
**financially (1)**
138:16
**find (12)**
14:17 18:18
26:8 28:11
49:8 50:8
93:23 96:9
140:14 146:3
167:13 174:3
**findings (1)**
48:22
**fine (8)**
10:22 16:17
32:24 64:4
78:25 81:4
85:6 154:6
**finish (1)**
150:16
**finished (1)**
147:17
**firm (1)**
107:13
**first (28)**
7:14 8:13

10:15 24:8
30:15 34:18
37:22 41:11
41:12 50:23
50:24 56:14
65:18 67:25
68:5 73:5
96:10 97:8
112:19
117:16
139:21,22
140:3,16
142:20
144:18 147:5
178:5
**five (1)**
82:13
**five-minute (1)**
151:10
**fixture (1)**
163:13
**flag (1)**
61:9
**Flaherty (2)**
3:13 162:13
**flat (3)**
110:18,25
135:8
**flip (1)**
127:20
**Flores (207)**
2:7 5:5 6:1,18
7:1,21,25 8:1
9:1 10:1 11:1
12:1 13:1
14:1 15:1
16:1,6,19
17:1 18:1
19:1 20:1
21:1 22:1
23:1 24:1
25:1 26:1
27:1 28:1
29:1 30:1

31:1 32:1
33:1,8 34:1
35:1 36:1
37:1 38:1
39:1 40:1,16
41:1 42:1
43:1,5 44:1
45:1 46:1
47:1 48:1
49:1 50:1
51:1,18 52:1
53:1 54:1
55:1 56:1
57:1 58:1,14
59:1 60:1
61:1 62:1
63:1 64:1,7
64:19 65:1,7
66:1 67:1
68:1,20 69:1
70:1 71:1,22
72:1 73:1
74:1 75:1
76:1 77:1
78:1 79:1,7
80:1 81:1
82:1 83:1
84:1 85:1,14
86:1 87:1
88:1 89:1
90:1 91:1
92:1 93:1
94:1 95:1
96:1 97:1
98:1 99:1
100:1 101:1
102:1 103:1
104:1 105:1
106:1 107:1
108:1 109:1
110:1 111:1
112:1 113:1
114:1 115:1
116:1 117:1

117:13 118:1
119:1 120:1
121:1 122:1
123:1 124:1
125:1 126:1
127:1,18
128:1 129:1
130:1 131:1
132:1 133:1
134:1 135:1
136:1 137:1
138:1 139:1
140:1,10
141:1 142:1
143:1 144:1
144:15 145:1
146:1,8 147:1
147:14 148:1
149:1 150:1
151:1 152:1
153:1 154:1
154:11 155:1
156:1 157:1
158:1 159:1
160:1 161:1
161:24 162:1
162:11 163:1
164:1 165:1
165:11 166:1
167:1 168:1
169:1 170:1
171:1 172:1
173:1 174:1
175:1 176:1
177:1 178:1
178:16 179:1
179:22 180:1
181:1
**Flores's (1)**
12:4
**Florida (1)**
170:23
**focus (1)**
23:10

**follow (5)**
27:14 58:20
94:5,6,12
**follow-up (1)**
162:15
**followed (2)**
94:11 132:5
**following (2)**
150:6 182:4
**follows (2)**
7:16 19:4
**food (2)**
27:23,25
**foot (1)**
125:19
**for-profit (7)**
41:19 48:19
74:17,18,21
79:21 88:14
**force (3)**
4:16 8:24
164:4
**foregoing (1)**
178:8
**form (38)**
4:10 20:11
28:9 45:8
49:13 56:4
67:18 70:15
72:5 74:13
76:6,11 86:22
87:24 89:2,5
90:9 93:4
95:7 96:16
98:4,16
100:19 101:5
101:25
103:17
106:18
110:14
117:23 118:5
134:20
137:17
140:22

142:22
169:11
174:18
175:19 176:5
**format (1)**
85:12
**formatting (1)**
9:7
**forth (5)**
9:14 17:10
20:4 22:6
181:12
**forward (10)**
5:23 18:16
30:12 32:12
60:25 61:19
61:20 64:10
64:24 82:24
**found (2)**
30:24 38:23
**four (16)**
13:19,21,24
14:19,23
15:12,18 46:2
67:3 105:14
105:21,22
106:7,10
140:13,16
**fourth (1)**
106:14
**frame (3)**
33:19 64:23
146:17
**Fran (1)**
120:17
**free (4)**
9:18 53:15
54:6,12
**Friday (1)**
173:23
**friendly (1)**
152:11
**front (2)**
95:16 128:14

**froze (1)**
74:19
**frozen (5)**
43:5,6,8 52:16
114:3
**full (2)**
133:19 171:17
**fully (1)**
10:8
**function (1)**
70:25
**functions (1)**
50:11
**funds (2)**
95:19 110:7
**further (10)**
4:9,13 8:8 85:2
161:24
165:10 177:8
177:9 178:8
181:15

---

## G

**gathered (1)**
152:9
**gathering (1)**
152:5
**general (11)**
23:13 44:7
47:12 51:8
97:6 99:17
122:14
133:17 144:3
155:8 159:24
**generalizing ...**
75:18
**generally (4)**
25:12 143:24
147:13
159:16
**generated (2)**
74:25 110:8
**gesture (3)**
9:20,21,24

**gestures (1)**
9:12
**getting (6)**
12:5 60:14
68:19 79:9
132:18
156:14
**Gil (8)**
3:6 7:25 23:3
28:10 39:25
48:24 57:15
143:3
**Gill (6)**
80:7 84:6
98:23 141:16
145:4 153:14
**give (18)**
8:19 10:7,9,10
25:22 32:16
34:18 65:21
98:19,20
112:14,18
124:7 136:10
143:9 145:8
148:25 156:5
**given (6)**
13:13 79:12
133:22
152:23
178:10
181:14
**gives (1)**
142:2
**giving (2)**
8:24 124:15
**gk32 (1)**
173:12
**glued (1)**
131:5
**go (24)**
29:18 33:19,20
33:20,20 34:6
37:12,16 45:4
58:11 64:10

65:9,17 66:17
68:3 74:11
75:13 100:11
122:24
126:14
141:25
144:15
147:18
170:22
**goes (7)**
27:22 63:16
76:4 83:14
97:4 104:3
115:4
**going (54)**
9:10 10:6,6,10
10:15 15:24
16:5 18:15
25:10 32:10
32:18,22,25
33:14 34:18
37:16 42:14
48:25 49:4
58:8 61:16
62:4,5 63:2,8
63:17 64:23
65:9 71:16,20
71:21 81:6
82:24,25 84:8
84:16,22 85:6
87:20 110:9
111:25
122:13,23
127:5,11,12
142:7,13
143:4 144:21
147:8 157:11
170:19 173:4
**gonna (8)**
25:5 29:4
66:17 79:15
85:6 127:11
139:17
154:22

**good (3)**
35:20 112:24
162:11
**goods (1)**
76:15
**gotten (1)**
63:22
**governmenta...**
6:14
**graduate (1)**
11:16
**great (1)**
149:2
**grinder (30)**
28:13 29:16
30:14 32:3,6
60:21 63:22
96:11 99:21
99:24 100:6
105:3 110:4,6
119:10
137:10,12,13
140:18 142:6
147:6,12
149:17 150:7
158:14,24
159:10
161:11
162:17
176:23
**grinders (75)**
15:15,19 28:3
28:5,7,20,23
29:2,3,24
30:4,6 31:17
31:23 38:7
49:24 93:12
93:15 95:4,4
95:10,12 96:9
97:25 98:5,6
98:10,11
99:16 100:17
101:11,14,16
102:6,15,24

103:12
109:21 114:7
114:16
116:25 117:5
117:7,19
121:7,18
124:10
130:21
133:13,16,17
133:18 144:2
144:24 145:2
145:2,5 146:9
147:4,12,13
148:2,4,6,13
149:6,11,14
151:16
164:24
165:20 166:9
173:15,17
175:21
**group (1)**
134:4
**guard (12)**
162:24 163:3,5
163:24
167:18
168:17
169:21
172:12,15,25
173:6,9
**guards (4)**
164:25 169:16
170:4 173:14
**guess (3)**
112:17 124:5,6
**guide (1)**
82:23
**guys (2)**
174:9,22

**H**

**H (1)**
179:2
**H-A-R-R-I-S...**

97:19
**H-V-A-C (1)**
26:4
**habit (1)**
129:3
**half (1)**
60:24
**hammer (1)**
170:7
**hand (2)**
9:20 181:21
**hands (2)**
101:19 164:18
**handwritten ...**
153:2
**happen (1)**
147:8
**happened (1)**
59:9
**harassing (1)**
60:16
**hard (1)**
146:3
**Harris (2)**
97:16,19
**Harvard (6)**
90:22 91:4,6
91:15,18
92:10
**hazards (1)**
169:8
**head (9)**
9:12 62:25
67:4 97:9
163:3,9,22
164:19 165:6
**health (1)**
60:9
**hear (8)**
52:13,14,17
58:17 66:9,11
146:9 156:9
**heard (3)**
68:12 91:13

153:23
**hearing (1)**
41:7
**hears (1)**
145:14
**held (2)**
2:9 40:15
**help (1)**
34:11
**helpful (2)**
33:25 80:21
**hereinbefore...**
178:11 181:12
**hereunto (1)**
181:20
**hi (1)**
129:20
**higher (2)**
33:20 112:21
**highest (1)**
10:25
**Hilal (1)**
133:2
**hire (1)**
152:8
**hold (2)**
123:22 140:5
**hole (1)**
125:19
**home (1)**
12:15
**honestly (1)**
51:9
**hour (1)**
60:23
**house (2)**
107:23 122:8
**Houston (8)**
7:24 12:14,16
13:12 122:2
135:24
136:14,15
**hovering (1)**
173:9

**Hussain (5)**
120:10 124:17
133:2 134:4
137:7
**HVACs (1)**
26:4

**I**

**I'mma (1)**
79:11
**idea (4)**
111:24 127:4
144:19 172:9
**identical (6)**
100:17,22
102:13
103:14 174:5
174:8
**identificatio...**
33:6 127:16
**identify (1)**
78:10
**importance (1)**
8:9
**important (1)**
50:12
**impression (1)**
5:11
**improperly (1)**
68:16
**improve (1)**
176:21
**in-house (3)**
151:5 166:22
167:10
**inaccurate (1)**
68:18
**inappropriat...**
61:23 99:7,9
143:12,14
**incident (2)**
29:17 59:10
**include (4)**
78:21 117:10

132:15 160:9
**included (2)**
46:25 152:4
**including (1)**
174:15
**incorporated...**
69:4,9,10,14
70:9 120:15
**incorporatio...**
70:18,19,23
71:10,17
88:24 89:8
180:6
**Incs (1)**
171:23
**index (1)**
133:4
**indicated (2)**
51:6 80:18
**indirectly (1)**
58:13
**individual (16)**
5:7,17,19 6:2
32:21 88:6
97:24 103:11
105:2 116:7
119:22
120:13
124:24
129:17
149:23 166:8
**individuals (7)**
42:2 46:3 48:2
73:14 76:19
78:11 124:18
**industry (5)**
27:24,25
164:23 165:3
170:25
**information ...**
14:7,13,17
15:6,9 24:25
39:9 79:13
80:9 137:24

138:22 152:5
152:9,17
153:3,5,9
154:10,17,23
157:6 174:10
179:19,20
**initial (2)**
40:24 146:20
**initially (2)**
8:7 50:3
**injured (1)**
146:14
**injuries (5)**
15:18 50:14
120:8 137:10
140:18
**injury (15)**
14:21,23 15:3
15:14 16:8
29:15 106:6
133:13
139:22
140:19
142:19
145:18
149:16 150:7
179:24
**inquired (1)**
77:7
**inside (1)**
132:16
**insinuating (1)**
129:6
**insolvency's ...**
122:10
**inspect (1)**
126:15
**inspected (1)**
174:10
**inspecting (1)**
150:14
**inspection (4)**
131:11 150:5
151:5 173:22

