EXHIBIT

Dft's E    DJG  1/26/21



OPERATION INSTRUCTIONS
INSTRUCCIONES DE OPERACIÓN
INSTRUCTIONS D'UTILISATION

# PRO-CUT

**MODELOS/MODELS/ MODÈLES: KG32, KG32MP & KG32XP**



## OWNER´S MANUAL/MANUAL DE USUARIO
## MANUEL D'UTILISATEUR

READ THIS MANUAL BEFORE USING THE EQUIPMENT FOR THE FIRST TIME

LEA LAS INSTRUCCIONES ANTES DE USAR
EL EQUIPO POR PRIMERA VEZ

LIRE CE MANUEL AVANT L'UTILISATION DE L'APPAREIL POUR LA PREMIÈRE FOIS.

507130-A