**EXHIBIT**

Dft's E     DJG  1/26/21

**OPERATION INSTRUCTIONS**
**INSTRUCCIONES DE OPERACIÓN**
**INSTRUCTIONS D'UTILISATION**



**PRO-CUT**®

**MODELOS/MODELS/ MODÈLES:  KG32, KG32MP & KG32XP**



# OWNER'S MANUAL/MANUAL DE USUARIO
## MANUEL D'UTILISATEUR

READ THIS MANUAL BEFORE USING THE EQUIPMENT FOR THE FIRST TIME

LEA LAS INSTRUCCIONES ANTES DE USAR
EL EQUIPO POR PRIMERA VEZ

LIRE CE MANUEL AVANT L'UTILISATION DE L'APPAREIL POUR LA PREMIÈRE FOIS.

507130-A

**ENGLISH**                                                          **Owner´s manual**

## OPERATION INSTRUCTIONS

| CONTENTS: | | PAGE |
|-----------|--|------|
| I. | INTRODUCTION | 1 |
| II. | UNPACKING | 2 |
| III. | INSTALLATION | 2 |
| IV. | OPERATION | 4 |
| V. | KEY ELEMENTS IN GRINDING QUALITY PRODUCT | 4 |
| VI. | CLEANING | 6 |
| VII. | MAINTENANCE | 6 |
| VIII. | EQUIPMENT SPECIFICATION | 9 |

### I.- INTRODUCTION:

Congratulations!, you have acquired a meat grinder, which is made of high quality long lasting materials that should give you years of trouble free operation and durable service. Before you unpack your new unit, please, read completely this manual.

**IMPORTANT!:** it is of vital importance that you OR any person that will operate this unit thoroughly read this manual.


**WARNING!:**
This meat grinder is designed to cut food products and if it is not used and maintained properly for optimum safety, it could become dangerous

This equipment must be connected to a thermal connection. Do not use the equipment if it is not properly grounded.


The appliance **is not be used** by persons (including children) with reduced physical, sensory or mental capabilities, or lack of experience and knowledge, unless they have given supervision or instruction. Children being supervised not play with the appliance.


**Never** perform service, cleaning or maintenance on this unit while connected to a power source.


**Never** use hands or fingers to feed products directly into the bowl area, always use the pusher included in the equipment.


**Do not** leave the machine unattended while in operation & turn it off when it is not being used.

**Owner's manual**

## II.- UNPACKING

While unpacking the machine take special care in removing these components to be assembled later. Make sure that all are accounted for *.

**The grinding unit includes:**

1 Headstock  (10)
1 Worm (13)
1 Ring (17)
1 Blade or kinfe (15)
1 Plate (16)

**Also:**

1 Pusher (1)
1 Product tray (2)
1 Bottle with mineral oil (24) -Approved by the Food and Drug Administration-.
4 Support Legs (4)

**\*Note: for reference numbers see *"Meat grinder diagram for components"* (central pages).**

## III.- INSTALLATION:

The Meat grinder is ready to use. Before to install it, you only need to verify the next points:

1. Electrical installation meets the required specification of the equipment.

2. Place has an adequate illumination and leveled floor/work table (The meat grinder already includes leveling support legs) .

3. Room is clean and meets the hygienic conditions for food processing.

### IMPORTANT!:
**Wash the unit before using for the first time, specially the grinding unit. Also use the included food grade mineral oil to lubricate the plate (19) and knife (18) –See Cleaning section for more details.**



FIG.1 EXPLODED VIEW OF GRINDING UNIT

### IMPORTANT!
**The equipment must be correctly grounded to prevent possible damage by electrical shock.**



RECEPTACLE          PLUG (CONNECTION A)          PLUG (CONNECTION B)

FIG. 2

2

**Owner´s manual**



**CAUTION!:**
Unplug or disconnect the machine from the power supply before changing wires.



Before completing the electrical connection, check the worm (13) rotation. When the ON button is pressed, the worm must rotate counter clockwise, seeing the equipment in front. If the worm rotates clockwise, push the stop button and unplug the equipment. Interchange 2 of 3 incoming power supply wires. (See fig. 2)

Reconnect the grinder to the power supply, turn it on and verify the rotation again. If the correct operation is confirmed, fix the connection to the power supply. If you have any question regarding the connection of the equipment, contact  to your authorized dealer. The above procedure only applies to grinder with three phase connection.

**FIG.3 WORM ROTATION**

**HOW TO REMOVE GRINDING UNIT.**

1.- Remove the ring (17) turning it counterclockwise and extract the plate (16), Knife (15) and worm (13).

2.- Unscrew the headstock knob (7) (see Fig 4) to be able to remove the headstock (10).

Reverse the steps and sequence to install the grinding unit again. Taking special attention to the next points :

a) After assembling the headstock (10), screw the headstock knob (7) to fix the headstock

b) The knife (15) must be inserted into worm's shaft.  The sharp end must face forward.

c) Place plate (19) centered against knife (18) assuring the notch matches the Headstock's inserted pin.



**FIG.4 POSITION FOR LEVER HANDLE**



**IMPORTANT!:**
Before locking the headstock knob, be sure that both headstock (10) and transmission cover (6) are joined with no gap between them.

3

**Owner´s manual**



**IMPORTANT!**
Do not assemble the whole unit at the same time, this could damage the gears of transmission. Assembling component by component extends the life and guarantee the correct operation of the headstock and its components.

## HOW TO INSTALL THE PRODUCT TRAY.

1.- Place the hole of the tray (2) over the top of the headstock (10), use the guides under the tray to locate it in the correct position, tight both tray knobs to keep it in place, (be sure the tip of the knob screw fits in the indention made in the headstock).

2.- Place the pusher (1) into the safety guard.

## IV.- OPERATION:

1.- Before starting, move to the correct work position – at sides of meat grinder – **(see Fig. 5).**

2.- Turn on the machine.

3.- Place product on the rear of feed tray (2).

4.- Feed the product into the opening of the Headstock (10).

5.- Using only the provided pusher (1), push the product without forcing it.



**FIG.5 WORKING POSITION**

## V.- KEY ELEMENTS IN MIXING/GRINDING QUALITY PRODUCT

**MODELS: M-32, M-32-3**
The meat grinder can grind at a rate of 55 lb/min (25 kg/min) at the first grinding using a 3/8" plate (not provided) and 28 lb/min ( 13 kg/min) for the second grinding.

**MODELS: M-32-5**
The meat grinder can grind at a rate of 63 lb/min (29 kg/min) at the first grinding using a 3/8" plate (not provided) and 30 lb/min ( 14 kg/min) for the second grinding

To extend the life of the equipment and get high quality product is recommended the next tips:

▪ Periodically verify the plate (16) and knife (15) sharp.

▪ Grinding Unit must be free of food debris.

▪ The tension on the head ring should be firm but not too tight. Over tightening can lead to excessive friction, motor wear and/or poor product appearance.

▪ Clean the grinding unit (including headstock) after use by removing it from the equipment.

▪ Keep the equipment in a clean and sanitary condition while is not being used.

