Certified Copy

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------X
ISOJON KHUSENOV,

                                    Plaintiff,

           -against-                Case No.:
                               1:21-CV-3703-BMC
PROKRAFT INC. And PRO-CUT,

                                    Defendants.
-----------------------------------------------X
PROKRAFT INC.,

                   Third-Party Plaintiff,

              -against-
KARZINKA US, INC.,

                   Third-Party Defendant.
-----------------------------------------------X
                         January 26, 2022
                         10:44 a.m.


        REMOTE EXAMINATION BEFORE TRIAL of
ISOJON KHUSENVOS, the Plaintiff in the
above-entitled action, taken on behalf of the
Defendant, held at the above date and time, and
taken before Dorene Glover, an RSR Reporter and
Notary Public within and for the State of New
York.

Isojon Khusenvos, 1/26/2022

```
 1
 2    A P P E A R A N C E S:
 3
 4    LAW OFFICE OF YURIY PRAKHIN, P.C.
         Attorneys for Plaintiff
 5       1883 86th Street
         Brooklyn, New York 11214
 6       BY: ARVID GITELMAN, ESQ.
 7
 8    O'CONNOR REDD ORLANDO, LLP.
         Attorneys for Defendants
 9       P.O. Box 1000
         Port Chester, New York 10573
10       BY: CARMEN M. VASQUEZ, ESQ.
11
12    CONGDON, FLAHERTY, O'CALLAGHAN
         Attorneys for Third-Party Defendant
13       333 Earle Ovington Boulevard, #502
         Uniondale, New York 11553
14       BY: THOMAS EVANS, ESQ.
15
16
17    Also Present:
18       MUHITDIN AHUNHODJAEV - Uzbek Interpreter
19
20
21
22
23
24
25
```

**2**

Isojon Khusenvos, 1/26/2022

1

2    IT IS HEREBY STIPULATED AND AGREED by and

3    between the attorneys for the respective

4    parties herein that the sealing, filing and

5    certification of the within deposition be

6    waived; that such deposition may be signed and

7    sworn to before any officer authorized to

8    administer an oath, with the same force and

9    effect as if signed and sworn to before whom

10   said deposition was taken.

11     IT IS FURTHER STIPULATED AND AGREED that all

12   objections, except as to form, are reserved to

13   the time of trial.

14

15

16

17

18

19

20

21

22

23

24

25

3

Isojon Khusenvos, 1/26/2022

1

2      M U H I T D I N   A H U N H O D J A E V,

3      a Uzbek interpreter, solemnly swore to

4      translate the following questions from English

5      to Uzbek and answers from Uzbek to English:

6      I S O J O N   K H U S E N V O S,

7      the witness herein, having first been duly

8      sworn, through an interpreter, by a Notary

9      Public of the State of New York, was examined

10     and testified as follows:

11     EXAMINATION BY

12     **MS. VASQUEZ:**

13          **Q.   Please state your name for the**

14     **record.**

15          A.   Isojon Khusenvos.

16          **Q.   Please state your address.**

17          A.   9958 66th Avenue, #6B, Rego Park,

18     New York 11374.

19               **THE COURT REPORTER:   Would you like**

20          **a copy of the transcript?**

21               **MR. EVANS: Yes.**

22               **THE COURT REPORTER:   Mr. Gitelman,**

23          **would you like a copy of the transcript?**

24               **MR. GITELMAN: Yes.**

25          **Q.   Good morning, Mr. Khusenvos.   My**

4

Isojon Khusenvos, 1/26/2022

```
 1                    KHUSENVOS
 2    name is Carmen Vasquez.  I'm an attorney with
 3    the law firm O'Connor, Redd, Orlando.  My
 4    office represents Pro-cut and Prokraft who are
 5    defendants in this lawsuit.  I'm going to ask
 6    you some questions today relating to your claim
 7    and I'm going to ask that you please let me
 8    give you some instructions.  I'm going to ask
 9    that you please wait for the interpreter to
10    interpret my question before you begin to
11    answer it.  It's possible that you may
12    anticipate some of the answers but I want you
13    to wait until the question is completed.
14    Please make sure that all your responses are
15    verbal.  No nods of your head and gestures with
16    your hand.  It is not going to be translated
17    into the transcript.  The reporter is here to
18    take down everything that you say and that
19    everybody is saying.  So it's important that
20    all communications remain verbal.
21               If at any time you don't understand
22    my question, please let me know that and I will
23    rephrase it as best as I can so that you can
24    understand it.  If you answer the question, I
25    will assume that you understood it.  The last
```

5

Isojon Khusenvos, 1/26/2022

```
 1                    KHUSENVOS
 2    thing I'll say is, if there is a question
 3    pending and you need to speak to your attorney,
 4    you have to please answer the question before
 5    you speak to your attorney; do you understand
 6    that?
 7         A.   Yes.
 8         Q.   Have you understood all of the
 9    instructions?
10         A.   Yes.
11         Q.   Another last point is, you have to
12    say yes or no.  You can't say a hum, because
13    again, that's not going to properly put down in
14    a transcript.
15         A.   Okay.
16         Q.   And just another point, if at any
17    time you need a break for any reason, you're
18    more than welcome to take it and just let us
19    know.  Again, I'll just add, if there's a
20    question pending, you have to answer the
21    question before we take a break, okay?
22         A.   Okay.
23         Q.   Thank you.
24              We'll start.  Is your date of birth
25    XXXXXX, 1996?
```

**6**

Isojon Khusenvos, 1/26/2022

1                        KHUSENVOS

2          A.    Yes.

3          Q.    Do you have a Social Security

4    number?

5                MR. GITELMAN:   Re-track that from

6          the record, please.

7                MS. VASQUEZ:   Absolutely.   No

8          objection.

9          A.    No.

10         Q.    Are you married?

11         A.    No.

12         Q.    Do you have any children?

13         A.    No.

14         Q.    Who do you live with?

15         A.    With my parents.

16         Q.    What are their names?

17         A.    Azimov is my father's name.

18   A-Z-I-M-O-V.  Kozim, K-O-Z-I-M.

19         Q.    That's your father's name?

20         A.    Yes.

21         Q.    And your mother?

22         A.    Shakhlo Mamatova.  S-H-A-K-H-L-O.

23   Last name is M-A-M-A-T-O-V-A.

24         Q.    You live with both your parents at

25   the apartment address that you gave us earlier

7

Isojon Khusenvos, 1/26/2022

1                        KHUSENVOS

2     today, correct?

3          A.   Yes.

4          Q.   Are there any other family members

5     that you live with at that address?

6          A.   No.

7          Q.   Where were you born?

8          A.   I was born in Samakmed,

9     S-A-M-A-K-M-E-D, City in Uzbekistan.

10         Q.   When did you come to the USA?

11         A.   2018.

12         Q.   Do you remember the month that you

13    arrived or the day?

14         A.   It was the winter, sometime in

15    December.

16         Q.   Why did you come to the U.S.?

17              MR. GITELMAN:   Note my objection to

18         form.

19         A.   I came to live in America with my

20    family.

21         Q.   Do you still have any family in

22    Uzbekistan?

23         A.   Close people to my father are still

24    in Uzbekistan.

25         Q.   Other than your parents, do you

**8**

Isojon Khusenvos, 1/26/2022

```
 1                          KHUSENVOS
 2   have any other family members in the U.S.?
 3          A.   I have an uncle from my father's
 4   side.
 5          Q.   What's his name?
 6          A.   Bakhtier, B-A-K-H-T-I-E-R.  Azimov,
 7   A-Z-I-M-O-V.
 8          Q.   Does he live in Queens, New York?
 9               MR. GITELMAN:  Note my objection.
10          A.   Yes.
11          Q.   Do you have any siblings living in
12   the U.S.?
13               MR. GITELMAN:  You didn't ask if he
14          has any siblings, if he has any siblings
15          at all.
16          Q.   Do you have any siblings?
17          A.   Yes, I do.
18          Q.   Are any of them living in the U.S.?
19          A.   Yes, they do.
20          Q.   Where do they live?
21          A.   At the same address.  We live
22   together.
23          Q.   Is that 9958 66th Avenue?
24          A.   Yes.
25          Q.   How many siblings do you have
```

**9**

Isojon Khusenvos, 1/26/2022

1                          **KHUSENVOS**

2    **living there with you address at the address?**

3          A.   I have two little brothers and one

4    little sister.

5          **Q.   How old are they?**

6          A.   Do you want the ages or do you want

7    the years when they were born?

8          **Q.   Give me the year when they were**

9    **born.**

10         A.   1998.  Would you like me to tell

11   you their names as well?

12         **Q.   Yes, please.  Thank you.**

13         A.   XXXXXXXXX.

14         **Q.   And the other brother?**

15         A.   2008.  The female name is XXXXXXX.

16   It is the same last name XXXXXXX.

17              **MR. GITELMAN:  Can we keep minor's**

18         **name off the record, please?**

19              **MS. VASQUEZ:  Yes, absolutely.**

20         **Q.   You said you had two younger**

21   **brothers, one was born 1998.  What about the**

22   **other one?**

23         A.   2012.

24         **Q.   And his name?**

25              **MS. VASQUEZ:  Off the record,**

**10**

Peterson Reporting Video & Litigation Services

Isojon Khusenvos, 1/26/2022

1                    **KHUSENVOS**

2          please.

3                    **(Whereupon, an off-the-record**

4          **discussion was held.)**

5          **Q.   Are there any other family members**

6   **living at 9958 66th Avenue with you currently?**

7          A.   No.

8          **Q.   How long have you lived at 9958**

9   **66th Avenue?**

10         A.   I don't know exactly but

11  approximately one year.

12         **Q.   Were you living there on the date**

13  **of your accident?**

14         A.   Yes, I was living at that place

15  when the accident happened.

16         **Q.   Can you tell me what your highest**

17  **level of education is?**

18         A.   Just nine years of school.

19         **Q.   Is that up to the ninth grade is**

20  **that -- or something else?**

21         A.   I studied at school for nine years

22  and I went to lyceum.  Academic high school.

23         **Q.   Was your school education those**

24  **nine years, was that in Uzbekistan?**

25         A.   Yes, in Uzbekistan.

**11**

Isojon Khusenvos, 1/26/2022

```
1                    KHUSENVOS
2        Q.   Did you attend any type of
3   elementary school from a date in your life when
4   you were young like seven or eight years old?
5             MR. GITELMAN:  What does that
6             question even mean?  Objection to form.
7             MS. VASQUEZ:  Withdrawn.
8        Q.   Did you attend elementary school in
9   Uzbekistan?
10       A.   Yes.
11       Q.   Elementary school, is that first
12  grade through sixth grade or something else?
13       A.   It is from the first to the fourth
14  or fifth grade.
15       Q.   Did you complete your elementary
16  education?
17       A.   Yes, I did.
18       Q.   Then did you continue onto a
19  different school for either middle school or
20  high school?
21       A.   Yes, middle school continued in the
22  same school building.
23       Q.   How many years was middle school?
24       A.   It's from fifth to the ninth grade.
25       Q.   After you finished ninth grade, did
```

**12**

Peterson Reporting Video & Litigation Services

Isojon Khusenvos, 1/26/2022

1                          **KHUSENVOS**

2     you continue onto high school?

3          A.   No, I didn't.

4          Q.   **How old were you when you completed**

5     **middle school?**

6          A.   I don't remember for sure but I was

7     probably 13 or 14 years old.

8          Q.   **Do you remember the year when you**

9     **completed middle school?**

10         A.   I don't remember now.

11         Q.   **Is there a reason why you did not**

12    **continue onto high school?**

13              MR. GITELMAN:  Note my objection.

14         **You can answer.**

15         A.   Because there is no high school

16    after ninth grade.  After ninth grade, you can

17    continue with college.

18         Q.   **Is there a reason -- did you**

19    **continue on with college after that or was that**

20    **the end of your education in school?**

21         A.   Yes, I did continue.  I went to

22    that academic high school.

23         Q.   **How many years did you do there?**

24         A.   Three years.

25         Q.   **Did you graduate?**

**13**

Peterson Reporting Video & Litigation Services

Isojon Khusenvos, 1/26/2022

|   |   |
|---|---|
| 1 | **KHUSENVOS** |
| 2 | A.   Yes. |
| 3 | Q.   Did you receive a degree? |
| 4 | A.   Yes, I did. |
| 5 | Q.   What kind of degree was it? |
| 6 | A.   They gave me a green diploma. |
| 7 | Q.   What does the green diploma mean? |
| 8 | A.   It means that I graduated with |
| 9 | medium grades. |
| 10 | Q.   Did you have a major? |
| 11 | A.   No. |
| 12 | Q.   What kind of courses did you take |
| 13 | at the academic high school? |
| 14 | A.   Math, literature, mother tongue |
| 15 | language, geometry. |
| 16 | Q.   Do you know if the lyceum school is |
| 17 | equivalent to high school in the United States? |
| 18 | A.   I don't know.  Probably but I don't |
| 19 | know. |
| 20 | Q.   Did you continue onto any type of |
| 21 | school after graduating from academic lyceum? |
| 22 | A.   No. |
| 23 | Q.   Did you attend any type of trade |
| 24 | school? |
| 25 | A.   No.  L-Y-C-E-U-M. |

**14**

Peterson Reporting Video & Litigation Services

Isojon Khusenvos, 1/26/2022

1                          KHUSENVOS
2          Q.    How old were you when you graduated
3    from academic Lyceum?
4          A.    17, 18.
5          Q.    How long after you graduated from
6    academic Lyceum did you come to the USA?
7          A.    I don't remember for sure but after
8    three or four years.
9          Q.    In those three to four years after
10   you graduated from academic Lyceum and before
11   you came to the USA, what did you do?
12         A.    I was working with my father
13   helping him.
14         Q.    Where was that that you were
15   working?
16         A.    I did buying and selling with my
17   father for trade.
18         Q.    Did you say trading?
19         A.    Yes, trading.
20         Q.    What were you buying and selling
21   and trading?
22         A.    Construction materials.
23         Q.    Like what for example?
24         A.    For example, ceiling materials,
25   tiles, things like that.

**15**

Isojon Khusenvos, 1/26/2022

1                    KHUSENVOS

2          Q.    Where did you buy the materials

3    from?

4          A.    We used to -- in Uzbekistan itself,

5    for example, from Gashkeng, G-A-S-H-K-E-N-G.

6    We would order and they would deliver.

7          Q.    Then you would sell it to who?

8          A.    There was a market and we would

9    sell it at the market.  People would come and

10   we would sell it to them.

11         Q.    Earlier when you said trading, did

12   you also trade those materials at the market

13   for other stuff?

14              MR. GITELMAN:  Note my objection to

15              form.  You can answer.

16         A.    No.

17         Q.    What did you mean then when you

18   said trading?

19         A.    We used to buy materials and we

20   used to sell the material to those people who

21   needed those materials.  It's like closed to

22   Home Depot like an American version.

23         Q.    I'm just trying to understand when

24   you said trading, what were you referring to?

25   Is it the same thing as buying and selling or

**16**

Peterson Reporting Video & Litigation Services

Isojon Khusenvos, 1/26/2022

1                           **KHUSENVOS**
2    **an additional?**
3          A.   No.  The meaning is only -- we used
4    to buy and sell it.
5          **Q.   Thank you for clarifying.**
6               **Earlier you said that they would**
7    **deliver it.  With regards to the product that**
8    **you were buying and selling, was the product**
9    **delivered by a third party to you or did you**
10   **have to pick it up and ship it yourself?  How**
11   **did that work?**
12         A.   We used to go and get it.
13         **Q.   Do you have a drivers license?**
14              **MR. GITELMAN:  Presently or in**
15         **Uzbekistan?**
16         **Q.   Presently, do you have a drivers**
17   **license?**
18         A.   No.
19         **Q.   Did you have one in Uzbekistan?**
20         A.   No, I didn't have it in Uzbekistan
21   either.
22         **Q.   Did you drive in Uzbekistan?**
23         A.   No.
24         **Q.   Do you know how to drive?**
25         A.   No.

                                            **17**

Isojon Khusenvos, 1/26/2022

1                          KHUSENVOS

2          Q.    Specifically with the work that you

3     were helping your father do, what was your --

4     what were your duties?

5               MR. GITELMAN:  We're talking about

6          in Uzbekistan, correct?

7               MS. VASQUEZ:  Yes.  When they said

8          he was helping his father for those

9          three to four years.

10         A.    I used to help him by showing the

11    materials to the clients that would come there.

12         Q.    Would you describe yourself as a

13    salesman?

14         A.    Yes, you can say that.

15         Q.    You did that job for three to

16    four years?

17         A.    Yes, is that correct.

18         Q.    Is that the only job that you held

19    between the time you graduated from academic

20    Lyceum until you came to the USA?

21         A.    Yes, that's correct.

22         Q.    Do you speak any English currently?

23         A.    Little bit, not much.

24         Q.    Have you understood any of the

25    questions I've asked in English?

Isojon Khusenvos, 1/26/2022

```
 1                     KHUSENVOS
 2        A.   No, not all of them.
 3        Q.   Some of them?
 4             MR. GITELMAN:  Counsel, he answered
 5        the question.
 6             MS. VASQUEZ:  Well, he said not all
 7        of them.  So my follow-up question is
 8        any of them.
 9             MR. GITELMAN:  It's kind of implied
10        in the answer but okay.
11        Q.   Did you understand any of them?
12        A.   Not all of them.  I didn't
13   understand a lot of it.
14        Q.   But you understood some of them; is
15   that correct or am I wrong?
16        A.   A little bit, yes.
17        Q.   Did you ever take English classes
18   while in the USA?
19        A.   No.
20        Q.   While you were in Uzbekistan, did
21   you ever take English language courses?
22        A.   No, I didn't.  They didn't have it.
23        Q.   At any time since arriving in the
24   US, have you made any efforts to enroll or take
25   any English language courses?
```

**19**

Isojon Khusenvos, 1/26/2022

```
1                    KHUSENVOS
2           MR. GITELMAN:  Note my objection to
3      form.  You can answer.
4      A.    No.
5      Q.    Are you right-handed or
6  left-handed?
7      A.    Right-handed.
8           MR. GITELMAN:  Are we talking about
9      before the accident or presently because
10     obviously we know the situation with his
11     right hand?
12     Q.    Before this accident happened, were
13  you right-handed?
14     A.    Yes, right-handed.
15     Q.    When you first arrived in the US,
16  did you already have a job or -- withdrawn.
17          When you first arrived in the US,
18  did you immediately begin to work?
19     A.    Not right away.
20     Q.    When did you first start working
21  when you got here?
22     A.    After I came back.  Two,
23  three months later after I came back.
24     Q.    Can you clarify that for me,
25  please?  I'm trying to understand what you mean
```

**20**

Isojon Khusenvos, 1/26/2022

1                        KHUSENVOS

2    by after I came back.  Came back from where?

3         A.   After I came from Uzbekistan.

4         Q.   Had you been in the U.S. at any

5    time before you came here in 2018?

6         A.   No.

7         Q.   Where was that job that you had two

8    to three months later after you arrived?

9         A.   I worked at the gym.

10        Q.   What gym was that?

11        A.   The name is Complete Body in

12   Manhattan.

13        Q.   What street is that on?

14        A.   It is on 25 14th Street.

15        Q.   I'm sorry, can you repeat that,

16   please?

17        A.   25 14th Street.  There was another

18   branch.  It is on the Wall Street.  It is

19   called Wall Street.

20        Q.   How long did you work in total for

21   Complete Body?

22        A.   I worked for about seven months.

23        Q.   Did you work at both locations on

24   14th Street and Wall Street or just one of them

25   or something else?

**21**

Isojon Khusenvos, 1/26/2022

1                    **KHUSENVOS**

2          A.    I mostly worked on 25 14th.  If

3    there was a need, if they needed me at Wall

4    Street, then I would go there.

5          **Q.    What job did you have?**

6          A.    I did cleaning again.  I clean

7    equipments in their places and stuff.

8          **Q.    Was that job on the books or off**

9    **the books?**

10          MR. GITELMAN:  Objection.  Why is

11          that relevant?  Don't answer that

12          question.

13          **Q.    Alright.  You know what --**

14    **withdrawn.**

15          **Do you have -- when you were**

16    **working at Complete Body, did you have working**

17    **papers?**

18          A.    No, I didn't have papers.

19          **Q.    Did you have any type of Visa that**

20    **allowed you would work in the U.S.?**

21          A.    No, I didn't.

22          **Q.    Did you have a green card?**

23          A.    No.

24          **Q.    Were you a U.S. citizen?**

25          MR. GITELMAN:  Note my objection.

**22**

Isojon Khusenvos, 1/26/2022

1                    KHUSENVOS

2          You can answer.

3          A.   No.

4          Q.   Were you paid in cash?

5          A.   Are you asking my citizenship now

6   or at the time when I had the accident?

7          Q.   The time when you were working for

8   Complete Body.

9          A.   At that time it was a process

10  waiting for the green card.

11         Q.   Currently, do you have a green

12  card?

13         A.   Yes, I do have it now.

14         Q.   When did you get it?

15         A.   Recently in December I received the

16  papers.

17         Q.   Did you receive a Social Security

18  number in connection with that green card?

19         A.   No, not yet.  I was told that it's

20  in the process.  I didn't receive it yet.

21         Q.   So back to when you were working

22  for Complete Body, were you paid in cash?

23              MR. GITELMAN:  Note my objection.

24         He can answer.

25         A.   I used to have.  They could not pay

23

Isojon Khusenvos, 1/26/2022

1                          KHUSENVOS

2    me cash but there was another person from my

3    city who would receive the money and then he

4    would give money to -- give some money to me

5    for my transportation and for my daily parking

6    expenses.

7          Q.   What hours were you working at the

8    time?

9          A.   I was working from Monday to

10   Saturday.

11         Q.   How many hours per day?

12         A.   Mostly from eight to 12 or one but

13   sometimes if they needed more help, I would

14   stay for an extra two hours.

15         Q.   So about four hours, maybe five

16   hours a day whenever you did work?

17         A.   That's correct.

18         Q.   And you were working six days a

19   week at the time?

20         A.   Correct.

21         Q.   How much money were you receiving

22   from your friend who paid you?

