SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK
---------------------------------------------X
ISOJON KHUSENOV,

                              Plaintiff(s),

        -against-


PROKRAFT INC. and PRO-CUT,

                              Defendant(s).
Index No:  1:21-3703-BMC
---------------------------------------------X
PROKRAFT INC.,

                Third-Party Plaintiff,


        -against-


KARZNIKA US, INC.,

                Third-Party Defendant.
---------------------------------------------X
                        Video Conference
                        New York
                        March 31, 2021
                        11:00 a.m.


              DEPOSITION of, ISOJON KHUSENOV, a
Plaintiff, taken pursuant to an Order, held via
video conference before Lori Palotti, a Notary
Public of the State of New York.

```
 1   A P P E A R A N C E S:

 2

 3   Attorneys for Plaintiff(s)

 4   YURIY PRAKHIN, ESQ.

 5   1883 86th Street, 2nd Floor

 6   Brooklyn, New York 11214

 7   BY:  ARVID GITELMAN, ESQ.

 8

 9

10   Attorneys for Defendant(s)

11   O'CONNOR, REDD, ORLANDO, LLP

12   242 King Street

13   Port Chester, New York 10573

14   BY:  CARMEN VASQUEZ, ESQ.

15

16

17   Attorneys for Defendant(s)

18   CONGDON, FLAHERTY, O'CALLAGHAN, REID, DONLON,

19   TRAVIS & FISHLINGER, LLC

20   THE OMNI

21   Uniondale, New York 11552

22   BY:  THOMAS EVANS, ESQ.

23   Also present:  Ilmiya Murtazayeva, Interpreter

24

25
```

1                    STIPULATIONS

2

3            It is HEREBY STIPULATED AND AGREED by

4    and between (among) counsel for the respective

5    parties hereto, that:

6

7            All rights provided by the C.P.L.R.,

8    including the right to object to any question,

9    except as to form, or to move to strike any

10   testimony at this(these) examination(s), are

11   reserved, and in addition, the failure to object

12   to any question or to move to strike an testimony

13   at this(these) examinations(s) shall not be a bar

14   or waiver to make such motion at, and is reserved

15   for the trial of this action;

16

17           IT IS FURTHER STIPULATED AND AGREED

18   by and between(among) counsel for the respective

19   parties hereto, that this(these) examination(s)

20   may be sworn to by the witness(s) being examined,

21   before a Notary Public other than the Notary

22   Public before whom this(these) examinations(s)

23   was (were) begun; but the failure to do so, or to

24   return the original of this(these) examination(s)

25   to counsel, shall not be deemed a waiver of the

 1   rights provided by Rules 3116 and 3117 of the

 2   C.P.L.R., and shall be controlled thereby;

 3

 4              IT IS FURTHER STIPULATED AND AGREED

 5   by and between(among) counsel for the respective

 6   parties hereto, that this(these) examination(s)

 7   may be utilized for all purposes as provided by

 8   the C.P.L.R.;

 9

10              IT IS FURTHER STIPULATED AND AGREED

11   by and between(among) counsel for the respective

12   parties hereto, that the filing and certification

13   of the original of this(these) examination(s)

14   shall be and the same hereby are waived;

15

16              IT IS FURTHER STIPULATED AND AGREED

17   by and between(among) counsel for the respective

18   parties hereto, that all rights provided by the

19   C.P.L.R., and Part 221 of the Uniform Rules for

20   the Conduct of Depositions, including the right

21   to object to any question, except as to form, or

22   to move to strike any testimony at this

23   examination is reserved; and in addition, the

24   failure to object to any question or to move to

25   strike any testimony at this examination shall

1  not be a bar or waiver to make such motion at,

2  and is reserved to, the trial of this action;

3

4           IT IS FURTHER STIPULATED AND AGREED

5  by and between(among) counsel for the respective

6  parties hereto, that a copy of the within

7  examination(s) shall be furnished to counsel

8  representing the witness(s) testifying, without

9  charge.

10

11          IT IS HEREBY STIPULATED AND AGREED by

12  and between counsel for all parties present that

13  pursuant to CPLR section 311(d) this conference,

14  the court reporter, all counsel, and the witness

15  are all in separate remote locations and

16  participating via videoconference

17  (LegalView/Zoom) meeting under the control of

18  Lexitas Court Reporting Service, that the officer

19  administering the oath to the witness need not be

20  in the place of the deposition and the witness

21  shall be sworn in remotely by the court reporter

22  after confirming the witness's identity, that

23  this videoconference will not be recorded in any

24  manner and that any recording without the express

25  written consent of all parties shall be

1    considered unauthorized, in violation of law, and

2    shall not be used for any purpose in this

3    litigation or otherwise.

4

5         IT IS FURTHER STIPULATED that

6    exhibits may be marked by the attorney presenting

7    the exhibit to the witness, and that a copy of

8    any exhibit presented to a witness shall be

9    E-mailed to or otherwise in possession of all

10   counsel prior to any questioning of a witness

11   regarding the exhibit in question.

12

13        All parties shall bear their own

14   costs in the conduct of the deposition by video

15   conference, not withstanding the obligation by

16   CPLR to supply a copy of the transcript to the

17   deposed party by the taking party in civil

18   litigation matters.

19

20

21

22

23                     o0o

24

25

1                    I. KHUSENOV

2  I L M I Y A    M U R T A Z A Y E V A,

3  an interpreter, having been duly sworn by the

4  Notary Public, translated as follows:

5

6  I S O J O N    K H U S E N O V, the Witness

7  herein, having been first duly sworn by a Notary

8  Public in and of the State of New York, was

9  examined and testified as follows:

10

11  EXAMINATION BY

12  MS. VASQUEZ:

13      Q.      Would you please state your full name

14  for the record.

15      A.      Isojon Khusenov.

16      Q.      What is your current address?

17      A.      9958 66th Avenue, Apartment 6B, Rego

18  Park, New York 11374.

19          MS. VASQUEZ:  Good morning.

20          THE WITNESS:  Good morning.

21      Q.      As you know, my name is Carmen

22  Vasquez, and I'm an attorney from O'Connor, Redd,

23  Orlando.  I represent Prokraft and Pro-Cut in

24  this action.  I just have some -- a few more

25  questions for you.  We will definitely be done

1                    I. KHUSENOV

2    with your deposition today.  Okay?

3        A.      Okay.

4        Q.      The last time that we were together,

5    I asked you about the butcher's gown that you

6    were wearing on the date of the accident.  I have

7    reviewed some hospital records that suggest that

8    the clothes that you were wearing on the date of

9    the accident were given to your father.  My

10   question is:  Up until today, have you seen any

11   of the clothes that you were wearing on the date

12   of your accident?

13       A.      Would you please clarify?  I didn't

14   understand.  Are you saying that the butcher's

15   robe was given to my father?

16       Q.      My question to you is:  Have you seen

17   any of the clothes that you were wearing that

18   day, up until the present time, either the

19   clothes that you were wearing or the butcher's

20   gown?

21       A.      No, I didn't see.  I don't know where

22   they left them.

23       Q.      Has your father ever told you that he

24   was given any of the clothes at the hospital?

25       A.      I have no idea.

I. KHUSENOV

1

2      Q.      Have you ever asked your father

3   whether he received any of your clothes from the

4   hospital?

5              MR. GITELMAN:  Are you asking about

6         any clothes or just the butcher's gown?

7              MS. VASQUEZ:  Anything.  All of them,

8         including the gown that he was wearing.

9      A.      I remember when I gave them the

10  question, "where is my stuff?", so, I was told

11  that, I believe the doctors took it or the police

12  department took.  I'm not sure.

13     Q.      When you say, "I asked them," who are

14  you referring to?  Who did you ask that question

15  to?

16     A.      What do you think?  Of course I will

17  ask for my family members.

18     Q.      What did they say?

19     A.      I don't remember exactly, but whether

20  I was told all my stuff was taken by doctors or

21  the police department, I don't remember.

22     Q.      When you left the hospital, were you

23  given any referrals to see a mental health

24  provider or counselor?

25              MR. GITELMAN:  From the hospital or

```
1                     I. KHUSENOV

2        any doctor?

3              MS. VASQUEZ:  The question was from

4        the hospital.

5              MR. GITELMAN:  But he left the

6        hospital, so you have to be more specific.

7        Q.     When you left the hospital, did the

8   hospital give you any referrals for any mental

9   health doctors or providers?

10       A.     What I remember, I was referred for

11  visitation with a Dr. Roger and a follow-up,

12  further steps through him.

13       Q.     From the time of this incident up

14  until the present day, have you had any treatment

15  with any mental health doctor or provider or

16  counselor?

17       A.     Yes.  Recently, I was referred to the

18  mental health doctor, but until now I didn't get

19  my appointment yet.

20       Q.     Who was it that referred you?

21       A.     Dr. Roger.

22       Q.     Do you know the name of the mental

23  health provider that you were referred to?

24       A.     Yes.  I was provided with the name of

25  the mental health doctor, but I don't remember
```

1                    I. KHUSENOV

2    right now.

3         Q.    When was it that you were given that

4    name by Dr. Roger?

5         A.    Approximately, around months ago it

6    was, I believe, when I saw him.

7         Q.    How many months ago?

8         A.    I told you already, months ago,

9    months, one.

10        Q.    Do you know why Dr. Roger referred

11   you to a mental health provider?

12        A.    Because I didn't feel okay and

13   whatever I explained to him, probably he decided

14   I need mental health consult.

15        Q.    When you say, "I didn't feel okay,"

16   can you please be more specific?  What do you

17   mean by that?

18        A.    Mentally, I'm going through a

19   depression.  Because as soon as I went outside, I

20   see the people.  Everyone has a hand, but my one

21   hand is missing.  It hurts me.  It hurts me,

22   mentally.

