Page 1

1          UNITED STATES DISTRICT COURT

2          EASTERN DISTRICT OF NEW YORK

3    _____

4    ISOJON KHUSENOV,

5              Plaintiff,

6         v.                        Case No.

7    PROKRAFT INC. and PRO-CUT,      1:21-CV-3703-BMC

8              Defendants.

9    _____

10   PROKRAFT INC.,

11             Third-Party Plaintiff,

12        v.

13   KARZINKA US, INC.,

14             Third-Party Defendant.

15   _____

16          VIDEOCONFERENCE DEPOSITION OF

17                 HIRA AKRAM

18   DATE:        Friday, March 4, 2022

19   TIME:        11:09 a.m.

20   LOCATION:    Remote Proceeding

21                New York, NY 10001

22   REPORTED BY:  David Rubenstein, Notary Public

23

24

25      Job No. CS5119868

```
                                                    Page 2
 1                  A P P E A R A N C E S
 2     ON BEHALF OF PLAINTIFF ISOJON KHUSENOV:
 3          GIL ZOHAR, ESQUIRE (by videoconference)
 4          Yuriy Prakhin PC
 5          1883 86th Street, 2nd Floor
 6          Brooklyn, NY 11214
 7          gzohar@prakhinlaw.com
 8
 9     ON BEHALF OF DEFENDANTS PROKRAFT INC. AND PRO-CUT:
10          CARMEN M. VASQUEZ, ESQUIRE (by videoconference)
11          O'Connor Redd Orlando LLP
12          242 King Street, PO Box 1000
13          Port Chester, NY 10573
14          cvasquez@oconnorlawfirm.com
15          (914) 686-1700
16
17     ON BEHALF OF THIRD-PARTY DEFENDANT KARZINKA US,
18     INC.:
19          THOMAS EVANS, ESQUIRE (by videoconference)
20          Congdon Flaherty O'Callaghan Reid Donlon Travis
21          And Fishlinger
22          333 Earle Ovington Boulevard, Suite 502
23          Uniondale, NY 11553-3625
24          tevans@cfolegal.com
25
```

Page 3

1              A P P E A R A N C E S (Cont'd)

2      ALSO PRESENT:

3          Matt Jacobson (by videoconference)

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Page 4

1                         I N D E X

2     EXAMINATION:                                    PAGE

3          By Ms. Vasquez                             8

4

5                    E X H I B I T S

6     NO.              DESCRIPTION                     PAGE

7     Exhibit A      Response to First Set of

8                    Interrogatories                  29

9     Exhibit B      Invoice From S&V to Karzinka      50

10    Exhibit C      Video Frame of Butchers          101

11

12                    (Exhibits attached.)

13

14    Exhibit D      Video of Butchers                108

15

16                 (Exhibits retained by counsel.)

17

18              D O C U M E N T S   R E Q U E S T E D

19    NO.         DESCRIPTION                         PAGE

20    1           Copies of Payroll Clock-In and      43

21                Clock-Out Records

22    2           Copy of Documents Given to the

23                Insurance Company                   47

24

25

1                I N D E X (Cont'd)

2           D O C U M E N T S   R E Q U E S T E D

3    NO.        DESCRIPTION                    PAGE

4    3          Employment Agreements For

5               Plaintiff And Plaintiff's

6               Father                         69

7    4          Downloaded copy of a video

8               Showing butchers               106

9    5          Video from all the different

10              Camera angles in the store     107

11

12        I N F O R M A T I O N   R E Q U E S T E D

13   NO.        DESCRIPTION                    PAGE

14   1          Names of All Store Managers

15              Working on the Date of the Loss   35

16   2          Bakht's last known address     96

17

18

19

20

21

22

23

24

25

1                      H. AKRAM

2                 THE REPORTER:   Good morning.   My name

3      is David Rubenstein; I am the reporter assigned by

4      Veritext to take the record of this proceeding.   We

5      are now on the record at 11:09 a.m.

6                      This is the deposition of Hira Akram

7      taken in the matter of Khusenov, Isojon vs. Prokraft

8      Inc. et al., on March 4, 2022, at a remote proceeding.

9                      I am a notary authorized to take

10     acknowledgements and administer oaths in New York

11     State.   Parties agree that I will swear in the witness

12     remotely, outside of his or her presence.

13                     Additionally, absent an objection on

14     the record before the witness is sworn, all parties

15     and the witness understand and agree that any

16     certified transcript produced from the recording of

17     this proceeding:

18                          - is intended for all uses permitted

19                          under applicable procedural and

20                          evidentiary rules and laws in the same

21                          manner as a deposition recorded by

22                          stenographic means; and

23                          - shall constitute written stipulation

24                          of such.

25                          At this time will everyone in

```
                                           Page 7
 1                        H. AKRAM
 2   attendance please identify yourself for the record.
 3                  MS. VASQUEZ:  Did you want me to go
 4   first?
 5                  MR. EVANS:  No.  Hold on a minute.
 6   Gil, you got to unmute yourself.  There we go.
 7                  MR. ZOHAR:  Gil Zohar on behalf of the
 8   plaintiff from the Law Office of Yuriy Prakhin.
 9                  MS. VASQUEZ:  Carmen Vasquez on behalf
10   of defendants from O'Connor Redd Orlando.
11                  MR. EVANS:  Thomas Evans, Congdon
12   Flaherty O'Callaghan, on behalf of third-party
13   defendant Karzinka Inc.
14                  MS. AKRAM:  Hira Akram from Karzinka
15   Inc.  I work as a manager for the store -- office
16   manager specifically.
17                  THE REPORTER:  Okay.  Very good.  And
18   also Matt Jacobson [ph] is present, but he's not going
19   to be testifying.
20                  All right.  Ms. Akram, if you could
21   raise your right hand.
22   //
23   //
24   //
25   //
```

```
 1                          H. AKRAM
 2    WHEREUPON,
 3                          HIRA AKRAM,
 4    called as a witness, and having been first duly sworn
 5    to tell the truth, the whole truth and nothing but the
 6    truth, was examined and testified as follows:
 7                    THE REPORTER:  And what's your present
 8    address at the moment?
 9                    THE WITNESS:  2666 East 18th Street,
10    Apartment 2F, as in Frank, Brooklyn, New York 11235.
11                    THE REPORTER:  Okay.  Your witness,
12    counsel.
13                    MS. VASQUEZ:  Thank you very much.
14                          EXAMINATION
15    BY MS. VASQUEZ:
16        Q    Good morning, Ms. Akram.
17        A    Good morning.
18        Q    I'm going to be asking you some questions
19    today and I just have a few instructions for you.
20        A    Okay.
21        Q    Please wait until I finish my question
22    before you begin to answer it.
23        A    Uh-huh.
24        Q    Even if you might anticipate what I might
25    ask, the question might be different.
```

```
                                              Page 9
 1                          H. AKRAM
 2         A     Okay.
 3         Q     Please make sure that all of your responses
 4    are verbal.
 5         A     Okay.
 6         Q     Because nods of your head or gestures with
 7    your hands or "mm-hmm," are difficult to taking down
 8    the reporter or interpreted by the reporter.
 9         A     Okay.
10         Q     If at any time you need to take a break,
11    that's fine.  Just make sure there is no question
12    pending.  If there is a question pending, you have to
13    answer it first.
14         A     Sure.
15         Q     If you don't understand my question for any
16    reason, please let me know that.
17         A     Okay.
18         Q     If you answer my question I'm going to
19    assume that you understood it.
20         A     Okay.  Okay.
21         Q     Okay?
22         A     Yes.  Thank you.
23         Q     Okay.  How old are you?
24               MS. VASQUEZ:  Please don't put her age
25    on the record.
```

```
 1                    H. AKRAM
 2              THE WITNESS:  I am XX.
 3   BY MS. VASQUEZ:
 4        Q    What year were you born?
 5        A    XXXX.
 6        Q    Okay.  Thanks.  Are you currently married?
 7        A    Yes.
 8        Q    Do you have children?
 9        A    One.
10        Q    How old is your son or daughter?
11        A    She's two soon.
12        Q    Okay.  And are you currently employed?
13        A    Yes.
14        Q    And who are you employed by?
15        A    I am employed by Karzinka.
16        Q    And you said that you are an office manager;
17   correct?
18        A    Yes.
19        Q    And how long have you been an office manager
20   for Karzinka?
21        A    Two years.  Actually I've been working for
22   them from 2018, then I took a break for two years, and
23   then I started working back in 2020 -- something
24   around, yes.
25        Q    Okay.  When you said you took a break for
```

Page 11

1                          H. AKRAM

2    two years, do you remember when you took a break and

3    when you came back?

4         A     So I was expecting, and I stopped working in

5    February 2020 -- no, January 2020.  January 2020.  And

6    then I started working again in January 2021.

7         Q     Okay.

8         A     Yes.  That's when I started working.

9         Q     What is your highest level of education?

10        A     I did bachelors back in Pakistan.  BBA in

11   marketing.  And then, now I'm doing associates.

12        Q     An associate's degree?

13        A     Yes.

14        Q     Okay, where?

15        A     Kingsborough.

16        Q     You said you had a BBA from Pakistan, what

17   does BBA stand for?

18        A     Bachelor's in business administration.

19        Q     When did you received your degree?

20        A     2012.  Long time.

21              MR. EVANS:  It's not that long, Hira.

22              MS. VASQUEZ:  It's really not.

23              THE WITNESS:  Feels like it.

24   BY MS. VASQUEZ:

25        Q     How long have you been in the United States?

Page 12

1                        H. AKRAM

2        A     I came here in 2015.

3        Q     And what was your first job when you

4    arrived?

5        A     I worked at a small tax office.

6        Q     Tax office?

7        A     Yes.

8        Q     And what did you do there?

9        A     Simple clerical duties because I had no

10   experience, nothing.  But slowly, slowly, I learned

11   and now I do taxes myself, for myself only.

12       Q     Prior to coming to the US, had you been

13   employed?

14       A     No.

15       Q     Was the job at the small tax office your

16   first job?

17       A     Yes.

18       Q     Okay.  And what's the name of the tax

19   office?

20       A     It was called Fast Professional Services.

21   Something --

22       Q     And how long did you work there?

23       A     I worked there a long time.  I stopped

24   working when the -- I think I stopped working right

25   around the same time I took a break from Karzinka --

```
 1                        H. AKRAM
 2   sorry.  When was it?  2020, January.
 3        Q    So were you employed at both places at --
 4        A    So I used to work for Karzinka --
 5                  MR. EVANS:  Hold on here.  Let her
 6   finish the question.
 7                  THE WITNESS:  Yeah, that was actually
 8   very confusing.  I understand.  Okay.  Go ahead.
 9   BY MS. VASQUEZ:
10        Q    And again, just let me finish my question
11   only because I know that you know why --
12        A    Yeah, yeah, yeah.
13        Q    -- I'm asking it, but it's difficult for the
14   reporter to take down both of us speaking at the same
15   time --
16        A    Okay.
17        Q    -- because he's writing down everything you
18   say, and everything I say.
19        A    Oh, okay.  Okay.
20        Q    Okay?  So can you tell me, were you working
21   at both locations at the same time?
22        A    I used to work at Karzinka only one day
23   because that was only like paperwork sometimes,
24   sometimes I used to help them with some licensing,
25   sometimes with the, you know, they use -- if they get
```

1                         H. AKRAM

2    any violations I used to help them with stuff like

3    that.  So my job was like part-time.  Only for one

4    day, two days, that's it.

5         Q    Okay.  So when you worked at Fast

6    Professional, was that a full-time job?

7         A    Yes.  Fast Professional I was working

8    full-time, 40 hours.  That's how it was.

9         Q    Okay.  And your job with Karzinka was only

10   one to two days per week?

11        A    Yeah, depending on the work it was like

12   that.

13        Q    And for how long was it one to two days per

14   week?

15        A    Even now it's just still -- still like this.

16        Q    Okay.  So when you took time off to have

17   your baby, your employment there was also one to two

18   days per week?

19        A    Yes.

20        Q    Okay.  And you came back to the same type of

21   hours, one to two days per week?

22        A    Yes.

23        Q    Okay.  And currently you still have the same

24   hours?

25        A    Yes.

1                        H. AKRAM

2       Q    Okay.  And do you still work at Fast

3   Professional, or no?

4       A    No.

5       Q    When did you stop working there?

6       A    January 2020.  I didn't go back.

7       Q    Okay.  When you left Fast Professional, what

8   were your duties?

9       A    I was an office manager, same thing.  From

10  clerical duties I start -- I became an office manager

11  within like five years -- so sorry about the noise.

12      Q    That's okay.  Other than the clerical duties

13  and office manager, did you have any other jobs at

14  Fast Professional?

15      A    No.

16      Q    And as an office manager, what were your

17  duties at Fast Professional?

18      A    So office manager, I used to take care of

19  whatever is happening in the office, in and out,

20  mailing, dealing with all of that, calls in, calls

21  out, sometimes transferring the calls, and then I was

22  also doing the licensing for retail stores.  And

23  because it was a -- sorry.

24      Q    No.  Go ahead.

25      A    It was a tax office, so I was also helping

Page 16

```
 1                          H. AKRAM
 2    them with stuff like that.
 3         Q    Okay.  Is that how you became involved with
 4    Karzinka, through the licensing?
 5         A    Yes.  They did see that my experience and
 6    they wanted somebody who can, you know, take care of
 7    that stuff because, you know, going to the people to
 8    get the stuff done -- accountants, they do charge you
 9    big money every time.  So I think it was better for
10    them to hire me.
11         Q    Okay.  And when you were hired by Karzinka
12    in 2020, did you go into an office?
13         A    I do go to the office, but I work in a main
14    office.  I hardly go to the store location very often.
15         Q    Forgive me.  I think I said when you were
16    hired in 2020.  You were hired by Karzinka in 2018;
17    correct?
18         A    I -- yes, but I stopped working and then I
19    came back in 2020.
20         Q    Yeah.  No, that's fine.  And what office did
21    you report to when you were hired initially?
22         A    So, like I said, I work in the main office.
23         Q    What main -- where is the main --
24         A    We -- we have actually a couple of stores.
25    So we have one office in Brighton Beach, and I mainly
```

```
                                              Page 17
 1                       H. AKRAM
 2    work there.
 3         Q    Where in Brighton Beach?
 4         A    711 Brighton Beach Avenue, Brooklyn, New
 5    York 11235.
 6         Q    What kind of business is Karzinka?
 7         A    It's a retail store; grocery.
 8         Q    Other than that Brooklyn office in Brighton
 9    Beach Avenue, are there any other offices?
10         A    No.
11         Q    Okay.
12         A    No more offices.
13         Q    How many retail stores does Karzinka have?
14         A    Does it have anything to do with the --
15         Q    Yes.
16         A    They do have four total.
17         Q    And are they all meat markets?
18         A    They do have meat, yes.  The butcher's thing
19    and everything, yes.
20         Q    Are they all the same type of retail store,
21    like a supermarket type of store?
22         A    Yes.
23         Q    Okay.  And where are the different stores
24    located?
25         A    So three of them are in Brooklyn, and one is
```

Page 18

```
1                         H. AKRAM
2      in Queens, Karzinka.
3           Q    The ones in Brooklyn, where are they
4      located?
5           A    Do you need the addresses?
6           Q    Yes.
7           A    Okay.  So the first one is Tashkent
8      Supermarket.
9           Q    Is that T-A-S-H-K-E-N --
10          A    T-A -- yes.  T-A-S-H-K-E-N-T.
11          Q    Okay.
12          A    It's in 713 Brighton Beach Avenue.
13          Q    The next one?
14          A    And the next one is Oasis Megamarket.
15     O-A-S-I-S.
16                    MR. ZOHAR:  O-A-S-I-S Supermarket,
17     okay.
18                    THE WITNESS:  Oasis Megamarket.
19     BY MS. VASQUEZ:
20          Q    Mega.  M-E-G-A?
21          A    Yes.  M-E-G-A.
22          Q    And where is it located?
23          A    It's located on 2828 Coney Island Avenue.
24          Q    Okay.  And the last one in Brooklyn?
25          A    It 60 -- it's Siab, S-I-A-B, Bazaar,
```

```
                            H. AKRAM
 1
 2    B-A-Z-A-A-R.  And its address is, actually, I always
 3    mess up that address that why I look up -- okay,
 4    4315 18th Avenue, Brooklyn, New York 11218.
 5                MR. ZOHAR:  Can you spell that again,
 6    it's Siab?
 7                THE WITNESS:  S-I-A-B, Bazaar,
 8    B-A-Z-A-A-R.
 9                MR. ZOHAR:    Got you.
10                THE WITNESS:  4315 18th Avenue.
11                MR. ZOHAR:  Thank you.
12    BY MS. VASQUEZ:
13        Q    And the one in Queens, what is that called
14    and where is it located?
15        A    Karzinka USA, Inc.
16        Q    Is it known by any other name?
17        A    No.  I think no.  People refer to it as the
18    Halal Meat store, but we call it only Karzinka.
19        Q    Okay.  And what's the address?
20        A    64 46 108th Street.  I don't know the ZIP
21    code.
22        Q    That's Forest Hills; correct?
23        A    Forest Hills 11375.
24        Q    Okay.  And as part of your duties as office
25    manager, did you ever have to go to any of the stores?
```

```
1                    H. AKRAM
2      A    I do.  I do go to the stores if any trouble
3  comes up.  If there's something I have to see for
4  myself.
5      Q    Other than if any trouble comes up or if
6  there's something you have to see for yourself, did
7  you go to the stores for any routine --
8      A    No.
9      Q    -- in any routine way.
10              MR. EVANS:  Let her finish the
11  question.
12              THE WITNESS:  No.  I don't.  I don't.
13  BY MS. VASQUEZ:
14      Q    Okay.  And when you say, "if there's any
15  trouble," what do you mean by that?
16      A    Sometimes what happens is, let's say the
17  tell me, "Oh, we got a violation for this thing," --
18      Q    Okay.
19      A    -- I go look at it, how it's going to be
20  fixed.  Let's say you get a violation for Stoop Line
21  Stand License, that it's bigger than the actual
22  license issued, then I go look at it, "Okay, we can
23  fix it, this and that.  Okay, let's do this."
24  Something like this.
25      Q    And what about when there's something that
```

```
                                                    Page 21

1                        H. AKRAM
2    you have to see for yourself, what kind of scenarios
3    are those?
4        A    I think that's -- that is what it is.  Like,
5    if some violation comes up, something I have to see
6    and I have to get it fixed, I have to tell somebody to
7    fix it, then I go and look at it myself.
8        Q    Other than a potential violations, are there
9    any other reasons why you would have to go to the
10   different stores?
11       A    I don't.  I try not to.
12       Q    Tell me what your duties are as the manager.
13       A    First thing, I help -- I take care of any
14   violation from the DCA, from the Health Department --
15   any Building Department violations, I look at them.
16   If they have to go to the lawyer, I send them to the
17   lawyers.  If something I can do it myself, small
18   violations, nothing serious, something that can be
19   fixed in one week, I take care of that.
20            Bigger violations usually come from the
21   Building Department; I give those to the lawyers.
22   Next thing I do is I see the payments, not the vendors
23   and the -- buying or selling stuff, the payments like
24   small payments.  Let's say, you can say violations or
25   the licensing or the -- yeah, stuff like that; simple
```

Page 22

1                      H. AKRAM
2   stuff.  And I also help them with property tax
3   payments and all the utility payments they also do go
4   through me.
5        Q    And did you say utility payments?
6        A    Yes.
7        Q    Okay.  Who do you report to?
8        A    I report to the owner.
9        Q    Who's the owner?
10        A    Odiljon Tursunov
11        Q    Can you spell that for me?
12             MR. ZOHAR:  Yeah.  You're going to have
13   to spell that --
14             THE WITNESS:  O-D-I-L-J-O-N, Tursunov,
15   T-U-R-S-U-N-O-V.
16   BY MS. VASQUEZ:
17        Q    When you report to the office on Brighton
18   Beach, is there anyone else there in the office with
19   when you're working?
20        A    Yes.
21        Q    Who's there?
22        A    We have a lot of -- we have a couple more
23   people.  So there's one person who also works almost
24   in the capacity as me, but he takes care of more
25   stuff.  So his name is Shokhruh.  I don't know the

```
1                           H. AKRAM
2    exact spelling of his name but let me just try;
3    S-H-O-K-H-R-U-H.
4         Q    Okay.  That's his first name?
5         A    Yes.  And his last name I don't know -- very
6    complicated, you can say "R."
7         Q    Okay.  Well, say it again just so that we
8    have it.
9         A    Shokhruh, "R."
10        Q    Okay.
11        A    His name is -- actually it's a long word,
12   but I don't remember it.
13        Q    Okay.  That's fine.  Thank you.
14        A    And I don't know how to pronounce it.  I can
15   ask him for you.
16        Q    That's fine.  Don't worry about it.  We'll
17   get it.
18        A    All right.
19        Q    Just, you know what, we'll ask the recorder
20   to leave a blank space in the transcript, and when you
21   receive a copy of the transcript for your review, you
22   can just put his name in.
23        A    Sure.  That's fine.
24        Q    And is Shokhruh also an office manager?  Is
25   that his title?
```

Page 24

1                        H. AKRAM

2       A    Yes.

3       Q    And are there any more office managers or

4   are you two the only ones?

5       A    So, the office work -- what's happening?

6       Q    Is that coming from you, or somebody else?

7                THE REPORTER:  It says, "Two, Carmen

8   Vasquez."

9                MS. VASQUEZ:  Oh, you know what.  Hold

10  on a second.

11               (Off the record.)

12               THE REPORTER:  Back on the record.

13               MS. VASQUEZ:  Okay.

14               MR. EVANS:  You'll have to read the

15  last question --

16               MS. VASQUEZ:  Sorry about that

17  Ms. Akram.

18               THE WITNESS:  That's okay, but I forgot

19  the question.

20               THE REPORTER:  You asked, "any other

21  office managers?"

22               THE WITNESS:  Yes.  So Shokhruh R. is

23  office manager.

24  BY MS. VASQUEZ:

25       Q    Other than the two of you, are there any

Page 25

1                          H. AKRAM

2      other office managers?

3          A    There are, but they usually take care of the

4      store floor, not in the office, office.  There are a

5      lot of managers because a lot of stores.

6          Q    Okay.  So is each store assigned an on-site

7      manager?

8          A    Yes.

9          Q    Okay.  Let me go back specifically to the

10     office that you report to.  Other than yourself and

11     Shokhruh, are there any other office managers there?

12         A    No.

13         Q    Okay.  You two are the only ones?

14         A    Yes.

15         Q    And are the four different stores owned by

16     Karzinka, are they assigned to either one of you to

17     oversee?

18         A    No.  Nothing like that.

19         Q    Okay.  How did you decide, or who decided

20     that you would be appearing for this deposition today?

21         A    Usually I take care of all the insurances

22     related problems.

23         Q    Other than the owner, are there any other

24     officers at Karzinka?

25         A    No.

```
                                            Page 26
 1                      H. AKRAM
 2        Q    Is there a VP --
 3        A    No.
 4        Q    -- is there a COO, or anything like that?
 5        A    No.  The owner is the President, CEO,
 6   everything.
 7        Q    Okay.  And does he come to the office?
 8        A    He does.
 9        Q    Did you have any conversations with him,
10   Mr. Tursunov, regarding your appearance for this
11   deposition?
12        A    Yes.
13        Q    He's aware that you're present for this?
14        A    Yes.
15        Q    Okay.  Did you need his permission to appear
16   on behalf of Karzinka today?
17        A    Yes.
18        Q    Okay.  And he gave it to you?
19        A    Yes.
20        Q    Okay.  How did you prepare for this
21   deposition?
22        A    My friend -- my lawyer Thomas helped me.
23        Q    Okay.  I don't want to hear about any
24   conversations that you had with Mr. Evans; okay?
25        A    Mm-hmm.
```

Page 27

1                    H. AKRAM

2      Q    Other than you having conversations with

3  your attorney, did you prepare for this deposition in

4  any other way?

5      A    Yes.

6      Q    Tell me.

7      A    I did go to the -- called, find out, asked

8  the manager -- current manager, and everybody I could

9  about the incident.  And did went to ahead looked at

10  all the documents that came to me.

11      Q    Let's talk about the documents.  What

12  documents did you look at?

13      A    Oh, from you guys.  The lawyers and

14  everything, and also my depositions that I already did

15  -- sorry, the interrogatories.

16      Q    Okay.  So I'm not -- just off the record for

17  a second.

18                   (Off the record.)

19  BY MS. VASQUEZ:

20      Q    Ms. Akram, Gil is going to scroll through

21  each of these pages, can you please --

22                   MR. EVANS:  Are we going to mark this

23  first?

24                   MS. VASQUEZ:  Oh, yes.  Actually we

25  should but let me have her identify it first.

Page 28

```
 1                      H. AKRAM
 2              MR. EVANS:  Okay.
 3    BY MS. VASQUEZ:
 4        Q    Gil is going to scroll through the pages of
 5    this document --
 6        A    Mm-hmm.
 7        Q    -- I want you to just please take a look and
 8    when your done looking, as he scrolls through --
 9                MS. VASQUEZ:  Gil, go ahead and scroll
10    through the pages.  Let me know when you're done,
11    okay.
12    BY MS. VASQUEZ:
13    Q    If you need him to stop for any reason, you can
14    go ahead and tell him to stop, okay?
15        A    Okay.
16        Q    Otherwise he'll just scroll through.  Okay.
17    Ms. Akram, can you identify what this document is?
18        A    Yes.  This is all the interrogatories, like
19    whatever we've been through -- all the questions,
20    whatever I answered, my responses and everything.
21        Q    Okay.  And that's your signature at the end
22    there?
23        A    Yes.
24        Q    Okay.
25                MS. VASQUEZ:  Let's mark this document
```

```
 1                        H. AKRAM
 2   as Exhibit A.  These are Karzinka's response to first
 3   set of interrogatories.
 4                  (Exhibit A was marked for
 5                  identification.)
 6      Q    MS. VASQUEZ:  Ms. Akram, did --
 7                  MR. ZOHAR:  And David -- I apologize,
 8   Carmen.  David, just so you know, I will have this
 9   e-mailed to you.  Maybe it will be just post
10   completion of this deposition; okay?
11                  MR. EVANS:  Just send the notary page
12   as opposed to the, you know, so it's properly
13   notarized.
14                  MR. ZOHAR:  Will do.  And the e-mail
15   obviously will be cc'd to all parties here.
16                  MR. EVANS:  Okay.  Great.
17                  MS. VASQUEZ:  Thank you very much.
18   BY MS. VASQUEZ:
19      Q    Ms. Akram, did you help prepare the
20   responses to this interrogatory?
21      A    Yes.
22      Q    Okay.  And you reviewed the answers in the
23   interrogatory before you signed --
24      A    Yes.
25      Q    -- the verification page?
```

```
 1                        H. AKRAM
 2       A     Yes.
 3       Q     Okay.  And you indicated this is one of the
 4  documents you reviewed in preparation for this
 5  deposition; correct?
 6       A     Yes.
 7       Q     Okay.  You also mentioned that you went to
 8  the store, is that the Queens Halal Meat Market that
 9  you went to?
10       A     Yes.
11       Q     Okay.  And what was the purpose of going to
12  the store?
13       A     Because I wanted to question the guys myself
14  to get some information.  But let me tell you
15  something, there is a language barrier.  So I had
16  somebody translate everything for me.
17       Q     Who did you have translate?
18       A     The manager.  He's actually a store manager,
19  but he -- I told him to talk to guys, let me know, and
20  so he did.
21       Q     Okay.  Let me go back for a minute.  When
22  did you go to the store?
23       A     Thursday, yesterday.
24       Q     Was that the first time you had been in that
25  store since the accident --
```

```
 1                        H. AKRAM
 2        A     Yes.
 3        Q     -- that we're here for today?
 4        A     Yes.
 5        Q     After the accident happened, you weren't
 6   there to speak to anybody for any reason until
 7   yesterday?
 8        A     No.
 9        Q     Okay.  Were you present when the store
10   manager was speaking to the employees?
11        A     No.
12        Q     And when you went there, who did you speak
13   with?
14        A     Like I said, I told the store manager to ask
15   the questions for me.
16        Q     So when you went to the store, who did you
17   speak with?
18        A     Shokhruh.  There -- there are two Shokhruh
19   R., and Shokhruh A.  The Shokhruh A. is the store
20   manager; you should write it down; this is two guys.
21   And Shokhruh R. is the office manager.
22        Q     So Shokhruh A. is the manager at the Queens
23   Halal Meat store?
24        A     No.  No.  No.
25        Q     Where does Shokhruh A. work?
```

```
                                            Page 32
 1                      H. AKRAM
 2       A    Brighton Beach location.
 3       Q    Okay.  He's a store manager at one of the
 4  Brighton Beach stores?
 5       A    Yes.  Yes.
 6       Q    And did you send him to the Queens Halal
 7  Meat store to speak to the employees?
 8       A    Yes, because like I said before, the
 9  language barrier.
10       Q    Okay.  So he was your translator; correct?
11       A    Yes.
12       Q    Okay.  When did he go to the store?
13       A    He goes actually every other day.  Sometimes
14  maybe twice a week.
15       Q    Why does he go there twice a week?
16       A    Because, like I said, we own four stores.
17  All of them have same operations.  And the managers,
18  the store managers, they do go to different locations
19  to assist other managers.  Sometimes if they want to
20  help each other, and maybe they're friends.
21       Q    They're friends?
22       A    Maybe.  I don't know.
23       Q    Okay.  Who was the -- withdrawn.  Was there
24  a store manager assigned to the Queens Halal Meat
25  store on the date of this accident?
```

```
                                              Page 33
 1                        H. AKRAM
 2        A     Yes.
 3        Q     And who was that person?
 4        A     I don't his -- I don't have his name.  I
 5   don't have -- because there were two guys, and one of
 6   them does not work anymore.  His name was B-A-K-H-T,
 7   Bakht.  And I don't know the other guy, his name.
 8   They're names are a little complicated.
 9        Q     Okay.
10        A     But I can find out for you later.
11        Q     Okay.  So let me just clarify this very
12   quickly.  You said there was a store manager assigned
13   the day of the incident, but you don't know who it was
14   specifically?
15        A     Yes.  Because every store does not have one
16   manager.  Because the stores are open all day long;
17   they close really late.  Maybe sometimes ten, maybe
18   sometimes eleven.  So we have two, three managers for
19   every store, you know, because they keep changing the
20   shifts.  And I don't know exactly who was there at
21   that time, but I can find out.
22        Q     Okay.  So tell me, did the subject Halal
23   Meat store have two managers or three managers
24   assigned to that store?
25        A     Two to three you can say.  Two to three.
```

Page 34

1                    H. AKRAM

2       Q    Okay.  Can you tell me the names of all of

3   the individuals who might have been or who were the

4   assigned managers regardless of what time they were

5   there?

