UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
_____

ISOJON KHUSENOV,

                        *Plaintiff,*

-against-.

PROKRAFT INC. and. PRO-CUT,

                        *Defendants.*
_____

Case No. 1:21-CV-3703-HG

**DECLARATION**

PROKRAFT INC.,

                        *Third-Party Plaintiff,*

-against-.

KARZINKA US, INC.,

                        *Third-Party Defendant.*
_____

      Plaintiff, ISOJON KHUSENOV, submits the within declaration in opposition to the motion by Defendants, PROKRAFT INC. and PRO-CUT, made pursuant to Fed. R. Civ. P. 56, for summary judgment and dismissal of Plaintiff's complaint.

1. Plaintiff's Expert Report and Affidavit is annexed hereto as Exhibit "1."

2. The Affidavit of witness, KHUSEN NOSIROVICH HODJIMAMETOV, and Affidavit of Translation is annexed hereto as Exhibit "2."

3. Video of the subject accident giving rise to this action is annexed hereto as Exhibit "3."

4. Facts pertinent to resolution of this matter are set forth in the Rule 56.1 statement and accompanying Memorandum of Law. For the reasons set forth therein, Defendants' motion, made pursuant to Fed. R. Civ. P. 56, for summary judgment and dismissal of Plaintiff's complaint, should be denied.

5.     Plaintiff takes no position as Defendants' alternative request for common law indemnity from Third-Party Defendant, KARZINKA US, INC.

WHEREFORE, it is respectfully requested that this Court issue an Order denying Defendants' motion for summary judgment as against Plaintiff, and granting such other and further relief in favor of Plaintiff as this Honorable Court may deem just and proper.

Dated: Brooklyn, NY
      July 14, 2022

/s/ *Yuriy Prakhin*
_____
YURIY PRAKHIN, ESQ.