# EXHIBIT "2"

## Affidavit of witness, Khusen Nosirovich Hodjimametov and Affidavit of Translation

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
ISOJON KHUSENOV,

                Plaintiff,

     -against-

PROKRAFT INC. and PRO-CUT,

               Defendants.
------------------------------------------------------------------X
PROKRAFT INC.,

              Third-Party Plaintiff,

     -against-

KARZINKA US, INC.,

              Third-Party Defendant.
------------------------------------------------------------------X

Civil Action
No.: CV-21-3703

(Gonzalez, J.)

## AFFIDAVIT OF KHUSEN NOSIROVICH HODJIMAMETOV

STATE OF NEW YORK    )
                                 ) ss.
COUNTY OF QUEENS     )

KHUSEN NOSIROVICH HODJIMAMETOV, being duly sworn deposes and says:

1.      I am over the age of eighteen (18) years old. I am not a party to the above-captioned action.

2.      I was working as a butcher at Karzinka US, Inc. on May 29, 2021, and was present at the time of Mr. Khusenov's accident.

3.      In the video showing Mr. Khusenov's accident, I am the man wearing a black hat.

4.      On May 29, 2021, I heard Mr. Khusenov scream when he was standing next to a meat grinder. When I heard his scream, I immediately rushed towards him and saw something was wrong.

5. I wanted to immediately turn the meat grinder off, but I could not see the button that turns off the meat grinder.

6. I kept trying to reach the button that turns the meat grinder off for about five to ten seconds.

7. I went around Mr. Khusenov, and then the machine was turned off.

8. Approximately fifteen seconds passed between the time I arrived at Mr. Khusenov's side and the time the machine was turned off.

9. I observed the video of Mr. Khusenov's accident which confirms the amount of time it took for the machine to be turned off.

DATED:   Queens, New York
         07.12, 2022

_____
KHUSEN NOSIROVICH HODJIMAMETOV

Duly sworn to before me this   Khusen Nosirovich
July 12, 2022                  Hodjimametov

_____
NOTARY PUBLIC

DORA FUZAYLOVA
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 01FU6430325
Qualified in QUEENS County
Commission Expires 03/14/2026

2

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
ISOJON KHUSENOV,

                  Plaintiff,

      -against-

PROKRAFT INC. and PRO-CUT,

                  Defendants.
-------------------------------------------------------------------X
PROKRAFT INC.,

                  Third-Party Plaintiff,

      -against-

KARZINKA US, INC.,

                  Third-Party Defendant.
-------------------------------------------------------------------X

Civil Action
No.: CV-21-3703

(Gonzalez, J.)

## AFFIDAVIT OF TRANSLATION

STATE OF NEW YORK      )
                                      ) ss
COUNTY OF KINGS       )

    **SABINA RAKHMANOVA**, being duly sworn deposes and says under the penalty of perjury:

    1.    I am a resident of Kings County. I am not a party to the within action, and I am over the age of 18 years old.

    2.    I am fluent in both the English and Uzbek languages as I have been reading and writing both for over fifteen years.

    3.    On July 12, 2022, I personally sat down and discussed the statements Mr. Hodjimametov wished to make in an Affidavit. I wrote down the statements he wished to make, reviewed them, and translated the statements from English to Uzbek in their entirety.

4. Mr. Hodjimametov indicated the statements in his Affidavit were accurate, and he later signed the Affidavit before a notary.

*Sabina Rakhmanova*
SABINA RAKHMANOVA

Sworn to before me this
13th day of July 2022

*Michelle L*
Notary Public

> **MICHELLE LEWIS**
> NOTARY PUBLIC, STATE OF NEW YORK
> Registration No. 01LE5077518
> Qualified in Kings County
> Commission Expires May 12, 20 23