# EXHIBIT "3"

Video of the subject accident
(Video sent to chambers)