UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
ISOJON KHUSENOV,

                Plaintiff,

   -against-

PROKRAFT INC. and PRO-CUT,

               Defendants.
------------------------------------------------------------------------X
PROKRAFT INC.,

               Third-Party Plaintiff,

   -against-

KARZINKA US, INC.,

               Third-Party Defendant.
------------------------------------------------------------------------X

Civil Action
Case No.: 21-CV-3703
(HG)

## NOTICE OF APPEAL

PLEASE TAKE NOTICE that Plaintiff, ISOJON KHUSENOV, hereby appeals to the United States Court of Appeals for the Second Circuit from the Memorandum Decision and Order entered on February 6, 2023 (ECF No. 58), which, *inter alia*, dismissed Plaintiff's complaint against Defendants, PROKRAFT INC. and PRO-CUT, and from the corresponding Judgment entered on February 7, 2023 (ECF No. 59).

Dated:  Brooklyn, NY
         March 8, 2023

                                       /s/ *Yuriy Prakhin*
                                       _____
                                       YURIY PRAKHIN, ESQ.

## **CERTIFICATE OF SERVICE**

 I HEREBY CERTIFY that on March 8, 2023, a true and correct copy of the foregoing Notice of Appeal was served via ECF to counsel, as follows:

 Peter Urreta, Esq.
 O'CONNOR REDD ORLANDO LLP
 *Attorneys for Defendants*
 *PROKRAFT INC. and PRO-CUT*
 P.O. Box 1000 | 242 King Street
 Port Chester, New York 10573
 (914) 686-1700
 purreta@oconnorlawfirm.com

 Thomas M. Evans, Esq.
 CONGDON, FLAHERTY, O'CALLAGHAN
 *Attorneys for Third-Party Defendant*
 *KARZINKA US, INC*
 333 Earle Ovington Boulevard, #502
 Uniondale, New York 11553
 Tel.: (516) 542-5900
 Fax: (516) 542-5912
 tevans@cfolegal.com

        LAW OFFICE OF YURIY PRAKHIN, P.C.

        /s/ *Yuriy Prakhin*
        _____
        YURIY PRAKHIN, ESQUIRE
        GIL ZOHAR, ESQUIRE
        ANNA C. BROXMEYER, ESQUIRE
        *Counsel for Plaintiff, Isojon Khusenov*
        1883   86th Street, 2nd Floor
        Brooklyn, New York 11214
        Telephone: (718) 946-5099
        Facsimile: (718) 373-7614
        E-mail:  yp@prakhinlaw.com
           gil@prakhinlaw.com
           annab@prakhinlaw.com