**institution (3)**
11:7 90:21
91:14
**institutions (1)**
93:2
**instructions ...**
120:3
**insurance (11)**
137:20 138:2,7
138:13,20
139:3,7,12
150:8,19,25
**intellectual (1)**
85:19
**intention (1)**
5:16
**interest (4)**
17:6 158:5,11
159:3
**interested (1)**
181:18
**international...**
11:15 103:19
174:19
**internet (1)**
73:2
**interpret (1)**
9:22
**interpretatio...**
9:24
**interrogatori...**
51:5 80:11
**inventory (1)**
155:6
**investigate (1)**
149:18
**investigation...**
97:5 108:8
141:7
**investigator (...**
142:17
**investments (...**
79:18,20,21
85:17

**invoice (34)**
30:18,19,23,24
30:25 31:3,4
31:10,11 32:2
32:5 33:9
34:5 35:3,4,6
35:7,17,24
36:3 37:9,15
38:12 39:5,12
39:13 95:15
95:16 108:9
108:14,21
127:14
158:16 179:9
**invoices (1)**
35:14
**involved (16)**
29:15 30:2,14
94:17 98:12
99:18 101:13
102:14
103:14
107:13
110:23
124:22 134:9
137:12
140:18
161:21
**involvement ...**
28:3 29:21,23
59:5 97:22
109:24 110:2
125:9,12
151:14,22
152:2 175:20
175:25
176:11
**involves (2)**
29:14 147:5
**involving (3)**
120:7 133:13
139:22
**Irrelevant (1)**
107:20

**ISOJON (2)**
1:3 3:5
**issue (11)**
61:18 62:5
    143:5 145:3
    158:24
    159:10
    165:24 166:6
    167:8 168:11
    168:23
**issues (3)**
60:10 61:10
    64:6
**item (6)**
32:21 37:24
    105:3 127:12
    131:2 132:3
**items (15)**
32:4 37:8,18
    37:19 38:3,9
    48:7 79:16
    82:13 110:4
    131:7 132:12
    132:14 174:7
    174:14

**J**

**Jacobson (3)**
3:18 107:11,15
**job (3)**
24:5 46:23
    152:6
**jobs (1)**
16:13
**jurisdiction (2)**
69:7 107:3

**K**

**Karzinka (3)**
1:15 3:14
    162:14
**keep (6)**
9:11 22:20
    56:16 142:12

147:9 164:18
**keeping (1)**
84:14
**Kennedy (1)**
91:9
**KG32 (11)**
130:19 159:13
    159:23,25
    160:5,13
    161:6 162:16
    171:15
    174:15
    176:23
**KHUSENO...**
1:3 3:5
**kin (1)**
61:15
**kind (23)**
5:25 22:23
    23:14 25:19
    26:9 37:3
    41:13,16
    55:25 84:6
    91:5,23
    110:10
    114:17
    121:16
    135:19
    141:25 142:3
    148:25
    156:18
    157:18
    160:20 164:4
**kinds (1)**
155:12
**King (1)**
3:10
**knew (2)**
29:17 49:23
**know (186)**
5:13,22 6:25
    10:5 12:2
    14:3,6 15:10
    17:22 18:4

19:19 24:21
26:2,14 31:7
31:9,24 37:2
38:13,14 39:7
39:8,16,21
41:25 43:4,15
44:9,15,22
45:3,8,23,23
46:5,12,15,21
46:24 48:11
48:17 49:3,6
50:5,6 51:15
57:8 58:6,10
59:13 61:23
61:24 62:23
63:12,14,14
63:15,25
64:21 66:4
67:16 69:2,3
69:6,12,18
71:7 75:18
77:5,12,16,21
78:3 80:2
81:22 82:24
84:7,14 86:12
87:15,16 88:6
88:11,15,17
88:18 89:17
89:24 90:10
90:11 91:11
92:7 93:7
98:9,17,20
100:21
105:12,13,17
105:18 106:8
106:21 107:2
107:3,5,6
108:3 111:10
112:13
113:12,14,17
117:24 118:8
118:13,14,18
122:23
124:24

125:18,22,23
125:25
126:17,19,20
127:4 128:25
130:14,23
131:5 133:6,7
134:8,9
137:23 138:9
141:11,21,22
142:23,23
143:16 144:5
144:18
145:15,19
146:2 147:21
148:15,23,24
149:25
150:10,17
156:8 158:13
159:8 160:6
160:14,22,23
161:2,8,16,21
161:22
162:23 163:6
163:8,10
165:2,2,5
166:10,15
167:20 172:4
172:10,11
173:2,21
174:9 176:9
176:10
**knowledge (...**
5:17,20,24
6:21 7:5 28:6
28:12 29:25
30:9,11 38:5
50:10 70:5
79:25 85:22
104:3 109:19
119:24
122:11 123:7
126:9,24
128:11
139:15

148:21,23
159:5 168:19
**known (2)**
157:15 180:17
**knows (2)**
65:3 145:18

**L**

**L (4)**
4:2,2 7:13
    178:2
**L-U-Z-Q-U-I...**
94:24
**label (3)**
102:25 103:13
    131:4
**labeling (1)**
114:18
**labels (9)**
109:21 110:3
    132:8,16
    148:16
    160:12,24
    171:20 172:5
**labor (1)**
171:16
**lack (2)**
6:8 63:11
**large (3)**
31:21 111:14
    127:20
**larger (2)**
26:6 34:12
**laundry (1)**
48:6
**law (4)**
3:4 9:2 13:15
    107:13
**lawsuit (10)**
63:21 95:5
    101:13 105:4
    109:22
    124:17
    140:17

141:12
158:15,24
**lawsuits (2)**
105:10,14
**leadership (4)**
91:7,7,18 92:9
**lease (1)**
136:25
**leased (2)**
136:23 137:2
**leaving (1)**
141:24
**lee (1)**
146:5
**left (3)**
34:19,21
130:15
**legitimate (1)**
104:20
**let's (6)**
60:24 61:3
68:13 80:4
82:21 151:9
**letter (1)**
169:6
**letters (1)**
20:20
**level (2)**
10:25 152:2
**lever (1)**
171:5
**liability (2)**
17:10 41:15
**licensed (2)**
125:23 159:6
**life (1)**
60:13
**light (1)**
80:16
**lighting (1)**
160:16
**limit (1)**
49:18
**limitation (1)**

23:10
**limited (2)**
17:10 41:15
**line (5)**
50:5 60:16
165:23,24
182:7
**link (2)**
42:20 171:14
**links (2)**
21:22 78:6
**list (2)**
48:7 66:17
**listed (2)**
37:8 104:14
**listening (1)**
142:12
**literally (1)**
20:20
**litigation (11)**
80:14 84:15,18
99:18,22
113:25
122:17 127:9
134:22 136:6
136:7
**little (9)**
12:3 32:7
33:12,24
34:13 65:21
72:7 84:13
151:17
**LLC (2)**
120:18 152:7
**LLP (1)**
3:8
**locate (3)**
14:16 30:19
96:10
**located (5)**
19:17 121:25
126:18,20
135:23
**location (5)**

19:18 72:17
135:12,14
167:8
**logo (4)**
114:25 115:4,6
115:9
**long (5)**
9:18 92:4,10
92:20 172:7
**longer (2)**
157:14 180:16
**look (6)**
14:15 34:3
47:7 142:18
149:18
165:25
**looked (3)**
47:3,4 160:15
**looking (1)**
152:20
**looks (2)**
34:19 43:7
**lot (3)**
39:25 145:14
147:23
**Lovets (1)**
120:18
**low (1)**
112:18
**lower (1)**
33:20
**lunch (1)**
78:20

---

**M**

**M-A-B-U-S (1)**
125:3
**M-U-Z-Q-U-... (1)**
157:20
**Mabus (10)**
125:3,5,12,14
126:3,8,11,23
126:25 127:8
**machine (22)**

51:16 114:18
115:2,4 131:3
143:15,21
151:5 159:20
161:5 162:18
162:21,23
164:4,9 168:6
169:7 172:16
173:9,22
174:3,4
**machines (20)**
104:4,12
115:23 119:6
119:7,10
148:16,20
149:19 150:6
150:15
160:21
167:17
168:14
169:19 171:9
172:6,8
174:15
175:17
**Madrid (2)**
11:4,6
**mail (1)**
81:21
**maintain (4)**
14:12 22:20
86:5 174:13
**maintained (...**
22:4,8 38:15
38:17,21
70:12 86:16
87:6,13,15
138:23 157:8
**maintaining ...**
22:12
**making (2)**
143:6 150:14
**managed (1)**
39:3
**manager (12)**

94:16 109:9
156:20,21,24
157:4,13,16
157:17,25
158:9 180:15
**manager's (1)**
94:22
**manner (13)**
9:8 17:8 19:20
25:16 29:7
35:15 38:4
42:19 57:7,13
83:22 171:22
175:17
**manual (10)**
33:4 115:8
119:15,17
128:2,15
130:14,16,20
179:8
**manuals (3)**
119:19,23
120:2
**manufacture... (1)**
115:21
**manufacture... (1)**
93:15 103:25
152:6,10,18
153:4 158:14
158:23
162:25 163:7
166:18
167:21
**March (2)**
134:3 181:21
**Marchinadi ... (1)**
134:12
**margin (1)**
113:15
**mark (2)**
82:21 156:20
**marked (4)**
33:4,9 127:14
127:25

February 14, 2022

[Page 197]

**market (11)**
30:4 79:23
93:18,19 94:2
94:5,17
103:20 117:5
151:15
156:23
**marketing (17)**
66:6,22 72:10
72:23 76:16
113:10
123:25 135:8
151:18 152:3
152:8 154:15
157:3,13
158:8 176:17
180:15
**marking (1)**
157:25
**marriage (1)**
181:17
**Martin (1)**
116:7
**match (1)**
131:15
**matching (1)**
131:16
**material (1)**
172:12
**materials (1)**
152:3
**Matt (2)**
3:18 107:11
**matter (5)**
137:7 141:9
162:15
175:22
181:19
**matters (1)**
6:16
**MBA (3)**
11:3,17,21
**mean (33)**
21:7 23:4 47:3

53:25 59:14
66:6 73:19
75:16,17
79:19 84:11
87:8 89:7,24
90:11 94:9
98:4,20 115:6
125:6 142:9
145:22
146:23
152:24 155:8
156:2 159:23
159:24
163:18
164:16 167:6
172:24
173:11
**meaning (6)**
27:11 76:15
125:20 149:8
151:23
171:22
**means (7)**
21:17 52:21
53:16 96:20
114:24 135:5
148:25
**measures (2)**
154:15 176:22
**meat (78)**
15:15,19 28:3
28:5,6,13,20
28:23 29:2,2
29:15,24 30:4
30:6,14 31:17
32:3,6 49:24
60:21 63:21
93:12,15 95:4
95:10,11 96:9
96:11 97:25
98:5,6,10,10
99:16,20,24
100:6,16
101:11,14,15

102:15,23
103:12 105:3
110:4,6
124:10
133:18
137:10,13
144:24 145:2
145:2,4 146:9
147:12 148:2
148:4,6,13
149:10,14,17
150:7 151:16
158:14,24
159:10
161:10
162:16
164:16,24
165:19 166:8
169:19
173:14
176:22
**mechanism (1)**
174:25
**media (1)**
154:18
**medication (1)**
8:11
**meet (6)**
42:21 43:3
44:24 68:21
68:25 69:20
**meeting (5)**
44:14 45:24
46:4,14 47:23
**meetings (16)**
19:2 24:15
26:21 42:25
44:3,25 45:5
45:17,22,25
46:8,22 48:2
48:14 69:13
127:2
**member (15)**
19:5,8,9 67:11