▪It is recommended that meat used for grinding is between **1°C a -3°C (33.8°F a 26.6°F)**

4

Owner´s manual

 ## USAGE CAUTION AND RECOMENDATION FOR GRINDING

1.- Utilize 3/8" plate or bigger for first grinding.

**IMPORTANT!:**

Potential damage to equipment may occur if smaller plate is utilized for first grinding.



Fig. A. The size plate is located on the edge

2.- For a second grinding is possible to use a 3/16" plate or smaller.

**WARNING!:**

Do not use smaller plates than 3/8" in the first grinding to avoid equipment damages

**IMPORTANT!:**

This equipment has the capability of grind different kinds of food as long as it does not have a sticky consistency and/or prone to harden in the process, since it could get stuck on the components and potentially get jammed (e.g. hydrated chickpea, hydrated corn, food with pasty consistency, etc.)

 **IMPORTANT!:**
For the first time usage you must grind at least 2 pounds of scrap clean product to remove any metallic or foreign debris.

## VI.- CLEANING

For cleaning the Grinding Unit, follow the next procedure:

1. Disassemble main components as explained before on the installation section.

2. Using a soft bristle brush not provided -**See Fig 4**, clean with adequate detergent each component, specially inside headstock (10) to eliminate waste and debris of food.

3. Wash every component with plenty of water.

4. Dry completely. Don't let soap cleaners dry on the surface.

5.  It is important after doing this procedure, to lubricate the knife (15) and plate (16) with the included mineral oil. Assemble again.

Soft bristle brush



Swinging movement

1.5 in (4 cms)

**FIG.6 TIP FOR CLEANING ROUGHNESS PARTS**



**IMPORTANT!:**
**Avoid use of abrasive cleaners, acid, fibers, chlorides (such as chlorine bleach), on stainless steel surfaces will cause pitting, corrosion, and metal discoloration. Allowing salty solutions to evaporate and dry on stainless steel may also contribute to corrosive conditions.**

## VII.- MAINTENANCE

This equipment is designed to have a minimal maintenance, but, it´s important to check the next points:

1. The knife (15) and plate's hole (16) always must have sharp edges. Replace them after certain period of use or if you notice the quality of the grinded meat is not as fine as the first time.

2. Replace  the knife and plate when assembly becomes loose even though the Ring (17) is totally tight.

3. If the power cord (3) or the plug is damaged, it must be replaced by an authorized service technician or qualified personnel to avoid risk of electric shock.

4.- Lubricate the entrance of the headstock in the transmission cover when if you see that the approved grease (24) has been consumed by use or cleaning. Apply only food contact approved grease contained in the bottle. It is important to always keep lubricated this area to be easy the disassembling of headstock.

5.- The gear box of this grinder is sealed and should be repaired or opened only by approved technician, the transmission oil should be changed at least every two years of normal operation.



**CAUTION!:**
**Always unplug or disconnect the machine from the power supply before cleaning or perform any maintenance.**

**Owner´s manual**

### GUIDE TO SOLVE TECHNICAL PROBLEMS.

| PROBLEMS | NO TURN ON | NO GRIND | EXCESIVE NOISE | OIL SPILL | HEADSTOCK GAP/MOVING | HEADSTOCK HOT |
|---|---|---|---|---|---|---|
| Verify the electrical features (Current, Voltage, Etc) | X | | | | | |
| Change the motor | X | | | | | |
| Verify the electrical connection | X | | X | | | |
| Change the switch | X | | | | | |
| Verify the applied voltage | X | X | | | | |
| Regulate the current (AMPS) on the thermal Relay | | X | | | | |
| Change Knife/Plate | | X | X | | | |
| Change gears | | | X | | | |
| Verify oil in transmission box | | | X | | | |
| Change the oil seal to transm. box and/or gear cover | | | | X | | |
| Change the gasket to gear cover | | | | X | | |
| Remove and assemble the headstock again | | | | | X | |
| Avoid operating the meat grinder without product | | | | | | X |
| Change nylon washer from the worm | | | | | | X |

### THOSE ARE PARTS THAT NEED TO BE CHANGED AFTER SPECIFIC TIME OF USE.

| Parts to check and replace | Frequency of inspection | Lifetime | Remarks |
|---|---|---|---|
| Knife (15) and plate (16) | Monthly | 3 months | It depends of use. If the grinded meat is not as fine as the first time, replacement is required. |
| Transmission oil (See inside cabinet for oil type) | Yearly | 2 years | Check the oil level and appearance. If color of oil is totally dark, it needs replacement. |
| Worm (13) headstock (10) | Yearly | 4 to 5 years | If assembly between these both components is loose (0.150" or more) the worm must be replaced. |
| Power switch (9) | Monthly | Depends of use | The feeling while pushing the power switch must be firm. If you notice excessive movement, you need to replace it. |

Owner´s manual

## STAINLESS STEEL SPECIAL CARE

This is a guideline of cleaning methods for stainless steel.

| Requirement | Suggested Method |
|---|---|
| Routine cleaning of light soiling | Wash with Soap or detergent in warm clean water. Apply with a clean sponge, soft cloth or soft-fiber brush then rinse in clean water and dry. |
| Fingerprints | Use Detergent. Rinse with warm water. Dry totally |
| Watermarks | Use clean rinsing water, such as reasonable quality potable (tap) water. Drying marks may be avoided using an air blower or wiping with clean disposable wipes. |
| Grease marks | Use clean rinsing water , you could add white vinegar or soft water solution. Rinse with warm water again and dry. |
| Rust stains | Wash surface with CLR (calcium, lime & rust remover) type cleaner. Use not acid and recommended solution. Apply using a soft non-abrasive sponge. Rinse surface thoroughly with clean soft water after application. |
| Dirt and debris | Wash surface with a mild liquid soap. Apply using a soft, non-abrasive cloth. Rinse surface thoroughly with clean soft water. |

**Owner´s manual**

## VIII.- EQUIPMENT SPECIFICATION
### A) ELECTRICAL (Depends on your model. See ID plate)

| MOTOR | 3HP  (2.2 kW) | | | | |
|---|---|---|---|---|---|
| Phases | 1 | | 3 | | |
| Voltage | 220 V~ | 230V~ | 220 V3~ | 230 V3~ | 380V3~ |
| Frequency | 60Hz | 50 Hz | 60 Hz | 50Hz | 50 Hz |
| Current | 16.8 A (16 A*) | 16.8 A | 8.8 A (8 A*) | 8.6 A | 4.4 A |

| MOTOR | 5HP  (3.7 kW) | | | |
|---|---|---|---|---|
| Phases | 1** | 3 | | |
| Voltage | 220 V~ | 220 V3~ | 230 V3~ | 380 V3~ |
| Frequency | 60Hz | 60 Hz | 50 Hz | |
| Current | 26 A | 13.6 A  (14.2 A*) | 14.2 A | 8.1 A |

**Not  available in USA                    * For Mexico

### B) GENERAL DIMENSIONS



21.25" (54 cm)  42.91" (109 cm)  23.62" (60 cm)  9.84" (25 cm)

Fig.7 Equipment general dimensions.

### C) ELECTRICAL DIAGRAM

The electric diagram for this unit is located inside the cabinet.