23              MR. GITELMAN:  His friend or

24         Complete Body, both?

25              MS. VASQUEZ:  His testimony was

Peterson Reporting Video & Litigation Services

Isojon Khusenvos, 1/26/2022

```
1                        KHUSENVOS
2         that he couldn't get paid so his friend
3         gave him the money.
4              MR. GITELMAN:  I don't think that
5         was the testimony.
6              MS. VASQUEZ:  Let's go back and
7         clarify.
8              MR. EVANS:  That's what I
9         understood it to be.  So maybe there
10        needs to be a clarification.
11             MR. GITELMAN:  Sure.
12        Q.   Mr. Khusenvos, we just want to
13   clarify.  I understood when you were working
14   for Complete Body, you were unable to be paid
15   directly.  So your friend got paid and then he
16   gave you money; is that correct or is that
17   wrong?
18        A.   Yes you can say that.
19        Q.   Is the reason that you could not
20   get paid is because you didn't have working
21   papers?
22        A.   That's correct.
23        Q.   How much money were you getting
24   from your friend?
25        A.   Per week he was giving me five to
```

**25**

Isojon Khusenvos, 1/26/2022

1                         KHUSENVOS

2     $600.

3          Q.   Did you receive five to $600 for

4     the seven months that you worked at Complete

5     Body?

6          A.   Sometimes if I didn't work many

7     hours, I would get paid less.  And also at the

8     beginning when I started, I was receiving $300,

9     $400.

10         Q.   So for what period of time did you

11    receive three to $400 and just as a follow-up

12    question for what period of time were you

13    receiving five hundred to $600?

14         A.   At the beginning when I started

15    working, I was getting that money they said

16    that we are going to see how you work and then

17    you will be paid accordingly.

18         Q.   Yes, for how long did you get three

19    to $400?

20         A.   Two, three months after when I

21    started working there.

22         Q.   And then the next four months you

23    received $500 to $600; is that correct?

24         A.   Yes, after that I started getting

25    $500 to $600.

26

Isojon Khusenvos, 1/26/2022

1                      KHUSENVOS

2          Q.   I'm going to go back just for one

3    second.  I apologize for not asking this

4    sooner.  When you were working with your father

5    those three to four years before coming to the

6    USA, were you getting paid?

7               MR. GITELMAN:  Note my objection.

8          You can answer.

9          A.   He used to give me money for my

10   usage for me to use.

11         Q.   How much money did he give you

12   either weekly or monthly or however it's

13   easiest for you?

14              MR. GITELMAN:  Note my objection.

15         You can answer.

16         A.   Weekly.

17         Q.   How much money were you receiving

18   weekly?

19         A.   He would give me about a hundred

20   thousand Soum in Uzbek currently.

21         Q.   Was that true for the three to

22   four years that you worked with your father in

23   Uzbekistan?

24         A.   Sometimes he would give more.

25   Sometimes he would give about that amount.

Isojon Khusenvos, 1/26/2022

1                    KHUSENVOS

2         Q.   Do you know about how much money is

3    a hundred thousand Soum in American dollars?

4         A.   No, I don't.

5         Q.   How did you get the job at Complete

6    Body?

7         A.   A guy I know.  I was not working.

8    I didn't have a job.  We used to talk on the

9    phone and I told him that I didn't have a job

10   and then he offered me this.

11        Q.   Is this -- do you know this

12   person's name?

13        A.   Yes, I do.

14        Q.   What's his name?

15        A.   Fariz, F-A-R-I-Z. Latipov,

16   L-A-T-I-P-O-V.

17        Q.   Is this person Ms. Latipov the one

18   who paid you the money in cash?

19        A.   Yes, he was in between.  And then

20   he would give me the cash.

21        Q.   After the seven months that you

22   were working at Complete Body, did you get a

23   different job?

24        A.   No.  The quarantine started and

25   then the place was closed down.

28

Isojon Khusenvos, 1/26/2022

```
1                    KHUSENVOS
2          Q.    So approximately when was your last
3    day there or month, however you can remember
4    it?
5          A.    I don't remember now.
6          Q.    Was it in March of 2020?
7          A.    Yes, it was in 2020 sometime in the
8    spring when the quarantine just started.
9          Q.    Did you have another job after
10   that?
11         A.    I stayed home.
12         Q.    When did you -- did you get another
13   job at some point after the quarantine?
14         A.    Yes.  Somebody I know, he told me
15   that there was a job at Halal meat, H-A-L-A-L,
16   meat.  He told me that there was a job.
17         Q.    Who is this person that told you
18   about the job?
19         A.    His first name is Sanjar,
20   S-A-N-J-A-R.  I do not remember his last name.
21         Q.    Were you interviewed before you got
22   the job?
23         A.    No.
24         Q.    How did you know you had gotten
25   this job?
```

**29**

Isojon Khusenvos, 1/26/2022

1                          **KHUSENVOS**

2              A.   The main person who is responsible

3     to hire, he asked me if I could do these kinds

4     of jobs and then he told me -- he asked me if I

5     can do and this kind of job.

6              **Q.   The main person, who is that?**

7              A.   You need the name?

8              **Q.   Yes.**

9              A.   His first name is Hussein.  I do

10    not know his last name.

11             **Q.   Approximately, how old is he?**

12             A.   Over 40.

13             **Q.   Did he call you or did you call him**

14    **or how was it that you and he got connected?**

15             A.   Sanjar called me and he said that

16    they need workers and I had to come to the

17    store and meet with the boss or with the person

18    and I came to the store and they told me what

19    kind of work had to be done.

20             **Q.   So tell me what work they told you**

21    **had to be done?**

22             A.   They told me that I would be

23    working at the chicken department.  Prepping

24    and preparing it.

25             **Q.   Did he tell you anything else?**

                                              **30**

Isojon Khusenvos, 1/26/2022

1                        **KHUSENVOS**

2          A.   No.

3          Q.   Did they give you any other --

4    withdrawn.

5               Did they list or identify any other

6    duties that you would be performing if you got

7    the job?

8          A.   No.

9          Q.   Did they tell you that you would be

10   working with any type of machinery like a meat

11   grinder?

12         A.   No.

13         Q.   Other than cutting and preparing

14   chicken, were you told anything else about the

15   job that you'd be getting if you got the job?

16         A.   No.

17         Q.   You obviously got the job, correct?

18         A.   Yes.

19         Q.   When was your first day?

20         A.   If I'm not mistaken, it was

21   sometime in the summer or the beginning of the

22   summer.  It's when they started opening up the

23   stores like this.

24         Q.   That's in the year 2020?

25         A.   Yes.

Isojon Khusenvos, 1/26/2022

```
 1                        KHUSENVOS
 2         Q.   What were you offered as far as
 3   salary?
 4         A.   They told me that we will see how
 5   you work and then we will tell you how much you
 6   were going to give you.
 7         Q.   When did you receive your first
 8   paycheck -- withdrawn.
 9              How long after you started working
10   there in the summer of 2020 did you receive
11   your first paycheck?
12         A.   After three days, they told me we
13   saw how you work and they said we are going to
14   give you around a hundred per day.
15         Q.   How many days a week were you given
16   to work?
17         A.   I worked from 9:00 a.m. 'til 8,
18   9 p.m.
19         Q.   How many days a week did you work?
20         A.   Six days a week.
21         Q.   What days were those?
22         A.   Monday to Saturday.  If I worked on
23   Sunday, they would give me one day off during
24   the week.
25         Q.   So am I correct that you were
```

**32**

Isojon Khusenvos, 1/26/2022

```
1                        KHUSENVOS
2   earning $600 a week?
3          A.   Yes.
4          Q.   On the day of your accident, were
5   you still earning the same amount of money?
6          A.   No, they would give me more at the
7   time.
8          Q.   So what period of time did you earn
9   $600 a week for a month, two months, less than
10  that, more than that?
11         A.   I used to receive it every Friday.
12         Q.   Yes, but for what period of time
13  did you get paid $600 a week?  Was it --
14  withdrawn.
15              You testified that when your
16  accident occurred, you were already getting
17  paid a different amount of money.  So what I'm
18  trying to understand is, for how long were you
19  paid $600 per week until it changed to
20  something else?
21         A.   Approximately three, four months.
22         Q.   And then after those three,
23  four months, were you getting paid more money?
24         A.   They started paying me hourly.
25         Q.   Do you remember approximately what
```

33

Isojon Khusenvos, 1/26/2022

1                        KHUSENVOS

2    month that was?

3          A.    No, I don't remember now.

4          Q.    How much were you paid per hour?

5          A.    They started with 12 per hour.

6          Q.    Were you paid in cash?

7          A.    That's correct.

8          Q.    Did you receive any kind of receipt

9    or invoice or anything that would show the

10   amount of money you were paid?

11              MR. GITELMAN:  Objection to form.

12              I don't think receipts or invoices apply

13              to this question.  I think you mean pay

14              stubs or tax returns or something like

15              that.

16         Q.    I'll adopt that thank you.  Pay

17   stubs or any type of receipt.

18              MR. GITELMAN:  W2s or pay stubs.

19         A.    When the time was to get paid,

20   there would be a list of people and then next

21   to it they would be how many hours that person

22   worked and then according to that, they would

23   pay.

24         Q.    This list of people, was that

25   posted somewhere inside the store?

                                                    34

Isojon Khusenvos, 1/26/2022

```
 1                    KHUSENVOS
 2        A.   Yes, it could be in the office in
 3   the store.
 4        Q.   Were you still getting paid weekly?
 5        A.   Yes.
 6        Q.   How much were you receiving per
 7   week?
 8        A.   You mean at the time when I started
 9   being paid hourly?
10        Q.   Yes, when you started getting paid
11   $12 per hour?
12        A.   Yes, it is like that.
13             MR. GITELMAN:  She wants to know
14        how much money per week in total he
15        made, approximately.
16        A.   When they started paying me $12 per
17   hour, I started receiving $800, $900, somewhere
18   there.
19        Q.   That's every week, correct?
20        A.   Yes.
21        Q.   When you started getting paid $12
22   per hour, did they change your hours or were
23   you still working the same hours?
24        A.   They increased the hours.
25        Q.   What did your hours get increased
```

35

Isojon Khusenvos, 1/26/2022

1                          **KHUSENVOS**

2     to?

3          A.   In the past, it was mostly 'til

4     eight but after the change, we started staying

5     there until nine, ten and finished up some

6     other stuff at the store.

7          **Q.   Initially you indicated that you**

8     **worked from approximately 9:00 a.m. to eight or**

9     **9:00 p.m. six days a week.  When they increased**

10    **your hours, what did they increase your hours**

11    **to, just working an extra two hours at the end**

12    **of the day or something else?**

13         A.   Yes, I made edit some hours at the

14    end of the day and also I started working on

15    the weekends on the day of.

16         **Q.   You started working an extra day on**

17    **Sunday as well?**

18         A.   Not all the time.  If they told me

19    so, then I would.

20         **Q.   In addition to increasing your**

21    **hours and increasing you're changing the way**

22    **they paid you from weekly to hourly, did they**

23    **also change your duties or did your duties**

24    **remain the same working in the chicken**

25    **department cutting and preparing chicken?**

**36**

Peterson Reporting Video & Litigation Services

Isojon Khusenvos, 1/26/2022

1                          **KHUSENVOS**

2          A.    No.

3          **Q.   Your duties remained the same; is**

4     **that correct?**

5          A.    I mostly worked with the same

6     responsibilities.  The only thing they edit was

7     packaging the beef.

8          **Q.   Can you tell me what you mean by**

9     **packaging the beef?**

10         A.    I mean the meat that is put on a

11    display to be sold.  It was wrapped in a

12    plastic and then put in the store window to

13    sell.

14         **Q.   You wrapped it in plastic; is that**

15    **what you're saying?**

16              **MS. VASQUEZ:  We'll take a**

17              **five-minute break.**

18              **(Whereupon, a five-minute break was**

19              **taken.)**

20         **Q.   On the date of your accident, were**

21    **you still receiving $12 per hour and working**

22    **approximately the same hours that you just told**

23    **me about?**

24         A.    They increased the salary a little

25    bit more per hour.

**37**

Isojon Khusenvos, 1/26/2022

1                    KHUSENVOS

2          Q.    Tell me what you were -- what the

3    increase was -- wait.   Withdrawn.

4                How many more increases did you

5    have in your salary after it was increased to

6    $12 per hour?

7          A.    By the time of the accident, they

8    changed it three, four times.

9          Q.    Tell me what those different

10   increases were, please.

11         A.    They added one dollar every month

12   and a half or two.

13         Q.    What was your salary per hour on

14   the date of the accident?

15         A.    At the time when I was injured,

16   they were paying $17 per hour.

17         Q.    You went up to 13, 14, 15, 16 and

18   then $17 per hour every two months; is that

19   correct?

20         A.    Yes, that's correct.

21         Q.    With every increase in your hourly

22   pay, did your hours change as well?

23         A.    No, the hours stayed the same.

24         Q.    What about your duties, did they

25   change with every increase and payment?

                                                    **38**

Isojon Khusenvos, 1/26/2022

1                          **KHUSENVOS**

2          A.    Not much.  If there was something

3    else that had to be done, they would tell me.

4          **Q.    What different things were you --**

5    **withdrawn.**

6                **What different assignments or jobs**

7    **were you given to do other than the beef**

8    **packaging and the chicken cutting and prepping?**

9          A.    Sometimes they would add the task

10   that I would have to package the lamb as well.

11         Q.    Anything else?

12         A.    Also, my responsibilities was to

13   receive the chicken and put them in their

14   places.

15         Q.    Anything else?

16         A.    They also would ask us to unload

17   the beef that would come there.  We would take

18   it out from take it down and then in order to

19   put in the refrigerator.

20         Q.    Anything else?

21         A.    No.

22         **Q.    When you first started working at**

23   **Halal meat, were you given any type of training**

24   **or any type of instructions on what to do?**

25                **MR. GITELMAN:  With regard to which**

**39**

Isojon Khusenvos, 1/26/2022

```
 1                        KHUSENVOS
 2         task?
 3              MS. VASQUEZ:  When he first
 4         started.  So that would be the chicken
 5         cutting and prepping.
 6         A.   No, they didn't train me or
 7    anything.  They said that you will do this and
 8    this and that's it.
 9         Q.   They told you what you would be
10    doing but they didn't show you how to do it?
11         A.   No.
12         Q.   Can you be more specific then when
13    you said that you didn't get training or
14    anything, I just want to know exactly what they
15    said to you or how they explained to you what
16    work you'd be doing?
17         A.   They just showed me one or two
18    times what to do, how to pack and that's it.
19         Q.   Would it be fair to say that after
20    every additional duty they gave you, they
21    showed you how to do it one or two times and
22    then you did it?
23              MR. GITELMAN:  Note my objection to
24         form.  He didn't say that you did,
25         counsel.  You can answer.
```

**40**

Isojon Khusenvos, 1/26/2022

1                    KHUSENVOS

2              MS. VASQUEZ:  You need me to

3        rephrase that?

4              MR. GITELMAN:  I would prefer if

5        you rephrase it.

6        Q.   Was it the same with every

7    additional duty you were given to perform that

8    they just showed you one or two times how to do

9    it and then you did it?

10       A.   No.

11       Q.   Did they give you any additional

12   instruction after they added additional duties

13   to your job?

14       A.   No.  Not at all.

15       Q.   So earlier you said that when you

16   first started working with the chicken, they

17   showed you how to do it one or two times and

18   that was it; is that correct?

19       A.   That's correct.

20       Q.   With every additional duty they

21   gave you, did they do the same thing did they

22   show you how to do it one or two-times?

23             MR. GITELMAN:  Note my objection.

24        Asked and answered.  You can answer.

25       A.   No, they didn't show it to anyone.

**41**

Isojon Khusenvos, 1/26/2022

```
 1                    KHUSENVOS
 2        Q.   Other than your employment at Halal
 3   meat, were you working anywhere else?
 4             MR. GITELMAN:  When exactly?
 5             MS. VASQUEZ:  While he was working
 6        for Halal Meat.
 7        A.   No.
 8        Q.   While you were working for Halal
 9   Meat, did you receive income from any other
10   sources other than your employment with Halal
11   Meat?
12        A.   No.
13        Q.   At any point after arriving at the
14   US, did you file any taxes?
15        A.   No.
16        Q.   At any point after arriving at the
17   US, did you receive Medicaid?
18        A.   Yes.
19        Q.   When did you first receive
20   Medicaid?
21        A.   After we came to America, they gave
22   Medicaid after a month.  After we came to the
23   states.
24        Q.   After you arrived in the USA, did
25   you receive any food stamps?
```

**42**

Isojon Khusenvos, 1/26/2022

```
 1                    KHUSENVOS
 2        A.   No.
 3        Q.   After arriving in the USA, did you
 4   receive any other assistance from the City or
 5   the State of New York?
 6        A.   No.
 7        Q.   At any point before you started
 8   working at Halal Meat, did you ever have any
 9   experience working with meat grinders?
10        A.   No.  I had never used it before.
11        Q.   At any time before working for
12   Halal Meat, did you ever -- withdrawn.
13             Did your family ever own a meat
14   grinder?
15             MR. GITELMAN:  Objection.  What
16        kind?
17             MS. VASQUEZ:  Just a regular meat
18        grinder.
19        A.   No.
20        Q.   Did you ever use any type of meat
21   grinder at any time before you began working at
22   Halal Meat?
23        A.   No, I had never used it before.
24        Q.   Before you started working for
25   Halal Meat, had you ever seen anyone using a
```

**43**

Isojon Khusenvos, 1/26/2022

1                           **KHUSENVOS**

2     **meat grinder?**

3          A.   I saw the kind that they use in

4     Uzbekistan.  It was different from the kind

5     here.

6          Q.   **Tell me what kind of meat grinder**

7     **you saw in Uzbekistan.**

8          A.   It is a manual one.  You put the

9     meat and then you do -- you roll it with your

10    hands and it grinds it.  A gentleman showed his

11    motion rolling the meat grinder.

12          MR. GITELMAN:  **Did it have a hang**

13          **crank the one that you saw?**

14    A.   Yes, correct.

15          Q.   **When that hand crank is moved,**

16    **that's when the meat is ground?**

17    A.   That's correct.

18          Q.   **So what was your understanding when**

19    **you saw the meat grinder being used in**

20    **Uzbekistan, what was your understanding of how**

21    **a meat grinder works?**

22          A.   I never was interested in how it

23    worked.  Some people were using it.  I saw that

24    they were using it but I never used it myself.

25          Q.   **At the time did you have a basic**

44

Isojon Khusenvos, 1/26/2022

1                      **KHUSENVOS**

2    **understanding of what a meat grinder was used**

3    **for?**

4              **MR. GITELMAN:  Note my objection to**

5         **form.  You can answer.**

6         A.   No, because in Uzbekistan, they

7    used to use that equipment not just for meat.

8    For other things too.

9         **Q.   Like what, for example?**

10        A.   They used to use it for carrots and

11   for potatoes in order to make carrots.  It's

12   kind of a mixture of vegetables.

13        **Q.   What would happen to the carrots**

14   **and the tomatoes when they would be put in the**

15   **meat grinder back in Uzbekistan?**

16        A.   I would bring it out in small

17   pieces.

18        **Q.   What would happen to the meat when**

19   **they put it into the meat grinder back in**

20   **Uzbekistan?**

21        A.   The meat would come out like light

22   tomato in small pieces.

23        **Q.   You understood at the time the meat**

24   **grinder would take big pieces of meat and**

25   **carrots and potatoes and make them into smaller**

**45**

Isojon Khusenvos, 1/26/2022

**KHUSENVOS**

1

2  pieces, correct?

3      A.   As I saw, it's what I understood.

4      Q.   Did you ever use any of those meat

5  grinders in Uzbekistan the one that you

6  described with the handcraft?

7           MR. GITELMAN:  Objection.  Asked

8           and answered.  You can answer.

9      A.   No.

10      Q.   At any time before working for

11  Halal Meat, once you arrived in the USA, did

12  you use any type of meat grinder whether

13  commercial or a home meat grinder, any kind of

14  meat grinder?

15      A.   No.  I had never used it.

16      Q.   When was the first time that you

17  used the meat grinder?

18      A.   I don't remember the exact time but

19  it happened at the store.  They called me and

20  they asked me to grind the meat.

21      Q.   Do you remember approximately how

22  many months after you had been hired at Halal

23  Meat they called you and asked you to grind the

24  meat?

25      A.   Approximately after six months.

**46**

Isojon Khusenvos, 1/26/2022

```
 1                    KHUSENVOS
 2         Q.   During those first six months that
 3    you worked at Halal Meat, was there a meat
 4    grinder in the store?
 5         A.   Yes, it was.
 6         Q.   Was it the same meat grinder that
 7    was involved in your accident or a different
 8    one?
 9         A.   As far as I know, there were two
10    types of meat grinders.
11         Q.   So you recall there being two
12    different types of meat grinders in the store
13    during those first six months that you were
14    working there?
15         A.   Yes.  There were two kinds and they
16    would exchange or they would change them and I
17    saw that they were two different kinds.
18         Q.   Where were the meat grinders kept,
19    generally speaking?
20         A.   They were -- I believe they were
21    put in shelves.  I didn't used to work in that
22    area but as far as I saw --
23         Q.   Do you know if the two different
24    meat grinders, were they the same company type
25    of meat grinders, were they different company,
```

Peterson Reporting Video & Litigation Services

Isojon Khusenvos, 1/26/2022

1                          **KHUSENVOS**

2      **brand names or something else?**

3            A.   I don't know.  It was not the area

4      where I worked.  That's why I wasn't interested

5      and I don't know.

6            **Q.   That's perfectly fine.  I just want**

7      **your recollection.  If you don't remember,**

8      **that's perfectly fine.**

9                 **Were the two meat grinders as far**

10     **as you can recall, were they different type of**

11     **meat grinders or the same type of meat**

12     **grinders?  What is your recollection?**

13           A.   I don't know that but by the size,

14     they were different.  One of them was smaller

15     and the other one was bigger.

16           **Q.   Were they both electrical -- had**

17     **electrical powering?**

18           A.   Yes.

19           **Q.   Were they both the same color?**

20           A.   I don't know for sure but they

21     looked alike.