23        Q.    Up until the present time, has any

24   doctor diagnosed you with any mental health

25   condition?  For example, depression or something

```
 1                    I. KHUSENOV
 2   else?
 3              MR. GITELMAN:  As a result of this
 4       accident, right?
 5              MS. VASQUEZ:  Yes, in connection with
 6       the accident.  I will rephrase the question.
 7       Q.      From the time of your accident to the
 8   present time, has any doctor diagnosed you with
 9   depression or anxiety or any other mental
10   condition in connection with your injury?
11       A.      Yes.  I was told a few times that if
12   I got through this mental pain, it will be good
13   if I will see the mental health consult.
14              MS. VASQUEZ:  The interpreter does
15       not have a good connection.
16              MR. EVANS:  Off the record.
17              (A discussion was held off the
18       record.)
19              MS. VASQUEZ:  Can you repeat the
20       answer?
21       A.      I was told by a few of the doctors
22   that if I'm going through this pain, mental pain,
23   so I need to see the mental health counselor.
24       Q.      Has any doctor told you that you have
25   depression?
```

```
 1                    I. KHUSENOV
 2        A.      Yes, I had the depression when they
 3    told me.
 4        Q.      What doctor told you that you had
 5    depression?
 6        A.      Neurologist.
 7        Q.      Do you remember that person's name?
 8        A.      Dr. Grinshpun.
 9        Q.      Do you currently have any plans to
10    return to Pakistan?
11              MR. GITELMAN:   Objection to the form.
12        You can answer.
13        A.      No.
14        Q.      Do you currently have any plans to
15    continue your education?
16        A.      Yes, I want to get an education here.
17        Q.      Do you have any plans yet, or is that
18    something that you want to do in the future?
19        A.      Before the incident, I tried already.
20    I started already my education.  But after the
21    incident, now I have to go through this situation
22    first and then start my education.
23        Q.      Before this accident happened, what
24    had you done to start your education?
25        A.      I was trying to apply for ASA
```

```
 1                    I. KHUSENOV
 2   College.
 3        Q.     Is that in New York City or in one of
 4   the boroughs?  Where is that college located?
 5        A.     In New York.
 6        Q.     Did you actually apply to enroll?
 7   What do you mean by you were planning?
 8        A.     Because I just recently arrived, I
 9   already started collecting my documentation to
10   apply for in the same time I start work, because
11   first I have to support myself financially.
12        Q.     Before this accident, were you
13   enrolled in any colleges or schools?
14        A.     Not yet.
15        Q.     When you apply in the future, are you
16   planning to apply to a particular program in this
17   college?
18        A.     Computer technology.
19        Q.     Do you have a computer home now?
20        A.     No.
21        Q.     Do you have a phone?
22        A.     Yes.
23        Q.     What kind of phone do you have?
24        A.     IPhone.
25        Q.     Are you able to watch movies and TV
```

```
 1                    I. KHUSENOV

 2    on your phone?

 3              MR. GITELMAN:   Objection to the form.

 4         You can answer.

 5         A.     Yes, but sometimes I need help to put

 6    in any specific program.

 7         Q.     Are you able to access your phone's

 8    internet on your own?

 9         A.     Yes, of course.

10         Q.     Are you able to use your phone by

11    yourself?

12              MR. GITELMAN:   Objection.

13         Q.     Are you able to use your phone and

14    access the features, like watching TV and movies

15    and doing internet searches?

16              MR. GITELMAN:   Objection to the form.

17         You can answer.

18         A.     Yes, I'm able to use.

19         Q.     Do you have any plans, currently, to

20    take any English language courses?

21         A.     Yes, I want to.

22         Q.     Are you enrolled in any now?

23         A.     Not yet.

24         Q.     Do you have any plans to get a

25    driver's license?
```

```
1                    I. KHUSENOV

2        A.     Yes.

3        Q.     Have you made any attempts to obtain

4   a driver's license yet?

5               MR. GITELMAN:  Objection to the form.

6        You can answer.

7        A.     Could you please repeat that?

8        Q.     Have you made any attempts to obtain

9   a driver's license yet?

10              MR. GITELMAN:  Objection to the form.

11       You can answer.

12       A.     A permit.  Before the accident, I got

13  the permit.

14       Q.     Do you have a desire to return to

15  work at any point in the future?

16              MR. GITELMAN:  Objection to the form.

17       You can answer.

18       A.     For example, what do you mean

19  "returning back to work"?

20       Q.     Do you have any desire to return to

21  gainful employment, to work for a paycheck in any

22  capacity?

23              MR. GITELMAN:  Off the record.

24              (A discussion was held off the

25       record.)
```

```
 1                    I. KHUSENOV
 2              MS. VASQUEZ:  Can you read back the
 3         last question, please?
 4              (The requested record was read from
 5         the transcript.)
 6         A.      Yes, of course.
 7         Q.      Have you been told by any doctor that
 8    you would not be able to return to work again in
 9    the future?
10         A.      I cannot do heavy jobs, like a job
11    related with the butchering or whatever to carry,
12    heavy lifting.  But related to the computer and
13    science, I was told I can do those jobs.
14         Q.      Have you ever been told by any doctor
15    that in the future you would not be able to take
16    care of yourself?
17              MR. GITELMAN:  Objection to the form.
18         You can answer.
19         A.      No, but I was told that it depends
20    from me.  Just physically, maybe I'm not able to
21    do everything like everyone else.  I have to use
22    tools and find other options to compensate my
23    future, being able to work and being independent.
24         Q.      The last time I asked you questions
25    you mentioned that you had received a number of
```

```
 1                    I. KHUSENOV
 2   acupuncture treatments.  Has that treatment been
 3   helping you at all?
 4        A.    I'm continuing my acupuncture
 5   therapy.  It is useful.  It's very useful, but
 6   for short-term; for a short period only.  That's
 7   why I have to continue to get the acupuncture
 8   therapy again.
 9        Q.    For the short-term, being how long,
10   exactly?
11        A.    After each procedure about one,
12   one-and-a-half hours, I don't feel any pain.
13        Q.    What happens after that one to
14   one-and-a-half hours?
15        A.    Slowly, pain increases.  It
16   increases, especially pain in the missing
17   location.
18        Q.    How often do you get acupuncture
19   treatment?
20        A.    Three times a week.
21        Q.    Are you still getting it now?
22        A.    Yes.
23        Q.    Is that with Elmira Samkova?
24        A.    I think so.
25        Q.    Do you know who is I-L-Y-A.
```

```
 1                    I. KHUSENOV
 2   B-U-R-S-C-H-T-U-I-N?
 3        A.     I believe this is my neurologist.
 4        Q.     How tall are you?
 5        A.     Approximately one meter and
 6   72 centimeters.
 7        Q.     How much do you weigh, currently?
 8        A.     50 kilograms.
 9        Q.     Has your weight fluctuated or changed
10   since the accident?
11        A.     Yes.  After the accident, yes, I lost
12   the weight, but I'm trying to gain the weight
13   again.
14        Q.     How many weight did you lose?
15        A.     Seven kilograms, 14 pounds.
16        Q.     Have you gained any of that back yet?
17        A.     I didn't check.  I have to check
18   later.
19             MR. GITELMAN:  Does this weight loss
20        account for the loss of the weight of his
21        arm?
22             MS. VASQUEZ:  I can adopt that
23        question if he knows.
24        A.     Yes.
25        Q.     Medical records that I saw had a
```

```
 1                      I. KHUSENOV

 2   facility called Hand Therapy Center Complete

 3   Occupational Therapy Services in Elmhurst.  Are

 4   you familiar with that facility?

 5         A.     Yes, I know.

 6         Q.     What is that facility?  Have you

 7   treated there?

 8         A.     I'm still getting treatment.

 9         Q.     What treatment do you receive there?

10         A.     They have treating my hand, so I got

11   the massage and there is some kind of electric

12   stimulation.  They're working with my hand.  It's

13   related with a new cast.

14                MR. GITELMAN:  By Counsel, he is

15         indicating to his prosthetic arm.

16         Q.     This is just therapy in connection

17   with your prosthetic; is that correct?

18         A.     Not only the prosthetic part.

19   Besides this, they're working with the muscle and

20   stimulation.

21         Q.     The therapy that you receive at this

22   facility, it is specific to your amputated arm,

23   correct?

24         A.     Yes.

25         Q.     Is it fair to say that the therapy
```

```
 1                    I. KHUSENOV
 2   that you received at Crystal Ray, specifically
 3   that we spoke about the last time, is for your
 4   shoulder and your neck?
 5        A.     Yes.
 6   RQ
 7              MS. VASQUEZ:  I haven't received an
 8        authorization for Hand Therapy Center
 9        Complete Occupational Therapy Services.  I'm
10        going to request it and I will put my demand
11        in writing.
12              MR. GITELMAN:   Thank you.
13        Q.     Are you familiar with a facility
14   known as New York Rehab Prosthetics?
15        A.     Yes.
16        Q.     What is done for you at this
17   facility?
18        A.     I received a prosthetic part for my
19   hand.
20        Q.     Did you undergo any type of therapy
21   there?
22        A.     No.
23   RQ
24              MS. VASQUEZ:  I request an
25        authorization for this facility because I
```

```
 1                      I. KHUSENOV
 2          don't have it.
 3          Q.      Have any doctors you treated with
 4   since this accident recommended any future
 5   surgeries in connection with this injury?
 6          A.      Not yet.
 7          Q.      Have you been told by any doctor that
 8   it's possible that you would require any future
 9   surgeries?
10          A.      While I was in the hospital, my
11   parents were told by the doctors that in the
12   future maybe I will have a donor hand.  So,
13   related with that, I could go through the
14   surgery.
15          Q.      Other than that possibility, have you
16   been told you may require any other additional
17   surgeries?
18                  MR. GITELMAN:  Objection to the form.
19          You can answer.
20          A.      No.
21          Q.      Since you were discharged from the
22   hospital after the initial injury, have you had
23   any MRIs?
24          A.      Yes, I had the MRI even recently.  I
25   did it months ago.
```

```
 1                    I. KHUSENOV
 2        Q.      What body part was MRI-ed?
 3        A.      Neck, my right shoulder and my right
 4   hand.
 5                MR. GITELMAN:  Indicating to the
 6        right elbow.
 7                MS. VASQUEZ:  Off the record.
 8                (A discussion was held off the
 9        record.)
10                MR. GITELMAN:  Let's take a
11        five-minute break.
12                MS. VASQUEZ:  Sure.
13                (A short break was taken.)
14                MS. VASQUEZ:  Can you read back the
15        last question and answer, please?
16                (The requested record was read from
17        the transcript.)
18        Q.      When you said that the MRI was done
19   recently, do you remember when, specifically?  Do
20   you remember the month?
21        A.      I believe January.
22        Q.      Do you know where that MRI was done?
23        A.      Queens.  I don't know exactly the
24   address.  I know it has been done in a Queens
25   facility.
```

```
 1                      I. KHUSENOV
 2        Q.      Was it a facility that you had been
 3   to before that or was this a new facility?
 4        A.      No, this is a new facility.
 5        Q.      Who referred you for these MRIs?
 6        A.      The doctor.
 7        Q.      Which doctor?
 8        A.      The doctor from the Crystal.  I'm not
 9   sure of the name.
10        Q.      Dr. Kostin, K-O-S-T-I-N?
11        A.      Yes, I think so.
12        Q.      Have you discussed the results of
13   those MRIs with Dr. Kostin?
14        A.      Yes.
15        Q.      What were you told about the results
16   of the MRIs?
17        A.      I was told that the reason that I had
18   them is because of the pain in the missing part,
19   because my nerve was damaged.
20        Q.      Were you told anything else about the
21   results of these MRIs?
22        A.      The main reason why the MRI done was
23   to find out why I have a pain in the missing
24   part.
25        Q.      Were any recommendations made by
```

1                    I. KHUSENOV

2    Dr. Kostin in connection with these MRI results?

3         A.      With the result of the MRI report, I

4    was referred to the orthopedist and also to pain

5    management.

6         Q.      Do you know the name of the

7    orthopedist and the pain management specialist

8    that you were referred to?

9         A.      For now, I cannot remember the name

10   because I just recently started going there.

11        Q.      Are you still treating with

12   Dr. Roger?

13        A.      Yes.

14        Q.      When was the last time that you saw

15   Dr. Roger?  Was it last month?

16        A.      A few days ago, four, five days ago,

17   after March 20th.  It was after March 20th.

18        Q.      When is your next appointment with

19   Dr. Roger?

20        A.      Next month.

21        Q.      Are you seeing him once a month at

22   this point?

23        A.      Yes.

24        Q.      Do you know, as you sit here today,

25   if you're going to be seeing him once a month in

1                    I. KHUSENOV

2    the future or less frequently or something else?

3          A.     I'm not scheduling appointment.  It

4    depends from the doctor how many times in a month

5    he needs to see me.

6          Q.     When you last saw Dr. Roger, what did

7    he do for you?

8          A.     The last time when I seen him, he

9    just examined my hand and he examined the

10   prosthetic hand also.  He checked if everything

11   is okay.  We go all over what type of medication

12   I'm taking.  Like this, only.

13         Q.     The last time we spoke you had

14   indicated that the prosthetic that you were given

15   was painful.  Is the prosthetic that you're

16   wearing now the one that you had mentioned to us

17   was causing pain when you put it on?

18         A.     Yes.

19         Q.     Have you spoken to any doctors or the

20   prosthetic expert regarding that complaint of

21   pain that you told us about?

22         A.     Yes.

23         Q.     Has that issue been resolved?

24         A.     Yes, they fixed it, the uncomfortable

25   part.

                              I. KHUSENOV

1

2          Q.        Who was it that you spoke to about

3     that?

4          A.        About this issue, I told to Dr.

5     Roger, and in the facility Crystal Medical

6     Facility also I told.  I'm visiting now Diana.

7     Diana I also talked about this issue and Diana

8     fixed it.

9          Q.        I recently just asked you questions

10    about whether you had undergone MRIs.  The

11    question now is if you have undergone any X-rays

12    since being discharged from the hospital after

13    this injury?

14         A.        Yes, they did.

15         Q.        What body parts?

16         A.        My hand, shoulder and my neck.

17         Q.        When you say your hand, are you

18    referring to your elbow area where the amputation

19    site is located?

20         A.        Entire part of my hand they did,

21    including the shoulder.

22         Q.        Who referred you for X-rays?

23         A.        Dr. Kostin referred.

24         Q.        Why did he refer you for X-rays?

25         A.        Maybe just because I had the pain.

```
 1                    I. KHUSENOV
 2   Probably for that reason.  Actually, this
 3   question is supposed to be referred to the
 4   doctor.  I don't know.
 5        Q.    I'm only asking what you know.  If
 6   you don't know, that's perfectly fine.
 7        A.    Okay.
 8        Q.    Where were the X-rays done?
 9        A.    In the Crystal facility.
10             MR. GITELMAN:  Do you know the
11        difference between an X-ray and an MRI?
12        A.    The difference, I believe, an MRI
13   they will see including the bone.  I believe
14   right after the hospital, also an X-ray was done
15   by Dr. Roger.
16        Q.    The X-ray by Dr. Roger, was that done
17   at Dr. Roger's office?
18        A.    No, in a different facility.  Just I
19   got the referral only from.
20        Q.    Do you recall where that facility is?
21        A.    It was a long time ago.  I don't
22   remember right now.
23   RQ
24             MS. VASQUEZ:  I will ask for an
25        authorization relating to those X-rays.
```

<pre>
 1                   I. KHUSENOV
 2            MR. GITELMAN:  To the extent that
 3       they exist.
 4            MS. VASQUEZ:  He just testified about
 5       it.  What do you mean?
 6            MR. GITELMAN:  If he actually did do
 7       an X-ray.  From what I understand, he took
 8       an MRI.  If he did actually do the X-ray, we
 9       will gladly give it to you, but I'm not
10       aware whether or not he did an X-ray.
11            MS. VASQUEZ:  You will clarify with
12       your complaint at some point.
13            MR. GITELMAN:  Sure.  I will have a
14       word with him after to clarify that.
15       Q.     Up to the present time, have you had
16  any injections to your right arm or neck or
17  shoulder?
18       A.     I was recommended, but I refused it.
19       Q.     Who recommended the injection to you?
20       A.     I believe it was the orthopedist.
21       Q.     When was this recommendation made to
22  you?
23       A.     One month ago.
24       Q.     Is this the orthopedist that was
25  recommended by Dr. Kostin?
</pre>

```
1                      I. KHUSENOV

2          A.      Yes.

3          Q.      How many times have you seen this

4   orthopedist?

5          A.      Two times.

6          Q.      Where is his office located?

7          A.      It's close to Crystal Medical

8   facility.   It's on the same street.

9          Q.      Do you know why he recommended the

10  shots or the injections?

11         A.      In the visit, I was asked how was my

12  pain.   Depending of the pain, I was probably

13  recommended shots.

14         Q.      What body parts were the shots

15  recommended for?   Was it the neck and the

16  shoulder and the amputation site or something

17  else?

18         A.      By the MRI result, I was told like I

19  have a problem on my neck.   So, that's why

20  injections was recommended to my neck.

21         Q.      Why did you turn it down?

22         A.      They gave me two different options,

23  whether I have to accept the injection, but

24  result will be painful, but I choose the next

25  option.   Now I'm doing next option, second
```

```
 1                    I. KHUSENOV

 2    option.

 3         Q.     What is the second option?

 4         A.     To continue physical therapy, and

 5    they gave me some kind of equipment.  Each time

 6    when my pain will get worse, I have to use that

 7    to my hand.

 8         Q.     Can you describe the equipment that

 9    you're referring to?  What is it, exactly?

10         A.     It works with the battery.  Also

11    small patch with the medication that I have to

12    stick to my pain location.  It will stay for

13    hours.

14         Q.     Was that equipment given to you at

15    the doctor's office or were you given a

16    prescription for that equipment?

17         A.     I believe they prescribed it, and

18    from the pharmacy it was delivered to my home.

19         Q.     Which pharmacy was it that you used

20    to fill that prescription?

21         A.     I don't know through which pharmacy

22    that I got this equipment.

23         Q.     Do you use multiple pharmacies to

24    fill your prescriptions in connection with this

25    injury?
```

```
 1                    I. KHUSENOV
 2        A.      Multiple pharmacies.
 3        Q.      How many different pharmacies?  Is it
 4   more than two, more than five?
 5        A.      I believe two of them.
 6        Q.      Is one of those pharmacies
 7   Neighborhood Chemist?
 8        A.      Yes.
 9        Q.      Do you know the name of the other
10   pharmacy?
11        A.      Recently, Dr. Roger prescribed
12   medication.  This is a new location, a new
13   pharmacy, EWP.
14        Q.      Are those the only two pharmacies
15   where you have prescriptions filled in connection
16   with the injury that we're discussing today?
17        A.      Medication, yes.  I'm receiving from
18   two different familiar pharmacies.  But whatever
19   it's related to equipment or a pain patch, this
20   is not a pharmacy.  This is medical supply
21   office.
22        Q.      Do you know the name of that medical
23   supply office?  Do you know where it's located?
24        A.      No, I don't know, but if you request
25   from the doctor, the doctor can provide you with
```

```
 1                      I. KHUSENOV
 2   the address of that medical supply.
 3   RQ
 4              MS. VASQUEZ:  I will put my demand in
 5        writing for that.
 6        Q.      The equipment that you mentioned that
 7   you were given with the battery and patch, how
 8   often are you using that?
 9        A.      My apology.  Can I take a break for a
10   few minutes, quick?
11        Q.      You have to answer the question
12   first, if you know?
13        A.      Three, four times a day.
14              MS. VASQUEZ:  You can take a break.
15              (A short break was taken.)
16              MS. VASQUEZ:  Can you read back the
17        last question and answer, please?
18              (The requested record was read from
19        the transcript.)
20        Q.      With regard to the equipment that we
21   were just talking about, were you given
22   instructions about how often to use it?
23        A.      It doesn't matter how many times a
24   day, but if the pain gets worse.
25        Q.      Were you told to use it when you need
```

```
 1                    I. KHUSENOV
 2    it, basically, or something else?
 3          A.      Yes, if the pain gets worse.
 4          Q.      You mentioned earlier that you were
 5    also referred to a pain management doctor; is
 6    that correct?
 7          A.      Yes.
 8          Q.      Do you know the name of that doctor?
 9          A.      I don't remember now.
10          Q.      Do you know what street this pain
11    management doctor is located on?
12          A.      The facility is located in the same
13    street with the Crystal Medical facility.
14          Q.      Is it in a different location than
15    the orthopedist?
16          A.      All of them in the same location.
17          Q.      You said the same street.  Are you
18    saying they're all in the same building?
19          A.      Yes, in the same building.
20          Q.      Is this in Rego Park?
21          A.      Yes.
22          Q.      Is it 63rd Drive?
23          A.      I think so.
24          Q.      Have you been told by any doctors
25    that you're going to need any other medical
```