6       A    So the first one I already gave you the

7   name, Bakht.  Second one I think it was Chingiz

8   C-H-I-N-I -- no, C-H-I-N-G-I-Z.

9       Q    Okay.

10      A    That's all I know for now.

11      Q    And was there another one that you believe

12  may have been assigned to the store at that time?

13      A    Maybe, maybe not.  I can find out for you if

14  you want.  Right now, I cannot.

15      Q    Okay.  So I'm going to leave a blank space

16  in the transcript for the name of any other employee

17  who may have been assigned a store manager on the date

18  of the incident; okay?

19      A    Sure.  No problem.

20               MR. EVANS:  Is Bakht still employed by

21  Karzinka or did he leave?

22               THE WITNESS:  Oh, he has left.

23               MR. EVANS:  Okay.  When did he leave?

24               THE WITNESS:  I don't know the exact

25  date, but he stopped working maybe three to four

```
 1                        H. AKRAM
 2  months ago.
 3  BY MS. VASQUEZ:
 4       Q    The person who we're talking about, Bakht,
 5  is his last name Kaderkajev [ph]?
 6       A    I don't know.  I'm sorry.
 7       Q    Okay.
 8       A    But like I said, do include it -- I can find
 9  out for you.
10       Q    Okay.  Yeah.  It's one of the questions in
11  the interrogatories and so --
12       A    Yeah.  I understand.
13       Q    I'm going to make a request that we be
14  provided with the names of all of the store managers
15  who were assigned to the loss location --
16       A    Mm-hmm.
17       Q    -- on or about the date of this accident.
18  Okay.  So Bakht -- what about Chingiz, is he still --
19       A    Yes.
20       Q    -- working for Karzinka?
21       A    Yes.
22       Q    And was Chingiz a store manager --
23       A    Yes.
24       Q    -- around that time?  Yes?
25       A    That -- yes.  Yes.  Because like I said, we
```

```
                                                Page 36
                            H. AKRAM
 1
 2   have more than one manager.  There was this -- this
 3   guy Bakht, this guy Chingiz is here now, there is this
 4   one guy -- one more guy.  I am trying to remember his
 5   name and I cannot find it even in my phone.
 6        Q    Okay.  And Chingiz --
 7        A    I don't want to -- I actually don't want to
 8   give you any wrong answers and then later come back to
 9   it and correct it.  Instead I just, you know, want to
10   check it with the --
11        Q    That's fine.  It's not a memory test for
12   you.  It's whatever --
13        A    Okay.
14        Q    -- you know now, okay?
15        A    Okay.  Okay.
16        Q    Whatever you know now.
17        A    Okay.
18        Q    What you don't know, we'll follow up in
19   writing.
20        A    There was this third guy, his name was
21   Laziz, L-A-Z-I-Z.  I just found that in my phone.
22        Q    Okay.  And do you know --
23        A    He was there.
24        Q    Okay.  That's my question.  Who was working
25   at the time the incident happened?
```

Page 37

1                          H. AKRAM

2        A     Laziz.  L-A-Z-I-Z.

3        Q     And is Laziz still working there now?

4        A     I'm not sure.  We -- we keep -- like

5   sometimes -- like let's say Laziz, we need his duties

6   more in the other store, we may send him to the other

7   store.

8        Q     Is Laziz still working for Karzinka?

9        A     I will have to find out.

10       Q     Okay.  At any of Karzinka's stores, right

11  now, is he still employed?

12       A     I don't know.

13       Q     Okay.  What about Bakht, is he employed in

14  any of Karzinka's stores right now?

15       A     No.  He left for good.

16       Q     Okay.  Immediately after this incident

17  occurred, did anyone from Karzinka, whether it was the

18  owner, or yourself or Shokhruh R., did anyone make an

19  attempt to speak to any of the employees at the

20  Karzinka store in Queens?

21       A     Yes.  Everybody was talking to each other

22  because --

23       Q     Do you know if there are any written

24  statements or any written reports regarding the

25  incident?

Page 38

1                          H. AKRAM

2        A     No.

3        Q     "No," you don't know or "no," there aren't?

4        A     I -- I know.  There aren't.  We were just --

5   everybody was verbally communicating with each other

6   orally.  We were just talking about it, what happened,

7   how it happened, this and that, how is the guy; stuff

8   like this.  Nobody was writing it down; making

9   statements.

10       Q     When you went to the Karzinka in Queens

11  yesterday, what time did you go?

12       A     Later in the evening.

13       Q     Approximately what time?

14       A     After -- no.  Maybe after two.  Yeah,

15  because I got home -- yeah, after two.

16       Q     And at the time, who did you speak with?

17       A     I only spoke with Shokhruh.  And he --

18       Q     Shokhruh A.; correct?

19       A     Yeah.  Shokhruh A.  I -- I don't -- I don't

20  have the -- I don't know the language.  They speak

21  Uzbek.

22       Q     Okay.

23       A     And some speak Persian.

24       Q     And Shokhruh A. was at the store the entire

25  day yesterday, or for a small period of time or

Page 39

1                              H. AKRAM

2      something else?

3           A     No.  Just for the specific time.  Yeah, for

4      the specific time.

5           Q     Okay.  And do you know when he was there?

6           A     He went after two.

7           Q     Was he there when you were there?

8           A     No.  I had left.  I needed what I got.  I

9      got -- I told him just to text me whatever it is in

10     writing, whatever they're saying.  And then I just

11     left.

12          Q     Okay.  So he gave you something in writing?

13          A     He texted me.

14          Q     He texted you, okay.  And what language did

15     he text you in?

16          A     English.

17          Q     Okay.  And I'm going to ask to please

18     preserve your texts from Shokhruh A.; okay?

19          A     Okay.

20          Q     Do you have the texts in front of you right

21     now?

22          A     Yes.

23          Q     Can you please read it into the record?

24          A     So I asked him -- I asked from the guys what

25     they say, who was hired first.  And what duty did they

Page 40

1                          H. AKRAM
2    do, when Isojon start using the machine, who took the
3    machine guard off, who saw him take off the guard, who
4    -- how he cut the guard off, when did they take it
5    off, how long before the accident; these are my
6    questions.
7        Q    Okay.  Can you read his response or
8    responses?
9        A    First, Isojon, father duty is night shift
10   cleaning.  Started using machine --
11       Q    Hold on just a second.  Let me ask you this
12   question, you said the first response he gave you was
13   Isojon; right?
14       A    Yes.
15       Q    Okay.
16       A    I'm reading it as it is.  Whatever he
17   wrote --
18                 MR. EVANS:  Please read it as it and
19   counsel can ask questions as to what it means after
20   you read it in.
21                 THE WITNESS:  Okay.
22                 MR. EVANS:  But let's just get it into
23   the record first; okay?
24                 MS. VASQUEZ:  Okay.  That's fine.
25   That's fine.

Page 41

```
 1                         H. AKRAM
 2               THE WITNESS:  "So first, Isojon.
 3    Father duty is night shift cleaning.  He started using
 4    machine about after three months.  Kozim took the
 5    guard off, Khusem saw him taking the guard; cut the
 6    guard with metal cutter.  He took it off on March
 7    maybe 16 -- 6 to 16, something like this."
 8               MS. VASQUEZ:  Reporter, can you please
 9    reread that.
10               THE REPORTER:  Yes.
11               (Off the record.)
12               (The reporter played the record as
13                requested.)
14    BY MS. VASQUEZ:
15         Q    The first response he gave in the text, it
16    said, "Isojon," --
17         A    Yes.
18         Q    -- what was that response to?
19         A    I asked him who was hired first, Isojon or
20    Mr. Kozim.
21         Q    Okay.  Kozim, can you spell that name
22    please?
23         A    I'm going to spell it as I know.
24         Q    Yeah.
25         A    K-O-Z-I-M.
```

```
                                                   Page 42

 1                         H. AKRAM

 2        Q     Okay.  And Kozim is who?

 3        A     He was father of the injured guy.

 4        Q     Mr. Isojon Khusenov's father?

 5        A     Kozim is Isojon's father.

 6        Q     Correct.  Okay.  And who took the guard off?

 7        A     Kozim.

 8        Q     The plaintiff's father?

 9        A     Yes.

10        Q     Correct?  Okay.  And who saw him take the

11  guard off?

12        A     A couple of guys saw him doing it, but they

13  gave me a name of one of the employees, Khusem.

14  K-H --

15        Q     Okay.  Spell that one.

16        A     K-H-U-S-E-M.

17        Q     And who is he?  What does he do?

18        A     He was also a butcher.

19              MR. EVANS:  Off the record a minute.

20              (Off the record.)

21  BY MS. VASQUEZ:

22        Q     So Khusem, when was Kozim, plaintiff's

23  father, when was he hired?

24        A     Hold on.  So according to the payroll date.

25  So the payroll dates I have is April 8, 2020.
```

Page 43

1                          H. AKRAM

2          Q     And that's the day that plaintiff's father

3     Kozim was hired?

4          A     Yes.

5          Q     And what's the date that plaintiff, Isojon,

6     was hired?

7          A     That's what I was going to say.  The same

8     date I have for both of them, April 8, 2020, but the

9     first response from the text messages is one I asked

10    the butchers so that I can get some idea from the

11    fellow guys who were there at the location.  But what

12    I have in the -- according to the clock-ins,

13    clock-outs, and the dates of the hiring according to

14    the paperwork is this: four, eight, 2020.

15         Q     Okay.  I'm going to ask for copies of the

16    payroll documents that you're referring to that

17    indicate to you the dates of hire for the plaintiff

18    and for his father, Kozim; okay?

19               MS. VASQUEZ:  And I'll all my demands

20    in writing, Tom.

21               MR. EVANS:  Okay.  Carmen, can you just

22    narrow that down, because if you ask -- I think if you

23    ask her questions as to what those records consist of,

24    it might be easier because there are no other sort of

25    records other than clock-in and clock-out and I think

Page 44

1                           H. AKRAM
2      it has something to do with getting paid in cash
3      versus getting paid in check, correct Hira?
4                   THE WITNESS:  Yes.
5                   MR. EVANS:  Okay.  So you might want to
6      explore on that a little bit.
7      BY MS. VASQUEZ:
8          Q    What documents are you referring to when you
9      were answering the question of when they were hired
10     here?
11         A    Let's say somebody has a proper Social
12     Security number and work permits, we do give them
13     checks and pay stubs.  But if somebody does not have
14     documentation like this, they prefer to be paid in
15     cash, and the only proof for those people we have is
16     the clock-in and clock-out, and that's how we -- or if
17     the insurance problems come up, they check their rates
18     and they check their salary -- time; how much they
19     work for us.
20         Q    The clock-in and clock-out documents, or
21     records, what do those look like?  Are they actual
22     records you can print out or something else?
23         A    Yes.  We can print them out.  It has their
24     name, the time they logged into the work, the time
25     they log out.

Page 45

1                          H. AKRAM
2          Q    Okay.  And are you looking at the first time
3     that they ever clocked in to verify when they were
4     hired?
5          A    I think the one I have from the payroll guy
6     is this one.  The April 8 is this one.
7          Q    And that's the first time they clocked in?
8          A    Yes.  But again, I will also confirm that
9     for you because I did not go in such specifics.
10    If -- I will find out.
11         Q    Okay.  So I'll put the demand in writing,
12    but I would like copies of the clock-in, clock-out
13    documents that you're referring to, Ms. Akram.
14         A    Okay.  Yeah.  Yeah.  Let's do that
15    because -- so maybe I do miss something in writing.
16    So just put whatever you need.
17         Q    I will.  When the plaintiff was hired, did
18    he fill out any type of application or documentation?
19         A    No.  Not that I'm aware of.  No.
20         Q    What about Kozim, his father, did he fill
21    out any type of application or documentation?
22         A    No.  I don't think so.
23         Q    Other than the clock-in and clock-out
24    documents, do you have any other records relating to
25    plaintiff's employment with Karzinka?

Page 46

1                         H. AKRAM

2        A    No.  Just the word of mouth.  Anybody can

3    say that he worked here.

4        Q    What was his salary when he was hired in

5    April of 2020?

6        A    I'm not sure.  I don't remember.

7        Q    Are there any documents that will indicate

8    what his salary was?

9        A    Yes.  There should be logs.

10        Q    And what are those documents?

11        A    Same thing.  The clock-in, clock-out,

12    the -- and then I can let you know one more thing that

13    the insurance company also took the documents from me

14    about his -- our salary and how -- whatever he was

15    making.

16        Q    And what documents did they -- did you give

17    them documents?

18        A    Yes.  The clock-ins and clock-outs.

19             MR. EVANS:  Workers' comp, Carmen, I

20    would suspect.

21             THE WITNESS:  Yeah.  AmTrust.

22    BY MS. VASQUEZ:

23        Q    And did you keep copies of the documents

24    that you gave the insurance company?

25        A    Yes.  I have them.

Page 47

1                              H. AKRAM
2        Q     Okay.  So I'm going to ask for copies of
3    those documents as well.
4        A     Sure.
5        Q     Assuming they are different from the
6    clock-in, clock-out.
7        A     No.  It's exactly the same thing.
8        Q     Okay.  I'll place all demands in writing.
9    Do you know who on behalf of Karzinka purchased the
10   subject meat grinder that was involved in this
11   accident?
12       A     I don't know.  Somebody from the managers,
13   but I don't know the exact name.
14       Q     How are that kind of purchase paid for?  Is
15   that paid for through the store, through the main
16   office in Brighton Avenue or something else?
17       A     It should be paid from the stores bank
18   account.
19       Q     Who pays it?
20       A     Like I said, the store managers, whoever
21   purchased it for.  I don't do the purchases like these
22   because I'm not familiar with these things.
23       Q     And the decision to purchase a certain kind
24   of meat grinder, that is also the store managers
25   responsibility?

Page 48

1                          H. AKRAM

2        A     Yes.  Yes.

3        Q     And do you know what determinations, or what

4    goes into making that kind of purchase?

5        A     I don't know.  Maybe they just know that

6    this machine should work for this thing, or maybe the

7    butchers if they need something they tell them, "Like

8    this type of machine."

9        Q     Where are -- do you know where that machine,

10   the subject meat grinder, do you know where it was

11   delivered to?

12       A     Obviously to Karzinka, yes.

13       Q     To the --

14             MR. EVANS:  Which location though,

15   Hira, would it be the main office?

16             THE WITNESS:  Forest Hills.

17   BY MS. VASQUEZ:

18       Q     Hold on just one second.  The address 418

19   6th Avenue, New York, New York; what address is that?

20       A     Sorry?  Excuse me.

21       Q     The address 418 6th Avenue, New York, New

22   York, is that an address for Karzinka?

23       A     6th Avenue?

24       Q     Yes.

25             MR. EVANS:  Is that Brooklyn or New

                                                    Page 49

1                         H. AKRAM
2    York?
3                    MS. VASQUEZ:  New York, New York.
4                    THE WITNESS:  I don't know.  That's
5    weird.
6                    MS. VASQUEZ:  Gil, could you do me a
7    favor, if you're about to -- or Tom or whoever, if
8    you're about to look at the Rule 26 Disclosures that I
9    sent, there is an invoice.
10                   MR. EVANS:  You're looking for that
11   invoice right?
12                   MS. VASQUEZ:  Yeah.
13                   MR. EVANS:  Okay.  Do you remember what
14   exhibit that was?
15                   MS. VASQUEZ:  Yes.  I'll tell you in
16   one second.  Exhibit E.
17                   MR. EVANS:  Got it.  Okay, Dave, you're
18   going to have to let me share screen.  Good.
19                   THE REPORTER:  You're good to go.
20                   MR. EVANS:  There we go.  Everybody
21   see?
22                   THE WITNESS:  Yes.
23                   MS. VASQUEZ:  Yes.
24                   MR. EVANS:  My mistake.  I'm trying to
25   zoom in a little bit.  There we go.

```
                                             Page 50

 1                        H. AKRAM
 2    BY MS. VASQUEZ:
 3         Q    Yeah.  Are you able to see the dates and
 4    everything else on that Hira?
 5         A    Yes.  Yes.
 6         Q    Okay.  So let's mark this as Exhibit B.
 7    This is the S&V Restaurant Equipment invoice dated
 8    January 7, 2020.  Is that correct?  I can't see it on
 9    my phone.  I'm sorry.  Okay.  Perfect.
10                   (Exhibit B was marked for
11                   identification.)
12                   MR. EVANS:  Invoice date is January 7,
13    2020.
14                   MS. VASQUEZ:  Okay.  Perfect.
15    BY MS. VASQUEZ:
16         Q    Hira, can you --
17         A    Yeah, I see that, but I would request to
18    leave this as a question for me.  I do have a little
19    bit idea, but I don't -- I'm not sure.  I can find
20    out.
21         Q    Do you know if -- it's only what you know
22    right now, Hira.  Okay?  If you don't know, that's
23    perfectly fine.  You're able to say, "I don't know,"
24    or --
25         A    Okay.
```

```
                                                 Page 51

                              H. AKRAM
 1
 2        Q     -- "I don't recollect," in your responses.

 3        A     Okay.

 4        Q     Okay.  I don't expect that you know

 5    everything I'm going to ask you today.  Specifically

 6    with that 6th Avenue, New York, New York address, do

 7    you know if that's the owners home address?

 8        A     No.

 9        Q     Okay.  Do you know, as you sit here now,

10    whether or not there are any -- there's any equipment

11    for any of the stores shipped to that address?

12        A     I don't know.

13        Q     Okay.  The address for the Halal Meat store

14    where this incident happened, is that the 64-46A 108th

15    Street?

16        A     Yes.

17        Q     Okay.  Is it your understanding that the

18    meat grinder would have been shipped directly to the

19    store?

20        A     Yes.  That's what usually happens.

21        Q     Okay.  That's my question, then.  In terms

22    of -- is that the standard procedure when a specific

23    store orders equipment, does it get delivered directly

24    to them?

25        A     Yes.
```

Page 52

1                        H. AKRAM

2        Q    Okay.  And do you know who at the Halal Meat

3   store in Queens would have received such a shipment?

4        A    The store manager, and then he would let the

5   specific department know, and they can just set it up

6   for themselves.

7        Q    And I'm sorry, can you repeat the last part

8   of that?  He would let who know?

9        A    So, the specific department; whoever the

10   product is for.  And if they can, they can set it up.

11        Q    So assuming the meat grinder is for the meat

12   department; correct?

13        A    Mm-hmm.

14        Q    Is that who would have received the meat

15   grinder?

16        A    Yes.

17        Q    Okay.

18        A    But in supervision of store manager, because

19   when deliveries like these come -- let's say a big

20   truck coming for a big delivery, obviously he has to

21   be there, no?

22        Q    Okay.  Does he sign off on an invoice or

23   some kind of acceptance that he received the product?

24        A    If the courier service requires it, yes.

25        Q    Do you know if for this particular product

```
                                              Page 53
 1                        H. AKRAM
 2    that was received from S&V Restaurant in January of
 3    2020, if a sign off was required by Karzinka's store
 4    manager?
 5         A    I'm not aware of -- I don't know.
 6         Q    Okay.
 7                   MR. EVANS:  Are you done with this,
 8    Carmen?
 9                   MS. VASQUEZ:  Yeah, I am done actually.
10    Actually, one more question regarding this.
11                   MR. EVANS:  Okay.  Go ahead.
12    BY MS. VASQUEZ:
13         Q    Hira, do you know if this invoice is the
14    specific invoice that relates to the meat grinder that
15    was involved in this accident?
16         A    As per looking at it, I think so, but I'm
17    not sure.
18         Q    Okay.  What about it suggests to you that
19    this is the one?
20         A    KG-32 meat grinder 3H.P. -- the description.
21         Q    What about the date?
22         A    I'm not sure.
23         Q    Okay.
24         A    Because we don't have a copy of the invoice.
25         Q    How does Karzinka pay for these meat
```

Page 54

1                       H. AKRAM

2    grinders?  Is it by credit card, is it in cash, or

3    something else?  How are they paid for?

4        A    Sometimes with the card, sometimes if they

5    accept the bank checks we do give that --

6        Q    And do you know in this instance how the

7    subject meat grinder was paid for?  Was it paid for by

8    credit card or a bank check or something else?

9        A    I'm not sure.

10       Q    Can you find out?

11       A    Yes.  I can try to find out.

12       Q    Where would you be able to look to find out?

13       A    I would have to ask whoever made -- makes

14   the purchases and --

15       Q    And how would you find out who made the

16   purchase?

17       A    Obviously I'll have to consult with my other

18   manage Shokhruh, and maybe he can give me an idea.

19   And same thing, I would have to ask around who did it.

20   But I do have an idea that maybe some -- one of the

21   store managers, he did it.  He purchased it, because

22   whatever -- whenever something is required, the store

23   managers are told and then they -- sometimes they do

24   let the other store manager there and they decide

25   which machine they want, or like I said, the

1                         H. AKRAM

2    department do tells them, "Look, this is the type of

3    machine, or this kind of equipment is needed for this

4    thing."  Whatever best price and quality we find we do

5    order it according to our spending power.

6         Q    So would the store manager be the person who

7    is in the best position to know who placed this order?

8         A    Yes.

9         Q    And would the store manager also be in the

10   best position to know who received the order when it

11   arrived at the Halal Meat store in Queens?

12        A    Yeah.  I can find out for you.  Do let me

13   know.  Do put that in the list.

14        Q    Would the store manager be the person to

15   have that information?

16        A    He should.  Yes.

17        Q    Other than the store manager, is there

18   anyone else at the store who would have the

19   information regarding who received this equipment,

20   this meat grinder, when it arrived?

21         A    The eyewitnesses?  Like the people working

22   at the store at that time, the employees maybe.

23        Q    Before this incident happened, did you ever

24   go to that Halal Meat store in Queens?

25        A    No.

```
                                                  Page 56
                            H. AKRAM
 1
 2         Q     What about Shokhruh R., had he ever been to
 3    that Halal Meat store in Queens?
 4         A     Yes.  They do go to the stores.
 5         Q     When you say, "they do go to the stores,"
 6    what do you mean by that?
 7         A     The manager -- the managers.  Like the store
 8    managers.
 9         Q     Is Shokhruh R., a store manager or an office
10    manager or something else?
11         A     He's an office manager, Shokhruh A. is the
12    store manager.
13         Q     Okay.  So what about Shokhruh A., had he
14    been to that store before this incident?
15         A     Yes.
16         Q     In what capacity or for what purpose if you
17    know?
18         A     Are we talking the manager -- the store
19    manager, or the office manager?
20         Q     Shokhruh R.
21         A     He is the office manager.
22         Q     Yeah, so my question is, before this
23    incident happened did Shokhruh R. ever go to that
24    store?
25         A     Yes, he did.
```

1                    H. AKRAM

2        Q    Do you know why?

3        A    I'm not sure for what reasons, but he does

4    do -- he do visit the stores.

5        Q    Does he visit the stores with some

6    regularity, like once a week, once a month, or

7    something else like that?

8        A    No.

9        Q    What about the owner, Mr. Tursunov, does he

10   visit the stores?

11       A    Yes.

12       Q    Okay.  Do you know how often he visits the

13   stores?

14       A    No.  I'm sorry.

15       Q    How many employees were working at the

16   Queens Halal Meat stores in May of 2021?

17       A    Seven to ten.

18               MR. EVANS:  Are we done with this share

19   screen?

20               MS. VASQUEZ:  Yes.  Thank you.  Thank

21   you Tom.

22   BY MS. VASQUEZ:

23       Q    And what categories or types of employees

24   were they?  I know there was a store manager, there

25   were two potentially, maybe three store managers;

1                         H. AKRAM

2    correct?

3         A    Yes.

4         Q    Okay.  What other kinds of employees were

5    there?

6         A    Cashiers, produce department, butchers,

7    cleaning, driver.

8         Q    How many cashiers were employed at the Halal

9    Meat store in Queens in May of 2021?

10        A    I don't have exact numbers of like --

11        Q    Your best recollection.

12        A    Yes.  So maybe three to four.

13        Q    And what about in the produce department,

14   how many employees were in that department at the time

15   in May --

16        A    Maybe --

17        Q    -- I'm sorry.  In May of 2021.

18        A    Four to five.

19             MR. EVANS:  Is this including all of

20   the shifts, Hira?

21             THE WITNESS:  Yes.

22             MR. EVANS:  -- specific time.

23             THE WITNESS:  Yes.

24             MR. EVANS:  This is including all of

25   the shifts?

```
                                               Page 59

 1                          H. AKRAM
 2                  THE WITNESS:  Yes.
 3                  MR. EVANS:  Yeah, because the numbers
 4    of seven to ten that you just gave are for a shift;
 5    correct?
 6                  THE WITNESS:  Yes.
 7                  MR. EVANS:  All right.
 8                  THE WITNESS:  Seven to ten I gave you
 9    according to my knowledge.  Like right now, as for --
10    as per my knowledge, but Karzinka is a very small
11    store.  It's not like a super supermarket.  It's a
12    small store.  We're specifically talking about the
13    Forest Hill location; right?
14                  MR. EVANS:  Correct.
15                  THE WITNESS:  Yes.
16                  MS. VASQUEZ:  Correct.
17                  THE WITNESS:  So, yes.
18    BY MS. VASQUEZ:
19        Q    I noticed that you called the Forest Hill
20    store Karzinka.
21        A    Yes.
22        Q    And the other stores have different names?
23        A    Yes.  All stores have different names.
24        Q    Is there a reason for the one in Queens
25    being referred to as Karzinka?
```

1                    H. AKRAM
2       A    It's the name of the store.  That's how it
3   was named.
4       Q    What about Samarkand, is that a name that
5   was attached to that store?
6       A    It's a d/b/a.
7       Q    Okay.  But you referred to this particular
8   store as Karzinka; correct?
9       A    Yes.  That's what we call it, yes.
10      Q    Okay.  All right.
11              MR. EVANS:  I'm sorry.  I cut you off,
12  Carmen.  I think we were on produce department
13  employees.  I think she said, what, three to four?
14              MS. VASQUEZ:  Four to five.
15              MR. EVANS:  Four to five, okay.
16  Continue on that so we get the rest of the employees.
17  BY MS. VASQUEZ:
18      Q    What about butchers?
19      A    In one shift, maybe two, three.  They do
20  also have helpers, which I forgot to include.  So if
21  we do include helpers that makes a lot.  Maybe 12
22  employees at one time, maybe.  Yeah.  So they do have
23  butchers.  Maybe three butches, and then the do have
24  like helpers, two maybe.
25      Q    Two helpers?