68:2,6,20
69:19 70:8
71:25 77:13
96:6 126:7
157:23
158:10
**members (37)**
18:5 25:8,15
25:21 39:17
42:10,11,16
42:18 43:18
43:24 44:5,8
44:11,18,25
45:12 46:10
55:10,20
56:17 58:15
67:15 68:8
69:20 71:2
77:10,17,17
77:21,24,25
78:7,12 158:3
179:25 180:4
**memory (8)**
11:18 13:19
42:7 60:6
77:3 101:9
135:10
145:22
**mentioned (6)**
50:3 86:18,24
94:10 151:8
158:22
**merge (2)**
121:10 124:2
**merged (3)**
121:8 123:16
137:3
**met (6)**
20:25 42:24
44:4,10 45:11
45:18
**metal (3)**
163:5 164:6
165:7

**meter (1)**
173:14
**Mexican (1)**
125:16
**Mexico (7)**
10:24 12:12
95:8,9,14
126:17,20
**Miller (1)**
116:8
**minutes (19)**
45:21 46:6,7
46:16,18,23
46:24 47:3,5
47:6,10,18
48:3,6,14,20
49:4,10 78:24
**mischaracter...**
60:19 71:12
**misstate (1)**
117:13
**misstatement...**
59:23
**misstatement...**
61:22
**misstating (2)**
56:20 57:15
**mistaken (3)**
9:23 16:25
152:16
**misundersta...**
100:3
**misused (1)**
166:19
**model (5)**
101:13 130:18
132:23
159:12 174:8
**models (2)**
130:16 131:17
**monetary (2)**
52:21 158:11
**money (9)**
75:13 76:3,13

76:17,23
79:10 111:15
111:22,24
**monies (1)**
75:7
**Monterrey (3)**
10:24 11:24
12:7
**month (6)**
21:11 112:12
112:12,13,14
112:21
**monthly (4)**
43:2 111:20
112:9,18
**move (8)**
33:15 52:5
60:25 61:19
61:20 64:23
68:14 145:24
**moving (2)**
63:19 132:17
**multiple (1)**
24:10
**multitude (1)**
141:21
**mute (1)**
154:21
**Muzquiz (2)**
157:20,21

**N**

**N (4)**
3:2 4:2 178:2
179:13
**name (33)**
7:19,25 11:6
19:11 34:23
36:7 38:11
39:4,11 66:12
89:22 94:22
97:18 108:25
115:23 116:7
120:10,20

121:13,13
123:9 128:6
134:11
139:16
148:15,18
157:5,12
162:12
171:24 176:3
176:21
180:15
**named (4)**
6:11 16:14
25:25 124:18
**names (19)**
14:3 16:5 18:4
25:7 42:11,16
46:19 47:25
78:4 89:23
105:8 120:8
134:9 148:20
148:23,24
179:21,25
180:4
**narrow (1)**
142:13
**narrowing (1)**
143:25
**NASSAU (1)**
181:6
**nation (2)**
170:20,21
**natural (1)**
166:18
**naturally (1)**
82:20
**nature (9)**
20:10 72:11
76:16 79:23
79:24 95:20
114:19
125:21
151:25
**necessarily (1)**
26:2

**necessary (2)**
9:8 182:5
**need (12)**
9:17 34:7
50:17 63:18
93:18,19,19
98:23 99:9
154:4 165:21
167:17
**needed (1)**
163:21
**needs (2)**
85:9 165:25
**negotiations ...**
92:5
**net (2)**
75:24 76:3
**never (15)**
27:7 28:4,25
30:6,7,9 50:2
59:9 62:20
63:7 80:17
140:9 143:25
164:2 177:2
**New (10)**
1:2 2:11 3:6,10
3:15 7:15
120:14 133:3
181:4,9
**nice (2)**
152:10,20
**nine (2)**
47:14,14
**nods (1)**
9:11
**noise (1)**
154:12
**non-compen...**
58:16
**nonprofit (1)**
41:15
**North (1)**
13:11
**Notary (5)**

2:10 7:15
178:24 181:8
182:25
**notation (1)**
46:2
**note (1)**
25:11
**noted (4)**
48:2,5 129:10
168:12
**notes (1)**
47:21
**notice (24)**
5:3 6:8,10 7:3
62:18 63:11
64:11 80:22
80:24 81:7,13
82:4,10 83:5
83:11,12 84:2
84:2,4,4,6,10
84:21 85:8
**notification (1)**
150:6
**Notificias (2)**
11:8,11
**notified (5)**
29:11 30:13
108:5 146:14
149:15
**notify (1)**
35:15
**NRC (1)**
104:17
**number (8)**
49:12 112:15
113:13 122:8
128:14 129:9
133:4 179:7
**numbers (1)**
159:12

**O**

**O (4)**
4:2 7:13,13

178:2
**O'Callaghan...**
3:13 162:13
**O'CONNOR...**
3:8
**Oak (1)**
13:11
**oath (4)**
4:16 8:24
105:15 106:6
**object (2)**
71:21 76:6
**objecting (6)**
50:20,21,24
65:16 145:10
145:13
**objection (108)**
12:21 16:3,12
23:3 25:11
28:8 39:6,14
39:20,24
44:20 45:7
48:9,15,24
49:13 52:5,24
53:17 54:13
56:3 57:14
58:25 59:21
59:22,25 60:7
65:11 67:17
67:19,24
68:23 69:15
70:14 71:3,11
72:4 73:25
74:6,12 75:3
75:11 76:10
76:20 77:19
85:20,21,24
86:6,21 87:23
88:25 89:4
90:8,17 93:4
95:6 96:15
98:3,15 99:15
100:2,10,18
101:4,24

102:17 103:2
103:16
106:17
107:19
108:11,12
110:13 111:8
111:17
113:18,23
114:2 117:22
118:4 122:18
127:6,10
134:19,20,22
135:25 136:3
136:4,8
137:16
140:21,23
141:14 142:8
142:21
143:11
144:13,25
145:7 153:20
169:10
174:17
175:18 176:5
176:24 177:4
**objections (9)**
4:10 6:7 16:11
61:4 63:10
64:2 98:18
122:14 143:6
**observed (4)**
167:18 168:17
169:25 170:9
**observing (2)**
107:15 159:21
**obstructing (1)**
62:3
**obstructive (1)**
61:17
**obvious (4)**
50:7 64:12
142:11
161:13
**obviously (7)**

6:23 20:6
83:17 129:2
167:14 174:6
175:21
**occasions (4)**
13:18 21:3,11
106:7
**occur (3)**
167:16 170:10
171:8
**occurred (3)**
115:17 168:13
174:6
**occurrence (3)**
58:20 59:10,15
**off-the-recor...**
40:14
**offer (2)**
58:11 103:4
**office (4)**
3:4 19:18
40:22 109:17
**officer (3)**
4:15 51:4,11
**offices (4)**
109:17 121:24
125:20
128:22
**official (1)**
45:5
**offs (1)**
161:5
**Oh (1)**
132:19
**okay (23)**
6:22 10:2,13
32:15 33:22
34:11 36:13
37:12 79:16
91:17 100:5
100:10,14
107:23 113:5
117:14
145:21 146:4

152:21 163:4
165:5,9
175:12
**old (1)**
146:24
**once (7)**
21:13 26:22
30:13 35:16
44:6 108:4
141:12
**ones (7)**
56:17 72:14,20
78:4 98:12
132:24
173:11
**ongoing (3)**
106:12,24
133:6
**online (2)**
90:25 91:21
**open (10)**
105:18 106:20
115:18
116:13
131:19,23,24
141:24 142:4
142:13
**opened (1)**
119:25
**opening (1)**
164:19
**operate (2)**
121:9 169:18
**operating (1)**
86:25
**operation (3)**
162:18,20
172:16
**operations (1)**
122:9
**opportunity ...**
65:14 145:9
**orally (1)**
19:2

**order (8)**
2:8 5:8 6:19
64:21 114:8
131:14
132:23,23
**ordered (3)**
131:12 132:3
132:13
**orders (4)**
27:12 97:10,11
117:16
**ORLANDO ...**
3:8
**outcome (1)**
181:18
**outcomes (1)**
105:13
**outset (1)**
140:25
**outside (8)**
33:19 107:21
107:24
149:22 151:6
166:21 168:3
168:16
**outsourced (2)**
101:22 103:10
**oversee (1)**
155:4
**Ovington (1)**
3:14
**owe (1)**
35:15
**owned (12)**
17:13,14,17,19
17:21 76:25
116:4,14
125:2 128:9
128:11 138:5
**owner (2)**
17:22 77:8
**owners (3)**
56:8 75:2
128:2

**ownership (8)**
17:5 36:25
53:5 73:23
85:18 158:5
158:11 159:2
**owns (5)**
77:5 124:24,25
153:6,22
**Oxygen (1)**
52:4

---

**P**

**P (3)**
3:2,2 4:2
**P.C (1)**
3:4
**P.M (1)**
177:11
**package (1)**
115:20
**packing (1)**
132:8
**page (9)**
127:20 128:14
128:14
130:17 134:2
179:6,15,20
182:7
**pages (1)**
130:15
**paid (3)**
110:12 111:20
155:6
**paper (5)**
20:20 47:4,7
87:9 128:5
**papers (6)**
70:7,13,18
71:9,17 180:6
**Para (4)**
36:14,20 39:19
158:18
**part (15)**
31:20 34:7,9

February 14, 2022

[Page 200]

34:17 46:13
73:5 86:19
88:20 91:24
103:4 162:22
163:21
167:24
171:25 175:4
**partial (1)**
12:5
**particular (2)**
38:24 173:18
**particularity...**
6:16
**particularly ...**
117:6
**parties (7)**
2:8 4:6 5:2,4
127:9 154:8
181:16
**partnership ...**
6:13 88:19
**parts (4)**
97:14 162:19
162:21
171:16
**party (3)**
6:11 152:15
166:23
**passed (1)**
22:17
**pay (1)**
155:7
**pays (1)**
53:20
**pedigree (1)**
154:23
**pending (1)**
9:19
**penny (1)**
112:23
**people (15)**
24:21 35:15,21
44:14,16
76:18 78:9

88:7 93:23
94:13 120:15
146:14
160:21
165:18
167:16
**people's (1)**
145:22
**percent (6)**
110:21 111:4
111:14
112:20
113:15 146:7
**percentage (2)**
111:6 131:25
**percentages (...**
110:18
**permanent (1)**
163:13
**permanently...**
169:22 172:25
173:20
**permission (1)**
166:3
**person (24)**
6:20 10:13
17:19 26:15
42:21,24 43:3
46:22 47:22
50:13 58:2
91:21,22
97:13 99:6
108:17,19
142:19
145:17
147:16
154:15
161:13 164:3
170:6
**personalizati...**
114:17
**personalized...**
114:20 115:5
**personally (3)**

29:3 30:20
125:6
**phone (4)**
19:25 129:9,14
129:21
**phonetic (12)**
11:9 74:11
85:19 108:22
116:8,12
120:10,15,18
134:4,13
146:25
**photograph (...**
166:14
**physical (1)**
19:17
**physically (3)**
46:13 91:2,3
**pictures (1)**
160:20
**piece (3)**
31:21 47:4
163:20
**place (9)**
92:2,22 97:10
97:11 115:6
118:7 131:14
171:12
178:11
**placed (3)**
49:5 62:17
117:17
**places (1)**
147:23
**Plaintiff (3)**
1:4,11 3:4
**Plaintiff's (7)**
33:3,5,10
127:13,15,25
179:4
**Plaintiffs (1)**
8:2
**plane (1)**
166:11