**WARNING!:**
The cabinet for this equipment must be opened by qualified personnel only.
For any problem or doubt related to electric specifications and connections,
please call to your authorized dealer.

**MEAT GRINDER DIAGRAM FOR COMPONENTS (SEE CENTRAL PAGES)**

| ITEM | DESCRIPTION | QTY |
|------|-------------|-----|
| 1 | PUSHER | 1 |
| 2 | PRODUCT TRAY | 1 |
| 3 | POWER CORD | 1 |
| 4 | ALUMINIUM LEGS | 4 |
| 5 | CABINET | 1 |
| 6 | TRANSMISSION COVER | 1 |
| 7 | HEADSTOCK KNOB | 1 |
| 8 | RUBBERS | 2 |
| 9 | SWITCH (INTERRUPTOR) | 1 |
| 10 | HEADSTOCK | 1 |
| 11 | REAR ROD | 1 |
| 12 | NYLON WASHER (M32) | 1 |
| 13 | WORM | 1 |
| 14 | FRONT ROD | 1 |
| 15 | KNIFE | 1 |
| 16 | PLATE | 1 |
| 17 | HEADSTOCK RING | 1 |
| 18 | SAFETY GUARD | 1 |
| 19 | BRONZE WASHER M32 | 1 |
| 20 | TRAY KNOBS | 2 |
| 21 | DEFLECTOR KNOB | 1 |
| 22 | DEFLECTOR | 1 |
| 23 | MOTOR (3HP OR 5HP – NOT SHOWN) | 1 |
| 24 | FOOD CONTACT APPROVED GREASE BOTTLE | 1 |

**INSTRUCCIONES DE OPERACIÓN**



**MODELOS: KG32, KG32MP & KG32XP**



# MANUAL DE USUARIO

**LEA LAS INSTRUCCIONES ANTES DE USAR
EL EQUIPO POR PRIMERA VEZ**

**ESPAÑOL**                                            **Manual de Usuario**

## INSTRUCCIONES DE OPERACIÓN

| | CONTENIDO: | PÁGINA |
|---|---|---|
| I. | INTRODUCCIÓN | 1 |
| II. | DESEMPAQUE | 2 |
| III. | INSTALACIÓN | 2 |
| IV. | OPERACIÓN | 4 |
| V. | ELEMENTOS CLAVE PARA MOLER PRODUCTOS CON CALIDAD | 4 |
| VI. | LIMPIEZA | 6 |
| VII. | MANTENIMIENTO | 6 |
| VIII. | ESPECIFICACIONES DEL EQUIPO | 9 |

### I.- INTRODUCCIÓN:

Usted ha adquirido un Molino para carne el cual está fabricado con los mejores materiales y mano de obra, lo que le asegurará una larga vida y un excelente servicio.

Para garantizar el óptimo funcionamiento de su equipo, se deberán de tomar en cuenta las precauciones y recomendaciones incluidas en este manual.

**¡IMPORTANTE!: "Es de vital importancia que Usted o cualquier otra persona que se relacione con el equipo, lea detenidamente este manual."**



**¡ADVERTENCIA!:**
Esta máquina esta diseñada para moler carne y algunos otros productos alimenticios, y por su naturaleza es peligrosa si no se utiliza con conocimiento y precaución.

**Este equipo debe ser conectado a una conexión con protección térmica y debidamente aterrizado.** *El tipo de sujeta-cables empleado es tipo "Y", si éste es dañado, deberá ser remplazado por personal autorizado y/ó calificado para evitar cualquier riesgo.*



Esta unidad **no se puede** usar por personas (incluidos niños) con discapacidades físicas, sensoriales o mentales, o la falta de experiencia y conocimiento, a menos que hayan recibido supervisión o instrucción previamente. Los niños, aún bajo supervisión, no deben jugar con el equipo.



**Nunca** de servicio, limpieza o mantenimiento a esta unidad mientras esté conectada a la energía eléctrica.



**¡Peligro! Nunca use sus manos u otra extremidad para introducir el producto directamente. Siempre use el empujador incluido en el equipo.**



**Apague** y desconecte el equipo cuando no este en uso .

**Manual de Usuario**

## II.- DESEMPAQUE

Mientras desempaca el molino de carne tome las consideraciones necesarias para contabilizar los componentes y asegurarse que no presenten ningún daño.

**La unidad de molienda incluye:**          **Ademas:**

1  Cabezal (10)          1  Empujador (1)
1  Gusano (13)          1  Charola de carne (2)
1  Tuerca (17)
1  Navaja (15)          1  Bote con aceite mineral de grado alimenticio (24)
1  Cedazo (16)          4  Patas niveladoras (4)

*Nota: Para mejor referencia vea *"Diagrama de componentes para Molino "* (páginas centrales).

## III.- INSTALACIÓN:

El molino de carne está listo para ser usado. Antes de instalarlo, usted necesitará verificar los siguientes puntos:

1. Que la instalación eléctrica cumpla con las especificaciones requeridas del equipo.

2. Que el lugar donde se instalará tenga una iluminación adecuada y un piso nivelado (Si es necesario, ajuste la altura de las patas niveladoras del molino).

3. Que el cuarto se encuentre limpio y cumpla con las condiciones higiénicas para procesar comida.

**¡IMPORTANTE!:**
Lave el equipo antes de usarlo por primera vez, especialmente la unidad de molienda y charola. Se recomienda lubricar el cedazo (16) y navaja (15) regularmente. –Ver la sección de "*Limpieza*" para más información.



FIG.1 VISTA EXPLOSIONADA DE LA UNIDAD DE MOLIENDA

**¡IMPORTANTE!**

El equipo deberá estar siempre debidamente aterrizado para prevenir daños por choque eléctrico.



TOMA CORRIENTE          CLAVIJA (CONEXIÓN A)          CLAVIJA (CONEXIÓN B)

FIG. 2

**Manual de Usuario**



## ¡PRECAUCIÓN!:
Desconecte el equipo antes de intercambiar los cables del tomacorriente.



Antes de completar la conexión eléctrica, revise el giro del gusano (13). Cuando encienda el equipo, el gusano debe girar en contra de las manecillas del reloj, viendo el equipo de frente. Si el gusano gira en sentido de las manecillas del reloj, apague y desconecte el equipo. Intercambie 2 de los 3 cables de alimentación. Ver fig. 2

Vuelva a conectar el molino al toma de corriente, enciéndalo y verifique la rotación una vez más. Si el funcionamiento es el adecuado, fije la conexión y asegúrese que quede debidamente aterrizada. Si tiene alguna duda referente a la conexión del equipo, contacte a su distribuidor autorizado.

**FIG.3 GIRO DEL GUSANO**

**NOTA: Lo anterior aplica solamente para molinos con conexión trifásica.**

## CÓMO REMOVER LA UNIDAD DE MOLIENDA.

1.- Retire la tuerca (17) girándola en contra de las manecillas. Extraiga el cedazo (16), Navaja (15) y el gusano (13).

2.- Gire la perilla para cabezal (7) en contra de las manecillas para aflojar el cabezal (10) y retirarlo. (ver FIG. 4).