22           **Q.   The meat grinder that was involved**

23     **in your accident, was that one of the two meat**

24     **grinders you're telling me about now?**

25           A.   Yes, that's right.

                                                         **48**

Isojon Khusenvos, 1/26/2022

```
1                    KHUSENVOS
2        Q.   Do you know if the two different
3   meat grinders were used for different products?
4        A.   I don't know that.
5        Q.   You described them as one was
6   smaller and one was bigger.  The meat grinder
7   that was involved in your accident, was the
8   small one or the bigger one?
9        A.   The big one.
10        Q.   With regard to the bigger meat
11   grinder, the one that was involved in your
12   accident, was it already there when you started
13   working at Halal Meat?
14             MR. GITELMAN:  That started working
15         that day or ever?
16             MS. VASQUEZ:  No, when he started
17         working at Halal Meat, that was -- I
18         remember sometime in December of 2020?
19             MR. GITELMAN:  Yeah.
20        A.   I don't know but when I -- when
21   they asked me to grind the meat, it was the big
22   one.
23        Q.   Earlier you testified that there
24   were two meat grinders when you first started
25   at Halal Meat, I just want to make sure I
```

**49**

Isojon Khusenvos, 1/26/2022

1                         KHUSENVOS
2     understand.   The bigger meat grinder, the one
3     that was involved in your accident, was that
4     already there when you started working at Halal
5     Meat?
6                   MR. GITELMAN:   He just answered
7             that question.   He said I don't know.
8             You just asked that question.
9             Q.    Let me withdraw that then.
10                  Do you have any recollection at all
11    of seeing the meat grinder that was involved in
12    your accident for the first six months when you
13    were working at Halal Meat?
14                  MR. GITELMAN:   The exact same one?
15            That exact one?
16                  MS. VASQUEZ:   The same one, yes.
17            A.    I don't remember that.
18            Q.    Before -- in the six months before
19    you were asked to start grinding meat, do you
20    have any recollection of seeing any of the
21    employees at Halal Meat using a meat grinder?
22                  MR. GITELMAN:   Note my objection.
23            You can answer.
24            A.    No, I didn't but I knew that they
25    were using the equipment because when I was

                                                         **50**

Peterson Reporting Video & Litigation Services

Isojon Khusenvos, 1/26/2022

```
 1                    KHUSENVOS
 2   working there, I would hear the noise -- sounds
 3   of it and then I would know that they were
 4   using it.
 5        Q.    So you knew that meat grinder was
 6   being used.  Is that what you were saying
 7   because you heard it not because you saw it?
 8        A.    Correct.
 9        Q.    The Halal market, it's a meat
10   market, correct?
11        A.    It is a meat market, a meat store
12   and also it has some other products too.
13        Q.    The department where they have the
14   meat, is that the -- withdrawn.
15             In the department where they have
16   the meat, did they sell whole portions of meat
17   as well as ground meat?
18        A.    The meat would come in as one whole
19   one and then they would cut it and then sell
20   the cut parts.
21        Q.    They would also sell the ground
22   meat parts as well, correct?
23        A.    Yes, correct.
24        Q.    And the meat was ground at the
25   store, correct?
```

**51**

Isojon Khusenvos, 1/26/2022

1                          **KHUSENVOS**

2          A.    That's correct.

3          **Q.    Was meat being ground on a daily**

4   **basis at the store?**

5          A.    I don't know because I worked in a

6   different department and sometimes if I pass by

7   then I would see.  Otherwise, I wouldn't see.

8   I wouldn't know.

9          **Q.    Did you hear the sounds of the meat**

10  **grinder every day while you were working?**

11         A.    I would hear it.  If I went up

12  there to put some of my stuff there and then I

13  would hear otherwise, I wouldn't hear it.

14         **Q.    Let me just ask again then just to**

15  **clarify.**

16              **Did you hear the meat grinder sound**

17  **every day when you were at the store?**

18         A.    I used to work downstairs and if I

19  went upstairs, I would hear it.  If I were

20  working downstairs only, then I wouldn't hear

21  the sound.

22         **Q.    So the answer is no, you wouldn't**

23  **hear it every day?**

24         A.    Correct.

25         **Q.    When you worked six to seven days a**

**52**

Isojon Khusenvos, 1/26/2022

1                          **KHUSENVOS**

2      **week, how often would you hear it?**

3              A.   I don't know for sure but maybe

4      two, three times.

5              Q.   **How long after -- withdrawn.**

6                   **You testified that the first time**

7      **you were asked to use the meat grinder was six**

8      **months after you started working at the store,**

9      **correct?**

10             A.   That's correct.

11             Q.   **How long after that first time did**

12     **your accident happen?**

13             A.   After a little time.  Maybe a month

14     or two.  Maybe a month or so.

15             Q.   **Do you have a recollection of how**

16     **many times you used the meat grinder during**

17     **that month or so before your accident?**

18             A.   I used to use it maybe four or five

19     times a week.  It wouldn't happen every day it

20     would happen from time to time.  They would

21     call me when it's needed.  For example, if the

22     owner of the store wasn't there, then they

23     would call me upstairs and then I would come

24     and help them.

25             Q.   **The meat grinder that you used that**

**53**

Isojon Khusenvos, 1/26/2022

1                        **KHUSENVOS**

2    **first time, six months after you started**

3    **working for Halal Meat, was it the meat grinder**

4    **that was involved in your accident?**

5            A.   I don't know for sure because they

6    would change the meat grinders.  Sometimes it

7    would be a small one, sometimes a big one.

8            **Q.   After you started using the meat**

9    **grinder and before your accident, that period**

10   **of time which you testified was approximately**

11   **one month or so, you used both of the meat**

12   **grinders that the store had?**

13           A.   Yes, sometimes there would be a

14   smaller one and sometimes when I came up, it

15   would be a smaller one this way.  I knew that

16   they were two different types.

17           **Q.   My question is:  You use both of**

18   **them, correct?**

19           A.   That's correct.

20           **Q.   Can you approximate in anyway how**

21   **many times you used the meat grinder that was**

22   **involved in your accident before your accident**

23   **happened?**

24           A.   I don't know for sure but not too

25   many times, maybe two or three times.

                                                        **54**

Isojon Khusenvos, 1/26/2022

1                         KHUSENVOS

2          Q.   And the other meat grinder, the

3    smaller one that you also mentioned, how many

4    times did you use that one?

5          A.   I don't know.  Most of the time

6    when I -- when it was used, it was the big one

7    as far as I know.

8          Q.   By the big one, we're talking about

9    the meat grinder involved in your accident,

10   correct?

11         A.   That's correct.

12         Q.   Let's talk about the first time

13   that you used the meat grinder involved in your

14   accident.  Where were you when you saw it?

15         A.   I used to work downstairs with the

16   chicken and then when the head of that

17   department upstairs was sick or he wasn't

18   there, they would ask me to come up and they

19   would tell me, take this and bring it here and

20   then grind it.

21         Q.   Who was the head of the department

22   that you just described?

23         A.   Hussein.

24         Q.   That's the person who hired you,

25   correct?

                                                    55

Isojon Khusenvos, 1/26/2022

1                          **KHUSENVOS**

2          A.   He didn't hire but he is the head

3    of that department who oversees the meat

4    department.

5          **Q.   The first time you saw the meat**

6    **grinder, the meat grinder and you were in the**

7    **meat department upstairs; is that correct?**

8          A.   That's correct.

9          **Q.   Where was the meat grinder**

10   **specifically in the meat department?  Was it**

11   **near the glass display where the meat is shown**

12   **or was it somewhere else?**

13         A.   It was behind the glasses where it

14   was displayed.  So it would be done and then it

15   would be given to the client.

16         **Q.   Was it on a table?**

17         A.   Yes.

18         **Q.   Is that where that meat grinder was**

19   **normally kept or was it kept somewhere else**

20   **when it wasn't being used?**

21         A.   When it was not used, as I said

22   earlier, there was a shelf they would put it

23   over there.

24         **Q.   The shelves that you're talking**

25   **about, was that in a different location or is**

                                                    **56**

Isojon Khusenvos, 1/26/2022

1                         **KHUSENVOS**

2       **that in that same area where the glass display,**

3       **the meat glass display is located?**

4             A.   It was behind the glass display.

5       It was right behind it where people who worked

6       in the meat department used to work behind the

7       glass display.

8             **Q.   Was it underneath a table or**

9       **underneath a -- withdrawn.**

10                  **Was it underneath the table?**

11            A.   Yes.

12            **Q.   The first time that you were called**

13      **to work on a meat grinder, who called you up?**

14            A.   There was people who used to work

15      at the meat department upstairs.  They would

16      call me to work to come up.

17            **Q.   Can you identify any of those**

18      **people?**

19            A.   Yes, I can.

20            **Q.   Can you tell me who they are?**

21            A.   Hussein as I mentioned earlier,

22      another person Alisher, A-L-I-S-H-E-R, and

23      Sanjar.

24            **Q.   What was Alisher's job title at the**

25      **meat market?**

57

Isojon Khusenvos, 1/26/2022

1                        **KHUSENVOS**

2          A.   He was just a regular worker who

3    used to prepare the meat and sell the meat.

4          **Q.   Do you know what his title was?**

5          A.   No, I don't know.

6          **Q.   What about Sanjar?**

7          A.   He was a regular worker as well who

8    prepared the meat and helped to unload the

9    meat.

10         **Q.   And you said Hussein was the head**

11   **of the department, right?**

12         A.   Yes, the head of the department.

13         **Q.   What was your job title when you**

14   **were hired initially at Halal Meat?**

15         A.   I was a regular worker and I worked

16   downstairs to pack the meat.

17         **Q.   Did your job title ever change?**

18         A.   No.

19         **Q.   Were you ever told that you were an**

20   **assistant butcher?**

21         A.   No.

22         **Q.   Were you ever told that you were an**

23   **apprentice butcher?**

24         A.   You can say that.  I was kind of a

25   helper to the butcher.

**58**

Isojon Khusenvos, 1/26/2022

1                         KHUSENVOS

2          Q.   The first time that you got called

3    to use the meat grinder at the store six months

4    after you started working there, who called you

5    specifically, was it Hussein, was it Alisher,

6    Sanjar or someone else?

7          A.   It would -- they would rotate not

8    the same person would call every single time.

9    Sometimes Alisher's brother would call.

10   Sometimes Sanjar but I think that time Hussein

11   called.

12         Q.   When Hussein called you, did he

13   tell you specifically what he wanted you to do?

14         A.   No.  He said go over there, bring

15   the meat and then put it there, grind it and

16   that's it.

17         Q.   Did he show you how you were going

18   to be putting the meat in the meat grinder?

19         A.   No.

20         Q.   Other than telling you to put it

21   in, did he do anything else in terms of

22   instruction or training to use that meat

23   grinder?

24         A.   No, he didn't give me any

25   instructions or he didn't tell me how it works.

Isojon Khusenvos, 1/26/2022

1                          KHUSENVOS

2          Q.   So that first day when you got

3     called, did you actually use a meat grinder?

4          A.   Yes, when I came up, they said you

5     take this meat, put it -- put the meat and then

6     grind the meat and that's it.

7          Q.   How long did you use the meat

8     grinder at the time?

9          A.   Very short time.  Maybe one, two

10    minutes.  Maybe one minute.

11              MS. VASQUEZ:  Let's take a

12         30-minute break.

13              (Whereupon, a 30-minute break was

14         taken.)

15              MS. VASQUEZ:  Can you read the last

16         question and the last answer?

17              (Whereupon, the referred question

18         and answer was read back by the

19         Reporter.)

20         Q.   While you were working on that meat

21    grinder for that period of time, where was

22    Hussein?

23         A.   It would be here and there.

24         Q.   The first time -- so the first time

25    that you used a meat grinder at the store for

**60**

Isojon Khusenvos, 1/26/2022

```
 1                    KHUSENVOS
 2   that one minute period of time, Hussein was not
 3   watching you; is that what you're saying?
 4        A.   No.
 5        Q.   I want to focus for a moment
 6   specifically on the meat grinder that was
 7   involved in your accident, okay?
 8        A.   Okay.
 9        Q.   So all my questions are relating to
10   that meat grinder, okay?
11        A.   Okay.
12        Q.   Can you describe that meat grinder
13   the firing time that you saw it?
14             MR. GITELMAN:  Describe it.  What
15        do you mean?  Describe what?
16             MS. VASQUEZ:  Every part of the
17        meat grinder.  The meat grinder itself.
18        Describe what it looked like.
19        A.   I don't remember how it was but it
20   was a square equipment.  There was a hole on
21   top where you could meat to be grinded.
22        Q.   Was there a tray?
23        A.   Yes, there was one.
24        Q.   Was it a stainless steel color?
25        A.   Yes, it was kind of silver.
```

**61**

Isojon Khusenvos, 1/26/2022

1                          KHUSENVOS

2          Q.   When you say there was a hole on

3    top, can you describe what that hole is?

4          A.   If it is a big hole you put meat in

5    there and the meat comes out from the other

6    side.

7          Q.   Was there anything -- the first

8    time that you saw that meat grinder, was there

9    anything that covered the hole?

10         A.   No.  It just had a big hole.

11   That's it.

12         Q.   At any time before you actually --

13   withdrawn.

14              Did the machine have an on and off

15   button?

16         A.   Yes.

17         Q.   Where was it located?

18         A.   It was on.  If I'm working on it,

19   it is on the right side under that tray.

20         Q.   When you -- before your accident

21   when you used that machine, was the --

22   withdrawn.

23              Was it two buttons, one on button

24   and one off button?

25         A.   Yes, correct.

**62**

Isojon Khusenvos, 1/26/2022

```
1                     KHUSENVOS
2          Q.   Were they different colors?
3          A.   Yes, different.
4          Q.   What colors?
5          A.   Green and red.
6          Q.   Was the green button the on button?
7          A.   Yes, correct.
8          Q.   Obviously the red was the off,
9   correct?
10              MR. GITELMAN:  Can you ask a little
11         bit less leading questions?  So I object
12         to the question format.
13         Q.   Well, this is a deposition.  I
14   think I'm allowed to ask the questions.
15              MR. GITELMAN:  Not really.  You
16         should be able to have an opportunity to
17         explain something.  Not yet or no.  Let
18         him answer.
19         Q.   Whenever you worked on the subject,
20   whenever you worked on the meat grinder that
21   was involved in your accident before your
22   accident happened, was it always in the same
23   location you described earlier on the table
24   behind the beef display?
25              A.   Yes, it was put only to one place,
```

**63**

Isojon Khusenvos, 1/26/2022

1                          KHUSENVOS

2    specific place and then used.

3         Q.   Whenever you used that machine, was

4    the -- were the on and off buttons on the right

5    or on the left?

6         A.   From the place where I worked, it

7    was on the right side.

8         Q.   Were you looking at the machine?

9              MR. GITELMAN:   What do you mean?

10        Q.   Let me rephrase that.

11             Whenever you worked on the machine,

12   it was directly in front of you, correct?

13        A.   Yes, in front of me.

14        Q.   Beyond the area where you were

15   working with the machine, was there a wall in

16   front of you or was that the rest of the store

17   or something else?

18        A.   There was a wall behind it.

19        Q.   Whenever you worked on that machine

20   in the location where you worked on it, the

21   meat display that you described earlier, was

22   that on your right side or your left side?

23        A.   It would be on the left side in the

24   back.

25             MS. VASQUEZ:   I just want to show

Isojon Khusenvos, 1/26/2022

```
 1                    KHUSENVOS
 2          you a photograph.  I am going to mark
 3          this one as Defendant's A.
 4                 (Whereupon, the aforementioned
 5          16-page document was marked as
 6          Defendant's Exhibit A for identification
 7          as of this date by the Reporter.)
 8          Q.   We're going to be marking
 9   Defendant's Exhibit A a document that was
10   disclosed with the rule 26 disclosure from
11   Prokraft.  It was Exhibit G in that document
12   and we're looking at page 3.
13               So Mr. Khusenvos, are you able to
14   see the screen?
15          A.   Yes.
16          Q.   Can you tell me what is shown in
17   that photograph?  Can you identify that area?
18          A.   It is the area -- it's the meat
19   department where meat is cut, where meat is
20   grinded and then where meat is sold to the
21   clients.
22          Q.   Is this location the location that
23   you were describing earlier where you would use
24   the subject meat grinder that was involved in
25   your accident when you used it?
```

**65**

Isojon Khusenvos, 1/26/2022

1                          KHUSENVOS
2          A.    Yes.
3          Q.    When you would use the meat
4    grinder, was the meat grinder in -- withdrawn.
5                Do you see a meat grinder in this
6    photograph?
7          A.    Yes, I see it.
8                MR. GITELMAN:   For the record, this
9          photograph was taken on July 8th, 2021;
10         is that correct, counsel?
11               MS. VASQUEZ:   That is correct.
12               MR. GITELMAN:   Okay.
13         Q.    Is that meat grinder in the
14   photograph similar to the one that was involved
15   in your accident?
16         A.    Yes, it looks like this.
17         Q.    When you used the meat grinder
18   before your accident happened, is this the
19   location where that meat grinder was when you
20   used it?
21         A.    Yes.
22         Q.    Did you usually face the wall when
23   you used the meat grinder?
24         A.    Yes, correct.
25         Q.    Was the meat display that's shown

                                                    **66**

Isojon Khusenvos, 1/26/2022

```
 1                    KHUSENVOS
 2    in the photograph on the left hand side, is
 3    that the same location where it was when you
 4    would use the meat grinder before your
 5    accident?
 6         A.   Yes, it was there.
 7         Q.   Do you see the position that the
 8    meat grinder is in this photograph?  Is that
 9    the same positioning that the meat grinder
10    would be when you used it before your accident?
11         A.   Yes, it was at the same place but I
12    see that there are some holes in there at the
13    time the holes were not there.
14         Q.   We're going to get to that.  I'm
15    just talking general regarding the direction
16    that the positioning of the machine and the
17    direction its facing.  We'll get to the other
18    parts later.  Was that when you used the meat
19    grinder, before your accident, was it always in
20    the same location, in the same position as it's
21    shown in this photograph?
22         A.   Yes.
23         Q.   Are you able to see this in the
24    meat grinder that's shown in this photograph,
25    are you able to see the on and off buttons?
```

**67**

Isojon Khusenvos, 1/26/2022

1                        **KHUSENVOS**

2          A.    It's not seen very well but it's

3     something underneath there, below.  Yes, it's

4     shown below.

5          **Q.   Is that better?**

6          A.    Yes, it's seen now better.

7          **Q.   Is that the same location where the**

8     **on and off buttons were on the machine that you**

9     **were using before your accident?**

10         A.    Yes, like that.

11         **Q.   When you were facing the wall and**

12    **the machine was in front of you, the on and off**

13    **buttons were on your left hand side, right?**

14         A.    If I'm using the machine, it is on

15    the right side.

16         **Q.   Can you explain what you mean by**

17    **that?**

18         A.    Can you repeat the question?

19    Maybe, I didn't understand the question right.

20              **MS. VASQUEZ:  Can you repeat my**

21              **question, please?**

22              **(Whereupon, the referred question**

23              **was read back by the Reporter.)**

24         A.    No.  If I'm in the position where

25    I'm using the machine, it's on the right side.

**68**

Isojon Khusenvos, 1/26/2022

1                         KHUSENVOS

2              MS. VASQUEZ:  Can we just go off

3         the record for a second?

4              (Whereupon, an off-the-record

5         discussion was held.)

6         Q.    Mr. Khusenvos, when you used the

7    machine before your accident happened, was the

8    machine setback over to the right side as its

9    shown in this photograph or was it moved closer

10   to the display so that it was directly in front

11   of you?

12        A.    No, it would stay at the same

13   place.

14        Q.    So you were facing the machine, the

15   front part of the machine where the on and off

16   buttons are you were facing them?

17        A.    That's correct.

18        Q.    Earlier when I asked you to

19   describe the meat grinder, you said it was

20   square, the square portion of the machine.  Is

21   that the body of the machine that you're

22   talking about, the motor?

23        A.    Yes, I said where the motor is.

24        Q.    Before you used the meat grinder

25   that was involved in your accident, were you

**69**

Isojon Khusenvos, 1/26/2022

1                    **KHUSENVOS**

2    ever shown a manual on how to use the machine?

3         A.   No.

4         Q.   Did you ever ask to look at a

5    manual?

6         A.   No, I didn't ask because I didn't

7    know that the manual existed.

8         Q.   Before you started using the

9    machine, when you saw it for the very first

10   time, did it have stickers like the one that's

11   in this photograph?

12        A.   No, they didn't have it.  I didn't

13   see it.

14        Q.   They didn't have it?

15        A.   No, I have never seen a sticker

16   there before.

17        Q.   Let me just put it closer.  You see

18   the stickers that are on this machine now?

19             MR. GITELMAN:  Note my objection to

20             form.  What do you mean on this machine

21             now?  You mean on the machine depicted

22             in the photograph taken over a year

23             after the accident?  Sure.

24             MS. VASQUEZ:  Yes.  We're still

25             looking at Exhibit G photograph number

                                                    **70**

Isojon Khusenvos, 1/26/2022

1                     KHUSENVOS

2          three.

3          Q.    Do you see the stickers on that

4    now?

5          A.    Yes, I see them now.

6          Q.    Your testimony is that you didn't

7    see them at all before your accident happened;

8    is that correct?

9                MS. VASQUEZ:  Can you repeat my

10               question?

11               (Whereupon, the referred question

12               was read back by the Reporter.)

13               MS. VASQUEZ:  I'll withdraw.

14         Q.    On the machine that you were using

15   that was involved in your accident before your

16   accident happened, did you ever see any of

17   those stickers?

18         A.    No, I didn't see them.

19               MS. VASQUEZ:  Off the record.

20               (Whereupon, an off-the-record

21               discussion was held.)

22         Q.    Mr. Khusenvos, is it your testimony

23   that you don't remember seeing warning labels

24   or that there were no warning labels on the

25   machine that was involved in your accident?

**71**

Isojon Khusenvos, 1/26/2022

```
 1                     KHUSENVOS
 2               MR. GITELMAN:  That was not your
 3          question.
 4               MS. VASQUEZ:  It's a different
 5          question.  It's a different question.
 6               MR. GITELMAN:  Okay.  Can you read
 7          it back, please?
 8               (Whereupon, the referred question
 9          was read back by the Reporter.)
10          A.   They were not there.
11          Q.   So this next -- I'm going to show
12     you a photograph Mr. Khusenvos.  This is a
13     photograph that was taken on January 10th,
14     2021.
15               MR. GITELMAN:  I think two.
16          Q.   I'm sorry, 2022 of the machine that
17     was produced by counsel for Karzinka which is
18     the machine, the motor part of the machine, of
19     the meat grinder involved in your accident?
20               MS. VASQUEZ:  We're going to mark
21          this as Exhibit B.
22               (Whereupon, the aforementioned
23          photograph was marked as Defendant's
24          Exhibit B for identification as of this
25          date by the Reporter.)
```

72

Isojon Khusenvos, 1/26/2022

1                        **KHUSENVOS**

2          **Q.   Does this photograph refresh your**

3  **recollection that the meat grinder involved in**

4  **your accident had warning labels attached,**

5  **affixed to the body?**

6          A.   No, it doesn't remind me because I

7  have never seen this before.