1               I. KHUSENOV

2  procedures in the future?

3       A.      Not for now.

4       Q.      Have you seen the pain management

5  specialist already?

6       A.      Yes.

7       Q.      How many times?

8       A.      Two times.

9       Q.      What have they done for you?

10      A.      They examined my hand up to the

11  shoulder, and also they used some kind of needle.

12  They put the needle to check.

13      Q.      Did the pain management specialist

14  make any recommendations?

15      A.      Actually, I'm confusing whether this

16  was the orthopedist or whether this was the pain

17  management.

18      Q.      Were you definitely examined by a

19  pain management specialist, as far as you know?

20      A.      Yes.

21      Q.      But you don't recall, specifically,

22  what treatment or recommendation they did for

23  you, is that what you're saying?

24      A.      Yes, that makes me confused, but I

25  believe pain management recommended me this pain

```
 1                    I. KHUSENOV
 2   patch and also injections.
 3        Q.      Up until the present time, have you
 4   had to make any modifications to your home to
 5   accommodate your injury?
 6        A.      For example, what?
 7        Q.      The last time we spoke, you mentioned
 8   that you were given a chair for the shower.
 9   Other than that, are there any modifications that
10   you had to make anywhere in your apartment or
11   your bedroom to assist you as a result of these
12   injuries?
13        A.      I received the pillow.  So, whenever
14   I go to sleep, I had to put my hand on this
15   pillow because I cannot simply let my hand under
16   me and sleep.  It's supposed to be always
17   elevated up.
18        Q.      Is the pillow just a regular pillow,
19   or was it something that was prescribed to you?
20        A.      No, it's a regular pillow.
21        Q.      Other than that accommodation, have
22   you made any other accommodations to your home,
23   whether it's the kitchen or the bathroom or
24   anywhere else, to assist you as a result of these
25   injuries?
```

```
1                       I. KHUSENOV

2          A.    No.  I don't have any modification in

3    those rooms because always I rely on help of my

4    family members.

5          Q.    What floor do you live on?

6          A.    Sixth floor.

7          Q.    You live in an apartment building; is

8    that correct?

9          A.    Yes.

10         Q.    Does your building have an elevator?

11         A.    Yes.

12         Q.    Do you use the stairs to get up and

13   down to your apartment?

14               MR. GITELMAN:  Objection.  Relevance,

15         but you can answer.

16         A.    No.

17         Q.    Never?

18         A.    No, because I'm using an elevator.

19         Q.    Before this incident, did you ever

20   use the stairs?

21         A.    Yes.

22         Q.    Since this accident, you have not

23   used the stairs at all?

24         A.    I never used it after.

25         Q.    Is there a reason why you haven't
```

1              I. KHUSENOV

2  used the stairs since this accident occurred?

3       A.      After the accident, I'm looking only

4  for a comfortable way to use everything.

5       Q.      Is there something about your injury

6  that makes it more difficult for you to use the

7  stairs?

8       A.      Yes.

9       Q.      What is it?

10      A.      I feel pressure and getting tired

11 quickly and from pressure.  It's like pressure

12 comes to my hand when I feel tired.

13      Q.      Are you feeling pressure to your left

14 hand or are you referring to the amputated arm?

15      A.      To my right hand.

16      Q.      What is it about that pressure that

17 prevents you from using the stairs?

18      A.      I feel in my shoulder my muscles

19 straightening on my left shoulder.

20              MR. GITELMAN:  Is that typically

21         because you have to swing your hands when

22         you walk?

23              THE WITNESS:  I think so.  It might

24         be this reason.

25      Q.      Since this accident happened, have

```
 1                    I. KHUSENOV
 2   you had to use any stairs to get to your doctors'
 3   offices or to enter different medical facilities
 4   or stores?
 5        A.     No, I always try to use an elevator.
 6        Q.     What about when you use a subway?
 7   The last time that when you arrived at the
 8   deposition, you arrived in a subway.  Did you
 9   have to go up and down the stairs to take the
10   subway?
11        A.     There is no other options.  If I went
12   to the subway, if there is no elevator, of course
13   I have to use the stairways because I don't have
14   other options.
15        Q.     You're able to go up and down the
16   stairs; is that correct?
17             MR. GITELMAN:  Objection to the form.
18        You can answer the question.
19        A.     As I told you before, I don't have an
20   option.  Whoever is next to me, family members,
21   so I'm relying on them.
22        Q.     When you have no other option, if
23   there is no elevator, are you able to physically
24   go up and down the stairs?
25             MR. GITELMAN:  Objection.  You can
```

```
 1                    I. KHUSENOV
 2        answer.  I think he answered that question
 3        abundantly, but he can go ahead and answer
 4        it again.
 5        A.      If no one is next to me to rely on,
 6   so I'm using with the pain.
 7        Q.      You're using with the pain?  Can you
 8   explain what you mean?
 9                MR. GITELMAN:  He uses the stairs.
10        Do you want to move on?
11                MS. VASQUEZ:  No, not yet.
12        Q.      What is it that hurts you when you're
13   going up and down the stairs?
14        A.      I just told you that my shoulder
15   radiating, my shoulder straightening.
16        Q.      Do you experience the same pain when
17   you're walking?
18        A.      Not really.  It's not typically like
19   I'm using stairways.  The pain is not worse.
20        Q.      Since this incident occurred, have
21   you used any walking cane?
22        A.      No.
23        Q.      Have you used a walker?
24        A.      No.
25        Q.      Have you used a wheelchair?
```

Case 1:21-cv-03703-HG   Document 35-11   Filed 06/16/22   Page 41 of 82 PageID #: 1079

```
 1                    I. KHUSENOV
 2        A.      No.
 3        Q.      Have any doctors recommended any of
 4   these devices?
 5                MR. GITELMAN:  Objection to the form.
 6        You can answer.
 7        A.      No.
 8        Q.      Since this accident occurred, have
 9   you had any nurses come to your home to assist
10   you?
11        A.      No.
12        Q.      Have you had anyone else come to your
13   home to assist you in any capacity since this
14   accident occurred?  For example, somebody to help
15   you with laundry or cleaning or food shopping?
16        A.      No.
17        Q.      Have you had to pay out of pocket for
18   any of the medical treatment that you have
19   received since this accident occurred?
20        A.      No.
21        Q.      As far as you know, is everything
22   paid through the Workers' Compensation?
23        A.      Yes.
24        Q.      That's through your employer,
25   Karznika US?
```

```
 1                      I. KHUSENOV
 2        A.      Yes.
 3        Q.      Are you receiving any payment for
 4   lost earnings in connection with Workers'
 5   Compensation?
 6        A.      Yes.
 7        Q.      How much are you receiving?
 8               MR. GITELMAN:  Objection.
 9               You can answer.
10        A.      1,130.  $1,130.
11        Q.      How often do you receive that amount
12   of money?  Is that a monthly payment or is that
13   bi-weekly or something else?
14        A.      Bi-weekly.
15        Q.      You receive $2,260 every month; is
16   that correct?
17               MR. GITELMAN:  Objection.
18               You can answer.
19        A.      Yes.
20        Q.      Have you had any medical treatment in
21   connection with this injury that has not been
22   paid for through Workers' Compensation?
23        A.      I don't know.
24        Q.      Have you been told by any doctor that
25   Workers' Compensation has not paid for some of
```

```
 1                    I. KHUSENOV
 2   the services that you received?
 3        A.    No.
 4        Q.    Have you been practicing any writing
 5   with your left hand?
 6        A.    Yes, I'm working on it.  It's not
 7   perfect, but I'm trying my best.
 8        Q.    Have you had to sign any documents
 9   since this accident happened with your left hand?
10           MR. GITELMAN:  Objection.
11           You can answer.
12        A.    Yes.
13        Q.    Do you have any social media
14   accounts, like Facebook, Instagram, Tiktok?
15        A.    I had it, but I'm not using it for
16   now anymore.
17        Q.    Have you posted anything in any of
18   your social media accounts since this accident
19   happened?
20           MR. GITELMAN:  Objection.
21           You can answer.
22        A.    No, I don't have a mood for that.
23        Q.    Have you posted anything related to
24   your injury and your accident in any of your
25   social media accounts since this accident
```

```
 1                    I. KHUSENOV

 2   occurred?

 3              MR. GITELMAN:  Objection.

 4              You can answer.

 5      A.    No.

 6      Q.    Are there any activities that you

 7   were doing before this accident happened that

 8   you're no longer doing?

 9      A.    Like what?

10      Q.    That's my question to you.  Is there

11   anything that you were doing before this accident

12   that you're no longer doing because of the

13   accident?

14              MR. GITELMAN:  What she means is:

15         Any single thing in any part of your life,

16         regardless of whether it's at home, outside,

17         getting dressed, helping out, anything that

18         you can no longer do at all anymore?

19      A.    Generally, when I hurt my hand, from

20   waking up to going to sleep, I used it; my right

21   hand.

22              MR. GITELMAN:  She means

23         specifically, like actual activities that

24         are affected that you can no longer

25         participate in, whatsoever.
```

```
 1                    I. KHUSENOV
 2        A.      As I told you before, from waking up
 3   from my bed, start brushing my teeth, clean my
 4   face, brush hair, hold the spoon and fork,
 5   eating, opening the door or closing the door,
 6   lock the door, go outside.  Any moment I used my
 7   hand to put my stuff on, to go outside, to go
 8   shopping, doing a sport, et cetera and et cetera.
 9                    MS. VASQUEZ:  Off the record.
10                    (A discussion was held off the
11          record.)
12        Q.      I just have a couple of questions
13   relating to the responses to Interrogatories that
14   I received from your attorney's office in which
15   you signed.  It's Exhibit D from January 26,
16   2022.  Specifically, with regard to questions 12
17   and 14, I believe here.  Item number 12
18   references a 2021 incident involving the wooden
19   pusher.  And it states that the wooden pusher
20   went into the feeder opening and through the
21   machine.  Do you recall that incident?
22        A.      No, I don't remember that.
23        Q.      You don't remember the incident at
24   all?
25        A.      I think it wasn't over there.
```

1              I. KHUSENOV

2         THE INTERPRETER:  He meant wooden

3    pusher.

4         Q.     This document, Exhibit D, that was

5    marked on January 26, 2022, is a response to an

6    Interrogatories receipt from your Plaintiff's

7    attorneys.

8         A.     Whose testimony is that?

9         Q.     At the very end of this document

10   provided by your attorneys, it says that you

11   reviewed the responses and you know the contents,

12   and you know that the responses are true and you

13   signed it.  Do you remember that?

14        A.     No.  I didn't understand what is

15   going on.

16        Q.     Is your answer that you don't

17   understand?

18             THE INTERPRETER:  He didn't

19        understand the question.  Can you clarify?

20        Q.     This is a general question to you.

21   We received a document from your attorney's

22   office with answers to questions.  And at the

23   very end of that document, there is a page that

24   was signed by you that says that you read the

25   responses and that you knew the responses to be

1                    I. KHUSENOV

2    true.  Do you recall reading this document and

3    signing this page?

4            THE INTERPRETER:  He can't see the

5        document.

6        Q.    Without looking at the document, do

7    you recall reviewing a document that had

8    questions and answers and then signing the page

9    saying that you read it, and that the contents of

10   that document were true?  Do you recall that

11   without evening looking at the document in front

12   of you?

13       A.    Yes.

14       Q.    This document references an incident

15   that occurred in approximately 2021 that involved

16   the pusher falling into the opening of the meat

17   grinder.  Do you remember that incident

18   happening, as we sit here today?

19       A.    No.  At the time of the accident,

20   there wasn't any wooden pusher, and I didn't use

21   the wooden pusher even.  I never seen the wooden

22   pusher.