Page 61

1                          H. AKRAM

2        A     Yes.  Sometimes two, sometimes three,

3   depending on the time of the day.

4        Q     And this, again, is per shift; correct?

5        A     Yes.

6        Q     Okay.  And then you said there was cleaning,

7   somebody who did the cleaning.

8        A     Maybe two people for cleaning, yes.

9        Q     And then you said there was also a driver.

10       A     There are drivers, yes.

11       Q     Okay.  How many?

12       A     Two, three.

13       Q     And the drivers are working at this

14   particular store, Karzinka market in Queens?

15       A     They pick up the produce from the market,

16   bring it to the store.  Not working in the store.

17       Q     Okay.  And when you said they pick up the

18   produce from the market, what market do they pick up

19   the produce from?

20       A     The fruit, veggie markets.  I don't know

21   where they are though.

22       Q     So do these drivers pick up produce and then

23   deliver it to each of the stores, or just the Karzinka

24   Queens market?

25       A     Karzinka.

1                         H. AKRAM

2        Q    Okay.

3        A    And sometimes, sometimes they do bring it to

4   the other stores too.

5        Q    Do the other stores also have drivers?

6        A    Yes.

7        Q    Okay.  When plaintiff was hired, was he

8   hired as a butcher, a butcher helper, or something

9   else?

10       A    He was hired as a butcher.  According to

11  him, he had previous experience too.

12       Q    Who did he tell that to?

13       A    The manager who hired him at the store.

14       Q    And who was that person?

15       A    Bakht.

16       Q    Bakht who is no longer working at the store;

17  correct?

18       A    Yeah.  He is no longer working.

19       Q    And who told you this information?

20       A    Like I said, I asked around; the guys.

21       Q    When you say, "I asked around; the guys,"

22  are you talking about the same -- are you talking

23  about when you got the information from the translator

24  Shokhruh A. or something else?

25       A    No.  The one -- the information they got him

Page 63

1                         H. AKRAM

2     yesterday was only the one that I sent you through the

3     texts -- I have in the text message.  This information

4     that he was hired with experience and this and that, I

5     know it because I also talked to Bakht when he was

6     here.  Because he recently left like maybe three

7     months ago.  He did also tell me some information.

8          Q    Okay.  What other information did he give

9     you?

10         A    I -- I think that's it.  That he did have

11    experience, we hired him, we hired his father, and

12    most -- I -- I don't know like -- I should --

13    information.  Most of the time we would just talk

14    about the accident, like how it happened with the guy.

15         Q    Okay.  Did Bakht witness the accident?

16         A    I think, yes.  Yes, he did.

17         Q    And what did he tell you happened?

18         A    He told me like that the -- his arm got

19    stuck -- sleeve.  But in the video I see the sleeve

20    was up.  I'm not sure, but that's what I know.  That's

21    what everybody says, that the guy was trying to do

22    something with the machine.  He wasn't thinking or it

23    was meant to happen, his arm got stuck, and then they

24    called the 911 and they came, they took him, cut the

25    machine, they took the machines upper parts because

1                          H. AKRAM

2    they had to cut it open for his hand to come out.

3          Q    Do you know what happened to the parts of

4    the machine that were cut by the ambulance?

5          A    I don't have the top.  Thomas knows.  They

6    do have the bottom of the machine only.

7          Q    The top, are you referring to the tray?

8          A    Yes.

9          Q    What about any other parts of the machine

10   that were cut?  Does Karzinka have any of them?

11         A    No.  Right now, we don't have anything.

12         Q    Do you know what happened to any of those

13   parts that were involved in the accident?

14         A    No.  We -- whatever was left with us, we

15   kept it until the evidence -- Thomas arranged

16   somebody.  I don't know.  The evidence people, they

17   took it.

18         Q    Do you know what happened to the tray?

19         A    I don't know.

20         Q    Do you know if it was thrown out?

21         A    I don't know.  But as per my instructions,

22   when the accident happened, I told them like what --

23   because also for the insurance and everything.  "Keep

24   everything at the store.  Nobody touches anything,

25   nobody do anything.  Keep at the store."  The first

1                          H. AKRAM
2    videos I have, even the insurance guy who went there,
3    he took the pictures.  I think his name was Christian
4    something.  So even he took the pictures of the same
5    thing that you guys have now.  So I think the machine
6    tray, machine top part; they took it.
7         Q    Who's "they"?
8         A    The FDNY, or maybe 911.
9         Q    Who did you tell to keep everything?  When
10   you say I told them, who's --
11        A    I told Bakht; I told Laziz, because
12   insurance called me, AmTrust, they wanted to come take
13   pictures.
14        Q    And do you know how many pictures, the
15   insurance?
16        A    No.  No.
17        Q    Do you know how many times they came to take
18   photos?
19        A    Twice.
20        Q    Okay.  And you said the person was named
21   Christian?
22        A    Yes.
23        Q    Okay.  And have you seen any reports or any
24   type of documents from Christian regarding his
25   inspection and photographing of the machine?

                        H. AKRAM

1
2       A    Not after the inspection or anything.  He

3  did call me before coming.  He wanted to schedule the

4  time for something.

5       Q    Did Christian speak to any of the Karzinka

6  employees?

7       A    Maybe when he did the -- when he went to the

8  location.

9       Q    Have you seen any statements or documents

10  regarding any conversations recorded with the

11  employees?

12      A    No.

13           MR. EVANS:  How is everybody doing?

14  Anybody need a break?

15           THE WITNESS:  I just want to know how

16  longer it's going to be.

17           MR. EVANS:  Oh, we got some more time

18  left, Hira.

19           MR. ZOHAR:  It's going to be a while.

20  So let's just, you know, we're just under an hour and

21  a half.  Do you want to just set a time of where we'll

22  take a break, and you determine whatever is agreeable

23  to everybody?

24           MR. EVANS:  Well, we're getting up to

25  lunch time.  If one o'clock would be a good time to

```
 1                      H. AKRAM
 2   break and then come back maybe at 1:30; is that good?
 3                 MR. ZOHAR:  You know, I always kind of
 4   prefer leaving it with the person asking the
 5   questions, because they kind of have a sense of where
 6   they may want to break off.  So Carmen, it's really in
 7   your hands.
 8                 MS. VASQUEZ:  That's fine with me.
 9   That's fine with me.  If that's fine with Hira, I
10   mean, you know, if she needs a break for whatever
11   reason, you can always do that anyway.  But if one
12   o'clock works for you, that's fine.
13                 THE WITNESS:  Okay.
14                 MR. EVANS:  You okay, Hira?
15                 THE WITNESS:  Okay.  Maybe 1:30?
16                 MR. EVANS:  You want to go to 1:30?
17                 THE WITNESS:  Yeah.
18                 MS. VASQUEZ:  That's fine.
19                 MR. EVANS:  Okay.  Fine.
20                 MR. ZOHAR:  It's not a problem with
21   1:30, but Hira I still have questions too.
22                 THE WITNESS:  Yeah, I understand.
23                 MR. ZOHAR:  So it's not as if we're
24   going to take a break at 1:30 and we'll be done.
25   We're going to come back and have additional questions
```

```
1                        H. AKRAM
2    after the break.
3                   THE WITNESS:  Okay.
4                   MR. ZOHAR:  That's why I was wondering
5    why you were extending another half hour -- that's
6    fine if you want 1:30.
7                   THE WITNESS:  Okay.  1:30 is okay.
8                   THE REPORTER:  I'm going to need a
9    five-minute break.  I just need to get a glass of
10   water and then I'll come back.
11                  (Off the record.)
12   BY MS. VASQUEZ:
13       Q    -- plaintiff's father was hired, what job
14   title was he hired for?
15       A    I'm not sure but I think he was hired as a
16   butcher helper or the cleaning guy.
17       Q    Is there any way to confirm that?
18       A    Confirm this?  Yes.  That can be confirmed.
19       Q    And how do you go about confirming that?
20       A    I'm going to have to ask the payroll guy and
21   the store guy -- store managers.
22       Q    Are there any documents that contain his job
23   title?
24       A    Usually what happens when somebody is hired,
25   we do make an employment agreement, and we do include
```

```
 1                         H. AKRAM
 2    everything in that, but both -- but he -- they didn't
 3    have documents, proper documents.  So I don't think
 4    there was any employment document made.
 5         Q    Have you looked for an employment agreement
 6    between Karzinka and the plaintiff?
 7         A    I did.  I couldn't find any.
 8         Q    Okay.  And have you looked for an employment
 9    between Karzinka and plaintiff's father?
10         A    I did.  I couldn't find.
11         Q    Okay.  So I'll just a demand for it anyway,
12    to the extent that it exists somewhere, if you could
13    provide that.
14         A    Yeah.  Yeah.
15         Q    And I'll send all demands in writing.
16              MR. EVANS:  Just put it all in writing
17    and I'll send that on to you, Hira, as one document.
18              THE WITNESS:  Yes.
19         Q    Did Karzinka US Inc., hire any other members
20    of plaintiff, Isojon Khusenov's family?
21         A    No.
22         Q    Just the father?
23         A    Yes.
24         Q    I believe there was testimony from
25    Mr. Isojon Khusenov, that his brother was also hired
```

Page 70

1                          H. AKRAM

2      as a cashier.

3          A     I don't know about that.

4          Q     Okay.  You're not aware of it?

5          A     No.

6          Q     Okay.  What are the butcher's duties?

7          A     Okay.  So they do get thick parts of meat.

8      If somebody comes, tells them, "We need this

9      particular meat piece.  Can you cut it into this

10     pieces?"  Or maybe sometimes people just tell them or

11     "We want this."  They just weigh the thing and pack

12     it, give it to them, or they have to use the machine,

13     the saw, the meat grinders, and a lot of knives to cut

14     the meat according the customers requirement, pack it,

15     give it to them.  They also store the meat in the

16     fridges, bring it out from the trucks, delivery

17     trucks.

18         Q     Anything else?

19         A     No.

20         Q     Who cleans the machines that you just

21     described?  You have the saws, the meat grinders, the

22     knives, whose responsibility is it to clean those

23     items?

24         A     So the butchers all day throughout.  They do

25     clean it a little bit whenever they need to use it.

1                         H. AKRAM

2     Not proper, proper cleaning, but every night there's a

3     proper cleaning by the cleaning people.

4          Q    As you sit here now, do you know the name of

5     the cleaning personnel that was responsible for

6     cleaning the subject meat grinder that was involved in

7     the accident?

8          A    At that time?

9          Q    On and before the accident.

10         A    I know during the accident, the days when

11    these things happened, Mr. Kozim was cleaning guy.  He

12    was doing the cleanings.  I don't know who is right

13    now.  I can find out.

14         Q    And do you know what was involved in

15    cleaning the subject meat grinder?  Do you know if it

16    was taken apart when it was cleaned or anything else?

17         A    I don't know.

18         Q    Do you know how it was cleaned?  Like what

19    was used to clean it?

20         A    Obviously they used some kind of

21    disinfectant cleaning sprays, clothes, but I don't

22    know the specifics.

23         Q    Do you know for a fact whether or not the

24    meat grinder was taken apart, disassembled in order to

25    clean it?

Page 72

1                              H. AKRAM

2          A     If it does disassembly, and assembly is

3    easy, they do try to do that because we do get tickets

4    if the machines are dirty, and there is -- how do I

5    say, dry and residue meat.  The DCA and the Health

6    Department gives us tickets.  So we try to, you know,

7    keep everything clean, and try to disassemble as much

8    as we can all the parts of whatever machine does come

9    off.

10         Q     And do you know who puts the machines back

11   together, assuming they are disassembled when they're

12   cleaned, who puts it back together?

13         A     Whoever disassembles it, he has to put it

14   back.  So sometimes is the butcher, sometimes it's the

15   cleaning guy.  But the cleaning guy does know --

16   should know, like how to put it back.

17         Q     And at this time, you don't know -- other

18   than maybe Kazim, do you know anyone else who may have

19   had he responsibility to do the cleaning of the

20   subject meat grinder?

21         A     No.  I don't know.  I will find out though

22   if you want.

23         Q     Yes.  We will want to know that information.

24   Did you say that Kazim was still employed with

25   Karzinka?

Page 73

1                          H. AKRAM

2       A    As of now?

3       Q    Yes.

4       A    I'm not sure.

5       Q    Okay.  Did plaintiff undergo any training

6  when he was hired?

7       A    Let's say we hire a butcher; he doesn't have

8  any experience.  We keep him, maybe give him, "Okay,

9  just do the chicken pieces.  Put it in a bag, get it

10  weighed, give it to the client."  If they do have some

11  experience, we let them do the other stuff too;

12  cutting, using the machines.  As per my knowledge, the

13  guy, he did have experience, little bit, but I don't

14  know for how long had he been working in the same

15  field before.

16       Q    So in his situation, with your understanding

17  that he did have some prior experience --

18       A    Yes.

19       Q    -- even if it was a little bit, do you know

20  what his training was or was there any training by

21  Karzinka when he was hired?

22       A    Yes.  So I know the training is usually, we

23  tell the guys how to use the machines, and we don't

24  let them use the machines on the very first day we

25  hire them.  They look, they learn, they know the

Page 74

                              H. AKRAM
1
2      basics, they know how to use them.  And then later,
3      four, five, six months, usually six months for the new
4      guys, we let them use the machines.
5          Q    I believe the text that you received from
6      Shokhruh A. indicated that plaintiff had used the
7      machine about three months after hire; is that
8      correct?
9          A    Yes.  That's what he told me.
10         Q    Okay.  So when you say "We tell them how to
11     use the machines" --
12         A    Yes.
13         Q    -- who is "we"?
14         A    The butchers, the head butchers.  The ones
15     that are already working for us for longer times.  The
16     experienced butchers.
17         Q    So the head butchers train the newly hired
18     butchers; is that correct?
19         A    Yes.
20         Q    Okay.  And who were the head butchers that
21     gave training to plaintiff?
22         A    I don't know the exact names, sorry.
23         Q    And do you know what training, specifically,
24     what training was involved?
25         A    For Isojon?

1                    H. AKRAM

2      Q     Yes.

3      A     Same thing.  How to use the machines, how to

4   cut the meat according to the customer requirements,

5   how to clean it off.

6      Q     And when you say, "how to use the machine,"

7   do you know how that's done?  Was the machine used in

8   front of the plaintiff so that he could see how it was

9   used --

10     A     Yes.

11     Q     -- or was it something else; do you know?

12     A     Yes.  They're shown like how to turn it on,

13  how to put the meat in, how to use the plungers.

14     Q     What are the plungers?

15     A     It's a stick like device used to put the

16  meat in the hole of the machine to -- for the

17  grinding.

18     Q     Have you ever been present when a new

19  butcher is hired during the training process when a

20  new butcher is hired?

21     A     No.

22     Q     How do you know --

23     A     I don't -- I don't see the operations.

24     Q     How do you know -- I'm sorry, go ahead.

25     A     I don't see the operations.  Like whatever

1                       H. AKRAM

2    the butchers are doing.  I just -- I see them, that's

3    it.  But I'm not involved in any of that stuff.

4         Q    How do you know what the training process

5    involves?

6         A    I ask the butchers, "How do you," okay,

7    let's say this new guys hired, "How are you going to

8    take care of him?  How are you going to teach him?"

9    Before the deposition I did interview a lot.

10        Q    You interviewed the butchers?

11        A    Yes, I did.  Not at the Karzinka because I,

12   like I -- I did ask people at Tashkent store, the

13   butchers.  And like I told you before too, that we do

14   shuffle the guys around if we need some butcher in the

15   Tashkent, we don't have enough guys there, we may call

16   somebody from Karzinka, and the operations are usually

17   same at all the stores because all the guys are almost

18   same.

19        Q    So the training process that plaintiff would

20   have gone through is standard procedure across all the

21   meat markets --

22        A    Yes.

23        Q    -- that Karzinka owns; is that correct?

24        A    Yes.  Yes.  Because since they're all owned

25   by same people, everything the same.

Page 77

1                              H. AKRAM

2         Q    Did you ever see the meat grinder that was

3    involved in this accident, did you ever see it before

4    the accident happened?

5         A    No.

6         Q    At any point after the accident happened,

7    were you told what the meat grinder looked like?

8         A    No.  I looked it up online, the actual

9    thing, because even when I saw the machine after, it

10   was -- it was like not in proper condition.  It was

11   when I showed it to my lawyer Thomas.  And then I saw

12   the machine, but I looked it up online how it actually

13   looked.

14        Q    At any point in time -- withdrawn.  Are you

15   aware that the Karzinka market in Queens has in its

16   possession another Pro-Cut meat grinder, the same

17   model as the one that was involved in this accident?

18        A    I'm not sure.

19                  MR. EVANS:  Today?

20                  MS. VASQUEZ:  Today, yes.

21                  MR. EVANS:  Today.

22   BY MS. VASQUEZ:

23        Q    Are you aware of that or no?  Hira?

24        A    Oh, I thought you were asking Thomas.  No.

25   I don't know.  I'm not sure.  But obviously we do have

Page 78

H. AKRAM

1

2     some other -- we do have a meat grinder now.  I'm not

3     sure if it's also a Prokraft.

4         Q    Okay.  Were you aware that the meat grinder,

5     when purchased, came with an attached safety guard?

6         A    Yes.

7         Q    Okay.  And are you aware that it also came

8     with a plunger?

9         A    Yes.

10        Q    Have you ever become aware of what happened

11    to the safety guard after it was removed with metal

12    cutters in March of --

13        A    2020.

14        Q    -- 2020 I believe, yeah.

15        A    No.

16        Q    Are you aware of what happened to the safety

17    guard?

18        A    No.  I don't know.  I'm sorry.

19        Q    Did Shokhruh A. ask anyone what happened to

20    the safety guard when it was removed?

21        A    No.  I don't think so.  He asked -- he only

22    asked whatever I asked him.

23        Q    What happened to the plunger that came with

24    the subject meat grinder plaintiff was using?

25        A    As per my knowledge, they have been using

1                         H. AKRAM

2    it.

3         Q    So is it your testimony that Karzinka Queens

4    market still has in its possession the plunger that

5    came with the meat grinder involved in plaintiff's

6    accident?

7         A    I don't know, but I could find out.

8         Q    So when you say, "as for my knowledge,

9    they're still using it," what do you mean by that?

10        A    I thought you were asking me when the

11   accident happened in those days, were they using the

12   plunger.

13        Q    Okay.  So let me ask you that, were they

14   using the plunger on and about the date of plaintiff's

15   accident?

16        A    Yes.  That's what they're supposed to use

17   and that's what they used.

18        Q    Okay.  Do you know where that plunger is

19   now?

20        A    No.

21        Q    Do you know who was supposed to -- were they

22   supposed to hold on to it, or retain it and save it

23   for the litigation?

24        A    It didn't come to my mind about the plunger

25   thing.  I did kept telling them to keep the machine.

```
                          H. AKRAM
 1
 2    I'm not sure about the plunger though.  I don't know
 3    if they have it or they don't.
 4         Q    Do you know who would have taken the subject
 5    Pro-Cut meat grinder out of the shipping container
 6    that it had arrived in?  The one that was involved in
 7    plaintiff's accident.
 8         A    I don't know.
 9         Q    Do you know what process or what
10    -- withdrawn.  Do you know what would have happened to
11    any documents or any items that came with that machine
12    when it arrived?
13         A    Just like at house when we buy a TV, we
14    throw away the book, never -- back.  Maybe something
15    like this.  They took the machine, starting using it,
16    the instructions manuals that come with it, I don't
17    think they kept it.  I think they just threw it away
18    with the box.
19         Q    Does Karzinka US Inc. have any practice or
20    procedure to maintain any of the manuals that come
21    with any of the equipment that they purchase for their
22    stores?
23         A    No.  We don't.
24         Q    Okay.  Did you get any information from
25    Shokhruh A. regarding what happened to the owner's
```

Page 81

1                        H. AKRAM

2    manual that came with the Karzinka meat grinder that

3    was involved in plaintiff's accident?

4        A    No.  I did not.  I don't --

5        Q    Do you know for a fact that the manual was

6    discarded or thrown out?

7        A    I assume this because it's been a while we

8    got the machine, and I -- I don't think nobody has it.

9        Q    Do you know if anybody has looked for it?

10       A    I did ask.

11       Q    Who did you ask?

12       A    Bakht.

13       Q    Did he look for it?

14       A    No.  I don't think so.  He said that "No.

15   We don't have it," and that -- my office, I did ask

16   Shokhruh, like what do we do if we buy something, the

17   manuals, he said same thing that I said to you, that

18   "Nobody takes care of those things."

19       Q    Okay.  Does Karzinka US Inc. have any kind

20   of procedure where they require any of the butchers to

21   look at the manual or review the manual that come with

22   any of the equipment they purchase?

23       A    No.

24       Q    Does Karzinka Inc. have any practice or

25   procedure where they require any butcher being trained

Page 82

1                           H. AKRAM

2     to look at the manual that comes with whatever machine

3     they're being trained on?

4         A     No.  We don't.

5         Q     In terms of the training that plaintiff

6     underwent, how many hours or days or weeks would this

7     training have taken place in?  Was it, you know,

8     everyday for an hour, every week for two hours or

9     whatever it is; do you know?

10        A     So the training, it's not like he has to

11    stand there and watch somebody use the machine, or he

12    uses the machine, and somebody watches over him.  The

13    training particularly is like, "Okay.  Look, this is

14    how this machine goes.  You have to use this; you

15    don't do this.  You don't do that.  This is the

16    machine.  This is where you put the meat in."

17              Okay, maybe took out 15, 20 minutes, told

18    him that.  He go back to his business packing chicken

19    or whatever.  And I don't know how many times somebody

20    explained to him, but we -- all I know is that we

21    don't let the new guys use the machines right away.

22    They stay there, they watch how somebody's operating

23    it.  They get an understanding, and then they're

24    supposed to use the machines.

25        Q     And how often does that happen?  Is it just

```
 1                      H. AKRAM
 2    a one-time, "This is how it works," or is it multiple
 3    times or something else if you know?
 4        A    Multiple times they are like, it's just not
 5    one time, "Okay, look, this is a machine, this and
 6    that."  They do watch.  Like because the area -- the
 7    butcher area is separate.  So when you are using a
 8    knife to cut the chicken, you can see somebody else
 9    using a saw machine.  So with the human understanding
10    too, you can see how it's going.  How he's operating
11    the machine.  Okay.  Maybe a couple of times
12    somebody's going to explain to you, but it's also
13    something you learn from watching.
14        Q    Who was plaintiff's direct supervisor on and
15    before this accident?
16        A    I don't know the -- I don't know exactly,
17    but I think Khusem, the guy who had the injury, he --
18    he -- because he was also the butcher, and he was
19    there.
20        Q    What's Khusem's last name again, if you
21    know?
22        A    I don't have it in my documents, but --
23        Q    That's fine.
24             MR. EVANS:  It's one of those another
25    long names that you would -- and don't even ask me, I
```

```
 1                     H. AKRAM
 2   have no idea.
 3                MS. VASQUEZ:  That's fine.  That's
 4   fine.
 5                MR. EVANS:  That's why we just refer to
 6   him as Khusem.
 7                MS. VASQUEZ:  Khusem.
 8                THE WITNESS:  Okay.  His last name is,
 9   I don't know, "K," something.
10   BY MS. VASQUEZ:
11        Q    Khodjimametov, is that possible?
12        A    Yes, something like this.  Yes.  So let's
13   just say Khusem K.
14        Q    Okay.  Is his name spelled Husem with an "H"
15   or Khusem with a "K"?
16        A    "K."  "K."
17        Q    Is that K-H-U-S-E-M.
18        A    "N."  Yes.  And the last name is
19   K-H-O-D-J-I-M-A-M-E-T-O-V.
20        Q    Okay.  What was Khusem -- you said he was a
21   head butcher.
22        A    Yes.  He was --
23        Q    Was he also a manger or something else?
24        A    He was also a butcher.  He works in the
25   butcher department, not the managing.
```

Page 85

1                         H. AKRAM

2      Q     What other titles or job titles did he have?

3      A     As per my knowledge, he was the butcher.

4      Q     Okay.

5      A     That's it.

6      Q     Would Khusem have been the person to give

7   plaintiff the tasks from day to day; his job tasks?

8      A     I think so, yes.  Yes.

9      Q     And if something needed to be -- if the meat

10  grinder -- withdrawn.  If plaintiff needed to use the

11  meat grinder to do something, would Khusem have given

12  him that task as well?

13     A     Maybe.  Yes -- or maybe it was just a

14  customer ordering him something, you know.

15     Q     Did plaintiff need permission from a butcher

16  to use the meat grinder?

17     A     No.

18     Q     At any time when he was tired or afterwards?

19     A     No.  Once they understand, we -- the

20  butcher, head butcher may tell him, "Okay, use this

21  meat to use the machine to grind this much meat."  He

22  may have told him, he may have watched him use it, but

23  once they make sure like, "Oh, the guy knows how this

24  works," they just stop asking the helper -- head

25  butcher, they just do whatever somebody asks them to

                              H. AKRAM

1
2    do -- the customer asks them to do.  But we also keep,
3    you know, all of the ground meat at the location.  So
4    when customer come, they tell us, "Oh, we need this
5    ground meat.  This much."  So maybe he was preparing
6    that.
7        Q    When did you become aware for the first time
8    that the Pro-Cut meat grinders safety guard had been
9    removed?
10        A    After the accident.
11        Q    The removal of the safety guard, is that
12    something that would have been approved by somebody at
13    the store before removal?
14        A    I am not sure, but I do know that the
15    butcher's not one.  I don't know which one.
16        Q    I'm sorry.
17        A    The butchers did come asked for it to be
18    removed for the -- to work faster and efficient, and
19    that's why they decided to remove it.
20        Q    When you say, "butchers," do you know which
21    butchers?  All the butchers, some of the butchers, or
22    which ones?
23        A    As per what I'm told, the butchers.  I don't
24    know which one.  I don't know the exact names.
25        Q    The request to remove the safety guard by

Page 87

1                              H. AKRAM
2      the butchers, would the butchers have to speak to the
3      store manager and request that this was done?
4          A     Yes.  But I'm not sure what happened in that
5      situation.
6          Q     Would the store manager have to confer or
7      speak with anyone, including either the owner or
8      anyone else, before removing the safety guard?
9          A     No.
10         Q     Do you know who would have told Kozim,
11     plaintiff's father, to remove the safety guard.
12         A     I don't know.
13         Q     And you indicated earlier that the text that
14     you received from Shokhruh A. indicated that he used
15     metal cutters; right?  Correct?
16         A     Yes.
17         Q     Okay.  Are those metal cutters still at the
18     Karzinka store in Queens?
19         A     I don't know about that.  He cut the guard
20     and had to cut it, yeah.  He did say that, but I don't
21     know what metal cutters or from where they came from
22     or if they do have them.
23         Q     To the extent that those metal cutters are
24     still at the Karzinka store in Queens where this
25     incident happened, I'm going to ask that they please

Page 88

```
 1                        H. AKRAM
 2   be located and preserved for this litigation.
 3        A     Okay.  Okay.
 4        Q     Other than Karzinka employees who worked at
 5   the store, the ones that you mentioned, the cashiers,
 6   cleaners, butchers, helpers, does Karzinka have any
 7   other third-party vendors working at the store?
 8        A     No.
 9        Q     Other than the Karzinka employees, including
10   obviously the butchers, and butcher helpers, and the
11   cleaners, would anyone else have had contact with the
12   subject meat grinder that was involved in plaintiff's
13   accident?
14        A     No.
15                  MR. EVANS:  Other than the butchers and
16   cleaners?
17                  MS. VASQUEZ:  Yes.  And other Karzinka
18   employees in general.
19                  THE WITNESS:  No.  No.
20   BY MS. VASQUEZ:
21        Q     Are you aware of any complaints regarding
22   the functioning of the subject meat grinder at any
23   time before the accident happened?
24        A     The only thing the butchers told is the
25   machine is slow, so that's that.  And I think that
```

Page 89

1                         H. AKRAM
2    that's why they decided to take the thing off, the
3    guard to make it more faster and efficient.  I don't
4    know.  I don't know any serious complaints.
5         Q    Do you know how or in what way the removal
6    of the safety guard would have affected the slow
7    functioning of the machine?
8         A    So the thing is, if the safety guard is
9    there, they have to cut the machine in small -- sorry,
10   to cut the meat pieces to go through the hole.  If
11   they -- if I think the guard is not there, they can
12   just shove whatever size pieces with the plunger and
13   that's why they wanted to do that.  As per my
14   assumption, as per my thinking, when I think about why
15   would they do that, the dangerous thing, that's what
16   comes to my mind.
17        Q    Did you ever ask any of the butchers?
18        A    I did not.  All I did was see how the
19   machine works because we have a similar machine at one
20   of our other locations.
21        Q    When you say you have a similar machine at
22   another location, are you talking about the same make
23   and model?  The Pro-Cut KG-32?
24        A    It's a little bigger in size, but the -- but
25   it's same model.  Sorry, it's the same make.  I think

Page 90

H. AKRAM

1
2       it's also Prokraft.  But I can make sure.  I have to
3       look at it.
4           Q    And does that meat grinder that you looked
5       at, does that have the safety guard?
6           A    Yes.  It does.
7           Q    As you sit here now, are you aware of how
8       many Pro-Cut meat grinders are owned currently by
9       Karzinka in any of its markets?
10          A    I'm not sure.  I'm really not sure about
11      that.
12          Q    At least one; right?  The one that you had
13      just mentioned.
14          A    Yes.  Yes.  For the -- I know because I saw
15      it and I think this is the one that the -- Prokraft,
16      Pro-Cut, Prokraft.
17          Q    And what store was that in?
18          A    Tashkent.
19          Q    Does Karzinka US Inc. maintain any invoices
20      relating to its purchases of equipment like meat
21      grinders?
22          A    Let's say we buy something online, and the
23      invoice comes in the e-mail, that's there.  Other than
24      that, no.
25          Q    And do you know whether or not the subject

Page 91

1                          H. AKRAM

2    meat grinder was purchased online or by phone or by

3    something else?