**please (38)**
7:19 10:20
19:22 22:14
23:4 24:2,3
28:10 34:13
37:11 39:25
40:12 45:10
58:18 60:25
69:22,24 72:6
72:7 73:8
74:14,20
78:15 85:7,11
102:8 119:9
127:22 135:4
139:5 141:15
141:18 143:3
144:8,15
151:17
153:13
172:18
**plenty (1)**
8:21
**plunger (3)**
164:10,11,14
**PO (1)**
131:16
**point (19)**
9:3 18:16 28:2
44:11 51:14
78:20 80:25
82:8,18 83:5
84:6,10 89:23
90:15 108:10
109:20
127:19
149:15
175:15
**poor (1)**
145:22
**Port (1)**
3:10
**portion (2)**
37:11 38:12
**portions (3)**

31:22 33:19
37:21
**portrayed (1)**
152:19
**position (14)**
17:2 23:8 27:3
50:2 53:22
54:2 62:2
83:9 109:7
123:21
126:14
146:20
157:22 158:9
**posses (1)**
169:7
**possibly (2)**
62:7 106:10
**Post (1)**
13:11
**PRAKHIN (1)**
3:4
**Pre-Covid (1)**
43:23
**pre-depositio...**
29:6
**predated (1)**
31:7
**prepare (1)**
62:22
**preprinted (1)**
130:21
**presence (1)**
109:23
**present (5)**
3:17 23:21
107:16
159:21
174:11
**presented (1)**
5:18
**presently (1)**
46:20
**preserve (3)**
85:7,8,12

February 14, 2022

[Page 201]

**preshow (1)**
94:19
**presidency (1)**
44:4
**president (86)**
17:3 18:2,24
23:8,16 24:8
24:9,13,18
26:12,18
28:24 29:20
34:25 40:4
41:9,12 42:6
43:22 46:9
47:13,19
48:18 49:9
50:10 51:6,19
51:21,22 52:2
52:10,23
53:14 54:2,18
54:22,25
55:14,19,24
56:7,11,14,19
57:2,12 58:4
58:16,22 59:3
60:12 61:8
67:5 70:17
71:23 73:13
74:10 75:9,15
86:19,25
88:10 89:18
89:25 93:10
96:3 104:22
113:16 118:9
118:17 119:2
121:2,15
122:20,21
123:24 126:7
126:14 141:2
146:2,21
147:4 150:3
154:25
174:16
175:16
**presidents (1)**

24:10
**press (1)**
161:14
**prevent (3)**
8:12 60:10
173:8
**previous (1)**
56:22
**previously (5)**
16:7 105:7
137:5 151:7
179:23
**prior (10)**
13:15 14:5,19
15:12 44:2
45:2,18 89:18
97:20 118:8
**private (1)**
6:12
**privately (2)**
17:13,17
**pro (1)**
53:9
**PRO-CUT (3)**
1:7 2:6 3:9
**probably (1)**
82:23
**problem (2)**
52:17 153:15
**problems (1)**
60:6
**procedure (5)**
2:9 5:5 132:4
168:5 169:5
**procedures (1)**
22:12
**proceed (1)**
64:9
**proceeding (2)**
5:23 182:4
**proceeds (1)**
25:17
**process (2)**
22:21 115:16

**Procut (14)**
37:23,24
116:17
129:16,22
130:6 132:5
138:3,4 140:7
151:16 153:7
156:22 159:4
**produced (5)**
5:6 6:18,20
63:9 105:9
**product (4)**
63:6,7 142:18
169:8
**production (3)**
28:20 29:21
80:12
**Productions ...**
120:18
**products (10)**
66:5 72:16
76:15 93:25
94:2 96:24
141:8,12
143:2 146:15
**profit (4)**
35:11 75:16,24
113:14
**profits (6)**
74:9,24 75:8
75:14,19
79:10
**program (2)**
91:23 94:4
**Prokraft (243)**
1:7,10 2:6 3:9
39:2,3,3,23
41:4,5,9,10
41:12,17,18
42:3,6,12,17
42:19 43:19
44:4,12 45:14
45:15 46:10
47:13 49:9,17

49:19,24 50:4
51:3,7,12,23
52:23 53:4,6
53:10,15,21
53:23 54:2,8
54:12,17,20
54:23,24 55:3
56:8,8,11,17
56:22,23,25
57:3,5,20,22
59:4 60:21
63:6,21 65:10
65:21,25 66:9
67:3,5,9,12
67:15 68:22
69:3,8,19
71:8,18 72:2
72:13,18,22
73:2,14,15,19
73:21,24 74:5
74:10,17,18
74:21 75:7,15
76:18,25 77:5
77:8,11,13
78:2,12 79:11
79:14,17
85:15,18,23
86:4 87:2,14
87:17,22 88:4
88:11,14,15
88:20,24
89:11,14,15
89:21,22 90:2
90:6,7 93:11
93:11 94:8,15
94:17 95:3,10
95:13,17,24
96:3,6,8,13
96:24 97:9,12
97:21 98:6,13
100:6 101:3,7
101:12
102:22,24
104:22

107:24
109:11,16,20
109:24 110:8
110:24 112:4
113:7,16,20
113:22 114:8
114:10,13,20
115:13 116:4
116:10,15
117:20,21
118:2,12,16
118:17,19,24
119:2 126:14
128:8,9,12
129:25 130:2
130:5 135:3
137:11,20
138:5,14
139:8 140:11
141:3,8,16
143:15,17,21
147:4,6,11
148:3,11
151:16 153:7
153:7,22
155:2,10,14
158:11
165:16
166:10,21,24
167:2 168:4
168:16 169:9
170:19
171:21,24
174:12 175:5
175:13,22,24
176:4,15,21
180:5,7,9,11
**Prokraft's (6)**
51:16 72:9
76:7 103:13
110:12
114:14
**pronouncing...**
134:13

proof (2)
35:22 166:13
proper (2)
104:20 132:16
properly (2)
134:13 153:2
property (1)
85:19
protocol (6)
149:18 168:6
169:3,6,12,14
protocols (1)
22:13
provide (25)
30:25 40:17
51:25 53:8,21
53:23,24 54:3
54:6,9,12,17
54:19 66:3,9
66:14,16 67:3
82:8,17,21
113:6 165:17
166:13 167:4
provided (13)
23:23 72:14,20
72:24 73:4
100:15
110:23 114:9
114:12
115:14 135:6
137:25
159:13
providers (1)
168:22
providing (2)
52:22 97:23
prude (1)
146:24
public (6)
2:10 6:11 7:15
178:24 181:8
182:25
publicly (1)
17:13

pull (1)
104:15
purchase (11)
35:17,22 38:8
74:4 96:11
97:10 117:18
117:19
165:19 166:8
166:13
purchased (2)
35:16 95:12
purchaser (1)
97:3
purchasing (3)
38:7 96:24
105:3
purpose (9)
38:16 48:14
81:12 83:11
83:20,25
84:21 119:4
164:13
purposely (2)
167:25 170:6
purposes (1)
84:20
pursuant (7)
2:8 5:3,7 6:8
6:19 62:18
64:21
push (1)
164:15
put (20)
10:21 15:24
16:15 25:13
64:10 67:23
80:4 81:3,5
84:3 87:24
94:2 101:18
115:9 118:7
122:14
130:13
152:10
153:10

169:14
putting (2)
16:10 96:23

## Q

quantity (2)
44:18 132:23
quarterly (3)
24:15 26:21
43:2
question (97)
4:10 9:4,5,7,9
9:16,19 10:8
10:9 18:11
28:10 29:22
31:13 35:9
38:19 40:12
41:3 43:14,16
45:9 50:23,25
51:7,9 52:8
52:13,15
53:12 54:5
55:6 56:5
58:13,17
59:11,22,23
60:5,22 65:13
65:15 68:8,9
68:15 69:21
70:2 72:7
73:10 74:14
75:6 77:23
80:4 88:22
90:12 93:21
96:18 97:2
98:24 99:3,5
99:10,13,20
100:8,14
102:7,11
103:7 106:4
114:4 117:3
118:21 129:4
129:8 133:20
139:6 140:22
141:15

142:22,25
143:23 144:5
144:6,7,11,14
145:11
146:25 148:8
153:12,17
154:10
155:16
172:17,22
173:7 175:7
176:25
questioning (2)
68:19 107:16
questions (36)
8:4,6,8,13,16
8:20,22 10:4
12:17 28:17
29:5 33:22
41:14 49:16
49:19,20
60:17,20
61:18 62:4,23
63:3,7,18,20
64:13 67:18
102:18
122:15 127:6
134:20 136:4
143:13,19
162:16
165:13
quite (2)
82:20 146:12

## R

R (6)
3:2 4:2 7:13,13
178:2 181:2
R-E-Y (2)
120:21 122:25
rail (1)
168:17
raise (1)
62:6
raises (1)

61:9
RAOES (1)
149:5
rare (1)
167:7
re-ask (2)
86:23 172:17
re-asking (1)
9:6
read (30)
34:10 36:6,13
37:10,15,19
37:21,23
43:14,17 47:5
47:9,18 49:10
59:12 69:23
70:2,6 73:10
99:13 102:11
103:7 120:2
128:4 129:12
130:18
144:11
153:12,17
172:22
reads (1)
37:25
ready (1)
115:15
Real (1)
154:10
really (4)
79:10 146:24
159:13
161:25
reason (7)
8:15 54:11
62:16 118:17
141:20 166:5
182:7
reasonable (1)
6:15
recall (10)
31:3,5 44:10
49:3,7,7 61:6

93:2 137:6
149:14
**recalling (2)**
15:9 60:11
**receive (15)**
5:11 26:19
52:20 53:3,13
55:18 57:21
81:8,9 82:4,9
82:17 95:3
113:15 126:2
**received (12)**
28:18 32:3
61:4 83:10
104:13 112:6
132:7,13,24
154:8,14
180:13
**receiving (1)**
131:14
**recess (4)**
43:11 79:2
114:5 151:12
**recite (1)**
47:16
**recollection (8)**
48:12 61:11
78:13 93:6
105:20
111:21
133:10 147:9
**recollects (1)**
65:4
**record (18)**
7:20 10:21
15:24 16:16
40:13 49:6
58:12 62:18
64:4,25 67:24
68:3 80:5
87:19 133:3
140:10
153:24
181:13

**recordkeepi...**
35:20
**records (4)**
14:16 15:8
25:3 157:7
**red (1)**
61:9
**REDD (1)**
3:8
**reduce (7)**
15:25 25:6
42:15 71:15
87:19 112:2
115:18
**reduced (1)**
8:22
**reducing (1)**
16:3
**refer (1)**
18:15
**referred (9)**
43:16 69:25
73:9 99:12
102:10 103:6
144:10
153:16
172:21
**referring (4)**
23:6 43:18
108:16
115:25
**Refrigeracio...**
36:15,21 39:19
**refrigeration...**
12:25 13:8,10
16:21 17:4,6
17:16 18:10
18:14,21
20:24 24:7,11
25:9 26:3,13
27:19,20,22
28:4,25 29:19
30:5 31:14,18
36:3,23 37:5

37:6 38:4
40:5,11 41:2
51:10,22 53:3
53:19,21
54:16,19
55:15 56:9,15
59:4 63:4,5
66:3,15 72:17
87:16 109:6
123:2,6,8,17
124:3,25
125:2 127:7
128:22
129:18 130:8
132:11
134:18 135:3
135:13
136:21,24
137:4 138:6
138:19
139:13 141:3
146:21
147:25
151:22 153:6
153:21,22
154:16
155:22
156:12,19
158:5 159:3
165:17
171:22,23
174:13 175:5
175:14 176:2
176:13,20
180:3
**Refrigeratio...**
66:2
**regard (4)**
104:25 114:18
124:16
144:23
**regarding (8)**
15:10 22:24
28:20 62:18