**Siga los pasos en forma inversa para instalar de nueva cuenta la unidad de molienda.** Al hacer esto, tenga en cuenta las siguientes consideraciones:

a) Después de ensamblar el cabezal (10), gire la perilla de sujeción (7) en contra de las manecillas del reloj

b) La navaja (15) debe insertarse con el filo hacia enfrente, en la flecha del gusano.

c) Posicione el cedazo (19) centrado contra la navaja (18) asegurando que la muesca coincida con el pin insertado en el cabezal.



**FIG.4 SUJECIÓN DEL CABEZAL**



## ¡IMPORTANTE!:
Antes de apretar la perilla de sujeción, asegúrese que el cabezal (10) y la tapa de transmisión (6) estén totalmente unidas (sin separación).

**Manual de Usuario**



**¡IMPORTANTE!**
*Ensamblar toda la unidad de molienda a la vez, podría dañar los engranes de la transmisión. Es por eso que se recomienda hacer el ensamble componente por componente, esto garantiza un correcto funcionamiento tanto de la transmisión así como de la unidad de molienda. ¡No se arriesgue a dañar su equipo!*

### COMO INSTALAR LA CHAROLA DE PRODUCTO.

1.- Posicione el orificio de la charola (2) sobre el cabezal (10), use las guias debajo de la charola para centrarla, enrosque las perillas localizadas a los lados para fijar la charola (asegúrese que las perillas entren directamente en las muescas del cabezal).

2.- Ponga el empujador (1) dentro de la guarda de protección (18).

### IV.- OPERACIÓN:

1.- Antes de comenzar, posiciónese correctamente en uno de los lados del molino **(Ver Fig. 5).**

2.- Encienda el equipo.

3.- Ponga el producto a moler sobre la charola (2).

4.- Alimente manualmente sobre la entrada del cabezal (10).

5.- Use el empujador (1) para introducir el producto sin forzar la entrada de éste.



**FIG.5 POSICION DE TRABAJO**

### V.- ELEMENTOS CLAVE PARA MOLER PRODUCTOS CON CALIDAD.

#### MODELOS: M-32, M-32-3
La capacidad de molienda del equipo es de 55 lb/min (25 kg/min) en la primer molienda usando un cedazo de 3/8" (no incluido) y de 28 lb/min ( 13 kg/min) en la segunda molienda.

#### MODELOS: M-32-5
La capacidad de molienda del equipo es de 63 lb/min (29 kg/min) en la primer molienda usando un cedazo de 3/8" (no incluido) y de 30 lb/min ( 14 kg/min) en la segunda molienda

Para extender la vida del equipo y obtener un producto de alta calidad se recomienda lo siguiente:

▪ Periódicamente revisar el filo del cedazo (16) y la navaja (15).

▪ La unidad de molienda siempre deberá estar libre de restos de comida.

▪ Para evitar fricción excesiva entre el cedazo y la navaja, mala calidad en la molienda y daño en la transmisión; el ensamble de la tuerca deberá ser firme sin exceder en la fuerza al momento de apretar.

▪ Limpiar la unidad de molienda después del uso. Recuerde que es necesario remover cada uno de los componentes y límpiarlos por separado.

▪ Mantener el equipo  en lugar limpio y en condiciones salubres.

▪Se recomienda que la carne a moler este a una temperatura de **1°C a -3°C (33.8°F a 26.6°F)**

**Manual de Usuario**

## DIAGRAMA DE COMPONENTES DEL MOLINO PARA CARNE (VER PAGINAS CENTRALES)

| CÓDIGO | DESCRIPCIÓN | CANT |
|---|---|---|
| 1 | EMPUJADOR | 1 |
| 2 | CHAROLA PARA PRODUCTO | 1 |
| 3 | CABLE TOMACORRIENTE | 1 |
| 4 | PATAS NIVELADORAS DE ALUMINIO | 4 |
| 5 | GABINETE | 1 |
| 6 | TAPA DE TRANSMISIÓN | 1 |
| 7 | PERILLA PARA CABEZAL | 1 |
| 8 | TACONES PARA CHAROLA | 2 |
| 9 | INTERRUPTOR | 1 |
| 10 | CABEZAL | 1 |
| 11 | ESPIGA TRASERA | 1 |
| 12 | ARANDELA DE DESGASTE M32 | 1 |
| 13 | GUSANO | 1 |
| 14 | ESPIGA DELANTERA | 1 |
| 15 | NAVAJA | 1 |
| 16 | CEDAZO | 1 |
| 17 | TUERCA PARA CABEZAL | 1 |
| 18 | GUARDA DE SEGURIDAD (PROTECTOR DE CABEZAL) | 1 |
| 19 | ARANDELA DE BRONCE M32 | 1 |
| 20 | PERILLAS/MANIJAS DE SUJECIÓN | 2 |
| 21 | PERILLA PARA DESVIADOR | 1 |
| 22 | DESVIADOR | 1 |
| 23 | MOTOR (3HP O 5HP – NO MOSTRADO) | 1 |
| 24 | GRASA GRADO ALIMENTICIO (NO MOSTRADO) | 1 |

**Apéndice**

**Owner´s manual**            Manuel d'utilisateur            **Manual de Usuario**

### MEAT GRINDER DIAGRAM FOR COMPONENTS
### DIAGRAMA DE COMPONENTES DEL MOLINO PARA CARNE
### SCHEMA HACHOIR À VIANDE POUR LES COMPOSANTS



M32 -3 HP

M32 -5 HP

**Appendix**                    Annexe                    **Apéndice**

Manual de Usuario

 ## ADVERTENCIA Y RECOMENDACIÓN PARA MOLIENDA

1.- Utilizar cedazo de 3/8" o mayor en la primer molienda usar

**¡IMPORTANTE!:**

Si se utiliza un cedazo de menor tamaño para la primera molienda, se corre el riesgo de dañar el equipo o que se quiebre el cedazo.



Fig. A. El tamaño del cedazo está ubicado en el borde del cedazo

2.- Para realizar la segunda molienda utilice cedazos iguales o menores a 3/16" .

**¡ADVERTENCIA!:**

No usar cedazos menores a 3/8" en la primer molienda para evitar posible daño al equipo.

**¡IMPORTANTE!:**
Este equipo tiene capacidad para moler diferentes tipos de alimento, siempre y cuando no tenga una consistencia pegajosa y/o tienda a endurecerse en el proceso, ya que puede adherirse a los componentes y se provocara un atascamiento (garbanzo hidratado, maíz hidratado, alimentos con consistencia pastosa, etc.)

 **¡IMPORTANTE!:**
Antes del primer uso, se deberán moler al menos 1.5 kilos de producto de desecho para remover de la unidad de molienda cualquier partícula ajena a la misma.

5

**Manual de Usuario**

## VI.- LIMPIEZA

Para la limpieza diaria de la Unidad de Molienda, siga el siguiente procedimiento:

1. Desensamble los componentes principales como se explica en la sección de *Instalación.*

2. Usando un cepillo de cerdas suaves (no incluido - **Ver Fig 4**) lave cada componente con solución jabonosa, especialmente dentro del cabezal (10) para desechar restos de carne acumulados.