8          **Q.   Even though you have not seen them**

9  **before, let's look at them now.  Do you see the**

10 **very top symbol and in the middle of the**

11 **sticker?**

12         A.   Yes, I do.

13         **Q.   That's a triangle shape, a yellow**

14 **triangle?**

15         A.   Yes, that's correct.

16         **Q.   Can you see that there's a hand**

17 **shown inside that triangle?**

18         A.   Yes, I see it now.

19         **Q.   Can you see that it appears that**

20 **that hand is near a screwdriver looking tool**

21 **with fingers cut off at the tip; can you see**

22 **that?**

23         A.   Are you talking about inside of the

24 red one?

25         **Q.   No, we're still talking about the**

73

Isojon Khusenvos, 1/26/2022

1                          KHUSENVOS

2      triangle?

3           A.   Yes, in the triangle it shows that

4      there is a hand and it's cut off with something

5      like that.

6           Q.   Do you see that it appears that

7      fingers are being cut off from the hand?

8           A.   It cannot be seen clearly.

9           Q.   You cannot see it clearly?

10          A.   No, I can't.

11               MS. VASQUEZ:  So let me show you

12               another photograph.  We're going mark

13               this as Defendant's Exhibit C.  This is

14               an exemplar warning label which is an

15               exemplar of the label that's affixed to

16               the subject meat grinder.

17               (Whereupon, the aforementioned

18               photograph was marked as Defendant's

19               Exhibit C for identification as of this

20               date by the Reporter.)

21          Q.   Are you able to see the -- let's

22     look at the triangle still.  Mr. Khusenvos the

23     yellow triangle at the top in the middle, do

24     you see that?

25          A.   I see it.

                                                            74

Isojon Khusenvos, 1/26/2022

1                      KHUSENVOS

2        Q.   It's the same triangle, right?

3        A.   Yes, it's the same triangle in the

4   picture.

5        Q.   You can see the hand with the

6   fingertips cut off?

7        A.   Yes, I see it.

8        Q.   It's showing a finger, a hand with

9   fingers getting cut off as it comes in contact

10  with that screwdriver looking tool, right?

11            MR. GITELMAN:  Objection.  Don't

12       answer.  Are you testifying here?

13            MS. VASQUEZ:  No, I'm asking.

14            MR. GITELMAN:  No, that's improper.

15            MS. VASQUEZ:  Why?

16            MR. GITELMAN:  You're literally

17       putting words in his mouth.  I'm not

18       allowing him to answer the question.

19            MS. VASQUEZ:  We're not at trial.

20            MR. GITELMAN:  No, I'm allowing him

21       to answer in that form.

22            MS. VASQUEZ:  We're going to have

23       to mark this for a ruling.

24            MR. GITELMAN:  Sure, you're the one

25       answering the question the way you seem

75

Isojon Khusenvos, 1/26/2022

1                    KHUSENVOS

2         fit.

3              MS. VASQUEZ:  The question is if

4         that's what he sees.

5              MR. GITELMAN:  That's what you see.

6         You're not the one testifying.

7              MS. VASQUEZ:  We're going to mark

8         it for a ruling.  We're going to keep

9         going for now.

10             MR. EVANS:  You might understand

11        that as an order.  If you want to ask

12        him if he knows what that means, that's

13        what it's obviously a picture of; is the

14        order.

15             MR. GITELMAN:  It looks like a cat

16        standing up with its tail.  You're not

17        under oath right now, counsel.

18             MS. VASQUEZ:  It's actually not

19        true.

20        Q.   Okay, Mr. Khusenvos, do you know

21   what an Auger is?

22        A.   It's not seen as it would be clear

23   what it is.  Understood what it is. (Sic)

24        Q.   Explain to me what you see in that

25   triangle?

                                              **76**

Isojon Khusenvos, 1/26/2022

1                        **KHUSENVOS**

2          A.    What I see is something that looks

3     like a hand and then something that's cut off.

4     This is what I understood.

5          **Q.    What is your understanding of what**

6     **the symbol is trying to warn you of?**

7          A.    I don't know.  I don't know.  I'm

8     not understanding what it stands for.

9          **Q.    You have no idea as you sit here**

10    **now what that symbol is trying to show you?**

11               **MR. GITELMAN:   Now?  On the date of**

12               **the accident?**

13               **MS. VASQUEZ:   Right now.**

14          A.    No, I don't understand.

15          **Q.    Let me just backtrack for one**

16    **second.  You were a hired as a butcher's**

17    **helper, correct?**

18          A.    Not a butcher helper but they hired

19    me as a packer of chicken.

20          **Q.    You worked in the meat department**

21    **at the store, correct?**

22          A.    Yes, I did and my responsibilities

23    were packing.

24          **Q.    And you were also cutting up and**

25    **preparing chicken, right?  That was your**

77

Isojon Khusenvos, 1/26/2022

1                          KHUSENVOS
2      testimony earlier today?
3           A.   Yes, correct.
4           Q.   What would happen when you --
5      withdrawn.
6                How would you cut up the chicken?
7      What did you use?  What tool?
8           A.   I used to use a knife.
9           Q.   And when you used the knife on the
10     chicken to cut it, it cut the meat apart,
11     correct?
12          A.   Correct.
13          Q.   If you had used that knife and you
14     used it to cut your fingers, would it have cut
15     your fingers?
16               MR. GITELMAN:  Objection,
17               speculative.  You can answer.
18          A.    It would kind of scratch.
19     Sometimes it happened.  Not all the time.
20          Q.   Are you saying that the knife could
21     cut chicken but it could not -- it would only
22     scratch your hands, is that what you're saying?
23               MR. GITELMAN:  He's not saying
24               that.
25               MS. VASQUEZ:  I'm asking him what

                                                    **78**

Isojon Khusenvos, 1/26/2022

1                          KHUSENVOS

2              he's saying.  If he says no, then he

3              says no.  Let him answer the question.

4              A.   It scratches.  We used to use some

5       force in order to cut the chicken.

6              Q.   And it would cut the chicken,

7       correct?

8              A.   Yes, correct.

9              Q.   It wouldn't scratch the chicken,

10      correct?

11                 MR. GITELMAN:  Counsel, what are

12             you getting at?

13                 MS. VASQUEZ:  Let him answer the

14             question.

15             A.   Can you repeat the question?

16                 MS. VASQUEZ:  Please repeat my

17             question.

18                 (Whereupon, the referred question

19             was read back by the Reporter.)

20                 MR. GITELMAN:  Note my objection to

21             form.

22             A.   We used to use the knife in order

23      to cut the chicken.

24             Q.   Yes, you said that already.  You

25      work in a butcher shop.  And you use knives to

**79**

Isojon Khusenvos, 1/26/2022

1                         **KHUSENVOS**

2  **cut meat, correct?**

3          A.   Yes, I would cut it with a knife.

4          **Q.   And the knife would not just**

5  **scratch the meat, it would cut it, correct?**

6          A.   Can you -- I didn't quite

7  understand the scratch.  What do you mean

8  scratch?

9          **Q.   I'm using the word he used.  So**

10 **we're using your word.**

11         A.   Yes, I used that word in order to

12 describe how if you accidently attach your

13 finger with a knife, it cuts a little but it

14 scratches.  That's the reason I used that word

15 in that form.

16         **Q.   So my question was very specific.**

17 **Let me rephrase it and I don't want to dwell on**

18 **this.  I just want to make sure that we're**

19 **understanding each other.**

20              **As a butcher at the Halal Meat**

21 **store when you were cutting meat with the**

22 **knife, if you accidentally cut your hand, your**

23 **fingers with that knife using the same force**

24 **that you would use to cut meat, would your**

25 **finger get cut off?**

**80**

Isojon Khusenvos, 1/26/2022

```
1                    KHUSENVOS
2           MR. GITELMAN:  Don't answer.  He
3     never testified that he was a butcher.
4     Second of all, what he should have done,
5     could have, didn't happen.  So don't
6     answer.
7           MS. VASQUEZ:  Counselor, if he --
8           MR. GITELMAN:  Your questions are
9     improper.
10          MS. VASQUEZ:  If he disagrees with
11    me, if he thinks that I'm wrong, he's
12    going to tell me.  Exactly what is the
13    objection?
14          MR. GITELMAN:  My question.
15          MS. VASQUEZ:  He testified --
16          MR. GITELMAN:  You're
17    mischaracterizing the testimony.  You're
18    giving hypotheticals.
19          MS. VASQUEZ:  His testimony is very
20    clear.  He can call it the assistant to
21    the butcher.
22          MR. GITELMAN:  You called it
23    butcher.  And second of all, you called
24    him a butcher.  No, that's not what he
25    said.  I don't allow him to answer the
```

**81**

Isojon Khusenvos, 1/26/2022

```
1                          KHUSENVOS
2      question in that form.
3            MS. VASQUEZ:  He said a helper to a
4      butcher.  You want me to call it that.
5      We can call it that.
6            MR. GITELMAN:  That is what he
7      said.  I would like you to use what he
8      said.  Second of all, the second branch
9      of your question, the speculative, if
10     you put your hand on the knife, no, he's
11     not answering that.
12           MS. VASQUEZ:  Why not?
13           MR. GITELMAN:  That's speculative.
14     If you put your hand under a knife, is
15     it going to cut off?  It's a ridiculous
16     question.  I'm not going to allow him to
17     answer.  Mark it for a ruling.
18           MS. VASQUEZ:  Yeah, we're going to
19     have to mark it for a ruling.  We're
20     going to have to continue with this line
21     of questioning.
22           MR. JACOBSON:  This is Mat.  Can we
23     take a break?
24           (Whereupon, a short break was
25     taken.)
```

**82**

Isojon Khusenvos, 1/26/2022

```
 1                    KHUSENVOS
 2          MS. VASQUEZ:  Counsel has prevented
 3      his client from answering several of my
 4      questions.  He's making objections which
 5      are noted on the record but he's
 6      actually preventing Mr. Khusenvos from
 7      answering the questions and according to
 8      Rule 30C2, which discusses objections
 9      specifically, on objection at the time
10      of the examination whether to evidence,
11      to conduct, qualifications, to the
12      manner of taking deposition or to any
13      other aspect of the deposition must be
14      noted on the record that the examination
15      still proceeds.  The testimony is taken
16      subject to any objection.  An objection
17      must be stated concisely in a
18      non-argumentative and non-suggestive
19      manner.  A person may instruct a
20      deponent not to answer only when
21      necessary to privilege to enforce a
22      limitation ordered by the court to
23      present a motion under Rule 30D3.  So I
24      think that based on the very clear
25      reading of this rule, you're preventing
```

**83**

Isojon Khusenvos, 1/26/2022

```
 1                    KHUSENVOS
 2         your client from answering these
 3         questions is completely improper and
 4         it's hindering my deposition and I will
 5         have Dorene reread the question and
 6         we'll go from there, and see if you let
 7         your client answer and obviously you may
 8         respond.
 9             MR. GITELMAN:  So in response to
10         counsel's last statement, I'm not
11         preventing my client from answering
12         open-ended questions.  The issue I have
13         is when counsel forms her own version of
14         the testimony which is not actually what
15         my client has said and then puts quote
16         on quote words in his mouth by asking it
17         in a manner which suits her cases need.
18         However, it is not a proper form of
19         question when the question does not
20         contain previously provided answers by
21         the plaintiff.  It is what counsel is
22         assuming or speculating or what she sees
23         from her perspective.  I have an issue
24         when questions are asked that is not
25         open-ended, counsel also asking a lot of
```

84

Isojon Khusenvos, 1/26/2022

```
 1                    KHUSENVOS
 2        leading questions.  It's also proper.  I
 3        understand the scope of a deposition is
 4        broader than a trial, however, for the
 5        purposes of preserving the sanctity of
 6        plaintiff's testimony, I would kindly
 7        ask that you do not input your own
 8        version of the plaintiff's answers in
 9        follow-up questions because that is what
10        I see is occurring and I have an issue
11        with that.  We can resolve it by asking
12        the question in a different manner which
13        would suit everybody's needs.  I don't
14        see an issue with that.  My issue is
15        with the specific form of your previous
16        question and that it's not plaintiff's
17        testimony and I would say the same thing
18        to the court if we were to contact them.
19             MS. VASQUEZ:  Let's go back to that
20        question.
21             MR. EVANS:  Before we do that, are
22        we going to be following the federal
23        guidelines here on only seven hours on
24        deposition per day?
25             MS. VASQUEZ:  Well, at this point I
```

85

Peterson Reporting Video & Litigation Services

Isojon Khusenvos, 1/26/2022

```
 1                    KHUSENVOS
 2           don't know that it's going to be
 3           possible especially with an interpreter,
 4           it's very difficult.  It kind of makes
 5           things --
 6               MR. EVANS:  On any one day's
 7           testimony, I believe it's seven hours
 8           but I think you have second leeway to
 9           finish.  I don't think it's going to
10           take three days.  It might be two days.
11               MS. VASQUEZ:  What was my last
12           question?
13               (Whereupon, the referred question
14           was read back by the Reporter.)
15               MR. GITELMAN:  Note my objection.
16           Sure, he can answer it.
17           A.   No, because the knife was not as
18   much as that it would cut a finger and also, in
19   order to cut the meat, you don't have to use as
20   much strength in order that you would use -- in
21   order to cut a finger.
22           Q.   Let me go back for one moment.
23               MS. VASQUEZ:  Off the record.
24               (Whereupon, an off-the-record
25           discussion was held.)
```

**86**

Isojon Khusenvos, 1/26/2022

```
 1                    KHUSENVOS
 2         Q.   Mr. Khusenvos, do you know what an
 3    Auger is?
 4         A.   No, I don't know what it is.
 5              MS. VASQUEZ:  I'm going to mark
 6         another exhibit.  It is going to be
 7         Exhibit D.
 8              (Whereupon, the aforementioned
 9         plaintiff's responses was marked as
10         Defendant's Exhibit D for identification
11         as of this date by the Reporter.)
12         Q.   Let me share my screen.  We're
13    going to be marking plaintiff's responses to
14    defendant's interrogatories.  These are dated
15    on or about November 11th, 2021.  Mr.
16    Khusenvos, I'm going to just scroll through
17    this document.
18              Let me ask this question:  Do you
19    read English?
20         A.   No, I don't.
21         Q.   Do you understand any English at
22    all?
23         A.   A little bit.
24         Q.   I'm going to scroll through this
25    document.  Let me know if you recognize it.
```

87

Isojon Khusenvos, 1/26/2022

```
 1                      KHUSENVOS
 2    It's approximately 32 pages.  Have you ever
 3    seen a document like this or this document
 4    itself before today?
 5           A.   Yes.
 6           Q.   I'm going to show you -- I'm going
 7    to scroll through -- do you want me to keep
 8    going and show you all the pages?
 9           A.   Yes, it helps.
10           Q.   It's got questions and its got
11    responses.
12           A.   Yes, I see them.
13           Q.   I'm going to show you -- let me go
14    through it quickly.  I'm going to show you the
15    last page because it's important for you to see
16    on page 30 it's got a verification page and
17    it's got your signature.  Do you recognize that
18    page?
19           A.   Yes, I do remember.
20           Q.   Is that your signature?
21           A.   Yes, correct.
22           Q.   Did you sign with your left hand?
23           A.   Yes, I did it with my left hand.
24           Q.   Let me go back.  There's a question
25    on page 6 and it's asking about -- I'm just
```

**88**

Isojon Khusenvos, 1/26/2022

1                          **KHUSENVOS**

2     going to generalize it but it says it's asking

3     whether you had used the meat grinder in

4     question before your incident.  And it says

5     that you -- did you used it one or two times

6     per week from the end of 2020 to the beginning

7     of 2021 and through the end of May 29th, 2021;

8     is that correct?

9           A.   Yes, correct.

10          Q.   It asks on number 18 that if the

11    product ever not functioned correctly, state

12    whether in what respect it didn't function

13    correctly.  And then the answer says sometimes

14    the motor did not function properly.  Sometimes

15    what I believe is the Auger did not function

16    properly.  And then it says that the product

17    would not function properly about once or every

18    two weeks.  Now, I asked you just a few minutes

19    ago if you knew what an Auger was and you

20    indicated that you did not.  Does me reading

21    this question and this response to you refresh

22    your memory as to what an Auger is?

23          A.   People around me that told me and

24    that's why I heard from them.

25          Q.   What people -- what did people tell

**89**

Isojon Khusenvos, 1/26/2022

1                        **KHUSENVOS**

2    **you?**

3            A.   In general, they said that it makes

4    the meat small.

5            Q.   **What did you understand the Auger**

6    **to be from what you were told?**

7            A.   I didn't understand what it does

8    but I understood that it makes the meat

9    smaller.

10           Q.   **Do you know what it looks like?**

11           A.   If I can see it, I can recognize

12   but otherwise I cannot tell how it looks like

13   and stuff.

14           MS. VASQUEZ:  **That's perfectly**

15           **fine.  Let me show you.  We're going to**

16           **mark another exhibit.  This is going to**

17           **be Defendant's Exhibit E.  This is the**

18           **Prokraft owners manual.**

19           (Whereupon, the aforementioned

20           Prokraft owner's manual was marked as

21           Defendant's Exhibit E for identification

22           as of this date by the Reporter.)

23           Q.   **Are you able to see that?**

24           A.   Yes.

25           Q.   **The item in figure number one that**

**90**

Isojon Khusenvos, 1/26/2022

1                        **KHUSENVOS**

2  **is shown by number 13; do you see that?**

3          A.   Yes, I see it.

4          Q.   **Do you recognize what that is?**

5          A.   It looks like a thing that it

6  circles the meat.

7          Q.   **Is that the Auger?**

8          A.   I don't know.  As far as I

9  remember, it is -- it must be the thing that it

10  circled or turned around the meat.

11          Q.   **Is that figure that's listed as**

12  **number 13; is that what you're describing?**

13          A.   Yes.

14          Q.   **So back to Exhibit C for one**

15  **moment, the response that I read to you earlier**

16  **where it said sometimes the motor did not**

17  **function properly.  Sometimes that what I**

18  **believe is the Auger did not function properly.**

19  **Is that the Auger that you were referring to,**

20  **the item listed as item number 13 on Exhibit E?**

21          A.   You mean when we talked, that

22  engine was not working.

23          Q.   **I'm asking you, in this response it**

24  **says the Auger did not function properly.**

25  **Where you're referring to that Auger that we**

**91**

Peterson Reporting Video & Litigation Services

Isojon Khusenvos, 1/26/2022

```
 1                    KHUSENVOS
 2   just saw on Exhibit E which is listed as item
 3   number 13; is that what you're referring to?
 4        A.   Yes, correct.
 5        Q.   So we are on the same page.  We
 6   know what an Auger is, correct?
 7        A.   Yes, as I understand it, yes.
 8        Q.   Let's go back to Exhibit C which is
 9   the exemplar warning label and let's go back to
10   the yellow triangle that shows a hand with
11   fingertips being cut off.
12             MR. GITELMAN:  Note my objection.
13        Q.   Do you see that an Auger in that
14   photograph in that symbol -- withdrawn.
15             Do you see an Auger depicted in
16   that symbol?
17        A.   No, I don't see it there.
18        Q.   You don't recognize that to be an
19   Auger?
20        A.   No, I don't recognize it because it
21   looks like a dot or something there.
22        Q.   Tell me what you understand that
23   symbol to be.
24        A.   As I see, there are some dots and
25   then like an animal maybe a cat or something
```

92

Isojon Khusenvos, 1/26/2022

```
 1                        KHUSENVOS
 2    which is a black color.
 3             MR. VASQUEZ:  Can you repeat the
 4         question and answer, please?
 5             (Whereupon, the referred question
 6         and answer was read back by the
 7         Reporter.)
 8         Q.   Let's go to the next symbol.  Do
 9    you see a circle with a line through it?
10         A.   Yes, I see it.
11         Q.   What is a circle with a line mean
12    to you, if anything?
13         A.   I don't know.  As I see it looks
14    like somebody is throwing something to a trash
15    can and maybe it's not allowed to throw to a
16    trash can.
17         Q.   Do you see an Auger in that symbol?
18         A.   No, I don't see it there.
19         Q.   As you sit here now, do you have
20    any reason to believe that such a sticker would
21    be placed on a meat grinder?
22             MR. GITELMAN:  Note my objection to
23         form.  You can answer.
24         A.   I don't know the reason why they
25    put that sticker there.
```

93

Isojon Khusenvos, 1/26/2022

```
 1                         KHUSENVOS
 2          Q.   The symbol of that figure, putting
 3   his hands inside a container, does that to you
 4   not look like somebody putting their hands
 5   inside a meat grinder?
 6               MR. GITELMAN:  Note my objection to
 7          form.  You can answer.  He answered.  He
 8          doesn't know what it is.
 9               MS. VASQUEZ:  That's fine if it
10          looks like that to him.  If it doesn't,
11          it doesn't.
12          A.   No, I don't see that there is a
13   meat grinder there.  It doesn't look like one.
14          Q.   So your understanding of the symbol
15   is somebody putting garbage in a trash can; is
16   that correct?
17          A.   Yes, this is how I'm understanding
18   it.
19          Q.   I'm so sorry.
20               MS. VASQUEZ:  Can you repeat that
21          answer?
22               (Whereupon, the referred answer was
23          read back by the Reporter.)
24          Q.   Let's look at the bottom symbol.
25   The light blue circle.  What is your
```

94

Isojon Khusenvos, 1/26/2022

```
 1                      KHUSENVOS
 2    understanding of what symbol is in front of
 3    you?
 4         A.   I'm not understanding that symbol.
 5         Q.   Does the -- does this appear to be
 6    a hand holding something?
 7         A.   No, it doesn't look like it.
 8         Q.   You don't see a hand at all?
 9         A.   No, I cannot see a hand well.
10         Q.   Mr. Khusenvos, when you were in
11    school, were you ever diagnosed with any type
12    of learning disabilities?
13              MR. GITELMAN:  Note my objection.
14         You can answer.
15         A.   No.
16         Q.   At any point in time up until the
17    present time, have you ever been diagnosed with
18    a learning disability?
19         A.   No, they have never done that.
20         Q.   Let's go back to the initial times
21    that you used the meat grinder involved in your
22    accident.  You've already told us about the
23    first day that you used a meat grinder in the
24    store where you used it for one minute.  And I
25    wanted to focus -- yet again, I just want to
```

**95**

Peterson Reporting Video & Litigation Services

Isojon Khusenvos, 1/26/2022

1                          **KHUSENVOS**

2    remind you, I just want to focus on the meat

3    grinder that was involved in your accident,

4    okay.  Just a reminder.