23       Q.    You don't recall an incident that

24   occurred in 2021 where a wooden pusher went down

25   a feeder opening; is that correct?  Is that what

```
 1                     I. KHUSENOV
 2   you're saying?
 3        A.      No, I didn't see that.
 4        Q.      My other question is regarding
 5   response number 14.  In this question you were
 6   asked about complaints made relating to the meat
 7   grinder, and the response says that when the
 8   product broke down, approximately four or five
 9   times before the subject incident, it says that
10   you notified your boss about it.  Do you remember
11   that?
12             MR. GITELMAN:  Objection with regard
13        to this.  The question states whether
14        plaintiff made any complaints or if anyone
15        made complaints on the Plaintiff's behalf
16        with regard to the product after he
17        purchased not specifically the condition
18        which caused plaintiff's injury.  This
19        question, and what you're trying to illicit
20        from my client is two different things.
21        You're asking about the condition that
22        caused his injury that is different than
23        what is written here in this
24        Interrogatories.
25             MS. VASQUEZ:  I'm not trying illicit
```

```
 1                    I. KHUSENOV
 2       anything.  I just want to know if he
 3       remembers this, because I have a question
 4       about it.  Does he remember making
 5       complaints about the product breaking down;
 6       does he recall that?  That's my question.
 7          A.     Trust me, I didn't understand how to
 8    answer.
 9          Q.     Do you recall making complaints to
10    your boss about the product, the meat grinder
11    breaking down, before your accident happened?
12          A.     Yes, we complained that this
13    equipment frequently is getting broken down.  So,
14    we complained it to the supervisor, not to the
15    boss.
16          Q.     That's my question.  My question is
17    really about, it says:  "I notified my boss."  My
18    question to you about this particular response
19    is:  Who was it that you're referring to when you
20    say:  "I notified my boss"?  Can you identify
21    that person by name?
22          A.     I don't know his name.  It's not my
23    business.
24          Q.     Who did you complain to?  Do you know
25    who that person is?  My question is:  Who is it
```

1                    I. KHUSENOV

2    that you complained to?

3         A.    He is from the butcher department.

4    He is a supervisor of the butcher department.

5         Q.    What is his name?

6         A.    I don't know.

7         Q.    You don't remember or you never knew

8    his name?

9         A.    I get confused.  You're giving me the

10   same question, so...

11        Q.    Previously, on prior deposition

12   testimony, you indicated that the head butcher

13   was somebody by the name of Hussain.  Is that the

14   person that you're referring to in this response

15   that says that you complained about the product

16   for or five times to your boss?

17        A.    Yes, that one.

18             MS. VASQUEZ:  Thank you.  I have no

19        further questions, subject to any follow up,

20        depending on Counsel's questions.  One more

21        thing.  I'm missing a lot of records, I

22        think relating to his treatment.  To the

23        extent that in the future an additional

24        deposition might be required relating to

25        those medical records, I will make that

```
 1                   I. KHUSENOV
 2        request.  But other than that, as of now, I
 3        don't have any further questions.
 4   EXAMINATION BY
 5   MR. EVANS:
 6              MR. EVANS:  Good afternoon,
 7        Mr. Khusenov.
 8              THE WITNESS:  Good afternoon.
 9        Q.     My name is Thomas Evans.
10              MR. GITELMAN:  He asked for a short
11        break.
12              MR. EVANS:  Sure.  No problem.
13              (A short break was taken.)
14        Q.     I represent Karznika.  Just have a
15   few questions for you.  Okay?
16        A.     Okay.
17        Q.     At your first deposition, you
18   mentioned that you came to the United States in
19   2018; is that correct?
20        A.     Yes.
21        Q.     You came to the United States to live
22   with your family; is that correct?
23        A.     Yes.
24        Q.     When did your family come to the
25   United States?
```

1                          I. KHUSENOV

2          A.      In the same year, but in a different

3    month.

4          Q.      Do you remember if you came in the

5    winter of 2018?  Can you tell me when your family

6    came?

7          A.      I believe they arrived January or

8    February 2019.

9          Q.      If I understood your testimony, they

10   came to the United States after you; is that

11   correct?

12         A.      Yes.

13         Q.      Where did you stay when you came in

14   December of 2018?

15         A.      Queens.

16         Q.      Who did you stay with?

17         A.      With my uncle.

18         Q.      What is your uncle's name?

19         A.      Babakhtiyor Azimov.

20         Q.      Is there a reason why you came before

21   your family came?

22                 MR. GITELMAN:  Objection.

23                 You can answer.

24         A.      We arrived through the Mexico.

25         Q.      How did your family come to the

1                    I. KHUSENOV

2   United States?

3          A.      They also, the same way.

4          Q.      Through Mexico?

5          A.      Yes.

6          Q.      When you began working for Karznika

7   US, how did you punch in at work?

8          A.      What is punching?

9          Q.      How were you paid for your time

10  working for Karznika US?

11         A.      Cash.

12         Q.      I know cash, but how did they know

13  the hours that you worked?

14         A.      We receive a paper where you can see

15  our working hours on that paper.

16         Q.      Did you have to put in a code at all?

17         A.      We usually went to the register

18  machine and we receive our code and we put this

19  code like a check-in and check-out.  We used this

20  code.

21         Q.      As you sit here today, do you

22  remember what your code was?

23         A.      I don't remember.

24         Q.      Does your father still work for

25  Karznika US?

1                     I. KHUSENOV

2          A.     Yes.

3          Q.     When you were working with your

4   father, Kozim, at Karznika US, did your father

5   also have a code that he had to put in the

6   register to check in and check out?

7          A.     Yes.

8          Q.     Did your father work at night or

9   during the day?

10         A.     Starting from 6:00 p.m.

11         Q.     How many hours did your father work

12  through the evening?

13         A.     From the beginning?  Are you asking

14  from the beginning?

15         Q.     How long did the nightshift last?

16         A.     Are you asking about my shift or my

17  father's shift?

18         Q.     Your father's shift?

19         A.     Starting from 6:00 p.m. up to 1:00

20  a.m.

21         Q.     What did your father do at the market

22  from 6:00 p.m. to 1:00 a.m. on a daily basis?

23         A.     My apology.  Why are you asking about

24  my dad's job?  Why are you not asking my dad

25  about these questions?

1                    I. KHUSENOV

2         Q.      We had asked these questions to you

3    at your first deposition, and I'm just filling in

4    terms of your father's shift and what he did for

5    Karznika US?

6         A.      He is watching the food, the hot food

7    in the kitchen.  Also, before to close the store,

8    he has to check all around, then close and go

9    home.

10        Q.      Did he also do cleaning of the store?

11        A.      Yes.

12        Q.      Did he also clean the meat grinder?

13        A.      Yes.

14        Q.      Are you familiar with a store manager

15   by the name of Backhti?

16        A.      He is the manager of the store.

17        Q.      Is he related to you in any way?

18        A.      No.

19        Q.      The Backhti that we're referring to

20   is not your uncle; is that correct?

21        A.      Yes.

22        Q.      What does your uncle do?  Does he

23   work at Karznika US, as well, or does he work

24   somewhere else?

25        A.      He is working in a different place.

```
 1                    I. KHUSENOV
 2        Q.      At the time that you were working for
 3   Karznika US, did you ever hear of any complaints
 4   from the butchers that it was difficult to get
 5   the meat into the meat grinder through the hole
 6   of a safety guard?
 7        A.      No.
 8        Q.      Do you remember hearing any
 9   complaints from the butchers about having to cut
10   the meat into smaller pieces to be able to get it
11   into the meat grinder?
12        A.      Not really in detail.  I was
13   explained this way.  They just, whatever as I
14   watched, whatever they did, I did also.
15             MR. EVANS:  I have no further
16        questions.  Thank you.
17             MS. VASQUEZ:  I have no further
18        questions.  Thank you.
19   EXAMINATION BY
20   MR. GITELMAN:
21             MR. GITELMAN:  Mr. Khusenov, all the
22        same rules that you were following for the
23        other attorneys apply for me.  As you know,
24        I'm your attorney.  I just want to ask you a
25        couple of questions as well.  Okay?
```

1                     I. KHUSENOV
2             THE WITNESS:  Okay.
3        Q.       There's been a lot of talk about the
4    incident which we're obviously here for today.  I
5    want to ask you a simple question.  In your
6    opinion, from your perspective, how did this
7    accident happen?
8        A.       At the time of grinding the meat,
9    because the machine is very accelerated working,
10   grinding.  On the time -- it's on the opening
11   area while I was pushing the meat, all of a
12   sudden my hand also was sucked in and shredded,
13   while I was looking off button under.  My hand
14   was in the opening, inside the opening and
15   shredded it, while I find an off, completely meat
16   grinder.  So, I think meat grinder build
17   uncomfortable for emergency situation.
18       Q.       If you saw that your hand was being
19   pulled into the machine, why didn't you turn the
20   machine off right away?
21       A.       What?
22       Q.       First of all, do you know what caused
23   your hand to be pulled into the machine?
24       A.       First reason is, there is no safety
25   net.  Second reason is, off and on button located

```
 1                    I. KHUSENOV
 2   under the tray.  You cannot immediately off or on
 3   in case you need.  The third reason is, the tray
 4   is too big and not comfortable in case of
 5   emergency to go to the off or on button, to find
 6   the off and on button.
 7          Q.     Are the off and on button
 8   approximately the same size or different sizes?
 9          A.     The same size.
10          Q.     In between the tray and the on and
11   off button, is there a knob in the way?
12          A.     Yes.
13          Q.     Was there anything preventing you
14   from immediately turning off the entire machine
15   as soon as you realized your hand was being
16   pulled into it?
17          A.     As I told you before, I wasn't able
18   immediately to stop the machine, because you
19   can't see the off button.  It's under the big
20   tray.  The tray is blocking off button.  It's
21   really uncomfortable.
22          Q.     Is there any emergency lever or stop
23   button or anything near where the hole is that
24   your arm got sucked into?  Is there anything near
25   that area that would turn the machine off; yes or
```

```
 1                    I. KHUSENOV
 2    no?
 3           A.    No.
 4           Q.    Prior to this accident, were you
 5    predominantly right-handed or left-handed?
 6           A.    Right-handed.
 7           Q.    At the first deposition that was held
 8    in my office when we were together, do you
 9    remember the attorney showing you a picture of
10    the station that you would go to in order to
11    grind the meat?
12           A.    Yes.
13           Q.    Do you recall whether the meat
14    grinder was in the right of the picture or the
15    left of the picture that depicted your work
16    station?
17           A.    Right.
18           Q.    On every occasion that you used the
19    meat grinder prior to the date of the accident,
20    did you always use your right hand to turn the
21    machine on or did you use a combination of both
22    hands or something else?
23           A.    Right hand only I use.
24           Q.    Was the date of the accident, when
25    your arm was caught in the machine, was that the
```

                        I. KHUSENOV

1

2    first time that you tried to turn off the machine

3    with your left hand?

4         A.      Yes.

5         Q.      For a lack of a better term, is the

6    machine shaped like a cube?

7         A.      Yes.

8         Q.      Do you know how many sides a cube

9    has?

10        A.      Can you clarify your question?

11        Q.      If we're looking at a cube, it has

12   one side on the left and on the side and a back

13   side, as well as a top and bottom, right, the

14   cube?

15        A.      Yes.

16        Q.      If you add up all of the sides, it

17   would equal four, and the top and bottom, which

18   would equal six sides, if my math is right?

19        A.      Yes.

20        Q.      Is it your testimony that the on and

21   off button are located on only one out of those

22   six sides of this machine?

23        A.      Yes.

24        Q.      There are no alternative methods of

25   turning the machine on, meaning no other

```
 1                    I. KHUSENOV
 2   emergency lever or button, besides those two that
 3   we spoke about during the course of this
 4   deposition?
 5           A.      Yes.
 6           Q.      Does the machine have any emergency
 7   lever or on/off switch, other than the button to
 8   turn the machine off?
 9           A.      No.
10           Q.      Do you know whether the machine is
11   equipped with any type of sensor at all?
12           A.      No.
13           Q.      "No," you don't know or "no," the
14   machine does not have any?
15           A.      I think censors do not exist in this
16   equipment.
17           Q.      I know it's difficult to remember
18   that day and that situation, but can you
19   approximate how much time went by from the period
20   where your arm got caught in the machine until
21   the time that the machine was finally turned off?
22           A.      It's just in a second it happened.
23           Q.      Is it more or less than five seconds?
24           A.      It happened one after another.  I
25   think it was within seconds.
```

```
 1                    I. KHUSENOV
 2      Q.     If there was an emergency button
 3   elsewhere on the top, for instance, of the
 4   machine, do you think that the machine would turn
 5   off faster than it did?
 6      A.     I think yes, if on the top will be
 7   visible place will be button for emergency
 8   reason, I can use, so I could save my wrist, my
 9   hand.
10           MR. GITELMAN:  Can you read back the
11       answer, please?
12           (The requested record was read from
13       the transcript.)
14      Q.     Is it your testimony that if the
15   machine was designed differently, there would be
16   a chance that you would still have your hand?
17           MR. EVANS:  Objection.
18      A.     Yes.
19      Q.     At the first deposition where I was
20   present, you were shown a series of photographs
21   depicting some kind of images.  Are those images
22   that you were shown near the on and off button
23   somewhere underneath the tray?
24      A.     Please repeat it again.
25           THE INTERPRETER:  I will ask him the
```

```
 1                    I. KHUSENOV
 2    question again.
 3    A.      Yes.
 4            MR. GITELMAN:  I have no further
 5    questions.
 6            MS. VASQUEZ:  For the record, a quick
 7    statement that I'm going to be objecting to
 8    the line of questioning that plaintiff has
 9    the opportunity to the change or amend his
10    responses when he receives a transcript.
11    The attempts to change his testimony in this
12    manner is completely improper.
13            MR. GITELMAN:  We will follow the
14    Federal Rules of Civil Procedure, as they
15    allow, Counsel, and so any objection may be
16    noted, and we will respond to the objection
17    accordingly.
18            MR. EVANS:  Note my objection, as
19    well.  We will take it from there.
20            MR. GITELMAN:  It's noted.
21    (Whereupon, at 2:30 p.m. the Examination  of
22      this Witness was concluded.)
23
24
25
```

```
1              D E C L A R A T I O N

2

3

4

5      I hereby certify that having been

6  first duly sworn to testify to the truth, I

7  gave the above testimony.

8

9      I FURTHER CERTIFY that the foregoing

10 transcript is a true and correct transcript

11 of the testimony given by me at the time and

12 place specified hereinbefore.

13

14

15         _____

16              ISOJON KHUSENOV

17

18 Subscribed and sworn to before me on

19 this _____ day of _____, 2022.

20 _____

21 NOTARY PUBLIC

22

23

24

25
```

```
 1                     I N D E X

 2

 3                                          PAGE

 4   WITNESS:   ISOJON KHUSENOV

 5   EXAMINATION BY:    Ms. Vasquez            7

 6                      Mr. Evans             21

 7                      Mr. Gitelman          56

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

```
 1              DOCUMENTS AND/OR INFORMATION REQUESTED

 2

 3                                              PAGE

 4

 5                       EXHIBITS

 6                        (None)

 7

 8                  PRODUCTION REQUESTS

 9   1)     Authorization for Hand Therapy Center    21

10   2)     Authorization for New York Rehab

11   Prosthetics                                     21

12   3)     Authorization for X-ray facility         28

13   4)     Name of medical supply office           33

14

15                       INSERTS

16                        (None)

17

18

19   DIRECTIONS:   (None)

20   RULINGS:   (None)

21

22

23

24

25
```

```
 1                    CERTIFICATION

 2

 3           I, Lori Palotti, a Notary Public

 4   within and for the State of New York, do hereby

 5   certify:

 6           That ISOJON KHUSENOV, the witness(es)

 7   whose deposition(s) is(are) hereinbefore set

 8   forth, was(were) duly sworn by me and that such

 9   deposition(s) is(are) a true and accurate record

10   of the testimony given by such witness(es).