4        A    No.  I'm not sure.

5        Q    Are all the meat grinders purchased in the

6    same way or through the same vendors?

7        A    Not through the same vendors.  I am not

8    sure, but I do know that they do buy most of the stuff

9    online.

10       Q    Okay.  According to the invoice that we

11   looked at earlier today, which was marked as Exhibit

12   B, the subject meat grinder was purchased through S&V

13   Restaurant Equipment Manufacturing Inc.  Are you aware

14   of any other meat grinders purchased through this

15   vendor?

16       A    No.  I'm not.

17       Q    With regard to the complaint that the

18   machine was slow, are you aware of any calls made to

19   the vendor, S&V, regarding that complaint.

20       A    No.

21       Q    Okay.  Have you been told that the vendor

22   was called regarding that complaint?

23       A    No.  I haven't.

24       Q    Are you aware of any complaints to S&V

25   regarding the subject meat grinder?

Page 92

1                          H. AKRAM

2       A     No.  No.

3       Q     With regard to that same complaint that the

4    machine was slow, are you aware of any complaints to

5    Prokraft regarding the functioning of the machine?

6       A     No.

7       Q     As you sit here now, were you ever told by

8    anyone that Prokraft was called with any complaints

9    relating to the subject meat grinder?

10      A     No.  Nobody.

11      Q     Do you know how old the meat grinder that

12   you looked at is?

13      A     No.

14      Q     Do you know when it was purchased?

15      A     The one that you looked at -- store

16                 MR. EVANS:  The one in Tashkent.

17                 THE WITNESS:  No.  I'm not sure when we

18   purchased it, but it's similar to the one we also

19   showed you, Thomas.  It's similar to the meat grinder.

20   BY MS. VASQUEZ:

21      Q     That was involved in the accident?

22      A     Yeah.  Yes.  Because it does have the same

23   guard, same tray.

24      Q     So the machine that you used had the guard

25   and had a tray and had a plunger also?

```
 1                         H. AKRAM
 2        A    Yes.  At Tashkent.
 3        Q    At Tashkent, yes.  Is there anyone at the
 4   Karzinka meat market in Queens that would look at or
 5   inspect meat grinders or any of the machines that you
 6   have in your store if it wasn't working properly?
 7        A    Oh, you mean if we have a repair or a
 8   maintenance guy in the stores?  No.
 9        Q    Correct.  Okay.  Does Karzinka US Inc.
10   employ any such maintenance or repair persons that
11   would go to all of the stores?
12        A    We do have -- if we have any problems, we do
13   get the repair guys, but I don't know who they are.
14             MR. EVANS:  She wants to know are they
15   employed by Karzinka --
16             THE WITNESS:  No.  No.  No.
17   BY MS. VASQUEZ:
18        Q    They're third-party vendors?
19        A    Third-party, yes.  They're maintenance
20   people.
21        Q    Do you know the name of the company, of this
22   repair or maintenance company?
23        A    No.  That's what I was going to say that
24   let's just try to find out that too if you want.
25        Q    I'm sorry.  I just got a call came in and I
```

1                         H. AKRAM

2   got interrupted.  Are you aware of any servicing or

3   repair or work done on the subject meat grinder by

4   this third-party vendor whose name you can't recall?

5        A    No.  I don't know.  For the specific

6   machine, I don't know.

7        Q    Were you ever told by any of the individuals

8   you spoke, either Bakht, or any of the butchers, that

9   the machine had been serviced by this third-party

10  vendor?

11       A    No.

12       Q    If the machine had been serviced by a

13  third-party vendor, would there be an invoice for that

14  service?

15       A    Yes.  If again, it's done online, or if we

16  have to make a payment to them, we do keep an invoice

17  as a proof when we write the check.

18       Q    Okay.  Is that something that you would be

19  able to verify, that you have no invoices from this

20  third-party vendor for servicing of the subject meat

21  grinder?

22       A    If there's no service, okay, I can find out.

23       Q    And if there was service you would also be

24  able to find out as well; correct?  You'd have an

25  invoice?

Page 95

1                        H. AKRAM

2        A     Yes.  Yes.

3                   MS. VASQUEZ:  Can you give me one

4    second please?  I just need one moment.

5                   MR. EVANS:  Sure.

6                   (Off the record.)

7                   THE REPORTER:  Back on the record at

8    1:21 p.m.

9    BY MS. VASQUEZ:

10       Q     I just want to go back a little bit to what

11   you did after learning about he accident --

12       A     Okay.

13       Q     -- specifically with your conversations with

14   Bakht and whoever else.  When did you first learn

15   about this accident?

16       A     I think the same day.  Later -- the other

17   day; next day.

18       Q     And who told you about it?

19       A     I don't remember, but -- I think Shokhruh

20   told me.

21       Q     Which Shokhruh?

22       A     The office manager, "R."

23       Q     Shokhruh R.?

24       A     Yes.

25       Q     Okay.  And do you know how he learned about

Page 96

1              H. AKRAM

2    it?

3         A    Well, something like this happens, they

4    going to get called from the store, obviously.

5         Q    Do you know who it was that called him?

6         A    Maybe Bakht.

7         Q    Where is Bakht now?

8         A    I don't know.

9         Q    Did he leave the country, or do you know if

10   he's still in the US?

11        A    I know he's in US, but I don't know if he's

12   working somewhere else or ...

13        Q    I'm going to request Bakht's last known

14   address.

15        A    Okay.

16        Q    Thank you.  Once you learned about the

17   accident, as part of your duties as an office manager,

18   did you have to perform any type of investigation into

19   what happened?

20        A    Yes.  Recently when all of this came up.

21   So --

22        Q    Before -- I'm talking about before

23   yesterday.  I'm talking about when you initially

24   learned that the accident happened.

25        A    So when the accident happened I did ask when

                              H. AKRAM
1
2    we were -- I think the next day Shokhruh told me this
3    happened, I did ask him, "Okay.  How's the guy?  What
4    happened?"  How much injury he had, how like, what the
5    whole story I tried to find out.  I did got the video.
6    Somebody -- I did tell them I need to see the video,
7    and the insurance documents.  I started with the
8    insurance, asked for the payroll and everything.
9              I started preparing everything and then I
10   did try to find out what happened.  The insurance
11   worker comp doesn't ask you like what happened, this
12   and that.  They just ask you for the proof of income
13   and stuff like that, you know.  I don't know why it
14   came to the liability insurance.  They wanted to
15   take -- they did ask me some questions too, and then I
16   also -- and that's when I properly tried to find out
17   more about it, but --
18        Q    And when was that?  Is that yesterday or are
19   you talking about another time --
20        A    No.  It's been since September, I think.
21        Q    So when you say you tried to find out a
22   little bit more about it then, what did you do?  How
23   did you go about doing that?
24        A    Like, first I just keep whatever information
25   was coming to me was coming to me through Shokhruh,

                                                    Page 98

                                    H. AKRAM
1
2    and if something else, I would ask Bakht.  If I need
3    somebody to go the store, you know, the insurance guy
4    wanted to go there, take pictures.
5              I told Bakht, Laziz, but the more
6    information I got, the specifics I got, that was also
7    from different store managers and other people I may
8    come in contact with, that's it.  And the most -- the
9    only person I come in contact with every time is
10   Shokhruh R. because we work in the same office.
11        Q    Okay.  When you say you were in contact and
12   got information from store managers, do you know
13   specifically, do you recall at this time which store
14   managers you got information from?
15        A    Bakht.
16        Q    Other than Bakht, anyone else?
17        A    Laziz.
18        Q    Anyone else?
19        A    The guy, Shokhruh A. who went there.
20        Q    Okay.
21        A    Because he does go there every week.
22        Q    Okay.  Do you know if Shokhruh A. was
23   present on the day of the accident at the time of the
24   accident?
25        A    No.  He wasn't.  As per my knowledge, he

```
                                            Page 99
 1                    H. AKRAM
 2   wasn't.
 3        Q    Okay.  When you spoke to any of these
 4   individuals back when the incident happened and you
 5   were trying to learn more about what happened, did you
 6   make any notes, or did you keep any notes regarding
 7   what you were being told?
 8        A    No.
 9        Q    Are you aware of any e-mails regarding the
10   incident, whether they were sent by you or received by
11   you?
12        A    No.
13        Q    When you were told by Bakht about the
14   plaintiff's sleeve getting caught, did you do any
15   investigation regarding that specific claim?
16        A    I don't see the sleeve in the video though.
17        Q    Okay.  Are the Karzinka US Inc. butchers
18   that work in the different stores, are they provided
19   with a butcher's shirt, or a butcher's jacket?
20        A    No.  They are --
21        Q    Or any type of uniform.
22        A    -- they're wear the aprons.
23        Q    Aprons?
24        A    Aprons.
25        Q    As you sit here now, do you recall the type
```

```
                                            Page 100
 1                      H. AKRAM
 2    of top of shirt that plaintiff was wearing when this
 3    incident happened?
 4         A    No.  No.  I know he was wearing white.
 5         Q    You know what, I'm going to -- we're close
 6    to 1:30.  Hold on a second.  We're close to 1:30.  I'm
 7    going to fix my computer so that I can actually show
 8    you pictures and we won't get interrupted by, you
 9    know, outside influences in my office, and will show
10    you some photos.  And I'll be able to show you other
11    documents as well.
12         A    Okay.
13         Q    So it's already 1:28, so why don't we take
14    our break now.
15              MR. EVANS:  Back at two, is that okay?
16    We'll come back at two?
17              MS. VASQUEZ:  Yeah.  If everybody's
18    okay with that.
19              MR. ZOHAR:  Can we just do a little bit
20    more than two, just because if we are going to eat
21    anything, that may not be enough time to go look
22    through documents.  Let's just make it if you want,
23    2:10, 2:15, if that's --
24              MR. EVANS:  I'm okay with that.
25              MS. VASQUEZ:  That's fine.
```

Page 101

1                        H. AKRAM

2              (Off the record.)

3              THE REPORTER:  Back on the record at

4    2:25 p.m.

5              MR. EVANS:  I think we're going to see

6    some photos here, Hira.

7              MS. VASQUEZ:  Yeah.  Okay.  Let me

8    share my screen.  What was my last -- can you read my

9    last question, please?

10             (The reporter played the record as

11             requested.)

12             MS. VASQUEZ:  Can you give me

13   permission to use the screen now that we're not

14   listening to me anymore?

15             THE REPORTER:  Yeah, go ahead.

16             MS. VASQUEZ:  Thank you.  Okay.  This

17   is my third exhibit, so we're going to mark this as

18   Exhibit C.  I believe it's my third; right?

19             (Exhibit C was marked for

20             identification.)

21   BY MS. VASQUEZ:

22        Q    Hira, take a look at this photograph marked

23   as Exhibit C.

24        A    Yeah.

25        Q    It's a frame of the video of the incident.

1                          H. AKRAM

2       A    Yes.

3       Q    Does it look familiar to you?

4       A    Yes.  I've seen the video.

5       Q    Okay.  Before we went on break, I was asking

6  you about the shirts that the butchers are wearing --

7       A    Yeah.

8       Q    -- store.  Do you see that they're all

9  wearing similar types of white butcher shirts?

10      A    Yes.  Yes.

11      Q    Okay.  And does Karzinka US provide those

12 shirts for the butchers?

13      A    I think -- I think, yes.  Yeah.  Maybe.

14      Q    And are they given -- are the employees

15 given the shirts when they're hired for their own --

16 for them to take care of and clean and maintain or is

17 that done through Karzinka or something else?

18      A    When they are hired, we do offer them.  They

19 do get the uniform.  Sometimes it's just a hoodie for

20 the employees at the stores, and the butchers at

21 Karzinka are wearing white ones, but at the other

22 stores, no.  Usually they're just wearing the aprons.

23      Q    Aprons, okay.  At Karzinka, are the butchers

24 given these shirts for them to maintain --

25      A    Yes.

1                        H. AKRAM

2        Q    -- for them to clean, for them to keep up,

3    or does Karzinka perform that function?  Do they have

4    them sent out for laundry and cleaning, etcetera?

5        A    No.  We don't do that.  Once we give them

6    the shirt, it's theirs.  They have to take care of it.

7        Q    Do you know how many shirts they're given?

8        A    No.  Obviously just -- I think -- I think

9    one per person.

10       Q    If the butcher has a complaint about the

11   shirt, whether it's torn or there's something wrong

12   with it, if it's got loose threading or something

13   else, can they -- who can they speak to about getting

14   another one?

15       A    The managers.  Store managers.

16       Q    I don't know where that sound is coming

17   from.

18       A    Yeah, it's my husband.  He's laughing about

19   something.  I don't know what.

20       Q    There was testimony from plaintiff that

21   there was a closet of some kind at the store where

22   there were butcher shirts that they could grab from.

23   Do you know whether or not there is a supply of these

24   butcher shirts available for the butchers at the

25   Karzinka store in Queens?

```
                                              Page 104
 1                        H. AKRAM
 2        A     No.  I don't think so.  I think like once
 3   they get the shirt, it's theirs.  And like everybody
 4   has like their own.
 5        Q     Where does Karzinka buy these shirts from?
 6        A     I'm not aware of that.
 7        Q     Do you know who purchases them?
 8        A     I think this guy, the store manager.
 9        Q     Does Karzinka keep any new ones in the store
10   available for new hires?
11        A     I think, yes.
12        Q     Do you know where they're kept?
13        A     We always have some stock in the office.
14        Q     Do you know where they're kept?
15        A     In the office storage.
16        Q     And are they all the same?
17        A     Yes.  Yes.
18        Q     The same exact type that plaintiff was
19   wearing and that you can see the other butchers
20   wearing in this photo?
21        A     Yes.
22        Q     Okay.  I'm just going to ask that one of
23   these shirts be preserved.  The new ones that you
24   might have in stock.
25        A     Okay.
```

1                    H. AKRAM

2              MR. EVANS:  Are they all the same sizes

3    or are they varying sizes?

4                 THE WITNESS:  No.  They would be

5    different sizes.

6              MR. EVANS:  Different sizes, okay.

7    BY MS. VASQUEZ:

8        Q    Does the size depend on -- is each butcher

9    given a size that would fit them?

10       A    Yeah.  According to their physique, yes.

11       Q    With regard to the video, Hira, did you view

12   the video in the store or were you sent a copy of the

13   video or something else?

14       A    I got it in my phone.  Somebody sent it to

15   me.

16       Q    Who sent it to you?

17       A    I think it was Bakht or Shokhruh.  That's

18   when I was trying to find out when you showed me the

19   frame, I was trying to find out who sent it to me

20   first, but I think it was Shokhruh.

21       Q    Which one?  R or A?

22       A    R.

23       Q    The copy of the video that you were sent,

24   was it a recording of the video itself or was it a

25   downloaded copy or something else?

```
                                                Page 106
 1                        H. AKRAM
 2         A     It was a downloaded clip.  The one that you
 3    guys have.  Exactly same one.
 4         Q     And can you see -- do you see the writing
 5    that's on the bottom of the photo frame?  It says,
 6    "Event, time, goto," do you see that?
 7         A     Yeah.
 8         Q     Does the video that you have have that frame
 9    also?
10         A     No.  So, no, this is the picture, or did you
11    take it from the video?
12         Q     I took a photo, a frame -- I took a photo of
13    one of the frames in the video we received.  And the
14    video we received has that writing and that coloring
15    around the borders.
16         A     Okay.
17         Q     All right.  To the extent that the video can
18    be downloaded, I'm going to request a downloaded copy
19    versus the copy I received which appears to be a
20    recording of a screen.
21         A     Okay.
22         Q     How many cameras are there in the store?
23         A     I don't know the exact number, but maybe at
24    least nine to ten.
25         Q     And how many cameras in the store have a
```

1                          H. AKRAM

2    general view of the butcher department?  Specifically

3    the area where this incident happened?

4         A    Maybe two or three.

5         Q    Have you looked at all the different views

6    of the incident --

7         A    Just the two.

8         Q    -- these videos.  I'm sorry?

9         A    Just the two.  The one that I'm watching

10   right now, and the one that I watched earlier.

11        Q    And they're different views?

12        A    Yes.  I would like to see this video too.

13   The one that you got this clip from.

14        Q    Okay.

15        A    I'm trying to locate it in my phone, but I

16   cannot find it.

17        Q    Okay.  I'm just going to call for production

18   of all the views of the incident --

19        A    Okay.

20        Q    -- that exist from all the different cameras

21   in the store.  And I will go ahead and show you the

22   video that -- hold on one second.

23        A    I just want to see to make like this is the

24   same one that I have.

25        Q    Okay.  I'm showing it to you now.

1                    H. AKRAM

2                    MR. EVANS:  What exhibit is this going

3    to be marked as?

4                    MS. VASQUEZ:  I believe D.

5                    (Exhibit D was marked for

6                    identification.)

7                    MR. EVANS:  Okay.  D, yeah.  Is it

8    taking a while to upload or what?

9                    MS. VASQUEZ:  I'm sorry.  Are you not

10   seeing it?  I'm sorry, I apologize.

11                   THE WITNESS:  No.  I thought you were

12   going to play it.

13                   MS. VASQUEZ:  Oh.  You know what, for

14   some reason then it won't play.  I'm so sorry.  I

15   thought it was showing up.  It's not -- I'm not able

16   to share it.  Do you know why, David, I can't share

17   the clip?

18                   (Off the record.)

19                   THE WITNESS:  So we have the same

20   video.  The only difference is this one that you have,

21   they made it from the TV.  They videotaped the video

22   and they zoomed it to make everything clear.  But the

23   one I have, it's directly from the camera.  I'll send

24   that to Thomas.

25   BY MS. VASQUEZ:

1                    H. AKRAM

2      Q    Okay.  So we're definitely going to request

3  that.  Now, that's one view.  You said there were two

4  or three cameras that had --

5      A    But the problem is we --

6      Q    Hold on.  Hold on.

7                    MR. EVANS:  Let her finish the

8  question.

9                    THE WITNESS:  Oh, okay.  Sorry.

10 BY MS. VASQUEZ:

11     Q    You said you had two or three cameras that

12 had a general view of the area where this incident

13 happened.

14     A    Yes.

15     Q    But we don't have any of those videos.  Do

16 those videos exist?

17     A    Right now, the only video that we have is

18 this one.  The one I have and the one that you have.

19     Q    Did anyone ever do a search to locate any

20 other videos which show the incident?

21     A    I don't think so.  Because the problem is

22 all the other cameras, they did not cover this thing;

23 whatever was going on.  The only cameras that did was

24 this one, the one we have.

25     Q    Earlier when I asked you how many cameras

1                    H. AKRAM

2    there were that had a general view of the area where

3    the incident happened, you said there were two or

4    three, which cameras were you referring to?

5         A    I thought that the incident thing, that only

6    came in that camera.  And we don't have any other

7    videos of this incident.  And now it's so long, like

8    even if we try to find out, we cannot.  It's too long,

9    you know, like the video doesn't exist anymore of

10   anything from that time.

11        Q    Does it get erased as time goes on?

12        A    Yes.

13        Q    Automatically?

14        A    Yes.  Because we can select like for how

15   long we can keep the videos in the store cameras, and

16   I don't think we had the capacity or the memory to

17   keep it more than a year or so in the computers.

18        Q    How long is the video that you have in terms

19   of time.  Is it like a few seconds, one minute, is it

20   longer than what you saw in the video I showed you;

21   Exhibit D?

22        A    Forty-five seconds.

23        Q    Okay.  Have you ever seen any video

24   recording that shows more than what you saw in the

25   video I showed you?

Page 111

1                           H. AKRAM

2       A     No.

3       Q     Like more beforehand or more time

4   afterwards?

5       A     No.

6       Q     Okay.

7       A     Just to add, like if some accident happens,

8   we take a -- we keep the video, like that part only.

9   Let's say somebody fell off, somebody slipped,

10  tripped, something like this because for the insurance

11  thing.  We only keep the incident, and then when the

12  time passes, the things go deleted.  Maybe after six

13  months, maybe after one year; I'm not sure.

14      Q     Okay.  Your testimony earlier indicated that

15  the plunger that came with the subject Pro-Cut meat

16  grinder still exists, or at least existed when this

17  incident happened.

18      A     Yes.

19      Q     Has anybody looked for it to find it and

20  preserve it for this litigation?

21      A     Not that I'm aware of.  I'm not sure.

22  Honestly, I didn't know if that would be needed.  The

23  only thing I was -- where anybody thought would be of

24  concern would be the machine.

25      Q     Do you know why the plunger wasn't being

1                         H. AKRAM

2   used by the plaintiff when the incident happened?

3       A    No.  I don't know.  I don't think the poor

4   guy even thought about it, that this could happen, you

5   know.

6       Q    Did Karzinka purchase any additional

7   plungers for use by their butchers?

8       A    Not that I'm aware of.

9       Q    According to plaintiff, there were two meat

10  grinders at the store on and about the time this

11  incident happened.  One of them was the subject meat

12  grinder, the Prokraft, Pro-Cut KG-32.  Are you aware

13  of any other meat grinders owned by Karzinka, the

14  store in Queens, when this incident happened?

15      A    No.  I'm not aware of any other machine.

16  Maybe there was, but I don't know about it.  Maybe the

17  store manager knows.

18      Q    And that would be Khusem; right or --

19      A    Laziz and Bakht, yeah.

20      Q    Laziz or Bakht.  Bakht's no longer there.

21      A    Bakht left.

22      Q    Okay.  So I apologize, I don't know if I

23  said this or not, but to the extent that I haven't,

24  I'm going to request that a search be done for the

25  subject plunger --

1                           H. AKRAM

2       A       Plunger.

3       Q       -- and preserve for this litigation.  When

4   you went to the store called Tashkent, I think.

5   Sorry.

6                   MR. EVANS:  Tashkent.

7                   MS. VASQUEZ:  Tashkent.

8   BY MS. VASQUEZ:

9       Q       When you went to that store to look at the

10  meat grinder that was similar to the one that was

11  involved in this accident, what date was that?

12      A       December.  Some date, fourth maybe, date.

13      Q       December of 2021?

14      A       Yes.  I -- I've seen that machine a lot of

15  times, but I've never inspected -- inspected it, like

16  the way I checked it that day.

17      Q       Okay.  And did somebody use the machine or

18  put it into use in front of you?

19      A       Yes.

20      Q       Okay.  So somebody was operating it while

21  you were there so you could see how it worked?

22      A       Yeah, I asked a butcher how this works,

23  where's the switch, he showed me the on and off

24  button, and that's that.  And I've also seen the

25  machine working a lot of times because I do get the

1                         H. AKRAM
2   meats and stuff from there.
3        Q    And again, you don't know when that
4   particular grinder was purchased, the one that you saw
5   in December of 2021; right?
6        A    No.
7        Q    Okay.  But it still had the safety guard
8   attached; correct?
9        A    Yes.
10       Q    Did you take a look at how the safety guard
11  is attached?
12       A    It didn't have any screws.  I -- it was like
13  fixed.  I don't -- I think so.
14       Q    Did you speak to anyone at that store
15  regarding -- at the store -- I'm sorry, what is the
16  name of the store?
17       A    Tashkent.
18       Q    Tashkent, sorry.
19            MR. EVANS:  Capital of Uzbekistan.
20            MS. VASQUEZ:  Okay.
21  BY MS. VASQUEZ:
22       Q    Did you ever inquire from the person who was
23  using the meat grinder in front of you how they
24  cleaned it; how they maintained it?
25       A    No.

Page 115

1                          H. AKRAM

2        Q    Did you ask about the safety manual or the

3   plunger that came with that meat grinder?

4        A    The plunger was there in the tray.

5        Q    What did it look like?

6        A    It was white color -- sorry?

7        Q    You answered my question.

8        A    Oh, okay.

9        Q    Does Bakht speak English?

10       A    A little bit, yes.

11       Q    Are you able to communicate with him?

12       A    Yes.

13       Q    And do you speak English with him?

14       A    Yes.

15       Q    Okay.  What about Laziz?

16       A    He doesn't speak good English, but he does

17   understand a little bit.  He speaks Uzbek.

18       Q    Whenever you've spoken to Laziz, how do you

19   speak to him?

20       A    Broken words.

21       Q    Okay.  But you are able to directly

22   communicate with him?

23       A    I am the only person that speaks English in

24   the whole store.

25       Q    Okay.

```
 1                      H. AKRAM
 2      A    The rest of them, like they do speak
 3   English, but their first language is -- and even the
 4   second language, Prussian, Uzbek, Prussian.  And the
 5   communication between us is -- that's the only reason
 6   I find people to talk to other people, because not
 7   everybody speaks English.
 8      Q    What about Khusem Khodjimametov --
 9      A    I haven't talked to him.
10      Q    -- does he speak English?
11      A    I haven't talked to him directly, but I
12   don't know how much he speaks.  Everybody does go by
13   okay, they do understand, but they cannot make, you
14   know, longer conversation.
15      Q    And what about Chingiz?
16      A    Chingiz?
17      Q    Chingiz, sorry.
18      A    He -- he also -- he speaks English, yes.
19      Q    Is Bakht a butcher?
20      A    No.  He was a manager; he's not a butcher.
21      Q    Is Laziz a butcher?
22      A    No.
23      Q    He was also just the manager?
24      A    Yes.
25      Q    Okay.  Khusem is a butcher; correct?
```

```
 1                    H. AKRAM
 2       A    Yes.
 3       Q    What about --
 4       A    Chingiz.
 5       Q    Chingiz.
 6       A    No, he is not -- not a butcher.
 7       Q    He's not a butcher.  Okay.  And he just a
 8  manager also?
 9       A    Yes.  A butcher cannot be manager because
10  they have a lot of work to do, and managers always on
11  the run in the store, you know.  Butcher has to be
12  there on his desk -- sorry, counter.
13       Q    Did you recognize any of the individuals
14  that came to plaintiff's aid in the video?
15       A    No.  I don't.  One -- but I know that one of
16  them was his father.  That's what I'm told, that this
17  is the father.  I haven't personally met both of them.
18  I have not.  That's why I don't go and question
19  anybody at the store because I work in the office --
20       Q    Right.
21       A    -- and when they see me, they think that
22  it's serious.
23       Q    Okay.
24       A    So they don't tell me -- like they wouldn't
25  be, I think, honest with me or they would get scared,
```

1                         H. AKRAM
2    or they would think like something wrong happened.
3    That's why I sent somebody they're familiar with to
4    talk to them.
5         Q    Okay.  Who told you that one of the
6    individuals in the video is plaintiff's father?
7         A    Shokhruh.
8         Q    Which Shokhruh?
9         A    R.
10        Q    R?
11        A    Yes.
12        Q    Do you know if he has -- is this personal
13   knowledge that he has, or did somebody tell him that?
14        A    I don't know.  Maybe he knows them?
15        Q    How do the head butchers train on meat
16   grinders that are owned by Karzinka?
17        A    Well, usually the people we hire as head
18   butchers, they have experience maybe working at other
19   stores.  So that's why we hire them as head butchers.
20        Q    So when they're hired as head butchers, they
21   already come with the --
22        A    Experience.
23        Q    -- training to use meat grinders?
24        A    Yes.  This is one of the things they should
25   know because this is required every day.