122:15 127:7
164:23
168:24
**regardless (4)**
57:10 83:7
100:17
101:12
**regards (16)**
5:21 8:5,8 16:7
28:13 29:5,23
30:3 39:11
69:13 71:2
105:10
117:18
138:19
139:12
179:23
**regular (17)**
14:12 19:10
21:6,11 22:4
22:9 38:15,21
46:12 55:12
59:10,14
70:12 86:17
87:6 138:23
157:8
**regularly (2)**
19:4,6
**reiterate (2)**
132:6 136:3
**related (4)**
110:5 134:21
136:4 181:16
**relating (1)**
134:21
**relation (1)**
80:13
**relationship ...**
36:25 39:18
40:20 65:10
65:18
**release (1)**
95:19
**relevance (1)**

25:12
**relevant (2)**
63:20 82:20
**remember (39)**
14:25 15:2,5
15:20 47:14
47:24 60:3
61:15 62:24
65:5,6 78:3
85:16 89:13
106:23 107:7
119:3 120:8
122:5,7
124:15,21
133:8 134:2,6
134:7 137:11
139:16,20
140:2,24
141:5,6,23
142:16 157:5
160:2,18,19
**remote (2)**
20:7,8
**removable (5)**
163:16,17,18
164:25
169:24
**remove (2)**
163:23 170:3
**removed (6)**
163:15 169:20
171:4,12
173:3,10
**render (1)**
166:24
**rendered (1)**
111:2
**repair (2)**
167:17 168:15
**repeat (13)**
18:11 41:8
55:6 56:21
58:18 69:21
73:6 74:19

76:22 99:10
102:7 103:3
133:19
**rephrase (2)**
35:5 45:9
**report (3)**
55:15 168:10
168:25
**reporter (15)**
10:11 33:7
43:17 70:3
73:11 79:4
99:14 102:12
103:8 127:17
144:12
153:18 162:3
172:23
179:11
**reports (1)**
168:9
**represent (2)**
8:2 162:13
**representati...**
19:3,7 129:15
**represented (...**
111:4
**representing ...**
107:9 112:19
**request (4)**
16:5 110:17
115:5 157:12
**requested (2)**
105:8 179:19
**require (1)**
139:8
**required (2)**
68:21 110:11
**requirement...**
70:7 104:8
**requires (1)**
139:3
**research (1)**
14:9
**resell (1)**

102:24
**resells (2)**
96:25 98:13
**reserve (2)**
7:4,9
**reserved (1)**
4:11
**resident (1)**
12:9
**residential (1)**
26:5
**resolved (1)**
133:6
**resource (1)**
11:15
**respective (2)**
2:7 4:5
**respond (7)**
6:2 7:7 16:11
25:14 71:21
98:19 156:12
**responds (1)**
9:15
**response (6)**
6:24 9:15 51:2
142:2,4 149:3
**responses (2)**
9:11 57:19
**responsibiliti...**
154:25
**responsibilit...**
103:23
**restaurants (1)**
27:22
**restrict (1)**
83:23
**restrictive (1)**
84:13
**result (7)**
15:15,18 89:16
106:15,15
137:10
149:16
**retails (1)**

93:24
**retained (1)**
179:11
**review (8)**
30:15 104:19
119:23
131:20 141:7
141:12 151:4
166:17
**reviewed (4)**
46:18 48:20
95:15 182:3
**Rey (62)**
24:7 59:4
120:20 121:2
121:6 122:15
122:20,25
123:7,10,17
124:3,12,25
125:2 127:7
128:22
129:18 130:7
134:11,12,18
135:3,12
136:11,21,24
137:4 138:6
138:19
139:12
140:12 141:3
141:9 146:21
147:24 148:5
148:11,20
149:5 151:21
153:6,21
154:16
155:17,20,21
156:11,19
158:5 159:3
165:16
171:21,23
174:12 175:5
175:14,20,24
176:2,13,19
**right (31)**

7:4,8 14:10
32:13,25 33:3
36:6,9 38:20
68:13 74:4
81:4,15 83:4
88:13 95:23
100:7 102:19
116:3 128:7
129:11
130:17 132:3
151:11
155:11,22,25
164:7 168:13
170:8 173:24
**rights (2)**
7:10 85:18
**Road (1)**
13:11
**Rosary (1)**
120:15
**rose (1)**
149:4
**round (1)**
67:20
**rule (5)**
6:8,9 46:15
62:19 80:17
**ruled (1)**
174:25
**rules (10)**
2:9 5:4 22:11
46:22 61:23
63:12,14,15
63:25 69:12
**run (4)**
116:18,20
130:7 151:21
**running (1)**
75:20

---

**S**

**S (6)**
3:2 4:2,2 7:13
88:15 179:2

**S.A (1)**
36:21
**safe (2)**
149:20 150:15
**safest (1)**
164:17
**safety (8)**
104:25 162:24
163:4,24
164:25
174:14
175:17
176:22
**salary (1)**
53:20
**sales (16)**
27:24 30:4
66:24 72:10
73:3 94:16,22
112:19,21
113:10 135:8
156:21
157:16,17
158:9 176:15
**salesman (1)**
157:22
**salespeople (1)**
66:7
**sampling (2)**
131:22 132:12
**San (1)**
134:12
**sanitary (1)**
164:21
**saw (1)**
170:5
**saying (13)**
6:2 7:2 47:11
56:16 81:18
81:18 82:9
120:13
143:18,20
152:16
153:14

158:23
**says (9)**
9:12 26:3 34:9
36:11,14
37:13 61:6
153:25 182:3
**scales (3)**
27:24 37:6
123:20
**schedule (2)**
70:4 82:13
**scheduled (1)**
45:16
**school (2)**
91:9,12
**schooling (1)**
11:19
**screen (3)**
32:25 128:3
139:17
**sealed (1)**
115:15
**sealing (1)**
4:6
**search (3)**
22:15 108:13
108:20
**searched (2)**
30:17,22
**searching (1)**
108:9
**secaution (1)**
74:11
**second (11)**
24:4 32:17
41:3 55:5
81:5 91:14
98:19 120:21
133:25 143:7
143:9
**sections (2)**
112:5 180:12
**see (33)**
6:23 7:2 20:13

33:8,11,12
34:14,21 36:7
37:12,14
76:12 81:20
83:2 84:12
94:4,19
101:18
105:21
122:12
127:21 128:2
128:13
129:11
130:15,17
166:17 168:4
169:4,14
170:2,12
175:2
**seeing (1)**
62:11
**seek (1)**
98:25
**seen (20)**
28:22 46:7,19
46:24 47:2,6
47:21,25
78:10,10
80:19 88:2
89:3,9 101:11
109:24 120:4
168:2,14
171:4
**sell (5)**
31:16,23 35:11
103:13
116:24
**selling (1)**
141:8
**sells (1)**
98:13
**send (6)**
5:13 32:21
35:14 80:22
83:14 169:6
**sending (2)**

81:12 83:13
**sends (1)**
35:25
**sense (4)**
80:15 129:5
149:9 173:3
**sensory (2)**
69:5 70:21
**sent (10)**
76:18 81:15,17
81:21 83:3,8
83:17 126:13
153:8 166:9
**separate (3)**
49:15,20
113:21
**separately (1)**
163:19
**separating (1)**
176:10
**September (2)**
124:16 133:9
**Sequeas (1)**
134:12
**serial (1)**
115:7
**serious (2)**
50:14,15
**serve (3)**
41:9 59:3
135:13
**served (7)**
5:3 62:20
80:13,17,19
80:23 84:24
**serves (5)**
11:18 13:19
42:7 83:25
135:10
**service (33)**
52:22 53:23
54:9,16,19
56:9,24 57:10
65:20,22,24

82:12 86:15
86:18 87:2,5
87:11,21 88:3
110:9,16,20
112:20 113:7
129:15
134:17,25
166:12,25
167:4,7
168:21 180:8
**serviced (1)**
168:15
**services (20)**
23:23 40:18
51:25 52:10
53:9,21,25
54:3,7,12,18
66:3,6,15,17
67:2 97:23
100:15 111:2
150:5
**servicing (1)**
27:25
**set (3)**
70:4 181:12,21
**settled (4)**
105:19 106:12
106:22
139:25
**share (7)**
32:19,20 33:2
40:22 109:11
109:14
127:12
**shared (2)**
109:17 113:21
**shareholder ...**
126:7 157:23
158:10
**shareholders...**
75:2 158:4
**shares (1)**
74:5
**SHEET (1)**

182:1
**shell (5)**
57:6 90:7,10
93:3,7
**shift (2)**
33:15 116:7
**ship (1)**
115:15
**shipment (1)**
66:4
**shipped (1)**
131:10
**short (6)**
43:11 64:22
79:2 92:11
114:5 151:12
**show (6)**
170:11,14,16
170:17,17,22
**showing (2)**
82:10 127:24
**shows (4)**
95:15 130:14
170:19,25
**shut (1)**
161:5
**side (3)**
33:21 154:15
161:22
**sides (1)**
67:7
**sign (5)**
66:7 88:7
118:9,12
139:10
**signator (3)**
95:18 111:11
111:12
**signators (2)**
88:7 118:2
**signature (3)**
139:4,9 182:21
**signed (6)**
4:14,16 65:25

88:9,11 119:4
**significance (...**
9:22 82:7,11
82:15
**significant (1)**
64:6
**signs (6)**
118:18,23
160:4,6,9,12
**similar (6)**
102:13 124:18
134:25 135:5
155:17,19
**simple (1)**
161:12
**single (1)**
111:19
**sir (4)**
10:14 79:8
102:19
175:10
**sit (2)**
8:10 28:7
**site (6)**
116:13,17
129:24
151:21
153:10
155:24
**sits (1)**
76:24
**sitting (3)**
12:14 76:24
77:2
**situated (1)**
12:14
**six (2)**
77:3 92:21
**size (3)**
160:11,14,23
**sizes (1)**
161:18
**slicer (1)**
37:23

**slicers (2)**
38:7 121:7
**small (1)**
169:17
**smaller (1)**
115:19
**smooth (1)**
173:2
**social (1)**
45:12
**sold (23)**
28:5,23 29:2,2
30:6 38:25
39:2,22 94:18
115:20 117:7
121:7 131:9
132:7 137:14
137:18 147:4
149:5 163:19
164:24
167:11,24
174:22
**somebody (7)**
30:21 62:7
97:3,4 167:22
170:12 173:4
**sorry (9)**
21:14 35:5
36:10 53:12
64:19 73:5
101:6 132:19
161:3
**sort (1)**
127:21
**sounds (1)**
175:7
**source (2)**
110:6 151:6
**sourcing (1)**
97:5
**Spain (2)**
11:4,6
**speak (4)**
48:7 58:7 90:2

108:7
**speaking (6)**
61:3 63:25
65:15 98:18
143:11 145:7
**speaks (1)**
59:24
**special (1)**
168:10
**specific (36)**
22:11,21 23:9
23:12 28:9
31:9 40:12
43:20 44:7,17
46:6 49:11
50:21 75:17
79:16 91:11
92:7,10,17
94:3 99:17
111:10,21
112:15
113:12
123:23 124:4
126:19
133:11 134:6
154:18
159:23
160:14 161:9
161:18
169:12
**specifically (...**
6:9 11:7,13
14:17 27:18
31:11 93:11
98:7 112:4
114:23 140:9
141:16,17
168:24
180:11
**specifics (12)**
15:11,22 46:25
48:11 120:5
124:21
137:23