3. Enjuague con abundante agua.

4. Seque por completo. Nunca deje que el jabón ni otros químicos se sequen en los componentes,

5. Lubrique navaja (15) y cedazo (16) con el aceite grado alimenticio. Ensamble otra vez.



Cepillo de cerdas suaves

Movimiento circular

1.5 in (4 cms)

**FIG.6 TIP PARA LIMPIAR PARTES IRREGULARES**



**¡IMPORTANTE!:**
**Evite el uso de limpiadores abrasivos, ácidos, fibras, compuestos con cloro (blanqueadores) sobre superficies de acero inoxidable ya que ocasionan oxidación, corrosión y descoloración en el metal. Tampoco permita que soluciones ácidas se evaporen y sequen directamente sobre el acero inoxidable, esto puede generar óxido.**

## VII.- MANTENIMIENTO

El mantenimiento requerido del equipo es mínimo. Sin embargo, es importante que:

1. La navaja (15) y el cedazo (16) siempre tengan filo. Reemplácelos después de cierto tiempo de uso o si se observa que la calidad de la carne molida ya no es tan fina como la primera vez.

2. También deberá de reemplazar la navaja y el cedazo cuando el ensamble se vuelva flojo a pesar de que la tuerca para el cabezal (17) esté debidamente ensamblada.

3. Si el cable (3) o el conector resultaran dañados, deberán ser reemplazados inmediatamente por su técnico de servicio autorizado para evitar cualquier riesgo eléctrico.

4.- Lubrique la entrada del cabezal para la tapa transmisión cuando la grasa haya sido consumida en su totalidad (24). Es importante que ésta área esté siempre lubricada para facilitar el ensamble o desensamble del cabezal.

5.- La caja de transmisión está sellada y deberá ser abierta sólo por personal técnico capacitado, la grasa de la transmisión deberá ser cambiada al menos cada dos años de uso continuo.



**¡PRECAUCIÓN!:**
**Por su seguridad, siempre desconecte el equipo de la alimentación principal antes de hacer cualquier limpieza o mantenimiento.**

6

**Manual de Usuario**

## GUÍA PARA RESOLVER PROBLEMAS TÉCNICOS.

| PROBLEMA | NO ENCIENDE | NO MUELE | RUIDO EXCESIVO | FUGA DE ACEITE | CABEZAL FLOJO O GAP | CABEZAL CALIENTE |
|---|---|---|---|---|---|---|
| Revise las condiciones eléctricas (corriente, voltaje, Etc) | X | | | | | |
| Cambie el motor | X | | | | | |
| Revise la conexión eléctrica | X | | X | | | |
| Cambie el interruptor | X | | | | | |
| Verifique el voltaje de alimentación | X | X | | | | |
| Regule la corriente en el relevador de amperaje | | X | | | | |
| Cambie el cedazo/la navaja | | X | X | | | |
| Cambie los engranes | | | X | | | |
| Verifique el aceite de transmisión | | | X | | | |
| Cambie el aceite de transmisión | | | | X | | |
| Cambie el empaque de la tapa de transmisión | | | | X | | |
| Desensamble y ensamble el cabezal otra vez | | | | | X | |
| Evite operar el molino sin producto | | | | | | X |
| Cambie los empaques de nylon del gusano | | | | | | X |

## ESTÁS SON PARTES QUE ES NECESARIO CAMBIAR DESPUÉS DE CIERTO TIEMPO DE USO

| Partes a Revisar | Frecuencia | Tiempo de vida | Comentarios |
|---|---|---|---|
| Navaja (15) y Cedazo (16) | Mensual | 3 meses | Depende del uso: Si la carne molida no sale tan fina como la primera vez, es necesario reemplazar los componentes. |
| Aceite de transmisión (Tipo de aceite está identificado dentro del gabinete) | Anual | 2 años | Verificar el nivel de aceite y apariencia. Si el color se torna café-oscuro, considere un cambio de aceite. |
| Gusano (13) y Cabezal (10) | Anual | 4 a 5 años | Si el ensamble entre estos dos componentes tiene mucho juego (mayor a 4 mm), necesita reemplazar el gusano. |
| Botonera (9) | Mensual | Depende de uso | Los botones al presionarlos, deben sentirse firmes y sin exceso de movimiento. Nunca opere el equipo con botonera dañada. |

**Manual de Usuario**

**CUIDADOS ESPECIALES DEL ACERO INOXIDABLE**

Esta es una guía para los métodos de limpieza más comunes del acero inoxidable

| Tipo de mancha | Método de limpieza sugerido |
|---|---|
| Comunes | Lave con jabón o detergente (para platos) en agua tibia. Aplíquelo con una esponja, trapo o cepillo de cerdas suaves. Enjuague en agua limpia y seque por completo. |
| Dedos, manos | Use detergente y agua tibia. Seque totalmente. |
| Marcas de Agua | Use agua limpia (de garrafón de ser necesario). Evitar dejar secar al aire libre. Puede utilizar secadora (cabello) o limpiar con pañuelos desechables. |
| Grasa, aceites | Use agua limpia, puede agregar un poco de vinagre de ser necesario. Enjuague con agua limpia una vez más y seque. |
| Óxido | Lave la superficie con removedores especiales de óxido (venta en tiendas de autoservicio, Brasso o incluso solución a base de bicarbonato de sodio. Aplique usando una esponja no abrasiva. Enjuague completamente con agua limpia. |
| suciedad y resto de comida | Lave la superficie con jabón suave. Aplíquelo usando un trapo no abrasivo. Enjuague con agua limpia. |

**Manual de Usuario**

## VIII.- ESPECIFICACIONES DEL EQUIPO

### A) ELÉCTRICAS (Depende del modelo: Vea la placa de identificación del mismo).

| MOTOR | 3HP (2.2 kW) | | | | |
|---|---|---|---|---|---|
| Fases | 1 | | 3 | | |
| Voltaje | 220 V~ | 230V~ | 220 V3~ | 230 V3~ | 380V3~ |
| Frecuencia | 60Hz | 50 Hz | 60 Hz | 50Hz | 50 Hz |
| Corriente | 16.8 A (16 A*) | 16.8 A | 8.8 A (8 A*) | 8.6 A | 4.4 A |

\* Para México

| MOTOR | 5HP (3.7 kW) | | | |
|---|---|---|---|---|
| Fases | **1 | 3 | | |
| Voltaje | 220 V~ | 220 V3~ | 230 V3~ | 380 V3~ |
| Frecuencia | 60Hz | 60 Hz | 50 Hz | |
| Corriente | 26 A | 13.6 A (14.2 A*) | 14.2 A | 8.1 A |

**No disponible en USA

\* Para México

### B) DIMENSIONES GENERALES



Fig.7 Dimensiones generales del equipo

### C) DIAGRAMA ELÉCTRICO

El diagrama eléctrico para este equipo esta ubicado dentro del gabinete



**¡ADVERTENCIA!:**
Este equipo solo deberá ser abierto por personal calificado. Para cualquier problema o duda relacionada a las especificaciones eléctricas y sus conexiones, por favor llame a su distribuidor autorizado.