5          A.    Okay.

6          Q.    You testified earlier that when you

7    first saw that meat grinder it had a hole,

8    correct?

9          A.    Yes.

10         Q.    I'm going to share my screen again.

11   I'm going to go back to the photo that I marked

12   as Exhibit A.  I believe you testified that the

13   meat grinder involved in your accident was very

14   similar to the one that's shown in the

15   photograph in front of you now, correct?

16         A.    That's correct.

17         Q.    The meat grinder that was involved

18   in your accident, did it have a tray?

19         A.    There was a tray on top of that

20   like that.

21         Q.    Now, there appears to be a white

22   stick in the photograph that's laying inside --

23   partially inside that tray; do you see it?

24         A.    Yes, I see it.

25         Q.    Do you know what that is?

96

Isojon Khusenvos, 1/26/2022

1                              **KHUSENVOS**
2          A.    No, I don't know what it is.
3          Q.    **Before your accident, did you ever**
4    **use one like that?**
5          A.    No, I have never used it because
6    they used to put meat with the hand.
7          Q.    **I understand that we're going to**
8    **get to that.  Before your accident --**
9    **withdrawn.**
10               **The first time that you used the**
11   **subject meat grinder that was involved in your**
12   **accident, were you given a pusher -- withdrawn.**
13               **Do you know that that white stick**
14   **is called a pusher?**
15         A.    No, I didn't know.
16         Q.    **You never heard that term before**
17   **today?**
18         A.    I have never heard that.
19         Q.    **Have you ever seen any kind of**
20   **stick used in connection with the meat grinder**
21   **before your accident?**
22         A.    No, I have not seen it because they
23   usually use their hands to put the meat there.
24         Q.    **You mentioned earlier -- you know**
25   **what --**

                                                    97

Isojon Khusenvos, 1/26/2022

1                    KHUSENVOS

2          MS. VASQUEZ:  Off the record.

3          (Whereupon, an off-the-record

4     discussion was held.)

5     Q.   Back on the record.  I'm going to

6  show you this photograph again and then I have

7  another photograph that I'm going to show you.

8  Earlier you mentioned that those three holes

9  inside the tray were not there when you first

10 saw the meat grinder involved in your accident;

11 do you remember that testimony?

12     A.   Correct.

13     Q.   Do you know what that those three

14 holes that section, do you know what that's

15 called?

16     A.   No, I don't.

17     Q.   Before your accident, had you ever

18 seen the meat grinder involved in your accident

19 with those three holes on the tray?

20     A.   No, I didn't see it.  I didn't see

21 it.

22          MS. VASQUEZ:  Let me show you this

23     other one now.  We're going to mark this

24     one as Defendant's Exhibit F.

25          (Whereupon, the aforementioned

                                                    98

Isojon Khusenvos, 1/26/2022

1                    KHUSENVOS

2          photograph was marked as Defendant's

3          Exhibit F for identification as of this

4          date by the Reporter.)

5          Q.   This is just a better view of the

6    tray area that can be seen sideways in the

7    other photograph Exhibit A; do you understand

8    that Mr. Khusenvos?

9          A.   Yes, I see it now.

10         Q.   So, let me ask you this, this top

11   portion with the five holes that is called a

12   safety guard.  Have you ever heard that term?

13         A.   I heard about it after the

14   accident.

15         Q.   I just want to be very clear.  On

16   the day of your accident, was that safety guard

17   on the meat grinder that you were using?

18         A.   No, it wasn't there.

19         Q.   At any time before your accident,

20   when you used the meat grinder that was

21   involved in your accident, did it have a safety

22   guard?

23         A.   No.  As far as I saw it, it never

24   had it.

25         Q.   I'm going to go back to Exhibit A.

**99**

Isojon Khusenvos, 1/26/2022

1                        **KHUSENVOS**

2    **Earlier you told me that the meat was pushed**

3    **into the hole with hands, correct?**

4          A.   Correct.

5          **Q.   Did you see any of the employees of**

6    **Halal Meat use the meat grinder pushing the**

7    **meat in the hole with their hands?**

8          A.   Yes.  They used to do that and

9    that's how I learned how to do it.

10         **Q.   The first time that you were told**

11   **to use the meat grinder that was involved in**

12   **your accident, were you told to use your hands**

13   **and put the meat in the meat grinder?**

14         A.   They showed it with the hand.

15         **Q.   Did they ever use a pusher like the**

16   **one that's shown in the photograph, Exhibit A**

17   **now that white stick?**

18         A.   No.  They used to use only hands.

19   I have never seen them using that.

20         **Q.   Before your accident, how often did**

21   **you see Halal Meat employees putting meat in**

22   **the meat grinder with their hands?**

23         A.   I don't know.  I don't remember.  I

24   remember seeing it one or two times how they

25   were putting the meat with their hands.

                                              **100**

Peterson Reporting Video & Litigation Services

Isojon Khusenvos, 1/26/2022

```
 1                    KHUSENVOS
 2         Q.   The meat grinder that was involved
 3    in your accident, did you ever clean it?
 4         A.   No.  No, I didn't clean it.
 5         Q.   After you used it, did somebody --
 6    withdrawn.
 7              Was there somebody at Halal Meat
 8    market who had the job of cleaning the meat
 9    grinder?
10         A.   Yes, there was a person who cleaned
11    afterwork hours.
12         Q.   That person who cleaned afterwork
13    hours, they cleaned the market?
14              MR. GITELMAN:  Can you be more
15              specific?  What do you mean about the
16              store, the store front?
17              MS. VASQUEZ:  Yes.  The whole
18              market that's what my question is is
19              they cleaned the market.
20         A.   Yes, correct.
21         Q.   Did they also clean the machinery
22    and the tools and the equipment in the meat
23    department at the meat market?
24         A.   Yes, correct.
25         Q.   Did you ever see this individual
```

**101**

Isojon Khusenvos, 1/26/2022

1                       **KHUSENVOS**

2      clean the meat grinder?

3           A.   No, because those people would

4      start their job after we left.

5           **Q.   Can you identify these individuals**

6      **whether it's one or more than one?**

7           A.   There were two people.

8           **Q.   What were their names?**

9           A.   If I remember correctly, one of the

10     guys name was Dilshod, D-I-L-S-H-O-D.  If I'm

11     not mistaken his last name is Ashurov,

12     A-S-H-U-R-O-V.  And the second guy's name was

13     Kozim, K-O-Z-I-M.  Last name Azimov,

14     A-Z-I-M-O-V.

15          **Q.   Do you know whether the person or**

16     **individuals that you just identified, were they**

17     **also responsible for -- withdrawn.**

18               **Do you know what they did to clean**

19     **the meat grinder?  Do you know how they did it?**

20          A.   No, I don't know because I have

21     never seen how they do it, what they do.

22          **Q.   So you don't know whether they take**

23     **it apart and put it back together again?  You**

24     **don't know that, correct?**

25          A.   I don't know.

**102**

Isojon Khusenvos, 1/26/2022

```
 1                    KHUSENVOS
 2        Q.   Do you know who it was that removed
 3   the safety guard from the meat grinder that was
 4   involved in your accident?
 5             MR. GITELMAN:  Note my objection to
 6        form.
 7        A.   No, I don't know because it was not
 8   my job and I used to work downstairs and I
 9   wasn't interested in that part.
10        Q.   Did anybody ever tell you who
11   removed the safety guard?
12        A.   No, nobody told me.
13        Q.   Did you ever ask anybody who
14   removed the safety guard?
15        A.   I didn't know that it was removed
16   because I thought that it was like that because
17   when I started doing it, it didn't have it.
18        Q.   So my next question would be
19   obvious but I'll ask it anyway:  Do you know
20   how it was removed?
21        A.   I don't know.  I have never seen
22   how it was done.  I don't know.
23        Q.   After this accident happened, did
24   you talk to any Halal Meat employees?
25        A.   Those people, they came to visit me
```

**103**

Isojon Khusenvos, 1/26/2022

```
 1                    KHUSENVOS
 2  after I was released from the hospital.
 3        Q.   Who was that exactly that came to
 4  visit you?
 5        A.   The workers who worked at the
 6  store.
 7        Q.   Can you tell me who they are?
 8        A.   Would you like me to tell each
 9  person's name?
10        Q.   Yeah, the persons who came to visit
11  you.
12        A.   Sanjar, yes, those people were
13  Sanjar, Hussein, Alisher's brother, Chingiz,
14  C-H-I-N-G-I-Z, Damir, D-A-M-I-R, D-I-L-S-H-O-D.
15        Q.   Damir and Dilshod are two different
16  people?
17        A.   Yes, correct.
18        Q.   Were any of -- those individuals
19  that you just identified, were they present on
20  the day of your accident?
21        A.   Yes, they were.
22        Q.   All of them or some of them?
23        A.   Some of them.  They were working
24  near me.
25        Q.   Tell me who those individuals were
```

**104**

Peterson Reporting Video & Litigation Services

Isojon Khusenvos, 1/26/2022

1                    KHUSENVOS

2    who were working near you on the day of your

3    accident.

4         A.    There was another person I was

5    missing.  Laziz', L-A-Z-I-Z, brother.  When the

6    accident happened Alisher's brother and Laziz'

7    brother were near me and then Hussein came to

8    the scene right after the accident.

9         Q.    Would it surprise you to hear that

10   we were told by individuals at Halal Meat that

11   you were the person who removed the safety

12   guard from the meat grinder?

13             MR. GITELMAN:  Note my objection.

14        You can answer.

15        Q.    It wouldn't surprise you?

16             MR. GITELMAN:  Did you interpret

17        his answer?

18             THE INTERPRETER:  Should I repeat

19        it, counsel?

20        Q.    Sure.

21        A.    Yes, it would surprise me because I

22   didn't know what it was and how would I remove

23   it.

24        Q.    Do you know as you sit here now who

25   said that?

**105**

Peterson Reporting Video & Litigation Services

Isojon Khusenvos, 1/26/2022

1                          **KHUSENVOS**

2          A.    What do you mean?  The word that

3    you said that would surprise me?

4          Q.    Do you -- as you sit here now, do

5    you know who could have said that that he

6    removed -- that you removed the safety guard?

7                MR. GITELMAN:  Note my objection.

8          You can answer.

9          A.    No, I don't know.

10         Q.    Do you have any family members who

11   worked at the Halal Meat market on or before

12   your accident?

13         A.    Yes.  Someone worked.

14         Q.    Tell me who that is.

15         A.    My little brother and my father.

16   Do you mean before the accident or after the

17   accident?

18         Q.    Well, on or before your accident --

19   so at any time on or before your accident

20   happened.

21         A.    Before the accident, my father and

22   my younger brother worked there.

23         Q.    And your father's name is Kozim?

24         A.    Yes.

25         Q.    Your brother's name is that

**106**

Isojon Khusenvos, 1/26/2022

1                          **KHUSENVOS**

2    **XXXXXXX?**

3          A.   Yes correct.

4          Q.   **And what did your father do at the**

5    **meat market -- withdrawn.**

6               **What was your father's job title at**

7    **the meat market?**

8          A.   He did everything around the store

9    and then he used to lock the door before we

10   close it.

11         Q.   **When you say everything, can you be**

12   **more specific, please?  I'm not sure what that**

13   **means.**

14         A.   His main responsibilities were

15   doing some renovation work and if he has had

16   the time, he would remove the old food or

17   expired food and put the new food and things

18   like this.

19         Q.   **What do you mean by renovation**

20   **work?**

21         A.   Do some painting work or if there

22   are light bulbs that didn't work, he would

23   replace them.

24         Q.   **Did he also work in the meat**

25   **department or not?**

**107**

Isojon Khusenvos, 1/26/2022

**KHUSENVOS**

1

2      A.   No, he did not work at the meat

3  department but he would clean, do the dusting

4  and the sweeping after the store was closed.

5      **Q.   Was he one of the two individuals**

6  **you mentioned earlier who did the cleaning of**

7  **the meat grinder?**

8      A.   Yes, correct.

9      **Q.   Did you ever ask your father after**

10 **this accident how it was that he cleaned the**

11 **meat grinder?**

12     A.   No, after this accident happened,

13 my father didn't work for a long time.  And

14 then after that, it was kind of -- didn't have

15 the time to ask him about it.

16     **Q.   You still live with your father,**

17 **correct?**

18     A.   Yes, correct.

19     **Q.   At any time after this accident,**

20 **did you ever discuss your accident with him?**

21     A.   No, he told me certain things, what

22 happened afterwards but when I asked about the

23 accident itself, he said it was bad and that he

24 didn't remember and he said that his heart

25 would not feel well if he talked about it.

**108**

Isojon Khusenvos, 1/26/2022

1                    KHUSENVOS

2        Q.   Your father was there on the date

3   of your accident?

4        A.   He wasn't there but he came when

5   they were taking out.

6        Q.   Was he working that day?

7        A.   No, he wasn't working.

8        Q.   Have you ever seen a video footage

9   of your incident?

10       A.   No, I didn't see the video.

11       Q.   What if anything did your father

12   tell you about any conversations that were had

13   at the meat market after the accident?

14            MR. GITELMAN:  Note my objection.

15            MR. EVANS:  Just note my objection.

16       A.   They said that it was very bad and

17   it was not good and they talked about stuff

18   like that.

19       Q.   Did he give you any specifics as to

20   what they discussed that was very bad?

21       A.   No, he didn't say that.

22       Q.   Did your father ever tell you that

23   he knew who removed the safety guard?

24       A.   No, he didn't tell me.

25       Q.   Did you ever ask your father if he

**109**

Isojon Khusenvos, 1/26/2022

1                          KHUSENVOS
2    knew that?
3            A.   No, I didn't ask him.
4            Q.   Do you know if your father was the
5    one who removed the safety guard?
6                MR. GITELMAN:  Note my objection.
7                He said he didn't know already.  You
8                asked the question different ways.  He
9                said he didn't know.
10                MS. VASQUEZ:  Let him answer the
11                question.  It wasn't even translated.
12                MR. GITELMAN:  Right, I wanted to
13                object before the translation.  He
14                already answered the question after
15                several different wording of expression.
16                MS. VASQUEZ:  Your objection is
17                noted.  Let him answer the question.
18                MR. GITELMAN:  Okay.
19                THE INTERPRETER:  Can you repeat
20                the question?
21                (Whereupon, the referred question
22                was read back by the Reporter.)
23            A.   I don't know but I don't think that
24    my father would do that.
25            Q.   Is your father still working for

**110**

Peterson Reporting Video & Litigation Services

Isojon Khusenvos, 1/26/2022

1                         **KHUSENVOS**

2    Halal Meat market?

3         A.   Yes, correct.

4         Q.   **Was he already working at Halal**

5    **Meat market when you began working there?**

6         A.   No, he was not working when I

7    started working there.

8         Q.   **When did he start?**

9         A.   Maybe after two months later after

10   I started working there.

11        Q.   **You mentioned that your brother**

12   **also worked at the meat market.  Is he still**

13   **working at Halal Meat market?**

14        A.   Yes, he's working.

15        Q.   **Was he working on the date of your**

16   **accident?**

17        A.   No.

18             MR. GITELMAN:  Can I get a brief

19        two-minute restroom break?

20             MR. EVANS:  Absolutely.

21             (Whereupon, a short break was

22        taken.)

23        Q.   **Did you ever speak to your brother**

24   **about the accident?**

25        A.   No.

**111**

Isojon Khusenvos, 1/26/2022

1                          KHUSENVOS

2        Q.   Did you ever speak to your brother

3   about the meat grinder?

4             MR. GITELMAN:  Note my objection.

5        He can answer.

6        A.   No, I didn't talk to him about it.

7        Q.   What was your brother's job title

8   on the date of your accident?

9        A.   He worked as a cashier.

10       Q.   Did he ever do any work with the

11  meat grinder?

12       A.   No, he didn't.

13       Q.   Did your father ever work with the

14  meat grinder?

15       A.   No.

16       Q.   When your coworkers came to see you

17  after the accident, what if anything did they

18  say to you?

19            MR. GITELMAN:  Note my objection.

20       You can answer.  Is there something

21       specific counsel or in general?

22            MS. VASQUEZ:  Just in general.

23       A.   At the time when they came, I was

24  very down and then they just supported me by

25  saying everything is going to be all right, you

**112**

Isojon Khusenvos, 1/26/2022

```
 1                    KHUSENVOS
 2   are going to be all right.  They said those
 3   kind of things.
 4        Q.   Did any of them discuss your
 5   accident?
 6        A.   No, they didn't talk anything about
 7   the accident itself.
 8        Q.   Up until the present time, have any
 9   of your coworkers had any conversations with
10   you about your accident?
11             MR. GITELMAN:  Note my objection.
12        A.   No, we didn't talk about it.
13        Q.   Up until the present time, have any
14   of your coworkers talked to you about the meat
15   grinder that was involved in your accident?
16             MR. GITELMAN:  Note my objection.
17        A.   No, they didn't talk anything about
18   that too.
19        Q.   I know I'm jumping around a little
20   bit but we're getting closer to the end.  When
21   you were removed -- when you went -- withdrawn.
22             After your accident, you were
23   removed by ambulance to the hospital, correct?
24        A.   Yes, correct.
25        Q.   Were any of the meat grinder parts
```

**113**

Isojon Khusenvos, 1/26/2022

1                          **KHUSENVOS**

2    removed with you?

3          A.   I didn't -- my face was covered at

4    the time when they were dealing with my hand

5    and I don't think that anything was removed

6    along with my hand or along with me.

7          Q.   Counsel, I would like to take a

8    look at his arm not necessarily uncovered.  I

9    just want to see -- I haven't had an

10   opportunity to see it since it's covered.  The

11   angle that he's sitting in, we haven't been

12   able to see it at all.

13         A.   (The witness complied.)

14         Q.   Can you bend at the elbow?

15         A.   (The witness complied.)

16         MR. EVANS:  About ten centimeters

17         below the elbow.

18         MR. GITELMAN:  Less.  Way less.

19         Q.   So we will -- it's already close to

20   the time that we're ending and thank you for

21   that.  I'm just going to continue when we come

22   back.  Instead of, you know, getting into

23   anymore details, I just wanted to get a few --

24   sorry, I just wanted to get a few facts.  So we

25   do have?

**114**

Isojon Khusenvos, 1/26/2022

```
 1                    KHUSENVOS
 2           MS. VASQUEZ:  Off the record.
 3           (Whereupon, an off-the-record
 4      discussion was held.)
 5           MR. GITELMAN:  Let the record
 6      reflect that the plaintiff took out his
 7      arm -- can we have let the record
 8      reflect the witness showed his arm on
 9      camera.  He took it out of his sling and
10      it was visible that his arm was
11      amputated just below the elbow on his
12      right arm.
13           MS. VASQUEZ:  If there are any
14      additional medical authorizations if you
15      could please provide them -- I'm
16      requesting any additional authorizations
17      for records relating to Mr. Khusenvos's
18      continued treatment.  Specifically I saw
19      medical records that Mr. Khusenvos had
20      either started treating or was going to
21      treat or there was a suggestion of
22      treatment with a prosthetic specialist
23      to the extent that we haven't received
24      those records and to the extent he's
25      already started that treatment, if you
```

**115**

Isojon Khusenvos, 1/26/2022

1              KHUSENVOS
2      could provide authorizations for that as
3      well as updated photos and put it in
4      writing.
5           (Continued on next page
6      to include jurat.)
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

**116**

Isojon Khusenvos, 1/26/2022

```
 1              KHUSENVOS
 2          MR. EVANS:  Update exactly.
 3      Updated photos and updated medicals,
 4      we're cut off on the medicals to a
 5      certain time and he's probably still
 6      treating to some degree, so I just want
 7      some fresh authorizations in that
 8      regard.
 9          MR. GITELMAN:  Okay.  Not a
10      problem, counselors, not a problem.
11          MR. EVANS:  Thank you.
12          MS. VASQUEZ:  Thank you, Mr.
13      Khusenvos.
14
15          (Whereupon, at 4:31 p.m., the
16      examination of this witness was
17      concluded.)
18
19          _____
                  ISOJON KHUSENVOS
20
21
22   Subscribed and sworn to before me
23   this _____ day of _____, 2022.
24
     _____
25          NOTARY PUBLIC
```

**117**

Isojon Khusenvos, 1/26/2022

```
 1                        KHUSENVOS

 2                    I N D E X

 3

 4    EXAMINATION BY                 PAGE

 5    MS. VASQUEZ                    4-117

 6

 7

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

**118**

Isojon Khusenvos, 1/26/2022

```
 1                    KHUSENVOS
 2                E X H I B I T S
 3    DEFENDANT'S      DESCRIPTION              PAGE
 4       A            16-page document          65
         B            Photograph                72
 5       C            Exemplar warning label    74
         D            Plaintiff's responses     87
 6       E            ProKraft Owner's manual   90
         F            Photograph                98
 7
 8
 9
10      R E Q U E S T S   F O R   P R O D U C T I O N
11    DESCRIPTION                              PAGE
12    Mr. Khusenvos' records                   115
13
14
15                   R U L I N G S
16    QUESTIONING ATTORNEY          PAGE/LINE
17    MS. VASQUEZ                      75/8
      MS. VASQUEZ                      80/20
18
19
20
21
22
23
24
25
```

**119**

Peterson Reporting Video & Litigation Services

1                    KHUSENVOS

2              C E R T I F I C A T E

3    STATE OF NEW YORK        )
                              ss.:
4    COUNTY OF BRONX          )

5

6

7          I, DORENE GLOVER, a Notary Public for

8    and within the State of New York, do hereby

9    certify:

10         That the witness whose examination is

11   hereinbefore set forth was duly sworn and that

12   such examination is a true record of the

13   testimony given by that witness.

14         I further certify that I am not related

15   to any of the parties to this action by blood

16   or by marriage and that I am in no way

17   interested in the outcome of this matter.

18         IN WITNESS WHEREOF, I have hereunto set

19   my hand this 15th day of February, 2022.

20

21

22              DORENE GLOVER

23

24

25

Isojon Khusenvos, 1/26/2022