11           I further certify that I am not

12   related to any of the parties to the action by

13   blood or marriage; and that I am in no way

14   interested in the outcome of this matter.

15           IN WITNESS WHEREOF, I have hereunto

16   set my hand this 31st day of March, 2022.

17

18

19   _____

20                    LORI PALOTTI

21

22

23

24

25
```

```
 1    ERRATA SHEET FOR: ISOJON KHUSENOV

 2       ISOJON KHUSENOV, being duly sworn, deposes and

 3       says: I have reviewed the transcript of my

 4       proceeding taken on 03/31/2022. The following

 5       changes are necessary to correct my testimony.

 6    _____

 7    PAGE LINE      CHANGE                REASON

 8    ----|----|---------------------|---------------

 9    ----|----|---------------------|---------------

10    ----|----|---------------------|---------------

11    ----|----|---------------------|---------------

12    ----|----|---------------------|---------------

13    ----|----|---------------------|---------------

14    ----|----|---------------------|---------------

15    ----|----|---------------------|---------------

16    ----|----|---------------------|---------------

17    ----|----|---------------------|---------------

18    ----|----|---------------------|---------------

19    ----|----|---------------------|---------------

20    ----|----|---------------------|---------------

21         Witness Signature:_____

22    Subscribed and sworn to, before me

23    this ___ day of _____, 20 ___.