1               H. AKRAM

2       Q    Before the accident happened, did you have

3   just general familiarity with meat grinders in

4   general?

5       A    No.

6       Q    Had you ever seen a meat grinder being used

7   in one of the Karzinka stores before this incident

8   happened?

9       A    No.  I know that it existed in the store,

10  but I hadn't seen it working.

11      Q    Is it something that you probably just

12  didn't take notice of?

13      A    Yeah.  That's actually the main thing

14  because, one, I don't buy meat from Karzinka, and two,

15  I never noticed these things.  Once this happened,

16  then I started looking at the machines.

17      Q    Even though you did not have any familiarity

18  with meat grinders in general, or any of the ones at

19  the stores that Karzinka owned, did you have any

20  familiarity with -- had you ever used a meat grinder,

21  like a small meat grinder or a personal type of meat

22  grinder that you would use at home?

23      A    Oh, never.  I'm lazy.  I have my mother for

24  this.

25      Q    Did you -- withdrawn.  When you observed the

1              H. AKRAM

2    Pro-Cut meat grinder at Tashkent in December of

3    2021 --

4         A    Okay.

5         Q    -- did the butcher who used it in front of

6    you, did they use the plunger?

7         A    Yes.

8         Q    They did?

9         A    Yes.

10        Q    And did you understand that the plunger was

11   meant to protect the butcher's hands and fingers from

12   coming into contact with --

13        A    Yes.  And --

14        Q    -- the auger.

15        A    Yes.  And as per my knowledge, there's no

16   other way to push the meat in.  You have to have a

17   stick of a plunger to push it in the hole.

18        Q    And that particular meat grinder that you

19   observed in December 2021 at Tashkent, it had the

20   safety guard attached and that's why you couldn't put

21   a hand in correct?

22        A    Yeah.  There was a guard on the machine and

23   there were holes in the guard.  They could put the

24   hand from the side, but why would they do that?

25        Q    Well, did you ever observe him --

```
                                              Page 121
1                        H. AKRAM
2        A     No.
3        Q     -- or see him try to put the hand all the
4    way in?
5        A     No.
6        Q     Okay.  As an office manager, if you had
7    observed a meat grinder being used with a safety guard
8    and without a plunger, is something that you had
9    authority to say something about, to stop if you
10   observed it or to discuss with the owner?
11       A     Yes.  If I see something, I don't like it, I
12   feel this is a violation of the normal rules, this is
13   not exactly as it should be, I do ask the store
14   manager right away.  I tell him, I ask him, I suggest
15   him, and I may try to make sure that the problem is
16   fixed, and if there is any other way this could be
17   done.
18       Q     Okay.
19       A     And if I feel that the thing is not heard, I
20   do even talk to the owner.
21       Q     Okay.  Is after this -- withdrawn.  Before
22   this incident happened, did Karzinka US Inc. ever have
23   any similar accidents involving meat grinders?
24       A     We never had any accident like this.
25       Q     Are you aware --
```

Page 122

1                          H. AKRAM

2        A     Not even a single finger cut from the

3    butchers.

4        Q     Are you aware of any safety guards having

5    been removed from any other meat grinders owned by

6    Karzinka US Inc. stores?

7        A     No.  All four -- all three stores, other

8    three stores, they all have the machines.  Some of

9    them have even bigger machines.  They have the guards

10   and everything intact.

11       Q     Do you know whether or not when the safety

12   guard was removed, other than plaintiff's father, was

13   anyone else involved in the removal?

14       A     No.  I don't know about that.

15       Q     No, or you don't know?

16       A     I don't know.

17       Q     Okay.  Do you know how long it took to

18   remove the safety guard from the meat grinder when it

19   was removed in March of 2021?

20       A     No.  I don't.

21       Q     Do you know where specifically it was

22   removed?

23       A     At the store, but I don't know if he took

24   the machine in the back; he did it there.  And again,

25   it's been so long we cannot even retrieve the video.

1                    H. AKRAM

2        Q    Okay.  Would there been video recording

3    in the back if -- you mentioned the back.  If the

4    safety guard had been removed in the back, would there

5    have been video of that?

6        A    I can find out if there were cameras in the

7    back, but I do know that the stores have cameras

8    because the room I sit it, it has screens and I have

9    cameras of all stores.

10       Q    Oh, I see.  Do you have cameras of different

11   areas of each of the stores, or just one view?

12       A    No.  Different -- different areas.  The

13   registers, the produce, especially the foods because

14   we have to see whatever is going on out there.

15       Q    When the incident happened, was anybody

16   looking at the video to see the incident as it

17   happened?

18       A    I'm not sure.  It was still early morning;

19   nine something, and everybody would have been busy.  I

20   don't think everybody even had showed up to work yet.

21   Nine, office comes; nine something.  I can find out,

22   but I don't know if it's any use.

23       Q    The video feed that you would see in your

24   office, how does it work?  Is it one camera for each

25   store or several cameras for each store or how does

1                    H. AKRAM

2   that work?

3       A    We have like four screens.  Each screen has

4   like ten to fifteen cameras.  Small, small, views.  If

5   we want to see something specific, store theft,

6   something like this -- somebody falls, something lost,

7   we would just zoom in and watch it.

8       Q    Okay.  So each screen pertains to a store?

9       A    Yes.  Yes.  That's what it is.

10       Q    And each small scree within that bigger

11   screen pertains to a different camera in the store?

12       A    Yes.

13       Q    And are the videos recording throughout?

14       A    Yes.

15       Q    Do you get a -- withdrawn.  My question

16   actually is, is the video feed running continuously?

17       A    Yes.

18       Q    Or does it turn on at a certain time when

19   the store opens or something else?

20       A    No.  It's continuous.

21       Q    Would anyone at your office have been able

22   to see when the safety guard was removed from the

23   subject meat grinder?

24                MR. EVANS:  As it was happening?

25                MS. VASQUEZ:  As it was happening.

```
 1                      H. AKRAM
 2                MR. EVANS:  And if it was on camera or
 3    film?
 4                MS. VASQUEZ:  If it was on camera.
 5                THE WITNESS:  If he did -- whoever
 6    removed it, if he did it in a place where the cameras
 7    were, yes they could see it but if they were looking
 8    at the cameras.  Otherwise, they all mute.  You don't
 9    see them until you like want to see them.  I mean, you
10    understand.  It's nothing -- like keep doing out
11    stuff.  It's not like somebody's sitting there just
12    watching the cameras.
13                MR. EVANS:  Just off the record Carmen.
14                (Off the record.)
15    BY MS. VASQUEZ:
16        Q    Are you familiar with any of the warning
17    labels on the meat grinder?  On the subject meat
18    grinder?
19        A    I haven't seen them.  Maybe there were.
20        Q    According to your interrogatories, it
21    indicates that the meat grinder did have warning
22    labels.  Are you saying that you didn't specifically
23    look at them, but you're aware that they were there,
24    or something else?
25                MR. EVANS:  You saw it after the fact?
```

1                    H. AKRAM

2            MS. VASQUEZ:  Anytime.

3            THE WITNESS:  I think when I gave --

4    when I saw it with Thomas, because that's the only

5    time I saw the machine.  I'm not sure.  I'm not sure.

6    I'm really not sure.  I don't want to give an answer

7    I'm not certain about.

8    BY MS. VASQUEZ:

9        Q    According to --

10       A    I'm trying to find a picture of that day

11   when I saw the machine.

12       Q    That's fine.  If plaintiff was hired in

13   approximately April of 2020, and according to the text

14   that you received from Shokhruh he received training

15   for about three months, so his training on how to use

16   the meat grinder would have completed in about July of

17   2020; correct?  You have to respond verbally.

18       A    Oh, so here's the thing.  I know that

19   doesn't intercepts the dates -- interfere the dates,

20   sorry.  But what I think is maybe he was -- these

21   dates I'm getting is from Shokhruh, and then when he

22   started using the machine, I am getting from the

23   butchers, what the interview Shokhruh did, and they

24   told him.

25            So Shokhruh R. told me whatever he has in

1                           H. AKRAM

2      the system from the payroll.  Maybe he was hired

3      before, I am not sure, and he was paid by cash.  Did

4      not -- did not -- maybe -- maybe they did not make his

5      payroll.  I don't know.  But this -- the three-month

6      thing is what I gathered from the people -- sorry, the

7      employees at the store.

8           Q    Okay.  And those employees are the butchers?

9           A    Yes.

10          Q    Okay.  And that portion of the testimony was

11     basically that he would have been trained for three

12     months before being allowed to use the meat grinder?

13          A    That's what it is.  Yes.

14          Q    Okay.  So whether he was hired in April or

15     before April of 2020, he would have had training for

16     three months after that before he was allowed to use

17     the meat grinder?

18          A    Yes.

19          Q    Okay.  And then the information that you

20     received was that the safety guard was removed from

21     the meat grinder in March of 2021; correct?

22          A    Yes.

23          Q    Okay.  So approximately a year after --

24     almost a year plaintiff had started working at

25     Karzinka?

1                          H. AKRAM

2       A    Yes.

3       Q    Okay.  So from the time the meat grinder,

4  the subject meat grinder that was involved in this

5  accident, from the time it was purchased in

6  approximately, according to the invoice, January 2020,

7  until the time that the safety guard was removed in

8  March of 2021, was the meat grinder being used with

9  the safety guard on during that period of time?

10      A    Yes.

11      Q    Okay.

12           MR. EVANS:  I think we're getting near

13  the witching hour here; right?

14           MS. VASQUEZ:  Oh, I'm so sorry.

15           MR. EVANS:  That's alright.  Just

16  reminding.  I here to remind as well.

17  BY MS. VASQUEZ:

18      Q    Are you aware of any governmental agency

19  inspections performed in connection with plaintiff's

20  accident?

21      A    No.  Not yet.  No.

22      Q    For example, OSHA.  Do you know what OSHA

23  is?

24      A    They haven't come yet, but I suspected once

25  the insurance comes to work with the claim, OSHA was

1                         H. AKRAM

2    going to come here -- but I don't think they have come

3    yet.  I --

4         Q    Did -- go ahead, I'm sorry.  I don't want to

5    cut you off.

6         A    I should ask the store manager, but I don't

7    think so.

8         Q    And does by asking the store manager, who

9    are you referring to specifically?

10        A    The one at the location, Laziz or Chingiz.

11   I know that there are a lot of people involved; it

12   gets complicated.

13        Q    Of course.  Are you aware of who, if anyone,

14   notified OSHA about plaintiff's accident?

15        A    I'm not sure.  I don't know.

16        Q    Did you notify OSHA about plaintiff's

17   accident?

18        A    No.

19        Q    Other than your own informal investigation,

20   are you aware of anyone else who would have done an

21   investigation -- informal investigation or

22   otherwise --

23        A    No.

24        Q    -- anyone else from Karzinka US Inc.?

25        A    No.

1                         H. AKRAM

2        Q     Did Karzinka market in Queens receive any

3   violations from a city or state agency in connection

4   with this accident?

5        A     Not yet.

6        Q     Are you familiar with the OSHA regulations

7   that involve the use of meat grinders in markets such

8   as Karzinka in Queens?

9        A     Not totally.

10       Q     Is anybody at Karzinka US Inc. familiar with

11  those regulations?

12       A     I don't think so.  All they know is that

13  even if we take it off -- and I educate others that

14  even if you take off the parts of the machine for

15  cleaning, you have to clean them, but put them back

16  all the parts, safety guards and everything.

17       Q     How do you go about doing that?

18       A     Just by word of mouth.  What else can I do?

19  And then there's common sense for the guys, you know,

20  they should know.

21       Q     And when you say, "word of mouth," you

22  tell --

23       A     I tell the store managers.

24       Q     -- who do you tell exactly?

25       A     So I tell the store managers, and they are

1                         H. AKRAM
2    the ones who have to convey the message to all the
3    people in the store floor.  Either they go directly to
4    the department, talk to the specific guy, whatever
5    they do, but I have to tell the store managers.
6         Q    So when you tell the store managers about
7    these safety measure like we just described --
8         A    Yes.
9         Q    -- do you also say to them, "Make sure that
10   you tell the butchers," or is that implied or do --
11        A    Yes.
12        Q    -- expect that he will do that?
13        A    Yes.  I do.
14        Q    Are you aware of anyone at Karzinka US Inc.,
15   whether it's you or Shokhruh R. or the owner, who goes
16   into the stores to announce these safety measures in
17   person?
18        A    Yes.
19        Q    Who does it?
20        A    The guys.  The store managers.  They are the
21   ones who do that.  It's their duty.  Making sure the
22   safety measures are taken care of, making sure
23   everything is in position; this is all the store
24   managers duty.  And we have at least, two, three store
25   managers at one time.  Even in the shift, even in one

```
 1                        H. AKRAM
 2   shift, for the bigger stores there are at least three
 3   mangers.  Karzinka, we have at least two at one -- in
 4   one shift.
 5        Q    Will you be able to determine from payroll
 6   records which managers were on duty at the time of
 7   plaintiff's accident?
 8        A    Okay.  I'll try.
 9        Q    Are you aware that the subject meat grinders
10   safety guard is not removable; correct?
11        A    Yes.  I did come to know about that.
12        Q    Okay.  So when you said earlier that you
13   tell the store managers that if they remove the guards
14   they have to put it back, what specifically were you
15   referring to?
16        A    The OSHA.
17        Q    Okay.  Just the OSHA regulations in general?
18        A    Yes.  That's what I was referring to.  Like
19   any parts disassembled, safety guards or anything,
20   they have to be put back after the cleaning and
21   everything.
22        Q    Okay.  So you weren't talking about the
23   subject meat grinder?
24        A    No.  I wasn't.
25        Q    Who from, if anybody, from your office went
```

1                    H. AKRAM

2    to the Karzinka meat market on the date of the

3    accident?

4        A    There I think -- I'm going to find out

5    because they cannot just leave like this.  I will find

6    out who went there.  I'm not sure.

7        Q    Whose responsibility or whose duty would it

8    have been to clean up the meat department at Karzinka

9    in Queens on the date of the accident after the

10   accident happened?

11       A    So the cleaning is Mr. Kozim.  I don't know

12   who did the cleaning that day because I think he left

13   with Isojon when he got injured.

14       Q    Okay.  When you say Kozim, who's that?

15       A    He was the father of the boy.

16       Q    Okay.  So he would have had the

17   responsibility to do the cleanup?

18       A    Yeah.  He does the cleaning.

19       Q    But he --

20       A    Probably he left with the boy, yes.

21       Q    Okay.  So do you know who would have done

22   the cleaning after the fact then on that day?

23       A    I'm not sure who did it then.  I can find

24   out.

25       Q    Your testimony earlier indicated that there

1                              H. AKRAM

2    were two cleaners; correct?

3         A    Yeah.   There're not just one, there are two

4    at least.

5         Q    Would that person have been the one who

6    collected the pieces or the parts of the meat grinder

7    that were left behind, if any?

8         A    Yes.  Maybe.  Yes.  Yes.

9         Q    Have you ever been told by any one of the

10   employees at the store what parts were taken by the

11   ambulance and what parts were left behind, if any?

12        A    The top part.  Whoever talks about the

13   they're like, "Oh, the top part, they took it because

14   his arm was stuck.  They had to cut it to take it

15   out."  So I think they took the guy with the machine.

16   Or the -- only the tray area that came off, and they

17   took the tray area, the auger thing, and then I think

18   his arm, this much was stuck in it, and they broke it,

19   they kept that thing.  Only the thing we have is the

20   square box.

21        Q    Have you inquired from all the employees

22   whether or not any parts were thrown out?

23        A    They say they did not throw out anything.

24   They said they kept whatever is in the store -- is in

25   the storage.  And I did pressure them to keep

1                              H. AKRAM

2      everything safe because I'm going to need it.  And

3      they did that.

4           Q     Is there a storage area in the store --

5           A     Yes.

6           Q     -- where such items could be kept?

7           A     There is a storage area in the back, yes.

8      There is a basement --

9           Q     Have you personally ever done a search?

10          A     No.  I haven't.

11          Q     Do you know if Shokhruh A. did a search when

12     he went there?

13          A     No.  He did not.

14          Q     And he went there on Thursday with you;

15     right?

16          A     He went there Thursday, yes.

17          Q     Meaning yesterday?

18          A     He does go there every week, but the most

19     recent was yesterday, Thursday.

20          Q     When you were there yesterday, you didn't do

21     a search in that storage area?

22          A     No.  I did not even let the guys see me.

23     They wouldn't talk.

24          Q     Okay.

25          A     I wanted to see the -- I wanted to talk, but

Page 136

H. AKRAM

1
2    I did not because that was the smart thing to do.  I
3    wanted them to be frank and let everything be clear.
4    Because I don't want the guys to be, you know,
5    thinking, "Oh, we're going to get in trouble, this and
6    that."  'Cause, honestly, this is nothing to be
7    trouble.  I just want to know, and I just want to get
8    over with all these things.  So that's why I told
9    Shokhruh to find out and let me know.  I stayed out.
10       Q    In connection with that, was anyone
11   reprimanded or fired or let go in connection with this
12   incident?
13       A    No.
14       Q    Did you ever direct anyone specifically to
15   go there to do a search of the storage or the rest of
16   the store to try to locate any parts --
17       A    No.
18       Q    -- of the machine?
19       A    I did not.  I just made sure the managers
20   know that they need to keep the machine and that's it.
21       Q    You mentioned earlier that a part of the
22   grinder was cut so that plaintiff's arm could be
23   removed?
24       A    Yeah.  That's what I was told.
25       Q    Okay.  So that's my question, what

1                    H. AKRAM

2  specifically were you told about that and who told

3  you?

4       A    When I asked the managers at the store that

5  this is -- and then I think the insurance guy also

6  told me that the only part of the machine that he saw

7  was this much, the one that you guys have seen.  And

8  then I inquired and then Laziz or Bakht, one of them

9  cleared that to me that his arm was stuck so they took

10  the whole thing, they cut it off, and that's what we

11  have right now.

12       Q    Did they specify to you what was cut?

13       A    No.  No.

14       Q    If you tell you the tray, are you familiar

15  with what that is?

16       A    Yes.  Yes.

17       Q    Okay.  Do you know if the tray was cut?

18       A    That's what I assume, that the tray was

19  taken with the boy, Isojon, and they cut the tray in

20  half, maybe, to take out his arm.  I don't know how

21  they took out the poor guys arm out, but that's what I

22  gathered.  Even looking at the machine I can tell that

23  the tray is missing.  'Cause it's only just the box --

24  box.

25       Q    Have you ever seen any photos that were in

1                            H. AKRAM

2      the paper -- in a Queens paper, showing plaintiff

3      being removed from the store?

4           A    No.

5           Q    I don't know if you knew this, but we have

6      been able to recover one of the missing items, and

7      that's the auger.

8           A    Okay.  Okay.

9           Q    We haven't been able to locate any other

10     part of the grinder.  Neither the tray, nor any part

11     of the head stock --

12          A    Okay.

13          Q    -- where the safety guard is attached.  So

14     I'm just going to ask that a search be made by someone

15     in the store to just confirm that none of these items

16     are still in Karzinka's possession.

17          A    Okay.

18                    MR. EVANS:  I think we're at that time

19     guys.

20                    MS. VASQUEZ:  Oh, okay.  I'm sorry.

21                    MR. EVANS:  That would be a good place

22     to stop for the day.

23                    MS. VASQUEZ:  Yeah, I have probably two

24     pages of just random questions, but it will take more

25     than five minutes.

Page 139

1                            H. AKRAM

2                  MR. ZOHAR:  We'll let our -- I guess

3    our calendar unless you guys know of a date, or you

4    have your calendar available where we can select a

5    date for a continuation.

6                  THE REPORTER:  Off the record.

7

8                  (Whereupon, at 3:27 p.m., the

9                  proceeding was concluded.)

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Page 140

1                   CERTIFICATE OF DEPOSITION OFFICER

2            I, DAVID RUBENSTEIN, the officer before whom the

3     foregoing proceedings were taken, do hereby certify that

4     any witness(es) in the foregoing proceedings, prior to

5     testifying, were duly sworn; that the proceedings were

6     recorded by me and thereafter reduced to typewriting by a

7     qualified transcriptionist; that said digital audio

8     recording of said proceedings are a true and accurate

9     record to the best of my knowledge, skills, and ability;

10    that I am neither counsel for, related to, nor employed by

11    any of the parties to the action in which this was taken;

12    and, further, that I am not a relative or employee of any

13    counsel or attorney employed by the parties hereto, nor

14    financially or otherwise interested in the outcome of this

15    action.

16

17

18    _David M. Rubenstein_

19

      DAVID RUBENSTEIN

20    Notary Public in and for the

      State of New York

21

22

23

24

25

Page 141

1                    CERTIFICATE OF TRANSCRIBER

2          I, MICHAEL GUILMAIN, do hereby certify that this

3    transcript was prepared from the digital audio recording of

4    the foregoing proceeding, that said transcript is a true

5    and accurate record of the proceedings to the best of my

6    knowledge, skills, and ability; that I am neither counsel

7    for, related to, nor employed by any of the parties to the

8    action in which this was taken; and, further, that I am not

9    a relative or employee of any counsel or attorney employed

10   by the parties hereto, nor financially or otherwise

11   interested in the outcome of this action.

12

13

14        MICHAEL GUILMAIN

15

16

17

18

19

20

21

22

23

24

25

**[1 - agreements]**

Page 1

**1**

**1** 4:20 5:14
**1000** 2:12
**10001** 1:21
**101** 4:10
**10573** 2:13
**106** 5:8
**107** 5:10
**108** 4:14
**108th** 19:20 51:14
**11214** 2:6
**11218** 19:4
**11235** 8:10 17:5
**11375** 19:23
**11553-3625** 2:23
**11:09** 1:19 6:5
**12** 60:21
**15** 82:17
**16** 41:7,7
**1883** 2:5
**18th** 8:9 19:4,10
**1:21** 1:7 95:8
**1:28** 100:13
**1:30** 67:2,15,16,21
  67:24 68:6,7
  100:6,6

**2**

**2** 4:22 5:16
**20** 82:17
**2012** 11:20
**2015** 12:2
**2018** 10:22 16:16
**2020** 10:23 11:5,5
  11:5 13:2 15:6
  16:12,16,19 42:25
  43:8,14 46:5 50:8
  50:13 53:3 78:13
  78:14 126:13,17
  127:15 128:6

**2021** 11:6 57:16
  58:9,17 113:13
  114:5 120:3,19
  122:19 127:21
  128:8
**2022** 1:18 6:8
**242** 2:12
**25708** 140:19
**26** 49:8
**2666** 8:9
**27019** 141:13
**2828** 18:23
**29** 4:8
**2:10** 100:23
**2:15** 100:23
**2:25** 101:4
**2f** 8:10
**2nd** 2:5

**3**

**3** 5:4
**32** 53:20 89:23
  112:12
**333** 2:22
**35** 5:15
**3703** 1:7
**3:27** 139:8
**3h.p.** 53:20

**4**

**4** 1:18 5:7 6:8
**40** 14:8
**418** 48:18,21
**43** 4:20
**4315** 19:4,10
**46** 19:20
**47** 4:23

**5**

**5** 5:9
**50** 4:9
**502** 2:22

**6**

**6** 41:7
**60** 18:25
**64** 19:20
**64-46a** 51:14
**686-1700** 2:15
**69** 5:6
**6th** 48:19,21,23
  51:6

**7**

**7** 50:8,12
**711** 17:4
**713** 18:12

**8**

**8** 4:3 42:25 43:8
  45:6
**86th** 2:5

**9**

**911** 63:24 65:8
**914** 2:15
**96** 5:16

**a**

**a.m.** 1:19 6:5
**ability** 140:9 141:6
**able** 50:3,23 54:12
  94:19,24 100:10
  108:15 115:11,21
  124:21 132:5
  138:6,9
**absent** 6:13
**accept** 54:5
**acceptance** 52:23
**accident** 30:25
  31:5 32:25 35:17
  40:5 47:11 53:15
  63:14,15 64:13,22
  71:7,9,10 77:3,4,6
  77:17 79:6,11,15
  80:7 81:3 83:15

86:10 88:13,23
92:21 95:11,15
96:17,24,25 98:23
98:24 111:7
113:11 119:2
121:24 128:5,20
129:14,17 130:4
132:7 133:3,9,10
**accidents** 121:23
**account** 47:18
**accountants** 16:8
**accurate** 140:8
  141:5
**acknowledgeme...**
  6:10
**action** 140:11,15
  141:8,11
**actual** 20:21 44:21
  77:8
**add** 111:7
**additional** 67:25
  112:6
**additionally** 6:13
**address** 5:16 8:8
  19:2,3,19 48:18,19
  48:21,22 51:6,7,11
  51:13 96:14
**addresses** 18:5
**administer** 6:10
**administration**
  11:18
**age** 9:24
**agency** 128:18
  130:3
**ago** 35:2 63:7
**agree** 6:11,15
**agreeable** 66:22
**agreement** 68:25
  69:5
**agreements** 5:4

**ahead**   13:8 15:24
27:9 28:9,14
53:11 75:24
101:15 107:21
129:4
**aid**   117:14
**akram**   1:17 6:1,6
7:1,14,14,20 8:1,3
8:16 9:1 10:1 11:1
12:1 13:1 14:1
15:1 16:1 17:1
18:1 19:1 20:1
21:1 22:1 23:1
24:1,17 25:1 26:1
27:1,20 28:1,17
29:1,6,19 30:1
31:1 32:1 33:1
34:1 35:1 36:1
37:1 38:1 39:1
40:1 41:1 42:1
43:1 44:1 45:1,13
46:1 47:1 48:1
49:1 50:1 51:1
52:1 53:1 54:1
55:1 56:1 57:1
58:1 59:1 60:1
61:1 62:1 63:1
64:1 65:1 66:1
67:1 68:1 69:1
70:1 71:1 72:1
73:1 74:1 75:1
76:1 77:1 78:1
79:1 80:1 81:1
82:1 83:1 84:1
85:1 86:1 87:1
88:1 89:1 90:1
91:1 92:1 93:1
94:1 95:1 96:1
97:1 98:1 99:1
100:1 101:1 102:1
103:1 104:1 105:1

106:1 107:1 108:1
109:1 110:1 111:1
112:1 113:1 114:1
115:1 116:1 117:1
118:1 119:1 120:1
121:1 122:1 123:1
124:1 125:1 126:1
127:1 128:1 129:1
130:1 131:1 132:1
133:1 134:1 135:1
136:1 137:1 138:1
139:1
**al**   6:8
**allowed**   127:12,16
127:23 128:6
**alright**   128:15
**ambulance**   64:4
134:11
**amtrust**   46:21
65:12
**angles**   5:10
**announce**   131:16
**answer**   8:22 9:13
9:18 126:6
**answered**   28:20
115:7
**answering**   44:9
**answers**   29:22
36:8
**anticipate**   8:24
**anybody**   31:6 46:2
66:14 81:9 111:19
111:23 117:19
123:15 130:10
132:25
**anymore**   33:6
101:14 110:9
**anytime**   126:2
**anyway**   67:11
69:11
**apart**   71:16,24