144:19
160:18
162:21
163:10 165:3
**specified (2)**
168:12 178:11
**specify (1)**
135:4
**spell (2)**
97:17 108:25
**spelled (1)**
13:3
**spent (1)**
111:23
**spoke (2)**
47:23 108:6
**SS (1)**
181:5
**staff (2)**
30:21 72:19
**stage (1)**
5:15
**Stamford (5)**
90:22 91:13,15
91:20 92:5
**stand (1)**
95:13
**standard (3)**
16:3 121:19
174:20
**standards (2)**
164:23 165:4
**standing (1)**
159:21
**start (4)**
63:19,19 91:4
111:4
**started (5)**
18:13 30:12
85:17 89:14
93:10
**starting (1)**
155:2
**state (12)**

2:11 7:15,19
9:5 23:13
69:7,11 107:6
107:17 133:3
181:4,9
**stated (18)**
16:19 18:13
38:25 47:10
47:22 49:25
64:17 71:22
83:7 84:22
86:3 93:9
105:6 106:5
111:12 120:6
134:5 151:20
**statement (6)**
62:17 81:3,5
84:3 116:19
175:7
**states (4)**
1:2 6:9 90:14
159:7
**stay (3)**
51:14,15
175:21
**stays (1)**
19:6
**step (1)**
69:3
**steps (5)**
150:13 151:2
174:13
175:14
176:17
**STIPULAT...**
4:4,9,13
**stock (7)**
73:23 79:23
163:3,9,22
164:19 165:6
**stop (2)**
132:17 168:25
**stopping (1)**
64:19

straight (1)
110:21
street (6)
3:5,10 7:23
122:3,6,7
strength (1)
172:11
strong (2)
164:5 170:13
structure (4)
17:9 41:16
88:19 121:12
structured (1)
70:24
study (2)
11:14 94:3
stuff (2)
46:16 94:20
subject (4)
95:5 105:4
122:17 136:5
subpoena (1)
6:10
Subscribed (2)
178:19 182:22
substance (1)
8:11
sued (1)
145:18
sufficient (2)
112:22,25
sufficiently (1)
7:7
Suffolk (1)
133:4
suit (1)
8:10
suite (5)
13:12 109:12
109:14,14
122:4
suits (1)
14:4
supervising (1)

62:11
supplied (1)
90:5
supplier (1)
36:22
supplies (1)
37:3
supply (1)
37:4
supposed (2)
162:4 172:7
supposedly (1)
174:2
Supreme (1)
133:3
sure (31)
6:5 28:17
32:23 33:16
37:16 50:16
64:11 68:4
71:5 83:14
85:3,11
104:19
106:12
120:14
131:12,25
132:12,22
140:2 144:22
145:13
149:19
150:14,23
153:13 154:2
155:5 158:20
175:6 176:12
switch (3)
161:7,12,20
switches (2)
161:9,16
sworn (12)
4:14,17 7:12
7:14 13:15,24
15:14 178:5
178:19
181:12 182:2

182:22
symbol (2)
34:20,24
system (2)
173:8,19
systems (1)
172:13

T

T (6)
4:2,2 178:2
179:2 181:2,2
T-O-R (2)
120:21 122:25
T-O-R-E-Y (1)
13:3
T-O-R-R-E-...
123:6
take (23)
9:17 10:12,16
32:10 46:19
69:2 71:20
78:14,19
81:25 83:18
91:5,17 92:2
92:22 139:17
150:13 151:2
151:9 168:6
171:25
172:14
175:14
taken (11)
2:7 43:12
45:21 79:3
90:13 104:24
114:6 151:13
168:17
176:17 182:4
takes (2)
46:23 58:3
talk (2)
42:22 94:19
talking (18)
23:7 25:24

34:17 39:23
90:24 93:24
98:6 99:16
100:6 102:2
103:4 115:12
131:3 133:17
140:6,6,7,8
task (2)
108:18,20
tax (2)
112:3 180:10
taxes (2)
85:23 155:8
Tech (3)
11:24 12:6,7
technical (1)
43:9
technician (7)
166:16,19,20
167:3,10,12
168:9
Techninoga (...
134:12
tell (28)
10:17 27:17
29:7 33:14,20
34:4 38:6
64:25 111:3
112:10
114:23
120:24 121:5
121:8 122:3
122:19
123:14
127:22 128:6
128:17,25
133:12,24
141:19 147:2
155:2 164:8
169:23
telling (2)
63:13 82:16
tenure (3)
24:5 30:8

47:19
term (4)
9:13 79:15
97:6 98:11
terms (15)
25:12 96:23
111:7 152:25
165:6
Terrain (1)
137:19
test (2)
65:4 170:5
testified (26)
7:16 13:22
14:4 16:7
71:24 105:7
105:15,24
106:3,6,9,13
106:20 120:7
137:8 140:12
140:15,20
141:22,23
142:20
147:13,19
148:5 176:8
179:23
testify (8)
8:25 39:11
62:3,8 64:24
65:2 146:5
178:5
testifying (4)
8:12 133:8
134:2 141:10
testimonies (3)
14:20 15:13
140:16
testimony (29)
8:23 10:12
13:15,25
15:14 40:3
57:15 58:7,9
59:24,24
60:19 62:12

February 14, 2022

[Page 208]

62:22 64:7,20
65:2 71:12
80:9 106:14
124:16
133:21
143:17
153:21 154:4
178:6,10
181:14 182:5
**testing (6)**
101:22,23
102:23
103:12,19
170:2
**Texas (9)**
7:24 12:16
13:12 69:11
69:14 70:9
122:2 135:24
136:16
**thank (8)**
16:9 34:2,14
34:15 161:25
165:10 177:7
177:10
**thanks (2)**
25:13 87:25
**thing (4)**
59:6 61:12
127:19 131:9
**things (29)**
8:9 16:15
20:10 23:15
33:16,17
35:11 50:17
61:2,21 62:24
66:7,10 67:23
72:11 76:16
94:23 95:19
115:8,9 131:4
142:10
145:15,25
151:24,25
152:22 153:2

156:4
**think (19)**
5:12 34:15
57:16,17 61:8
63:18 78:23
82:23 92:12
99:19,23
123:24
137:24
145:17
150:18
160:25
170:15 173:5
173:19
**third (5)**
67:20 76:23
106:2 132:7
166:23
**third-party (6)**
1:11,17 3:13
152:23
162:14
168:21
**THOMAS (1)**
3:15
**three (11)**
21:4 37:8,18
37:19 38:3
92:12 106:10
130:17
133:22
139:24
140:14
**thrown (1)**
40:2
**thumbs (1)**
156:5
**time (57)**
1:20 4:11 9:17
10:13 14:6,25
15:5,20 18:6
21:13 23:25
30:12 31:8,25
42:4,5,13

43:20 44:9,13
44:22 45:3
56:6 59:19
60:4 64:22
67:25 68:5
76:23 81:5
89:13,20,25
92:8 98:21
101:21
102:21
104:21
120:11
121:15 132:7
133:7 140:16
144:18
146:16,18
147:16
148:17
149:25
153:23 157:2
161:25 174:6
174:11,16
175:15
178:10
**times (13)**
13:20,21,24
15:17 21:5
45:18 68:10
69:18 106:9
129:2 140:13
140:13
146:13
**title (3)**
109:7 123:21
123:24
**today (18)**
5:6 8:5,10,17
13:16 14:5
18:8,20 28:7
29:10 50:16
51:13 64:20
85:13 105:16
107:10,16
162:2

**told (8)**
29:14 49:25
67:6 85:16
90:3 106:8
108:2 118:25
**Tom (3)**
82:3,4 162:12
**top (11)**
34:19,21 36:12
62:25 67:4
113:2 128:4,7
130:15,17
167:18
**top-left (1)**
38:12
**topic (1)**
23:12
**topics (5)**
62:21 80:24
82:24 84:8,14
**Tor (61)**
24:7 59:4
120:20 121:2
121:6 122:15
122:20,25
123:7,10,17
124:2,12,25
125:2 127:7
128:22
129:18 130:7
134:11,12,17
135:3,12
136:11,21,24
137:4 138:6
138:18
139:12
140:12 141:3
141:8 146:21
147:24 148:5
148:11,20
149:5 151:21
153:6,21
154:16
155:16,20,21

156:11,19
158:5 159:3
165:16
171:21,23
174:12
175:13,20,24
176:2,13,19
**Torey (151)**
12:25 13:3,6,7
13:10 16:20
17:3,6,16
18:10,14,15
18:20 20:24
23:17,25 24:5
24:11,18,23
25:9,17,20
26:9,12 27:11
27:18,20 28:2
28:4,25 29:19
29:22 30:2,5
31:10,14,18
31:20 34:20
34:23 35:3,7
35:24 36:2,5
36:11,19,23
37:4 38:6,8
38:11,16 39:4
39:12,18,23
39:25 40:4,9
40:10,25
46:10 49:9,17
50:5 51:10,21
53:3,19,20,22
54:15,18 55:9
55:10,14,20
56:2,9,15
57:3,7,12,23
63:4,5 65:10
65:20 66:2,2
66:11,15 67:3
67:6 70:17
72:15,17,20
72:24 73:4
74:11 77:11

77:22,25 78:4
78:12 87:3,13
87:16,21 88:3
88:10 90:5
94:25 95:2,11
97:21 104:22
107:18 109:4
109:5,11,18
110:2,5,12,23
112:3 113:7
113:11,16,20
113:22,24
114:10
115:14
116:22 123:5
123:18 125:8
126:22 127:3
135:11,15
137:2 175:5
180:3,9,10
**Torey's (1)**
39:11
**Tories (1)**
113:24
**Torrey (2)**
134:16,18
**Tory (3)**
114:12 116:18
132:10
**total (1)**
92:4
**touch (1)**
19:6
**Tracy (1)**
97:16
**Tracy's (1)**
97:17
**trade (3)**
170:11,14,19
**traded (2)**
17:13,15
**trademark (3)**
115:22 116:4
128:7

**transaction (1)**
39:13
**transcript (6)**
8:23 10:16
58:8 178:9,9
182:3
**transfer (1)**
154:7
**transferred (3)**
111:15 153:9
154:9
**transfers (2)**
112:5 180:12
**trend (5)**
94:5,7,7,11,12
**trial (1)**
4:11
**trick (1)**
8:20
**tried (2)**
164:2 170:12
**true (3)**
148:10 178:9
181:13
**trust (1)**
167:12
**truth (1)**
178:5
**truthfully (3)**
8:17 51:9
146:5
**try (5)**
8:19 83:21,22
167:13 170:6
**trying (1)**
80:7
**tubes (1)**
173:14
**turn (2)**
60:15 161:11
**twice (5)**
105:24 106:14
106:21 134:8
140:15

**two (21)**
23:2 24:20
48:19 49:20
51:19 61:4
92:8,12
102:18
105:23 106:9
120:21
122:25
123:11
133:23
134:11
140:13
146:13 149:8
149:13
176:10
**type (65)**
8:11 9:20,21
12:19 28:19
29:23 30:15
30:16 34:20
36:24 40:20
42:25 52:20
60:9 79:14,17
88:18 92:14
93:17,22 97:4
97:5,22 99:24
99:25 100:13
101:22
102:14
103:12
104:19,24
108:8 115:15
117:17
119:13,18,23
124:9 125:4
130:18,24
131:2,3,4,11
132:11
134:17 138:2
141:7,11
142:17
149:18 151:4
157:22 158:4

158:9 161:4
161:17 163:5
165:19 168:5
169:5,25
172:13
173:13
**typed (1)**
36:5
**types (10)**
93:18 97:24
98:5 102:15
103:15
116:25
155:23
169:18 171:5
171:8
**typo (1)**
152:25