9

**INSTRUCTIONS D'UTILISATION**



**MODÈLES:  KG32, KG32MP & KG32XP**



# MANUEL D'UTILISATEUR

**LIRE CE MANUEL AVANT L'UTILISATION DE L'APPAREIL
POUR LA PREMIÈRE FOIS.**

**FRANÇAIS**                                                                 **Manuel d'utilisateur**

### INSTRUCTIONS D'UTILISATION

| SOMMAIRE | | PAGE |
|---|---|---|
| I. | INTRODUCTION | 1 |
| II. | DÉBALLAGE | 2 |
| III. | INSTALLATION | 2 |
| IV. | FONCTIONNEMENT | 4 |
| V. | ÉLÉMENTS CLÉS DANS LE HACHAGE DES PRODUITS DE QUALITÉ | 4 |
| VI. | NETTOYAGE | 6 |
| VII. | ENTRETIEN | 6 |
| VIII. | CARACTERISTIQUES DE L'APPAREIL | 9 |

### I.- INTRODUCTION:

Félicitations!, vous avez acquis un hachoir à viande, qui est fabriqué en matériaux de longue durée de qualité supérieure qui vous donnera des années d'opération sans panne et un service durable. Avant de déballer votre nouvel appareil, s'il vous plaît, lisez complètement ce manuel.

**IMPORTANT:** Il est d'une importance cruciale que vous ou toute personne qui va utiliser cet appareil à fond lire ce manuel.



**ATTENTION:**
Cette machine est conçue pour hacher des produits alimentaires et est naturellement dangereuse si elle est pas correctement utilisé et entretenue pour fournir une sécurité maximale.

Cet appareil doit être raccordé à une connexion thermique. Ne pas utiliser l'appareil se il n'est pas correctement mise à la terre.



L'appareil **ne doit pas être utilisé** par des personnes (y compris les enfants) ayant une déficience réduite physique, sensoriel ou mental, ou le manque d'expérience et de connaissances, à moins que la supervision ou l'instruction sont fournis. Enfants supervisés devraient pas jouer avec l'appareil.



**Ne jamais** accomplir un service, nettoyage ou entretien sur cet appareil pendant qu'il est connecté à une source d'alimentation.



**Ne jamais** utiliser les mains ou les doigts pour alimenter des produits directement dans la zone de bol, toujours utiliser le poussoir inclus dans l'appareil.



**Ne pas** laisser la machine en marche sans surveillance pendant le fonctionnement, et l'éteindre quand il ne est pas utilisé.

**Manuel d'utilisateur**

## II.- DÉBALLAGE

Au déballage de l'appareil prend soins spéciaux dans l'élimination de ces composants à être assemblé plus tard. Assurez-vous que tous sont comptabilisés *.

| L'unité de meulage comprend: | | Aussi: | |
|---|---|---|---|
| 1 | Poupée (10) | 1 | Poussoir (1) |
| 1 | Vis sans fin (13) | 1 | Plateau de produit (2) |
| 1 | Anneau (17) | 1 | Bouteille d'huile minérale (24) -approuvé par la US Food and Drug Administration-. |
| 1 | Lame ou couteau (15) | | |
| 1 | Plaque (16) | 4 | Pattes de support (4) |

**\*Note: pour les numéros de référence, voir «Schéma hachoir à viande pour les composants" (pages centrales).**

## III.- INSTALLATION:

La scie à viande est prête à fonctionner. Avant d'installer la hachoir à viande, vous devez seulement vérifier les points suivants:

1. L'installation électrique est conforme aux spécifications de l'appareil requis.

2. L'endroit dispose d'un éclairage suffisant et un plancher ou table de travail nivelé (Le hachoir à viande inclut déjà les pattes de nivellement de support).

3. La chambre est propre et rencontre les conditions hygiéniques pour le processus alimentaire.

**IMPORTANT!:**
**Laver l'appareil avant l'utilisation pour la première fois, en particulier l'unité de hachage Utiliser aussi l'huile minérale de catégorie comestible inclus pour lubrifier la plaque (19) et le couteau (18) -Voir section de nettoyage pour plus de details.**



### FIG. 1 VUE ÉLARGIE DE L'UNITÉ DE HACHAGE

**IMPORTANT!:**
**L'appareil doit être correctement mise à la terre pour éviter d'endommager par un choc électrique.**



FIG. 2

**Manuel d'utilisateur**



**ATTENTION!:**
Débrancher ou isoler la machine du l'alimentation électrique avant de changer les câbles.



Avant de terminer la connexion électrique, vérifiez la rotation du vis sans fin (4). Quand la touche ON est pressé, le vis sans fin doit tourner dans le sens antihoraire, voyant l'appareil à l'avant. Si le vis sans fin tourne en sens horaire, appuyez sur la touche d'arrêt et débranchez l'appareil. Interchange 2 des 3 câbles d'alimentation entrants. (Voir fig. 2)

Rebranchez le hachoir au réseau électrique, allumez-le et vérifiez à nouveau la rotation. Si la bonne opération est accordé, fixez la connexion au réseau électrique. Si vous avez des questions concernant la connexion de l'appareil, contactez votre distributeur agréé. Le mode opératoire ci-dessus applique seulement au hachoir avec une connexion triphasée.

**FIG.3 ROTATION DE VIS SANS FIN**

## Comment retirer l'unité de hachage.

1.- Retirez l'anneau (17) tournant en sens antihoraire et d'en extraire la plaque (16), un couteau (15) et un vis sans fin (13).

2.- Tourner la poignée de la poupée (7) pour être capable d'éliminer la poupée (10).

Inverser les étapes et la séquence d'installer l'unité de meulage à nouveau. Prenant une attention particulière aux points suivants:

a) Après le montage de la poupée (10), visser le bouton de poupée (7) pour fixer la poupée

b) Le couteau (15) doit être insérée dans l'arbre du vis sans fin. L'extrémité pointue doit être orienté à l'avant.

c) Placer la plaque (19) centrée contre la lame (18) assurant l'entaille correspond à la broche insérée de la poupée.



**FIG.4 POSITION DE POIGNÉE**



**IMPORTANT!:**
*Avant de bloquer la poignée de la poupée, assurez-vous que les deux poupées (10) et le couvercle de la transmission (6) sont reliés avec aucun espace entre eux.*

3

**Manuel d'utilisateur**



**IMPORTANT!:**
Ne assemblez pas l'ensemble de l'unité dans le même temps, cela risquerait d'endommager les engrenages de la transmission. L'assemblage individuel des components étend la durée de vie et de garantir le fonctionnement correct de la poupée et ses composants.

### COMMENT INSTALLER LE PLATEAU DE PRODUIT.

1.- Positionnez le trou du plateau (2) sur la partie supérieure de la poupée (10), utilisez les guides sous le plateau pour le situer dans la position correcte, serrez les deux boutons de plateau pour le maintenir en place, (vous assurer que la pointe de la vis papillon correspond dans le indentation fabriqué en la poupée).

2.- Placez le poussoir (1) dans le dispositif de protection (21).