```
 1                      KHUSENVOS
 2   STATE OF NEW YORK          )
                                  ss.:
 3   COUNTY OF BRONX            )
 4
 5      I wish to make the following changes, for
 6   the following reasons:
 7
 8   PAGE LINE
 9   _____    _____CHANGE:
10   _____
11      REASON:
12   _____
13   _____    _____CHANGE:
14   _____
15      REASON:
16   _____
17   _____    _____CHANGE:
18   _____
19      REASON:
20   _____
21   _____    _____CHANGE:
22   _____
23      REASON:
24   _____
25   _____    _____CHANGE:
```

**121**

Isojon Khusenvos, 1/26/2022

1                          KHUSENVOS

2     _____

3        REASON:

4     _____

5     _____        _____CHANGE:

6     _____

7        REASON:

8     _____

9     _____        _____CHANGE:

10    _____

11       REASON:

12    _____

13    _____        _____CHANGE:

14    _____

15       REASON:

16    _____

17    _____        _____CHANGE:

18    _____

19       REASON:

20    _____

21

22

23

24

25

**122**

**A**

A-L-I-S-H-E-R 57:22
A-S-H-U-R-O-V 102:12
A-Z-I-M-O-V 7:18 9:7 102:14
**a.m** 1:11 32:17 36:8
**able** 63:16 65:13 67:23,25 74:21 90:23 114:12
**above-entitled** 1:16
**absolutely** 7:7 10:19 111:20
**academic** 11:22 13:22 14:13,21 15:3,6,10 18:19
**accident** 11:13,15 20:9,12 23:6 33:4 33:16 37:20 38:7 38:14 47:7 48:23 49:7,12 50:3,12 53:12,17 54:4,9 54:22,22 55:9,14 61:7 62:20 63:21 63:22 65:25 66:15 66:18 67:5,10,19 68:9 69:7,25 70:23 71:7,15,16 71:25 72:19 73:4 77:12 95:22 96:3 96:13,18 97:3,8 97:12,21 98:10,17 98:18 99:14,16,19 99:21 100:12,20 101:3 103:4,23 104:20 105:3,6,8 106:12,16,17,18 106:19,21 108:10 108:12,19,20,23 109:3,13 111:16 111:24 112:8,17 113:5,7,10,15,22
**accidentally** 80:22
**accidently** 80:12
**action** 1:16 120:15
**add** 6:19 39:9
**added** 38:11 41:12
**addition** 36:20
**additional** 17:2 40:20 41:7,11,12 41:20 115:14,16
**address** 4:16 7:25 8:5 9:21 10:2,2
**administer** 3:8
**adopt** 34:16
**affixed** 73:5 74:15

**aforementioned** 65:4 72:22 74:17 87:8 90:19 98:25
**afterwork** 101:11 101:12
**against-** 1:5,8
**ages** 10:6
**ago** 89:19
**AGREED** 3:2,11
**AHUNHODJAEV** 2:18
**alike** 48:21
**Alisher** 57:22 59:5
**Alisher's** 57:24 59:9 104:13 105:6
**allow** 81:25 82:16
**allowed** 22:20 63:14 93:15
**allowing** 75:18,20
**Alright** 22:13
**ambulance** 113:23
**America** 8:19 42:21
**American** 16:22 28:3
**amount** 27:25 33:5 33:17 34:10
**amputated** 115:11
**angle** 114:11
**animal** 92:25
**answer** 5:11,24 6:4 6:20 13:14 16:15 19:10 20:3 22:11 23:2,24 27:8,15 40:25 41:24 45:5 46:8 50:23 52:22 60:16,18 63:18 75:12,18,21 78:17 79:3,13 81:2,6,25 82:17 83:20 84:7 86:16 89:13 93:4 93:6,23 94:7,21 94:22 95:14 105:14,17 106:8 110:10,17 112:5 112:20
**answered** 19:4 41:24 46:8 50:6 94:7 110:14
**answering** 75:25 82:11 83:3,7 84:2 84:11
**answers** 4:5 5:12 84:20 85:8
**anticipate** 5:12
**anybody** 103:10,13
**anymore** 114:23
**anyway** 54:20

103:19
**apart** 78:10 102:23
**apartment** 7:25
**apologize** 27:3
**appear** 95:5
**appears** 73:19 74:6 96:21
**apply** 34:12
**apprentice** 58:23
**approximate** 54:20
**approximately** 11:11 29:2 30:11 33:21,25 35:15 36:8 37:22 46:21 46:25 54:10 88:2
**area** 47:22 48:3 57:2 64:14 65:17 65:18 99:6
**arm** 114:8 115:7,8 115:10,12
**arrived** 8:13 20:15 20:17 21:8 42:24 46:11
**arriving** 19:23 42:13,16 43:3
**ARVID** 2:6
**Ashurov** 102:11
**asked** 18:25 30:3,4 41:24 46:7,20,23 49:21 50:8,19 53:7 69:18 84:24 89:18 108:22 110:8
**asking** 23:5 27:3 75:13 78:25 84:16 84:25 85:11 88:25 89:2 91:23
**asks** 89:10
**aspect** 83:13
**assignments** 39:6
**assistance** 43:4
**assistant** 58:20 81:20
**assume** 5:25
**assuming** 84:22
**attach** 80:12
**attached** 73:4
**attend** 12:2,8 14:23
**attorney** 5:2 6:3,5 119:16
**attorneys** 2:4,8,12 3:3
**Auger** 76:21 87:3 89:15,19,22 90:5 91:7,18,19,24,25 92:6,13,15,19 93:17

**authorizations** 115:14,16 116:2 117:7
**authorized** 3:7
**Avenue** 4:17 9:23 11:6,9
**Azimov** 7:17 9:6 102:13

**B**

B 72:21,24 119:2,4
B-A-K-H-T-I-E-R 9:6
**back** 20:22,23 21:2 21:2 23:21 25:6 27:2 45:15,19 60:18 64:24 68:23 71:12 72:7,9 79:19 85:19 86:14 86:22 88:24 91:14 92:8,9 93:6 94:23 95:20 96:11 98:5 99:25 102:23 110:22 114:22
**backtrack** 77:15
**bad** 108:23 109:16 109:20
**Bakhtier** 9:6
**based** 83:24
**basic** 44:25
**basis** 52:4
**beef** 37:7,9 39:7,17 63:24
**began** 43:21 111:5
**beginning** 26:8,14 31:21 89:6
**behalf** 1:16
**believe** 47:20 86:7 89:15 91:18 93:20 96:12
**bend** 114:14
**best** 5:23
**better** 68:5,6 99:5
**Beyond** 64:14
**big** 45:24 49:9,21 54:7 55:6,8 62:4 62:10
**bigger** 48:15 49:6,8 49:10 50:2
**birth** 6:24
**bit** 18:23 19:16 37:25 63:11 87:23 113:20
**black** 93:2
**blood** 120:15
**blue** 94:25
**body** 21:11,21

22:16 23:8,22 24:24 25:14 26:5 28:6,22 69:21 73:5
**books** 22:8,9
**born** 8:7,8 10:7,9,21
**boss** 30:17
**bottom** 94:24
**Boulevard** 2:13
**Box** 2:9
**branch** 21:18 82:8
**brand** 48:2
**break** 6:17,21 37:17 37:18 60:12,13 82:23,24 111:19 111:21
**brief** 111:18
**bring** 45:16 55:19 59:14
**broader** 85:4
**BRONX** 120:4 121:3
**Brooklyn** 2:5
**brother** 10:14 59:9 104:13 105:5,6,7 106:15,22 111:11 111:23 112:2
**brother's** 106:25 112:7
**brothers** 10:3,21
**building** 12:22
**bulbs** 107:22
**butcher** 58:20,23,25 77:18 79:25 80:20 81:3,21,23,24 82:4
**butcher's** 77:16
**button** 62:15,23,24 63:6,6
**buttons** 62:23 64:4 67:25 68:8,13 69:16
**buy** 16:2,19 17:4
**buying** 15:16,20 16:25 17:8

**C**

C 2:2 74:13,19 91:4 92:8 119:5 12:10 120:2,2
C-H-I-N-G-I-Z 104:14
**call** 30:13,13 53:21 53:23 57:16 59:8 59:9 81:20 82:4,5
**called** 21:19 30:15 46:19,23 57:12,13

59:2,4,11,12 60:3
81:22,23 97:14
98:15 99:11
**camera** 115:9
**card** 22:22 23:10,12
23:18
**Carmen** 2:10 5:2
**carrots** 45:10,11,13
45:25
**Case** 1:5
**cases** 84:17
**cash** 23:4,22 24:2
28:18,20 34:6
**cashier** 112:9
**cat** 76:15 92:25
**ceiling** 15:24
**centimeters** 114:16
**certain** 108:21
117:5
**certification** 3:5
**certify** 120:9,14
**change** 35:22 36:4
36:23 38:22,25
47:16 54:6 58:17
121:9,13,17,21,25
122:5,9,13,17
**changed** 33:19 38:8
**changes** 121:5
**changing** 36:21
**Chester** 2:9
**chicken** 30:23 31:14
36:24,25 39:8,13
40:4 41:16 55:16
77:19,25 78:6,10
78:21 79:5,6,9,23
**children** 7:12
**Chingiz** 104:13
**circle** 93:9,11 94:25
**circled** 91:10
**circles** 91:6
**citizen** 22:24
**citizenship** 23:5
**city** 8:9 24:3 43:4
**claim** 5:6
**clarification** 25:10
**clarify** 20:24 25:7
25:13 52:15
**clarifying** 17:5
**classes** 19:17
**clean** 22:6 101:3,4
101:21 102:2,18
108:3
**cleaned** 101:10,12
101:13,19 108:10
**cleaning** 22:6 101:8
108:6
**clear** 76:22 81:20

83:24 99:15
**clearly** 74:8,9
**client** 56:15 83:3
84:2,7,11,15
**clients** 18:11 65:21
**close** 8:23 107:10
114:19
**closed** 16:21 28:25
108:4
**closer** 69:9 70:17
113:20
**college** 13:17,19
**color** 48:19 61:24
93:2
**colors** 63:2,4
**come** 13:10,16 15:6
16:9 18:11 30:16
39:17 45:21 51:18
53:23 55:18 57:16
114:21
**comes** 62:5 75:9
**coming** 27:5
**commercial** 46:13
**communications**
5:20
**company** 47:24,25
**complete** 12:15
21:11,21 22:16
23:8,22 24:24
25:14 26:4 28:5
28:22
**completed** 5:13
13:4,9
**completely** 84:3
**complied** 114:13,15
**concisely** 83:17
**concluded** 117:17
**conduct** 83:11
**CONGDON** 2:12
**connected** 30:14
**connection** 23:18
97:20
**Construction** 15:22
**contact** 75:9 85:18
**contain** 84:20
**container** 94:3
**continue** 12:18 13:2
13:12,17,19,21
14:20 82:20
114:21
**continued** 12:21
115:18 116:5
**conversations**
109:12 113:9
**copy** 4:20,23
**correct** 8:2 18:6,17
18:21 19:15 24:17

24:20 25:16,22
26:23 31:17 32:25
34:7 35:19 37:4
38:19,20 41:18,19
44:14,17 46:2
51:8,10,22,23,25
52:2,24 53:9,10
54:18,19 55:10,11
55:25 56:7,8
62:25 63:7,9
64:12 66:10,11,24
69:17 71:8 73:15
77:17,21 78:3,11
78:12 79:7,8,10
80:2,5 88:21 89:8
89:9 92:4,6 94:16
96:8,15,16 98:12
100:3,4 101:20,24
102:24 104:17
107:3 108:8,17,18
111:3 113:23,24
**correctly** 89:11,13
102:9
**counsel** 19:4 40:25
66:10 72:17 76:17
79:11 83:2 84:13
84:21,25 105:19
112:21 114:7
**counsel's** 84:10
**Counselor** 81:7
**counselors** 117:10
**COUNTY** 120:4
121:3
**courses** 14:12 19:21
19:25
**court** 1:2 4:19,22
83:22 85:18
**covered** 62:9 114:3
114:10
**coworkers** 112:16
113:9,14
**crank** 44:13,15
**currently** 11:6
18:22 23:11 27:20
**cut** 51:19,20 65:19
73:21 74:4,7 75:6
75:9 77:3 78:6,10
78:10,14,14,21
79:5,6,23 80:2,3,5
80:22,24,25 82:15
86:18,19,21 92:11
117:4
**cuts** 80:13
**cutting** 31:13 36:25
39:8 40:5 77:24
80:21

| | **D** |

**D** 4:2,2 87:7,10
118:2 119:5,10
**D-A-M-I-R** 104:14
**D-I-L-S-H-O-D**
102:10 104:14
**daily** 24:5 52:3
**Damir** 104:14,15
**date** 1:17 6:24
11:12 12:3 37:20
38:14 65:7 72:25
74:20 77:11 87:11
90:22 99:4 109:2
111:15 112:8
**dated** 87:14
**day** 8:13 24:11,16
29:3 31:19 32:14
32:23 33:4 36:12
36:14,15,16 49:15
52:10,17,23 53:19
60:2 85:24 95:23
99:16 104:20
105:2 109:6
117:23 120:19
**day's** 86:6
**days** 24:18 32:12,15
32:19,20,21 36:9
52:25 86:10,10
**dealing** 114:4
**December** 8:15
23:15 49:18
**Defendant** 1:9,17
2:12
**defendant's** 65:3,6
65:9 72:23 74:13
74:18 87:10,14
90:17,21 98:24
99:2 119:3
**defendants** 1:6 2:8
5:5
**degree** 14:3,5 117:6
**deliver** 16:6 17:7
**delivered** 17:9
**department** 30:23
36:25 51:13,15
52:6 55:17,21
56:3,4,7,10 57:6
57:15 58:11,12
65:19 77:20
101:23 107:25
108:3
**depicted** 70:21
92:15
**deponent** 83:20
**deposition** 3:5,6,10
63:13 83:12,13
84:4 85:3,24

**Depot** 16:22
**describe** 18:12
61:12,14,15,18
62:3 69:19 80:12
**described** 46:6 49:5
55:22 63:23 64:21
**describing** 65:23
91:12
**DESCRIPTION**
119:3,11
**details** 114:23
**diagnosed** 95:11,17
**different** 12:19
28:23 33:17 38:9
39:4,6 44:4 47:7
47:12,17,23,25
48:10,14 49:2,3
52:6 54:16 56:25
63:2,3 72:4,5
85:12 104:15
110:8,15
**difficult** 86:4
**Dilshod** 102:10
104:15
**diploma** 14:6,7
**direction** 67:15,17
**directly** 25:15 64:12
69:10
**disabilities** 95:12
**disability** 95:18
**disagrees** 81:10
**disclosed** 65:10
**disclosure** 65:10
**discuss** 108:20
113:4
**discussed** 109:20
**discusses** 83:8
**discussion** 11:4 69:5
71:21 86:25 98:4
115:4
**display** 37:11 56:11
57:2,3,4,7 63:24
64:21 66:25 69:10
**displayed** 56:14
**DISTRICT** 1:2,2
**document** 65:5,9,11
87:17,25 88:3,3
119:4
**doing** 40:10,16
103:17 107:15
**dollar** 38:11
**dollars** 28:3
**door** 107:9
**Dorene** 1:18 84:5
120:7,22
**dot** 92:21
**dots** 92:24

**downstairs** 52:18
    52:20 55:15 58:16
    103:8
**drive** 17:22,24
**drivers** 17:13,16
**duly** 4:7 120:11
**dusting** 108:3
**duties** 18:4 31:6
    36:23,23 37:3
    38:24 41:12
**duty** 40:20 41:7,20
**dwell** 80:17

**E**

**E** 2:2,2 4:2,6 90:17
    90:21 91:20 92:2
    118:2 119:2,6,10
    119:10 120:2,2
**Earle** 2:13
**earlier** 7:25 16:11
    17:6 41:15 49:23
    56:22 57:21 63:23
    64:21 65:23 69:18
    78:2 91:15 96:6
    97:24 98:8 100:2
    108:6
**earn** 33:8
**earning** 33:2,5
**easiest** 27:13
**EASTERN** 1:2
**edit** 36:13 37:6
**education** 11:17,23
    12:16 13:20
**effect** 3:9
**efforts** 19:24
**eight** 12:4 24:12
    36:4,8
**either** 12:19 17:21
    27:12 115:20
**elbow** 114:14,17
    115:11
**electrical** 48:16,17
**elementary** 12:3,8
    12:11,15
**employees** 50:21
    100:5,21 103:24
**employment** 42:2
    42:10
**enforce** 83:21
**engine** 91:22
**English** 4:4,5 18:22
    18:25 19:17,21,25
    87:19,21
**enroll** 19:24
**equipment** 45:7
    50:25 61:20
    101:22

**equipments** 22:7
**equivalent** 14:17
**especially** 86:3
**ESQ** 2:6,10,14
**EVANS** 2:14 4:21
    25:8 76:10 85:21
    86:6 109:15
    111:20 114:16
    117:2,11
**everybody** 5:19
**everybody's** 85:13
**evidence** 83:10
**exact** 46:18 50:14
    50:15
**exactly** 11:10 40:14
    42:4 81:12 104:3
    117:2
**examination** 1:14
    4:11 83:10,14
    117:16 118:4
    120:10,12
**examined** 4:9
**example** 15:23,24
    16:5 45:9 53:21
**exchange** 47:16
**exemplar** 74:14,15
    92:9 119:5
**exhibit** 65:6,9,11
    70:25 72:21,24
    74:13,19 87:6,7
    87:10 90:16,17,21
    91:14,20 92:2,8
    96:12 98:24 99:3
    99:7,25 100:16
**existed** 70:7
**expenses** 24:6
**experience** 43:9
**expired** 107:17
**explain** 63:17 68:16
    76:24
**explained** 40:15
**expression** 110:15
**extent** 115:23,24
**extra** 24:14 36:11
    36:16

**F**

**F** 98:24 99:3 119:6
    119:10 120:2
**F-A-R-I-Z** 28:15
**face** 66:22 114:3
**facing** 67:17 68:11
    69:14,16
**facts** 114:24
**fair** 40:19
**family** 8:4,20,21 9:2
    11:5 43:13 106:10

**far** 32:2 47:9,22
    48:9 55:7 91:8
    99:23
**Fariz** 28:15
**father** 8:23 15:12
    15:17 18:3,8 27:4
    27:22 106:15,21
    107:4 108:9,13,16
    109:2,11,22,25
    110:4,24,25
    112:13
**father's** 7:17,19 9:3
    106:23 107:6
**February** 120:19
**federal** 85:22
**feel** 108:25
**female** 10:15
**fifth** 12:14,24
**figure** 90:25 91:11
    94:2
**file** 42:14
**filing** 3:4
**fine** 48:6,8 90:15
    94:9
**finger** 75:8 80:13,25
    86:18,21
**fingers** 73:21 74:7
    75:9 78:14,15
    80:23
**fingertips** 75:6
    92:11
**finish** 86:9
**finished** 12:25 36:5
**firing** 61:13
**firm** 5:3
**first** 4:7 12:11,13
    20:15,17,20 29:19
    30:9 31:19 32:7
    32:11 39:22 40:3
    41:16 42:19 46:16
    47:2,13 49:24
    50:12 53:6,11
    54:2 55:12 56:5
    57:12 59:2 60:2
    60:24,24 62:7
    70:9 95:23 96:7
    97:10 98:9 100:10
**fit** 76:2
**five** 24:15 25:25
    26:3,13 53:18
    99:11
**five-minute** 37:17
    37:18
**FLAHERTY** 2:12
**focus** 61:5 95:25
    96:2
**follow-up** 19:7

    26:11 85:9
**following** 4:4 85:22
    121:5,6
**follows** 4:10
**food** 42:25 107:16
    107:17,17
**footage** 109:8
**force** 3:8 79:5 80:23
**form** 3:12 8:18 12:6
    16:15 20:3 34:11
    40:24 45:5 70:20
    75:21 79:21 80:15
    82:2 84:18 85:15
    93:23 94:7 103:6
**format** 63:12
**forms** 84:13
**forth** 120:11
**four** 15:8,9 18:9,16
    24:15 26:22 27:5
    27:22 33:21,23
    38:8 53:18
**fourth** 12:13
**fresh** 117:7
**Friday** 33:11
**friend** 24:22,23
    25:2,15,24
**front** 64:12,13,16
    68:12 69:10,15
    95:2 96:15 101:16
**function** 89:12,14
    89:15,17 91:17,18
    91:24
**functioned** 89:11
**further** 3:11 120:14

**G**

**G** 65:11 70:25
    119:15
**G-A-S-H-K-E-N-G**
    16:5
**garbage** 94:15
**Gashkeng** 16:5
**general** 67:15 90:3
    112:21,22
**generalize** 89:2
**generally** 47:19
**gentleman** 44:10
**geometry** 14:15
**gestures** 5:15
**getting** 25:23 26:15
    26:24 27:6 31:15
    33:16,23 35:4,10
    35:21 75:9 79:12
    113:20 114:22
**Gitelman** 2:6 4:22
    4:24 7:5 8:17 9:9
    9:13 10:17 12:5

    13:13 16:14 17:14
    18:5 19:4,9 20:2,8
    22:10,25 23:23
    24:23 25:4,11
    27:7,14 34:11,18
    35:13 39:25 40:23
    41:4,23 42:4
    43:15 44:12 45:4
    46:7 49:14,19
    50:6,14,22 61:14
    63:10,15 64:9
    66:8,12 70:19