24    _____       _____

25    (NOTARY PUBLIC)             MY COMMISSION EXPIRES
```

| A | | | | B |
|---|---|---|---|---|
| **a.m (3)** | 67:12 | 27:18 30:16 | **arm (8)** | **B-U-R-S-C-...** |
| 1:17 54:20,22 | **activities (2)** | **AND/OR (1)** | 19:21 20:15,22 | 19:2 |
| **able (13)** | 44:6,23 | 66:1 | 29:16 38:14 | **Babakhtiyor...** |
| 14:25 15:7,10 | **actual (1)** | **answer (26)** | 58:24 59:25 | 52:19 |
| 15:13,18 17:8 | 44:23 | 12:20 13:12 | 61:20 | **back (7)** |
| 17:15,20,23 | **acupuncture...** | 15:4,17 16:6 | **arrived (5)** | 16:19 17:2 |
| 39:15,23 | 18:2,4,7,18 | 16:11,17 | 14:8 39:7,8 | 19:16 23:14 |
| 56:10 58:17 | **add (1)** | 17:18 22:19 | 52:7,24 | 33:16 60:12 |
| **abundantly (1)** | 60:16 | 23:15 33:11 | **ARVID (1)** | 62:10 |
| 40:3 | **addition (2)** | 33:17 37:15 | 2:7 | **Backhti (2)** |
| **accelerated (1)** | 3:11 4:23 | 39:18 40:2,3 | **ASA (1)** | 55:15,19 |
| 57:9 | **additional (2)** | 41:6 42:9,18 | 13:25 | **bar (2)** |
| **accept (1)** | 22:16 50:23 | 43:11,21 44:4 | **asked (9)** | 3:13 5:1 |
| 30:23 | **address (3)** | 46:16 49:8 | 8:5 9:2,13 | **basically (1)** |
| **access (2)** | 7:16 23:24 | 52:23 62:11 | 17:24 27:9 | 34:2 |
| 15:7,14 | 33:2 | **answered (1)** | 30:11 48:6 | **basis (1)** |
| **accident (32)** | **administerin...** | 40:2 | 51:10 55:2 | 54:22 |
| 8:6,9,12 12:4,6 | 5:19 | **answers (2)** | **asking (7)** | **bathroom (1)** |
| 12:7 13:23 | **adopt (1)** | 46:22 47:8 | 9:5 28:5 48:21 | 36:23 |
| 14:12 16:12 | 19:22 | **anxiety (1)** | 54:13,16,23 | **battery (2)** |
| 19:10,11 22:4 | **afternoon (2)** | 12:9 | 54:24 | 31:10 33:7 |
| 37:22 38:2,3 | 51:6,8 | **anymore (2)** | **assist (4)** | **bear (1)** |
| 38:25 41:8,14 | **against- (2)** | 43:16 44:18 | 36:11,24 41:9 | 6:13 |
| 41:19 43:9,18 | 1:4,10 | **apartment (4)** | 41:13 | **bed (1)** |
| 43:24,25 44:7 | **ago (8)** | 7:17 36:10 | **attempts (3)** | 45:3 |
| 44:11,13 | 11:5,7,8 22:25 | 37:7,13 | 16:3,8 63:11 | **bedroom (1)** |
| 47:19 49:11 | 25:16,16 | **apology (2)** | **attorney (4)** | 36:11 |
| 57:7 59:4,19 | 28:21 29:23 | 33:9 54:23 | 6:6 7:22 56:24 | **began (1)** |
| 59:24 | **AGREED (7)** | **apply (6)** | 59:9 | 53:6 |
| **accommodat...** | 3:3,17 4:4,10 | 13:25 14:6,10 | **attorney's (2)** | **beginning (2)** |
| 36:5 | 4:16 5:4,11 | 14:15,16 | 45:14 46:21 | 54:13,14 |
| **accommodat...** | **ahead (1)** | 56:23 | **attorneys (6)** | **begun (1)** |
| 36:21 | 40:3 | **appointment...** | 2:3,10,17 46:7 | 3:23 |
| **accommodat...** | **allow (1)** | 10:19 25:18 | 46:10 56:23 | **behalf (1)** |
| 36:22 | 63:15 | 26:3 | **authorizatio...** | 48:15 |
| **account (1)** | **alternative (1)** | **approximate...** | 21:8,25 28:25 | **believe (12)** |
| 19:20 | 60:24 | 61:19 | 66:9,10,12 | 9:11 11:6 19:3 |
| **accounts (3)** | **amend (1)** | **approximate...** | **Avenue (1)** | 23:21 28:12 |
| 43:14,18,25 | 63:9 | 11:5 19:5 | 7:17 | 28:13 29:20 |
| **accurate (1)** | **amount (1)** | 47:15 48:8 | **aware (1)** | 31:17 32:5 |
| 67:9 | 42:11 | 58:8 | 29:10 | 35:25 45:17 |
| **action (4)** | **amputated (2)** | **area (3)** | **Azimov (1)** | 52:7 |
| 3:15 5:2 7:24 | 20:22 38:14 | 27:18 57:11 | 52:19 | **best (1)** |
| | **amputation (2)** | 58:25 | | |

43:7
**better (1)**
60:5
**between(am...**
3:18 4:5,11,17
5:5
**bi-weekly (2)**
42:13,14
**big (2)**
58:4,19
**blocking (1)**
58:20
**blood (1)**
67:13
**body (3)**
23:2 27:15
30:14
**bone (1)**
28:13
**boroughs (1)**
14:4
**boss (6)**
48:10 49:10,15
49:17,20
50:16
**bottom (2)**
60:13,17
**break (7)**
23:11,13 33:9
33:14,15
51:11,13
**breaking (2)**
49:5,11
**broke (1)**
48:8
**broken (1)**
49:13
**Brooklyn (1)**
2:6
**brush (1)**
45:4
**brushing (1)**
45:3
**build (1)**

57:16
**building (4)**
34:18,19 37:7
37:10
**business (1)**
49:23
**butcher (3)**
50:3,4,12
**butcher's (4)**
8:5,14,19 9:6
**butchering (1)**
17:11
**butchers (2)**
56:4,9
**button (15)**
57:13,25 58:5
58:6,7,11,19
58:20,23
60:21 61:2,7
62:2,7,22

**C**

**C (2)**
2:1 64:1
**C.P.L.R (4)**
3:7 4:2,8,19
**called (1)**
20:2
**cane (1)**
40:21
**capacity (2)**
16:22 41:13
**care (1)**
17:16
**Carmen (2)**
2:14 7:21
**carry (1)**
17:11
**case (2)**
58:3,4
**cash (2)**
53:11,12
**cast (1)**
20:13

**caught (2)**
59:25 61:20
**caused (3)**
48:18,22 57:22
**causing (1)**
26:17
**censors (1)**
61:15
**Center (3)**
20:2 21:8 66:9
**centimeters (1)**
19:6
**certification ...**
4:12 67:1
**certify (4)**
64:5,9 67:5,11
**cetera (2)**
45:8,8
**chair (1)**
36:8
**chance (1)**
62:16
**change (3)**
63:9,11 68:7
**changed (1)**
19:9
**changes (1)**
68:5
**charge (1)**
5:9
**check (6)**
19:17,17 35:12
54:6,6 55:8
**check-in (1)**
53:19
**check-out (1)**
53:19
**checked (1)**
26:10
**Chemist (1)**
32:7
**Chester (1)**
2:13
**chouse (1)**

30:24
**City (1)**
14:3
**civil (2)**
6:17 63:14
**clarify (5)**
8:13 29:11,14
46:19 60:10
**clean (2)**
45:3 55:12
**cleaning (2)**
41:15 55:10
**client (1)**
48:20
**close (3)**
30:7 55:7,8
**closing (1)**
45:5
**clothes (7)**
8:8,11,17,19
8:24 9:3,6
**code (6)**
53:16,18,19,20
53:22 54:5
**collecting (1)**
14:9
**college (3)**
14:2,4,17
**colleges (1)**
14:13
**combination ...**
59:21
**come (4)**
41:9,12 51:24
52:25
**comes (1)**
38:12
**comfortable ...**
38:4 58:4
**COMMISSI...**
68:25
**compensate (...**
17:22
**Compensatio...**

41:22 42:5,22
42:25
**complain (1)**
49:24
**complained (4)**
49:12,14 50:2
50:15
**complaint (2)**
26:20 29:12
**complaints (7)**
48:6,14,15
49:5,9 56:3,9
**Complete (2)**
20:2 21:9
**completely (2)**
57:15 63:12
**computer (3)**
14:18,19 17:12
**concluded (1)**
63:22
**condition (4)**
11:25 12:10
48:17,21
**conduct (2)**
4:20 6:14
**conference (4)**
1:14,19 5:13
6:15
**confirming (1)**
5:22
**confused (2)**
35:24 50:9
**confusing (1)**
35:15
**CONGDON ...**
2:18
**connection (...**
12:5,10,15
20:16 22:5
25:2 31:24
32:15 42:4,21
**consent (1)**
5:25
**considered (1)**

6:1
**consult (2)**
11:14 12:13
**contents (2)**
46:11 47:9
**continue (3)**
13:15 18:7
31:4
**continuing (1)**
18:4
**control (1)**
5:17
**controlled (1)**
4:2
**copy (3)**
5:6 6:7,16
**correct (13)**
20:17,23 34:6
37:8 39:16
42:16 47:25
51:19,22
52:11 55:20
64:10 68:5
**costs (1)**
6:14
**counsel (13)**
3:4,18,25 4:5
4:11,17 5:5,7
5:12,14 6:10
20:14 63:15
**Counsel's (1)**
50:20
**counselor (3)**
9:24 10:16
12:23
**COUNTY (1)**
1:1
**couple (2)**
45:12 56:25
**course (5)**
9:16 15:9 17:6
39:12 61:3
**courses (1)**
15:20

**court (4)**
1:1 5:14,18,21
**CPLR (2)**
5:13 6:16
**Crystal (6)**
21:2 24:8 27:5
28:9 30:7
34:13
**cube (4)**
60:6,8,11,14
**current (1)**
7:16
**currently (4)**
13:9,14 15:19
19:7
**cut (1)**
56:9

**D**

**D (4)**
45:15 46:4
64:1 65:1
**dad (1)**
54:24
**dad's (1)**
54:24
**daily (1)**
54:22
**damaged (1)**
24:19
**date (5)**
8:6,8,11 59:19
59:24
**day (9)**
8:18 10:14
33:13,24 54:9
61:18 64:19
67:16 68:23
**days (2)**
25:16,16
**December (1)**
52:14
**decided (1)**
11:13

**deemed (1)**
3:25
**Defendant (1)**
1:13
**Defendant(s)...**
1:6 2:10,17
**definitely (2)**
7:25 35:18
**delivered (1)**
31:18
**demand (2)**
21:10 33:4
**department (...**
9:12,21 50:3,4
**depending (2)**
30:12 50:20
**depends (2)**
17:19 26:4
**depicted (1)**
59:15
**depicting (1)**
62:21
**deposed (1)**
6:17
**deposes (1)**
68:2
**deposition (12)**
1:18 5:20 6:14
8:2 39:8
50:11,24
51:17 55:3
59:7 61:4
62:19
**deposition(s)...**
67:7,9
**Depositions (1)**
4:20
**depression (6)**
11:19,25 12:9
12:25 13:2,5
**describe (1)**
31:8
**designed (1)**
62:15

**desire (2)**
16:14,20
**detail (1)**
56:12
**devices (1)**
41:4
**diagnosed (2)**
11:24 12:8
**Diana (3)**
27:6,7,7
**difference (2)**
28:11,12
**different (11)**
28:18 30:22
32:3,18 34:14
39:3 48:20,22
52:2 55:25
58:8
**differently (1)**
62:15
**difficult (3)**
38:6 56:4
61:17
**DIRECTIO...**
66:19
**discharged (2)**
22:21 27:12
**discussed (1)**
24:12
**discussing (1)**
32:16
**discussion (4)**
12:17 16:24
23:8 45:10
**doctor (22)**
10:2,15,18,25
11:24 12:8,24
13:4 17:7,14
22:7 24:6,7,8
26:4 28:4
32:25,25 34:5
34:8,11 42:24
**docter's (1)**
31:15

**doctors (9)**
9:11,20 10:9
12:21 22:3,11
26:19 34:24
41:3
**doctors' (1)**
39:2
**document (11)**
46:4,9,21,23
47:2,5,6,7,10
47:11,14
**documentati...**
14:9
**documents (2)**
43:8 66:1
**doing (7)**
15:15 30:25
44:7,8,11,12
45:8
**DONLON (1)**
2:18
**donor (1)**
22:12
**door (3)**
45:5,5,6
**Dr (19)**
10:11,21 11:4
11:10 13:8
24:10,13 25:2
25:12,15,19
26:6 27:4,23
28:15,16,17
29:25 32:11
**dressed (1)**
44:17
**Drive (1)**
34:22
**driver's (3)**
15:25 16:4,9
**duly (5)**
7:3,7 64:6 67:8
68:2

**E**

| E (6) | entire (2) | 11:25 16:18 | 47:16 | find (4) |
|---|---|---|---|---|
| 2:1,1 7:2,6 | 27:20 58:14 | 36:6 41:14 | familiar (4) | 17:22 24:23 |
| 64:1 65:1 | equal (2) | exhibit (5) | 20:4 21:13 | 57:15 58:5 |
| E-mailed (1) | 60:17,18 | 6:7,8,11 45:15 | 32:18 55:14 | fine (1) |
| 6:9 | equipment (1... | 46:4 | family (8) | 28:6 |
| earlier (1) | 31:5,8,14,16 | exhibits (2) | 9:17 37:4 | first (12) |
| 34:4 | 31:22 32:19 | 6:6 66:5 | 39:20 51:22 | 7:7 13:22 |
| earnings (1) | 33:6,20 49:13 | exist (2) | 51:24 52:5,21 | 14:11 33:12 |
| 42:4 | 61:16 | 29:3 61:15 | 52:25 | 51:17 55:3 |
| eating (1) | equipped (1) | experience (1) | far (2) | 57:22,24 59:7 |
| 45:5 | 61:11 | 40:16 | 35:19 41:21 | 60:2 62:19 |
| education (5) | ERRATA (1) | expert (1) | faster (1) | 64:6 |
| 13:15,16,20,22 | 68:1 | 26:20 | 62:5 | FISHLINGE... |
| 13:24 | especially (1) | EXPIRES (1) | father (10) | 2:19 |
| either (1) | 18:16 | 68:25 | 8:9,15,23 9:2 | five (5) |
| 8:18 | ESQ (4) | explain (1) | 53:24 54:4,4 | 25:16 32:4 |
| elbow (2) | 2:4,7,14,22 | 40:8 | 54:8,11,21 | 48:8 50:16 |
| 23:6 27:18 | et (2) | explained (2) | father's (3) | 61:23 |
| electric (1) | 45:8,8 | 11:13 56:13 | 54:17,18 55:4 | five-minute (1) |
| 20:11 | Evans (10) | express (1) | features (1) | 23:11 |
| elevated (1) | 2:22 12:16 | 5:24 | 15:14 | fixed (2) |
| 36:17 | 51:5,6,9,12 | extent (2) | February (1) | 26:24 27:8 |
| elevator (5) | 56:15 62:17 | 29:2 50:23 | 52:8 | FLAHERTY... |
| 37:10,18 39:5 | 63:18 65:6 |  | Federal (1) | 2:18 |
| 39:12,23 | evening (2) | **F** | 63:14 | floor (3) |
| Elmhurst (1) | 47:11 54:12 | face (1) | feeder (2) | 2:5 37:5,6 |
| 20:3 | EWP (1) | 45:4 | 45:20 47:25 | fluctuated (1) |
| Elmira (1) | 32:13 | Facebook (1) | feel (6) | 19:9 |
| 18:23 | exactly (4) | 43:14 | 11:12,15 18:12 | follow (2) |
| emergency (7) | 9:19 18:10 | facilities (1) | 38:10,12,18 | 50:19 63:13 |
| 57:17 58:5,22 | 23:23 31:9 | 39:3 | feeling (1) | follow-up (1) |
| 61:2,6 62:2,7 | examination ... | facility (20) | 38:13 | 10:11 |
| employer (1) | 4:23,25 7:11 | 20:2,4,6,22 | filing (1) | following (2) |
| 41:24 | 51:4 56:19 | 21:13,17,25 | 4:12 | 56:22 68:4 |
| employment ... | 63:21 65:5 | 23:25 24:2,3 | fill (2) | follows (2) |
| 16:21 | examination(... | 24:4 27:5,6 | 31:20,24 | 7:4,9 |
| English (1) | 3:10,19,24 4:6 | 28:9,18,20 | filled (1) | food (3) |
| 15:20 | 4:13 5:7 | 30:8 34:12,13 | 32:15 | 41:15 55:6,6 |
| enroll (1) | examination... | 66:12 | filling (1) | foregoing (1) |
| 14:6 | 3:13,22 | failure (3) | 55:3 | 64:9 |
| enrolled (2) | examined (6) | 3:11,23 4:24 | finally (1) | fork (1) |
| 14:13 15:22 | 3:20 7:9 26:9,9 | fair (1) | 61:21 | 45:4 |
| enter (1) | 35:10,18 | 20:25 | financially (1) | form (12) |
| 39:3 | example (4) | falling (1) | 14:11 | 3:9 4:21 13:11 |

15:3,16 16:5
16:10,16
17:17 22:18
39:17 41:5