**apartment**   8:10
**apologize**   29:7
108:10 112:22
**appear**   26:15
**appearance**   26:10
**appearing**   25:20
**appears**   106:19
**applicable**   6:19
**application**   45:18
45:21
**approved**   86:12
**approximately**
38:13 126:13
127:23 128:6
**april**   42:25 43:8
45:6 46:5 126:13
127:14,15
**aprons**   99:22,23
99:24 102:22,23
**area**   83:6,7 107:3
109:12 110:2
134:16,17 135:4,7
135:21
**areas**   123:11,12
**arm**   63:18,23
134:14,18 136:22
137:9,20,21
**arranged**   64:15
**arrived**   12:4 55:11
55:20 80:6,12
**asked**   24:20 27:7
39:24,24 41:19
43:9 62:20,21
78:21,22,22 86:17
97:8 109:25
113:22 137:4
**asking**   8:18 13:13
67:4 77:24 79:10
85:24 102:5 129:8
**asks**   85:25 86:2

**assembly**   72:2
**assigned**   6:3 25:6
25:16 32:24 33:12
33:24 34:4,12,17
35:15
**assist**   32:19
**associate's**   11:12
**associates**   11:11
**assume**   9:19 81:7
137:18
**assuming**   47:5
52:11 72:11
**assumption**   89:14
**attached**   4:12 60:5
78:5 114:8,11
120:20 138:13
**attempt**   37:19
**attendance**   7:2
**attorney**   27:3
140:13 141:9
**audio**   140:7 141:3
**auger**   120:14
134:17 138:7
**authority**   121:9
**authorized**   6:9
**automatically**
110:13
**available**   103:24
104:10 139:4
**avenue**   17:4,9
18:12,23 19:4,10
47:16 48:19,21,23
51:6
**aware**   26:13 45:19
53:5 70:4 77:15
77:23 78:4,7,10,16
86:7 88:21 90:7
91:13,18,24 92:4
94:2 99:9 104:6
111:21 112:8,12
112:15 121:25

122:4 125:23
128:18 129:13,20
131:14 132:9

**b**

**b** 4:5,9 18:25 19:2
19:7,8 33:6 50:6
50:10 60:6 91:12
**baby** 14:17
**bachelor's** 11:18
**bachelors** 11:10
**back** 10:23 11:3
11:10 14:20 15:6
16:19 24:12 25:9
30:21 36:8 67:2
67:25 68:10 72:10
72:12,14,16 80:14
82:18 95:7,10
99:4 100:15,16
101:3 122:24
123:3,3,4,7 130:15
132:14,20 135:7
**bag** 73:9
**bakht** 33:7 34:7,20
35:4,18 36:3
37:13 62:15,16
63:5,15 65:11
81:12 94:8 95:14
96:6,7 98:2,5,15
98:16 99:13
105:17 112:19,20
112:21 115:9
116:19 137:8
**bakht's** 5:16 96:13
112:20
**bank** 47:17 54:5,8
**barrier** 30:15 32:9
**basement** 135:8
**basically** 127:11
**basics** 74:2
**bazaar** 18:25 19:7

**bba** 11:10,16,17
**beach** 16:25 17:3,4
17:9 18:12 22:18
32:2,4
**behalf** 2:2,9,17 7:7
7:9,12 26:16 47:9
**believe** 34:11
69:24 74:5 78:14
101:18 108:4
**best** 55:4,7,10
58:11 140:9 141:5
**better** 16:9
**big** 16:9 52:19,20
**bigger** 20:21 21:20
89:24 122:9
124:10 132:2
**bit** 44:6 49:25
50:19 70:25 73:13
73:19 95:10 97:22
100:19 115:10,17
**blank** 23:20 34:15
**bmc** 1:7
**book** 80:14
**borders** 106:15
**born** 10:4
**bottom** 64:6 106:5
**boulevard** 2:22
**box** 2:12 80:18
134:20 137:23,24
**boy** 133:15,20
137:19
**break** 9:10 10:22
10:25 11:2 12:25
66:14,22 67:2,6,10
67:24 68:2,9
100:14 102:5
**brighton** 16:25
17:3,4,8 18:12
22:17 32:2,4
47:16

**bring** 61:16 62:3
70:16
**broke** 134:18
**broken** 115:20
**brooklyn** 2:6 8:10
17:4,8,25 18:3,24
19:4 48:25
**brother** 69:25
**building** 21:15,21
**business** 11:18
17:6 82:18
**busy** 123:19
**butcher** 42:18
62:8,8,10 68:16
72:14 73:7 75:19
75:20 76:14 81:25
83:7,18 84:21,24
84:25 85:3,15,20
85:20,25 88:10
102:9 103:10,22
103:24 105:8
107:2 113:22
116:19,20,21,25
117:6,7,9,11 120:5
**butcher's** 17:18
70:6 86:15 99:19
99:19 120:11
**butchers** 4:10,14
5:8 43:10 48:7
58:6 60:18,23
70:24 74:14,14,16
74:17,18,20 76:2,6
76:10,13 81:20
86:17,20,21,21,21
86:23 87:2,2 88:6
88:10,15,24 89:17
94:8 99:17 102:6
102:12,20,23
103:24 104:19
112:7 118:15,18
118:19,20 122:3

126:23 127:8
131:10
**butches** 60:23
**button** 113:24
**buy** 80:13 81:16
90:22 91:8 104:5
119:14
**buying** 21:23

**c**

**c** 2:1 3:1 4:10,18
5:2 34:8,8 101:18
101:19,23
**calendar** 139:3,4
**call** 19:18 60:9
66:3 76:15 93:25
107:17
**called** 8:4 12:20
19:13 27:7 59:19
63:24 65:12 91:22
92:8 96:4,5 113:4
**calls** 15:20,20,21
91:18
**camera** 5:10
108:23 110:6
123:24 124:11
125:2,4
**cameras** 106:22
106:25 107:20
109:4,11,22,23,25
110:4,15 123:6,7,9
123:10,25 124:4
125:6,8,12
**capacity** 22:24
56:16 110:16
**capital** 114:19
**card** 54:2,4,8
**care** 15:18 16:6
21:13,19 22:24
25:3,21 76:8
81:18 102:16
103:6 131:22

carmen 2:10 7:9
24:7 29:8 43:21
46:19 53:8 60:12
67:6 125:13
case 1:6
cash 44:2,15 54:2
127:3
cashier 70:2
cashiers 58:6,8
88:5
categories 57:23
caught 99:14
cause 136:6
137:23
cc'd 29:15
ceo 26:5
certain 47:23
124:18 126:7
certificate 140:1
141:1
certified 6:16
certify 140:3
141:2
cfolegal.com 2:24
changing 33:19
charge 16:8
check 36:10 44:3
44:17,18 54:8
94:17
checked 113:16
checks 44:13 54:5
chester 2:13
chicken 73:9
82:18 83:8
children 10:8
chingiz 34:7 35:18
35:22 36:3,6
116:15,16,17
117:4,5 129:10
christian 65:3,21
65:24 66:5

city 130:3
claim 99:15
128:25
clarify 33:11
clean 70:22,25
71:19,25 72:7
75:5 102:16 103:2
130:15 133:8
cleaned 71:16,18
72:12 114:24
cleaners 88:6,11
88:16 134:2
cleaning 40:10
41:3 58:7 61:6,7,8
68:16 71:2,3,3,5,6
71:11,15,21 72:15
72:15,19 103:4
130:15 132:20
133:11,12,18,22
cleanings 71:12
cleans 70:20
cleanup 133:17
clear 108:22 136:3
cleared 137:9
clerical 12:9 15:10
15:12
client 73:10
clip 106:2 107:13
108:17
clock 4:20,21
43:12,13,25,25
44:16,16,20,20
45:12,12,23,23
46:11,11,18,18
47:6,6
clocked 45:3,7
close 33:17 100:5
100:6
closet 103:21
clothes 71:21

code 19:21
collected 134:6
color 115:6
coloring 106:14
come 21:20 26:7
36:8 44:17 52:19
64:2 65:12 67:2
67:25 68:10 72:8
79:24 80:16,20
81:21 86:4,17
98:8,9 100:16
118:21 128:24
129:2,2 132:11
comes 20:3,5 21:5
70:8 82:2 89:16
90:23 123:21
128:25
coming 12:12 24:6
52:20 66:3 97:25
97:25 103:16
120:12
common 130:19
communicate
115:11,22
communicating
38:5
communication
116:5
comp 46:19 97:11
company 4:23
46:13,24 93:21,22
complaint 91:17
91:19,22 92:3
103:10
complaints 88:21
89:4 91:24 92:4,8
completed 126:16
completion 29:10
complicated 23:6
33:8 129:12

computer 100:7
computers 110:17
concern 111:24
concluded 139:9
condition 77:10
coney 18:23
confer 87:6
confirm 45:8
68:17,18 138:15
confirmed 68:18
confirming 68:19
confusing 13:8
congdon 2:20 7:11
connection 128:19
130:3 136:10,11
consist 43:23
constitute 6:23
consult 54:17
cont'd 3:1 5:1
contact 88:11 98:8
98:9,11 120:12
contain 68:22
container 80:5
continuation
139:5
continue 60:16
continuous 124:20
continuously
124:16
conversation
116:14
conversations
26:9,24 27:2
66:10 95:13
convey 131:2
coo 26:4
copies 4:20 43:15
45:12 46:23 47:2
copy 4:22 5:7
23:21 53:24
105:12,23,25

106:18,19
**correct** 10:17
16:17 19:22 30:5
32:10 36:9 38:18
42:6,10 44:3 50:8
52:12 58:2 59:5
59:14,16 60:8
61:4 62:17 74:8
74:18 76:23 87:15
93:9 94:24 114:8
116:25 120:21
126:17 127:21
132:10 134:2
**counsel** 4:16 8:12
40:19 140:10,13
141:6,9
**counter** 117:12
**country** 96:9
**couple** 16:24
22:22 42:12 83:11
**courier** 52:24
**course** 129:13
**court** 1:1
**cover** 109:22
**credit** 54:2,8
**cs5119868** 1:25
**current** 27:8
**currently** 10:6,12
14:23 90:8
**customer** 75:4
85:14 86:2,4
**customers** 70:14
**cut** 1:7 2:9 40:4
41:5 60:11 63:24
64:2,4,10 70:9,13
75:4 77:16 80:5
83:8 86:8 87:19
87:20 89:9,10,23
90:8,16 111:15
112:12 120:2
122:2 129:5

134:14 136:22
137:10,12,17,19
**cutter** 41:6
**cutters** 78:12
87:15,17,21,23
**cutting** 73:12
**cv** 1:7
**cvasquez** 2:14

**d**

**d** 4:1,14,18,18 5:1
5:2,2,12 22:14
60:6 84:19 108:4
108:5,7 110:21
**dangerous** 89:15
**date** 1:18 5:15
32:25 34:17,25
35:17 42:24 43:5
43:8 50:12 53:21
79:14 113:11,12
113:12 133:2,9
139:3,5
**dated** 50:7
**dates** 42:25 43:13
43:17 50:3 126:19
126:19,21
**daughter** 10:10
**dave** 49:17
**david** 1:22 6:3
29:7,8 108:16
140:2,19
**day** 13:22 14:4
32:13 33:13,16
38:25 43:2 61:3
70:24 73:24 85:7
85:7 95:16,17,17
97:2 98:23 113:16
118:25 126:10
133:12,22 138:22
**days** 14:4,10,13,18
14:21 71:10 79:11
82:6

**dca** 21:14 72:5
**dealing** 15:20
**december** 113:12
113:13 114:5
120:2,19
**decide** 25:19 54:24
**decided** 25:19
86:19 89:2
**decision** 47:23
**defendant** 1:14
2:17 7:13
**defendants** 1:8 2:9
7:10
**definitely** 109:2
**degree** 11:12,19
**deleted** 111:12
**deliver** 61:23
**delivered** 48:11
51:23
**deliveries** 52:19
**delivery** 52:20
70:16
**demand** 45:11
69:11
**demands** 43:19
47:8 69:15
**department** 21:14
21:15,21 52:5,9,12
55:2 58:6,13,14
60:12 72:6 84:25
107:2 131:4 133:8
**depend** 105:8
**depending** 14:11
61:3
**deposition** 1:16
6:6,21 25:20
26:11,21 27:3
29:10 30:5 76:9
140:1
**depositions** 27:14

**described** 70:21
131:7
**description** 4:6,19
5:3,13 53:20
**desk** 117:12
**determinations**
48:3
**determine** 66:22
132:5
**device** 75:15
**difference** 108:20
**different** 5:9 8:25
17:23 21:10 25:15
32:18 47:5 59:22
59:23 98:7 99:18
105:5,6 107:5,11
107:20 123:10,12
123:12 124:11
**difficult** 9:7 13:13
**digital** 140:7 141:3
**direct** 83:14
136:14
**directly** 51:18,23
108:23 115:21
116:11 131:3
**dirty** 72:4
**disassemble** 72:7
**disassembled**
71:24 72:11
132:19
**disassembles**
72:13
**disassembly** 72:2
**discarded** 81:6
**disclosures** 49:8
**discuss** 121:10
**disinfectant** 71:21
**district** 1:1,2
**document** 28:5,17
28:25 69:4,17

**documentation**
44:14 45:18,21
**documents** 4:22
27:10,11,12 30:4
43:16 44:8,20
45:13,24 46:7,10
46:13,16,17,23
47:3 65:24 66:9
68:22 69:3,3
80:11 83:22 97:7
100:11,22
**doing** 11:11 15:22
42:12 66:13 71:12
76:2 97:23 125:10
130:17
**donlon** 2:20
**downloaded** 5:7
105:25 106:2,18
106:18
**driver** 58:7 61:9
**drivers** 61:10,13
61:22 62:5
**dry** 72:5
**duly** 8:4 140:5
**duties** 12:9 15:8
15:10,12,17 19:24
21:12 37:5 70:6
96:17
**duty** 39:25 40:9
41:3 131:21,24
132:6 133:7

**e**

**e** 2:1,1 3:1,1 4:1,5
4:18,18,18,18 5:1
5:2,2,2,2,12,12,12
18:9,10,20,21 29:9
29:14 42:16 49:16
84:17,19 90:23
99:9
**earle** 2:22

**earlier** 87:13
91:11 107:10
109:25 111:14
132:12 133:25
136:21
**early** 123:18
**easier** 43:24
**east** 8:9
**eastern** 1:2
**easy** 72:3
**eat** 100:20
**educate** 130:13
**education** 11:9
**efficient** 86:18
89:3
**eight** 43:14
**either** 25:16 87:7
94:8 131:3
**eleven** 33:18
**employ** 93:10
**employed** 10:12
10:14,15 12:13
13:3 34:20 37:11
37:13 58:8 72:24
93:15 140:10,13
141:7,9
**employee** 34:16
140:12 141:9
**employees** 31:10
32:7 37:19 42:13
55:22 57:15,23
58:4,14 60:13,16
60:22 66:6,11
88:4,9,18 102:14
102:20 127:7,8
134:10,21
**employment** 5:4
14:17 45:25 68:25
69:4,5,8
**english** 39:16
115:9,13,16,23

116:3,7,10,18
**entire** 38:24
**equipment** 50:7
51:10,23 55:3,19
80:21 81:22 90:20
91:13
**erased** 110:11
**es** 140:4
**especially** 123:13
**esquire** 2:3,10,19
**et** 6:8
**etcetera** 103:4
**evans** 2:19 7:5,11
7:11 11:21 13:5
20:10 24:14 26:24
27:22 28:2 29:11
29:16 34:20,23
40:18,22 42:19
43:21 44:5 46:19
48:14,25 49:10,13
49:17,20,24 50:12
53:7,11 57:18
58:19,22,24 59:3,7
59:14 60:11,15
66:13,17,24 67:14
67:16,19 69:16
77:19,21 83:24
84:5 88:15 92:16
93:14 95:5 100:15
100:24 101:5
105:2,6 108:2,7
109:7 113:6
114:19 124:24
125:2,13,25
128:12,15 138:18
138:21
**evening** 38:12
**event** 106:6
**everybody** 27:8
37:21 38:5 49:20
63:21 66:13,23

104:3 116:7,12
123:19,20
**everybody's**
100:17
**everyday** 82:8
**evidence** 64:15,16
**evidentiary** 6:20
**exact** 23:2 34:24
47:13 58:10 74:22
86:24 104:18
106:23
**exactly** 33:20 47:7
83:16 106:3
121:13 130:24
**examination** 4:2
8:14
**examined** 8:6
**example** 128:22
**excuse** 48:20
**exhibit** 4:7,9,10,14
29:2,4 49:14,16
50:6,10 91:11
101:17,18,19,23
108:2,5 110:21
**exhibits** 4:12,16
**exist** 107:20
109:16 110:9
**existed** 111:16
119:9
**exists** 69:12
111:16
**expect** 51:4 131:12
**expecting** 11:4
**experience** 12:10
16:5 62:11 63:4
63:11 73:8,11,13
73:17 118:18,22
**experienced** 74:16
**explain** 83:12
**explained** 82:20

**explore** 44:6
**extending** 68:5
**extent** 69:12 87:23
  106:17 112:23
**eyewitnesses**
  55:21

**f**

**f** 5:12
**fact** 71:23 81:5
  125:25 133:22
**falls** 124:6
**familiar** 47:22
  102:3 118:3
  125:16 130:6,10
  137:14
**familiarity** 119:3
  119:17,20
**family** 69:20
**fast** 12:20 14:5,7
  15:2,7,14,17
**faster** 86:18 89:3
**father** 5:6 40:9
  41:3 42:3,4,5,8,23
  43:2,18 45:20
  63:11 68:13 69:9
  69:22 87:11
  117:16,17 118:6
  122:12 133:15
**favor** 49:7
**fdny** 65:8
**february** 11:5
**feed** 123:23
  124:16
**feel** 121:12,19
**feels** 11:23
**fell** 111:9
**fellow** 43:11
**field** 73:15
**fifteen** 124:4
**fill** 45:18,20

**film** 125:3
**financially** 140:14
  141:10
**find** 27:7 33:10,21
  34:13 35:8 36:5
  37:9 45:10 50:19
  54:10,11,12,15
  55:4,12 69:7,10
  71:13 72:21 79:7
  93:24 94:22,24
  97:5,10,16,21
  105:18,19 107:16
  110:8 111:19
  116:6 123:6,21
  126:10 133:4,5,23
  136:9
**fine** 9:11 16:20
  23:13,16,23 36:11
  40:24,25 50:23
  67:8,9,9,12,18,19
  68:6 83:23 84:3,4
  100:25 126:12
**finger** 122:2
**fingers** 120:11
**finish** 8:21 13:6,10
  20:10 109:7
**fired** 136:11
**first** 4:7 7:4 8:4
  9:13 12:3,16 18:7
  21:13 23:4 27:23
  27:25 29:2 30:24
  34:6 39:25 40:9
  40:12,23 41:2,15
  41:19 43:9 45:2,7
  64:25 73:24 86:7
  95:14 97:24
  105:20 116:3
**fishlinger** 2:21
**fit** 105:9
**five** 15:11 58:18
  60:14,15 68:9

  74:3 110:22
  138:25
**fix** 20:23 21:7
  100:7
**fixed** 20:20 21:6
  21:19 114:13
  121:16
**flaherty** 2:20 7:12
**floor** 2:5 25:4
  131:3
**follow** 36:18
**follows** 8:6
**foods** 123:13
**foregoing** 140:3,4
  141:4
**forest** 19:22,23
  48:16 59:13,19
**forgive** 16:15
**forgot** 24:18 60:20
**forty** 110:22
**found** 36:21
**four** 17:16 25:15
  32:16 34:25 43:14
  58:12,18 60:13,14
  60:15 74:3 122:7
  124:3
**fourth** 113:12
**frame** 4:10 101:25
  105:19 106:5,8,12
**frames** 106:13
**frank** 8:10 136:3
**friday** 1:18
**fridges** 70:16
**friend** 26:22
**friends** 32:20,21
**front** 39:20 75:8
  113:18 114:23
  120:5
**fruit** 61:20
**full** 14:6,8

**function** 103:3
**functioning** 88:22
  89:7 92:5
**further** 140:12
  141:8

**g**

**g** 18:20,21 34:8
**gathered** 127:6
  137:22
**general** 88:18
  107:2 109:12
  110:2 119:3,4,18
  132:17
**gestures** 9:6
**getting** 44:2,3
  66:24 99:14
  103:13 126:21,22
  128:12
**gil** 2:3 7:6,7 27:20
  28:4,9 49:6
**give** 21:21 36:8
  44:12 46:16 54:5
  54:18 63:8 70:12
  70:15 73:8,10
  85:6 95:3 101:12
  103:5 126:6
**given** 4:22 85:11
  102:14,15,24
  103:7 105:9
**gives** 72:6
**glass** 68:9
**go** 7:3,6 13:8 15:6
  15:24 16:12,13,14
  19:25 20:2,7,19,22
  21:7,9,16 22:3
  25:9 27:7 28:9,14
  30:21,22 32:12,15
  32:18 38:11 45:9
  49:19,20,25 53:11
  55:24 56:4,5,23
  67:16 68:19 75:24

82:18 89:10 93:11
95:10 97:23 98:3
98:4,21 100:21
101:15 107:21
111:12 116:12
117:18 129:4
130:17 131:3
135:18 136:11,15
**goes** 32:13 48:4
82:14 110:11
131:15
**going** 7:18 8:18
9:18 16:7 20:19
22:12 27:20,22
28:4 30:11 34:15
35:13 39:17 41:23
43:7,15 47:2
49:18 51:5 66:16
66:19 67:24,25
68:8,20 76:7,8
83:10,12 87:25
93:23 96:4,13
100:5,7,20 101:5
101:17 104:22
106:18 107:17
108:2,12 109:2,23
112:24 123:14
129:2 133:4 135:2
136:5 138:14
**good** 6:2 7:17 8:16
8:17 37:15 49:18
49:19 66:25 67:2
115:16 138:21
**goto** 106:6
**governmental**
128:18
**grab** 103:22
**great** 29:16
**grind** 85:21
**grinder** 47:10,24
48:10 51:18 52:11

52:15 53:14,20
54:7 55:20 71:6
71:15,24 72:20
77:2,7,16 78:2,4
78:24 79:5 80:5
81:2 85:10,11,16
88:12,22 90:4
91:2,12,25 92:9,11
92:19 94:3,21
111:16 112:12
113:10 114:4,23
115:3 119:6,20,21
119:22 120:2,18
121:7 122:18
124:23 125:17,18
125:21 126:16
127:12,17,21
128:3,4,8 132:23
134:6 136:22
138:10
**grinders** 54:2
70:13,21 86:8
90:8,21 91:5,14
93:5 112:10,13
118:16,23 119:3
119:18 121:23
122:5 130:7 132:9
**grinding** 75:17
**grocery** 17:7
**ground** 86:3,5
**guard** 40:3,3,4
41:5,5,6 42:6,11
78:5,11,17,20 86:8
86:11,25 87:8,11
87:19 89:3,6,8,11
90:5 92:23,24
114:7,10 120:20
120:22,23 121:7
122:12,18 123:4
124:22 127:20
128:7,9 132:10

138:13
**guards** 122:4,9
130:16 132:13,19
**guess** 139:2
**guilmain** 141:2,14
**guy** 33:7 36:3,3,4
36:4,20 38:7 42:3
45:5 63:14,21
65:2 68:16,20,21
71:11 72:15,15
73:13 83:17 85:23
93:8 97:3 98:3,19
104:8 112:4 131:4
134:15 137:5
**guys** 27:13 30:13
30:19 31:20 33:5
39:24 42:12 43:11
62:20,21 65:5
73:23 74:4 76:7
76:14,15,17 82:21
93:13 106:3
130:19 131:20
135:22 136:4
137:7,21 138:19
139:3
**gzohar** 2:7

**h**

**h** 4:5 6:1 7:1 8:1
9:1 10:1 11:1 12:1
13:1 14:1 15:1
16:1 17:1 18:1,9
18:10 19:1 20:1
21:1 22:1 23:1,3,3
23:3 24:1 25:1
26:1 27:1 28:1
29:1 30:1 31:1
32:1 33:1,6 34:1,8
34:8 35:1 36:1
37:1 38:1 39:1
40:1 41:1 42:1,14
42:16 43:1 44:1

45:1 46:1 47:1
48:1 49:1 50:1
51:1 52:1 53:1
54:1 55:1 56:1
57:1 58:1 59:1
60:1 61:1 62:1
63:1 64:1 65:1
66:1 67:1 68:1
69:1 70:1 71:1
72:1 73:1 74:1
75:1 76:1 77:1
78:1 79:1 80:1
81:1 82:1 83:1
84:1,14,17,19 85:1
86:1 87:1 88:1
89:1 90:1 91:1
92:1 93:1 94:1
95:1 96:1 97:1
98:1 99:1 100:1
101:1 102:1 103:1
104:1 105:1 106:1
107:1 108:1 109:1
110:1 111:1 112:1
113:1 114:1 115:1
116:1 117:1 118:1
119:1 120:1 121:1
122:1 123:1 124:1
125:1 126:1 127:1
128:1 129:1 130:1
131:1 132:1 133:1
134:1 135:1 136:1
137:1 138:1 139:1
**halal** 19:18 30:8
31:23 32:6,24
33:22 51:13 52:2
55:11,24 56:3
57:16 58:8
**half** 66:21 68:5
137:20
**hand** 7:21 64:2
120:21,24 121:3

**hands** 9:7 67:7
120:11
**happen** 63:23
82:25 112:4
**happened** 31:5
36:25 38:6,7
51:14 55:23 56:23
63:14,17 64:3,12
64:18,22 71:11
77:4,6 78:10,16,19
78:23 79:11 80:10
80:25 87:4,25
88:23 96:19,24,25
97:3,4,10,11 99:4
99:5 100:3 107:3
109:13 110:3
111:17 112:2,11
112:14 118:2
119:2,8,15 121:22
123:15,17 133:10
**happening** 15:19
24:5 124:24,25
**happens** 20:16
51:20 68:24 96:3
111:7
**he'll** 28:16
**head** 9:6 74:14,17
74:20 84:21 85:20
85:24 118:15,17
118:19,20 138:11
**health** 21:14 72:5
**hear** 26:23
**heard** 121:19
**help** 13:24 14:2
21:13 22:2 29:19
32:20
**helped** 26:22
**helper** 62:8 68:16
85:24
**helpers** 60:20,21
60:24,25 88:6,10

**helping** 15:25
**hereto** 140:13
141:10
**highest** 11:9
**hill** 59:13,19
**hills** 19:22,23
48:16
**hira** 1:17 6:6 7:14
8:3 11:21 44:3
48:15 50:4,16,22
53:13 58:20 66:18
67:9,14,21 69:17
77:23 101:6,22
105:11
**hire** 16:10 43:17
69:19 73:7,25
74:7 118:17,19
**hired** 16:11,16,16
16:21 39:25 41:19
42:23 43:3,6 44:9
45:4,17 46:4 62:7
62:8,10,13 63:4,11
63:11 68:13,14,15
68:24 69:25 73:6
73:21 74:17 75:19
75:20 76:7 102:15
102:18 118:20
126:12 127:2,14
**hires** 104:10
**hiring** 43:13
**hmm** 9:7 26:25
28:6 35:16 52:13
**hold** 7:5 13:5 24:9
40:11 42:24 48:18
79:22 100:6
107:22 109:6,6
**hole** 75:16 89:10
120:17
**holes** 120:23
**home** 38:15 51:7
119:22

**honest** 117:25
**honestly** 111:22
136:6
**hoodie** 102:19
**hour** 66:20 68:5
82:8 128:13
**hours** 14:8,21,24
82:6,8
**house** 80:13
**how's** 97:3
**huh** 8:23
**human** 83:9
**husband** 103:18
**husem** 84:14

**i**

**idea** 43:10 50:19
54:18,20 84:2
**identification** 29:5
50:11 101:20
108:6
**identify** 7:2 27:25
28:17
**immediately** 37:16
**implied** 131:10
**incident** 27:9
33:13 34:18 36:25
37:16,25 51:14
55:23 56:14,23
87:25 99:4,10
100:3 101:25
107:3,6,18 109:12
109:20 110:3,5,7
111:11,17 112:2
112:11,14 119:7
121:22 123:15,16
136:12
**include** 35:8 60:20
60:21 68:25
**including** 58:19,24
87:7 88:9