---

**U**

**U (2)**
4:2 7:13
**U.S (10)**
12:8,9 86:13
90:18 103:20
117:8 125:15
125:21,24
129:21
**U.S.A (4)**
137:19 148:5
148:12 149:5
**ULNFF (1)**
104:15
**ultimate (1)**
89:16
**um (8)**
19:2 21:4
25:22 94:3
105:18
107:11 166:9
166:11
**umbrella (4)**
31:15,20,21
57:5

**unable (2)**
7:6 8:16
**unacceptable...**
62:13
**uncertain (2)**
9:4 143:10
**uncommon (1)**
147:7
**understand (...**
6:24 9:9 18:12
25:23 31:12
35:4,8 38:18
44:16 48:13
48:20 50:19
51:17 52:7
53:11 54:4
59:14 64:2
74:13 75:5,22
75:23 76:2
80:7 88:21
93:20 96:17
96:19 99:9
100:2 104:6
117:2 144:14
144:16
145:12,25
150:25
153:14
154:11
172:11
175:25 176:6
**understandi...**
8:13 81:17
109:13 113:6
116:16 149:2
**understands ...**
99:2 145:8
176:12
**understood (4)**
10:3 33:23
49:22 55:7
**Uniondale (1)**
3:15
**unit (3)**

7:23 26:5
167:11
**United (3)**
1:2 90:14
159:7
**units (3)**
37:5 103:20
132:21
**Universidad ...**
11:8,10
**university (8)**
11:3,5,19,24
12:6 90:22
91:16 92:14
**unsafe (1)**
174:25
**USA (3)**
120:21 121:2
122:15
**usage (1)**
168:6
**use (15)**
9:13 15:18
21:19,24 38:2
49:10 83:21
103:21
109:12
152:13,17
164:4,15
169:18
173:13
**user (5)**
119:17,19,23
120:2 130:16
**users (1)**
119:15
**usually (3)**
154:18 165:22
167:7

**V**

**V-A-L-V-E-...**
19:13
**vague (3)**

28:15 142:23
142:25
**Valverde (13)**
19:12,14,15,16
19:21 20:25
21:12 22:6,18
24:16 26:21
27:6 55:13
**variety (3)**
8:3 20:2,5
**VASQUEZ (...**
3:11 5:2 6:5
7:9 10:20
12:21 16:9,17
23:3 25:10
28:8,14 32:15
32:18,23 39:6
39:14,20,24
40:7 43:7
44:20 45:7
48:9,15,24
49:13 50:19
52:4,14,24
53:17 54:13
56:3 57:14
58:5,25 59:21
60:7,14 61:24
62:14 64:18
65:11,17
67:17 68:7,13
68:23 69:15
70:14 71:3,11
71:19 72:4
73:25 74:6,12
75:3,11 76:6
76:10,20
77:19 78:14
78:23 80:2
81:9,14,24
82:3,19 84:5
85:5,20,24
86:6,21 87:23
88:25 89:4
90:8,17 93:4

95:6 96:15
98:3,15,22
99:8,15 100:5
100:10,18,25
101:4,24
102:4,17
103:2,16
106:17
107:19
108:11
110:13 111:8
111:17
113:18,23
117:22 118:4
122:13 124:6
127:5 134:19
135:25
137:16 140:5
140:21
141:14 142:3
142:21
143:13,18
144:7,13,25
145:10 146:6
146:16
153:11,19
154:20 162:6
169:10
174:17
175:18 176:5
176:7,24
177:4
**venue (2)**
69:6 106:25
**verbal (1)**
9:11
**verbally (1)**
9:23
**verbatim (1)**
47:17
**verification (1)**
86:14
**verse (1)**
134:4

**version (1)**
155:9
**vibrant (1)**
161:17
**vice (2)**
123:24 126:7
**video (8)**
20:14 21:19,22
21:24 42:20
42:23 78:6
166:14
**visibility (1)**
73:3
**visible (2)**
161:13 172:8
**visit (2)**
126:10,15
**visually (1)**
101:18
**voices (1)**
68:11
**voted (1)**
48:23

**W**

**wait (1)**
55:5
**waiting (2)**
52:12 154:13
**waived (1)**
4:7
**waiving (2)**
6:7 63:10
**wanna (1)**
147:9
**want (53)**
6:6 9:5 10:2
18:18 26:8
27:4 28:11,17
29:6 33:14,16
33:21 34:12
40:2 49:8
50:8,16 64:8
68:2,4 71:19

78:19,22 79:5
93:25 94:13
96:9 99:10
102:20 108:3
112:16
117:14 120:9
124:23
127:20 129:5
129:6 136:2
140:14
142:10,12
144:22
145:24 146:4
150:23
153:13,19
154:2 157:14
162:4 175:6
176:11
180:17
**wanted (6)**
5:8 22:15 48:7
98:22 163:23
174:3
**warehouse (...**
66:4,10 90:4
113:8 114:9
114:12
115:12,13,16
119:11
128:19,21
131:6,10,13
131:18
132:14
135:12,13,21
135:22
136:11,13,17
136:20,22,23
136:25 137:3
137:5
**warehoused ...**
72:16
**warehouses (2)**
72:14 125:20
**warehousing...**

66:18 72:10
110:23 135:7
176:16
**warning (10)**
109:21 110:3
131:4 132:16
160:4,9,12,20
160:24 172:5
**warnings (3)**
110:3 130:25
160:17
**warranties (1)**
172:2
**warranty (6)**
165:21 166:7
171:14,14,18
171:24
**wasn't (6)**
26:16,17 81:18
118:20 148:3
174:11
**way (12)**
65:16 72:8
93:14 104:16
129:5 139:23
142:25
152:11,20
154:17
164:17
181:18
**ways (1)**
63:16
**we'll (19)**
6:22 16:11
25:6,13,14
28:16 32:21
33:2 40:20
42:15 58:11
68:2 69:2
71:15 78:21
87:19 91:4
111:4 141:25
**we're (36)**
10:15 16:4

25:5 32:22
39:23 49:4,16
51:12,16
52:12 60:20
60:23 62:10
63:4,6,10
64:12,18,23
66:17 71:16
71:20,21
84:25 86:10
87:20 93:23
113:23
115:12
122:23 142:5
143:4,14
144:21 145:3
157:11
**we've (3)**
67:18 68:9
105:7
**web (6)**
116:13,17
129:24
151:21
153:10
155:24
**website (15)**
104:15 116:10
116:11
129:22 130:3
130:6,7
151:20,24
152:4,13,18
154:9 156:6
156:14
**websites (1)**
109:10
**week (3)**
5:12 21:11,14
**Weekly (1)**
21:15
**weeks (2)**
92:8,21
**went (2)**

50:4 92:13
**west (2)**
86:11 117:11
**whatsoever (1)**
84:18
**wheel (1)**
49:11
**WHEREOF ...**
181:20
**whichever (1)**
140:19
**wholesaler (2)**
117:20 119:8
**wholesalers (2)**
93:24 169:19
**wholly (1)**
73:15
**willing (1)**
62:8
**window (1)**
112:18
**wire (1)**
103:21
**wish (1)**
162:2
**wishes (2)**
26:23 27:5
**Withdrawn (1)**
114:4
**witness (15)**
2:6 7:14 13:7
49:23 50:8
60:16 61:5
62:2,22 64:16
177:12
181:11,14,20
182:21
**witnesses (1)**
62:11
**Woods (11)**
2:10 10:11
32:13 43:13
73:7 103:5
139:19 144:9

172:19 181:8
181:25
**word (8)**
9:4 36:6 69:7
82:2 83:18
96:19 120:21
123:6
**wording (1)**
34:20
**words (6)**
10:5 12:5
120:21
122:25
123:11
134:11
**work (2)**
12:24,25
**worked (1)**
147:23
**working (11)**
27:10 30:12
97:20,22
101:7 102:21
146:23 149:9
176:3,14,20
**world (2)**
143:2 173:17
**write (1)**
95:23
**writing (11)**
16:2,4,10 25:7
25:14 42:15
71:16 87:19
87:25 110:17
112:2
**written (3)**
19:25 20:19
151:24
**wrong (1)**
166:15
**WWW.dotp...**
129:20

X

X (5)
1:3,9,18 179:2
179:13
**Xx-xx-xxxx (1)**
10:19

Y

**Y (1)**
108:23
**Y-A-L-E (1)**
122:7
**Yale (1)**
122:6
**yeah (17)**
7:11 9:13 20:5
25:13 36:13
43:5 52:12
65:24 78:17
84:11 91:11
96:21 97:2
98:11 100:23
153:15 154:7
**year (13)**
10:17 44:6
89:13 92:23
111:5,23
121:3 122:19
139:21 140:3
140:24 147:5
149:4
**yearly (1)**
43:2
**years (11)**
20:22,23 27:10
47:14,14 77:3
101:3,3,8
141:2 146:24
**Yep (1)**
119:12
**Yeraka (1)**
108:22
**Yo (1)**
157:16
**York (9)**

| | | | | |
|---|---|---|---|---|
| 1:2 2:11 3:6 | **zoom (3)** | **162 (1)** | **2020 (2)** | 180:7 |
| 3:10,15 7:15 | 2:10 20:3,9 | 179:17 | 124:16 137:9 | **77007 (1)** |
| 133:4 181:4,9 | | **165 (1)** | **2021 (3)** | 7:24 |
| **YURIY (1)** | **0** | 179:16 | 111:5 112:9 | **77055 (1)** |
| 3:4 | **0 (2)** | **17 (1)** | 134:3 | 13:12 |
| | 82:15,18 | 134:3 | **2022 (2)** | |
| **Z** | **02/14/2022 (1)** | **1883 (1)** | 1:19 181:21 | **8** |
| **zero (2)** | 182:4 | 3:5 | **21 (2)** | **832 (1)** |
| 82:11 84:7 | | **1990 (1)** | 137:9 146:23 | 129:10 |
| **Zohar (77)** | **1** | 91:19 | **242 (1)** | **86th (1)** |
| 3:6 5:10 6:22 | **1 (4)** | **1996 (1)** | 3:10 | 3:5 |
| 7:11,18 8:2 | 33:3,5,10 | 11:18 | **25 (1)** | **87 (1)** |
| 10:22 12:2 | 179:8 | | 180:3 | 180:9 |
| 15:23 16:12 | **10 (3)** | **2** | **2nd (1)** | |
| 16:18 25:5 | 44:19 101:8 | **2 (4)** | 181:21 | **9** |
| 28:11 32:9,16 | 141:2 | 127:13,15,25 | | **9 (1)** |
| 32:20 40:6,13 | **100 (3)** | 179:9 | **3** | 124:16 |
| 41:6 42:14 | 13:12 109:14 | **20 (8)** | **3:56 (1)** | **902 (1)** |
| 43:4,8,13 | 146:6 | 44:19 110:21 | 177:11 | 7:23 |
| 49:21 51:17 | **10573 (1)** | 111:3,14 | **30 (3)** | **93 (1)** |
| 57:17 61:2,25 | 3:10 | 112:19 | 6:9 62:19 | 13:11 |
| 63:24 65:12 | **11 (4)** | 113:15 | 80:17 | **98 (1)** |
| 67:22 69:23 | 20:22,23 27:10 | 178:20 | **33 (1)** | 91:19 |
| 71:15 73:7 | 101:3 | 182:23 | 179:8 | **99 (1)** |
| 74:16 78:17 | **11:09 (1)** | **20,000 (1)** | **333 (1)** | 91:19 |
| 81:2,11,16,25 | 1:20 | 113:3 | 3:14 | |
| 82:6 83:6 | **112 (1)** | **2001 (1)** | | |
| 84:19 86:23 | 180:14 | 92:6 | **4** | |
| 87:18 98:9,17 | **11214 (1)** | **2002 (2)** | **42 (1)** | |
| 99:2,19 100:8 | 3:6 | 92:3,6 | 180:5 | |
| 102:2,6,9 | **11553 (1)** | **2011 (5)** | | |
| 103:5 111:25 | 3:15 | 16:25 18:8,20 | **5** | |
| 114:3 141:19 | **12 (1)** | 23:20 122:22 | | |
| 142:9 143:4 | 130:15 | **2012 (7)** | **6** | |
| 143:16 144:4 | **127 (1)** | 42:8 43:22 | **6 (1)** | |
| 144:9 145:6 | 179:9 | 45:2 101:9 | 62:19 | |
| 145:12 151:9 | **14 (1)** | 121:4 122:22 | **60,000 (1)** | |
| 153:15 154:6 | 1:19 | 147:3 | 113:3 | |
| 157:11 | **15 (1)** | **2014 (1)** | **610126 (1)** | |
| 161:23 162:8 | 78:24 | 124:8 | 133:5 | |
| 165:12,15 | **157 (1)** | **2016 (2)** | | |
| 172:19 176:9 | 180:18 | 92:24 133:5 | **7** | |
| 177:2,7 | **16 (1)** | **2017 (1)** | **7 (1)** | |
| 179:16 | 179:24 | 92:24 | 179:16 | |
| | | | **71 (1)** | |

**CORRECTION SHEET**

STATE OF NEW YORK     )
                      )       Case: Khusenov v. Prokraft v Karzinka US
COUNTY OF             )


    **EDUARDO FLORES**, sworn, deposes and says: the following corrections are made to me Examination Before Trial testimony held on February 14, 2022.