### IV.- OPERATION

1.- Avant de commencer, passez à la position de travail correcte - aux côtés de l'hachoir à viande - (voir la figure 5.).

2.- Allumez l'appareil.

3.- Placez l'appareil au dos du plateau d'alimentation (2).

4.- Faites passer le produit dans l'ouverture de la poupée (10).

5.- En utilisant seulement le poussoir fourni (1), poussez le produit sans le forcer.



**FIG.5 POSITION DE TRAVAIL**

### V.- ÉLÉMENTS CLÉS DANS LE MÉLANGE ET BROYAGE DES PRODUITS DE QUALITÉ

**MODÈLES: M-32, M-32-3   (MOTEUR 3HP)**
Le hachoir à viande peut moudre à un taux de 55 lb / min (25 kg / min) à la première meulage en utilisant une plaque 3/8" (non fourni) et 28 lb / min (13 kg / min) pour la deuxième meulage.

**MODÈLES: M-32-5   (MOTEUR 5HP)**
Le hachoir à viande peut moudre à un taux de 63 lb / min (29 kg / min) à la première meulage en utilisant une "plaque 3/8 (non fourni) et 30 lb / min (14 kg / min) pour la deuxième meulage.

Pour prolonger la durée de vie de l'appareil et obtenir des produit de qualité supérieure, les conseils suivants sont prévus:

▪ Vérifier périodiquement la netteté de la plaque (16) et des le couteau (15).

▪ L'unité de hachage doit être exempt de débris alimentaires.

▪ La tension sur l'anneau de tête devrait être ferme sans être trop serrée. Un serrage excessif peut conduire à une friction excessive, l'usure du moteur et / ou de l'aspect médiocre des produits.

▪ Nettoyez l'unité de hachage (poupée inclus) après l'utilisation en l'extrayant du l'appareil.

▪ Gardez l'appareil dans un propres et hygiénique alors que ne est pas utilisée.

▪Il est conseillé que la viande utilisée pour le meulage est de 1°C à -3°C (33.8°F à 26.6°F)

Manuel d'utilisateur

 **MISE EN GARDE ET RECOMENDATION POR LE MEULAGE**

1.- Utiliser la plaque 3/8" ou plus grand our le premier meulage.



FIG A. LA PLAQUE DE TAILLE EST SITUÉ DANS LE BORD

**IMPORTANTI:**

Des dommages éventuels aux appareils peuvent se produire si vous utilisez la petite plaque.

2.- Pour un second meulage, il est possible d'utiliser une plaque 3/16", ou plus petit.

**ATTENTIONI:**

Ne pas utiliser des plaques plus petites que 3/8" dans le premier meulage pour éviter d'endommager l'appareil.

**IMPORTANTI:**

Cet appareil en a la capacité de mouture de différents types d'aliments, autant que ces aliments ne ont pas une consistance collante et / ou sujettes à durcir dans le processus, car ils pourraient rester coincés dans les composants et possiblement se bloquent (par exemple, les pois chiches hydraté, le maïs, la nourriture avec une consistance pâteuse, etc.)

 **IMPORTANTI:**
Pour l'utilisation pour la première fois, vous devez hacher au minimum 2 livres de la ferraille et des produits claire pour éliminer les débris métallique ou extérieure.

5

**Manuel d'utilisateur**

## VI.- NETTOYAGE

Pour le nettoyage de l'unité de hachage, suivez la procédure suivante:

1. Démonter les composants principaux tel qu'expliqué précédemment dans la section d'installation.

2. En utilisant une brosse à poils doux (non fournie Voir Fig. 4), nettoyer avec un détergent adéquat chaque composant, spécialement à l'intérieur de la poupée (10) pour éliminer les déchets et les débris d'aliments.

3. Lavez chaque composant à l'eau abondante.

4. Séchez complètement. Ne laissez pas les nettoyeurs de savon sécher sur la surface.

5. Il est important, après l'exécution de cette procédure, de lubrifier la lame (15) et la plaque (16) avec une l'huile minérale fourni. Assemblez à nouveau.

BROSSE À POILS DOUX

 

MOUVEMENT OSCILLANT

.5 in (4 cms)

**FIG.6 TIP POUR NETTOYER LES PIÈCES RUGUEUSES**



**IMPORTANT!:**
**Éviter l'utilisation de nettoyants abrasifs, de l'acide, des fibres, des chlorures (tels que agent de blanchiment chloré), sur les surfaces en acier inoxydable, car on causerait les piqûres, la corrosion, la décoloration métallique. En permettant des solutions salées à évaporer et sécher sur l'acier inoxydable peuvent également contribuer à des conditions corrosives.**

## VII.- ENTRETIEN

Cet appareil est conçu pour avoir un entretien minimal, mais il est important de vérifier les points suivants:

1. Le couteau (15) et le trou de plaque (16) doivent toujours détenir des arêtes vives. Remplacez-les après une certaine période d'utilisation ou si vous constatez que la qualité de la viande moulu est pas aussi fine que la première fois.

2. Remplacez le couteau et plaque de lorsque l'ensemble devient lâche, même si la bague (17) est complètement serré.

3. Si le cordon d'alimentation (3) ou la prise sont endommagés, il faudra les remplacer par un technicien autorisé ou de personnel qualifié pour éviter les risques de choc électrique.

4.- Graissez l'entrée de la poupée dans le couvercle de transmission lorsque si vous constatez que la graisse approuvée (24) a été consommée par l'emploi ou le nettoyage. Appliquer de la graisse approuvé pour le contact alimentaire seulement contenu dans la bouteille. Il est important de toujours lubrifier cette zone pour faciliter le démontage de la poupée.

5.- La boîte d'engrenage de ce broyeur est fermé hermétiquement et doit être réparé ou ouvert que par un technicien approuvé, l'huile de la transmission devrait être remplacé au minimum tous les deux ans de fonctionnement normal.



**ATTENTION!:**
**Débrancher ou isoler la machine du l'alimentation électrique avant de changer les câbles ou d'effectuer un entretien.**

**Manuel d'utilisateur**

## GUIDE POUR RESOUDRE DES PROBLEMES TECHNIQUES.

| PROBLÈMES | IL NE TOURNE PAS | IL NE PAS MOUD | BRUIT EXCESSIVE | HUILE RENVERSÉE | POUPÉE / DEPLACEMENT | POUPÉE CHAUD |
|---|---|---|---|---|---|---|
| Vérifiez les caractéristiques électriques (curent, tension, etc.) | X | | | | | |
| Changer le moteur | X | | | | | |
| Vérifiez la connexion électrique | X | | X | | | |
| Changez l'interrupteur | X | | | | | |
| Vérifiez la tension appliquée | X | X | | | | |
| Régulez le courant (AMPS) sur le relais thermique | | X | | | | |
| Changez Couteau / Plaque | | X | X | | | |
| Changez de engrenage | | | X | | | |
| Vérifier l'huile dans la boîte de transmission | | | X | | | |
| Changer le joint d'étanchéité au boîte de transmission et / ou le couvercle du réducteur | | | | X | | |
| Changez le joint à la couverture engrenage | | | | X | | |
| Retirez et assemblez à nouveau la poupée | | | | | X | |
| Évitez d'utiliser le hachoir à viande sans les produits | | | | | | X |
| Changez la rondelle en nylon de la vis sans fin | | | | | | X |