    72:2,6,15 75:11
    75:14,16,20,24
    76:5,15 77:11
    78:16,23 79:11,20
    81:2,8,14,16,22
    82:6,13 84:9
    86:15 92:12 93:22
    94:6 95:13 101:14
    103:5 105:13,16
    106:7 109:14
    110:6,12,18
    111:18 112:4,19
    113:11,16 114:18
    115:5 117:9
**give** 5:8 10:8 24:4,4
    27:9,11,19,24,25
    28:20 31:3 32:6
    32:14,23 33:6
    41:11 59:24
    109:19
**given** 32:15 39:7,23
    41:7 56:15 97:12
    120:13
**giving** 25:25 81:18
**glass** 56:11 57:2,3,4
    57:7
**glasses** 56:13
**Glover** 1:18 120:7
    120:22
**go** 17:12 22:4 25:6
    27:2 59:14 69:2
    84:6 85:19 86:22
    88:13,24 92:8,9
    93:8 95:20 96:11
    99:25
**going** 5:5,7,8,16
    6:13 26:16 27:2
    32:6,13 59:17
    65:2,8 67:14
    72:11,20 74:12
    75:22 76:7,8,9
    81:12 82:15,16,18
    82:20 85:22 86:2
    86:9 87:5,6,13,16
    87:24 88:6,6,8,13

88:14 89:2 90:15
90:16 96:10,11
97:7 98:5,7,23
99:25 112:25
113:2 114:21
115:20
**good** 4:25 109:17
**gotten** 29:24
**grade** 11:19 12:12
12:12,14,24,25
13:16,16
**grades** 14:9
**graduate** 13:25
**graduated** 14:8
15:2,5,10 18:19
**graduating** 14:21
**green** 14:6,7 22:22
23:10,11,18 63:5
63:6
**grind** 46:20,23
49:21 55:20 59:15
60:6
**grinded** 61:21 65:20
**grinders** 43:9 46:5
47:10,12,18,24,25
48:9,11,12,24
49:3,24 54:6,12
**grinding** 50:19
**grinds** 44:10
**ground** 44:16 51:17
51:21,24 52:3
**guard** 99:12,16,22
103:3,11,14
105:12 106:6
109:23 110:5
**guidelines** 85:23
**guy** 28:7
**guy's** 102:12
**guys** 102:10
**gym** 21:9,10

---

**H**

**H** 4:2,2,6 119:2
**H-A-L-A-L** 29:15
**Halal** 29:15 39:23
42:2,6,8,10 43:8
43:12,22,25 46:11
46:22 47:3 49:13
49:17,25 50:4,13
50:21 51:9 54:3
58:14 80:20 100:6
100:21 101:7
103:24 105:10
106:11 111:2,4,13
**half** 38:12
**hand** 5:16 20:11
44:15 67:2 68:13

73:16,20 74:4,7
75:5,8 77:3 80:22
82:10,14 88:22,23
92:10 95:6,8,9
97:6 100:14 114:4
114:6 120:19
**handcraft** 46:6
**hands** 44:10 78:22
94:3,4 97:23
100:3,7,12,18,22
100:25
**hang** 44:12
**happen** 45:13,18
53:12,19,20 78:4
81:5
**happened** 11:15
20:12 46:19 54:23
63:22 66:18 69:7
71:7,16 78:19
103:23 105:6
106:20 108:12,22
**head** 5:15 55:16,21
56:2 58:10,12
**hear** 51:2 52:9,11
52:13,13,16,19,20
52:23 53:2 105:9
**heard** 51:7 89:24
97:16,18 99:12,13
**heart** 108:24
**held** 1:17 11:4
18:18 69:5 71:21
86:25 98:4 115:4
**help** 18:10 24:13
53:24
**helped** 58:8
**helper** 58:25 77:17
77:18 82:3
**helping** 15:13 18:3
18:8
**helps** 88:9
**hereinbefore**
120:11
**hereunto** 120:18
**high** 11:22 12:20
13:2,12,15,22
14:13,17
**highest** 11:16
**hindering** 84:4
**hire** 30:3 56:2
**hired** 46:22 55:24
58:14 77:16,18
**holding** 95:6
**hole** 61:20 62:2,3,4
62:9,10 96:7
100:3,7
**holes** 67:12,13 98:8
98:14,19 99:11

**home** 16:22 29:11
46:13
**hospital** 104:2
113:23
**hour** 34:4,5 35:11
35:17,22 37:21,25
38:6,13,16,18
**hourly** 33:24 35:9
36:22 38:21
**hours** 24:7,11,14,15
24:16 26:7 34:21
35:22,23,24,25
36:10,10,11,13,21
37:22 38:22,23
85:23 86:7 101:11
101:13
**hum** 6:12
**hundred** 26:13
27:19 28:3 32:14
**Hussein** 30:9 55:23
57:21 58:10 59:5
59:10,12 60:22
61:2 104:13 105:7
**hypotheticals** 81:18

---

**I**

**idea** 77:9
**identification** 65:6
72:24 74:19 87:10
90:21 99:3
**identified** 102:16
104:19
**identify** 31:5 57:17
65:17 102:5
**immediately** 20:18
**implied** 19:9
**important** 5:19
88:15
**improper** 75:14
81:9 84:3
**incident** 89:4 109:9
**include** 116:6
**income** 42:9
**increase** 36:10 38:3
38:21,25
**increased** 35:24,25
36:9 37:24 38:5
**increases** 38:4,10
**increasing** 36:20,21
**indicated** 36:7
89:20
**individual** 101:25
**individuals** 102:5
102:16 104:18,25
105:10 108:5
**initial** 95:20
**initially** 36:7 58:14

**injured** 38:15
**input** 85:7
**inside** 34:25 73:17
73:23 94:3,5
96:22,23 98:9
**instruct** 83:19
**instruction** 41:12
59:22
**instructions** 5:8 6:9
39:24 59:25
**interested** 44:22
48:4 103:9 120:17
**interpret** 5:10
105:16
**interpreter** 2:18 4:3
4:8 5:9 86:3
105:18 110:19
**interrogatories**
87:14
**interviewed** 29:21
**invoice** 34:9
**invoices** 34:12
**involved** 47:7 48:22
49:7,11 50:3,11
54:4,22 55:9,13
61:7 63:21 65:24
66:14 69:25 71:15
71:25 72:19 73:3
95:21 96:3,13,17
97:11 98:10,18
99:21 100:11
101:2 103:4
113:15
**Isojon** 1:3,15 4:15
117:19
**issue** 84:12,23 85:10
85:14,14
**item** 90:25 91:20,20
92:2

---

**J**

**J** 4:2,6
**JACOBSON** 82:22
**January** 1:11 72:13
**job** 18:15,18 20:16
21:7 22:5,8 28:5,8
28:9,23 29:9,13
29:15,16,18,22,25
30:5 31:7,15,15
31:17 41:13 57:24
58:13,17 101:8
102:4 103:8 107:6
112:7
**jobs** 30:4 39:6
**July** 66:9
**jumping** 113:19
**jurat** 116:6

---

**K**

**K** 4:6
**K-O-Z-I-M** 7:18
102:13
**Karzinka** 1:9 72:17
**keep** 10:17 76:8
88:7
**kept** 47:18 56:19,19
**KHUSENOV** 1:3
**Khusenvos'** 119:12
**Khusenvos's** 115:17
**kind** 14:5,12 19:9
30:5,19 34:8
43:16 44:3,4,6
45:12 46:13 58:24
61:25 78:18 86:4
97:19 108:14
113:3
**kindly** 85:6
**kinds** 30:3 47:15,17
**knew** 50:24 51:5
54:15 89:19
109:23 110:2
**knife** 78:8,9,13,20
79:22 80:3,4,13
80:22,23 82:10,14
86:17
**knives** 79:25
**know** 5:22 6:19
11:10 14:16,18,19
17:24 20:10 22:13
28:2,7,11 29:14
29:24 30:10 35:13
40:14 47:9,23
48:3,5,13,20 49:2
49:4,20 50:7 51:3
52:5,8 53:3 54:5
54:24 55:5,7 58:4
58:5 70:7 76:20
77:7,7 86:2 87:2,4
87:25 90:10 91:8
92:6 93:13,24
94:8 96:25 97:2
97:13,15,24 98:13
98:14 100:23
102:15,18,19,20
102:22,24,25
103:2,7,15,19,21
103:22 105:22,24
106:5,9 110:4,7,9
110:23 113:19
114:22
**knows** 76:12
**Kozim** 7:18 102:13
106:23

---

**L**

**L** 119:15
**L-A-T-I-P-O-V** 28:16
**L-A-Z-I-Z** 105:5
**L-Y-C-E-U-M** 14:25
**label** 74:14,15 92:9 119:5
**labels** 71:23,24 73:4
**lamb** 39:10
**language** 14:15 19:21,25
**Latipov** 28:15,17
**law** 2:4 5:3
**lawsuit** 5:5
**laying** 96:22
**Laziz'** 105:5,6
**leading** 63:11 85:2
**learned** 100:9
**learning** 95:12,18
**leeway** 86:8
**left** 64:5,22,23 67:2 68:13 88:22,23 102:4
**left-handed** 20:6
**let's** 25:6 55:12 60:11 73:9 74:21 85:19 92:8,9 93:8 94:24 95:20
**level** 11:17
**license** 17:13,17
**life** 12:3
**light** 45:21 94:25 107:22
**limitation** 83:22
**line** 82:20 93:9,11 121:8
**list** 31:5 34:20,24
**listed** 91:11,20 92:2
**literally** 75:16
**literature** 14:14
**little** 10:3,4 18:23 19:16 37:24 53:13 63:10 80:13 87:23 106:15 113:19
**live** 7:14,24 8:5,19 9:8,20,21 108:16
**lived** 11:8
**living** 9:11,18 10:2 11:6,12,14
**LLP** 2:8
**located** 57:3 62:17
**location** 56:25 63:23 64:20 65:22 65:22 66:19 67:3 67:20 68:7
**locations** 21:23

**lock** 107:9
**long** 11:8 15:5 21:20 26:18 32:9 33:18 53:5,11 60:7 108:13
**look** 70:4 73:9 74:22 94:4,13,24 95:7 114:8
**looked** 48:21 61:18
**looking** 64:8 65:12 70:25 73:20 75:10
**looks** 66:16 76:15 77:2 90:10,12 91:5 92:21 93:13 94:10
**lot** 19:13 84:25
**lyceum** 11:22 14:16 14:21 15:3,6,10 18:20

---

**M**

**M** 2:10 4:2
**M-A-M-A-T-O-V...** 7:23
**machine** 62:14,21 64:3,8,11,15,19 67:16 68:8,12,14 68:25 69:7,8,14 69:15,20,21 70:2 70:9,18,20,21 71:14,25 72:16,18 72:18
**machinery** 31:10 101:21
**main** 30:2,6 107:14
**major** 14:10
**making** 83:4
**Mamatova** 7:22
**Manhattan** 21:12
**manner** 83:12,19 84:17 85:12
**manual** 44:8 70:2,5 70:7 90:18,20 119:6
**March** 29:6
**mark** 65:2 72:20 74:12 75:23 76:7 82:17,19 87:5 90:16 98:23
**marked** 65:5 72:23 74:18 87:9 90:20 96:11 99:2
**market** 16:8,9,12 51:9,10,11 57:25 101:8,13,18,19,23 106:11 107:5,7 109:13 111:2,5,12

**111:13
**marking** 65:8 87:13
**marriage** 120:16
**married** 7:10
**Mat** 82:22
**material** 16:20
**materials** 15:22,24 16:2,12,19,21 18:11
**Math** 14:14
**matter** 120:17
**mean** 12:6 14:7 16:17 20:25 34:13 35:8 37:8,10 61:15 64:9 68:16 70:20,21 80:7 91:21 93:11 101:15 106:2,16 107:19
**meaning** 17:3
**means** 14:8 76:12 107:13
**Medicaid** 42:17,20 42:22
**medical** 115:14,19
**medicals** 117:3,4
**medium** 14:9
**meet** 30:17
**members** 8:4 9:2 11:5 106:10
**memory** 89:22
**mentioned** 55:3 57:21 97:24 98:8 108:6 111:11
**middle** 12:19,21,23 13:5,9 73:10 74:23
**minor's** 10:17
**minute** 60:10 61:2 95:24
**minutes** 60:10 89:18
**mischaracterizing** 81:17
**missing** 105:5
**mistaken** 31:20 102:11
**mixture** 45:12
**moment** 61:5 86:22 91:15
**Monday** 24:9 32:22
**money** 24:3,4,4,21 25:3,16,23 26:15 27:9,11,17 28:2 28:18 33:5,17,23 34:10 35:14
**month** 8:12 29:3

**33:9 34:2 38:11 42:22 53:13,14,17 54:11
**monthly** 27:12
**months** 20:23 21:8 21:22 26:4,20,22 28:21 33:9,21,23 38:18 46:22,25 47:2,13 50:12,18 53:8 54:2 59:3 111:9
**morning** 4:25
**mother** 7:21 14:14
**motion** 44:11 83:23
**motor** 69:22,23 72:18 89:14 91:16
**mouth** 75:17 84:16
**moved** 44:15 69:9
**MUHITDIN** 2:18

---

**N**

**N** 2:2 4:2,2,6,6 118:2 119:10,15
**name** 4:13 5:2 7:17 7:19,23 9:5 10:15 10:16,18,24 21:11 28:12,14 29:19,20 30:7,9,10 102:10 102:11,12,13 104:9 106:23,25
**names** 7:16 10:11 48:2 102:8
**near** 56:11 73:20 104:24 105:2,7
**necessarily** 114:8
**necessary** 83:21
**need** 6:3,17 22:3 30:7,16 41:2 84:17
**needed** 16:21 22:3 24:13 53:21
**needs** 25:10 85:13
**never** 43:10,23 44:22,24 46:15 70:15 73:7 81:3 95:19 97:5,16,18 99:23 100:19 102:21 103:21
**new** 1:2,19 2:5,9,13 4:9,18 9:8 43:5 107:17 120:3,8 121:2
**nine** 11:18,21,24 36:5
**ninth** 11:19 12:24 12:25 13:16,16
**nods** 5:15

**noise** 51:2
**non-argumentative** 83:18
**non-suggestive** 83:18
**normally** 56:19
**Notary** 1:19 4:8 117:25 120:7
**note** 8:17 9:9 13:13 16:14 20:2 22:25 23:23 27:7,14 40:23 41:23 45:4 50:22 70:19 79:20 86:15 92:12 93:22 94:6 95:13 103:5 105:13 106:7 109:14,15 110:6 112:4,19 113:11 113:16
**noted** 83:5,14 110:17
**November** 87:15
**number** 7:4 23:18 70:25 89:10 90:25 91:2,12,20 92:3

---

**O**

**O** 4:2,6,6,6 119:10 119:10,10
**O'CALLAGHAN** 2:12
**O'Connor** 2:8 5:3
**oath** 3:8 76:17
**object** 63:11 110:13
**objection** 7:8 8:17 9:9 12:6 13:13 16:14 20:2 22:10 22:25 23:23 27:7 27:14 34:11 40:23 41:23 43:15 45:4 46:7 50:22 70:19 75:11 78:16 79:20 81:13 83:9,16,16 86:15 92:12 93:22 94:6 95:13 103:5 105:13 106:7 109:14,15 110:6 110:16 112:4,19 113:11,16
**objections** 3:12 83:4 83:8
**obvious** 103:19
**obviously** 20:10 31:17 63:8 76:13 84:7
**occurred** 33:16
**occurring** 85:10

off-the-record 11:3
  69:4 71:20 86:24
  98:3 115:3
offered 28:10 32:2
office 2:4 5:4 35:2
officer 3:7
okay 6:15,21,22
  19:10 61:7,8,10
  61:11 66:12 72:6
  76:20 96:4,5
  110:18 117:9
old 10:5 12:4 13:4,7
  15:2 30:11 107:16
once 46:11 89:17
open-ended 84:12
  84:25
opening 31:22
opportunity 63:16
  114:10
order 16:6 39:18
  45:11 76:11,14
  79:5,22 80:11
  86:19,20,21
ordered 83:22
Orlando 2:8 5:3
outcome 120:17
oversees 56:3
Ovington 2:13
owner 53:22
owner's 90:20 119:6
owners 90:18

_____ P _____

P 2:2,2 119:10
P.C 2:4
p.m 32:18 36:9
  117:15
P.O 2:9
pack 40:18 58:16
package 39:10
packaging 37:7,9
  39:8
packer 77:19
packing 77:23
page 65:12 88:15,16
  88:16,18,25 92:5
  116:5 118:4 119:3
  119:11 121:8
PAGE/LINE
  119:16
pages 88:2,8
paid 23:4,22 24:22
  25:2,14,15,20
  26:7,17 27:6
  28:18 33:13,17,19
  33:23 34:4,6,10
  34:19 35:4,9,10

35:21 36:22
painting 107:21
papers 22:17,18
  23:16 25:21
parents 7:15,24
  8:25
Park 4:17
parking 24:5
part 61:16 69:15
  72:18 103:9
partially 96:23
parties 3:4 120:15
parts 51:20,22
  67:18 113:25
party 17:9
pass 52:6
pay 23:25 34:13,16
  34:18,23 38:22
paycheck 32:8,11
paying 33:24 35:16
  38:16
payment 38:25
pending 6:3,20
people 8:23 16:9,20
  34:20,24 44:23
  57:5,14,18 89:23
  89:25,25 102:3,7
  103:25 104:12,16
perfectly 48:6,8
  90:14
perform 41:7
performing 31:6
period 26:10,12
  33:8,12 54:9
  60:21 61:2
person 24:2 28:17
  29:17 30:2,6,17
  34:21 55:24 57:22
  59:8 83:19 101:10
  101:12 102:15
  105:4,11
person's 28:12
  104:9
persons 104:10
perspective 84:23
phone 28:9
photo 96:11
photograph 65:2,17
  66:6,9,14 67:2,8
  67:21,24 69:9
  70:11,22,25 72:12
  72:13,23 73:2
  74:12,18 92:14
  96:15,22 98:6,7
  99:2,7 100:16
  119:4,6
photos 116:3 117:3

pick 17:10
picture 75:4 76:13
pieces 45:17,22,24
  46:2
place 11:14 28:25
  63:25 64:2,6
  67:11 69:13
placed 93:21
places 22:7 39:14
plaintiff 1:4,8,15
  2:4 84:21 115:6
plaintiff's 85:6,8,16
  87:9,13 119:5
plastic 37:12,14
please 4:13,16 5:7,9
  5:14,22 6:4 7:6
  10:12,18 11:2
  20:25 21:16 38:10
  68:21 72:7 79:16
  93:4 107:12
  115:15
point 6:11,16 29:13
  42:13,16 43:7
  85:25 95:16
Port 2:9
portion 69:20 99:11
portions 51:16
position 67:7,20
  68:24
positioning 67:9,16
possible 5:11 86:3
posted 34:25
potatoes 45:11,25
powering 48:17
PRAKHIN 2:4
prefer 41:4
prepare 58:3
prepared 58:8
preparing 30:24
  31:13 36:25 77:25
prepping 30:23
  39:8 40:5
present 2:17 83:23
  95:17 104:19
  113:8,13
presently 17:14,16
  20:9
preserving 85:5
prevented 83:2
preventing 83:6,25
  84:11
previous 85:15
previously 84:20
privilege 83:21
Pro-cut 1:6 5:4
probably 13:7
  14:18 117:5

problem 117:10,10
proceeds 83:15
process 23:9,20
produced 72:17
product 17:7,8
  89:11,16
products 49:3 51:12
Prokraft 1:6,7 5:4
  65:11 90:18,20
  119:6
proper 84:18 85:2
properly 6:13 89:14
  89:16,17 91:17,18
  91:24
prosthetic 115:22
provide 115:15
  116:2
provided 84:20
Public 1:19 4:9
  117:25 120:7
purposes 85:5
pushed 100:2
pusher 97:12,14
  100:15
pushing 100:6
put 6:13 37:10,12
  39:13,19 44:8
  45:14,19 47:21
  52:12 56:22 59:15
  59:20 60:5,5 62:4
  63:25 70:17 82:10
  82:14 93:25 97:6
  97:23 100:13
  102:23 107:17
  116:3
puts 84:15
putting 59:18 75:17
  94:2,4,15 100:21
  100:25

_____ Q _____

qualifications 83:11
quarantine 28:24
  29:8,13
Queens 9:8
question 5:10,13,22
  5:24 6:2,4,20,21
  12:6 19:5,7 22:12
  26:12 34:13 50:7
  50:8 54:17 60:16
  60:17 63:12 68:18
  68:19,21,22 71:10
  71:11 72:3,5,5,8
  75:18,25 76:3
  79:3,14,15,17,18
  80:16 81:14 82:2
  82:9,16 84:5,19

84:19 85:12,16,20
  86:12,13 87:18
  88:24 89:4,21
  93:4,5 101:18
  103:18 110:8,11
  110:14,17,20,21
questioning 82:21
  119:16
questions 4:4 5:6
  18:25 61:9 63:11
  63:14 81:8 83:4,7
  84:3,12,24 85:2,9
  88:10
quickly 88:14
quite 80:6
quote 84:15,16

_____ R _____

R 2:2 119:10,10,10
  119:15 120:2
Re-track 7:5
read 60:15,18 68:23
  71:12 72:6,9
  79:19 86:14 87:19
  91:15 93:6 94:23
  110:22
reading 83:25 89:20
really 63:15
reason 6:17 13:11
  13:18 25:19 80:14
  93:20,24 121:11
  121:15,19,23
  122:3,7,11,15,19
reasons 121:6
recall 47:11 48:10
receipt 34:8,17
receipts 34:12
receive 14:3 23:17
  23:20 24:3 26:3
  26:11 32:7,10
  33:11 34:8 39:13
  42:9,17,19,25
  43:4
received 23:15
  26:23 115:23
receiving 24:21
  26:8,13 27:17
  35:6,17 37:21
recognize 87:25
  88:17 90:11 91:4
  92:18,20
recollection 48:7,12
  50:10,20 53:15
  73:3
record 4:14 7:6
  10:18,25 66:8
  69:3 71:19 83:5

83:14 86:23 98:2
98:5 115:2,5,7
120:12
**records** 115:17,19
115:24 119:12
**red** 63:5,8 73:24
**Redd** 2:8 5:3
**referred** 60:17
68:22 71:11 72:8
79:18 86:13 93:5
94:22 110:21
**referring** 16:24
91:19,25 92:3