**forth (1)**
67:8
**four (4)**
25:16 33:13
48:8 60:17
**frequently (2)**
26:2 49:13
**front (1)**
47:11
**full (1)**
7:13
**furnished (1)**
5:7
**further (14)**
3:17 4:4,10,16
5:4 6:5 10:12
50:19 51:3
56:15,17 63:4
64:9 67:11
**future (12)**
13:18 14:15
16:15 17:9,15
17:23 22:4,8
22:12 26:2
35:2 50:23

――― **G** ―――
**gain (1)**
19:12
**gained (1)**
19:16
**gainful (1)**
16:21
**general (1)**
46:20
**Generally (1)**
44:19
**getting (5)**
18:21 20:8
38:10 44:17

49:13
**Gitelman (47)**
2:7 9:5,25 10:5
12:3 13:11
15:3,12,16
16:5,10,16,23
17:17 19:19
20:14 21:12
22:18 23:5,10
28:10 29:2,6
29:13 37:14
38:20 39:17
39:25 40:9
41:5 42:8,17
43:10,20 44:3
44:14,22
48:12 51:10
52:22 56:20
56:21 62:10
63:4,13,20
65:7
**give (2)**
10:8 29:9
**given (13)**
8:9,15,24 9:23
11:3 26:14
31:14,15 33:7
33:21 36:8
64:11 67:10
**giving (1)**
50:9
**gladly (1)**
29:9
**go (14)**
13:21 22:13
26:11 36:14
39:9,15,24
40:3 45:6,7,7
55:8 58:5
59:10
**going (10)**
11:18 12:22
21:10 25:10
25:25 34:25

40:13 44:20
46:15 63:7
**good (6)**
7:19,20 12:12
12:15 51:6,8
**gown (4)**
8:5,20 9:6,8
**grind (1)**
59:11
**grinder (10)**
47:17 48:7
49:10 55:12
56:5,11 57:16
57:16 59:14
59:19
**grinding (2)**
57:8,10
**Grinshpun (1)**
13:8
**guard (1)**
56:6

――― **H** ―――
**H (1)**
7:6
**hair (1)**
45:4
**hand (38)**
11:20,21 20:2
20:10,12 21:8
21:19 22:12
23:4 26:9,10
27:16,17,20
31:7 35:10
36:14,15
38:12,14,15
43:5,9 44:19
44:21 45:7
57:12,13,18
57:23 58:15
59:20,23 60:3
62:9,16 66:9
67:16
**hands (2)**

38:21 59:22
**happen (1)**
57:7
**happened (8)**
13:23 38:25
43:9,19 44:7
49:11 61:22
61:24
**happening (1)**
47:18
**happens (1)**
18:13
**head (1)**
50:12
**health (11)**
9:23 10:9,15
10:18,23,25
11:11,14,24
12:13,23
**hear (1)**
56:3
**hearing (1)**
56:8
**heavy (2)**
17:10,12
**held (6)**
1:19 12:17
16:24 23:8
45:10 59:7
**help (3)**
15:5 37:3
41:14
**helping (2)**
18:3 44:17
**hereinbefore...**
64:12 67:7
**hereto (6)**
3:5,19 4:6,12
4:18 5:6
**hereunto (1)**
67:15
**hold (1)**
45:4
**hole (2)**

56:5 58:23
**home (8)**
14:19 31:18
36:4,22 41:9
41:13 44:16
55:9
**hospital (13)**
8:7,24 9:4,22
9:25 10:4,6,7
10:8 22:10,22
27:12 28:14
**hot (1)**
55:6
**hours (6)**
18:12,14 31:13
53:13,15
54:11
**hurt (1)**
44:19
**hurts (3)**
11:21,21 40:12
**Hussain (1)**
50:13

――― **I** ―――
**I-L-Y-A (1)**
18:25
**idea (1)**
8:25
**identify (1)**
49:20
**identity (1)**
5:22
**illicit (2)**
48:19,25
**Ilmiya (1)**
2:23
**images (2)**
62:21,21
**immediately ...**
58:2,14,18
**improper (1)**
63:12
**incident (13)**

10:13 13:19
13:21 37:19
40:20 45:18
45:21,23
47:14,17,23
48:9 57:4
including (5)
3:8 4:20 9:8
27:21 28:13
increases (2)
18:15,16
independent ...
17:23
Index (1)
1:7
indicated (2)
26:14 50:12
indicating (2)
20:15 23:5
INFORMAT...
66:1
initial (1)
22:22
injection (2)
29:19 30:23
injections (4)
29:16 30:10,20
36:2
injuries (2)
36:12,25
injury (12)
12:10 22:5,22
27:13 31:25
32:16 36:5
38:5 42:21
43:24 48:18
48:22
INSERTS (1)
66:15
inside (1)
57:14
Instagram (1)
43:14
instance (1)

62:3
instructions ...
33:22
interested (1)
67:14
internet (2)
15:8,15
interpreter (7)
2:23 7:3 12:14
46:2,18 47:4
62:25
Interrogator...
45:13 46:6
48:24
involved (1)
47:15
involving (1)
45:18
IPhone (1)
14:24
is(are) (2)
67:7,9
Isojon (8)
1:2,18 7:15
64:16 65:4
67:6 68:1,2
issue (3)
26:23 27:4,7
Item (1)
45:17

___ J ___

J (1)
7:6
January (4)
23:21 45:15
46:5 52:7
job (2)
17:10 54:24
jobs (2)
17:10,13

___ K ___

K (1)

7:6
K-O-S-T-I-N...
24:10
Karznika (10)
1:12 41:25
51:14 53:6,10
53:25 54:4
55:5,23 56:3
Khusenov (67)
1:2,18 7:1,15
8:1 9:1 10:1
11:1 12:1
13:1 14:1
15:1 16:1
17:1 18:1
19:1 20:1
21:1 22:1
23:1 24:1
25:1 26:1
27:1 28:1
29:1 30:1
31:1 32:1
33:1 34:1
35:1 36:1
37:1 38:1
39:1 40:1
41:1 42:1
43:1 44:1
45:1 46:1
47:1 48:1
49:1 50:1
51:1,7 52:1
53:1 54:1
55:1 56:1,21
57:1 58:1
59:1 60:1
61:1 62:1
63:1 64:16
65:4 67:6
68:1,2
kilograms (2)
19:8,15
kind (5)
14:23 20:11

31:5 35:11
62:21
King (1)
2:12
kitchen (2)
36:23 55:7
knew (2)
46:25 50:7
knob (1)
58:11
know (41)
7:21 8:21
10:22 11:10
18:25 20:5
23:22,23,24
25:6,24 28:4
28:5,6,10
30:9 31:21
32:9,22,23,24
33:12 34:8,10
35:19 41:21
42:23 46:11
46:12 49:2,22
49:24 50:6
53:12,12
56:23 57:22
60:8 61:10,13
61:17
known (1)
21:14
knows (1)
19:23
Kostin (5)
24:10,13 25:2
27:23 29:25
Kozim (1)
54:4

___ L ___

L (2)
7:2 64:1
lack (1)
60:5
language (1)

15:20
laundry (1)
41:15
law (1)
6:1
left (11)
8:22 9:22 10:5
10:7 38:13,19
43:5,9 59:15
60:3,12
left-handed (1)
59:5
LegalView/Z...
5:17
Let's (1)
23:10
lever (3)
58:22 61:2,7
Lexitas (1)
5:18
license (3)
15:25 16:4,9
life (1)
44:15
lifting (1)
17:12
line (2)
63:8 68:7
litigation (2)
6:3,18
live (3)
37:5,7 51:21
LLC (1)
2:19
LLP (1)
2:11
located (8)
14:4 27:19
30:6 32:23
34:11,12
57:25 60:21
location (5)
18:17 31:12
32:12 34:14

locations (1)
5:15
lock (1)
45:6
long (3)
18:9 28:21
54:15
longer (4)
44:8,12,18,24
looking (5)
38:3 47:6,11
57:13 60:11
Lori (3)
1:19 67:3,20
lose (1)
19:14
loss (2)
19:19,20
lost (2)
19:11 42:4
lot (2)
50:21 57:3

**M**

M (2)
7:2,2
machine (24)
45:21 53:18
57:9,19,20,23
58:14,18,25
59:21,25 60:2
60:6,22,25
61:6,8,10,14
61:20,21 62:4
62:4,15
main (1)
24:22
making (2)
49:4,9
management...
25:5,7 34:5,11
35:4,13,17,19
35:25
manager (2)

55:14,16
manner (2)
5:24 63:12
March (4)
1:16 25:17,17
67:16
marked (2)
6:6 46:5
market (1)
54:21
marriage (1)
67:13
massage (1)
20:11
math (1)
60:18
matter (2)
33:23 67:14
matters (1)
6:18
mean (5)
11:17 14:7
16:18 29:5
40:8
meaning (1)
60:25
means (2)
44:14,22
meant (1)
46:2
meat (15)
47:16 48:6
49:10 55:12
56:5,5,10,11
57:8,11,15,16
59:11,13,19
media (3)
43:13,18,25
medical (13)
19:25 27:5
30:7 32:20,22
33:2 34:13,25
39:3 41:18
42:20 50:25

66:13
medication (4)
26:11 31:11
32:12,17
meeting (1)
5:17
members (3)
9:17 37:4
39:20
mental (14)
9:23 10:8,15
10:18,22,25
11:11,14,24
12:9,12,13,22
12:23
mentally (2)
11:18,22
mentioned (6)
17:25 26:16
33:6 34:4
36:7 51:18
meter (1)
19:5
methods (1)
60:24
Mexico (2)
52:24 53:4
minutes (1)
33:10
missing (5)
11:21 18:16
24:18,23
50:21
modification...
37:2
modification...
36:4,9
moment (1)
45:6
money (1)
42:12
month (9)
23:20 25:15,20
25:21,25 26:4

29:23 42:15
52:3
monthly (1)
42:12
months (5)
11:5,7,8,9
22:25
mood (1)
43:22
morning (2)
7:19,20
motion (2)
3:14 5:1
move (5)
3:9,12 4:22,24
40:10
movies (2)
14:25 15:14
MRI (7)
22:24 23:18,22
24:22 25:2,3
28:11,12 29:8
30:18
MRI-ed (1)
23:2
MRIs (6)
22:23 24:5,13
24:16,21
27:10
multiple (2)
31:23 32:2
Murtazayev...
2:23
muscle (1)
20:19
muscles (1)
38:18

**N**

N (5)
2:1 7:6,6 64:1
65:1
name (21)
7:13,21 10:22

10:24 11:4
13:7 24:9
25:6,9 32:9
32:22 34:8
49:21,22 50:5
50:8,13 51:9
52:18 55:15
66:13
near (3)
58:23,24 62:22
necessary (1)
68:5
neck (7)
21:4 23:3
27:16 29:16
30:15,19,20
need (7)
5:19 11:14
12:23 15:5
33:25 34:25
58:3
needle (2)
35:11,12
needs (1)
26:5
Neighborhoo...
32:7
nerve (1)
24:19
net (1)
57:25
neurologist (2)
13:6 19:3
never (4)
37:17,24 47:21
50:7
new (19)
1:1,1,15,20 2:6
2:13,21 7:8
7:18 14:3,5
20:13 21:14
24:3,4 32:12
32:12 66:10
67:4

March 31, 2022

[Page 76]

**night (1)**
54:8
**nightshift (1)**
54:15
**Notary (8)**
1:19 3:21,21
7:4,7 64:21
67:3 68:25
**Note (1)**
63:18
**noted (2)**
63:16,20
**notified (3)**
48:10 49:17,20
**number (3)**
17:25 45:17
48:5
**nurses (1)**
41:9

**O**

**O (4)**
7:6,6,6 64:1
**O'CALLAG...**
2:18
**O'Connor (2)**
2:11 7:22
**o0o (1)**
6:23
**oath (1)**
5:19
**object (4)**
3:8,11 4:21,24
**objecting (1)**
63:7
**objection (24)**
13:11 15:3,12
15:16 16:5,10
16:16 17:17
22:18 37:14
39:17,25 41:5
42:8,17 43:10
43:20 44:3
48:12 52:22

62:17 63:15
63:16,18
**obligation (1)**
6:15
**obtain (2)**
16:3,8
**obviously (1)**
57:4
**occasion (1)**
59:18
**Occupationa...**
20:3 21:9
**occurred (8)**
38:2 40:20
41:8,14,19
44:2 47:15,24
**office (9)**
28:17 30:6
31:15 32:21
32:23 45:14
46:22 59:8
66:13
**officer (1)**
5:18
**offices (1)**
39:3
**okay (10)**
8:2,3 11:12,15
26:11 28:7
51:15,16
56:25 57:2
**OMNI (1)**
2:20
**on/off (1)**
61:7
**once (2)**
25:21,25
**one-and-a-h...**
18:12,14
**opening (7)**
45:5,20 47:16
47:25 57:10
57:14.14
**opinion (1)**

57:6
**opportunity ...**
63:9
**option (6)**
30:25,25 31:2
31:3 39:20,22
**options (4)**
17:22 30:22
39:11,14
**order (2)**
1:19 59:10
**original (2)**
3:24 4:13
**Orlando (2)**
2:11 7:23
**orthopedist (7)**
25:4,7 29:20
29:24 30:4
34:15 35:16
**outcome (1)**
67:14
**outside (4)**
11:19 44:16
45:6,7

**P**

**P (10)**
2:1,1
**p.m (4)**
54:10,19,22
63:21
**page (6)**
46:23 47:3,8
65:3 66:3
68:7
**paid (4)**
41:22 42:22,25
53:9
**pain (32)**
12:12,22,22
18:12,15,16
24:18,23 25:4
25:7 26:17,21
27:25 30:12

30:12 31:6,12
32:19 33:24
34:3,5,10
35:4,13,16,19
35:25,25 40:6
40:7,16,19
**painful (2)**
26:15 30:24
**Pakistan (1)**
13:10
**Palotti (3)**
1:19 67:3,20
**paper (2)**
53:14,15
**parents (1)**
22:11
**Park (2)**
7:18 34:20
**part (9)**
4:19 20:18
21:18 23:2
24:18,24
26:25 27:20
44:15
**participate (1)**
44:25
**participating...**
5:16
**particular (2)**
14:16 49:18
**parties (10)**
3:5,19 4:6,12
4:18 5:6,12
5:25 6:13
67:12
**parts (2)**
27:15 30:14
**party (2)**
6:17,17
**patch (4)**
31:11 32:19
33:7 36:2
**pay (1)**
41:17

**paycheck (1)**
16:21
**payment (2)**
42:3,12
**people (1)**
11:20
**perfect (1)**
43:7
**perfectly (1)**
28:6
**period (2)**
18:6 61:19
**permit (2)**
16:12,13
**person (3)**
49:21,25 50:14
**person's (1)**
13:7
**perspective (1)**
57:6
**pharmacies (6)**
31:23 32:2,3,6
32:14,18
**pharmacy (6)**
31:18,19,21
32:10,13,20
**phone (5)**
14:21,23 15:2
15:10,13
**phone's (1)**
15:7
**photographs...**
62:20
**physical (1)**
31:4
**physically (2)**
17:20 39:23
**picture (3)**
59:9,14,15
**pieces (1)**
56:10
**pillow (5)**
36:13,15,18,18
36:20

place (4)
5:20 55:25
62:7 64:12
plaintiff (4)
1:9,19 48:14
63:8
plaintiff's (3)
46:6 48:15,18
Plaintiff(s) (2)
1:3 2:3
planning (2)
14:7,16
plans (5)
13:9,14,17
15:19,24
please (9)
7:13 8:13
11:16 16:7
17:3 23:15
33:17 62:11
62:24
pocket (1)
41:17
point (3)
16:15 25:22
29:12
police (2)
9:11,21
Port (1)
2:13
possession (1)
6:9
possibility (1)
22:15
possible (1)
22:8
posted (2)
43:17,23
pounds (1)
19:15
practicing (1)
43:4
PRAKHIN (1)
2:4

predominant...
59:5
prescribed (3)
31:17 32:11
36:19
prescription ...
31:16,20
prescriptions...
31:24 32:15
present (9)
2:23 5:12 8:18
10:14 11:23
12:8 29:15
36:3 62:20
presented (1)
6:8
presenting (1)
6:6
pressure (5)
38:10,11,11,13
38:16
preventing (1)
58:13
prevents (1)
38:17
Previously (1)
50:11
prior (4)
6:10 50:11
59:4,19
Pro-Cut (2)
1:5 7:23
probably (3)
11:13 28:2
30:12
problem (2)
30:19 51:12
procedure (2)
18:11 63:14
procedures (1)
35:2
proceeding (1)
68:4
product (5)

48:8,16 49:5
49:10 50:15
PRODUCTI...
66:8
program (2)
14:16 15:6
Prokraft (3)
1:5,8 7:23
prosthetic (8)
20:15,17,18
21:18 26:10
26:14,15,20
Prosthetics (2)
21:14 66:11
provide (1)
32:25
provided (6)
3:7 4:1,7,18
10:24 46:10
provider (4)
9:24 10:15,23
11:11
providers (1)
10:9
Public (8)
1:20 3:21,22
7:4,8 64:21
67:3 68:25
pulled (3)
57:19,23 58:16
punch (1)
53:7
punching (1)
53:8
purchased (1)
48:17
purpose (1)
6:2
purposes (1)
4:7
pursuant (2)
1:19 5:13
pusher (8)
45:19,19 46:3

47:16,20,21
47:22,24
pushing (1)
57:11
put (10)
15:5 21:10
26:17 33:4
35:12 36:14
45:7 53:16,18
54:5

Q
Queens (3)
23:23,24 52:15
question (37)
3:8,12 4:21,24
6:11 8:10,16
9:10,14 10:3
12:6 17:3
19:23 23:15
27:11 28:3
33:11,17
39:18 40:2
44:10 46:19
46:20 48:4,5
48:13,19 49:3
49:6,16,16,18
49:25 50:10
57:5 60:10
63:2
questioning (2)
6:10 63:8