**income** 97:12
**indicate** 43:17
46:7
**indicated** 30:3
74:6 87:13,14
111:14 133:25
**indicates** 125:21
**individuals** 34:3
94:7 99:4 117:13
118:6
**influences** 100:9
**informal** 129:19
129:21
**information** 30:14
55:15,19 62:19,23
62:25 63:3,7,8,13
72:23 80:24 97:24
98:6,12,14 127:19
**initially** 16:21
96:23
**injured** 42:3
133:13
**injury** 83:17 97:4
**inquire** 114:22
**inquired** 134:21
137:8
**ins** 43:12 46:18
**inspect** 93:5
**inspected** 113:15
113:15
**inspection** 65:25
66:2
**inspections** 128:19
**instance** 54:6
**instructions** 8:19
64:21 80:16
**insurance** 4:23
44:17 46:13,24
64:23 65:2,12,15
97:7,8,10,14 98:3
111:10 128:25

137:5
**insurances** 25:21
**intact** 122:10
**intended** 6:18
**intercepts** 126:19
**interested** 140:14
  141:11
**interfere** 126:19
**interpreted** 9:8
**interrogatories**
  4:8 27:15 28:18
  29:3 35:11 125:20
**interrogatory**
  29:20,23
**interrupted** 94:2
  100:8
**interview** 76:9
  126:23
**interviewed** 76:10
**investigation**
  96:18 99:15
  129:19,21,21
**invoice** 4:9 49:9,11
  50:7,12 52:22
  53:13,14,24 90:23
  91:10 94:13,16,25
  128:6
**invoices** 90:19
  94:19
**involve** 130:7
**involved** 16:3
  47:10 53:15 64:13
  71:6,14 74:24
  76:3 77:3,17 79:5
  80:6 81:3 88:12
  92:21 113:11
  122:13 128:4
  129:11
**involves** 76:5
**involving** 121:23

**island** 18:23
**isojon** 1:4 2:2 6:7
  40:2,9,13 41:2,16
  41:19 42:4 43:5
  69:20,25 74:25
  133:13 137:19
**isojon's** 42:5
**issued** 20:22
**items** 70:23 80:11
  135:6 138:6,15

### j

**j** 22:14 84:19
**jacket** 99:19
**jacobson** 3:3 7:18
**january** 11:5,5,6
  13:2 15:6 50:8,12
  53:2 128:6
**job** 1:25 12:3,15
  12:16 14:3,6,9
  68:13,22 85:2,7
**jobs** 15:13
**july** 126:16

### k

**k** 18:9,10 23:3
  33:6 41:25 42:14
  42:16 84:9,13,15
  84:16,16,17,19
**kaderkajev** 35:5
**karzinka** 1:13
  2:17 4:9 7:13,14
  10:15,20 12:25
  13:4,22 14:9 16:4
  16:11,16 17:6,13
  18:2 19:15,18
  25:16,24 26:16
  34:21 35:20 37:8
  37:17,20 38:10
  45:25 47:9 48:12
  48:22 53:25 59:10
  59:20,25 60:8

61:14,23,25 64:10
  66:5 69:6,9,19
  72:25 73:21 76:11
  76:16,23 77:15
  79:3 80:19 81:2
  81:19,24 87:18,24
  88:4,6,9,17 90:9
  90:19 93:4,9,15
  99:17 102:11,17
  102:21,23 103:3
  103:25 104:5,9
  112:6,13 118:16
  119:7,14,19
  121:22 122:6
  127:25 129:24
  130:2,8,10 131:14
  132:3 133:2,8
**karzinka's** 29:2
  37:10,14 53:3
  138:16
**kazim** 72:18,24
**keep** 33:19 37:4
  46:23 64:23,25
  65:9 72:7 73:8
  79:25 86:2 94:16
  97:24 99:6 103:2
  104:9 110:15,17
  111:8,11 125:10
  134:25 136:20
**kept** 64:15 79:25
  80:17 104:12,14
  134:19,24 135:6
**kg** 53:20 89:23
  112:12
**khodjimametov**
  84:11 116:8
**khusem** 41:5
  42:13,22 83:17
  84:6,7,13,15,20
  85:6,11 112:18
  116:8,25

**khusem's** 83:20
**khusenov** 1:4 2:2
  6:7 69:25
**khusenov's** 42:4
  69:20
**kind** 17:6 21:2
  47:14,23 48:4
  52:23 55:3 67:3,5
  71:20 81:19
  103:21
**kinds** 58:4
**king** 2:12
**kingsborough**
  11:15
**knew** 138:5
**knife** 83:8
**knives** 70:13,22
**know** 9:16 13:11
  13:11,25 16:6,7
  19:20 22:25 23:5
  23:14,19 24:9
  28:10 29:8,12
  30:19 32:22 33:7
  33:13,19,20 34:10
  34:24 35:6 36:9
  36:14,16,18,22
  37:12,23 38:3,4,20
  39:5 41:23 46:12
  47:9,12,13 48:3,5
  48:5,9,10 49:4
  50:21,21,22,23
  51:4,7,9,12 52:2,5
  52:8,25 53:5,13
  54:6 55:7,10,13
  56:17 57:2,12,24
  61:20 63:5,12,20
  64:3,12,16,18,19
  64:20,21 65:14,17
  66:15,20 67:3,10
  70:3 71:4,10,12,14
  71:15,17,18,22,23

72:6,10,15,16,17
72:18,21,23 73:14
73:19,22,25 74:2
74:22,23 75:7,11
75:22,24 76:4
77:25 78:18 79:7
79:18,21 80:2,4,8
80:9,10 81:5,9
82:7,9,19,20 83:3
83:16,16,21 84:9
85:14 86:3,14,15
86:20,24,24 87:10
87:12,19,21 89:4,4
89:5 90:14,25
91:8 92:11,14
93:13,14,21 94:5,6
95:25 96:5,8,9,11
96:11 97:13,13
98:3,12,22 100:4,5
100:9 103:7,16,19
103:23 104:7,12
104:14 106:23
108:13,16 110:9
111:22,25 112:3,5
112:16,22 114:3
116:12,14 117:11
117:15 118:12,14
118:25 119:9
122:11,14,15,16
122:17,21,23
123:7,22 126:18
127:5 128:22
129:11,15 130:12
130:19,20 132:11
133:11,21 135:11
136:4,7,9,20
137:17,20 138:5
139:3
**knowledge**  59:9
59:10 73:12 78:25
79:8 85:3 98:25

118:13 120:15
140:9 141:6
**known**  5:16 19:16
96:13
**knows**  64:5 85:23
112:17 118:14
**kozim**  41:4,20,21
42:2,5,7,22 43:3
43:18 45:20 71:11
87:10 133:11,14

---

**l**

**l**  22:14 36:21 37:2
**labels**  125:17,22
**language**  30:15
32:9 38:20 39:14
116:3,4
**late**  33:17
**laughing**  103:18
**laundry**  103:4
**law**  7:8
**laws**  6:20
**lawyer**  21:16
26:22 77:11
**lawyers**  21:17,21
27:13
**laziz**  36:21 37:2,3
37:5,8 65:11 98:5
98:17 112:19,20
115:15,18 116:21
129:10 137:8
**lazy**  119:23
**learn**  73:25 83:13
95:14 99:5
**learned**  12:10
95:25 96:16,24
**learning**  95:11
**leave**  23:20 34:15
34:21,23 50:18
96:9 133:5
**leaving**  67:4

**left**  15:7 34:22
37:15 39:8,11
63:6 64:14 66:18
112:21 133:12,20
134:7,11
**level**  11:9
**liability**  97:14
**license**  20:21,22
**licensing**  13:24
15:22 16:4 21:25
**line**  20:20
**list**  55:13
**listening**  101:14
**litigation**  79:23
88:2 111:20 113:3
**little**  33:8 44:6
49:25 50:18 70:25
73:13,19 89:24
95:10 97:22
100:19 115:10,17
**llp**  2:11
**locate**  107:15
109:19 136:16
138:9
**located**  17:24 18:4
18:22,23 19:14
88:2
**location**  1:20
16:14 32:2 35:15
43:11 48:14 59:13
66:8 86:3 89:22
129:10
**locations**  13:21
32:18 89:20
**log**  44:25
**logged**  44:24
**logs**  46:9
**long**  10:19 11:20
11:21,25 12:22,23
14:13 23:11 33:16
40:5 73:14 83:25

110:7,8,15,18
122:17,25
**longer**  62:16,18
66:16 74:15
110:20 112:20
116:14
**look**  19:3 20:19,22
21:7,15 27:12
28:7 44:21 49:8
54:12 55:2 73:25
81:13,21 82:2,13
83:5 90:3 93:4
100:21 101:22
102:3 113:9
114:10 115:5
125:23
**looked**  27:9 69:5,8
77:7,8,12,13 81:9
90:4 91:11 92:12
92:15 107:5
111:19
**looking**  28:8 45:2
49:10 53:16
119:16 123:16
125:7 137:22
**loose**  103:12
**loss**  5:15 35:15
**lost**  124:6
**lot**  22:22 25:5,5
60:21 70:13 76:9
113:14,25 117:10
129:11
**lunch**  66:25

---

**m**

**m**  2:10 4:18 5:2,12
18:20,21 41:25
42:16 84:17,19,19
**machine**  40:2,3,10
41:4 48:6,8,9
54:25 55:3 63:22
63:25 64:4,6,9

65:5,6,25 70:12
72:8 74:7 75:6,7
75:16 77:9,12
79:25 80:11,15
81:8 82:2,11,12,14
82:16 83:5,9,11
85:21 88:25 89:7
89:9,19,19,21
91:18 92:4,5,24
94:6,9,12 111:24
112:15 113:14,17
113:25 120:22
122:24 126:5,11
126:22 130:14
134:15 136:18,20
137:6,22
**machines** 63:25
70:20 72:4,10
73:12,23,24 74:4
74:11 75:3 82:21
82:24 93:5 119:16
122:8,9
**mail** 29:14 90:23
**mailed** 29:9
**mailing** 15:20
**mails** 99:9
**main** 16:13,22,23
16:23 47:15 48:15
119:13
**maintain** 80:20
90:19 102:16,24
**maintained**
114:24
**maintenance** 93:8
93:10,19,22
**making** 38:8 46:15
48:4 131:21,22
**manage** 54:18
**manager** 7:15,16
10:16,19 15:9,10
15:13,16,18 19:25

21:12 23:24 24:23
25:7 27:8,8 30:18
30:18 31:10,14,20
31:21,22 32:3,24
33:12,16 34:17
35:22 36:2 52:4
52:18 53:4 54:24
55:6,9,14,17 56:7
56:9,10,11,12,18
56:19,19,21 57:24
62:13 87:3,6
95:22 96:17 104:8
112:17 116:20,23
117:8,9 121:6,14
129:6,8
**managers** 5:14
24:3,21 25:2,5,11
32:17,18,19 33:18
33:23,23 34:4
35:14 47:12,20,24
54:21,23 56:7,8
57:25 68:21 98:7
98:12,14 103:15
103:15 117:10
130:23,25 131:5,6
131:20,24,25
132:6,13 136:19
137:4
**managing** 84:25
**manger** 84:23
**mangers** 132:3
**manner** 6:21
**manual** 81:2,5,21
81:21 82:2 115:2
**manuals** 80:16,20
81:17
**manufacturing**
91:13
**march** 1:18 6:8
41:6 78:12 122:19
127:21 128:8

**mark** 27:22 28:25
50:6 101:17
**marked** 29:4
50:10 91:11
101:19,22 108:3,5
**market** 30:8 61:14
61:15,18,18,24
77:15 79:4 93:4
130:2 133:2
**marketing** 11:11
**markets** 17:17
61:20 76:21 90:9
130:7
**married** 10:6
**matt** 3:3 7:18
**matter** 6:7
**mean** 20:15 56:6
67:10 79:9 93:7
125:9
**meaning** 135:17
**means** 6:22 40:19
**meant** 63:23
120:11
**measure** 131:7
**measures** 131:16
131:22
**meat** 17:17,18
19:18 30:8 31:23
32:7,24 33:23
47:10,24 48:10
51:13,18 52:2,11
52:11,14 53:14,20
53:25 54:7 55:11
55:20,24 56:3
57:16 58:9 70:7,9
70:13,14,15,21
71:6,15,24 72:5,20
75:4,13,16 76:21
77:2,7,16 78:2,4
78:24 79:5 80:5
81:2 82:16 85:9

85:11,16,21,21
86:3,5,8 88:12,22
89:10 90:4,8,20
91:2,5,12,14,25
92:9,11,19 93:4,5
94:3,20 111:15
112:9,11,13
113:10 114:23
115:3 118:15,23
119:3,6,14,18,20
119:21,21 120:2
120:16,18 121:7
121:23 122:5,18
124:23 125:17,17
125:21 126:16
127:12,17,21
128:3,4,8 130:7
132:9,23 133:2,8
134:6
**meats** 114:2
**mega** 18:20
**megamarket**
18:14,18
**members** 69:19
**memory** 36:11
110:16
**mentioned** 30:7
88:5 90:13 123:3
136:21
**mess** 19:3
**message** 63:3
131:2
**messages** 43:9
**met** 117:17
**metal** 41:6 78:11
87:15,17,21,23
**michael** 141:2,14
**mind** 79:24 89:16
**minute** 7:5 30:21
42:19 68:9 110:19

**minutes** 82:17
  138:25
**missing** 137:23
  138:6
**mistake** 49:24
**mm** 9:7 26:25 28:6
  35:16 52:13
**model** 77:17 89:23
  89:25
**moment** 8:8 95:4
**money** 16:9
**month** 57:6 127:5
**months** 35:2 41:4
  63:7 74:3,3,7
  111:13 126:15
  127:12,16
**morning** 6:2 8:16
  8:17 123:18
**mother** 119:23
**mouth** 46:2
  130:18,21
**multiple** 83:2,4
**mute** 125:8

**n**

**n** 2:1 3:1 4:1,18
  5:1,2,12,12 18:9
  18:10 22:14,15
  34:8,8 84:18
**name** 6:2 12:18
  19:16 22:25 23:2
  23:4,5,11,22 33:4
  33:6,7 34:7,16
  35:5 36:5,20
  41:21 42:13 44:24
  47:13 60:2,4 65:3
  71:4 83:20 84:8
  84:14,18 93:21
  94:4 114:16
**named** 60:3 65:20
**names** 5:14 33:8
  34:2 35:14 59:22

59:23 74:22 83:25
  86:24
**narrow** 43:22
**near** 128:12
**need** 9:10 18:5
  26:15 28:13 37:5
  45:16 48:7 66:14
  68:8,9 70:8,25
  76:14 85:15 86:4
  95:4 97:6 98:2
  135:2 136:20
**needed** 39:8 55:3
  85:9,10 111:22
**needs** 67:10
**neither** 138:10
  140:10 141:6
**never** 80:14
  113:15 119:15,23
  121:24
**new** 1:2,21 6:10
  8:10 17:4 19:4
  48:19,19,21,21,25
  49:3,3 51:6,6 74:3
  75:18,20 76:7
  82:21 104:9,10,23
  140:20
**newly** 74:17
**night** 40:9 41:3
  71:2
**nine** 106:24
  123:19,21,21
**nods** 9:6
**noise** 15:11
**normal** 121:12
**notarized** 29:13
**notary** 1:22 6:9
  29:11 140:20
**notes** 99:6,6
**notice** 119:12
**noticed** 59:19
  119:15

**notified** 129:14
**notify** 129:16
**number** 44:12
  106:23
**numbers** 58:10
  59:3
**ny** 1:21 2:6,13,23

**o**

**o** 4:18 5:2,12,12
  18:15,16 22:14,14
  22:15 23:3 41:25
  84:19,19
**o'callaghan** 2:20
  7:12
**o'clock** 66:25
  67:12
**o'connor** 2:11
  7:10
**oasis** 18:14,18
**oaths** 6:10
**objection** 6:13
**observe** 120:25
**observed** 119:25
  120:19 121:7,10
**obviously** 29:15
  48:12 52:20 54:17
  71:20 77:25 88:10
  96:4 103:8
**occurred** 37:17
**oconnorlawfirm....**
  2:14
**odiljon** 22:10
**offer** 102:18
**office** 7:8,15 10:16
  10:19 12:5,6,15,19
  15:9,10,13,16,18
  15:19,25 16:12,13
  16:14,20,22,25
  17:8 19:24 22:17
  22:18 23:24 24:3
  24:5,21,23 25:2,4

25:4,10,11 26:7
  31:21 47:16 48:15
  56:9,11,19,21
  81:15 95:22 96:17
  98:10 100:9
  104:13,15 117:19
  121:6 123:21,24
  124:21 132:25
**officer** 140:1,2
**officers** 25:24
**offices** 17:9,12
**oh** 13:19 20:17
  24:9 27:13,24
  34:22 66:17 77:24
  85:23 86:4 93:7
  108:13 109:9
  115:8 119:23
  123:10 126:18
  128:14 134:13
  136:5 138:20
**okay** 7:17 8:11,20
  9:2,5,9,17,20,20
  9:21,23 10:6,12,25
  11:7,14 12:18
  13:8,16,19,19,20
  14:5,9,16,20,23
  15:2,7,12 16:3,11
  17:11,23 18:7,11
  18:17,24 19:3,19
  19:24 20:14,18,22
  20:23 22:7 23:4,7
  23:10,13 24:13,18
  25:6,9,13,19 26:7
  26:15,18,20,23,24
  27:16 28:2,11,14
  28:15,16,21,24
  29:10,16,22 30:3,7
  30:11,21 31:9
  32:3,10,12,23 33:9
  33:11,22 34:2,9,15
  34:18,23 35:7,10

35:18 36:6,13,14
36:15,15,17,22,24
37:10,13,16 38:22
39:5,12,14,17,18
39:19 40:7,15,21
40:23,24 41:21
42:2,6,10,15 43:15
43:18,21 44:5
45:2,11,14 47:2,8
49:13,17 50:6,9,14
50:22,25 51:3,4,9
51:13,17,21 52:2
52:17,22 53:6,11
53:18,23 56:13
57:12 58:4 60:7
60:10,15 61:6,11
61:17 62:2,7 63:8
63:15 65:20,23
67:13,14,15,19
68:3,7,7 69:8,11
70:4,6,7 73:5,8
74:10,20 76:6
78:4,7 79:13,18
80:24 81:19 82:13
82:17 83:5,11
84:8,14,20 85:4,20
87:17 88:3,3
91:10,21 93:9
94:18,22 95:12,25
96:15 97:3 98:11
98:20,22 99:3,17
100:12,15,18,24
101:7,16 102:5,11
102:23 104:22,25
105:6 106:16,21
107:14,17,19,25
108:7 109:2,9
110:23 111:6,14
112:22 113:17,20
114:7,20 115:8,15
115:21,25 116:13

116:25 117:7,23
118:5 120:4 121:6
121:18,21 122:17
123:2 124:8 127:8
127:10,14,19,23
128:3,11 132:8,12
132:17,22 133:14
133:16,21 135:24
136:25 137:17
138:8,8,12,17,20
old  9:23 10:10
92:11
once  57:6,6 85:19
85:23 96:16 103:5
104:2 119:15
128:24
ones  18:3 24:4
25:13 74:14 86:22
88:5 102:21 104:9
104:23 119:18
131:2,21
online  77:8,12
90:22 91:2,9
94:15
open  33:16 64:2
opens  124:19
operating  82:22
83:10 113:20
operations  32:17
75:23,25 76:16
opposed  29:12
orally  38:6
order  55:5,7,10
71:24
ordering  85:14
orders  51:23
orlando  2:11 7:10
osha  128:22,22,25
129:14,16 130:6
132:16,17

outcome  140:14
141:11
outs  43:13 46:18
outside  6:12 100:9
oversee  25:17
ovington  2:22
owned  25:15
76:24 90:8 112:13
118:16 119:19
122:5
owner  22:8,9
25:23 26:5 37:18
57:9 87:7 121:10
121:20 131:15
owner's  80:25
owners  51:7
owns  76:23

p

p  2:1,1 3:1,1
p.m.  95:8 101:4
139:8
pack  70:11,14
packing  82:18
page  4:2,6,19 5:3
5:13 29:11,25
pages  27:21 28:4
28:10 138:24
paid  44:2,3,14
47:14,15,17 54:3,7
54:7 127:3
pakistan  11:10,16
paper  138:2,2
paperwork  13:23
43:14
part  14:3 19:24
52:7 65:6 96:17
111:8 134:12,13
136:21 137:6
138:10,10
particular  52:25
60:7 61:14 70:9

114:4 120:18
particularly  82:13
parties  6:11,14
29:15 140:11,13
141:7,10
parts  63:25 64:3,9
64:13 70:7 72:8
130:14,16 132:19
134:6,10,11,22
136:16
party  1:11,14 2:17
7:12 88:7 93:18
93:19 94:4,9,13,20
passes  111:12
pay  44:13 53:25
payment  94:16
payments  21:22
21:23,24 22:3,3,5
payroll  4:20 42:24
42:25 43:16 45:5
68:20 97:8 127:2
127:5 132:5
pays  47:19
pc  2:4
pending  9:12,12
people  16:7 19:17
22:23 44:15 55:21
61:8 64:16 70:10
71:3 76:12,25
93:20 98:7 116:6
116:6 118:17
127:6 129:11
131:3
perfect  50:9,14
perfectly  50:23
perform  96:18
103:3
performed  128:19
period  38:25
128:9

**permission** 26:15
85:15 101:13
**permits** 44:12
**permitted** 6:18
**persian** 38:23
**person** 22:23 33:3
35:4 55:6,14
62:14 65:20 67:4
85:6 98:9 103:9
114:22 115:23
131:17 134:5
**personal** 118:12
119:21
**personally** 117:17
135:9
**personnel** 71:5
**persons** 93:10
**pertains** 124:8,11
**ph** 7:18 35:5
**phone** 36:5,21
50:9 91:2 105:14
107:15
**photo** 104:20
106:5,12,12
**photograph**
101:22
**photographing**
65:25
**photos** 65:18
100:10 101:6
137:25
**physique** 105:10
**pick** 61:15,17,18
61:22
**picture** 106:10
126:10
**pictures** 65:3,4,13
65:14 98:4 100:8
**piece** 70:9
**pieces** 70:10 73:9
89:10,12 134:6

**place** 47:8 82:7
125:6 138:21
**placed** 55:7
**places** 13:3
**plaintiff** 1:5,11 2:2
5:5 7:8 43:5,17
45:17 62:7 69:6
69:20 73:5 74:6
74:21 75:8 76:19
78:24 82:5 85:7
85:10,15 100:2
103:20 104:18
112:2,9 126:12
127:24 138:2
**plaintiff's** 5:5 42:8
42:22 43:2 45:25
68:13 69:9 79:5
79:14 80:7 81:3
83:14 87:11 88:12
99:14 117:14
118:6 122:12
128:19 129:14,16
132:7 136:22
**play** 108:12,14
**played** 41:12
101:10
**please** 7:2 8:21 9:3
9:16,24 27:21
28:7 39:17,23
40:18 41:8,22
87:25 95:4 101:9
**plunger** 78:8,23
79:4,12,14,18,24
80:2 89:12 92:25
111:15,25 112:25
113:2 115:3,4
120:6,10,17 121:8
**plungers** 75:13,14
112:7
**po** 2:12

**point** 77:6,14
**poor** 112:3 137:21
**port** 2:13
**portion** 127:10
**position** 55:7,10
131:23
**possession** 77:16
79:4 138:16
**possible** 84:11
**post** 29:9
**potential** 21:8
**potentially** 57:25
**power** 55:5
**practice** 80:19
81:24
**prakhin** 2:4 7:8
**prakhinlaw.com**
2:7
**prefer** 44:14 67:4
**preparation** 30:4
**prepare** 26:20
27:3 29:19
**prepared** 141:3
**preparing** 86:5
97:9
**presence** 6:12
**present** 3:2 7:18
8:7 26:13 31:9
75:18 98:23
**preserve** 39:18
111:20 113:3
**preserved** 88:2
104:23
**president** 26:5
**pressure** 134:25
**previous** 62:11
**price** 55:4
**print** 44:22,23
**prior** 12:12 73:17
140:4

**pro** 1:7 2:9 77:16
80:5 86:8 89:23
90:8,16 111:15
112:12 120:2
**probably** 119:11
133:20 138:23
**problem** 34:19
67:20 109:5,21
121:15
**problems** 25:22
44:17 93:12
**procedural** 6:19
**procedure** 51:22
76:20 80:20 81:20
81:25
**proceeding** 1:20
6:4,8,17 139:9
141:4
**proceedings** 140:3
140:4,5,8 141:5
**process** 75:19 76:4
76:19 80:9
**produce** 58:6,13
60:12 61:15,18,19
61:22 123:13
**produced** 6:16
**product** 52:10,23
52:25
**production** 107:17
**professional** 12:20
14:6,7 15:3,7,14
15:17
**prokraft** 1:7,10
2:9 6:7 78:3 90:2
90:15,16 92:5,8
112:12
**pronounce** 23:14
**proof** 44:15 94:17
97:12
**proper** 44:11 69:3
71:2,2,3 77:10

**properly** 29:12
93:6 97:16
**property** 22:2
**protect** 120:11
**provide** 69:13
102:11
**provided** 35:14
99:18
**prussian** 116:4,4
**public** 1:22 140:20
**purchase** 47:14,23
48:4 54:16 80:21
81:22 112:6
**purchased** 47:9,21
54:21 78:5 91:2,5
91:12,14 92:14,18
114:4 128:5
**purchases** 47:21
54:14 90:20 104:7
**purpose** 30:11
56:16
**push** 120:16,17
**put** 9:24 23:22
45:11,16 55:13
69:16 72:13,16
73:9 75:13,15
82:16 113:18
120:20,23 121:3
130:15 132:14,20
**puts** 72:10,12

**q**

**qualified** 140:7
**quality** 55:4
**queens** 18:2 19:13
30:8 31:22 32:6
32:24 37:20 38:10
52:3 55:11,24
56:3 57:16 58:9
59:24 61:14,24
77:15 79:3 87:18
87:24 93:4 103:25

112:14 130:2,8
133:9 138:2
**question** 8:21,25
9:11,12,15,18 13:6
13:10 20:11 24:15
24:19 30:13 36:24
40:12 44:9 50:18
51:21 53:10 56:22
101:9 109:8 115:7
117:18 124:15
136:25
**questions** 8:18
28:19 31:15 35:10
40:6,19 43:23
67:5,21,25 97:15
138:24
**quickly** 33:12

**r**

**r** 2:1 3:1 4:18 5:2
5:12,12 19:2,8
22:15 23:3,6,9
24:22 31:19,21
37:18 56:2,9,20,23
95:22,23 98:10
105:21,22 118:9
118:10 126:25
131:15
**raise** 7:21
**random** 138:24
**rates** 44:17
**read** 24:14 39:23
40:7,18,20 101:8
**reading** 40:16
**really** 11:22 33:17
67:6 90:10 126:6
**reason** 9:16 28:13
31:6 59:24 67:11
108:14 116:5
**reasons** 21:9 57:3
**recall** 94:4 98:13
99:25

**receive** 23:21
130:2
**received** 11:19
52:3,14,23 53:2
55:10,19 74:5
87:14 99:10
106:13,14,19
126:14,14 127:20
**recognize** 117:13
**recollect** 51:2
**recollection** 58:11
**record** 6:4,5,14
7:2 9:25 24:11,12
27:16,18 39:23
40:23 41:11,12
42:19,20 68:11
95:6,7 101:2,3,10
108:18 125:13,14
139:6 140:9 141:5
**recorded** 6:21
66:10 140:6
**recorder** 23:19
**recording** 6:16
105:24 106:20
110:24 123:2
124:13 140:8
141:3
**records** 4:21 43:23
43:25 44:21,22
45:24 132:6
**recover** 138:6
**redd** 2:11 7:10
**reduced** 140:6
**refer** 19:17 84:5
**referred** 59:25
60:7
**referring** 43:16
44:8 45:13 64:7
110:4 129:9
132:15,18