**PAGE**   11          **LINE**   8          **REASON:** Typo
**SHOULD READ:** Universidad Pontificia
**PAGE**   11          **LINE**   15          **REASON:** Typo
**SHOULD READ:** International Business
**PAGE**   12          **LINE**   7          **REASON:** Typo
**SHOULD READ:** Tec de Monterrey
**PAGE**   12          **LINE**   25          **REASON:** Typo
**SHOULD READ:** TOR REY Refrigeration (Please make the change throughout the document since the same typographical error is displayed on several occasions. Every time that TOREY Refrigeration is mentioned should read TOR REY Refrigeration)
**PAGE**   13          **LINE**   3          **REASON:** Typo
**SHOULD READ:** T-O-R-R-E-Y
**PAGE**   13          **LINE**   7          **REASON:** Typo
**SHOULD READ:** TOR REY (Please make the change throughout the document since the same typographical error is displayed on several occasions. Every time that TOREY is mentioned should read TOR REY)
**PAGE**   13          **LINE**   11          **REASON:** Typo
**SHOULD READ:** 1293 North Post Oak Road
**PAGE**   19          **LINE**   12          **REASON:** Typo
**SHOULD READ:** Andres Valverde
**PAGE**   22          **LINE**   21          **REASON:** Typo
**SHOULD READ:** Inbox
**PAGE**   27          **LINE**   **7**          **REASON:** Typo
**SHOULD READ:** We never had that conversation so
**PAGE**   27          **LINE**   24          **REASON:** Incorrect Transcription
**SHOULD READ:** industry and also sales of electronic scales
**PAGE**   27          **LINE**   25          **REASON:** Incorrect Transcription
**SHOULD READ:** for the food service industry as well.


EDUARDO FLORES


Subscribed and sworn before me this _28_ day of _April_ 2022


NOTARY PUBLIC

VAN T PHAM
Notary ID #12308210
My Commission Expires
June 26, 2023

**CORRECTION SHEET**

STATE OF NEW YORK )
                  )      Case: Khusenov v. Prokraft v Karzinka US
COUNTY OF         )

      **EDUARDO FLORES**, sworn, deposes and says: the following corrections are made to me Examination Before Trial testimony held on February 14, 2022.

**PAGE**   37        **LINE**   23,24 and 25    **REASON:** Incorrect Transcription
**SHOULD READ:** apparently is a Pro Cut slicer and then the next item it's a Pro Cut grinder and then one more that reads Pro Cut grinder.
**PAGE**   66        **LINE**   7        **REASON:** Incorrect Transcription
**SHOULD READ:** assign salespeople. Things like that.
**PAGE**   67        **LINE**   13        **REASON:** Correction
**SHOULD READ:** Yes, I was until the end of 2016
**PAGE**   70        **LINE**   21        **REASON:** Incorrect Transcription
**SHOULD READ:** In what sense?
**PAGE**   66        **LINE**   7        **REASON:** Correction
**SHOULD READ:** Yes, I was until the end of 2016
**PAGE**   87        **LINE**   17        **REASON:** Incorrect Transcription
**SHOULD READ:** Pro Kraft has it as a company
**PAGE**   89        **LINE**   25        **REASON:** Incorrect Transcription
**SHOULD READ:** time I became president it has always been.
**PAGE**   91        **LINE**   25        **REASON:** Incorrect Transcription
**SHOULD READ:** Negotiations
**PAGE**   94        **LINE**   24        **REASON:** Incorrect Transcription
**SHOULD READ:** Carlos M-U-Z-Q-U-I-Z
**PAGE**   95        **LINE**   15,16,17        **REASON:** Incorrect Transcription
**SHOULD READ:** invoice that we reviewed shows it and the funds that covered that invoice came directly from Pro Kraft bank account
**PAGE**   103        **LINE**   18-25        **REASON:** Incorrect Transcription
**SHOULD READ:** No, I have not. There is international testing that has been done on the units so that can be sold in the U.S. market. They assess that we can sell the equipment and that complies with those certifications and the responsibility to carry those certifications relies on the manufacturer.
**PAGE**   104        **LINE**   15-17        **REASON:** Incorrect Transcription
**SHOULD READ:** that UL website and you can pull the certificate from there. The same way for NSF.

 

                                                     _____
                                                       EDUARDO FLORES

Subscribed and sworn before me this _28_ day of _April_ 2022

                          VAN T PHAM                 _____
                          Notary ID #12308210                 NOTARY PUBLIC
                          My Commission Expires
                          June 26, 2023

**CORRECTION SHEET**

STATE OF NEW YORK   )
                           )       Case: Khusenov v. Prokraft v Karzinka US
COUNTY OF          )

        **EDUARDO FLORES**, sworn, deposes and says: the following corrections are made to me Examination Before Trial testimony held on February 14, 2022.

**PAGE**   108       **LINE**   22         **REASON:** Incorrect Transcription
**SHOULD READ:** M-Y-R-N-A
**PAGE**   109       **LINE**   2          **REASON:** Correction
**SHOULD READ:** HERNANDEZ
**PAGE**   114       **LINE**   12         **REASON:** Typo
**SHOULD READ:** TOR REY
**PAGE**   115       **LINE**   7          **REASON:** Incorrect Transcription
**SHOULD READ:** the equipment. On the serial plate
**PAGE**   115       **LINE**   20-21     **REASON:** Incorrect Transcription
**SHOULD READ:** They are sold as they are packaged by the manufacturer.
**PAGE**   116       **LINE**   2          **REASON:** Incorrect Transcription
**SHOULD READ:** Pro Cut Brand
**PAGE**   116       **LINE**   12         **REASON:** Incorrect Transcription
**SHOULD READ:** The brand Pro Cut has
**PAGE**   116       **LINE**   14         **REASON:** Incorrect Transcription
**SHOULD READ:** The brand Pro Cut is owned by
**PAGE**   116       **LINE**   18         **REASON:** Incorrect Transcription
**SHOULD READ:** TOR REY
**PAGE**   125       **LINE**   3          **REASON:** Incorrect Transcription
**SHOULD READ:** by FEMSA EMPAQUES, F-E-M-S-A E-M-P-A-Q-U-E-S
**PAGE**   125       **LINE**   **5**         **REASON:** Incorrect Transcription
**SHOULD READ:** affiliation to FEMSA EMPAQUES (Please make the change throughout the document since the same transcription error is displayed on several occasions. Every time that Femsaf Mabus is mentioned should read FEMSA EMPAQUES)
**PAGE**   130       **LINE**   6          **REASON:** Incorrect Transcription
**SHOULD READ:** have a website only Pro Cut as a brand.
**PAGE**   137       **LINE**   19         **REASON:** Incorrect Transcription
**SHOULD READ:** TOR REY U.S.A.
**PAGE**   146       **LINE**   24         **REASON:** Incorrect Transcription
**SHOULD READ:** years old. That's a really broad



EDUARDO FLORES

Subscribed and sworn before me this _28_ day of _Apil_ 2022

NOTARY PUBLIC

VAN T PHAM
Notary ID #12308210
My Commission Expires
June 26, 2023

**CORRECTION SHEET**

STATE OF NEW YORK    )
                     )     Case: Khusenov v. Prokraft v Karzinka US
COUNTY OF            )

        **EDUARDO FLORES**, sworn, deposes and says: the following corrections are made to me Examination Before Trial testimony held on February 14, 2022.

**PAGE**   149           **LINE**   4-6           **REASON:** Incorrect Transcription
**SHOULD READ:** TOR REY U.S.A. only sold the TOR REY brand grinders.
**PAGE**   154           **LINE**   15           **REASON:** Incorrect Transcription
**SHOULD READ:** the person that manages the marketing side in
**PAGE**   156           **LINE**   20           **REASON:** Incorrect Transcription
**SHOULD READ:** well the marketing manager and the other
**PAGE**   163           **LINE**   2           **REASON:** Incorrect Transcription
**SHOULD READ:** Yes, it is. It has an
**PAGE**   163           **LINE**   11           **REASON:** Incorrect Transcription
**SHOULD READ:** how it was attached
**PAGE**   163           **LINE**   19-22           **REASON:** Incorrect Transcription
**SHOULD READ:** nothing is sold separately. Everything comes as one piece and it's something that you can't buy one part as needed. You have to get the headstock.
**PAGE**   163           **LINE**   11-19           **REASON:** Incorrect Transcription
**SHOULD READ:** To get a unit serviced, they have to have proof of purchase and also provide a description via photograph or video to let us know what's wrong with it and the according to it a technician will be dispatched and they can review the unit and see if it's a manufacturer defect or was misused by the end user.
**PAGE**   170           **LINE**   7           **REASON:** Incorrect Transcription
**SHOULD READ:** couldn't do it. He was using a hammer.
**PAGE**   171           **LINE**   10-12           **REASON:** Incorrect Transcription
**SHOULD READ:** No, apparently for this case it seems like the guard were not in place, so it was removed.
**PAGE**   173           **LINE**   12           **REASON:** Incorrect Transcription
**SHOULD READ:** KG32
**PAGE**   174           **LINE**   19-25           **REASON:** Incorrect Transcription
**SHOULD READ:** No, we comply with international standards so that is a call that has to be made by the manufacturer. So, it is not a call made by Pro Kraft.
**PAGE**   175           **LINE**   20-22           **REASON:** Incorrect Transcription
**SHOULD READ:** TOR REY has no involvement on these grinders. They've no say on the matter and Pro Kraft, no.



        EDUARDO FLORES

Subscribed and sworn before me this _28_ day of _April_ 2022

VAN T PHAM
Notary ID #12308210
My Commission Expires
June 26, 2023

NOTARY PUBLIC

1                    E. FLORES

2              D E C L A R A T I O N

3

4       I hereby certify that having been

5  first duly sworn to testify to the truth, I

6  gave the above testimony.

7

8       I FURTHER CERTIFY that the foregoing

9  transcript is a true and correct transcript

10  of the testimony given by me at the time

11  and place specified hereinbefore.

12

13

14

15                 _____

16                 EDUARDO FLORES

17

18

19  Subscribed and sworn to before me

20  this __17__ day of __May_____ 20_22_

21

22

23  _____

24     NOTARY PUBLIC

VAN T PHAM
Notary ID #12308210
My Commission Expires
June 26, 2023

25