## CE SONT PIECES QUI DOIVENT ETRE CHANGEES APRES LE TEMPS D'UTILISATION SPECIFIQUES.

| Des pièces à Contrôler et remplacer | Fréquence des contrôles | Durée de vie | Commentaires |
|---|---|---|---|
| Couteau (15) et la plaque (16) | Mensuel | 3 mois | Selon usage. Si la viande est moulu pas aussi fine que la première fois, le remplacement est nécessaire. |
| Huile de transmission (Voir Cabinet à l'intérieur pour le type d'huile) | Annuelle | 2 années | Vérifiez le niveau d'huile et l'apparence. Si la couleur de l'huile est totalement noir, il doit être remplacé. |
| Vis sans fin (13) poupée (10) | Annuelle | 4 à 5 ans | Si assemblage entre ces deux composants est desserré (0,150 "ou plus) la vis sans fin doit être remplacé. |
| Interrupteur d'alimentation (9) | Mensuel | Selon usage | L'impression en poussant l'interrupteur d'alimentation doit être stable. Si vous constatez des mouvements excessifs, vous devez le remplacer. |

**Manuel d'utilisateur**

**SOIN PERTICULIER DE L'ACIER INOXYDABLE**

Ceci est un guide des méthodes de nettoyage pour l'acier inoxydable

| Exigences | Methode suggerée |
|---|---|
| Nettoyage régulier des petits encrassements | Lavez immédiatement au savon ou du détergent dans l'eau chaude et propre. Appliquez avec une éponge propre, chiffon doux ou une brosse douce en fibres, puis rincez à l'eau propre et séchez. |
| Les empreintes digitales | Utilizes un détergent. Rincez à l'eau tiède. Séchez complètement |
| Marques d'eau | Utilisez de l'eau de rinçage propre, comme l'eau potable de qualité satisfaisante (courante). Les marques de séchage peuvent être évités en utilisant un compresseur d'air ou en frottant avec des lingettes jetables propres. |
| Marques de graissage | Utilisez de l'eau de rinçage propre, vous pouvez ajouter du vinaigre blanc ou une solution d'eau douce. Rincez à l'eau tiède et sécher à nouveau. |
| Taches de rouille | Lavez la surface avec une CLR nettoyant (calcium, de chaux et dérouillant). Ne pas utiliser de l'acide, utilisez uniquement la solution recommandée. Appliquer en utilisant une éponge non abrasive. Rincez soigneusement la surface avec de l'eau propre et doux après le traitement. |
| Poussière et débris | Lavez la surface avec un savon liquide doux. Appliquer en utilisant un chiffon doux, non-abrasif. Rincez soigneusement la surface avec de l'eau propre. |

**Manuel d'utilisateur**

### VIII.- CARACTERISTIQUES DU L'APPAREIL
#### A) ELECTRIQUES (selon votre équipement. Voir la plaque d'identification).

| MOTEUR | 3HP (2.2 kW) | | | | |
|---|---|---|---|---|---|
| Phases | 1 | | 3 | | |
| Tension | 220 V~ | 230V~ | 220 V3 ~ | 230 V3 ~ | 380V3~ |
| Fréquence | 60Hz | 50 Hz | 60 Hz | 50Hz | 50 Hz |
| Courant | 16.8 A (16 A*) | 16,8 A | 8.8 A (8 A*) | 8,6 A | 4,4 A |

*Courant utilisée au Mexique

| MOTEUR | 5HP (3.7 kW) | | | |
|---|---|---|---|---|
| Phases | 1** | 3 | | |
| Tension | 220 V~ | 220 V3 ~ | 230 V3 ~ | 380 V3 ~ |
| Fréquence | 60Hz | 60 Hz | 50 Hz | |
| Courant | 26 A | 13.6 A (14.2 A*) | 14,2 A | 8,1 A |

** Non disponible aux États Unis    *Courant utilisée au Mexique

### B) DIMENSIONS GÉNÉRALES



21.25" (54 cm)   42.91" (109 cm)   23.62" (60 cm)   9.84" (25 cm)

**FIG.7 DIMENSIONS GÉNÉRALES DE L'APPAREIL**

### C) SCHÉMA ÉLECTRIQUE

Le schéma électrique de cette unité est placé à l'intérieur du cabinet.



**ATTENTION!:**
Le cabinet de cet appareil doit être ouvert seulement par personnel qualifié. Pour tout problème ou de doute associées aux spécifications et connexions électriques, appelez à votre distributeur agrée.

**Manuel d'utilisateur**

**SCHEMA HACHOIR À VIANDE POUR LES COMPOSANTS (VOIR PAGES CENTRALES)**

| Article | Description | QTE |
|---|---|---|
| 1 | POUSSE | 1 |
| 2 | PLATEAU DE PRODUIT | 1 |
| 3 | CORDON D'ALIMENTATION | 1 |
| 4 | PIEDS EN ALUMINIUM | 4 |
| 5 | CABINET | 1 |
| 6 | COUVERTURE DE TRANSMISSION | 1 |
| 7 | MANETTE POUPÉE | 1 |
| 8 | CAOUTCHOUCS | 2 |
| 9 | SWITCH (INTERRUPTOR) | 1 |
| 10 | POUPEE | 1 |
| 11 | ARRIÈRE TIGE | 1 |
| 12 | RONDELLE EN NYLON (M32) | 1 |
| 13 | VIS SANS FIN | 1 |
| 14 | AVANT TIGE | 1 |
| 15 | COUTEAU | 1 |
| 16 | PLAQUE | 1 |
| 17 | ANNEAU DE LA POUPÉE | 1 |
| 18 | GARDE DE SÉCURITÉ | 1 |
| 19 | RONDELLE EN BRONZE M32 | 1 |
| 20 | BOUTONS DE PLATEAU | 2 |
| 21 | MANETTE DEFLECTOR | 1 |
| 22 | DÉFLECTEUR | 1 |
| 23 | MOTEUR (3HP OU 5HP - non représenté) | 1 |
| 24 | GRAISSE BOUTEILLE APPROUVÉ POUR CONTACT ALIMENTAIRE | 1 |

**Annexe**

THANKS FOR READING THIS MANUAL. IF YOU HAVE ANY DOUBT REGARDING THE OPERATION OF THIS MEAT GRINDER , PLEASE CONTACT TO YOUR PRO CUT AUTHORIZED DEALER.

GRACIAS POR LEER ESTE MANUAL. SI UD. TIENE ALGUNA DUDA SOBRE LA OPERACIÓN DE ESTE MOLINO PARA CARNE, POR FAVOR CONTACTE A SU DISTRIBUIDOR PRO-CUT AUTORIZADO

MERCI POUR LIRE CE MANUEL. SI VOUS AVEZ AUCUN DOUTE CONCERNANT LE FONCTIONNEMENT DE CE HACHOIR À VIANDE, CONTACT À VOTRE  REVENDEUR AGRÉÉ PRO-CUT.