**reflect** 115:6,8
**refresh** 73:2 89:21
**refrigerator** 39:19
**regard** 39:25 49:10
117:8
**regarding** 67:15
**regards** 17:7
**Rego** 4:17
**regular** 43:17 58:2
58:7,15
**related** 120:14
**relating** 5:6 61:9
115:17
**released** 104:2
**relevant** 22:11
**remain** 5:20 36:24
**remained** 37:3
**remember** 8:12
13:6,8,10 15:7
29:3,5,20 33:25
34:3 46:18,21
48:7 49:18 50:17
61:19 71:23 88:19
91:9 98:11 100:23
100:24 102:9
108:24
**remind** 73:6 96:2
**reminder** 96:4
**REMOTE** 1:14
**remove** 105:22
107:16
**removed** 103:2,11
103:14,15,20
105:11 106:6,6
109:23 110:5
113:21,23 114:2,5
**renovation** 107:15
107:19
**repeat** 21:15 68:18
68:20 71:9 79:15
79:16 93:3 94:20
105:18 110:19
**rephrase** 5:23 41:3
41:5 64:10 80:17

**replace** 107:23
**reporter** 1:18 4:19
4:22 5:17 60:19
65:7 68:23 71:12
72:9,25 74:20
79:19 86:14 87:11
90:22 93:7 94:23
99:4 110:22
**represents** 5:4
**requesting** 115:16
**reread** 84:5
**reserved** 3:12
**resolve** 85:11
**respect** 89:12
**respective** 3:3
**respond** 84:8
**response** 84:9 89:21
91:15,23
**responses** 5:14 87:9
87:13 88:11 119:5
**responsibilities**
37:6 39:12 77:22
107:14
**responsible** 30:2
102:17
**rest** 64:16
**restroom** 111:19
**returns** 34:14
**ridiculous** 82:15
**right** 20:11,19
48:25 57:5 58:11
62:19 64:4,7,25
68:13,15,19,25
69:8 75:2,10
76:17 77:13,25
105:8 110:12
112:25 113:2
115:12
**right-handed** 20:5,7
20:13,14
**roll** 44:9
**rolling** 44:11
**rotate** 59:7
**RSR** 1:18
**rule** 65:10 83:8,23
83:25
**ruling** 75:23 76:8
82:17,19

_____

**S**

**S** 2:2 4:6,6,6 119:2
119:10,10,15
**S-A-M-A-K-M-E...**
8:9
**S-A-N-J-A-R** 29:20
**S-H-A-K-H-L-O**
7:22

**safety** 99:12,16,21
103:3,11,14
105:11 106:6
109:23 110:5
**salary** 32:3 37:24
38:5,13
**salesman** 18:13
**Samakmed** 8:8
**sanctity** 85:5
**Sanjar** 29:19 30:15
57:23 58:6 59:6
59:10 104:12,13
**Saturday** 24:10
32:22
**saw** 32:13 44:3,7,13
44:19,23 46:3
47:17,22 51:7
55:14 56:5 61:13
62:8 70:9 92:2
96:7 98:10 99:23
115:18
**saying** 5:19 37:15
51:6 61:3 78:20
78:22,23 79:2
112:25
**says** 79:2,3 89:2,4
89:13,16 91:24
**scene** 105:8
**school** 11:18,21,22
11:23 12:3,8,11
12:19,19,20,21,22
12:23 13:2,5,9,12
13:15,20,22 14:13
14:16,17,21,24
95:11
**scope** 85:3
**scratch** 78:18,22
79:9 80:5,7,8
**scratches** 79:4
80:14
**screen** 65:14 87:12
96:10
**screwdriver** 73:20
75:10
**scroll** 87:16,24 88:7
**sealing** 3:4
**second** 27:3 69:3
77:16 81:4,23
82:8,8 86:8
102:12
**section** 98:14
**Security** 7:3 23:17
**see** 26:16 32:4 52:7
52:7 65:14 66:5,7
67:7,12,23,25
70:13,17 71:3,5,7
71:16,18 73:9,16

73:18,19,21 74:6
74:9,21,24,25
75:5,7 76:5,24
77:2 84:6 85:10
85:14 88:12,15
90:11,23 91:2,3
92:13,15,17,24
93:9,10,13,17,18
94:12 95:8,9
96:23,24 98:20,20
99:9 100:5,21
101:25 109:10
112:16 114:9,10
114:12
**seeing** 50:11,20
71:23 100:24
**seen** 43:25 68:2,6
70:15 73:7,8 74:8
76:22 88:3 97:19
97:22 98:18 99:6
100:19 102:21
103:21 109:8
**sees** 76:4 84:22
**sell** 16:7,9,10,20
17:4 37:13 51:16
51:19,21 58:3
**selling** 15:16,20
16:25 17:8
**set** 120:11,18
**setback** 69:8
**seven** 12:4 21:22
26:4 28:21 52:25
85:23 86:7
**Shakhlo** 7:22
**shape** 73:13
**share** 87:12 96:10
**shelf** 56:22
**shelves** 47:21 56:24
**ship** 17:10
**shop** 79:25
**short** 60:9 82:24
111:21
**show** 34:9 40:10
41:22,25 59:17
64:25 72:11 74:11
77:10 88:6,8,13
88:14 90:15 98:6
98:7,22
**showed** 40:17,21
41:8,17 44:10
100:14 115:8
**showing** 18:10 75:8
**shown** 56:11 65:16
66:25 67:21,24
68:4 69:9 70:2
73:17 91:2 96:14
100:16

**shows** 74:3 92:10
**siblings** 9:11,14,14
9:16,25
**Sic** 76:23
**sick** 55:17
**side** 9:4 62:6,19
64:7,22,22,23
67:2 68:13,15,25
69:8
**sideways** 99:6
**sign** 88:22
**signature** 88:17,20
**signed** 3:6,9
**silver** 61:25
**similar** 66:14 96:14
**single** 59:8
**sister** 10:4
**sit** 77:9 93:19
105:24 106:4
**sitting** 114:11
**situation** 20:10
**six** 24:18 32:20 36:9
46:25 47:2,13
50:12,18 52:25
53:7 54:2 59:3
**sixth** 12:12
**size** 48:13
**sling** 115:9
**small** 45:16,22 49:8
54:7 90:4
**smaller** 45:25 48:14
49:6 54:14,15
55:3 90:9
**Social** 7:3 23:17
**sold** 37:11 65:20
**solemnly** 4:3
**somebody** 29:14
93:14 94:4,15
101:5,7
**sooner** 27:4
**sorry** 21:15 72:16
94:19 114:24
**Soum** 27:20 28:3
**sound** 52:16,21
**sounds** 51:2 52:9
**sources** 42:10
**speak** 6:3,5 18:22
111:23 112:2
**speaking** 47:19
**specialist** 115:22
**specific** 40:12 64:2
80:16 85:15
101:15 107:12
112:21
**specifically** 18:2
56:10 59:5,13
61:6 83:9 115:18

**specifics** 109:19
**speculating** 84:22
**speculative** 78:17
  82:9,13
**spring** 29:8
**square** 61:20 69:20
  69:20
**ss** 120:3 121:2
**stainless** 61:24
**stamps** 42:25
**standing** 76:16
**stands** 77:8
**start** 6:24 20:20
  50:19 102:4 111:8
**started** 26:8,14,21
  26:24 28:24 29:8
  31:22 32:9 33:24
  34:5 35:8,10,16
  35:17,21 36:4,14
  36:16 39:22 40:4
  41:16 43:7,24
  49:12,14,16,24
  50:4 53:8 54:2,8
  59:4 70:8 103:17
  111:7,10 115:20
  115:25
**state** 1:19 4:9,13,16
  43:5 89:11 120:3
  120:8 121:2
**stated** 83:17
**statement** 84:10
**states** 1:2 14:17
  42:23
**stay** 24:14 69:12
**stayed** 29:11 38:23
**staying** 36:4
**steel** 61:24
**stick** 96:22 97:13,20
  100:17
**sticker** 70:15 73:11
  93:20,25
**stickers** 70:10,18
  71:3,17
**STIPULATED** 3:2
  3:11
**store** 30:17,18
  34:25 35:3 36:6
  37:12 46:19 47:4
  47:12 51:11,25
  52:4,17 53:8,22
  54:12 59:3 60:25
  64:16 77:21 80:21
  95:24 101:16,16
  104:6 107:8 108:4
**stores** 31:23
**street** 2:5 21:13,14
  21:17,18,19,24,24

22:4
**strength** 86:20
**stubs** 34:14,17,18
**studied** 11:21
**stuff** 16:13 22:7
  36:6 52:12 90:13
  109:17
**subject** 63:19 65:24
  74:16 83:16 97:11
**Subscribed** 117:22
**suggestion** 115:21
**suit** 85:13
**suits** 84:17
**summer** 31:21,22
  32:10
**Sunday** 32:23 36:17
**supported** 112:24
**sure** 5:14 13:6 15:7
  25:11 48:20 49:25
  53:3 54:5,24
  70:23 75:24 80:18
  86:16 105:20
  107:12
**surprise** 105:9,15
  105:21 106:3
**sweeping** 108:4
**swore** 4:3
**sworn** 3:7,9 4:8
  117:22 120:11
**symbol** 73:10 77:6
  77:10 92:14,16,23
  93:8,17 94:2,14
  94:24 95:2,4

---

**T**

**T** 4:2 119:2,10,10
  120:2,2
**table** 56:16 57:8,10
  63:23
**tail** 76:16
**take** 5:18 6:18,21
  14:12 19:17,21,24
  37:16 39:17,18
  45:24 55:19 60:5
  60:11 82:23 86:10
  102:22 114:7
**taken** 1:16,18 3:10
  37:19 60:14 66:9
  70:22 72:13 82:25
  83:15 111:22
**talk** 28:8 55:12
  103:24 112:6
  113:6,12,17
**talked** 91:21 108:25
  109:17 113:14
**talking** 18:5 20:8
  55:8 56:24 67:15

69:22 73:23,25
**task** 39:9 40:2
**tax** 34:14
**taxes** 42:14
**tell** 10:10 11:16
  30:20,25 31:9
  32:5 37:8 38:2,9
  39:3 44:6 55:19
  57:20 59:13,25
  65:16 81:12 89:25
  90:12 92:22
  103:10 104:7,8,25
  106:14 109:12,22
  109:24
**telling** 48:24 59:20
**ten** 36:5 114:16
**term** 97:16 99:12
**terms** 59:21
**testified** 4:10 33:15
  49:23 53:6 54:10
  81:3,15 96:6,12
**testifying** 75:12
  76:6
**testimony** 24:25
  25:5 71:6,22 78:2
  81:17,19 83:15
  84:14 85:6,17
  86:7 98:11 120:13
**thank** 6:23 10:12
  17:5 34:16 114:20
  117:11,12
**thing** 6:2 16:25 37:6
  41:21 85:17 91:5
  91:9
**things** 15:25 39:4
  45:8 86:5 107:17
  108:21 113:3
**think** 25:4 34:12,13
  59:10 63:14 72:15
  83:24 86:8,9
  110:23 114:5
**thinks** 81:11
**third** 17:9
**Third-Party** 1:8,9
  2:12
**THOMAS** 2:14
**thought** 103:16
**thousand** 27:20
  28:3
**three** 13:24 15:8,9
  18:9,15 20:23
  21:8 26:11,18,20
  27:5,21 32:12
  33:21,22 38:8
  53:4 54:25 71:2
  86:10 98:8,13,19
**throw** 93:15

**throwing** 93:14
**tiles** 15:25
**time** 1:17 3:13 5:21
  6:17 18:19 19:23
  21:5 23:6,7,9 24:8
  24:19 26:10,12
  33:7,8,12 34:19
  35:8 36:18 38:7
  38:15 43:11,21
  44:25 45:23 46:10
  46:16,18 53:6,11
  53:13,20,20 54:2
  54:10 55:5,12
  56:5 57:12 59:2,8
  59:10 60:8,9,21
  60:24,24 61:2,13
  62:8,12 67:13
  70:10 78:19 83:9
  95:16,17 97:10
  99:19 100:10
  106:19 107:16
  108:13,15,19
  112:23 113:8,13
  114:4,20 117:5
**times** 38:8 40:18,21
  41:8,17 53:4,16
  53:19 54:21,25,25
  55:4 89:5 95:20
  100:24
**tip** 73:21
**title** 57:24 58:4,13
  58:17 107:6 112:7
**today** 5:6 8:2 78:2
  88:4 97:17
**told** 23:19 28:9
  29:14,16,17 30:4
  30:18,20,22 31:14
  32:4,12 36:18
  37:22 40:9 58:19
  58:22 89:23 90:6
  95:22 100:2,10,12
  103:12 105:10
  108:21
**tomato** 45:22
**tomatoes** 45:14
**tongue** 14:14
**tool** 73:20 75:10
  78:7
**tools** 101:22
**top** 61:21 62:3
  73:10 74:23 96:19
  99:10
**total** 21:20 35:14
**trade** 14:23 15:17
  16:12
**trading** 15:18,19,21
  16:11,18,24

**train** 40:6
**training** 39:23
  40:13 59:22
**transcript** 4:20,23
  5:17 6:14
**translate** 4:4
**translated** 5:16
  110:11
**translation** 110:13
**transportation** 24:5
**trash** 93:14,16
  94:15
**tray** 61:22 62:19
  96:18,19,23 98:9
  98:19 99:6
**treat** 115:21
**treating** 115:20
  117:6
**treatment** 115:18
  115:22,25
**trial** 1:14 3:13
  75:19 85:4
**triangle** 73:13,14,17
  74:2,3,22,23 75:2
  75:3 76:25 92:10
**true** 27:21 76:19
  120:12
**trying** 16:23 20:25
  33:18 77:6,10
**turned** 91:10
**two** 10:3,20 20:22
  21:7 24:14 26:20
  33:9 36:11 38:12
  38:18 40:17,21
  41:8,17 47:9,11
  47:15,17,23 48:9
  48:23 49:2,24
  53:4,14 54:16,25
  60:9 62:23 72:15
  86:10 89:5,18
  100:24 102:7
  104:15 108:5
  111:9
**two-minute** 111:19
**two-times** 41:22
**type** 12:2 14:20,23
  22:19 31:10 34:17
  39:23,24 43:20
  46:12 47:24 48:10
  48:11 95:11
**types** 47:10,12
  54:16

---

**U**

**U** 4:2,2,6 119:10,10
  119:15
**U.S** 8:16 9:2,12,18

Isojon Khusenvos, 1/26/2022

21:4 22:20,24
**unable** 25:14
**uncle** 9:3
**uncovered** 114:8
**underneath** 57:8,9
57:10 68:3
**understand** 5:21,24
6:5 16:23 19:11
19:13 20:25 33:18
50:2 68:19 76:10
77:14 80:7 85:3
87:21 90:5,7 92:7
92:22 97:7 99:7
**understanding**
44:18,20 45:2
77:5,8 80:19
94:14,17 95:2,4
**understood** 5:25 6:8
18:24 19:14 25:9
25:13 45:23 46:3
76:23 77:4 90:8
**Uniondale** 2:13
**United** 1:2 14:17
**unload** 39:16 58:8
**Update** 117:2
**updated** 116:3
117:3,3
**upstairs** 52:19
53:23 55:17 56:7
57:15
**USA** 8:10 15:6,11
18:20 19:18 27:6
42:24 43:3 46:11
**usage** 27:10
**use** 27:10 43:20
44:3 45:7,10 46:4
46:12 53:7,18
54:17 55:4 59:3
59:22 60:3,7
65:23 66:3 67:4
70:2 78:7,8 79:4
79:22,25 80:24
82:7 86:19,20
97:4,23 100:6,11
100:12,15,18
**usually** 66:22 97:23
**Uzbek** 2:18 4:3,5,5
27:20
**Uzbekistan** 8:9,22
8:24 11:24,25
12:9 16:4 17:15
17:19,20,22 18:6
19:20 21:3 27:23
44:4,7,20 45:6,15
45:20 46:5

**V**

**V** 4:2,6
**Vasquez** 2:10 4:12
5:2 7:7 10:9,25
12:7 18:7 19:6
24:25 25:6 37:16
40:3 41:2 42:5
43:17 49:16 50:16
60:11,15 61:16
64:25 66:11 68:20
69:2 70:24 71:9
71:13,19 72:4,20
74:11 75:13,15,19
75:22 76:3,7,18
77:13 78:25 79:13
79:16 81:7,10,15
81:19 82:3,12,18
83:2 85:19,25
86:11,23 87:5
90:14 93:3 94:9
94:20 98:2,22
101:17 110:10,16
112:22 115:2,13
117:12 118:5
119:17,17
**vegetables** 45:12
**verbal** 5:15,20
**verification** 88:16
**version** 16:22 84:13
85:8
**video** 109:8,10
**view** 99:5
**Visa** 22:19
**visible** 115:10
**visit** 103:25 104:4
104:10

**W**

**W2s** 34:18
**wait** 5:9,13 38:3
**waiting** 23:10
**waived** 3:6
**wall** 21:18,19,24
22:3 64:15,18
66:22 68:11
**want** 5:12 10:6,6
25:12 40:14 48:6
49:25 61:5 64:25
76:11 80:17,18
82:4 88:7 95:25
96:2 99:15 114:9
117:6
**wanted** 59:13 95:25
110:12 114:23,24
**wants** 35:13
**warn** 77:6
**warning** 71:23,24
73:4 74:14 92:9

119:5
**wasn't** 48:4 53:22
55:17 56:20 99:18
103:9 109:4,7
110:11
**watching** 61:3
**way** 36:21 54:15
75:25 114:18
120:16
**ways** 110:8
**we'll** 6:24 37:16
67:17 84:6
**we're** 18:5 55:8
65:8,12 67:14
70:24 72:20 73:25
74:12 75:19,22
76:7,8 80:10,18
82:18,19 87:12
90:15 97:7 98:23
113:20 114:20
117:4
**week** 24:19 25:25
32:15,19,20,24
33:2,9,13,19 35:7
35:14,19 36:9
53:2,19 89:6
**weekends** 36:15
**weekly** 27:12,16,18
35:4 36:22
**weeks** 89:18
**welcome** 6:18
**went** 11:22 13:21
38:17 52:11,19
113:21
**WHEREOF** 120:18
**white** 96:21 97:13
100:17
**window** 37:12
**winter** 8:14
**wish** 121:5
**withdraw** 50:9
71:13
**withdrawn** 12:7
20:16 22:14 31:4
32:8 33:14 38:3
39:5 43:12 51:14
53:5 57:9 62:13
62:22 66:4 78:5
92:14 97:9,12
101:6 102:17
107:5 113:21
**witness** 4:7 114:13
114:15 115:8
117:16 120:10,13
120:18
**word** 80:9,10,11,14
106:2

**wording** 110:15
**words** 75:17 84:16
**work** 17:11 18:2
20:18 21:20,23
22:20 24:16 26:6
26:16 30:19,20
32:5,13,16,19
40:16 47:21 52:18
55:15 57:6,13,14
57:16 79:25 103:8
107:15,20,21,22
107:24 108:2,13
112:10,13
**worked** 21:9,22
22:2 26:4 27:22
32:17,22 34:22
36:8 37:5 44:23
47:3 48:4 52:5,25
57:5 58:15 63:19
63:20 64:6,11,19
64:20 77:20 104:5
106:11,13,22
111:12 112:9
**worker** 58:2,7,15
**workers** 30:16
104:5
**working** 15:12,15
20:20 22:16,16
23:7,21 24:7,9,18
25:13,20 26:15,21
27:4 28:7,22
30:23 31:10 32:9
35:23 36:11,14,16
36:24 37:21 39:22
41:16 42:3,5,8
43:8,9,11,21,24
46:10 47:14 49:13
49:14,17 50:4,13
51:2 52:10,20
53:8 54:3 59:4
60:20 62:18 64:15
91:22 104:23
105:2 109:6,7
110:25 111:4,5,6
111:7,10,13,14,15
**works** 44:21 59:25
**wouldn't** 52:7,8,13
52:20,22 53:19
79:9 105:15
**wrapped** 37:11,14
**writing** 116:4
**wrong** 19:15 25:17
81:11

**X**

**X** 1:3,7,10 118:2
119:2

**XXXXXX** 6:25
**XXXXXXX** 10:15
10:16 107:2
**XXXXXXXXX**
10:13

**Y**

**Yeah** 49:19 82:18
104:10
**year** 10:8 11:11
13:8 31:24 70:22
**years** 10:7 11:18,21
11:24 12:4,23
13:7,23,24 15:8,9
18:9,16 27:5,22
**yellow** 73:13 74:23
92:10
**York** 1:2,20 2:5,9
2:13 4:9,18 9:8
43:5 120:3,8
121:2
**young** 12:4
**younger** 10:20
106:22
**YURIY** 2:4

**Z**

**0**

**1**

**1:21-CV-3703-B...**
1:5
**10:44** 1:11
**1000** 2:9
**10573** 2:9
**10th** 72:13
**11214** 2:5
**11374** 4:18
**115** 119:12
**11553** 2:13
**11th** 87:15
**12** 24:12 34:5 35:11
35:16,21 37:21
38:6
**13** 13:7 38:17 91:2
91:12,20 92:3
**14** 13:7 38:17
**14th** 21:14,17,24
22:2
**15** 38:17
**15th** 120:19
**16** 38:17
**16-page** 65:5 119:4
**17** 15:4 38:16,18
**18** 15:4 89:10
**1883** 2:5

**1996** 6:25
**1998** 10:10,21

_____ **2** _____
**2008** 10:15
**2012** 10:23
**2018** 8:11 21:5
**2020** 29:6,7 31:24
  32:10 49:18 89:6
**2021** 66:9 72:14
  87:15 89:7,7
**2022** 1:11 72:16
  117:23 120:19
**25** 21:14,17 22:2
**26** 1:11 65:10
**29th** 89:7

_____ **3** _____
**3** 65:12
**30** 88:16
**30-minute** 60:12,13
**300** 26:8
**30C2** 83:8
**30D3** 83:23
**32** 88:2
**333** 2:13

_____ **4** _____
**4-117** 118:5
**4:31** 117:15
**40** 30:12
**400** 26:9,11,19

_____ **5** _____
**500** 26:23,25
**502** 2:13

_____ **6** _____
**6** 88:25
**600** 26:2,3,13,23,25
  33:2,9,13,19
**65** 119:4
**66th** 4:17 9:23 11:6
  11:9
**6B** 4:17

_____ **7** _____
**72** 119:4
**74** 119:5
**75/8** 119:17

_____ **8** _____
**8** 32:17
**80/20** 119:17
**800** 35:17
**86th** 2:5
**87** 119:5

**8th** 66:9

_____ **9** _____
**9** 32:18
**9:00** 32:17 36:8,9
**90** 119:6
**900** 35:17
**98** 119:6
**9958** 4:17 9:23 11:6
  11:8