questions (17)
7:25 17:24
27:9 45:12,16
46:22 47:8
50:19,20 51:3
51:15 54:25
55:2 56:16,18
56:25 63:5
quick (2)
33:10 63:6
quickly (1)
38:11

R
R (3)
2:1 7:2 64:1
radiating (1)
40:15
Ray (1)
21:2
read (10)
17:2,4 23:14
23:16 33:16
33:18 46:24
47:9 62:10,12
reading (1)
47:2
realized (1)
58:15
really (4)
40:18 49:17
56:12 58:21
reason (11)
24:17,22 28:2
37:25 38:24
52:20 57:24
57:25 58:3
62:8 68:7
recall (10)
28:20 35:21
45:21 47:2,7
47:10,23 49:6
49:9 59:13
receipt (1)
46:6
receive (6)
20:9,21 42:11
42:15 53:14
53:18
received (10)
9:3 17:25 21:2
21:7,18 36:13
41:19 43:2
45:14 46:21
receives (1)
63:10
receiving (3)

32:17 42:3,7
recommenda...
29:21 35:22
recommenda...
24:25 35:14
recommende...
22:4 29:18,19
  29:25 30:9,13
  30:15,20
  35:25 41:3
record (15)
  7:14 12:16,18
  16:23,25 17:4
  23:7,9,16
  33:18 45:9,11
  62:12 63:6
  67:9
recorded (1)
  5:23
recording (1)
  5:24
records (4)
  8:7 19:25
  50:21,25
Redd (2)
  2:11 7:22
refer (1)
  27:24
references (2)
  45:18 47:14
referral (1)
  28:19
referrals (2)
  9:23 10:8
referred (12)
  10:10,17,20,23
  11:10 24:5
  25:4,8 27:22
  27:23 28:3
  34:5
referring (7)
  9:14 27:18
  31:9 38:14
  49:19 50:14

55:19
refused (1)
  29:18
regard (4)
  33:20 45:16
  48:12,16
regarding (3)
  6:11 26:20
  48:4
regardless (1)
  44:16
register (2)
  53:17 54:6
Rego (2)
  7:17 34:20
regular (2)
  36:18,20
Rehab (2)
  21:14 66:10
REID (1)
  2:18
related (8)
  17:11,12 20:13
  22:13 32:19
  43:23 55:17
  67:12
relating (5)
  28:25 45:13
  48:6 50:22,24
Relevance (1)
  37:14
rely (2)
  37:3 40:5
relying (1)
  39:21
remember (24)
  9:9,19,21
  10:10,25 13:7
  23:19,20 25:9
  28:22 34:9
  45:22,23
  46:13 47:17
  48:10 49:4
  50:7 52:4

53:22,23 56:8
  59:9 61:17
remembers (1)
  49:3
remote (1)
  5:15
remotely (1)
  5:21
repeat (3)
  12:19 16:7
  62:24
rephrase (1)
  12:6
report (1)
  25:3
reporter (2)
  5:14,21
Reporting (1)
  5:18
represent (2)
  7:23 51:14
representing ...
  5:8
request (4)
  21:10,24 32:24
  51:2
requested (5)
  17:4 23:16
  33:18 62:12
  66:1
REQUESTS ...
  66:8
require (2)
  22:8,16
required (1)
  50:24
reserved (4)
  3:11,14 4:23
  5:2
resolved (1)
  26:23
respective (6)
  3:4,18 4:5,11
  4:17 5:5

respond (1)
  63:16
response (5)
  46:5 48:5,7
  49:18 50:14
responses (6)
  45:13 46:11,12
  46:25,25
  63:10
result (6)
  12:3 25:3
  30:18,24
  36:11,24
results (4)
  24:12,15,21
  25:2
return (5)
  3:24 13:10
  16:14,20 17:8
returning (1)
  16:19
reviewed (3)
  8:7 46:11 68:3
reviewing (1)
  47:7
right (19)
  3:8 4:20 11:2
  12:4 23:3,3,6
  28:14,22
  29:16 38:15
  44:20 57:20
  59:14,17,20
  59:23 60:13
  60:18
right-handed...
  59:5,6
rights (3)
  3:7 4:1,18
robe (1)
  8:15
Roger (12)
  10:11,21 11:4
  11:10 25:12
  25:15,19 26:6

27:5 28:15,16
  32:11
Roger's (1)
  28:17
rooms (1)
  37:3
RQ (4)
  21:6,23 28:23
  33:3
rules (4)
  4:1,19 56:22
  63:14
RULINGS (1)
  66:20

S

S (3)
  2:1 7:6,6
safety (2)
  56:6 57:24
Samkova (1)
  18:23
save (1)
  62:8
saw (5)
  11:6 19:25
  25:14 26:6
  57:18
saying (5)
  8:14 34:18
  35:23 47:9
  48:2
says (7)
  46:10,24 48:7
  48:9 49:17
  50:15 68:3
scheduling (1)
  26:3
schools (1)
  14:13
science (1)
  17:13
searches (1)
  15:15

| | | | | |
|---|---|---|---|---|
| second (4) | 18:6 23:13 | 27:19 30:16 | spoon (1) | stop (2) |
| 30:25 31:3 | 33:15 51:10 | situation (3) | 45:4 | 58:18,22 |
| 57:25 61:22 | 51:13 | 13:21 57:17 | sport (1) | store (4) |
| seconds (2) | short-term (2) | 61:18 | 45:8 | 55:7,10,14,16 |
| 61:23,25 | 18:6,9 | six (2) | stairs (12) | stores (1) |
| section (1) | shots (3) | 60:18,22 | 37:12,20,23 | 39:4 |
| 5:13 | 30:10,13,14 | Sixth (1) | 38:2,7,17 | straightenin... |
| see (11) | shoulder (11) | 37:6 | 39:2,9,16,24 | 38:19 40:15 |
| 8:21 9:23 | 21:4 23:3 | size (2) | 40:9,13 | street (6) |
| 11:20 12:13 | 27:16,21 | 58:8,9 | stairways (2) | 2:5,12 30:8 |
| 12:23 26:5 | 29:17 30:16 | sizes (1) | 39:13 40:19 | 34:10,13,17 |
| 28:13 47:4 | 35:11 38:18 | 58:8 | start (4) | strike (4) |
| 48:3 53:14 | 38:19 40:14 | sleep (3) | 13:22,24 14:10 | 3:9,12 4:22,25 |
| 58:19 | 40:15 | 36:14,16 44:20 | 45:3 | stuff (3) |
| seeing (2) | shower (1) | Slowly (1) | started (3) | 9:10,20 45:7 |
| 25:21,25 | 36:8 | 18:15 | 13:20 14:9 | subject (2) |
| seen (6) | showing (1) | small (1) | 25:10 | 48:9 50:19 |
| 8:10,16 26:8 | 59:9 | 31:11 | Starting (2) | Subscribed (2) |
| 30:3 35:4 | shown (2) | smaller (1) | 54:10,19 | 64:18 68:22 |
| 47:21 | 62:20,22 | 56:10 | state (5) | subway (4) |
| sensor (1) | shredded (2) | social (3) | 1:1,20 7:8,13 | 39:6,8,10,12 |
| 61:11 | 57:12,15 | 43:13,18,25 | 67:4 | sucked (2) |
| separate (1) | side (3) | somebody (2) | statement (1) | 57:12 58:24 |
| 5:15 | 60:12,12,13 | 41:14 50:13 | 63:7 | sudden (1) |
| series (1) | sides (4) | soon (2) | states (7) | 57:12 |
| 62:20 | 60:8,16,18,22 | 11:19 58:15 | 45:19 48:13 | suggest (1) |
| Service (1) | sign (1) | specialist (4) | 51:18,21,25 | 8:7 |
| 5:18 | 43:8 | 25:7 35:5,13 | 52:10 53:2 | supervisor (2) |
| services (3) | Signature (1) | 35:19 | station (2) | 49:14 50:4 |
| 20:3 21:9 43:2 | 68:21 | specific (4) | 59:10,16 | supply (5) |
| set (2) | signed (3) | 10:6 11:16 | stay (3) | 6:16 32:20,23 |
| 67:7,16 | 45:15 46:13,24 | 15:6 20:22 | 31:12 52:13,16 | 33:2 66:13 |
| Seven (1) | signing (2) | specifically (6) | steps (1) | support (1) |
| 19:15 | 47:3,8 | 21:2 23:19 | 10:12 | 14:11 |
| shaped (1) | simple (1) | 35:21 44:23 | stick (1) | supposed (2) |
| 60:6 | 57:5 | 45:16 48:17 | 31:12 | 28:3 36:16 |
| SHEET (1) | simply (1) | specified (1) | stimulation (2) | SUPREME (1) |
| 68:1 | 36:15 | 64:12 | 20:12,20 | 1:1 |
| shift (4) | single (1) | spoke (5) | STIPULAT... | sure (5) |
| 54:16,17,18 | 44:15 | 21:3 26:13 | 3:3,17 4:4,10 | 9:12 23:12 |
| 55:4 | sit (3) | 27:2 36:7 | 4:16 5:4,11 | 24:9 29:13 |
| shopping (2) | 25:24 47:18 | 61:3 | 6:5 | 51:12 |
| 41:15 45:8 | 53:21 | spoken (1) | STIPULATI... | surgeries (3) |
| short (5) | site (2) | 26:19 | 3:1 | 22:5,9,17 |

surgery (1)
22:14
swing (1)
38:21
switch (1)
61:7
sworn (9)
3:20 5:21 7:3,7
  64:6,18 67:8
  68:2,22

**T**

T (2)
7:2 64:1
take (7)
15:20 17:15
  23:10 33:9,14
  39:9 63:19
taken (6)
1:19 9:20
  23:13 33:15
  51:13 68:4
talk (1)
57:3
talked (1)
27:7
talking (1)
33:21
tall (1)
19:4
technology (1)
14:18
teeth (1)
45:3
tell (1)
52:5
term (1)
60:5
terms (1)
55:4
testified (2)
7:9 29:4
testify (1)
64:6

testifying (1)
5:8
testimony (14)
3:10,12 4:22
  4:25 46:8
  50:12 52:9
  60:20 62:14
  63:11 64:7,11
  67:10 68:5
Thank (4)
21:12 50:18
  56:16,18
therapy (12)
18:5,8 20:2,3
  20:16,21,25
  21:8,9,20
  31:4 66:9
thing (2)
44:15 50:21
things (1)
48:20
think (13)
9:16 18:24
  24:11 34:23
  38:23 40:2
  45:25 50:22
  57:16 61:15
  61:25 62:4,6
third (1)
58:3
Third-Party ...
1:9,13
this(these) (7)
3:10,13,19,22
  3:24 4:6,13
Thomas (2)
2:22 51:9
Three (2)
18:20 33:13
Tiktok (1)
43:14
time (27)
8:4,18 10:13
  11:23 12:7,8

14:10 17:24
  21:3 25:14
  26:8,13 28:21
  29:15 31:5
  36:3,7 39:7
  47:19 53:9
  56:2 57:8,10
  60:2 61:19,21
  64:11
times (11)
12:11 18:20
  26:4 30:3,5
  33:13,23 35:7
  35:8 48:9
  50:16
tired (2)
38:10,12
today (7)
8:2,10 25:24
  32:16 47:18
  53:21 57:4
told (30)
8:23 9:10,20
  11:8 12:11,21
  12:24 13:3,4
  17:7,13,14,19
  22:7,11,16
  24:15,17,20
  26:21 27:4,6
  30:18 33:25
  34:24 39:19
  40:14 42:24
  45:2 58:17
tools (1)
17:22
top (4)
60:13,17 62:3
  62:6
transcript (9)
6:16 17:5
  23:17 33:19
  62:13 63:10
  64:10,10 68:3
translated (1)

7:4
TRAVIS (1)
2:19
tray (6)
58:2,3,10,20
  58:20 62:23
treated (2)
20:7 22:3
treating (2)
20:10 25:11
treatment (9)
10:14 18:2,19
  20:8,9 35:22
  41:18 42:20
  50:22
treatments (1)
18:2
trial (2)
3:15 5:2
tried (2)
13:19 60:2
true (5)
46:12 47:2,10
  64:10 67:9
Trust (1)
49:7
truth (1)
64:6
try (1)
39:5
trying (5)
13:25 19:12
  43:7 48:19,25
turn (7)
30:21 57:19
  58:25 59:20
  60:2 61:8
  62:4
turned (1)
61:21
turning (2)
58:14 60:25
TV (2)
14:25 15:14

two (9)
30:5,22 32:4,5
  32:14,18 35:8
  48:20 61:2
type (3)
21:20 26:11
  61:11
typically (2)
38:20 40:18

**U**

U (2)
7:2,6
unauthorize...
6:1
uncle (3)
52:17 55:20,22
uncle's (1)
52:18
uncomfortab...
26:24 57:17
  58:21
undergo (1)
21:20
undergone (2)
27:10,11
underneath (1)
62:23
understand (6)
8:14 29:7
  46:14,17,19
  49:7
understood (1)
52:9
Uniform (1)
4:19
Uniondale (1)
2:21
United (5)
51:18,21,25
  52:10 53:2
use (21)
15:10,13,18
  17:21 31:6,23

33:22,25
37:12,20 38:4
33:6 39:2,5,6
39:13 47:20
59:20,21,23
62:8
**useful (2)**
18:5,5
**uses (1)**
40:9
**usually (1)**
53:17
**utilized (1)**
4:7

**V**

**V (2)**
7:2,6
**Vasquez (29)**
2:14 7:12,19
7:22 9:7 10:3
12:5,14,19
17:2 19:22
21:7,24 23:7
23:12,14
28:24 29:4,11
33:4,14,16
40:11 45:9
48:25 50:18
56:17 63:6
65:5
**video (3)**
1:14,19 6:14
**videoconfere...**
5:16,23
**violation (1)**
6:1
**visible (1)**
62:7
**visit (1)**
30:11
**visitation (1)**
10:11
**visiting (1)**

27:6

**W**

**waived (1)**
4:14
**waiver (3)**
3:14,25 5:1
**waking (2)**
44:20 45:2
**walk (1)**
38:22
**walker (1)**
40:23
**walking (2)**
40:17,21
**want (7)**
13:16,18 15:21
40:10 49:2
56:24 57:5
**was(were) (1)**
67:8
**wasn't (3)**
45:25 47:20
58:17
**watch (1)**
14:25
**watched (1)**
56:14
**watching (2)**
15:14 55:6
**way (6)**
38:4 53:3
55:17 56:13
58:11 67:13
**we're (4)**
32:16 55:19
57:4 60:11
**wearing (7)**
8:6,8,11,17,19
9:8 26:16
**week (1)**
18:20
**weigh (1)**
19:7

**weight (6)**
19:9,12,12,14
19:19,20
**went (6)**
11:19 39:11
45:20 47:24
53:17 61:19
**whatsoever (1)**
44:25
**wheelchair (1)**
40:25
**WHEREOF ...**
67:15
**winter (1)**
52:5
**withstanding...**
6:15
**witness (15)**
5:14,19,20 6:7
6:8,10 7:6,20
38:23 51:8
57:2 63:22
65:4 67:15
68:21
**witness's (1)**
5:22
**witness(es) (2)**
67:6,10
**witness(s) (2)**
3:20 5:8
**wooden (7)**
45:18,19 46:2
47:20,21,21
47:24
**word (1)**
29:14
**work (13)**
14:10 16:15,19
16:21 17:8,23
53:7,24 54:8
54:11 55:23
55:23 59:15
**worked (1)**
53:13

**Workers' (4)**
41:22 42:4,22
42:25
**working (10)**
20:12,19 43:6
53:6,10,15
54:3 55:25
56:2 57:9
**works (1)**
31:10
**worse (4)**
31:6 33:24
34:3 40:19
**wrist (1)**
62:8
**writing (3)**
21:11 33:5
43:4
**written (2)**
5:25 48:23

**X**

**X (4)**
1:2,8,13 65:1
**X-ray (7)**
28:11,14,16
29:7,8,10
66:12
**X-rays (5)**
27:11,22,24
28:8,25

**Y**

**Y (2)**
7:2,2
**year (1)**
52:2
**York (14)**
1:1,1,15,20 2:6
2:13,21 7:8
7:18 14:3,5
21:14 66:10
67:4
**YURIY (1)**

2:4

**Z**

**Z (1)**
7:2

**0**

**03/31/2022 (1)**
68:4

**1**

**1 (1)**
66:9
**1,130 (2)**
42:10,10
**1:00 (2)**
54:19,22
**1:21-3703-B...**
1:7
**10573 (1)**
2:13
**11:00 (1)**
1:17
**11214 (1)**
2:6
**11374 (1)**
7:18
**11552 (1)**
2:21
**12 (2)**
45:16,17
**14 (3)**
19:15 45:17
48:5
**1883 (1)**
2:5

**2**

**2 (1)**
66:10
**2,260 (1)**
42:15
**2:30 (1)**
63:21
**20 (1)**

68:23
**2018 (3)**
51:19 52:5,14
**2019 (1)**
52:8
**2021 (4)**
1:16 45:18
47:15,24
**2022 (4)**
45:16 46:5
64:19 67:16
**20th (2)**
25:17,17
**21 (3)**
65:6 66:9,11
**221 (1)**
4:19
**242 (1)**
2:12
**26 (2)**
45:15 46:5
**28 (1)**
66:12
**2nd (1)**
2:5

**3**

**3 (1)**
66:12
**31 (1)**
1:16
**311(d) (1)**
5:13
**3116 (1)**
4:1
**3117 (1)**
4:1
**31st (1)**
67:16
**33 (1)**
66:13

**4**

**4 (1)**

66:13

**5**

**50 (1)**
19:8
**56 (1)**
65:7

**6**

**6:00 (3)**
54:10,19,22
**63rd (1)**
34:22
**66th (1)**
7:17
**6B (1)**
7:17

**7**

**7 (1)**
65:5
**72 (1)**
19:6

**8**

**86th (1)**
2:5

**9**

**9958 (1)**
7:17