**regard** 91:17 92:3
105:11
**regarding** 26:10
37:24 53:10 55:19
65:24 66:10 80:25
88:21 91:19,22,25
92:5 99:6,9,15
114:15
**regardless** 34:4
**registers** 123:13
**regularity** 57:6
**regulations** 130:6
130:11 132:17
**reid** 2:20
**related** 25:22
140:10 141:7
**relates** 53:14
**relating** 45:24
90:20 92:9
**relative** 140:12
141:9
**remember** 11:2
23:12 36:4 46:6
49:13 95:19
**remind** 128:16
**reminding** 128:16
**remote** 1:20 6:8
**remotely** 6:12
**removable** 132:10
**removal** 86:11,13
89:5 122:13
**remove** 86:19,25
87:11 122:18
132:13
**removed** 78:11,20
86:9,18 122:5,12
122:19,22 123:4
124:22 125:6
127:20 128:7
136:23 138:3

**removing** 87:8
**repair** 93:7,10,13
  93:22 94:3
**repeat** 52:7
**report** 16:21 22:7
  22:8,17 25:10
**reported** 1:22
**reporter** 6:2,3
  7:17 8:7,11 9:8,8
  13:14 24:7,12,20
  41:8,10,12 49:19
  68:8 95:7 101:3
  101:10,15 139:6
**reports** 37:24
  65:23
**reprimanded**
  136:11
**request** 35:13
  50:17 86:25 87:3
  96:13 106:18
  109:2 112:24
**requested** 41:13
  101:11
**require** 81:20,25
**required** 53:3
  54:22 118:25
**requirement**
  70:14
**requirements** 75:4
**requires** 52:24
**reread** 41:9
**residue** 72:5
**respond** 126:17
**response** 4:7 29:2
  40:7,12 41:15,18
  43:9
**responses** 9:3
  28:20 29:20 40:8
  51:2
**responsibility**
  47:25 70:22 72:19

133:7,17
**responsible** 71:5
**rest** 60:16 116:2
  136:15
**restaurant** 50:7
  53:2 91:13
**retail** 15:22 17:7
  17:13,20
**retain** 79:22
**retained** 4:16
**retrieve** 122:25
**review** 23:21
  81:21
**reviewed** 29:22
  30:4
**right** 7:20,21
  12:24 23:18 34:14
  37:10,14 39:20
  40:13 49:11 50:22
  59:7,9,13 60:10
  64:11 71:12 82:21
  87:15 90:12
  101:18 106:17
  107:10 109:17
  112:18 114:5
  117:20 121:14
  128:13 135:15
  137:11
**room** 123:8
**routine** 20:7,9
**rubenstein** 1:22
  6:3 140:2,19
**rule** 49:8
**rules** 6:20 121:12
**run** 117:11
**running** 124:16

**s**

**s** 2:1 3:1 4:5,18,18
  5:2,2,12 18:9,10
  18:15,15,16,16,25
  19:7 22:15 23:3

42:16 84:17
**s&v** 4:9 50:7 53:2
  91:12,19,24
**safe** 135:2
**safety** 78:5,11,16
  78:20 86:8,11,25
  87:8,11 89:6,8
  90:5 114:7,10
  115:2 120:20
  121:7 122:4,11,18
  123:4 124:22
  127:20 128:7,9
  130:16 131:7,16
  131:22 132:10,19
  138:13
**salary** 44:18 46:4
  46:8,14
**samarkand** 60:4
**save** 79:22
**saw** 40:3 41:5
  42:10,12 70:13
  77:9,11 83:9
  90:14 110:20,24
  114:4 125:25
  126:4,5,11 137:6
**saws** 70:21
**saying** 39:10
  125:22
**says** 24:7 63:21
  106:5
**scared** 117:25
**scenarios** 21:2
**schedule** 66:3
**scree** 124:10
**screen** 49:18 57:19
  101:8,13 106:20
  124:3,8,11
**screens** 123:8
  124:3
**screws** 114:12

**scroll** 27:20 28:4,9
  28:16
**scrolls** 28:8
**search** 109:19
  112:24 135:9,11
  135:21 136:15
  138:14
**second** 24:10
  27:17 34:7 40:11
  48:18 49:16 95:4
  100:6 107:22
  116:4
**seconds** 110:19,22
**security** 44:12
**see** 16:5 20:3,6
  21:2,5,22 49:21
  50:3,8,17 63:19
  75:8,23,25 76:2
  77:2,3 83:8,10
  89:18 97:6 99:16
  101:5 102:8
  104:19 106:4,4,6
  107:12,23 113:21
  117:21 121:3,11
  123:10,14,16,23
  124:5,22 125:7,9,9
  135:22,25
**seeing** 108:10
**seen** 65:23 66:9
  102:4 110:23
  113:14,24 119:6
  119:10 125:19
  137:7,25
**select** 110:14
  139:4
**selling** 21:23
**send** 21:16 29:11
  32:6 37:6 69:15
  69:17 108:23
**sense** 67:5 130:19

sent  49:9 63:2
  99:10 103:4
  105:12,14,16,19
  105:23 118:3
separate  83:7
september  97:20
serious  21:18 89:4
  117:22
service  52:24
  94:14,22,23
serviced  94:9,12
services  12:20
servicing  94:2,20
set  4:7 29:3 52:5
  52:10 66:21
seven  57:17 59:4,8
share  49:18 57:18
  101:8 108:16,16
shift  40:9 41:3
  59:4 60:19 61:4
  131:25 132:2,4
shifts  33:20 58:20
  58:25
shipment  52:3
shipped  51:11,18
shipping  80:5
shirt  99:19 100:2
  103:6,11 104:3
shirts  102:6,9,12
  102:15,24 103:7
  103:22,24 104:5
  104:23
shokhruh  22:25
  23:9,24 24:22
  25:11 31:18,18,19
  31:19,21,22,25
  37:18 38:17,18,19
  38:24 39:18 54:18
  56:2,9,11,13,20,23
  62:24 74:6 78:19
  80:25 81:16 87:14

95:19,21,23 97:2
  97:25 98:10,19,22
  105:17,20 118:7,8
  126:14,21,23,25
  131:15 135:11
  136:9
shove  89:12
show  100:7,9,10
  107:21 109:20
showed  77:11
  92:19 105:18
  110:20,25 113:23
  123:20
showing  5:8
  107:25 108:15
  138:2
shown  75:12
shows  110:24
shuffle  76:14
siab  18:25 19:6
side  120:24
sign  52:22 53:3
signature  28:21
  140:19 141:13
signed  29:23
similar  89:19,21
  92:18,19 102:9
  113:10 121:23
simple  12:9 21:25
single  122:2
sit  51:9 71:4 90:7
  92:7 99:25 123:8
site  25:6
sitting  125:11
situation  73:16
  87:5
six  74:3,3 111:12
size  89:12,24
  105:8,9
sizes  105:2,3,5,6

skills  140:9 141:6
sleeve  63:19,19
  99:14,16
slipped  111:9
slow  88:25 89:6
  91:18 92:4
slowly  12:10,10
small  12:5,15
  21:17,24 38:25
  59:10,12 89:9
  119:21 124:4,4,10
smart  136:2
social  44:11
somebody  16:6
  21:6 24:6 30:16
  44:11,13 47:12
  61:7 64:16 68:24
  70:8 76:16 82:11
  82:12,19 83:8
  85:25 86:12 97:6
  98:3 105:14 111:9
  111:9 113:17,20
  118:3,13 124:6
somebody's  82:22
  83:12 125:11
son  10:10
soon  10:11
sorry  13:2 15:11
  15:23 24:16 27:15
  35:6 48:20 50:9
  52:7 57:14 58:17
  60:11 74:22 75:24
  78:18 86:16 89:9
  89:25 93:25 107:8
  108:9,10,14 109:9
  113:5 114:15,18
  115:6 116:17
  117:12 126:20
  127:6 128:14
  129:4 138:20

sort  43:24
sound  103:16
space  23:20 34:15
speak  31:6,12,17
  32:7 37:19 38:16
  38:20,23 66:5
  87:2,7 103:13
  114:14 115:9,13
  115:16,19 116:2
  116:10
speaking  13:14
  31:10
speaks  115:17,23
  116:7,12,18
specific  39:3,4
  51:22 52:5,9
  53:14 58:22 94:5
  99:15 124:5 131:4
specifically  7:16
  25:9 33:14 51:5
  59:12 74:23 95:13
  98:13 107:2
  122:21 125:22
  129:9 132:14
  136:14 137:2
specifics  45:9
  71:22 98:6
specify  137:12
spell  19:5 22:11,13
  41:21,23 42:15
spelled  84:14
spelling  23:2
spending  55:5
spoke  38:17 94:8
  99:3
spoken  115:18
sprays  71:21
square  134:20
stand  11:17 20:21
  82:11

**standard** 51:22
76:20
**start** 15:10 40:2
**started** 10:23 11:6
11:8 40:10 41:3
97:7,9 119:16
126:22 127:24
**starting** 80:15
**state** 6:11 130:3
140:20
**statements** 37:24
38:9 66:9
**states** 1:1 11:25
**stay** 82:22
**stayed** 136:9
**stenographic** 6:22
**stick** 75:15 120:17
**stipulation** 6:23
**stock** 104:13,24
138:11
**stoop** 20:20
**stop** 15:5 28:13,14
85:24 121:9
138:22
**stopped** 11:4
12:23,24 16:18
34:25
**storage** 104:15
134:25 135:4,7,21
136:15
**store** 5:10,14 7:15
16:14 17:7,20,21
19:18 25:4,6 30:8
30:12,18,22,25
31:9,14,16,19,23
32:3,7,12,18,24,25
33:12,15,19,23,24
34:12,17 35:14,22
37:6,7,20 38:24
47:15,20,24 51:13
51:19,23 52:3,4,18

53:3 54:21,22,24
55:6,9,11,14,17,18
55:22,24 56:3,7,9
56:12,14,18,24
57:24,25 58:9
59:11,12,20 60:2,5
60:8 61:14,16,16
62:13,16 64:24,25
68:21,21 70:15
76:12 86:13 87:3
87:6,18,24 88:5,7
90:17 92:15 93:6
96:4 98:3,7,12,13
102:8 103:15,21
103:25 104:8,9
105:12 106:22,25
107:21 110:15
112:10,14,17
113:4,9 114:14,15
114:16 115:24
117:11,19 119:9
121:13 122:23
123:25,25 124:5,8
124:11,19 127:7
129:6,8 130:23,25
131:3,5,6,20,23,24
132:13 134:10,24
135:4 136:16
137:4 138:3,15
**stores** 15:22 16:24
17:13,23 19:25
20:2,7 21:10 25:5
25:15 32:4,16
33:16 37:10,14
47:17 51:11 56:4
56:5 57:4,5,10,13
57:16 59:22,23
61:23 62:4,5
76:17 80:22 93:8
93:11 99:18
102:20,22 118:19

119:7,19 122:6,7,8
123:7,9,11 131:16
132:2
**story** 97:5
**street** 2:5,12 8:9
19:20 51:15
**stubs** 44:13
**stuck** 63:19,23
134:14,18 137:9
**stuff** 14:2 16:2,7,8
21:23,25 22:2,25
38:7 73:11 76:3
91:8 97:13 114:2
125:11
**subject** 33:22
47:10 48:10 54:7
71:6,15 72:20
78:24 80:4 88:12
88:22 90:25 91:12
91:25 92:9 94:3
94:20 111:15
112:11,25 124:23
125:17 128:4
132:9,23
**suggest** 121:14
**suggests** 53:18
**suite** 2:22
**super** 59:11
**supermarket**
17:21 18:8,16
59:11
**supervision** 52:18
**supervisor** 83:14
**supply** 103:23
**supposed** 79:16,21
79:22 82:24
**sure** 9:3,11,14
23:23 34:19 37:4
46:6 47:4 50:19
53:17,22 54:9
57:3 63:20 68:15

73:4 77:18,25
78:3 80:2 85:23
86:14 87:4 90:2
90:10,10 91:4,8
92:17 95:5 111:13
111:21 121:15
123:18 126:5,5,6
127:3 129:15
131:9,21,22 133:6
133:23 136:19
**suspect** 46:20
**suspected** 128:24
**swear** 6:11
**switch** 113:23
**sworn** 6:14 8:4
140:5
**system** 127:2

**t**

**t** 4:5,18,18 5:2,2
5:12,12 18:9,10,10
18:10 22:15 33:6
84:19
**take** 6:4,9 9:10
13:14 15:18 16:6
21:13,19 25:3,21
28:7 40:3,4 42:10
65:12,17 66:22
67:24 76:8 89:2
97:15 98:4 100:13
101:22 102:16
103:6 106:11
111:8 114:10
119:12 130:13,14
134:14 137:20
138:24
**taken** 6:7 71:16,24
80:4 82:7 131:22
134:10 137:19
140:3,11 141:8
**takes** 22:24 81:18

**talk** 27:11 30:19
63:13 116:6 118:4
121:20 131:4
135:23,25
**talked** 63:5 116:9
116:11
**talking** 35:4 37:21
38:6 56:18 59:12
62:22,22 89:22
96:22,23 97:19
132:22
**talks** 134:12
**tashkent** 18:7
76:12,15 90:18
92:16 93:2,3
113:4,6,7 114:17
114:18 120:2,19
**task** 85:12
**tasks** 85:7,7
**tax** 12:5,6,15,18
15:25 22:2
**taxes** 12:11
**teach** 76:8
**tell** 8:5 13:20
20:17 21:6,12
27:6 28:14 30:14
33:22 34:2 48:7
49:15 62:12 63:7
63:17 65:9 70:10
73:23 74:10 85:20
86:4 97:6 117:24
118:13 121:14
130:22,23,24,25
131:5,6,10 132:13
137:14,22
**telling** 79:25
**tells** 55:2 70:8
**ten** 33:17 57:17
59:4,8 106:24
124:4

**terms** 51:21 82:5
110:18
**test** 36:11
**testified** 8:6
**testifying** 7:19
140:5
**testimony** 69:24
79:3 103:20
111:14 127:10
133:25
**tevans** 2:24
**text** 39:9,15 41:15
43:9 63:3 74:5
87:13 126:13
**texted** 39:13,14
**texts** 39:18,20
63:3
**thank** 8:13 9:22
19:11 23:13 29:17
57:20,20 96:16
101:16
**thanks** 10:6
**theft** 124:5
**theirs** 103:6 104:3
**thick** 70:7
**thing** 15:9 17:18
20:17 21:13,22
46:11,12 47:7
48:6 54:19 55:4
65:5 70:11 75:3
77:9 79:25 81:17
88:24 89:2,8,15
109:22 110:5
111:11,23 119:13
121:19 126:18
127:6 134:17,19
134:19 136:2
137:10
**things** 47:22 71:11
81:18 111:12
118:24 119:15

136:8
**think** 12:24 16:9
16:15 19:17 21:4
34:7 43:22,25
45:5,22 53:16
60:12,13 63:10,16
65:3,5 68:15 69:3
78:21 80:17,17
81:8,14 83:17
85:8 88:25 89:11
89:14,25 90:15
95:16,19 97:2,20
101:5 102:13,13
103:8,8 104:2,2,8
104:11 105:17,20
109:21 110:16
112:3 113:4
114:13 117:21,25
118:2 123:20
126:3,20 128:12
129:2,7 130:12
133:4,12 134:15
134:17 137:5
138:18
**thinking** 63:22
89:14 136:5
**third** 1:11,14 2:17
7:12 36:20 88:7
93:18,19 94:4,9,13
94:20 101:17,18
**thomas** 2:19 7:11
26:22 64:5,15
77:11,24 92:19
108:24 126:4
**thought** 77:24
79:10 108:11,15
110:5 111:23
112:4
**threading** 103:12
**three** 17:25 33:18
33:23,25,25 34:25

41:4 57:25 58:12
60:13,19,23 61:2
61:12 63:6 74:7
107:4 109:4,11
110:4 122:7,8
126:15 127:5,11
127:16 131:24
132:2
**threw** 80:17
**throw** 80:14
134:23
**thrown** 64:20 81:6
134:22
**thursday** 30:23
135:14,16,19
**tickets** 72:3,6
**time** 1:19 6:25
9:10 11:20 12:23
12:25 13:15,21
14:3,6,8,16 16:9
30:24 33:21 34:4
34:12 35:24 36:25
38:11,13,16,25
39:3,4 44:18,24,24
45:2,7 55:22
58:14,22 60:22
61:3 63:13 66:4
66:17,21,25,25
71:8 72:17 77:14
83:2,5 85:18 86:7
88:23 97:19 98:9
98:13,23 100:21
106:6 110:10,11
110:19 111:3,12
112:10 124:18
126:5 128:3,5,7,9
131:25 132:6
138:18
**times** 65:17 74:15
82:19 83:3,4,11
113:15,25

**tired** 85:18
**title** 23:25 68:14
68:23
**titles** 85:2,2
**today** 8:19 25:20
26:16 31:3 51:5
77:19,20,21 91:11
**told** 30:19 31:14
39:9 54:23 62:19
63:18 64:22 65:10
65:11,11 74:9
76:13 77:7 82:17
85:22 86:23 87:10
88:24 91:21 92:7
94:7 95:18,20
97:2 98:5 99:7,13
117:16 118:5
126:24,25 134:9
136:8,24 137:2,2,6
**tom** 43:20 49:7
57:21
**top** 64:5,7 65:6
100:2 134:12,13
**torn** 103:11
**total** 17:16
**totally** 130:9
**touches** 64:24
**train** 74:17 118:15
**trained** 81:25 82:3
127:11
**training** 73:5,20
73:20,22 74:21,23
74:24 75:19 76:4
76:19 82:5,7,10,13
118:23 126:14,15
127:15
**transcriber** 141:1
**transcript** 6:16
23:20,21 34:16
141:3,4

**transcriptionist**
140:7
**transferring** 15:21
**translate** 30:16,17
**translator** 32:10
62:23
**travis** 2:20
**tray** 64:7,18 65:6
92:23,25 115:4
134:16,17 137:14
137:17,18,19,23
138:10
**tried** 97:5,16,21
**tripped** 111:10
**trouble** 20:2,5,15
136:5,7
**truck** 52:20
**trucks** 70:16,17
**true** 140:8 141:4
**truth** 8:5,5,6
**try** 21:11 23:2
54:11 72:3,6,7
93:24 97:10 110:8
121:3,15 132:8
136:16
**trying** 36:4 49:24
63:21 99:5 105:18
105:19 107:15
126:10
**turn** 75:12 124:18
**tursunov** 22:10,14
26:10 57:9
**tv** 80:13 108:21
**twice** 32:14,15
65:19
**two** 10:11,21,22
11:2 14:4,10,13,17
14:21 24:4,7,25
25:13 31:18,20
33:5,18,23,25,25
38:14,15 39:6

57:25 60:19,24,25
61:2,8,12 82:8
100:15,16,20
107:4,7,9 109:3,11
110:3 112:9
119:14 131:24
132:3 134:2,3
138:23
**type** 14:20 17:20
17:21 45:18,21
48:8 55:2 65:24
96:18 99:21,25
104:18 119:21
**types** 57:23 102:9
**typewriting** 140:6

**u**

**u** 4:18,18 5:2,2,12
22:15,15 23:3
42:16 84:17
**uh** 8:23
**undergo** 73:5
**understand** 6:15
9:15 13:8 35:12
67:22 85:19
115:17 116:13
120:10 125:10
**understanding**
51:17 73:16 82:23
83:9
**understood** 9:19
**underwent** 82:6
**uniform** 99:21
102:19
**uniondale** 2:23
**united** 1:1 11:25
**unmute** 7:6
**upload** 108:8
**upper** 63:25
**usa** 19:15
**use** 13:25 70:12,25
73:23,24 74:2,4,11

75:3,6,13 79:16
82:11,14,21,24
85:10,16,20,21,22
101:13 112:7
113:17,18 118:23
119:22 120:6
123:22 126:15
127:12,16 130:7
**uses** 6:18 82:12
**usually** 21:20 25:3
25:21 51:20 68:24
73:22 74:3 76:16
102:22 118:17
**utility** 22:3,5
**uzbek** 38:21
115:17 116:4
**uzbekistan** 114:19

**v**

**v** 1:6,12 22:15
84:19
**varying** 105:3
**vasquez** 2:10 4:3
7:3,9,9 8:13,15
9:24 10:3 11:22
11:24 13:9 18:19
19:12 20:13 22:16
24:8,9,13,16,24
27:19,24 28:3,9,12
28:25 29:6,17,18
35:3 40:24 41:8
41:14 42:21 43:19
44:7 46:22 48:17
49:3,6,12,15,23
50:2,14,15 53:9,12
57:20,22 59:16,18
60:14,17 67:8,18
68:12 77:20,22
84:3,7,10 88:17,20
92:20 93:17 95:3
95:9 100:17,25
101:7,12,16,21

105:7 108:4,9,13
108:25 109:10
113:7,8 114:20,21
124:25 125:4,15
126:2,8 128:14,17
138:20,23
**veggie** 61:20
**vendor** 91:15,19
91:21 94:4,10,13
94:20
**vendors** 21:22
88:7 91:6,7 93:18
**verbal** 9:4
**verbally** 38:5
126:17
**verification** 29:25
**verify** 45:3 94:19
**veritext** 6:4
**versus** 44:3 106:19
**video** 4:10,14 5:7
5:9 63:19 97:5,6
99:16 101:25
102:4 105:11,12
105:13,23,24
106:8,11,13,14,17
107:12,22 108:20
108:21 109:17
110:9,18,20,23,25
111:8 117:14
118:6 122:25
123:2,5,16,23
124:16
**videoconference**
1:16 2:3,10,19 3:3
**videos** 65:2 107:8
109:15,16,20
110:7,15 124:13
**videotaped** 108:21
**view** 105:11 107:2
109:3,12 110:2
123:11

**views** 107:5,11,18
124:4
**violation** 20:17,20
21:5,14 121:12
**violations** 14:2
21:8,15,18,20,24
130:3
**visit** 57:4,5,10
**visits** 57:12
**vp** 26:2
**vs** 6:7

**w**

**wait** 8:21
**want** 7:3 26:23
28:7 32:19 34:14
36:7,7,9 44:5
54:25 66:15,21
67:6,16 68:6
70:11 72:22,23
93:24 95:10
100:22 107:23
124:5 125:9 126:6
129:4 136:4,7,7
**wanted** 16:6 30:13
65:12 66:3 89:13
97:14 98:4 135:25
135:25 136:3
**wants** 93:14
**warning** 125:16
125:21
**watch** 82:11,22
83:6 124:7
**watched** 85:22
107:10
**watches** 82:12
**watching** 83:13
107:9 125:12
**water** 68:10
**way** 20:9 27:4
68:17 89:5 91:6
113:16 120:16

121:4,16
**we've** 28:19
**wear** 99:22
**wearing** 100:2,4
102:6,9,21,22
104:19,20
**week** 14:10,14,18
14:21 21:19 32:14
32:15 57:6 82:8
98:21 135:18
**weeks** 82:6
**weigh** 70:11
**weighed** 73:10
**weird** 49:5
**went** 27:9 30:7,9
31:12,16 38:10
39:6 65:2 66:7
98:19 102:5 113:4
113:9 132:25
133:6 135:12,14
135:16
**white** 100:4 102:9
102:21 115:6
**witching** 128:13
**withdrawn** 32:23
77:14 80:10 85:10
119:25 121:21
124:15
**witness** 6:11,14,15
8:4,9,11 10:2
11:23 13:7 18:18
19:7,10 20:12
22:14 24:18,22
34:22,24 40:21
41:2 44:4 46:21
48:16 49:4,22
58:21,23 59:2,6,8
59:15,17 63:15
66:15 67:13,15,17
67:22 68:3,7
69:18 84:8 88:19

92:17 93:16 105:4
108:11,19 109:9
125:5 126:3 140:4
**wondering** 68:4
**word** 23:11 46:2
130:18,21
**words** 115:20
**work** 7:15 12:22
13:4,22 14:11
15:2 16:13,22
17:2 24:5 31:25
33:6 44:12,19,24
48:6 86:18 94:3
98:10 99:18
117:10,19 123:20
123:24 124:2
128:25
**worked** 12:5,23
14:5 46:3 88:4
113:21
**worker** 97:11
**workers** 46:19
**working** 5:15
10:21,23 11:4,6,8
12:24,24 13:20
14:7 15:5 16:18
22:19 34:25 35:20
36:24 37:3,8
55:21 57:15 61:13
61:16 62:16,18
73:14 74:15 88:7
93:6 96:12 113:25
118:18 119:10
127:24
**works** 22:23 67:12
83:2 84:24 85:24
89:19 113:22
**worry** 23:16
**write** 31:20 94:17
**writing** 13:17
36:19 38:8 39:10

[writing - zoomed]

39:12 43:20 45:11
45:15 47:8 69:15
69:16 106:4,14
**written**  6:23 37:23
37:24
**wrong**  36:8 103:11
118:2
**wrote**  40:17

**x**

**x**  4:1,5 5:1
**xx**  10:2
**xxxx**  10:5

**y**

**yeah**  13:7,12,12,12
14:11 16:20 21:25
22:12 35:10,12
38:14,15,19 39:3
41:24 45:14,14
46:21 49:12 50:3
50:17 53:9 55:12
56:22 59:3 60:22
62:18 67:17,22
69:14,14 78:14
87:20 92:22
100:17 101:7,15
101:24 102:7,13
103:18 105:10
106:7 108:7
112:19 113:22
119:13 120:22
133:18 134:3
136:24 138:23
**year**  10:4 110:17
111:13 127:23,24
**years**  10:21,22
11:2 15:11
**yesterday**  30:23
31:7 38:11,25
63:2 96:23 97:18
135:17,19,20

**york**  1:2,21 6:10
8:10 17:5 19:4
48:19,19,21,22
49:2,3,3 51:6,6
140:20
**yuriy**  2:4 7:8

**z**

**z**  19:2,8 34:8 36:21
36:21 37:2,2
41:25
**zip**  19:20
**zohar**  2:3 7:7,7
18:16 19:5,9,11
22:12 29:7,14
66:19 67:3,20,23
68:4 100:19 139:2
**zoom**  49:25 124:7
**zoomed**  108:22

Federal Rules of Civil Procedure

Rule 30


(e) Review By the Witness; Changes.

(1) Review; Statement of Changes. On request by the deponent or a party before the deposition is completed, the deponent must be allowed 30 days after being notified by the officer that the transcript or recording is available in which:

(A) to review the transcript or recording; and

(B) if there are changes in form or substance, to sign a statement listing the changes and the reasons for making them.

(2) Changes Indicated in the Officer's Certificate. The officer must note in the certificate prescribed by Rule 30(f)(1) whether a review was requested and, if so, must attach any changes the deponent makes during the 30-day period.


DISCLAIMER: THE FOREGOING FEDERAL PROCEDURE RULES ARE PROVIDED FOR INFORMATIONAL PURPOSES ONLY. THE ABOVE RULES ARE CURRENT AS OF APRIL 1, 2019. PLEASE REFER TO THE APPLICABLE FEDERAL RULES OF CIVIL PROCEDURE FOR UP-TO-DATE INFORMATION.

VERITEXT LEGAL SOLUTIONS
COMPANY CERTIFICATE AND DISCLOSURE STATEMENT

Veritext Legal Solutions represents that the foregoing transcript is a true, correct and complete transcript of the colloquies, questions and answers as submitted by the court reporter. Veritext Legal Solutions further represents that the attached exhibits, if any, are true, correct and complete documents as submitted by the court reporter and/or attorneys in relation to this deposition and that the documents were processed in accordance with our litigation support and production standards.

Veritext Legal Solutions is committed to maintaining the confidentiality of client and witness information, in accordance with the regulations promulgated under the Health Insurance Portability and Accountability Act (HIPAA), as amended with respect to protected health information and the Gramm-Leach-Bliley Act, as amended, with respect to Personally Identifiable Information (PII). Physical transcripts and exhibits are managed under strict facility and personnel access controls. Electronic files of documents are stored in encrypted form and are transmitted in an encrypted fashion to authenticated parties who are permitted to access the material. Our data is hosted in a Tier 4 SSAE 16 certified facility.

Veritext Legal Solutions complies with all federal and State regulations with respect to the provision of court reporting services, and maintains its neutrality and independence regardless of relationship or the financial outcome of any litigation. Veritext requires adherence to the foregoing professional and ethical standards from all of its subcontractors in their independent contractor agreements.

Inquiries about Veritext Legal Solutions' confidentiality and security policies and practices should be directed to Veritext's Client Services Associates indicated on the cover of this document or at www.veritext.com.